UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LANTHEUS MEDICAL IMAGING, INC., | |
| Plaintiff, | Case No. 10 Civ. 9371 (LTS) (MHD) |
| v. | ECF CASE |
| ZURICH AMERICAN INSURANCE COMPANY, | |
| Defendant. | |

**PLAINTIFF LANTHEUS MEDICAL IMAGING, INC.'S NOTICE OF UNOPPOSED MOTION FOR ISSUANCE OF LETTERS ROGATORY**

PLEASE TAKE NOTICE that, upon the Declaration of Danielle M. Estrada and the exhibits thereto, the accompanying memorandum of law, both dated May 10, 2011, and all prior pleadings and proceedings herein, Plaintiff Lantheus Medical Imaging, Inc. ("Lantheus") moves this Court, before the Honorable Laura Taylor Swain, at the United States Courthouse, 500 Pearl Street, Courtroom 18A, New York, New York, for an Order directing that letters rogatory issue to the Court of Ontario, Canada requesting the appointment of Brett Harrison, an attorney at the law firm of McMillan LLP and a qualified person authorized to administer oaths by the laws of the Province of Ontario, Canada, and whose address is Brookfield Place, Suite 4400, 181 Bay Street, Toronto, Ontario, Canada M5J 2T3, or some other competent person, for the purpose of:

    1. compelling the deposition of a representative for Atomic Energy of Canada Limited ("AECL"); and

    2. compelling AECL, at least twenty-one days prior to its deposition, to produce for inspection and copying by Lantheus the documents described in the Schedule "A" attached to Lantheus' Memorandum of Law in Support of its Unopposed Motion for Issuance of Letters Rogatory and proposed order;

all in connection with the above-captioned action.

Counsel for Lantheus has conferred with counsel for defendant Zurich, and Zurich does not oppose this motion.

DATED: May 10, 2011                     Respectfully submitted,

                                          s/Danielle M. Estrada
                                        COVINGTON & BURLING LLP
                                        Andrew A. Ruffino
                                        The New York Times Building
                                        620 Eighth Avenue
                                        New York, N.Y. 10018-1405
                                        Tel: 212.841.1097

                                        William F. Greaney
                                        Joanne B. Grossman
                                        Rukesh A. Korde
                                        Danielle M. Estrada
                                        1201 Pennsylvania Avenue, N.W.
                                        Washington, D.C. 20004-2401
                                        Tel: 202.662.6000

                                        ATTORNEYS FOR PLAINTIFF
                                        LANTHEUS MEDICAL IMAGING, INC.