# Exhibit D



Reply to the Attention of    Brett Harrison
Direct Line    416.865.7932
Direct Fax    647.722.6756
Email Address    brett.harrison@mcmillan.ca
Our File No.    202043
Date    May 4, 2011

**E-MAIL**

Mr. Jean Boulais
Access to Information and Privacy Coordinator
Atomic Energy of Canada Limited
Place de Ville, Tower B
112 Kent Street, Suite 501
Ottawa, ON  K1A 0S4
E-mail: boulaisj@aecl.ca

Dear Mr. Boulais:

     Re:    **Access to Information Request**

     We write regarding the Access to Information Request that Lantheus Medical Imaging, Inc. ("Lantheus") sent to Atomic Energy of Canada Limited ("AECL") on April 11, 2011, and our subsequent conversation on April 21, 2011 regarding that request.

     In our conversation, you confirmed that AECL is willing to provide Lantheus with the same materials that it has already produced in response to Access to Information Requests from other parties. We have discussed this with our client and they would like to receive these materials as soon possible. We would ask that you confirm that they will be provided no later than May 11, the date on which AECL's response to the access request is due.

     You also stated that AECL has withheld a number of other documents as exempt from production in response to prior Requests. While you indicated that AECL was willing to revisit prior exemptions, there was no discussion regarding when any further production would be made.

     Unless these documents would be produced by May 11, Lantheus cannot agree to this proposal. Lantheus is subject to a court deadline in the United States which, as a practical matter, prevents Lantheus from being able to engage in a consultative process of indeterminate length, with no guarantee that all required materials will be provided in time for the information to be used in the U.S. litigation. Accordingly, Lantheus requests full compliance with its Access to Information Request by the deadline for AECL's response of May 11, 2011. We would ask that to the extent possible, the documents be provided electronically and sent to my attention at Brett.Harrison@McMillan.ca.

McMillan LLP | Brookfield Place, 181 Bay Street, Suite 4400, Toronto, Ontario, Canada M5J 2T3 | t 416.865.7000 | f 416.865.7048
Lawyers | Patent & Trade-mark Agents | Avocats | Agents de brevets et de marques de commerce
Vancouver | Calgary | Toronto | Ottawa | Montréal | Hong Kong | mcmillan.ca

MBDOCS_5482779.1



Furthermore, because it is apparent from our discussion that AECL is unlikely to produce all of the materials requested in the Access to Information Request, Lantheus will be seeking approval by the U.S court of a letter of request to the Canadian courts to require production of all the requested materials and deposition testimony by AECL.

Sincerely,

Brett Harrison

/ar

McMillan LLP | Brookfield Place, 181 Bay Street, Suite 4400, Toronto, Ontario, Canada M5J 2T3 | t 416.865.7000 | f 416.865.7048
Lawyers | Patent & Trade-mark Agents | Avocats | Agents de brevets et de marques de commerce
Vancouver | Calgary | Toronto | Ottawa | Montréal | Hong Kong | mcmillan.ca

MBDOCS_5482779.1