# Exhibit E


combining Lang Michener LLP and McMillan LLP

|  |  |
|---|---|
| Reply to the Attention of | Brett Harrison |
| Direct Line | 416.865.7932 |
| Direct Fax | 647.722.6756 |
| Email Address | brett.harrison@mcmillan.ca |
| Our File No. | 202043 |
| Date | May 9, 2011 |

VIA E-MAIL

Mr. Jean Boulais
Access to Information and Privacy Coordinator
Atomic Energy of Canada Limited
Place de Ville, Tower B
112 Kent Street, Suite 501
Ottawa, ON K1A 0S4
E-mail: boulaisj@aecl.ca

Dear Mr. Boulais:

### Re:   Access to Information Request

I write to confirm and follow-up on our telephone conversation of May 6, 2011 concerning the Access to Information Request that Lantheus Medical Imaging, Inc. ("Lantheus") sent to Atomic Energy of Canada Limited ("AECL") on April 11, 2011 and Lantheus' subsequent letter of May 4, 2011.

Based on our conversation, I understand that AECL does not intend to produce any documents in response to Lantheus' request beyond the limited materials it has already provided to other parties. This would only be a partial response to Lantheus' request. I also understand that AECL will be extending the time period for its response as you believe that additional time will be required to determine what, if any, additional documents will be disclosed. AECL has not committed to providing Lantheus with any additional documents beyond those already available and it has not committed to any definite time frame for producing such materials.

The documents sought by Lantheus are highly relevant to litigation pending in the United States seeking insurance coverage for losses that Lantheus incurred when supplies of Molybendum-99 were disrupted following the May 2009 shutdown of the AECL NRU reactor at Chalk River. In order to be able to comply with court-imposed deadlines in the U.S. litigation, Lantheus requires prompt and meaningful compliance with its requests. Given AECL's position, and the importance of obtaining the requested document within the court-imposed deadlines,

McMillan LLP | Brookfield Place, 181 Bay Street, Suite 4400, Toronto, Ontario, Canada M5J 2T3 | t 416.865.7000 | f 416.865.7048
Lawyers | Patent & Trade-mark Agents | Avocats | Agents de brevets et de marques de commerce
Vancouver | Calgary | Toronto | Ottawa | Montréal | Hong Kong | mcmillan.ca

MBDOCS_5485808.2

Lantheus has no choice but to proceed with its request for approval by the U.S. court of a letter of request to the Canadian courts to require production of the requested materials and deposition testimony by AECL.

Sincerely,

Brett Harrison