## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing *Plaintiff Lantheus Medical Imaging, Inc.'s Unopposed Motion for Issuance of Letters Rogatory*, *Memorandum of Law in Support of Plaintiff Lantheus Medical Imaging, Inc.'s Unopposed Motion for Issuance of Letters Rogatory*, *Declaration of Danielle M. Estrada,* proposed *Order, Request to Take Evidence Abroad of Atomic Energy of Canada Limited (Letters Rogatory)*, and exhibits attached thereto, were served upon the attorneys of record for Defendant Zurich American Insurance Company on May 10, 2011. Service was effected by U.S. mail and electronic mail to:

> Phillip C. Silverberg, Esq.
> Mound Cotton Wollan & Greengrass
> Attorney for Defendant
> One Battery Park Plaza
> New York, NY 10004
> (212) 804-4200
> psilverberg@moundcotton.com
>
> William D. Wilson, Esq.
> Mound Cotton Wollan & Greengrass
> Attorney for Defendant
> 60 Park Place
> Newark, NJ 07102
> (973) 494-0600
> wwilson@moundcotton.com

_____
Rukesh A. Korde
1201 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2401
Tel: 202.662.6000

DC: 3975567-3