USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: **12 MAY 2011**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LANTHEUS MEDICAL IMAGING, INC.,

                Plaintiff,

v.

ZURICH AMERICAN INSURANCE COMPANY,

                Defendant.

Case No. 10 Civ. 9371 (LTS) (MHD)

ECF CASE

## ORDER

Having considered the motion of Plaintiff Lantheus Medical Imaging, Inc. for an order pursuant to Rule 28(b) of the Federal Rules of Civil Procedure directing issuance of letters rogatory for the production of documents by and the taking of the deposition upon oral examination of Atomic Energy of Canada Limited ("AECL") and the supporting Declaration of Danielle M. Estrada dated May 10, 2011, and it appearing that the testimony and documents of AECL of the Province of Ontario, Canada, are necessary, and material and relevant to the subject matter of the above-referenced case, it is hereby ordered:

    1. Plaintiff's Motion is GRANTED; and

    2. This Court shall issue letters rogatory for the production of documents by and the taking of the deposition upon oral examination of AECL as a witness in this action.

SO ORDERED.

Dated: New York, New York
        May 12, 2011

/s/ Laura Taylor Swain
The Honorable Laura Taylor Swain
United States District Court Judge
Southern District of New York