## MOUND COTTON WOLLAN & GREENGRASS

COUNSELLORS AT LAW

60 PARK PLACE
NEWARK, NJ 07102

(973) 494-0600
FAX (973) 242-4244
WWW.MOUNDCOTTON.COM

NEW YORK, NY
NEWARK, NJ
GARDEN CITY, NY
SAN FRANCISCO, CA
FORT LAUDERDALE, FL

WILLIAM D. WILSON
PARTNER
(973) 494-0601
wwilson@moundcotton.com

June 10, 2011

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 13 JUN 2011
```

**Via Fax**

Judge Laura Taylor Swain
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

**MEMO ENDORSED**

Re: Lantheus Medical Imaging, Inc. v.
Zurich American Insurance Company
Case No.: 10 Civ. 9371 (LTS) (MHD)

Dear Judge Swain:

This firm represents defendant, Zurich American Insurance Company, in the referenced matter. Pursuant to the April 4, 2011 pre-trial Scheduling Order, the parties are required to meet with a third-party for settlement purposes by September 30, 2011. Unfortunately, due to scheduling issues, we were unable to schedule the mediation to take place prior to October 5, 2011. Thus, we are writing to request that the Court extend the time for the parties to begin meeting with a third party for purposes of settlement to October 5, 2011. Plaintiff's counsel, William Greaney of Covington & Burling, joins in this request.

Respectfully submitted,

*[signature]*

The request is granted.

cc: William Greaney, Esq (Via Fax)

SO ORDERED.

NEW YORK, NY
June 13, 2011

LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE