# EXHIBIT 1

# (EXCERPTED DOCUMENT)

 **AECL  EACL**

**S99- Detailed Report**                                               **PROTECTED - SENSITIVE**

Page 1 of 8
CRL-508760-FM-323 Rev. 1                                        Ref. Procedure CRL-508760-PRO-343

| Section 1:  Problem Identification |
|---|

| ImpAct No. |
|---|
| NRU-09-04289 |

| ImpAct Title |
|---|
| Heavy Water Leak |

| Discovery Date | Location **s.16(2)** |
|---|---|
| 2009 May 15 | NRU |

| Facility Branch | Date/Time Occurred |
|---|---|
| NRU | 2009 May 15 |

| Equipment ID |
|---|
| N/A |

**Conditions Prior to Problem, including Reactor Power Level if applicable**

On 2009 May 14 at 15:22h the reactor tripped on Unit 39 due to a loss of Class IV power, and a poison outage was conceded. Class IV power was restored at 00:38h on 2009 May 15.

**Description of the Problem**

On 2009 May 15, a small leak of heavy water was detected from the NRU reactor.  The leak rate of approximately 5 kg/h was well within the capabilities of NRU's make-up system, and therefore did not pose an immediate safety risk for the reactor.  Tritium releases associated with the water leak were above weekly action levels but remained well below regulatory limits.  The prudent course of action was taken to keep the reactor shut down to locate and repair the leak.  On 2009 May 18, the leak was located on the outside of the NRU vessel.  A remote camera showed water seeping out of a corrosion deposit on the outer wall near the bottom of the vessel.

**Immediate Action Taken**

Immediately following indication of a leak, actions focussed on enhanced oversight of nuclear safety were implemented. These actions included increased monitoring of NRU's leak detection systems, increased monitoring of the heavy water level in the vessel, increased availability of heavy water for addition to the system and ensuring staff readiness should the emergency cooling system automatically initiate as designed.  Longer-term initiatives were then undertaken to contain the leaking water, to control the emissions of tritium, and to determine the cause and extent of condition.

The water leakage was collected by a purpose-designed NRU system, and transferred to specially-designed drums for storage and eventual disposition.  Evaporation was removed by the NRU ventilation system, protecting workers from tritium exposures.  The tritium emissions with the evaporation remained below 0.1% of the regulatory limit (extrapolated to a full year).

Efforts were made to reduce the leakage by lowering the water level in the NRU vessel, and adding a solution of material to block the leak path.  By the end of June, fuel, isotope and control rods had been removed from the reactor vessel and the water level was reduced, resulting in a 10-fold decrease in leak rate.  In mid-July, the vessel was completely drained, which stopped the water leak.

Extensive visual and non-destructive examinations have revealed a band of corrosion around the lower outer surface of the vessel. The corrosion resulted in "dish-shaped" areas of regional wall loss, and a few highly localized cavities.  It was one of the latter cavities that led to the heavy-water leak.

**Remarks on Conditions Prior to Problem**

N/A

**Remarks on Description of the Problem**

N/A

**Remarks on Immediate Action Taken**

N/A

LAN-AECL001134          **000001**

**S-99 Detailed Report**

**PROTECTED - SENSITIVE**
**Information Use**
Page 2 of 8

CRL-508760-FM-323 Rev. 1

Ref. Procedure CW-514300-xxx-xxx

| Section 2:  Management Review | |
|---|---|
| License Condition Clause | |
| NRTEOL-1.03/2011 Condition 10.7<br>S-99 Clause 6.3.1 (16) | |
| MRM - Is it reportable? | MRM - Reportable To |
| Yes | CNSC – Canadian Nuclear Safety Commission |
| MRM - Significance Level | |
| 1:  Highly Significant Problem | |
| MRM - Cause Determination Effort | |
| Root Cause Analysis (RCA) | |

| Section 3:  Remedial Actions |
|---|
| Action: |
| Remedial Actions for Technical and Organizational Root Causes: |
| Details of Action |

**Technical Cause:**

With the cause of the leak determined to be corrosion of the reactor vessel wall, the immediate action has been to develop and implement a repair that returns the wall to condition that meets fitness for service criteria.

Action:  Effect a repair of the NRU vessel that renders it fit for service for a defined service interval.

In addition some immediate actions  have been taken to reduce the likelihood of corrosion, all of which have been completed:

- Action:  Annulus cleaned during current outage to prevent pooling of water.
- Action:  Clogging of annulus drains now recognized to be due to corrosion – drains have been cleared.
- Action:  CO2 header failure now recognized due to corrosion – new CO2 header designed and being installed.
- Action:  NRU plant chemist now in place.

**Organizational Cause:**

An assessment of the organizational cause for the event has determined there are six causal factors (see cause analysis conclusions). Immediate actions to address these causal factors are as follows (all have been completed):

**Causal Factor 1 (CF-1): Changing Future of NRU**
- Action:  Isotope Supply Reliability Program (ISRP) implemented, which demonstrates commitment, and provides resources, to support reliable and safe operation of NRU for foreseeable future.

**Causal Factor 2 (CF-2): Focus on Short Term Isotope Production**
- Action:  Agreement reached with isotope suppliers to ensure NRU has an annual 4 week outage.
- Action:  ISRP implemented, which provides funding for preventative maintenance and planning and execution of annual outages.

**Causal Factor 3 (CF-3): Symptom Based Problem Solving**
- Action:  Clogging of annulus drains now recognized to be due to corrosion – drains have been cleared.
- Action:  $CO_2$ header failure now recognized due to corrosion – new $CO_2$ header designed and being installed.

**S-99 Detailed Report**

CRL-508760-FM-323 Rev. 1

- Action:  In-Service Inspection Plan developed for NRU vessel.
- Action:  System Performance Health  Monitoring Program initiated.

**Causal Factor 4 (CF-4): Ineffective Use of Operating Experience**

- Action:  Operating experience for NRU vessel reviewed as part of a review of gaps in NRU vessel condition assessment.
- Action:  Integrated team formed to ensure effective management and execution of work during the current NRU outage to repair the vessel and return the reactor to service.
- Action:  RTO now a member of COG OPEX group.
- Action:  Trial WANO membership secured, with support from technical assist visits, access to WANO / INPO materials and training, and a peer review.

**Causal Factor 5 (CF-5): Low Standards and Acceptance of Plant Operational Problem**

- Action:  Annulus cleaned during current outage.
- Action:  Drains in annulus cleared to ensure water does not stay.
- Action:  ISRP supporting development of programs that meet Industry best practises.
- Action:  Technical Operability Evaluation process established.
- Action:  Principles of strong nuclear safety culture trained and reinforced for personnel participating in the repair and return-to-service of NRU.
- Action:  Day-long workshop held with RTO leaders to reinforce leadership behaviours, including a questioning attitude, accountability, high standards, cross-functional teamwork, and open 2-way communication.

**Causal Factor 6 (CF-6): Less Than Adequate Management Oversight**

- Action:  Chief Nuclear Officer and VP Operations dedicated to oversight of repair of NRU vessel and return to service.
- Action:  Focussed assessments and PINO audits used to ensure NRU repair and return-to-service activities are meeting relevant standards.

| Section 4:  Cause Analysis |
|---|
| Closed Against Other ImpAct |
| N/A |
| Detailed Discussion of Facts |
| Description of NRU and the Leak Site |

LAN-AECL001136

**000003**

Litigation and Solicitor-Client Privileged and Confidential

## Event Report: 2009 May Heavy Water Leak in NRU

### Introduction

On 2009 May 15, a small leak of heavy water was detected from the NRU reactor. The leak rate of approximately 5 kg/h was well within the capabilities of NRU's make-up system, and therefore did not pose an immediate safety risk for the reactor. Moreover, tritium releases associated with the water leak remained well below regulatory limits. Nevertheless, the prudent course of action was taken to keep the reactor shut down to locate and repair the leak. On 2009 May 18, the leak was located on the outside of the NRU vessel. A remote camera showed water seeping out of a corrosion deposit on the outer wall near the bottom of the vessel.

This report 

### Description of NRU and the Leak Site

**s.18(b)**
**s.18(d)**

A schematic cross-section of the NRU reactor, with an enlarged view of the leak area, is shown in Figure 1. The NRU core is contained in an aluminium-alloy cylindrical vessel, 3.7 m in diameter, 3.5 m high and about 8 mm thick. Heavy water is circulated at low temperature and pressure upward through flow tubes that contain the fuel in the reactor vessel, and then spills out to fill the vessel and to serve as a moderator. The vessel is separated from a circumferential light-water reflector by a carbon-dioxide ($CO_2$) filled annulus. The annulus was originally designed to contain two different assemblies, J rods and bismuth rods, but neither is used in the current configuration of NRU. $CO_2$ is distributed into the annulus to displace air and thereby prevent the formation of argon-41 (an activation product from irradiation of argon-40 naturally present in air), and the formation of nitric acid (discussed further below). NRU's configuration is different than that of a CANDU power reactor where the heavy water flowing past the fuel in fuel channels is at high temperature and pressure, and is separate from the heavy water moderator in the calandria vessel. Moreover, the CANDU calandria vessel is designed to have an integral heavy water reflector.

### History of NRU Usage

NRU is one of the oldest multipurpose research reactors in the world, having entered service in 1957. NRU's longevity is due mainly to the robustness and flexibility of its design. The large open core provides a number of access points that allow neutron beams to be diverted from the core and used for fundamental materials science studies. In addition, the large core provides many sites that can be used for experiments and irradiations. Experiments in NRU have been instrumental in developing the materials and fuel used in CANDU reactors, and in developing an understanding of reactor behaviour in a variety of operating states. The large number of in-core sites makes NRU ideal for irradiation of targets to produce radioisotopes that can be use for medical and industrial purposes. As a result, Canada has been a world leader in the development

Litigation and Solicitor-Client Privileged and Confidential

sealing agents to the reflector water.



In 2004/05, a life assessment study was conducted for the NRU vessel, as part of the NRU Life Extension Program.  This study assessed the state of the vessel, and reviewed its operational history and degradation mechanisms.

Technical Cause                                                                                        s.18(b)
                                                                                                       s.18(d)

An extensive inspection has been conducted to determine the technical cause of the corrosion on the outside of the vessel and extent of the degraded condition.  This inspection included:

- visual examinations of the outer and inner surfaces of the vessel wall,
- ultrasonic testing (UT) and eddy-current testing (ET) measurements of the wall thickness and vessel condition,
- microscopic and chemical examination of various components removed from the annulus, and
- destructive examination of material removed from the vessel wall.

The visual and non-destructive examinations have revealed a circumferential band of corrosion on the outer surface of the reactor vessel at the bottom of the annulus.  In general, this corrosion has resulted in insignificant thinning of the vessel wall.  Within the band, however, there are regions where there has been more substantial wall thinning.  In these regions the vessel wall has been corroded in a shallow "dish" shape.  In some cases, the remaining wall thickness at the minimum of the dish is less than 1 mm (of the original ~8 mm).  In addition to the general corrosion there are a few sites where highly localized corrosion has penetrated the vessel wall.  It was at one of these sites of localized corrosion that the vessel wall was penetrated and led to the heavy water leak.

The corrosion of the NRU vessel was due to nitric acid produced from air and water leaking into the annulus between the vessel and the water reflector. Radiolysis of the air in the presence of water produces nitric acid, which corrodes the aluminum vessel.  The larger patches would result from water containing nitric acid impinging on the vessel wall (e.g. splashing and spraying). Destructive examination of a coupon removed from the vessel wall adjacent to the leak site indicates that the localized corrosion is due to an electrochemical mechanism where water leaking into the base of the annulus meets acidic water running down the vessel wall leading to an aggressive local water chemistry.  For both the general corrosion and local penetration, the primary agent for corrosion was most likely nitric acid.

**Litigation and Solicitor- Client Privileged and Confidential**
**PROTECTED - SENSITIVE**

# Root Cause Analysis (RCA)

4468-00-E Rev 3                                                                                            Page 6 of 48

| Event Title | | Rev. | RCA No. |
|---|---|---|---|
| **Heavy** Water Leak | **s.18(b)**<br>**s.18(d)** | 0 | NRU - 09 - 04289 |
| | | | Impact No. |
| | | | NRU-09-04289 |

NDE) to enable examination of extent of condition was initiated, in order to begin developing corrective action plans to stop the leak and address the conditions that lead to the leak.

The Vessel Leak Repair Project was initiated, lead by the Senior Director of Research and Technology Operations (RTO) Projects [1].

## 6. CONSEQUENCES AND SIGNIFICANCE OF THE EVENT

Due to the rate of heavy water leakage from the NRU reactor vessel, action levels for the release of tritium from the NRU stack were exceeded.

Due to the location of the leak and the environment in which the leak occurred, repairs to the vessel will require input from several organizations. Due to the nature of the repairs, NRU will be offline and unable to produce medical isotopes for at least eight months. The reactor being offline will also affect fuel testing for the ACR project and work performed by NRC staff.



## 7. REASON FOR THE REPORT

This event is reportable to the Canadian Nuclear Safety Commission (CNSC), as per the letter from AECL to the CNSC titled *CRL Voluntary Public Disclosure Criteria*, 2009 Mar 27, which states: "NRU protocol for heavy water losses: Greater than 10 kg/day heavy water loss."

The RCA scope was chosen by Operations management in order to understand why the condition of the vessel was not fully understood until after the event.

## 8. BACKGROUND

When examining the history of NRU and how organizational factors led to management being unaware of the corrosion on the lower vessel wall, several recurring themes become evident. The following sections provide insight into each of these themes.

## 8.1 Management Oversight

One of the roles of management at all levels is to provide oversight to ensure that programs and facilities operate to meet or exceed expectations, monitor trends and take corrective action when an adverse trend is detected.

LAN-AECL001172

000055

**Litigation and Solicitor- Client Privileged and Confidential**

**PROTECTED - SENSITIVE**

## Root Cause Analysis (RCA)

4468-00-E Rev 3

| Event Title | Rev. | RCA No. |
|---|---|---|
| **Heavy** Water Leak<br><br>s.18(b)<br>s.18(d) | 0 | NRU - 09 - 04289 |
| | | Impact No. |
| | | NRU-09-04289 |

- 
- 

- 

- 

LAN-AECL001173

000056

**Litigation and Solicitor- Client Privileged and Confidential**

**PROTECTED - SENSITIVE**

## Root Cause Analysis (RCA)

4468-00-E Rev 3                                                                                    Page 8 of 48

| Event Title | | Rev. | RCA No. |
|---|---|---|---|
| **Heavy** Water Leak  s.18(b)  s.18(d) | | 0 | NRU - 09 - 04289 |
| | | | Impact No. |
| | | | NRU-09-04289 |



### 8.2          Isotope Production

Over the past 17 years of NRU operation, one item has remained constant: the pressure to produce isotopes. In the earlier years when NRX was still operational and able to take over isotope production requirements for CRL, NRU had some flexibility. NRU had the ability to shutdown for lengthy repairs (as in the Line 1212 event of 1991) or experiments.

When the decision was made to shutdown NRX in 1992, NRU lost this flexibility. From this point on, planned outages were typically no more than five days in duration; longer outages were not scheduled due to the requirement to produce isotopes.

LAN-AECL001174

000057

**Litigation and Solicitor- Client Privileged and Confidential**

**PROTECTED - SENSITIVE**

# Root Cause Analysis (RCA)

4468-00-E Rev 3                                                                                          Page 14 of 48

| Event Title | Rev. | RCA No. |
|---|---|---|
| **Heavy** Water Leak | 0 | NRU - 09 - 04289 |
| s.18(b)  s.18(d) |  | Impact No. |
|  |  | NRU-09-04289 |

### 8.6        Inspections of J-Rod Annulus

Since approximately 1975, shortly after Vessel #2 was put into service,

LAN-AECL001180

000063

**Litigation and Solicitor- Client Privileged and Confidential**

**PROTECTED - SENSITIVE**

## Root Cause Analysis (RCA)

4468-00-E Rev 3

| Event Title | Rev. | RCA No. |
|---|---|---|
| **Heavy** Water Leak | 0 | NRU - 09 - 04289 |
| **s.18(b)** **s.18(d)** | | Impact No. |
| | | NRU-09-04289 |

LAN-AECL001181

000064

## Litigation and Solicitor- Client Privileged and Confidential
**PROTECTED - SENSITIVE**

## Root Cause Analysis (RCA)

4468-00-E Rev 3
Page 16 of 48

| Event Title | | Rev. | RCA No. |
|---|---|---|---|
| **Heavy** Water Leak    s.18(c)    s.20(1)(c) | | 0 | NRU - 09 - 04289 |
| | | | Impact No. |
| | | | NRU-09-04289 |

LAN-AECL001182

000065

**Litigation and Solicitor- Client Privileged and Confidential**

**PROTECTED - SENSITIVE**

## Root Cause Analysis (RCA)

| Event Title | Rev. | RCA No. |
|---|---|---|
| **Heavy** Water Leak | 0 | NRU - 09 - 04289 |
| | | Impact No. |
| | | NRU-09-04289 |

## 12.        CAUSE ANALYSIS AND CORRECTIVE ACTIONS

### 12.1        Causal Factors:

**Causal Factor 1 (CF-1): Changing Future of NRU**

**Causal Factor 2 (CF-2): Focus on Short Term Isotope Production Goals**

s.18(b)

s.18(d)

**Causal Factor 3 (CF-3): Symptom Based Problem Solving**

**Causal Factor 4 (CF-4):** **Ineffective Use of OPEX**

**Causal Factor 5 (CF-5): Low Standards and Acceptance of Plant Operational Problems**

LAN-AECL001183

**000066**

**Litigation and Solicitor- Client Privileged and Confidential**

**PROTECTED - SENSITIVE**

## Root Cause Analysis (RCA)

4468-00-E Rev 3                                                                                    Page 18 of 48

| Event Title | Rev. | RCA No. |
|---|---|---|
| **Heavy** Water Leak | 0 | NRU - 09 - 04289 |
|  |  | Impact No. |
|  |  | NRU-09-04289 |

s.18(b)
s.18(d)

**Causal Factor 6 (CF-6): Less Than Adequate Management Oversight**

**13.         CORRECTIVE ACTION PLAN**

The corrective action plan for this event will be developed based on the analysis contained in NRU-508760-REPT-002, NRU Vessel Leak Repair Commission Member Document for Canadian Nuclear Safety Commission Meeting, 2009 November.

LAN-AECL001184

**000067**

# EXHIBIT 2

# (EXCERPTED DOCUMENT)

**Canadian Nuclear
Safety Commission**

**Commission canadienne de
sûreté nucléaire**

**Public hearing**

**Audience publique**

**July 5th, 2010**

**Le 5 juillet 2010**

Public Hearing Room
14th floor
280 Slater Street
Ottawa, Ontario

Salle d'audiences publiques
14e étage
280, rue Slater
Ottawa (Ontario)

**Commission Members present**

**Commissaires présents**

Mr. Michael Binder
Dr. Moyra McDill
Mr. Dan Tolgyesi
Mr. Alan Graham
Dr. Ronald Barriault

M. Michael Binder
Mme Moyra McDill
M. Dan Tolgyesi
M. Alan Graham
M. Ronald Barriault

**Secretary:**

**Secrétaire**

Mr. Marc Leblanc

M. Marc Leblanc

**Senior Counsel** :

**Conseiller principal:**

Ms. Lisa Thiele

Mme Lisa Thiele

1    taking on the challenges that have never been experienced

2    before confirms the world-class status of the Canadian

3    nuclear industry.

4              We have also engaged some of the world's

5    leading experts to ensure the effectiveness of the repair

6    techniques that we have deployed.

7              I want to acknowledge also the timely and

8    capable support of CNSC staff.  They have displayed a high

9    level of professionalism throughout.

10             As I have said on a number of occasions

11   before Parliament, AECL takes its responsibilities very

12   seriously to provide a reliable supply of medical isotopes

13   to Canada and the world.  It has been our foremost

14   operational priority.

15             In order to ensure this reliable supply of

16   isotopes, we have taken every reasonable action throughout

17   the outage to improve NRU's ongoing safety and reliability

18   and this will continue.

19             We, at AECL, are confident NRU is now ready

20   to resume safe operation.

21             Let me now turn over the proceedings to

22   AECL's Chief Nuclear Officer, Bill Pilkington, in order

23   that he can provide a more comprehensive presentation.

24             Thank you.

25             **MR. PILKINGTON:**  Good afternoon, Doctor

1          Binder and Members of the Commission.

2                    For the record, my name is Bill Pilkington,

3          Senior Vice-President and Chief Nuclear Officer.

4                    As Mr. MacDiarmid mentioned, we are here to

5          provide you with an update on our progress on repairing

6          the NRU reactor vessel and on our preparations to return

7          the NRU to service.

8                    My remarks today will follow the outline on

9          the slide you see before you with emphasis on the repairs

10         conducted, future activities and why we are confident that

11         the react can be safely returned to service.

12                   On May 15th, 2009, a heavy water leak was

13         detected from the NRU reactor.  The leak was traced to the

14         gas-filled annulus between the heavy water filled reactor

15         vessel and the light water reflector.

16                   The picture in the upper left shows the

17         water that was seen to be seeping through corrosion on the

18         outside surface of the vessel.  No corresponding hole

19         could be seen on the inside of the vessel until the

20         surface was prepared for repair as shown in the lower

21         right picture.

22                   The consequences of the heavy water leak

23         were minimal as the water was collected and stored.  Some

24         tritium from evaporation was exhausted through the NRU

25         ventilation system but the amount remained well below

1   regulatory limits.

2                This slide shows a picture of the NRU

3   reactor and a schematic illustrating the location of the

4   leak in relation to the nearest access point on the upper

5   deck, nine metres above the bottom of the vessel.  Access

6   to the interior of the vessel is through apertures that

7   are 12 centimetres in diameter, roughly the size of my

8   hand.

9                In addition, the reactor deck is only 3.7

10  meters in diameter, limiting the area for staging and

11  executing the in-vessel work.  And the pointer right now

12  on the presentation is pointing to roughly the centre of

13  the deck.

14               One way to appreciate the difficulties of

15  examining and repairing the vessel is to think of

16  repairing the basement wall of a two-storey house by

17  working from the roof through a length of drain pipe.

18               In the case of the NRU vessel, the work was

19  made more challenging by high radiation fields that pose a

20  risk for staff and can damage electronic equipment.  This

21  is a detailed schematic of the base of the NRU vessel

22  showing the annulus, light water reflector, and the

23  location of the leak at the bottom of the annulus shown by

24  the red arrow.

25               The black arrow below indicates the

1     circumferential weld at the base of the vessel that is

2     used as a reference elevation.  Note that the vessel wall

3     thickens below the circumferential weld.

4            The actual condition of the inside surface

5     of the vessel was relatively clean with about one

6     millimetre coating of gibbsite.  Gibbsite is a corrosion

7     product of aluminum that is formed in water.

8            Outside the vessel there was corrosion

9     product build-up on the lower vessel wall, the floor of

10    the light water gutter, and the wall of the reflector.

11    Also, the heavy water gutter was filled with corrosion

12    products and the lip was corroded away in some areas.

13           The first step in assessing the vessel

14    condition was a visual inspection of the full

15    circumference of the NRU vessel.  The pictures on this

16    slide show a team of AECL staff using a remote camera to

17    examine the vessel.  The visual inspection was followed by

18    a comprehensive non-destructive or NDE campaign undertaken

19    over five months to determine the thickness of the vessel

20    wall.

21           Progressively more sophisticated probes and

22    delivery systems were used to expand the area of

23    inspection and the quality of data.  This represents one

24    of the largest NDE campaigns carried out in the nuclear

25    industry on a single reactor component with over two

1           The protocol is now closed and CNSC staff

2   confirm that all the necessary information to make a

3   recommendation to the Commission for this approval has

4   been received and that the protocol has met its intent by

5   enhancing communication between the two organizations and

6   very close management oversight.

7           Today's presentation will provide details

8   on CNSC staff's assessment of the information provided by

9   AECL to support the NRU reactor's return to service.  But

10  before I hand the presentation over to Mr. Elder, I wish

11  to make the following statements.

12          Has the NRU been repaired safely?  The

13  answer is yes.  Has the repair re-established the

14  structural integrity?  The answer is yes.

15          However, the rest of the presentations will

16  discuss the operational reliability and the need for

17  operational experience and cultural changes at the AECL.

18          I will now pass the presentation on to Mr.

19  Elder.

20          **MR. ELDER:**  Thank you, Mr. Jammal.

21          Today's presentation consists of seven

22  parts.  First, I will provide an update on the vessel leak

23  repair and CNSC staff's overall conclusion on the repair.

24  Then Mr. Santini will go through the other four areas

25  assessed by CNSC staff during this extended outage

1    associated with the decision to allow restart and

2    continued refuelling.

3              Afterwards, we will provide information on

4    additional activities not directly linked to the restart

5    of NRU but that would be of interest to the Commission.

6              Finally, we will provide CNSC staff's

7    conclusions and recommendations.

8              As listed in the restart protocol, CNSC

9    staff required AECL to complete the following activities

10   during the vessel leak repair project:  conduct a root

11   cause investigation into the leak.

12   This was divided into two parts:  a technical

13   investigation focussed on the vessel and the cause of the

14   corrosion, and a wider organizational investigation onto

15   why the vessel was allowed to get into such a condition.

16             The results of the second part will be

17   discussed later in the presentation.

18             Then AECL was required to perform an

19   extensive assessment of the vessel to determine its

20   complete condition, define a repair strategy and a

21   detailed repair plan based on the condition assessment and

22   the technical root cause, implement a mitigation strategy

23   again based on the cause of the leak, demonstrate that

24   acceptable repair had been done in accordance with

25   applicable codes and standards, and finally to produce a

1    fitness-for-service safety case for the vessel showing

2    structural integrity will be maintained with an acceptable

3    safety margin.

4               To achieve a high level of confidence in

5    the reactor vessel repair initiative, CNSC staff required

6    a comprehensive conditional assessment to evaluate the

7    state of the vessel, the extent of corrosion damage, the

8    general fitness for service of the vessel and the repair

9    options.

10              As has been stated by AECL, the original

11   leak occurred at location JR-41 but there was also heavy

12   local corrosion at other locations at the same elevation

13   near the floor of annulus.  And at two locations, JR-41

14   and JR-13/17, there were through-wall penetrations.  That

15   is to say there was no metal left in these locations in

16   small areas.

17              It should be noted however that very little

18   general corrosion was identified in the rest of the

19   vessel.  This was also true for other structures

20   associated with the vessels and the walls of the light

21   water reflector tank.

22              Given the extent of corrosion in the

23   annulus at this floor level, it was evident that repair

24   was required to re-establish the structural integrity of

25   the vessel and to re-establish the design criteria.

# EXHIBIT 3

# (EXCERPTED DOCUMENT)



# Root Cause 1

s.18(b)

PROTECTED - SENSITIVE / PROTÉGÉ - DÉLICAT

LAN-AECL000977

# Root Cause 2

s.18(b)

AECL EACL

PROTECTED - SENSITIVE / PROTÉGÉ - DÉLICAT

LAN-AECL000978

PROTECTED - SENSITIVE / PROTÉGÉ - DÉLICAT

s.18(b)

# Root Cause 3



AECL EACL

10

000031

LAN-AECL000979

**Verdon, Isabelle**

| | |
|---|---|
| **From:** | Shorter, Bill |
| **Sent:** | Saturday, July 18, 2009 7:15 PM |
| **To:** | Pilkington, William; MacDiarmid, Hugh |
| **Cc:** | Cote, Richard; Bothwell, George; Christensen, Doug; Hawryluk, Allan; Halpenny, Steven; Robillard, Marc; Quinn, Pat; Kupferschmidt, Bill; White, Andrew; Archinoff, Glenn; Drumhiller, Earnest |
| **Subject:** | RE: NRU Communications Protocol - Update |

**AECL - OFFICIAL USE ONLY | À USAGE EXCLUSIF - EACL**

Update as of 1500h 2009 July 18

NDE Status

Integration and detailed analysis of the UT and ET scan data (~500,000 data points) has been continuing since Phase 1 NDE was completed. Two additional small areas of wall loss have been identified. An area of minumium wall thickness of 2.5 mm near J-Rod position 43 and an area of minimum wall thickness of 3.3 mm near J-Rod position 36 exist. Additional follow up action is needed to determine if these areas will require repair. Manufacture of components of the MK 2 NDE tool continued.

Repair Status

The design requirements for the weld overlay tooling were issued for both internal and vendor review and comment today.

J-Rod Annulus Cleanup

The radioactive work plan for removing stainless steel (SS) components from the J-Rod annulus was approved. Five SS components for removal were previously identified. Two SS seal plugs and one SS hook were removed from the annulus. Removal of a fourth SS component from the annulus was initiated but was deferred when it was determined that the component was too long to be placed in the shielded transfer flask. A plan to break the component into smaller sections will be developed. The remaining video inspections (vessel and reflector walls and annulus floor) from open positions in the J-Rod annulus were completed.

Bill Shorter

000061

LAN-AECL001009

## Verdon, Isabelle

| | |
|---|---|
| **From:** | Shorter, Bill |
| **Sent:** | Monday, July 20, 2009 8:03 PM |
| **To:** | Pilkington, William; MacDiarmid, Hugh |
| **Cc:** | Cote, Richard; Bothwell, George; Christensen, Doug; Hawryluk, Allan; Halpenny, Steven; Robillard, Marc; Quinn, Pat; Kupferschmidt, Bill; White, Andrew; Archinoff, Glenn; Drumhiller, Earnest |
| **Subject:** | RE: NRU Communications Protocol - Update |

**AECL - OFFICIAL USE ONLY | À USAGE EXCLUSIF - EACL**

Update as of 1500h 2009 July 20

NDE Status
Detailed analysis of NDE data continued (~50% complete). Additional information was provided on an area previously identfied as requiring repair (near J-Rod position 16). A small area of throughwall corrosion is contained within this repair area. Manufacture of components of the MK 2 NDE tool continued. Five reactor positions were prepared for the next phase of NDE.

Repair Status
Design requirements for the weld overlay tooling were issued. Drawings for the weld overlay tooling were received for review.

J-Rod Annulus Cleanup
Chemical analysis results for the 75 ml sample of standing water taken from the J-Rod annulus floor were provided to the corrosion team. The results from the flush of the J-Rod annulus were reviewed. Positive results were obtained. A request for a second flush was made.

Facility
Purging of one of the heavy water storage tanks was initiated in preparation for inspection. Inspection is required to confirm the two storage tanks can be used for storage of the high tritium heavy water inventory.

Bill Shorter

000063

LAN-AECL001011

# Repair Update

- Condition Assessment
  - NDE above weld line now complete at accessible locations
    - 81% of circumference covered
    - Leak site fully characterized
    - 8/9 areas of interest fully characterized
      - One area of interest inaccessible pending Mk-II tooling
    - 5 sites likely require repair (2 or more also possible)
  - Mk-II equipment for weld and below, on track for deployment after July 21
  - Corrosion samples retrieved: analysis underway
    - Full review of corrosion mechanisms, rates, and cause in progress

PROTECTED - SENSITIVE / PROTÉGÉ - DÉLICAT

AECL EACL

000065

LAN-AECL001013

# EXHIBIT 4



combining Lang Michener LLP and McMillan LLP

| | |
|---|---|
| **Reply to the Attention of** | Brett Harrison |
| **Direct Line** | 416.865.7932 |
| **Direct Fax** | 647.722.6756 |
| **Email Address** | brett.harrison@mcmillan.ca |
| **Our File No.** | 66591 |
| **Date** | March 2, 2011 |

**E-MAIL**

Mr. Jonathan Lundy
Senior Vice President, General Counsel
   & Corporate Secretary
Atomic Energy of Canada Limited
2251 Speakman Drive
Mississauga, Ontario L5K 1B2
Email: lundyj@aecl.ca

Dear Mr. Lundy:

> **Re:     Lantheus Medical Imaging, Inc. v. Zurich American
> Insurance Company**

        We act as Canadian counsel for  Lantheus Medical Imaging, Inc. ("Lantheus") in
the above noted matter. Lantheus recently filed a lawsuit in the United States against its
insurance company, Zurich American Insurance Company ("Zurich"), seeking payment of losses
that it sustained as a result of the shutdown of the Chalk River National Research Universal
("NRU") reactor in May 2009.  By this letter, Lantheus asks that Atomic Energy Canada,
Limited ("AECL") voluntarily provide Lantheus with the documents and information identified
on Exhibit 1.

        The information that Lantheus is asking AECL to voluntarily produce is highly
relevant to the U.S. lawsuit between Lantheus and Zurich.  As you know, the NRU reactor
produces molybdenum-99 ("moly"), a critical raw material used by Lantheus in manufacturing
its radiopharmaceutical products.  As a result of the May 2009 shutdown of the NRU reactor, the
supply of moly was interrupted for an extended period, and Lantheus incurred a substantial loss
of income.  Lantheus contends, in its U.S. lawsuit, that those losses are covered under an
insurance policy it purchased from Zurich.  Zurich has denied coverage based upon contentions
that the NRU reactor shutdown was caused by, among other things, "low standards" at the NRU
reactor, "errors in, or faulty, inadequate or defective … construction … design … renovation,
specifications, workmanship, installation or process," "[e]rrors in, or faulty, inadequate or
defective [m]aintenance," a "latent defect" in the reactor, and the effects of "corrosion."  The
documents sought by Lantheus from AECL pertain to the reasons for, and events surrounding the
NRU reactor shutdown, which are central issues in the U.S. lawsuit.

McMillan LLP  |  Brookfield Place, 181 Bay Street, Suite 4400, Toronto, Ontario, Canada M5J 2T3   t 416.865.7000   f 416.865.7048
Lawyers  |  Patent & Trade-mark Agents  |  Avocats  |  Agents de brevets et de marques de commerce
Vancouver  |  Calgary  |  Toronto  |  Ottawa  |  Montréal  |  Hong Kong  |  mcmillan.ca

MBDOCS_5404354.1

# mcmillan

March 2, 2011
Page 2

Lantheus is mindful of the time involved in responding to a request for documents such as this one, and has attempted to make its document requests as narrow as reasonably possible in the circumstances.  We are writing you now to request voluntary production of these documents in the hope of avoiding the use of formal process, and I am happy to discuss with you any reasonable accommodations that Lantheus can make with AECL to facilitate production of these materials.

Given the schedule for discovery in this proceeding we would ask that you please provide us with a response by no later than March 15, 2011

Yours truly,

Brett Harrison

/wl
cc: Rukesh Korde, Covington & Burling LLP

## EXHIBIT 1

The term "documents" as used below includes reports, memoranda, data or analysis of data.

1.  The documents that AECL relied upon in reaching the conclusions identified below in its presentations (and any associated written testimony or reports) to the Canadian Nuclear Safety Commission ("CNSC") of January 20, 2011 and July 5, 2010:

(a)  <u>January 20, 2011 presentation:</u>  conclusions regarding (i) root causes of the NRU reactor vessel leak, (ii) maintenance of the carbon dioxide concentration and improvements to the carbon dioxide system, in the J-Ring Annulus ("the Annulus") of the NRU reactor, (iii) human performance issues, (iv) the drain system in the Annulus, and (v) defective fuel issues.

(b)  <u>July 5, 2010 presentation:</u>  conclusions regarding (i) causes of the heavy water leak in the NRU reactor, (ii) damage and other effects of the heavy water leak to the NRU reactor, and (iii) the statement that "corrosion ha[d] been progressing" at the time of the license renewal in 2007.

2.  The documents that AECL relied upon in reaching conclusions regarding the cause of the leak in the NRU reactor, the damage mechanism or the condition assessment of the NRU reactor, as set forth in the following presentations (and any associated written testimony or reports):

(a)  the presentation to the House of Commons Standing Committee on Natural Resources meeting on October 19, 2009;

(b)  the presentation to the CNSC on August 27, 2009;

(c)  the presentation to the House of Commons Standing Committee on Natural Resources on August 21, 2009;

(d)  the presentation to the CNSC on July 8, 2009;

(e)  the presentation to the CNSC on June 11, 2009; and

(f)  the presentation to the House of Commons Standing Committee on Natural Resources on June 4, 2009.

3.  The documents which AECL considered or reviewed in evaluating whether or not radiation caused or contributed to an alteration of the micro-structure of the aluminum alloy

composing the NRU reactor vessel, and whether any such alteration caused or contributed to the May 2009 shutdown of the NRU reactor.

   4. The documents which AECL considered or reviewed in evaluating the cause or causes of the nitric acid formation in the Annulus of the NRU reactor.

   5. The documents which AECL considered or reviewed in evaluating the nitric acid concentration in the Annulus of the NRU reactor at the time of or during the period prior to the May 2009 NRU reactor shutdown.

   6. The documents which AECL considered or reviewed in evaluating carbon dioxide flow rates, variations of such flow rates and air leakage in or into the NRU reactor or the Annulus at the time of or during the period prior to the May 2009 NRU reactor shutdown.

   7. The documents which AECL considered or reviewed in evaluating whether or not water drainage difficulties or obstructions to water drainage in the Annulus of the NRU reactor at the time of or during the period prior to the May 2009 NRU reactor shutdown caused or contributed to that shutdown.

   8. Documents reporting on the results of inspections and scans of the NRU reactor vessel conducted in 2004, 2005, 2009, 2010 and 2011.

   9. The results of any coupon tests, that is, tests regarding the damage mechanism, of the NRU reactor vessel following the May 2009 NRU reactor shutdown.

   10. Documents graphically or numerically depicting the specific locations of the damage to the NRU reactor vessel (including "pitting" or leak holes) at the time of the shutdown.

   11. Documents describing damage to the NRU reactor that could be or were caused by a heavy water leak.

   12. The documents which AECL considered or reviewed in evaluating whether or not defective fuel had any role in causing or contributing to the May 2009 shutdown of the NRU reactor.

   13. The documents which AECL considered or reviewed in evaluating whether or not any chemicals or dessicants were introduced into or found in the Annulus or water in the Annulus space at the time of or during the period prior to the May 2009 NRU reactor shutdown.

   14. The manuals, guidelines or written procedures, or the portions of such manuals, guidelines or written procedures, applicable to the maintenance and inspection of the NRU reactor in force in May 2009.

# EXHIBIT 5


combining Lang Michener LLP and McMillan LLP

| | |
|---|---|
| **Reply to the Attention of** | Brett Harrison |
| **Direct Line** | 416.865.7932 |
| **Direct Fax** | 647.722.6756 |
| **Email Address** | brett.harrison@mcmillan.ca |
| **Our File No.** | 202043 |
| **Date** | April 11, 2011 |

**E-MAIL AND DELIVERED**

Mr. Jean Boulais
Access to Information and Privacy Coordinator
Atomic Energy of Canada Limited
Place de Ville, Tower B
112 Kent Street, Suite 501
Ottawa, ON  K1A 0S4
E-mail:  boulaisj@aecl.ca

Dear Mr. Boulais:

> **Re:    Access to Information Request**

We act as Canadian counsel for Lantheus Medical Imaging, Inc. ("Lantheus"). Lantheus recently filed a lawsuit in the United States against its insurance company, Zurich American Insurance Company ("Zurich"), seeking payment of losses that it sustained as a result of the shutdown of the Chalk River National Research Universal ("NRU") reactor in May 2009. Please find attached a formal Access to Information Request Form, whereby Lantheus requests that Atomic Energy Canada Limited ("AECL") provide it with documents and information related to this matter, identified in Exhibit 1.

Lantheus is mindful of the time involved in responding to a request for documents of this nature, and has attempted to make its requests as narrow as is reasonably possible in the circumstances.  Given the schedule for discovery in this proceeding, we would appreciate a response as soon as possible.

Yours truly,

Brett Harrison

McMillan LLP · Brookfield Place, 181 Bay Street, Suite 4400, Toronto, Ontario, Canada M5J 2T3 · t 416 865 7000 · f 416 865 7048 · MCDOCS_5441548.1
Lawyers | Patent & Trade-mark Agents | Avocats | Agents de brevets et de marques de commerce
Vancouver | Calgary | Toronto | Ottawa | Montréal | Hong Kong | mcmillan.ca

mcmillan

## EXHIBIT 1

The term "documents" as used below includes reports, memoranda, data or analysis of data.

1.  The documents that AECL relied upon in reaching the conclusions identified below in its presentations (and any associated written testimony or reports) to the Canadian Nuclear Safety Commission ("CNSC") of January 20, 2011 and July 5, 2010:

(a)  <u>January 20, 2011 presentation</u>:  conclusions regarding (i) root causes of the NRU reactor vessel leak at the J-41 area of the J-Ring Annulus ("Annulus"), (ii) maintenance of the carbon dioxide concentration and improvements to the carbon dioxide distribution system in the Annulus, (iii) operational performance issues that contributed to or caused the leak, (iv) the drain system in the Annulus, and (v) defective fuel issues.

(b)  <u>July 5, 2010 presentation</u>:  conclusions regarding (i) causes of the heavy water leak in the NRU reactor, including localized cavities discovered at the J-41 and J-13 to 18 areas of the Annulus, (ii) damage and other effects of the heavy water leak to the NRU reactor, including emissions of tritium above weekly action levels from May until July 2009, and (iii) the statement on page 66 of the hearing transcript that "corrosion ha[d] been progressing" at the time of the license renewal in 2007.

2.  The documents that AECL relied upon in reaching conclusions regarding the cause of the leak in the NRU reactor, the damage mechanism or the condition assessment of the NRU reactor, as set forth in the following presentations (and any associated written testimony or reports):

(a)  the presentation to the House of Commons Standing Committee on Natural Resources meeting on October 19, 2009;

(b)   the presentation to the CNSC on August 27, 2009;

(c)   the presentation to the House of Commons Standing Committee on Natural Resources on August 21, 2009;

(d)   the presentation to the CNSC on July 8, 2009;

(e)   the presentation to the CNSC on June 11, 2009; and

(f)   the presentation to the House of Commons Standing Committee on Natural Resources on June 4, 2009.

3.   The documents which AECL considered or reviewed in evaluating whether or not radiation caused or contributed to an alteration of the micro-structure of the aluminum alloy composing the NRU reactor vessel, and whether any such alteration caused or contributed to the May 2009 shutdown of the NRU reactor.

4.   The documents which AECL considered or reviewed in evaluating the cause or causes of the nitric acid formation in the Annulus of the NRU reactor.

5.   The documents which AECL considered or reviewed in evaluating the nitric acid concentration in the Annulus of the NRU reactor at the time of or during the period prior to the May 2009 NRU reactor shutdown.

6.   The documents which AECL considered or reviewed in evaluating carbon dioxide flow rates in the Annulus, variations of such flow rates over time, and air leakage into the Annulus during the period prior to the May 2009 NRU reactor shutdown.

7.   The documents which AECL considered or reviewed in designing or implementing a more effective carbon dioxide distribution system in the Annulus and preventing air leaks into the Annulus after May 2009.

8.   The documents which AECL considered or reviewed in evaluating whether or not inadequate water drainage in the Annulus of the NRU reactor during the period prior to the May 2009 NRU reactor shutdown caused or contributed to that shutdown.

9.  Documents reporting on the results of inspections and scans of the NRU reactor vessel conducted in 2004, 2005, 2009, 2010 and 2011.

10. The results of any coupon tests, that is, tests regarding the damage mechanism, of the NRU reactor vessel following the May 2009 NRU reactor shutdown.

11. Documents graphically or numerically depicting the specific locations of the damage to the NRU reactor vessel (including "pitting," leak holes, "dish shaped" irregularities, and thinning of the reactor vessel wall) at the time of the shutdown.

12. Documents describing damage to the NRU reactor that could be or were caused by a heavy water leak.

13. The documents which AECL considered or reviewed in evaluating whether or not defective fuel had any role in causing or contributing to the May 2009 shutdown of the NRU reactor.

14. The documents which AECL considered or reviewed in evaluating whether or not any chemicals, dessicants, or "impurities" were introduced into or found in the Annulus or in water in the Annulus space at the time of or during the period prior to the May 2009 NRU reactor shutdown.

15. The manuals, guidelines or written procedures, or the portions of such manuals, guidelines or written procedures, applicable to the maintenance and inspection of the NRU reactor in force in May 2009.

16. Documents sufficient to identify any litigation, mediation, arbitration, settlement, or other legal disputes or claims in which AECL is involved arising out of the May 2009 shutdown of the NRU reactor.

April 11, 2011
Page 5

17. Documents sufficient to identify any claim for insurance coverage made by AECL as a result of the May 2009 reactor shutdown, including the resolution of any such claim.

18. Documents sufficient to identify the persons or entities involved in maintenance of the NRU reactor, including any third party companies or consultants, prior to the May 2009 shutdown of the NRU reactor.

19. Documents sufficient to identify the two experts who reviewed AECL's interim "corrosion" assessment and any reports or other documents reflecting the expert's opinions regarding the interim "corrosion" assessment.

20. Photographs, drawings, or other images depicting the damage to the NRU reactor vessel (including "pitting" or leak holes) at or around the time of the shutdown.

21. Reports analyzing or addressing the cause(s) of the May 2009 shutdown authored, in whole or in part by any of the following persons: I. Muir, T.A. Moir, C. Bromley, G. Arsenault, K. Sedman, L. Lupton, G. Mark and C.W. Turner.

 Government   Gouvernement
of Canada   du Canada

 **Info Source**

# Access to Information Request Form

## Access to Information Act

*Protected when completed*

For official use only

| Step 1 | Step 2 | Step 3 | Step 4 |
|---|---|---|---|
| Determine which federal government institution is most likely to have the information you are seeking. Decide whether you wish to submit an informal request for the information or a formal request under the *Access to Information Act*. If you wish to make an informal request, contact the appropriate institution. The address can likely be found in *Info Source* publications which are available across Canada, generally in major public and academic libraries, constituency offices of federal Members of Parliament and most federal government public enquiry and service offices. | To apply for information under the *Access to Information Act*, complete this form or a written request mentioning the Act. Describe the information being sought and provide any relevant details necessary to help the institution find it. If you require assistance, refer to *Info Source (Sources of Federal Government Information)* for a description of program records held by the institution or contact its Access to Information Coordinator. | Forward the access request to the Coordinator of the institution holding the information. The address is listed in the "Introduction" to *Info Source*. Enclose a $5.00 money-order or cheque payable to the Receiver General of Canada. Depending upon the type or amount of information being sought, you may be asked to authorize further charges. | When you receive an answer to your request, review the information to determine whether you wish to make a further request under the Act. You also have the right to complain to the Access to Information Commissioner should you believe that you have been denied any of your rights under the Act. |

**Federal Government Institution**
Atomic Energy of Canada Limited

**Provide details regarding the information being sought**
Please see Exhibit 1.

**Method of access preferred**   ☒ Receive copies of originals   ☐ Examine originals in government offices

**Name of applicant**
Brett Harrison on behalf of Lantheus Medical Imaging, Inc.

**Street, address, apartment**
Brookfield Place, 181 Bay Street, Suite 4400

**City or town**
Toronto

**Province**
ON

**Postal Code**
M5J 2T3

**Telephone number**
416.865.7932

This request for access to information under the *Access to Information Act* is being made by   ☐ a Canadian citizen, permanent resident or another individual present in Canada, or   ☒ a corporation present in Canada

Signature

Date   *April 1, 2011*

The personal information provided on this form is protected under the provisions of the *Access to Information Act* and the *Privacy Act*.

**Canada**

TBC 350-57 (Rev. 2000/06/19)

# EXHIBIT 6



mcmillan
combining Lang Michener LLP and McMillan LLP

*Reply to the Attention of* **Brett Harrison**
*Direct Line* **416.865.7932**
*Direct Fax* **647.722.6756**
*Email Address* **brett.harrison@mcmillan.ca**
*Our File No.* **202043**
*Date* **May 4, 2011**

## E-MAIL

Mr. Jean Boulais
Access to Information and Privacy Coordinator
Atomic Energy of Canada Limited
Place de Ville, Tower B
112 Kent Street, Suite 501
Ottawa, ON K1A 0S4
E-mail: boulaisj@aecl.ca

Dear Mr. Boulais:

### Re:    Access to Information Request

We write regarding the Access to Information Request that Lantheus Medical Imaging, Inc. ("Lantheus") sent to Atomic Energy of Canada Limited ("AECL") on April 11, 2011, and our subsequent conversation on April 21, 2011 regarding that request.

In our conversation, you confirmed that AECL is willing to provide Lantheus with the same materials that it has already produced in response to Access to Information Requests from other parties. We have discussed this with our client and they would like to receive these materials as soon possible. We would ask that you confirm that they will be provided no later than May 11, the date on which AECL's response to the access request is due.

You also stated that AECL has withheld a number of other documents as exempt from production in response to prior Requests. While you indicated that AECL was willing to revisit prior exemptions, there was no discussion regarding when any further production would be made.

Unless these documents would be produced by May 11, Lantheus cannot agree to this proposal. Lantheus is subject to a court deadline in the United States which, as a practical matter, prevents Lantheus from being able to engage in a consultative process of indeterminate length, with no guarantee that all required materials will be provided in time for the information to be used in the U.S. litigation. Accordingly, Lantheus requests full compliance with its Access to Information Request by the deadline for AECL's response of May 11, 2011. We would ask that to the extent possible, the documents be provided electronically and sent to my attention at Brett.Harrison@McMillan.ca.

McMillan LLP  |  Brookfield Place, 181 Bay Street, Suite 4400, Toronto, Ontario, Canada M5J 2T3  |  t 416.865.7000  |  f 416.865.7048
Lawyers  |  Patent & Trade-mark Agents  |  Avocats  |  Agents de brevets et de marques de commerce
Vancouver  |  Calgary  |  Toronto  |  Ottawa  |  Montréal  |  Hong Kong  |  mcmillan.ca

MBDOCS_5482779.1



*May 4, 2011*
*Page 2*

   Furthermore, because it is apparent from our discussion that AECL is unlikely to produce all of the materials requested in the Access to Information Request, Lantheus will be seeking approval by the U.S court of a letter of request to the Canadian courts to require production of all the requested materials and deposition testimony by AECL.

         Sincerely,

         Brett Harrison

/ar

McMillan LLP | Brookfield Place, 181 Bay Street, Suite 4400, Toronto, Ontario, Canada M5J 2T3 | t 416.865.7000 | f 416.865.7048

Lawyers | Patent & Trade-mark Agents | Avocats | Agents de brevets et de marques de commerce

Vancouver | Calgary | Toronto | Ottawa | Montréal | Hong Kong | mcmillan.ca

MBDOCS_5482779.1

# EXHIBIT 7



combining Lang Michener LLP and McMillan LLP

| | |
|---|---|
| **Reply to the Attention of** | Brett Harrison |
| **Direct Line** | 416.865.7932 |
| **Direct Fax** | 647.722.6756 |
| **Email Address** | brett.harrison@mcmillan.ca |
| **Our File No.** | 202043 |
| **Date** | May 9, 2011 |

**VIA E-MAIL**

Mr. Jean Boulais
Access to Information and Privacy Coordinator
Atomic Energy of Canada Limited
Place de Ville, Tower B
112 Kent Street, Suite 501
Ottawa, ON  K1A 0S4
E-mail:  boulaisj@aecl.ca

Dear Mr. Boulais:

> **Re:    Access to Information Request**

I write to confirm and follow-up on our telephone conversation of May 6, 2011 concerning the Access to Information Request that Lantheus Medical Imaging, Inc. ("Lantheus") sent to Atomic Energy of Canada Limited ("AECL") on April 11, 2011 and Lantheus' subsequent letter of May 4, 2011.

Based on our conversation, I understand that AECL does not intend to produce any documents in response to Lantheus' request beyond the limited materials it has already provided to other parties.  This would only be a partial response to Lantheus' request. I also understand that AECL will be extending the time period for its response as you believe that additional time will be required to determine what, if any, additional documents will be disclosed.  AECL has not committed to providing Lantheus with any additional documents beyond those already available and it has not committed to any definite time frame for producing such materials.

The documents sought by Lantheus are highly relevant to litigation pending in the United States seeking insurance coverage for losses that Lantheus incurred when supplies of Molybendum-99 were disrupted following the May 2009 shutdown of the AECL NRU reactor at Chalk River.  In order to be able to comply with court-imposed deadlines in the U.S. litigation, Lantheus requires prompt and meaningful compliance with its requests.  Given AECL's position, and the importance of obtaining the requested document within the court-imposed deadlines,

McMillan LLP | Brookfield Place, 181 Bay Street, Suite 4400, Toronto, Ontario, Canada M5J 2T3 | t 416.865.7000 | f 416.865.7048
Lawyers | Patent & Trade-mark Agents | Avocats | Agents de brevets et de marques de commerce
Vancouver | Calgary | Toronto | Ottawa | Montréal | Hong Kong | mcmillan.ca

MBDOCS_5485808.2

Page 2

Lantheus has no choice but to proceed with its request for approval by the U.S. court of a letter of request to the Canadian courts to require production of the requested materials and deposition testimony by AECL.

Sincerely,

Brett Harrison

# EXHIBIT 8

 

**Jean Boulais**
Director, Access to Information and Privacy
Directeur, Accès à l'information et de la
protection des renseignements personnels

**PROTECTED-Sensitive**

AECL File Number
A-2011-0001

May 11, 2011

Mr. Brett Harrison
McMillan LLP
Brookfield Place
181 Bay Street, Suite 4400
Toronto, ON
M5J 2T3

Dear Mr. Harrison:

This refers to your request made pursuant to the *Access to Information Act*, which was originally received on April 12, 2011 at Atomic Energy of Canada Limited and clarified by email on May 4, 2011, following our telephone conversation on April 21, 2011. Your request is as follows:

**A-2011-0001**  *"We act as Canadian Counsel for Lantheus Medical Imaging, Inc. Lantheus recently filed a lawsuit in the United States against its insurance company, Zurich American Insurance Company, seeking payment of losses that it sustained as a result of the shutdown of the Chalk River National Research Universal (NRU) Reactor in May 2009. Please find attached a formal access request form, whereby Lantheus requests that AECL provide it with documents and information related to the May 2009 Shutdown of the Chalk River National Research Universal reactor identified in Exhibit 1."*

Attached you will find copies of documents that were previously released on the NRU under the *ATI Act* in 2008 and 2009.

As a result of the clarification received on May 4, 2011, the new statutory deadline date is May 31, 2011.

Should you have any questions, please do not hesitate to contact me at (613) 782-2025 or by e-mail at boulaisj@aecl.ca.

Sincerely yours,

Jean Boulais
Director, Access to Information and Privacy

Place de Ville, Tower B
112 Kent Street, Suite 501
Ottawa, Ontario
Canada   K1A 0S4
Direct: 613-782-2025
Fax: 613-782-2017
boulaisj@aecl.ca
www.aecl.ca

Place de Ville, Tour B
112 rye Kent, Bureau 501
Ottawa, (Ontario)
Canada   K1A 0S4
Ligne Directe: 613-782-2025
Fax: 613-782-2017
boulaisj@aecl.ca
www.aecl.ca



# EXHIBIT 9

# (EXCERPTED DOCUMENT)

S99- Detailed Report

Case 1:10-cv-09371-KPF-JLC   Document 37-1   Filed 08/29/11   Page 52 of 76



**AECL  EACL**

**S99- Detailed Report**

**PROTECTED - SENSITIVE**

CRL-508760-FM-323 Rev. 1

Page 1 of 8
Ref. Procedure CRL-508760-PRO-343

**Section 1: Problem Identification**

ImpAct No.

NRU-09-04289

ImpAct Title

Heavy Water Leak

| Discovery Date | Location | s.16(2) |
|---|---|---|
| 2009 May 15 | NRU | |

| Facility Branch | Date/Time Occurred |
|---|---|
| NRU | 2009 May 15 |

Equipment ID

N/A

Conditions Prior to Problem, including Reactor Power Level if applicable

On 2009 May 14 at 15:22h the reactor tripped on Unit 39 due to a loss of Class IV power, and a poison outage was conceded. Class IV power was restored at 00:38h on 2009 May 15.

Description of the Problem

On 2009 May 15, a small leak of heavy water was detected from the NRU reactor. The leak rate of approximately 5 kg/h was well within the capabilities of NRU's make-up system, and therefore did not pose an immediate safety risk for the reactor. Tritium releases associated with the water leak were above weekly action levels but remained well below regulatory limits. The prudent course of action was taken to keep the reactor shut down to locate and repair the leak. On 2009 May 18, the leak was located on the outside of the NRU vessel. A remote camera showed water seeping out of a corrosion deposit on the outer wall near the bottom of the vessel.

Immediate Action Taken

Immediately following indication of a leak, actions focussed on enhanced oversight of nuclear safety were implemented. These actions included increased monitoring of NRU's leak detection systems, increased monitoring of the heavy water level in the vessel, increased availability of heavy water for addition to the system and ensuring staff readiness should the emergency cooling system automatically initiate as designed. Longer-term initiatives were then undertaken to contain the leaking water, to control the emissions of tritium, and to determine the cause and extent of condition.

The water leakage was collected by a purpose-designed NRU system, and transferred to specially-designed drums for storage and eventual disposition. Evaporation was removed by the NRU ventilation system, protecting workers from tritium exposures. The tritium emissions with the evaporation remained below 0.1% of the regulatory limit (extrapolated to a full year).

Efforts were made to reduce the leakage by lowering the water level in the NRU vessel, and adding a solution of material to block the leak path. By the end of June, fuel, isotope and control rods had been removed from the reactor vessel and the water level was reduced, resulting in a 10-fold decrease in leak rate. In mid-July, the vessel was completely drained, which stopped the water leak. Extensive visual and non-destructive examinations have revealed a band of corrosion around the lower outer surface of the vessel. The corrosion resulted in "dish-shaped" areas of regional wall loss, and a few highly localized cavities. It was one of the latter cavities that led to the heavy-water leak.

Remarks on Conditions Prior to Problem

N/A

Remarks on Description of the Problem

N/A

Remarks on Immediate Action Taken

N/A

S-99 report for NRU leak event.doc

**000001**

**AECL 00001**

**S-99 Detailed Report**

s.18(c)
s.20(1)(c)

**PROTECTED -- SENSITIVE
Information Use**

CRL-508760-FM-323 Rev. 1

Page 6 of 8
Ref. Procedure CW-514300-xxx-xxx

| Review of Operating Experience / Previous Similar Conditions |
|---|

**Extent of Condition**

An extensive investigation has been completed for corrosion of the NRU vessel, and the sites that require remediation have been identified, including the leak site.

In addition, a review is underway of NRU systems for degradation mechanisms that may not have been previously adequately addressed. The outcome of this review, and any required actions, will be documented separately.

**Cause Analysis Conclusions**

Technical Cause

An extensive inspection has been conducted to determine the technical cause of the corrosion on the outside of the vessel and extent of the degraded condition. This inspection included:

- visual examinations of the outer and inner surfaces of the vessel wall,
- ultrasonic testing (UT) and eddy-current testing (ET) measurements of the wall thickness and vessel condition,
- microscopic and chemical examination of various components removed from the annulus, and
- destructive examination of material removed from the vessel wall.

The visual and non-destructive examinations have revealed a circumferential band of corrosion on the outer surface of the reactor vessel at the bottom of the annulus. In general, this corrosion has resulted in insignificant thinning of the vessel wall. Within the band, however, there are regions where there has been more substantial wall thinning. In these regions the vessel wall has been corroded in a shallow "dish" shape. In some cases, the remaining wall thickness at the minimum of the dish is less than 1 mm (of the original ~8 mm). In addition to the general corrosion there are a few sites where highly localized corrosion has penetrated the vessel wall. It was at one of these sites of localized corrosion that the vessel wall was penetrated and led to the heavy water leak.

The corrosion of the NRU vessel was due to nitric acid produced from air and water leaking into the annulus between the vessel and the water reflector. Radiolysis of the air in the presence of water produces nitric acid, which corrodes the aluminum vessel. The larger patches would result from water containing nitric acid impinging on the vessel wall (e.g. splashing and spraying). Destructive examination of a coupon removed from the vessel wall adjacent to the leak site indicates that the localized corrosion is due to an electrochemical mechanism where water leaking into the base of the annulus meets acidic water running down the vessel wall leading to an aggressive local water chemistry. For both the general corrosion and local penetration, the primary agent for corrosion was most likely nitric acid.

Organizational Cause

An organizational root cause analysis has provided valuable insight into process issues and resulting actions that will provide lasting improvements and contribute to the organization's future success. Some of these same organizational causes were identified in the Talisman Report commissioned jointly by the CNSC and AECL in 2008 June.

When reviewing the organizational root causes, it is important to recognize that a complex series of events has occurred over the years, resulting in actions that sometimes differ from common industry management practices. These events mainly include changes in public policy affecting the operation and funding of Chalk River Laboratories and the planning assumption that an extended NRU outage to address maintenance issues would be taken following the Dedicated Isotope Facilities (DIF) becoming operational.

The NRU reactor plays a significant role in medical isotope supply (30% globally). Delays with the DIF project and its eventual cancellation in 2008 May, placed increased operating demands on NRU.

An investigation into the organizational causes for the event has revealed the following causal factors:

1. *Changing Future of NRU:* NRU's mission and planned life have changed several times over the past two decades, which has

Case 1:10-cv-09371-KPF-JLC   Document 37-1   Filed 08/29/11   Page 54 of 76

**S-99 Detailed Report**

CRL-508760-FM-323 Rev. 1

placed NRU's maintenance and condition under pressure. In 1996, AECL informed the Atomic Energy Control Board that the NRU reactor would not be operated beyond 2005 December 31. Also in 1996 the MDS Nordion Medical Isotopes Reactor (MMIR) contract was signed to have the Dedicated Isotope Facilities project in-service in accordance with its terms. This contributed to a shorter-term focus for operation of NRU.

2.  *Focus on Short-Term Isotope Production*: An extended outage for NRU may result in shortages in isotope supply, which makes preventative work requiring an extended outage very difficult to plan and schedule.

3.  *Symptom-Based Problem Solving*: A lack of questioning attitude by staff led to problems being addressed by focussing on symptoms and not by looking for root causes and extent of condition. As a result, evidence that there was corrosion of the lower vessel was not sufficiently considered (e.g., deterioration of the CO2 header at the bottom of the annulus and visual examinations of the annulus for other purposes that showed corrosion on the vessel wall).

4.  *Ineffective Use of Operating Experience*: Until recently, NRU, like other research reactors, was not considered to be part of the nuclear power reactor community. Consequently, there has been little learning from power reactor organizations.

5.  *Low Standards and Acceptance of Plant Operational Problems*: When repair attempts were not fully effective, and light-water leakage persisted, it was accepted as a "normal" operating condition for NRU, and the focus was on managing the light-water leakage rather than prevention.

6.  *Less Than Adequate Management Oversight*: Historically CRL management did not ensure high standards for operation and that strong barriers were in place to prevent events.

These causal factors point to certain barriers that were either non-existent or compromised, and which could have prevented the event. Having said that, the event evolved over a number of decades and the assessment is based on current standards and practices for operation. In some cases, the barriers would not have been expected to be in place at that time.

Looking at the organization, as it exists now, there have been a number of improvements introduced that address causal factors for the event. For example:

- In 2005, a Chief Nuclear Officer position was introduced and staffed to bring in utility standards and an operational focus. This has resulted in increased attention to nuclear and conventional safety, and elements of a learning organization being established.

- A Leadership Academy was implemented in 2006 to train leaders and ensure they share a common understanding of expectations and standards for operation.

- In 2007, the position of Chief Nuclear Engineer/Design Authority was created for Research and Technology Operations. This has resulted in establishing engineering programs that reflect current industry practice for supporting operations such as change control, operability evaluations, configuration management, and system/equipment health monitoring.

- Following the decision to discontinue the Dedicated Isotope Facilities in 2008, the Isotope Supply Reliability Program was established to ensure that the reliability of isotope production is improved by addressing plant, process and people issues in NRU, and other facilities supporting isotope production.

- In 2008, AECL secured a trial membership in the World Association of Nuclear Operators that brings training, workshops, technical support missions, and the peer review process, all of which will help raise standards and improve practices.

- The position of Vice-President and General Manager of Operations was staffed in 2009 with an individual with broad nuclear industry experience.

The above improvements have been implemented in recent years and have been effective in addressing some, but not all aspects of the causal factors. In assessing the safety culture of today, the following organizational barriers still require further improvement:

- Accountability: Staff and management tend to not accept responsibility and to regard "best-effort" as sufficient rather than taking responsibility for achieving results.

- Standards: Standards for operation are not in-line with current utility industry practice.

- Technical Support: There is a tendency to solve issues within a work group or to under value support, rather than seek input from other work groups, or beyond AECL.

- Questioning Attitude: Staff and management can be overly optimistic, without appropriate challenging of assumptions.

Asking, "Why are these barriers weakened, or what fundamental organizational failing has these symptoms?" points to an underlying organizational cause:

000007

AECL 00007

Litigation and Solicitor-Client Privileged and Confidential

Organizational Cause

An organizational root cause analysis has provided valuable insight into process issues and resulting actions that will provide lasting improvements and contribute to the organization's future success. Some of these same organizational causes were identified in the Talisman Report commissioned jointly by the CNSC and AECL in 2008 June.

When reviewing the organizational root causes, it is important to recognize that a complex series of events has occurred over the years, resulting in actions that sometimes differ from common industry management practices. These events mainly include changes in public policy affecting the operation and funding of Chalk River Laboratories and the planning assumption that an extended NRU outage to address maintenance issues would be taken following the Dedicated Isotope Facility (DIF) becoming operational.

The NRU reactor plays a significant role in medical isotope supply (30% globally). Delays with the DIF project and its eventual cancellation in 2008 May, placed increased operating demands on NRU.

An investigation into the organizational causes for the event has revealed the following causal factors:

1. *Changing Future of NRU*: NRU's mission and planned life have changed several times over the past two decades, which has placed NRU's maintenance and condition under pressure. In 1996, AECL informed the Atomic Energy Control Board that the NRU reactor would not be operated beyond 2005 December 31. Also in 1996 the MDS Nordion Medical Isotopes Reactor (MMIR) contract was signed to have the Dedicated Isotope Facility project in-service in accordance with its terms. This contributed to a shorter-term focus for operation of NRU.
2. *Focus on Short-Term Isotope Production*: An extended outage for NRU may result in shortages in isotope supply, which makes preventative work requiring an extended outage very difficult to plan and schedule.
3. *Symptom-Based Problem Solving*: A lack of questioning attitude by staff led to problems being addressed by focussing on symptoms and not by looking for root causes and extent of condition. As a result, evidence that there was corrosion of the lower vessel was not sufficiently considered (e.g., deterioration of the $CO_2$ header at the bottom of the annulus and visual examinations of the annulus for other purposes that showed corrosion on the vessel wall).
4. *Ineffective Use of Operating Experience*: Until recently, NRU, like other research reactors, was not considered to be part of the nuclear power reactor community. Consequently, there has been little learning from power reactor organizations.
5. *Low Standards and Acceptance of Plant Operational Problems*: When repair attempts were not fully effective, and light-water leakage persisted, it was accepted as a "normal" operating condition for NRU, and the focus was on managing the light-water leakage rather than prevention.
6. *Less Than Adequate Management Oversight*: Historically CRL management did not ensure high standards for operation and that strong barriers were in place to prevent events.

000044

AECL 00028

Litigation and Solicitor-Client Privileged and Confidential

These causal factors point to certain barriers that were either non-existent or compromised, and which could have prevented the event. Having said that, the event evolved over a number of decades and the assessment is based on current standards and practices for operation. In some cases, the barriers would not have been expected to be in place at that time.

Looking at the organization, as it exists now, there have been a number of improvements introduced that address causal factors for the event. For example:

- In 2005, a Chief Nuclear Officer position was introduced and staffed to bring in utility standards and an operational focus. This has resulted in increased attention to nuclear and conventional safety, and elements of a learning organization being established.
- A Leadership Academy was implemented in 2006 to train leaders and ensure they share a common understanding of expectations and standards for operation.
- In 2007, the position of Chief Nuclear Engineer/Design Authority was created for Research and Technology Operations. This has resulted in establishing engineering programs that reflect current industry practice for supporting operations such as change control, operability evaluations, configuration management, and system/equipment health monitoring.
- Following the decision to discontinue the Dedicated Isotope Facility in 2008, the Isotope Supply Reliability Program was established to ensure that the reliability of isotope production is improved by addressing plant, process and people issues in NRU, and other facilities supporting isotope production.
- In 2008, AECL secured a trial membership in the World Association of Nuclear Operators that brings training, workshops, technical support missions, and the peer review process, all of which will help raise standards and improve practices.
- The position of Vice-President and General Manager of Operations was staffed in 2009 with an individual with broad nuclear industry experience.

The above improvements have been implemented in recent years and have been effective in addressing some, but not all aspects of the causal factors. In assessing the safety culture of today, the following organizational barriers still require further improvement:

- Accountability: Staff and management tend to not accept responsibility and to regard "best-effort" as sufficient rather than taking responsibility for achieving results.
- Standards: Standards for operation are not in-line with current utility industry practice.
- Technical Support: There is a tendency to solve issues within a work group or to under value support, rather than seek input from other work groups, or beyond AECL.
- Questioning Attitude: Staff and management can be overly optimistic, without appropriate challenging of assumptions.

Asking, "Why are these barriers weakened, or what fundamental organizational failing has these symptoms?" points to an underlying organizational cause:

> *The organization's culture had evolved to being complacent and unchallenging, where "bad news" was often not communicated.*

**000045**

AECL 00029

Litigation and Solicitor- Client Privileged and Confidential

**PROTECTED - SENSITIVE**

## Root Cause Analysis (RCA)
4468-00-E Rev 3

| Event Title | | Rev. | RCA No. |
|---|---|---|---|
| Heavy Water Leak | s.18(b) s.18(d) | 0 | NRU - 09 - 04289 |
| | | | Impact No. |
| | | | NRU-09-04289 |



000060

AECL 00044

Litigation and Solicitor- Client Privileged and Confidential

**PROTECTED - SENSITIVE**

## Root Cause Analysis (RCA)
4468-00-E Rev 3

Page 12 of 48

| Event Title | | Rev. | RCA No. |
|---|---|---|---|
| Heavy Water Leak | s.18(b) s.18(d) | 0 | NRU - 09 - 04289 |
| | | | Impact No. |
| | | | NRU-09-04289 |

AECL 00045

Litigation and Solicitor- Client Privileged and Confidential

**PROTECTED - SENSITIVE**

## Root Cause Analysis (RCA)
4488-00-E Rev 3                                                                                              Page 13 of 48

| Event Title | | Rev. | RCA No. |
|---|---|---|---|
| Heavy Water Leak | s.18(b) s.18(d) | 0 | NRU - 09 - 04289 |
| | | | Impact No. NRU-09-04289 |



### 8.5        Aging Management

CSA N286.5-95 [12] outlines requirements for plant performance monitoring (section 6.1) and chemistry control (section 7), which would be part of, in today's nomenclature, an aging management program. These requirements are typically incorporated into the design basis of a plant.



RCA-NRU-09-04289R0.doc          C:\DOCUME~1\bembe\LOCALS~1\Temp\Temporary Directory 7 for slip request nru.zip\slip request nru\RCA-NRU-09-04289R0.doc / 2010 Jan 26

000062

AECL 00046

**Litigation and Solicitor- Client Privileged and Confidential**

**PROTECTED - SENSITIVE**

## Root Cause Analysis (RCA)
4468-00-E Rev 3

Page 15 of 48

| Event Title | Rev. | RCA No. |
|---|---|---|
| Heavy Water Leak | 0 | NRU - 09 - 04289 |
| s.18(b) | | Impact No. |
| s.18(d) | | NRU-09-04289 |



RCA-NRU-09-04289R0.doc        C:\DOCUME~1\bemitra\LOCALS~1\Temp\Temporary Directory 7 for slip request rcra zip\slip request rm\RCA-NRU-09-04289R0.doc / 2010 Jun 26

**000064**

AECL 00048

Litigation and Solicitor- Client Privileged and Confidential

**PROTECTED - SENSITIVE**

## Root Cause Analysis (RCA)
4468-00-E Rev 3

| Event Title | | Rev. | RCA No. |
|---|---|---|---|
| Heavy Water Leak | s.18(c) s.20(1)(c) | 0 | NRU - 09 - 04289 |
| | | | Impact No. |
| | | | NRU-09-04289 |



RCA-NRU-09-04289.doc    C:\DOCUME~1\cmsting\LOCALS~1\Temp\Temporary Directory 7 for slip request nru.zip\slip request nru\RCA-NRU-09-04289.doc / 2008 Jan 26

000065

AECL 00049

Litigation and Solicitor- Client Privileged and Confidential

**PROTECTED - SENSITIVE**

## Root Cause Analysis (RCA)

4468-00-E Rev 3

| Event Title | Rev. | RCA No. |
|---|---|---|
| Heavy Water Leak | 0 | NRU - 09 - 04289 |
| | | Impact No. |
| | | NRU-09-04289 |

**12:** CAUSE ANALYSIS AND CORRECTIVE ACTIONS

**12.1** Causal Factors:

Causal Factor 1 (CF-1): Changing Future of NRU



Causal Factor 2 (CF-2): Focus on Short Term Isotope Production Goals



s.18(b)
s.18(d)

Causal Factor 3 (CF-3): Symptom Based Problem Solving



Causal Factor 4 (CF-4): Ineffective Use of OPEX



Causal Factor 5 (CF-5): Low Standards and Acceptance of Plant Operational Problems



AECL 00050

Litigation and Solicitor- Client Privileged and Confidential

**PROTECTED - SENSITIVE**

## Root Cause Analysis (RCA)

4468-00-E Rev 3                                                                                          Page 18 of 48

| Event Title | Rev. | RCA No. |
|---|---|---|
| Heavy Water Leak | 0 | NRU - 09 - 04289 |
| | | Impact No. |
| | | NRU-09-04289 |



s.18(b)
s.18(d)

**Causal Factor 6 (CF-6): Less Than Adequate Management Oversight**

**13.        CORRECTIVE ACTION PLAN**

The corrective action plan for this event will be developed based on the analysis contained in NRU-508760-REPT-002, NRU Vessel Leak Repair Commission Member Document for Canadian Nuclear Safety Commission Meeting, 2009 November.

RCA-NRU-09-04289R0.doc          C:\DOCUME~1\bssales\LOCALS~1\Temp\Temporary Directory 7 for zip request nru.zip\zip request nru\RCA-NRU-09-04289R0.doc / 2010 Jan 26

000067

Litigation and Solicitor- Client Privileged and Confidential

**PROTECTED - SENSITIVE**

## Root Cause Analysis (RCA)
4468-00-E Rev 3                                                          Page 19 of 48

| Event Title | Rev. | RCA No. |
|---|---|---|
| Heavy Water Leak | 0 | NRU - 09 - 04289 |
| | | Impact No. |
| | | NRU-09-04289 |



### 16.        ANALYSIS TECHNIQUES

Event and Causal Factor Charting                    **s.16(2)**

Barrier Analysis                                     **s.18(b)**

                                                     **s.18(d)**

### 17.        INVESTIGATION TEAM

T.A. Moir – RCA Lead Investigator

C. Bromley – RCA Team Mentor

G. Arsenault – RCA Team Member, RCA SME

K. Sedman – RCA Team Member, Bruce Power RCA & Engineering SME

L. Lupton – RCA Team Member, Management Process SME

G Mark - RCA Team Member, Ops SME

C.W. Turner - RCA Team Member, Chemistry/Corrosion SME

RCA-NRU-09-04289R0.doc          C:\DOCUME~1\bsmilng\LOCALS~1\Temp\Temporary Directory 7 for slip request nru.zip\slip request nru\RCA-NRU-09-04289R0.doc / 2010 Jan 26

000068

AECL 00052

Litigation and Solicitor- Client Privileged and Confidential

**Root Cause Analysis (RCA)**
4468-00-E Rev 3

**PROTECTED - SENSITIVE**
Page 30 of 48

| Event Title | Rev. | RCA No. |
|---|---|---|
| Heavy Water Leak | 0 | NRU – 09 - 04289 |
| | | Impact No. |
| | | NRU-09-04289 |

Appendix A         s.18(b)
s.18(d)

RCA-NRU-09-04289R0.doc                    C:\DOCUME~1\bsouling\LOCALS~1\Temp\Temporary Directory 7 for ulip request nru.zip\ulip.rcp      000079

AECL 00063

**Page(s)    000080 to / à 000085**

**is (are) exempted pursuant to section(s)**
**est(sont) exemptée(s) en vertu de(s)(l')article(s)**

**18(b), 18(d)**

**of the Access to Information Act**
**Loi de l'accès à l'information**

AECL 00064

Litigation and Solicitor- Client Privileged and Confidential

**Root Cause Analysis (RCA)**
4468-00-E Rev 3

**PROTECTED - SENSITIVE**
Page 37 of 48

| Event Title | Rev. | RCA No. |
|---|---|---|
| Heavy Water Leak | 0 | NRU - 09 - 04289 |
| | | Impact No. |
| | | NRU-09-04289 |

| Consequence(s) (What Happened?) (List one at a time, need not be in sequential order) | Barrier(s) that should have Precluded Event (List all physical and administrative barriers for each consequence.) | Barrier Failure Mechanism (How the barrier failed) | Barrier Assessment (Why the Barrier(s) Failed) (Identify if the barrier was missing, weak or ineffective; and why) |
|---|---|---|---|
| | | | |

Litigation and Solicitor- Client Privileged and Confidential

**Root Cause Analysis (RCA)**
4468-00-E Rev 3

PROTECTED - SENSITIVE
Page 38 of 48

| Event Title | Rev. | RCA No. |
|---|---|---|
| Heavy Water Leak | 0 | NRU - 09 - 04289 |
| | | Impact No. |
| | | NRU-09-04289 |

Appendix B

s.18(b)
s.18(d)



000087

Page(s)     000088 to / à 000097


is (are) exempted pursuant to section(s)
est(sont) exemptée(s) en vertu de(s)(l')article(s)


18(b), 18(d)


of the Access to Information Act
Loi de l'accès à l'information

# EXHIBIT 10

Please consider the environment before printing this e-mail.

**From:** Boulais, Jean [mailto:boulaisj@aecl.ca]
**Sent:** Thursday, May 26, 2011 10:27 AM
**To:** Brett Harrison
**Cc:** Beaulne, Jacques
**Subject:** Access to Information Request A-2011-0001 - NRU

## AECL - OFFICIAL USE ONLY | À USAGE EXCLUSIF - EACL

Hi Brett,

This is a follow-up to our responses that were sent to you on May 11, 2011.

We have provided you copies of the 9 release packages of documents in response to previous requests received by AECL on the NRU in 2008 and 2009.   Several of the documents that were provided respond to portions of your request.

Please note that we have been advised by officials from AECL, that your overall request will require a very large amount of work, time and resources to properly respond to your ATI request. This will require an extension of the due date of up to 150 days for search and consulting with other government departments in regards to release. Before we continue with the review of the previously released documents and the processing of your request, do you wish to continue with the original request or would you prefer to reduce the size and scope or your request?  Example of a clarification: ***Correspondence between Director's and above***.

In the meantime, please be advised that your request will be on hold until we are notified.

For further information or if you have any questions, do not hesitate to call me or Jacques Beaulne, the ATIP Analyst responsible for your request. He can be reached at 613-782-2023

Jean

*Jean Boulais*

AECL ATIP Director / Directeur de l'AIPRP de EACL

Place de Ville, Tower B / Place de Ville, tour B

112 Kent Street, Suite 501 / 112, rue Kent, bureau 501

Ottawa, Ontario / Ottawa (Ontario)

K1A 0S4

Telephone: (613) 782-2025 / Ligne directe (613) 782-2025

CONFIDENTIAL AND PRIVILEGED INFORMATION NOTICE

This e-mail, and any attachments, may contain information that
is confidential, subject to copyright, or exempt from disclosure.
Any unauthorized review, disclosure, retransmission,
dissemination or other use of or reliance on this information
may be unlawful and is strictly prohibited.

AVIS D'INFORMATION CONFIDENTIELLE ET PRIVILÉGIÉE

Le présent courriel, et toute pièce jointe, peut contenir de
l'information qui est confidentielle, régie par les droits
d'auteur, ou interdite de divulgation. Tout examen,
divulgation, retransmission, diffusion ou autres utilisations
non autorisées de l'information ou dépendance non autorisée
envers celle-ci peut être illégale et est strictement interdite.

# EXHIBIT 11

 

AECL
Atomic Energy
of Canada Limited

EACL
Énergie atomique
du Canada limitée

**Jean Boulais**
Director, Access to Information and Privacy
Directeur, Accès à l'information et de la
protection des renseignements personnels

**PROTECTED-Sensitive**

AECL File Number
A-2011-0001

June 6, 2011

Mr. Brett Harrison
McMillan LLP
Brookfield Place
181 Bay Street, Suite 4400
Toronto, ON   M5J 2T3

Dear Mr. Harrison:

This is further to your email of June 1, 2011 in regards to your request received under the *Access to Information Act* by Atomic Energy of Canada Limited for the following:

**A-2011-0001**   *"We act as Canadian Counsel for Lantheus Medical Imaging, Inc. Lantheus recently filed a lawsuit in the United States against its insurance company, Zurich American Insurance Company, seeking payment of losses that it sustained as a result of the shutdown of the Chalk River National Research Universal (NRU) Reactor in May 2009.  Please find attached a formal access request form, whereby Lantheus requests that AECL provide it with documents and information related to the May 2009 Shutdown of the Chalk River National Research Universal reactor identified in Exhibit 1."*

Unfortunately, we will not be able to respond to your request within the thirty (30) day statutory deadline.  Consequently, in accordance with paragraph *9(1)(a)* of the *Act*, we will require an extension of 90 days beyond the original statutory limit.  The request is either for a larger number of records or necessitates a search through a large number of records and meeting the original deadline would unreasonably interfere with the operations of the Department.

Once the documents have been retrieved and reviewed, we may notify you that additional time is required in order to complete consultations with third parties and/or other government departments and/or to notify you of any additional fees that may be required.

Place de Ville, Tower B
112 Kent Street, Suite 501
Ottawa, Ontario
Canada   K1A 0S4
Direct: 613-782-2025
Fax: 613-782-2017
boulaisj@aecl.ca
www.aecl.ca

Place de Ville, Tour B
112 rye Kent, Bureau 501
Ottawa, (Ontario)
Canada   K1A 0S4
Ligne Directe: 613-782-2025
Fax: 613-782-2017
boulaisj@aecl.ca
www.aecl.ca



Please be advised that you are entitled to bring a complaint regarding the time extension to the Information Commissioner of Canada within 60 days of the date of this letter. Notice of complaint should be addressed to:

> The Information Commissioner of Canada
> Place de Ville, Tower B
> 112 Kent Street, 7th Floor
> Ottawa, Ontario   K1A 1H3

Should you have any questions, please do not hesitate to contact Jacques Beaulne at (613) 782-2023 or by e-mail at beaulnej@aecl.ca.

Sincerely yours,

Jean Boulais
Director, Access to Information and Privacy

Cc: Information Commissioner of Canada

AECL EACL

## ACCESS TO GOVERNMENT RECORDS

### Requests for Access

Extension of time limits

9. (1) The head of a government institution may extend the time limit set out in section 7 or subsection 8(1) in respect of a request under this Act for a reasonable period of time, having regard to the circumstances, if

(a) the request is for a large number of records or necessitates a search through a large number of records and meeting the original time limit would unreasonably interfere with the operations of the government institution,

(b) consultations are necessary to comply with the request that cannot reasonably be completed within the original time limit, or

(c) notice of the request is given pursuant to subsection 27(1)

by giving notice of the extension and, in the circumstances set out in paragraph (a) or (b), the length of the extension, to the person who made the request within thirty days after the request is received, which notice shall contain a statement that the person has a right to make a complaint to the Information Commissioner about the extension.

Notice of extension to Information Commissioner

(2) Where the head of a government institution extends a time limit under subsection (1) for more than thirty days, the head of the institution shall give notice of the extension to the Information Commissioner at the same time as notice is given under subs