# EXHIBIT 1



CANADA

CONSOLIDATION

CODIFICATION

# Nuclear Non-proliferation Import and Export Control Regulations

# Règlement sur le contrôle de l'importation et de l'exportation aux fins de la non-prolifération nucléaire

SOR/2000-210

DORS/2000-210

Current to August 8, 2011

À jour au 8 août 2011

Last amended on May 13, 2010

Dernière modification le 13 mai 2010

Published by the Minister of Justice at the following address:
http://laws-lois.justice.gc.ca

Publié par le ministre de la Justice à l'adresse suivante :
http://lois-laws.justice.gc.ca

OFFICIAL STATUS
OF CONSOLIDATIONS

CARACTÈRE OFFICIEL
DES CODIFICATIONS

Subsections 31(1) and (3) of the *Legislation Revision and Consolidation Act*, in force on June 1, 2009, provide as follows:

Les paragraphes 31(1) et (3) de la *Loi sur la révision et la codification des textes législatifs*, en vigueur le 1er juin 2009, prévoient ce qui suit :

Published consolidation is evidence

**31.** (1) Every copy of a consolidated statute or consolidated regulation published by the Minister under this Act in either print or electronic form is evidence of that statute or regulation and of its contents and every copy purporting to be published by the Minister is deemed to be so published, unless the contrary is shown.

**31.** (1) Tout exemplaire d'une loi codifiée ou d'un règlement codifié, publié par le ministre en vertu de la présente loi sur support papier ou sur support électronique, fait foi de cette loi ou de ce règlement et de son contenu. Tout exemplaire donné comme publié par le ministre est réputé avoir été ainsi publié, sauf preuve contraire.

Codifications comme élément de preuve

...

[...]

Inconsistencies in regulations

(3) In the event of an inconsistency between a consolidated regulation published by the Minister under this Act and the original regulation or a subsequent amendment as registered by the Clerk of the Privy Council under the *Statutory Instruments Act*, the original regulation or amendment prevails to the extent of the inconsistency.

(3) Les dispositions du règlement d'origine avec ses modifications subséquentes enregistrées par le greffier du Conseil privé en vertu de la *Loi sur les textes réglementaires* l'emportent sur les dispositions incompatibles du règlement codifié publié par le ministre en vertu de la présente loi.

Incompatibilité — règlements

NOTE

NOTE

This consolidation is current to August 8, 2011. The last amendments came into force on May 13, 2010. Any amendments that were not in force as of August 8, 2011 are set out at the end of this document under the heading "Amendments Not in Force".

Cette codification est à jour au 8 août 2011. Les dernières modifications sont entrées en vigueur le 13 mai 2010. Toutes modifications qui n'étaient pas en vigueur au 8 août 2011 sont énoncées à la fin de ce document sous le titre « Modifications non en vigueur ».

| TABLE OF PROVISIONS | | TABLEAU ANALYTIQUE | |
|---|---|---|---|
| Section | Page | Article | Page |
| Nuclear Non-proliferation Import and Export Control Regulations | | Règlement sur le contrôle de l'importation et de l'exportation aux fins de la non-prolifération nucléaire | |
| 1 INTERPRETATION | 1 | 1 DÉFINITIONS | 1 |
| 2 APPLICATION | 2 | 2 CHAMP D'APPLICATION | 2 |
| 3 APPLICATION FOR LICENCE TO IMPORT OR EXPORT | 2 | 3 PERMIS D'IMPORTATION OU D'EXPORTATION | 2 |
| 4 EXEMPTIONS FROM LICENCE REQUIREMENT | 3 | 4 ACTIVITÉS EXEMPTÉES | 3 |
| 5 COMING INTO FORCE | 4 | 5 ENTRÉE EN VIGUEUR | 4 |
| SCHEDULE | | ANNEXE | |
| CONTROLLED NUCLEAR SUBSTANCES, EQUIPMENT AND INFORMATION | 5 | SUBSTANCES, ÉQUIPEMENT ET RENSEIGNEMENTS NUCLÉAIRES CONTRÔLÉS | 5 |

Registration
SOR/2000-210    May 31, 2000

NUCLEAR SAFETY AND CONTROL ACT

**Nuclear Non-proliferation Import and Export Control Regulations**

P.C. 2000-790    May 31, 2000

Her Excellency the Governor General in Council, on the recommendation of the Minister of Natural Resources, pursuant to section 44 of the *Nuclear Safety and Control Act*[a], hereby approves the annexed *Nuclear Non-proliferation Import and Export Control Regulations* made by the Canadian Nuclear Safety Commission on May 31, 2000.

Enregistrement
DORS/2000-210    Le 31 mai 2000

LOI SUR LA SÛRETÉ ET LA RÉGLEMENTATION NUCLÉAIRES

**Règlement sur le contrôle de l'importation et de l'exportation aux fins de la non-prolifération nucléaire**

C.P. 2000-790    Le 31 mai 2000

Sur recommandation du ministre des Ressources naturelles et en vertu de l'article 44 de la *Loi sur la sûreté et la réglementation nucléaires*[a], Son Excellence la Gouverneure générale en conseil agrée le *Règlement sur le contrôle de l'importation et de l'exportation aux fins de la non-prolifération nucléaire*, ci-après, pris le 31 mai 2000 par la Commission canadienne de sûreté nucléaire.

---

[a] S.C. 1997, c. 9

[a] L.C. 1997, ch. 9

NUCLEAR NON-PROLIFERATION IMPORT AND EXPORT CONTROL REGULATIONS

RÈGLEMENT SUR LE CONTRÔLE DE L'IMPORTATION ET DE L'EXPORTATION AUX FINS DE LA NON-PROLIFÉRATION NUCLÉAIRE

## INTERPRETATION

**1.** (1) The definitions in this subsection apply in these Regulations.

"Act" means the *Nuclear Safety and Control Act*. (*Loi*)

"controlled nuclear equipment" means the controlled nuclear equipment and the parts and components for controlled nuclear equipment referred to in the schedule. (*équipement nucléaire contrôlé*)

"controlled nuclear information" means the controlled nuclear information referred to in the schedule. (*renseignement nucléaire contrôlé*)

"controlled nuclear substance" means a controlled nuclear substance referred to in the schedule. (*substance nucléaire contrôlée*)

"transit" means the process of being transported through Canada after being imported into and before being exported from Canada, in a situation where the place of initial loading and the final destination are outside Canada. (*transit*)

(2) All controlled nuclear substances are prescribed as nuclear substances for the purpose of paragraph (*d*) of the definition "nuclear substance" in section 2 of the Act, with respect to the import and export of those substances.

(3) All controlled nuclear equipment is prescribed equipment for the purposes of the Act, with respect to the import and export of that equipment.

(4) All controlled nuclear information is prescribed information for the purposes of the Act, with respect to the import and export of that information, unless it is made public in accordance with the Act, the regulations made under the Act or a licence.

## DÉFINITIONS

**1.** (1) Les définitions qui suivent s'appliquent au présent règlement.

«équipement nucléaire contrôlé» Tout équipement nucléaire contrôlé et ses pièces et ses composants mentionnés à l'annexe. (*controlled nuclear equipment*)

«Loi» La *Loi sur la sûreté et la réglementation nucléaires.* (*Act*)

«renseignement nucléaire contrôlé» Tout renseignement nucléaire contrôlé mentionné à l'annexe. (*controlled nuclear information*)

«substance nucléaire contrôlée» Toute substance nucléaire contrôlée mentionnée à l'annexe. (*controlled nuclear substance*)

«transit» Transport via le Canada après l'importation et avant l'exportation, lorsque le point de chargement initial et la destination finale sont à l'étranger. (*transit*)

(2) Les substances nucléaires contrôlées sont désignées substances nucléaires pour l'application de l'alinéa *d*) de la définition de « substance nucléaire » à l'article 2 de la Loi, en ce qui concerne leur importation et leur exportation.

(3) L'équipement nucléaire contrôlé est désigné équipement réglementé pour l'application de la Loi, en ce qui concerne son importation et son exportation.

(4) Les renseignements nucléaires contrôlés sont désignés renseignements réglementés pour l'application de la Loi, en ce qui concerne leur importation et leur exportation, à moins qu'ils soient rendus publics conformément à la Loi, à ses règlements ou à un permis.

*SOR/2000-210 — August 8, 2011*

## APPLICATION

**2.** These Regulations apply in respect of the import and export of controlled nuclear substances, controlled nuclear equipment and controlled nuclear information.

## APPLICATION FOR LICENCE TO IMPORT OR EXPORT

**3.** (1)  An application for a licence to import or export a controlled nuclear substance, controlled nuclear equipment or controlled nuclear information shall contain the following information:

(*a*)  the applicant's name, address and telephone number;

(*b*)  a description of the substance, equipment or information, including its quantity and the number of the paragraph of the schedule in which it is referred to;

(*c*)  the name and address of the supplier;

(*d*)  the country of origin of the substance, equipment or information;

(*e*)  the name, address and, where the application is for a licence to import, telephone number of each consignee;

(*f*)  the intended end-use of the substance, equipment or information by the final consignee and the intended end-use location;

(*g*)  the number of any licence to possess the substance, equipment or information; and

(*h*)  where the application is in respect of a controlled substance that is Category I, II or III nuclear material, as defined in section 1 of the *Nuclear Security Regulations*, the measures that will be taken to facilitate Canada's compliance with the Convention on the Physical Protection of Nuclear Material, INFCIRC/274/Rev.1.

## CHAMP D'APPLICATION

**2.**  Le présent règlement s'applique à l'importation et à l'exportation des substances nucléaires contrôlées, de l'équipement nucléaire contrôlé et des renseignements nucléaires contrôlés.

## PERMIS D'IMPORTATION OU D'EXPORTATION

**3.** (1)  La demande de permis pour importer ou exporter une substance nucléaire contrôlée, un équipement nucléaire contrôlé ou des renseignements nucléaires contrôlés comprend les renseignements suivants :

*a*)  les nom, adresse et numéro de téléphone du demandeur;

*b*)  une description de la substance, de l'équipement ou des renseignements, précisant notamment la quantité ainsi que le numéro du paragraphe de l'annexe qui y fait référence;

*c*)  les nom et adresse du fournisseur;

*d*)  le nom du pays d'origine de la substance, de l'équipement ou des renseignements;

*e*)  les nom, adresse et, dans le cas d'une demande de permis d'importation, le numéro de téléphone de chaque destinataire;

*f*)  l'utilisation ultime de la substance, de l'équipement ou des renseignements que projette de faire le dernier destinataire, ainsi que le lieu de cette utilisation;

*g*)  le numéro de tout permis permettant d'avoir en sa possession la substance, l'équipement ou les renseignements;

*h*)  lorsque la demande vise une substance nucléaire contrôlée qui est une matière nucléaire de catégorie I, II ou III au sens de l'article 1 du *Règlement sur la sécurité nucléaire*, les mesures qui seront prises pour faciliter le respect, par le Canada, de la Convention relative à la protection matérielle des matières nucléaires, INFCIRC/274/Rév. 1.

(2) The Commission or any designated officer who is authorized to carry out the duties set out in paragraphs 37(2)(*c*) and (*d*) of the Act may request any other information that is necessary to enable the Commission or that officer to form the opinion referred to in subsection 24(4) of the Act.

SOR/2010-106, s. 1.

EXEMPTIONS FROM LICENCE REQUIREMENT

**4.** (1) A person may carry on any of the following activities without a licence to carry on that activity:

(*a*) import a controlled nuclear substance referred to in Part B of the schedule that is not a radioactive nuclide;

(*b*) import controlled nuclear equipment referred to in paragraph A.3 or Part B of the schedule;

(*c*) import controlled nuclear information that relates to a controlled nuclear substance or controlled nuclear equipment referred to in paragraph A.3 or Part B of the schedule;

(*d*) import a controlled nuclear substance, controlled nuclear equipment or controlled nuclear information for the purpose of placing it in transit;

(*e*) export a controlled nuclear substance, controlled nuclear equipment or controlled nuclear information after it has been in transit; or

(*f*) export the controlled nuclear substance referred to in paragraph A.1.4. of the schedule that is not for use in a nuclear reactor to any Participating Government of the Nuclear Suppliers Group.

(2) For greater certainty, the exemptions established in subsection (1) relate only to the activities specified in that subsection and do not derogate from the licence requirement imposed by section 26 of the Act in relation to other activities.

(3) Every person who exports a controlled nuclear substance under paragraph (1)(*f*) shall, by January 31, submit to the Commission a written report that includes the following information regarding every export of the

(2) La Commission ou tout fonctionnaire désigné qui est autorisé à exercer les fonctions prévues aux alinéas 37(2)*c*) et *d*) de la Loi peut demander tout autre renseignement lui permettant de fonder son avis au titre du paragraphe 24(4) de la Loi.

DORS/2010-106, art. 1.

ACTIVITÉS EXEMPTÉES

**4.** (1) Toute personne peut exercer les activités suivantes sans y être autorisée par permis :

*a*) importer des substances nucléaires contrôlées mentionnées à la partie B de l'annexe, qui ne sont pas des radionucléides;

*b*) importer de l'équipement nucléaire contrôlé mentionné au paragraphe A.3 ou à la partie B de l'annexe;

*c*) importer des renseignements nucléaires contrôlés qui traitent des substances nucléaires contrôlées et de l'équipement nucléaire contrôlé mentionnés au paragraphe A.3 ou à la partie B de l'annexe;

*d*) importer des substances nucléaires contrôlées, de l'équipement nucléaire contrôlé ou des renseignements nucléaires contrôlés en vue d'un transit;

*e*) exporter des substances nucléaires contrôlées, de l'équipement nucléaire contrôlé ou des renseignements nucléaires contrôlés lorsque cette exportation suit un transit;

*f*) exporter dans un État membre du Groupe des fournisseurs nucléaire la substance nucléaire contrôlée visée au paragraphe A.1.4. de l'annexe qui n'est pas destinée à être utilisée dans un réacteur nucléaire.

(2) Il demeure entendu que les exemptions prévues au paragraphe (1) ne visent que les activités qui y sont spécifiées et n'écartent pas l'obligation, prévue à l'article 26 de la Loi, d'obtenir un permis ou une licence pour exercer d'autres activités.

(3) Toute personne qui exporte une substance nucléaire contrôlée en vertu de l'alinéa (1)*f*) doit, au plus tard le 31 janvier, soumettre à la Commission un rapport écrit contenant les renseignements ci-après concernant

*SOR/2000-210 — August 8, 2011*

controlled nuclear substance in the previous calendar year:

(*a*) the exporter's name, address and telephone number;

(*b*) a description of the controlled nuclear substance, including the quantity exported and country of origin;

(*c*) the date of export;

(*d*) the name and address of each consignee; and

(*e*) the intended end-use and end-use location of the controlled nuclear substance as stated by the final consignee.

SOR/2010-106, s. 2.

toute substance nucléaire contrôlée exportée au cours de l'année civile précédente :

*a*) le nom, l'adresse et le numéro de téléphone de l'exportateur;

*b*) une description de la substance nucléaire contrôlée, y compris la quantité exportée et le pays d'origine;

*c*) la date de l'exportation;

*d*) le nom et l'adresse de chaque destinataire;

*e*) l'utilisation et l'emplacement ultimes prévus de la substance nucléaire contrôlée, selon les indications du dernier destinataire.

DORS/2010-106, art. 2.

## COMING INTO FORCE

**5.** These Regulations come into force on the day on which they are approved by the Governor in Council.

## ENTRÉE EN VIGUEUR

**5.** Le présent règlement entre en vigueur à la date de son agrément par le gouverneur en conseil.

SCHEDULE
*(Sections 1 and 4)*

CONTROLLED NUCLEAR SUBSTANCES, EQUIPMENT AND INFORMATION

The following lists are reproduced, in rearranged form and with some modifications, from International Atomic Energy Agency Information Circulars INFCIRC/254/Rev.9/Part 1, INFCIRC/254/Rev.7/Part 2 and INFCIRC/209/Rev.2.

PART A

LIST OF NUCLEAR ITEMS

**A.1.** CONTROLLED NUCLEAR SUBSTANCES

**A.1.1.**   *Special fissionable material, as follows:*

(*a*) plutonium and all isotopes, alloys and compounds and any material that contains any of these substances; and

(*b*) uranium 233, uranium enriched in the isotopes 235 or 233 and all alloys and compounds and any material that contains any of these substances.

NOTE

Paragraph A.1.1. does not include

(*a*) special fissionable material occurring as contaminants in laundry, packaging, shielding or equipment;

(*b*) special fissionable material used as a sensing component in instruments in quantities of four effective grams or less; or

(*c*) plutonium 238 that is contained in heart pacemakers.

**A.1.2.**   *Source material*

The following source materials in any form, including ore, concentrate, compound, metal or alloy, or incorporated in any substance, other than medicinals, and in which the concentration of source material is greater than 0.05 weight %:

(*a*) uranium that contains the mixture of isotopes that occurs in nature;

(*b*) uranium that is depleted in the isotope 235; and

---

ANNEXE
*(articles 1 et 4)*

SUBSTANCES, ÉQUIPEMENT ET RENSEIGNEMENTS NUCLÉAIRES CONTRÔLÉS

Les listes ci-après sont une reproduction, sous une présentation nouvelle et avec quelques modifications, des Circulaires d'information de l'Agence internationale de l'énergie atomique, portant les numéros INFCIRC/254/Rév.9/Partie 1, INFCIRC/254/Rév.7/Partie 2 et INFCIRC/209/Rév.2.

PARTIE A

LISTE DES ARTICLES À CARACTÈRE NUCLÉAIRE

**A.1.** SUBSTANCES NUCLÉAIRES CONTRÔLÉES

**A.1.1.**   *Produits fissiles spéciaux, comme suit :*

*a*) plutonium et tout isotope, alliage et composé et toute matière contenant l'une ou l'autre des matières susmentionnées;

*b*) uranium 233, uranium enrichi en uranium 235 ou 233 et tout alliage et composé et toute autre matière contenant l'une ou l'autre des matières susmentionnées.

NOTA :

Le paragraphe A.1.1. ne vise pas :

*a*) les produits fissiles spéciaux se présentant sous la forme de contaminants dans la lessive, les emballages, le blindage ou l'équipement;

*b*) les produits fissiles spéciaux servant de composant de détection dans les instruments en une quantité d'au plus quatre grammes effectifs;

*c*) le plutonium 238 contenu dans les stimulateurs cardiaques.

**A.1.2.**   *Matière brute*

Matières brutes suivantes sous toute forme, notamment de minerai, de concentrés, de composés, de métal ou d'alliage, ou qui sont contenues dans toute substance, autre que des substances médicinales, dans laquelle la concentration de matière brute est supérieure à 0,05 % en poids :

*a*) uranium qui contient le mélange d'isotopes présents dans la nature;

*SOR/2000-210 — August 8, 2011*

(*c*)  thorium.

NOTE

Paragraph A.1.2. does not include

(*a*)  source material occurring as contaminants in laundry, packaging, shielding or equipment; or

(*b*)  depleted uranium used as shielding for Class II Prescribed Equipment, within the meaning of section 1 of the *Class II Nuclear Facilities and Prescribed Equipment Regulations*, for radiation devices or for transport packaging.

A.1.3.  *Deuterium and heavy water*

Deuterium, heavy water (deuterium oxide) and any other deuterium compound in which the ratio of deuterium to hydrogen atoms exceeds 1:5,000.

NOTE

Paragraph A.1.3. does not include

(*a*)  deuterium contained in deuterium lamps;

(*b*)  deuterium occurring as a contaminant in laundry or equipment; or

(*c*)  any deuterium compound that is used for labelling purposes.

A.1.4.  *Nuclear grade graphite*

Graphite having a purity level better than 5 ppm boron equivalent and with a density greater than 1.50 g/cm³.

A.1.5.  *Tritium*

Tritium, tritium compounds or mixtures containing tritium in which the ratio of tritium to hydrogen by atoms exceeds 1 part in 1000 and products that contain any of these substances.

**A.2.** CONTROLLED NUCLEAR EQUIPMENT

A.2.1.  *Nuclear reactors and especially designed or prepared equipment and components therefor, including:*

A.2.1.1.  *Complete nuclear reactors*

*b*)  uranium appauvri en uranium 235;

*c*)  thorium.

NOTA :

Le paragraphe A.1.2. ne vise pas :

*a*)  les matières brutes se présentant sous la forme de contaminants dans la lessive, les emballages, le blindage ou l'équipement;

*b*)  l'uranium appauvri utilisé comme blindage pour tout équipement réglementé de catégorie II au sens du *Règlement sur les installations nucléaires et l'équipement réglementé de catégorie II*, pour les appareils de rayonnement ou pour les emballages utilisés dans le transport.

A.1.3.  *Deutérium et eau lourde*

Deutérium, eau lourde (oxyde de deutérium) et tout autre composé de deutérium dans lequel le rapport atomique deutérium/hydrogène dépasse 1:5 000.

NOTA :

Le paragraphe A.1.3. ne vise pas :

*a*)  le deutérium contenu dans les lampes au deutérium;

*b*)  le deutérium se présentant sous forme de contaminant dans la lessive ou l'équipement;

*c*)  tout composé de deutérium utilisé comme marqueur.

A.1.4.  *Graphite de pureté nucléaire*

Graphite d'une pureté supérieure à 5 ppm d'équivalent en bore et d'une densité de plus de 1,50 g/cm³.

A.1.5.  *Tritium*

Tritium, composés de tritium ou mélanges contenant du tritium dans lesquels le rapport du tritium à l'hydrogène en atomes est supérieur à une partie par millier, et produits qui contiennent l'une de ces substances.

**A.2.** ÉQUIPEMENT NUCLÉAIRE CONTRÔLÉ

A.2.1.  *Réacteurs nucléaires et équipements et composants spécialement conçus ou préparés pour ces réacteurs, notamment :*

A.2.1.1.  *Réacteurs nucléaires complets*

*DORS/2000-210 — 8 août 2011*

Nuclear reactors capable of operation so as to maintain a controlled self-sustaining fission chain reaction.

Réacteurs nucléaires pouvant fonctionner de manière à maintenir une réaction de fission en chaîne auto-entretenue contrôlée.

**A.2.1.2.** *Nuclear reactor vessels*

Metal vessels, or major shop-fabricated parts therefor, especially designed or prepared to contain the core of a nuclear reactor as well as reactor internals as defined in paragraph A.2.1.8.

**A.2.1.2.** *Cuves pour réacteurs nucléaires*

Cuves métalliques, ou éléments préfabriqués importants de telles cuves, qui sont spécialement conçues ou préparées pour contenir le cœur d'un réacteur nucléaire ainsi que les internes de réacteur au sens donné à cette expression au paragraphe A.2.1.8.

**A.2.1.3.** *Nuclear reactor fuel charging and discharging machines*

Manipulative equipment especially designed or prepared for inserting or removing fuel in a nuclear reactor.

**A.2.1.3.** *Machines pour le chargement et le déchargement du combustible nucléaire*

Équipements de manutention spécialement conçus ou préparés pour introduire ou extraire le combustible d'un réacteur nucléaire.

**A.2.1.4.** *Nuclear reactor control rods and equipment*

Especially designed or prepared rods, support or suspension structures therefor, rod drive mechanismsor rod guide tubes to control the fission process in a nuclear reactor.

**A.2.1.4.** *Barres de commande pour réacteurs et équipements connexes*

Barres spécialement conçues ou préparées pour maîtriser le processus de fission dans un réacteur nucléaire, et structures de support ou de suspension, mécanismes d'entraînement ou tubes de guidage des barres de commande.

**A.2.1.5.** *Nuclear reactor pressure tubes*

Tubes which are especially designed or prepared to contain fuel elements and the primary coolant in a nuclear reactor at an operating pressure in excess of 50 atmospheres.

**A.2.1.5.** *Tubes de force pour réacteurs*

Tubes spécialement conçus ou préparés pour contenir les éléments combustibles et le fluide de refroidissement primaire d'un réacteur nucléaire, à des pressions de travail supérieures à 50 atmosphères.

**A.2.1.6.** *Zirconium tubes*

Zirconium metal and alloys in the form of tubes or assemblies of tubes, especially designed or prepared for use in a nuclear reactor and in which the relation of hafnium to zirconium is less than 1:500 parts by weight.

**A.2.1.6.** *Tubes de zirconium*

Zirconium métallique et alliages à base de zirconium, sous forme de tubes ou d'assemblages de tubes, spécialement conçus ou préparés pour être utilisés dans un réacteur nucléaire, et dans lesquels le rapport hafnium/zirconium est inférieur à 1:500 parties en poids.

**A.2.1.7.** *Primary coolant pumps*

Pumps especially designed or prepared for circulating the primary coolant for nuclear reactors.

**A.2.1.7.** *Pompes du circuit primaire de refroidissement*

Pompes spécialement conçues ou préparées pour faire circuler le fluide de refroidissement primaire pour réacteurs nucléaires.

**A.2.1.8.** *Nuclear reactor internals*

Nuclear reactor internals especially designed or prepared for use in a nuclear reactor including support columns for the core, fuel channels, thermal shields, baffles, core grid plates, and diffuser plates.

**A.2.1.8.** *Internes de réacteur nucléaire*

Internes de réacteur nucléaire spécialement conçus ou préparés pour utilisation dans un réacteur nucléaire, y compris les colonnes de support du cœur, les canaux de combustible, les écrans thermiques, les déflecteurs, les plaques à grille du cœur et les plaques de répartition.

**A.2.1.9.** *Heat exchangers*

Heat exchangers (steam generators) especially designed or prepared for use in the primary coolant circuit of a nuclear reactor.

**A.2.1.9.** *Échangeurs de chaleur*

Échangeurs de chaleur (générateurs de vapeur) spécialement conçus ou préparés pour utilisation dans le circuit de refroidissement primaire d'un réacteur nucléaire.

**A.2.1.10.** *Neutron detection and measuring instruments*

Especially designed or prepared neutron detection and measuring instruments for determining neutron flux within the core of a nuclear reactor.

**A.2.2.** *Plants for the reprocessing of irradiated fuel elements, and equipment especially designed or prepared therefor, including:*

**A.2.2.1.** *Irradiated fuel element chopping machines*

Remotely operated equipment especially designed or prepared for use in a reprocessing plant as identified above and intended to cut, chop or shear irradiated nuclear fuel assemblies, bundles or rods.

**A.2.2.2.** *Dissolvers*

Critically safe tanks (e.g. small diameter, annular or slab tanks) especially designed or prepared for use in a reprocessing plant as identified above, intended for the dissolution of irradiated nuclear fuel and which are capable of withstanding hot, highly corrosive liquid, and which can be remotely loaded and maintained.

**A.2.2.3.** *Solvent extractors and solvent extraction equipment*

Especially designed or prepared solvent extractors such as packed or pulse columns, mixer settlers or centrifugal contactors for use in a plant for the reprocessing of irradiated fuel. Solvent extractors must be resistant to the corrosive effect of nitric acid. Solvent extractors are normally fabricated to extremely high standards (including special welding and inspection and quality assurance and quality control techniques) out of low carbon stainless steels, titanium, zirconium or other high-quality materials.

**A.2.2.4.** *Chemical holding or storage vessel*

Especially designed or prepared holding or storage vessels for use in a plant for the reprocessing of irradiated fuel. The holding or storage vessels must be resistant to the corrosive effect of nitric acid. The holding or storage vessels are normally fabricated of materials such as low carbon stainless steels, titanium or zirconium, or other high-quality materials. Holding or storage vessels may be designed for remote operation and maintenance and may have the following features for control of nuclear criticality:

(*a*) walls or internal structures with a boron equivalent of at least 2%;

(*b*) a maximum diameter of 175 mm (7 in.) for cylindrical vessels; or

**A.2.1.10.** *Instruments de détection et de mesure des neutrons*

Instruments de détection et de mesure des neutrons spécialement conçus ou préparés pour évaluer les flux de neutrons dans le cœur d'un réacteur nucléaire.

**A.2.2.** *Usines de retraitement d'éléments combustibles irradiés et équipements spécialement conçus ou préparés à cette fin, notamment :*

**A.2.2.1.** *Machines à dégainer les éléments combustibles irradiés*

Machines télécommandées spécialement conçues ou préparées pour être utilisées dans une usine de retraitement susmentionnée, et destinées à désassembler, découper ou cisailler des assemblages, faisceaux ou barres de combustible nucléaire irradiés.

**A.2.2.2.** *Dissolveurs*

Récipients protégés contre le risque de criticité (de petit diamètre, annulaires ou plats) spécialement conçus ou préparés en vue d'être utilisés dans une usine de retraitement susmentionnée, pour dissoudre du combustible nucléaire irradié, capables de résister à des liquides fortement corrosifs chauds et dont le chargement et l'entretien peuvent être télécommandés.

**A.2.2.3.** *Extracteurs et équipements d'extraction par solvant*

Extracteurs, tels que colonnes pulsées ou garnies, mélangeurs-décanteurs et extracteurs centrifuges, spécialement conçus ou préparés pour être utilisés dans une usine de retraitement de combustible irradié. Les extracteurs doivent pouvoir résister à l'action corrosive de l'acide nitrique. Les extracteurs sont normalement fabriqués, selon des exigences très strictes (notamment techniques spéciales de soudage, d'inspection, et d'assurance et contrôle de la qualité), en acier inoxydable à bas carbone, titane, zirconium ou autres matériaux à haute résistance.

**A.2.2.4.** *Récipients de collecte ou de stockage des solutions*

Récipients de collecte ou de stockage spécialement conçus ou préparés pour être utilisés dans une usine de retraitement de combustible irradié. Les récipients de collecte ou de stockage doivent pouvoir résister à l'action corrosive de l'acide nitrique. Les récipients de collecte ou de stockage sont normalement fabriqués à l'aide de matériaux tels qu'acier inoxydable à bas carbone, titane ou zirconium ou autres matériaux à haute résistance. Les récipients de collecte ou de stockage peuvent être conçus pour la conduite et l'entretien télécommandés et peuvent avoir, pour prévenir le risque de criticité, l'une ou l'autre des caractéristiques suivantes :

a) parois ou structures internes avec un équivalent en bore d'au moins 2 % ;

(*c*) a maximum width of 75 mm (3 in.) for either a slab or annular vessel.

*b*) un diamètre maximum de 175 mm (7 po) pour les récipients cylindriques;

*c*) une largeur maximum de 75 mm (3 po) pour les récipients plats ou annulaires.

**A.2.2.5.** and **A.2.2.6.**   [Repealed, SOR/2010-106, s. 10]

**A.2.2.5.** et **A.2.2.6.**   [Abrogés, DORS/2010-106, art. 10]

**A.2.3.**   *Plants for the fabrication of nuclear reactor fuel elements, and equipment especially designed or prepared therefor including equipment which:*

**A.2.3.**   *Usines de fabrication d'éléments combustibles pour réacteurs nucléaires, et équipements spécialement conçus ou préparés à cette fin, y compris ceux qui :*

(*a*) normally comes in direct contact with, or directly processes, or controls, the production flow of nuclear material;

*a*) normalement se trouvent en contact direct avec le flux des matières nucléaires produites, ou bien traitent ou contrôlent directement ce flux;

(*b*) seals the nuclear material within the cladding;

*b*) scellent les matières nucléaires à l'intérieur du gainage;

(*c*) checks the integrity of the cladding or the seal; or

*c*) vérifient l'intégrité du gainage ou l'étanchéité; ou

(*d*) checks the finish treatment of the sealed fuel.

*d*) vérifient le traitement de finition du combustible scellé.

**A.2.4.**   *Plants for the separation of isotopes of natural uranium, depleted uranium or special fissionable material and equipment, other than analytical instruments, especially designed or prepared for that purpose, including*

**A.2.4.**   *Usines de séparation des isotopes de l'uranium naturel, de l'uranium appauvri ou des produits fissiles spéciaux et équipements, autres que les appareils d'analyse, spécialement conçus ou préparés à cette fin, notamment :*

**A.2.4.1.**   *Gas centrifuges and assemblies and components especially designed or prepared for use in gas centrifuges, including:*

**A.2.4.1.**   *Centrifugeuses et assemblages et composants spécialement conçus ou préparés pour utilisation dans les centrifugeuses, notamment :*

**A.2.4.1.1.**   *Rotating components*

**A.2.4.1.1.**   *Composants tournants*

(*a*) complete rotor assemblies:

*a*) assemblages rotors complets :

thin-walled cylinders, or a number of interconnected thin-walled cylinders, manufactured from one or more of the high strength to density ratio materials. If interconnected, the cylinders are joined together by flexible bellows or rings as described in paragraph (*c*). The rotor is fitted with an internal baffle(*s*) and end caps, as described in paragraphs (*d*) and (*e*), if in final form. However the complete assembly may be delivered only partly assembled;

cylindres à paroi mince, ou ensembles de cylindres à paroi mince réunis, fabriqués dans un ou plusieurs des matériaux à rapport résistance-densité élevé; lorsqu'ils sont réunis, les cylindres sont joints les uns aux autres par les soufflets ou anneaux flexibles décrits au paragraphe c). Le bol est équipé d'une ou de plusieurs chicanes internes et de bouchons d'extrémité, comme indiqué aux paragraphes *d*) et *e*), s'il est prêt à l'emploi. Toutefois, l'assemblage complet peut être livré partiellement monté seulement;

(*b*) rotor tubes:

*b*) bols :

especially designed or prepared thin-walled cylinders with thickness of 12 mm (0.5 in.) or less, a diameter of between 75 mm (3 in.) and 400 mm (16 in.), and manufactured from high strength to density ratio materials;

(*c*) rings or bellows:

components especially designed or prepared to give localized support to the rotor tube or to join together a number of rotor tubes. The bellows is a short cylinder of wall thickness 3 mm (0.12 in.) or less, a diameter of between 75 mm (3 in.) and 400 mm (16 in.), having a convolute, and manufactured from high strength to density ratio materials;

(*d*) baffles:

disc-shaped components of between 75 mm (3 in.) and 400 mm (16 in.) diameter especially designed or prepared to be mounted inside the centrifuge rotor tube, in order to isolate the take-off chamber from the main separation chamber and, in some cases, to assist the $UF_6$ gas circulation within the main separation chamber of the rotor tube, and manufactured from strength to density ratio materials; and

(*e*) top caps/bottom caps:

disc-shaped components of between 75 mm (3 in.) and 400 mm (16 in.) diameter especially designed or prepared to fit to the ends of the rotor tube, and so contain the $UF_6$ within the rotor tube, and in some cases to support, retain or contain as an integrated part an element of the upper bearing (top cap) or to carry the rotating elements of the motor and lower bearing (bottom cap), and manufactured from high strength to density ratio materials.

**A.2.4.1.2.**    *Static components*

(*a*)  magnetic suspension bearings:

cylindres à paroi mince d'une épaisseur de 12 mm (0,5 po) ou moins, spécialement conçus ou préparés, ayant un diamètre compris entre 75 mm (3 po) et 400 mm (16 po) et fabriqués dans des matériaux à rapport résistance-densité élevé;

*c*) anneaux ou soufflets :

composants spécialement conçus ou préparés pour fournir un support local au bol ou pour joindre ensemble plusieurs cylindres constituant le bol. Le soufflet est un cylindre court ayant une paroi de 3 mm (0,12 po) ou moins d'épaisseur, un diamètre compris entre 75 mm (3 po) et 400 mm (16 po) et une spire, et fabriqué dans des matériaux ayant un rapport résistance-densité élevé;

*d*) chicanes :

composants en forme de disque d'un diamètre compris entre 75 mm (3 po) et 400 mm (16 po) spécialement conçus ou préparés pour être montés à l'intérieur du bol de la centrifugeuse afin d'isoler la chambre de prélèvement de la chambre de séparation principale et, dans certains cas, de faciliter la circulation de l'$UF_6$ gazeux à l'intérieur de la chambre de séparation principale du bol, et fabriqués dans des matériaux ayant un rapport résistance-densité élevé;

*e*) bouchons d'extrémité supérieurs et inférieurs :

composants en forme de disque d'un diamètre compris entre 75 mm (3 po) et 400 mm (16 po) spécialement conçus ou préparés pour s'adapter aux extrémités du bol et maintenir ainsi l'$UF_6$ à l'intérieur de celui-ci et, dans certains cas, pour porter, retenir ou contenir en tant que partie intégrante un élément du palier supérieur (bouchon supérieur) ou pour porter les éléments tournants du moteur et du palier inférieur (bouchon inférieur), et fabriqués dans des matériaux ayant un rapport résistance-densité élevé.

**A.2.4.1.2.**    *Composants fixes*

*a*) paliers de suspension magnétique :

especially designed or prepared bearing assemblies consisting of an annular magnet suspended within a housing containing a damping medium. The housing will be manufactured from a $UF_6$-resistant material. The magnet couples with a pole piece or a second magnet fitted to the top cap described in paragraph A.2.4.1.1.(*e*). The magnet may be ring-shaped with a relation between outer and inner diameter smaller or equal to 1.6:1. The magnet may be in a form having an initial permeability of 0.15 H/m (120,000 in CGS units) or more, or a remanence of 98.5% or more, or an energy product of greater than 80 kJ/m³ (107 gauss-oersteds). In addition to the usual material properties, it is a prerequisite that the deviation of the magnetic axes from the geometrical axes is limited to very small tolerances (lower than 0.1 mm or 0.004 in.) or that homogeneity of the material of the magnet is specially called for;

(*b*)  bearings/dampers:

especially designed or prepared bearings comprising a pivot/cup assembly mounted on a damper. The pivot is normally a hardened steel shaft with a hemisphere at one end with a means of attachment to the bottom cap described in paragraph A.2.4.1.1.(*e*) at the other. The shaft may however have a hydrodynamic bearing attached. The cup is pellet-shaped with a hemispherical indentation in one surface. These components are often supplied separately to the damper;

(*c*)  molecular pumps:

especially designed or prepared cylinders having internally machined or extruded helical grooves and internally machined bores. Typical dimensions are as follows: 75 mm (3 in.) to 400 mm (16 in.) internal diameter, 10 mm (0.4 in.) or more wall thickness, with the length equal to or greater than the diameter. The grooves are typically rectangular in cross-section and 2 mm (0.08 in.) or more in depth;

(*d*)  motor stators:

especially designed or prepared ring-shaped stators for high speed multiphase AC hysteresis (or reluctance) motors for synchronous operation within a vacuum in the frequency range of 600 Hz to 2 000 Hz and a power range of 50 VA to 1 000 VA. The stators consist of multiphase windings on a laminated low loss iron core comprised of thin layers typically 2 mm (0.08 in.) thick or less;

assemblages de support spécialement conçus ou préparés comprenant un aimant annulaire suspendu dans un carter contenant un milieu amortisseur. Le carter est fabriqué dans un matériau résistant à l'$UF_6$. L'aimant est couplé à une pièce polaire ou à un deuxième aimant fixé sur le bouchon d'extrémité supérieur décrit au paragraphe A.2.4.1.1.*e*). L'aimant annulaire peut avoir un rapport entre le diamètre extérieur et le diamètre intérieur inférieur ou égal à 1,6:1. L'aimant peut avoir une perméabilité initiale égale ou supérieure à 0,15 H/m (120 000 en unités CGS), ou une rémanence égale ou supérieure à 98,5 % ou une densité d'énergie électromagnétique supérieure à 80 kJ/m³ (107 gauss-œrsteds). Outre les propriétés habituelles du matériau, une condition essentielle est que la déviation des axes magnétiques par rapport aux axes géométriques soit limitée par des tolérances très serrées (inférieures à 0,1 mm ou 0,004 po) ou que l'homogénéité du matériau de l'aimant soit spécialement imposée;

*b*)  paliers de butée/amortisseurs :

paliers spécialement conçus ou préparés comprenant un assemblage pivot-coupelle monté sur un amortisseur. Le pivot se compose habituellement d'un arbre en acier trempé comportant un hémisphère à une extrémité et un dispositif de fixation au bouchon inférieur décrit au paragraphe A.2.4.1.1.*e*) à l'autre extrémité. Toutefois, l'arbre peut être équipé d'un palier hydrodynamique. La coupelle a la forme d'une pastille avec indentation hémisphérique sur une surface. Ces composants sont souvent fournis indépendamment de l'amortisseur;

*c*)  pompes moléculaires :

cylindres spécialement conçus ou préparés qui comportent sur leur face interne des rayures hélicoïdales obtenues par usinage ou extrusion et dont les orifices sont alésés. Leurs dimensions habituelles sont les suivantes : diamètre interne compris entre 75 mm (3 po) et 400 mm (16 po), épaisseur de paroi égale ou supérieure à 10 mm (0,4 po) et longueur égale ou supérieure au diamètre. Habituellement, les rayures ont une section rectangulaire et une profondeur égale ou supérieure à 2 mm (0,08 po);

*d*)  stators de moteur :

*SOR/2000-210 — August 8, 2011*

(*e*)  centrifuge housing/recipients:

components especially designed or prepared to contain the rotor tube assembly of a gas centrifuge. The housing consists of a rigid cylinder of wall thickness up to 30 mm (1.2 in.) with precision machined ends to locate the bearings and with one or more flanges for mounting. The machined ends are parallel to each other and perpendicular to the cylinder's longitudinal axis to within 0.05° or less. The housing may also be a honeycomb type structure to accommodate several rotor tubes. The housings are made of or protected by materials resistant to corrosion by $UF_6$; and

(*f*)  scoops:

especially designed or prepared tubes of up to 12 mm (0.5 in.) internal diameter for the extraction of $UF_6$ gas from within the rotor tube by a Pitot tube action (that is, with an aperture facing into the circumferential gas flow within the rotor tube, for example by bending the end of a radially disposed tube) and capable of being fixed to the central gas extraction system. The tubes are made of or protected by materials resistant to corrosion by $UF_6$.

stators annulaires spécialement conçus ou préparés pour des moteurs grande vitesse à hystérésis (ou à réluctance) alimentés en courant alternatif multiphasé pour fonctionnement synchrone dans le vide avec une gamme de fréquence de 600 Hz à 2 000 Hz, et une gamme de puissance de 50 VA à 1 000 VA. Les stators sont constitués par des enroulements multiphasés sur des noyaux de fer doux feuilletés constitués de couches minces dont l'épaisseur est habituellement inférieure ou égale à 2 mm (0,08 po);

*e*)  enceintes de centrifugeuse :

composants spécialement conçus ou préparés pour contenir l'assemblage rotor d'une centrifugeuse. L'enceinte est constituée d'un cylindre rigide possédant une paroi d'au plus 30 mm (1,2 po) d'épaisseur, ayant subi un usinage de précision aux extrémités en vue de recevoir les paliers et qui est muni d'une ou de plusieurs brides pour le montage. Les extrémités usinées sont parallèles entre elles et perpendiculaires à l'axe longitudinal du cylindre avec une déviation au plus égale à 0,05°. L'enceinte peut également être formée d'une structure de type alvéolaire permettant de loger plusieurs bols. Les enceintes sont constituées ou revêtues de matériaux résistant à la corrosion par l'$UF_6$;

*f*)  écopes :

tubes ayant un diamètre interne d'au plus 12 mm (0,5 po), spécialement conçus ou préparés pour extraire l'$UF_6$ gazeux contenu dans le bol selon le principe du tube de Pitot (c'est-à-dire que leur ouverture débouche dans le flux gazeux périphérique à l'intérieur du bol, configuration obtenue par exemple en courbant l'extrémité d'un tube disposé selon le rayon) et pouvant être raccordés au système central de prélèvement du gaz. Les tubes sont constitués ou revêtus de matériaux résistant à la corrosion par l'$UF_6$.

**A.2.4.2.**   *Especially designed or prepared auxiliary systems, equipment and components for gas centrifuge enrichment plants, including:*

**A.2.4.2.1.**   *Feed systems/product and tails withdrawal systems*

Especially designed or prepared process systems including:

(*a*)  feed autoclaves (or stations), used for passing $UF_6$ to the centrifuge cascades at up to 100 kPa (15 psi) and at a rate of 1 kg/h or more;

**A.2.4.2.**   *Systèmes, équipements et composants auxiliaires spécialement conçus ou préparés pour utilisation dans les usines d'enrichissement par ultracentrifugation, notamment :*

**A.2.4.2.1.**   *Systèmes d'alimentation/systèmes de prélèvement du produit et des résidus*

Systèmes spécialement conçus ou préparés, comprenant :

*DORS/2000-210 — 8 août 2011*

(*b*) desublimers (or cold traps) used to remove $UF_6$ from the cascades at up to 3 kPa (0.5 psi) pressure. The desublimers are capable of being chilled to 203 K (-70°C) and heated to 343 K (70°C); and

(*c*) product and tails stations used for trapping $UF_6$ into containers.

This plant, equipment and pipework is wholly made of or lined with $UF_6$-resistant materials and is fabricated to very high vacuum and cleanliness standards.

*a*) des autoclaves (ou stations) d'alimentation, utilisés pour introduire l'$UF_6$ dans les cascades de centrifugeuses à une pression allant jusqu'à 100 kPa (15 lb/po²) et à un débit égal ou supérieur à 1 kg/h;

*b*) des pièges à froid utilisés pour prélever l'$UF_6$ des cascades à une pression allant jusqu'à 3 kPa (0,5 lb/po²). Les pièges à froid peuvent être refroidis jusqu'à 203 K (-70 °C) et chauffés jusqu'à 343 K (70 °C);

*c*) des stations produits et résidus pour le transfert de l'$UF_6$ dans des conteneurs.

L'installation, les équipements et les tuyauteries sont constitués entièrement ou revêtus intérieurement de matériaux résistant à l'$UF_6$ et sont fabriqués suivant des normes très rigoureuses de vide et de propreté.

**A.2.4.2.2.**   *Machine header piping systems*

Especially designed or prepared piping systems and header systems for handling $UF_6$ within the centrifuge cascades. The piping network is normally of the triple header system with each centrifuge connected to each of the headers. There is thus a substantial amount of repetition in its form. It is wholly made of $UF_6$-resistant materials and is fabricated to very high vacuum and cleanliness standards.

**A.2.4.2.2.**   *Collecteurs/tuyauteries*

Tuyauteries et collecteurs spécialement conçus ou préparés pour la manipulation de l'$UF_6$ à l'intérieur des cascades de centrifugeuses. La tuyauterie est habituellement du type collecteur triple, chaque centrifugeuse étant raccordée à chacun des collecteurs. La répétitivité du montage du système est donc grande. Le système est constitué entièrement de matériaux résistant à l'$UF_6$ et est fabriqué suivant des normes très rigoureuses de vide et de propreté.

**A.2.4.2.3.**   *Special shut-off and control valves*

Especially designed or prepared bellows-sealed shut-off and control valves, manual or automated, made of or protected by materials resistant to corrosion by $UF_6$, with a diameter of 10 mm to 160 mm (0.4 in. to 6.3 in.), for use in main or auxiliary systems of gas centrifuge enrichment plants.

**A.2.4.2.3.**   *Vannes spéciales d'arrêt et de réglage*

Vannes d'arrêt et de réglage à soufflet, manuelles ou automatiques, spécialement conçues ou préparées pour être utilisées dans des systèmes principaux et auxiliaires des usines d'enrichissement par ultracentrifugation gazeuse et constituées de matériaux résistant à la corrosion par l'$UF_6$ ou protégées par de tels matériaux, ces vannes ayant un diamètre de 10 mm à 160 mm (0,4 po à 6,3 po).

**A.2.4.2.4.**   *$UF_6$ mass spectrometers/ion sources*

Especially designed or prepared magnetic or quadrupole mass spectrometers capable of taking on-line samples of feed, product or tails, from $UF_6$ gas streams and having all of the following characteristics:

(*a*) unit resolution for atomic mass unit greater than 320;

(*b*) ion sources constructed of or lined with nichrome or monel or nickel plated;

(*c*) electron bombardment ionization sources; and

**A.2.4.2.4.**   *Spectromètres de masse pour $UF_6$/sources d'ions*

Spectromètres de masse magnétiques ou quadripolaires spécialement conçus ou préparés, capables de prélever en direct sur les flux d'$UF_6$ gazeux des échantillons du gaz d'entrée, du produit ou des résidus, et ayant toutes les caractéristiques suivantes :

*a*) pouvoir de résolution unitaire pour l'unité de masse atomique supérieur à 320;

*b*) sources d'ions constituées ou revêtues de nichrome ou de monel ou nickelées;

(*d*) having a collector system suitable for isotopic analysis.

**A.2.4.2.5.**  *Frequency changers*

Frequency changers (also known as converters or invertors) especially designed or prepared to supply motor stators as defined in paragraph A.2.4.1.2.(*d*), or parts, components and sub-assemblies of such frequency changers having all of the following characteristics:

    (*a*)  a multiphase output of 600 Hz to 2 000 Hz;

    (*b*)  high stability (with frequency control better than 0.1%);

    (*c*)  low harmonic distortion (less than 2%); and

    (*d*)  an efficiency of greater than 80%.

**A.2.4.3.**  *Especially designed or prepared assemblies and components for use in gaseous diffusion enrichment, including:*

**A.2.4.3.1.**  *Gaseous diffusion barriers*

    (*a*)  especially designed or prepared thin, porous filters, with a pore size of 100 Å to 1 000 Å (angstroms), a thickness of 5 mm (0.2 in.) or less, and for tubular forms, a diameter of 25 mm (1 in.) or less, made of metallic, polymer or ceramic materials resistant to corrosion by $UF_6$; and

    (*b*)  especially prepared compounds or powders for the manufacture of such filters. Such compounds and powders include nickel or alloys containing 60% or more nickel, aluminium oxide, or $UF_6$-resistant fully fluorinated hydrocarbon polymers having a purity of 99.9% or more, a particle size less than 10 microns, and a high degree of particle size uniformity, which are especially prepared for the manufacture of gaseous diffusion barriers.

**A.2.4.3.2.**  *Diffuser housings*

---

*c*) sources d'ionisation par bombardement électronique;

*d*) présence d'un collecteur adapté à l'analyse isotopique.

**A.2.4.2.5.**  *Changeurs de fréquence*

Changeurs de fréquence (également connus sous le nom de convertisseurs ou d'inverseurs) spécialement conçus ou préparés pour l'alimentation des stators de moteurs décrits au paragraphe A.2.4.1.2.*d*) ou parties, composants et sous-assemblages de changeurs de fréquence ayant toutes les caractéristiques suivantes :

    *a*)  sortie multiphase de 600 Hz à 2 000 Hz;

    *b*)  stabilité élevée (avec un contrôle de la fréquence supérieur à 0,1 %);

    *c*)  faible distorsion harmonique (inférieure à 2 %);

    *d*)  rendement supérieur à 80 %.

**A.2.4.3.**  *Assemblages et composants spécialement conçus ou préparés pour utilisation dans l'enrichissement par diffusion gazeuse, notamment :*

**A.2.4.3.1.**  *Barrières de diffusion gazeuse*

    *a*)  filtres minces et poreux spécialement conçus ou préparés, qui ont des pores d'un diamètre de 100 Å à 1 000 Å (angströms), une épaisseur égale ou inférieure à 5 mm (0,2 po) et, dans le cas des formes tubulaires, un diamètre égal ou inférieur à 25 mm (1 po) et sont constitués de matériaux métalliques, polymères ou céramiques résistant à la corrosion par l'$UF_6$;

    *b*)  composés ou poudres préparés spécialement pour la fabrication de ces filtres. Ces composés et poudres comprennent le nickel et des alliages contenant 60 % ou plus de nickel, l'oxyde d'aluminium et les polymères d'hydrocarbures totalement fluorés résistants à l'$UF_6$ ayant une pureté égale ou supérieure à 99,9 %, une taille des grains inférieure à 10 microns et une grande uniformité de cette taille, qui sont spécialement conçus ou préparés pour la fabrication de barrières de diffusion gazeuse.

**A.2.4.3.2.**  *Enceintes de diffuseurs*

*DORS/2000-210 — 8 août 2011*

Especially designed or prepared hermetically sealed cylindrical vessels greater than 300 mm (12 in.) in diameter and greater than 900 mm (35 in.) in length, or rectangular vessels of comparable dimensions, which have an inlet connection and two outlet connections all of which are greater than 50 mm (2 in.) in diameter, for containing the gaseous diffusion barrier, made of or lined with $UF_6$-resistant materials and designed for horizontal or vertical installation.

Enceintes spécialement conçues ou préparées, hermétiquement scellées, de forme cylindrique et ayant plus de 300 mm (12 po) de diamètre et plus de 900 mm (35 po) de long, ou de forme rectangulaire avec des dimensions comparables, qui sont dotées d'un raccord d'entrée et de deux raccords de sortie ayant tous plus de 50 mm (2 po) de diamètre, prévues pour contenir la barrière de diffusion gazeuse, constituées ou revêtues intérieurement de matériaux résistant à l'$UF_6$ et conçues pour être installées horizontalement ou verticalement.

**A.2.4.3.3.**   *Compressors and gas blowers*

Especially designed or prepared axial, centrifugal, or positive displacement compressors, or gas blowers with a suction volume capacity of 1 $m^3$/min or more of $UF_6$, and with a discharge pressure of up to several hundred kPa (100 psi), designed for long-term operation in the $UF_6$ environment with or without an electrical motor of appropriate power, as well as separate assemblies of such compressors and gas blowers. These compressors and gas blowers have a pressure ratio between 2:1 and 6:1 and are made of, or lined with, materials resistant to $UF_6$.

**A.2.4.3.3.**   *Compresseurs et soufflantes à gaz*

Compresseurs axiaux, centrifuges ou volumétriques et soufflantes à gaz spécialement conçus ou préparés, ayant une capacité d'aspiration de 1 $m^3$/min ou plus d'$UF_6$ et une pression de sortie pouvant aller jusqu'à plusieurs centaines de kPa (100 lb/$po^2$), conçus pour fonctionner longtemps en atmosphère d'$UF_6$, avec ou sans moteur électrique de puissance appropriée, et assemblages séparés de compresseurs et soufflantes à gaz de ce type. Ces compresseurs et soufflantes à gaz ont un rapport de compression compris entre 2:1 et 6:1 et sont constitués ou revêtus intérieurement de matériaux résistant à l'$UF_6$.

**A.2.4.3.4.**   *Rotary shaft seals*

Especially designed or prepared vacuum seals, with seal feed and seal exhaust connections, for sealing the shaft connecting the compressor or the gas blower rotor with the driver motor so as to ensure a reliable seal against in-leaking of air into the inner chamber of the compressor or gas blower which is filled with $UF_6$. Such seals are normally designed for a buffer gas in-leakage rate of less than 1 000 $cm^3$/min (60 in.$^3$/min).

**A.2.4.3.4.**   *Garnitures d'étanchéité d'arbres*

Garnitures à vide spécialement conçues ou préparées, avec connexions d'alimentation et d'échappement, pour assurer de manière fiable l'étanchéité de l'arbre reliant le rotor du compresseur ou de la soufflante à gaz au moteur d'entraînement en empêchant l'air de pénétrer dans la chambre intérieure du compresseur ou de la soufflante à gaz qui est remplie d'$UF_6$. Ces garnitures sont habituellement conçues pour un taux de pénétration de gaz tampon inférieur à 1 000 $cm^3$/min (60 $po^3$/min).

**A.2.4.3.5.**   *Heat exchangers for cooling $UF_6$*

Especially designed or prepared heat exchangers made of or lined with $UF_6$-resistant materials (except stainless steel) or with copper or any combination of those metals, and intended for a leakage pressure change rate of less than 10 Pa/h (0.0015 psi/h) under a pressure difference of 100 kPa (15 psi).

**A.2.4.3.5.**   *Échangeurs de chaleur pour le refroidissement de l'$UF_6$*

Échangeurs de chaleur spécialement conçus ou préparés, constitués ou revêtus intérieurement de matériaux résistant à l'$UF_6$ (à l'exception de l'acier inoxydable) ou de cuivre ou d'une combinaison de ces métaux et prévus pour un taux de variation de la pression due à une fuite qui est inférieur à 10 Pa/h (0,0015 lb/$po^2$/h) pour une différence de pression de 100 kPa (15 lb/$po^2$).

**A.2.4.4.**   *Especially designed or prepared auxiliary systems, equipment and components for use in gaseous diffusion enrichment, including:*

**A.2.4.4.**   *Systèmes, équipements et composants auxiliaires spécialement conçus ou préparés pour utilisation dans l'enrichissement par diffusion gazeuse, notamment :*

**A.2.4.4.1.**   *Feed systems/product and tails withdrawal systems*

Especially designed or prepared process systems, capable of operating at pressures of 300 kPa (45 psi) or less, including:

**A.2.4.4.1.**   *Systèmes d'alimentation/systèmes de prélèvement du produit et des résidus*

*SOR/2000-210 — August 8, 2011*

(*a*) feed autoclaves (or systems) used for passing $UF_6$ to the gaseous diffusion cascades;

(*b*) desublimers (or cold traps) used to remove $UF_6$ from diffusion cascades;

(*c*) liquefaction stations where $UF_6$ gas from the cascade is compressed and cooled to form liquid $UF_6$; and

(*d*) product or tails stations used for transferring $UF_6$ into containers.

Systèmes spécialement conçus ou préparés, capables de fonctionner à des pressions égales ou inférieures à 300 kPa (45 lb/po²), et comprenant :

*a*) des autoclaves (ou systèmes) d'alimentation, utilisés pour introduire l'$UF_6$ dans les cascades de diffusion gazeuse;

*b*) des pièges à froid utilisés pour prélever l'$UF_6$ des cascades de diffusion;

*c*) des stations de liquéfaction où l'$UF_6$ gazeux provenant de la cascade est comprimé et refroidi pour obtenir de l'$UF_6$ liquide;

*d*) des stations produits ou résidus pour le transfert de l'$UF_6$ dans des conteneurs.

**A.2.4.4.2.**   *Header piping systems*

Especially designed or prepared piping systems and header systems for handling $UF_6$ within the gaseous diffusion cascades. This piping network is normally of the double header system with each cell connected to each of the headers.

**A.2.4.4.2.**   *Collecteurs/tuyauteries*

Tuyauteries et collecteurs spécialement conçus ou préparés pour la manipulation de l'$UF_6$ à l'intérieur des cascades de diffusion gazeuse. La tuyauterie est normalement du type collecteur double, chaque cellule étant raccordée à chacun des collecteurs.

**A.2.4.4.3.**   *Vacuum systems*

(*a*) especially designed or prepared large vacuum manifolds, vacuum headers and vacuum pumps having a suction capacity of 5 m³/min (175 ft.³/min) or more; and

(*b*) vacuum pumps especially designed for service in $UF_6$-bearing atmospheres made of, or lined with, aluminium, nickel, or alloys bearing more than 60% nickel. These pumps may be either rotary or positive, may have displacement and fluorocarbon seals, and may have special working fluids present.

**A.2.4.4.3.**   *Systèmes à vide*

*a*) grands distributeurs à vide, collecteurs à vide et pompes à vide ayant une capacité d'aspiration égale ou supérieure à 5 m³/min (175 pi³/min), spécialement conçus ou préparés;

*b*) pompes à vide spécialement conçues pour fonctionner en atmosphère d'$UF_6$, constituées ou revêtues intérieurement d'aluminium, de nickel ou d'alliages comportant plus de 60 % de nickel. Ces pompes peuvent être rotatives ou volumétriques, être à déplacement et dotées de joints en fluorocarbures et être pourvues de fluides de service spéciaux.

**A.2.4.4.4.**   *Special shut-off and control valves*

Especially designed or prepared manual or automated shut-off and control bellows valves made of $UF_6$-resistant materials with a diameter of 40 mm to 1 500 mm (1.5 in. to 59 in.) for installation in main and auxiliary systems of gaseous diffusion enrichment plants.

**A.2.4.4.4.**   *Vannes spéciales d'arrêt et de réglage*

Soufflets d'arrêt et de réglage, manuels ou automatiques, spécialement conçus ou préparés, constitués de matériaux résistant à l'$UF_6$ et ayant un diamètre compris entre 40 mm et 1 500 mm (1,5 po à 59 po) pour installation dans des systèmes principaux et auxiliaires des usines d'enrichissement par diffusion gazeuse.

**A.2.4.4.5.**   *$UF_6$ mass spectrometers/ion sources*

**A.2.4.4.5.**   *Spectromètres de masse pour $UF_6$/sources d'ions*

Especially designed or prepared magnetic or quadrupole mass spectrometers capable of taking on-line samples of feed, product or tails, from $UF_6$ gas streams and having all of the following characteristics:

(*a*) resolution for atomic mass unit greater than 320;

(*b*) ion sources constructed of or lined with nichrome or monel or nickel plated;

(*c*) electron bombardment ionization sources; and

(*d*) collector system suitable for isotopic analysis.

Spectromètres de masse magnétiques ou quadripolaires spécialement conçus ou préparés, capables de prélever en direct sur les flux d'$UF_6$ gazeux des échantillons du gaz d'entrée, du produit ou des résidus, et ayant toutes les caractéristiques suivantes :

*a*) pouvoir de résolution unitaire pour l'unité de masse atomique supérieur à 320;

*b*) sources d'ions constituées ou revêtues de nichrome ou de monel ou nickelées;

*c*) sources d'ionisation par bombardement électronique;

*d*) collecteur adapté à l'analyse isotopique.

**A.2.4.5.** *Especially designed or prepared systems, equipment and components for use in aerodynamic enrichment plants, including:*

**A.2.4.5.** *Systèmes, équipements et composants spécialement conçus ou préparés pour utilisation dans les usines d'enrichissement par procédé aérodynamique, notamment :*

**A.2.4.5.1.** *Separation nozzles*

Especially designed or prepared separation nozzles and assemblies thereof. The separation nozzles consist of slit-shaped, curved channels having a radius of curvature less than 1 mm (typically 0.1 mm to 0.05 mm), resistant to corrosion by $UF_6$ and having a knife-edge within the nozzle that separates the gas flowing through the nozzle into two fractions.

**A.2.4.5.1.** *Tuyères de séparation*

Tuyères de séparation et assemblages de tuyères de séparation spécialement conçus ou préparés. Les tuyères de séparation sont constituées de canaux incurvés à section à fente, de rayon de courbure inférieur à 1 mm (habituellement compris entre 0,1 mm et 0,05 mm), résistant à la corrosion par l'$UF_6$, à l'intérieur desquels un écorceur sépare en deux fractions le gaz circulant dans la tuyère.

**A.2.4.5.2.** *Vortex tubes*

Especially designed or prepared vortex tubes and assemblies thereof. The vortex tubes are cylindrical or tapered, made of or protected by materials resistant to corrosion by $UF_6$, having a diameter of between 0.5 cm and 4 cm, a length to diameter ratio of 20:1 or less and with one or more tangential inlets. The tubes may be equipped with nozzle-type appendages at either or both ends.

**A.2.4.5.2.** *Tubes vortex*

Tubes vortex et assemblages de tubes vortex, spécialement conçus ou préparés. Les tubes vortex, de forme cylindrique ou conique, sont constitués ou revêtus de matériaux résistant à la corrosion par l'$UF_6$, ont un diamètre compris entre 0,5 cm et 4 cm et un rapport longueur/diamètre inférieur ou égal à 20:1, et sont munis d'un ou de plusieurs canaux d'admission tangentiels. Les tubes peuvent être équipés de dispositifs de type tuyère à l'une de leurs extrémités ou à leurs deux extrémités.

**A.2.4.5.3.** *Compressors and gas blowers*

Especially designed or prepared axial, centrifugal or positive displacement compressors or gas blowers made of or protected by materials resistant to corrosion by $UF_6$ and with a suction volume capacity of 2 m³/min or more of $UF_6$/carrier gas (hydrogen or helium) mixture.

**A.2.4.5.3.** *Compresseurs et soufflantes à gaz*

Compresseurs axiaux, centrifuges ou volumétriques ou soufflantes à gaz spécialement conçus ou préparés, constitués ou revêtus de matériaux résistant à la corrosion par l'$UF_6$, et ayant une capacité d'aspiration du mélange d'$UF_6$ et de gaz porteur (hydrogène ou hélium) de 2 m³/min ou plus.

**A.2.4.5.4.** *Rotary shaft seals*

**A.2.4.5.4.** *Garnitures d'étanchéité d'arbres*

Especially designed or prepared rotary shaft seals, with seal feed and seal exhaust connections, for sealing the shaft connecting the compressor rotor or the gas blower rotor with the driver motor so as to ensure a reliable seal against out-leakage of process gas or in-leakage of air or seal gas into the inner chamber of the compressor or gas blower which is filled with a $UF_6$/carrier gas mixture.

Garnitures d'étanchéité d'arbres spécialement conçues ou préparées, avec connexions d'alimentation et d'échappement, pour assurer de manière fiable l'étanchéité de l'arbre reliant le rotor du compresseur ou de la soufflante à gaz au moteur d'entraînement en empêchant le gaz de procédé de s'échapper, ou l'air ou le gaz d'étanchéité de pénétrer dans la chambre intérieure du compresseur ou de la soufflante à gaz qui est remplie du mélange d'$UF_6$ et de gaz porteur.

**A.2.4.5.5.**   *Heat exchangers for gas cooling*

Especially designed or prepared heat exchangers made of or protected by materials resistant to corrosion by $UF_6$.

**A.2.4.5.5.**   *Échangeurs de chaleur pour le refroidissement du mélange de gaz*

Échangeurs de chaleur spécialement conçus ou préparés, constitués ou revêtus de matériaux résistant à la corrosion par l'$UF_6$.

**A.2.4.5.6.**   *Separation element housings*

Especially designed or prepared separation element housings, made of or protected by materials resistant to corrosion by $UF_6$, for containing vortex tubes or separation nozzles.

**A.2.4.5.6.**   *Enceintes renfermant les éléments de séparation*

Enceintes spécialement conçues ou préparées, constituées ou revêtues de matériaux résistant à la corrosion par l'$UF_6$, destinées à recevoir les tubes vortex ou les tuyères de séparation.

**A.2.4.5.7.**   *Feed systems/product and tails withdrawal systems*

Especially designed or prepared process systems or equipment for enrichment plants made of or protected by materials resistant to corrosion by $UF_6$, including:

(*a*) feed autoclaves, ovens, or systems used for passing $UF_6$ to the enrichment process;

(*b*) desublimers (or cold traps) used to remove $UF_6$ from the enrichment process for subsequent transfer upon heating;

(*c*) solidification or liquefaction stations used to remove $UF_6$ from the enrichment process by compressing and converting $UF_6$ to a liquid or solid form; and

(*d*) product or tails stations used for transferring $UF_6$ into containers.

**A.2.4.5.7.**   *Systèmes d'alimentation/systèmes de prélèvement du produit et des résidus*

Systèmes ou équipements spécialement conçus ou préparés pour les usines d'enrichissement, constitués ou revêtus de matériaux résistant à la corrosion par l'$UF_6$ et comprenant :

*a*) des autoclaves, fours et systèmes d'alimentation utilisés pour introduire l'$UF_6$ dans le processus d'enrichissement;

*b*) des pièges à froid utilisés pour prélever l'$UF_6$ du processus d'enrichissement en vue de son transfert ultérieur après réchauffement;

*c*) des stations de solidification ou de liquéfaction utilisées pour prélever l'$UF_6$ du processus d'enrichissement, par compression et passage à l'état liquide ou solide;

*d*) des stations produits ou résidus pour le transfert de l'$UF_6$ dans des conteneurs.

**A.2.4.5.8.**   *Header piping systems*

Especially designed or prepared header piping systems, made of or protected by materials resistant to corrosion by $UF_6$, for handling $UF_6$ within the aerodynamic cascades. This piping network is normally of the double header design with each stage or group of stages connected to each of the headers.

**A.2.4.5.8.**   *Collecteurs/tuyauterie*

Tuyauteries et collecteurs constitués ou revêtus de matériaux résistant à la corrosion par l'$UF_6$, spécialement conçus ou préparés pour la manipulation de l'$UF_6$ à l'intérieur des cascades aérodynamiques. La tuyauterie est normalement du type collecteur double, chaque étage ou groupe d'étages étant connecté à chacun des collecteurs.

**A.2.4.5.9.**   *Vacuum systems and pumps*

**A.2.4.5.9.**   *Systèmes et pompes à vide*

(*a*) especially designed or prepared vacuum systems having a suction capacity of 5 m$^3$/min or more, consisting of vacuum manifolds, vacuum headers and vacuum pumps, and designed for service in UF$_6$-bearing atmospheres; and

(*b*) vacuum pumps especially designed or prepared for service in UF$_6$-bearing atmospheres and made of or protected by materials resistant to corrosion by UF$_6$. These pumps may use fluorocarbon seals and special working fluids.

**A.2.4.5.10.**   *Special shut-off and control valves*

Especially designed or prepared manual or automated shut-off and control bellows valves made of or protected by materials resistant to corrosion by UF$_6$ with a diameter of 40 mm to 1 500 mm for installation in main and auxiliary systems of aerodynamic enrichment plants.

**A.2.4.5.11.**   *UF$_6$ mass spectrometers/ion sources*

Especially designed or prepared magnetic or quadrupole mass spectrometers capable of taking on-line samples of feed, product or tails, from UF$_6$ gas streams and having all of the following characteristics:

(*a*)  unit resolution for mass greater than 320;

(*b*)  ion sources constructed of or lined with nichrome or monel or nickel plated;

(*c*)  electron bombardment ionization sources; and

(*d*)  collector system suitable for isotopic analysis.

**A.2.4.5.12.**   *UF$_6$/carrier gas separation systems*

Especially designed or prepared process systems for separating UF$_6$ from carrier gas (hydrogen or helium).

**A.2.4.6.**   *Especially designed or prepared systems, equipment and components for use in chemical exchange or ion exchange enrichment plants, including:*

**A.2.4.6.1.**   *Liquid-liquid exchange columns (chemical exchange)*

---

*a*) systèmes à vide spécialement conçus ou préparés, ayant une capacité d'aspiration supérieure ou égale à 5 m$^3$/min, comprenant des distributeurs à vide, des collecteurs à vide et des pompes à vide et conçus pour fonctionner en atmosphère d'UF$_6$;

*b*) pompes à vide spécialement conçues ou préparées pour fonctionner en atmosphère d'UF$_6$, et constituées ou revêtues de matériaux résistant à la corrosion par l'UF$_6$. Ces pompes peuvent être dotées de joints en fluorocarbures et pourvues de fluides de service spéciaux.

**A.2.4.5.10.**   *Vannes spéciales d'arrêt et de réglage*

Soufflets d'arrêt et de réglage, manuels ou automatiques, constitués ou revêtus de matériaux résistant à la corrosion par l'UF$_6$ et ayant un diamètre compris entre 40 mm et 1 500 mm, spécialement conçus ou préparés pour installation dans des systèmes principaux et auxiliaires d'usines d'enrichissement par procédé aérodynamique.

**A.2.4.5.11.**   *Spectromètres de masse pour UF$_6$/sources d'ions*

Spectromètres de masse magnétiques ou quadripolaires spécialement conçus ou préparés, capables de prélever en direct sur les flux d'UF$_6$ gazeux des échantillons du gaz d'entrée, du produit ou des résidus, et ayant toutes les caractéristiques suivantes:

*a*)  pouvoir de résolution unitaire pour l'unité de masse atomique supérieur à 320;

*b*)  sources d'ions constituées ou revêtues de nichrome ou de monel ou nickelées;

*c*)  sources d'ionisation par bombardement électronique;

*d*)  collecteur adapté à l'analyse isotopique.

**A.2.4.5.12.**   *Systèmes de séparation de l'UF$_6$ et du gaz porteur*

Systèmes spécialement conçus ou préparés pour séparer l'UF$_6$ du gaz porteur (hydrogène ou hélium).

**A.2.4.6.**   *Systèmes, équipements et composants spécialement conçus ou préparés pour utilisation dans les usines d'enrichissement par échange chimique ou par échange d'ions, notamment:*

**A.2.4.6.1.**   *Colonnes d'échange liquide-liquide (échange chimique)*

*SOR/2000-210 — August 8, 2011*

Countercurrent liquid-liquid exchange columns having mechanical power input (*i.e.*, pulsed columns with sieve plates, reciprocating plate columns, and columns with internal turbine mixers), especially designed or prepared for uranium enrichment using the chemical exchange process. For corrosion resistance to concentrated hydrochloric acid solutions, these columns and their internals are made of or protected by suitable plastic materials (such as fluorocarbon polymers) or glass. The stage residence time of the columns is designed to be short (30 s or less).

Colonnes d'échange liquide-liquide à contre-courant avec apport d'énergie mécanique (à savoir colonnes pulsées à plateaux perforés, colonnes à plateaux animés d'un mouvement alternatif et colonnes munies de turbo-agitateurs internes), spécialement conçues ou préparées pour l'enrichissement de l'uranium par le procédé d'échange chimique. Afin de les rendre résistantes à la corrosion par les solutions dans de l'acide chlorhydrique concentré, les colonnes et leurs internes sont constitués ou revêtus de matériaux plastiques appropriés (fluorocarbures polymères, par exemple) ou de verre. Les colonnes sont conçues de telle manière que le temps de séjour correspondant à un étage soit court (30 s au plus).

**A.2.4.6.2.**  *Liquid-liquid centrifugal contactors (chemical exchange)*

Liquid-liquid centrifugal contactors especially designed or prepared for uranium enrichment using the chemical exchange process. Such contactors use rotation to achieve dispersion of the organic and aqueous streams and then centrifugal force to separate the phases. For corrosion resistance to concentrated hydrochloric acid solutions, the contactors are made of or are lined with suitable plastic materials (such as fluorocarbon polymers) or are lined with glass. The stage residence time of the centrifugal contactors is designed to be short (30 s or less).

**A.2.4.6.2.**  *Contacteurs centrifuges liquide-liquide (échange chimique)*

Contacteurs centrifuges liquide-liquide spécialement conçus ou préparés pour l'enrichissement de l'uranium par le procédé d'échange chimique. Dans ces contacteurs, la dispersion des flux organique et aqueux est obtenue par rotation, puis la séparation des phases par application d'une force centrifuge. Afin de les rendre résistants à la corrosion par les solutions dans de l'acide chlorhydrique concentré, les contacteurs sont constitués ou revêtus de matériaux plastiques appropriés (fluorocarbures polymères, par exemple) ou revêtus de verre. Les contacteurs centrifuges sont conçus de telle manière que le temps de séjour correspondant à un étage soit court (30 s au plus).

**A.2.4.6.3.**  *Uranium reduction systems and equipment (chemical exchange)*

(*a*) especially designed or prepared electrochemical reduction cells to reduce uranium from one valence state to another for uranium enrichment using the chemical exchange process. The cell materials in contact with process solutions must be corrosion resistant to concentrated hydrochloric acid solutions; and

(*b*) especially designed or prepared systems at the product end of the cascade for taking the U⁺⁴ out of the organic stream, adjusting the acid concentration and feeding to the electrochemical reduction cells.

**A.2.4.6.3.**  *Systèmes et équipements de réduction de l'uranium (échange chimique)*

a) cellules de réduction électrochimique spécialement conçues ou préparées pour ramener l'uranium d'un état de valence à un état inférieur en vue de son enrichissement par le procédé d'échange chimique. Les matériaux de la cellule en contact avec les solutions du procédé doivent être résistants à la corrosion par les solutions dans de l'acide chlorhydrique concentré;

b) systèmes situés à l'extrémité de la cascade où est récupéré le produit, spécialement conçus ou préparés pour prélever U⁴⁺ sur le flux organique, ajuster la concentration en acide et alimenter les cellules de réduction électrochimique.

**A.2.4.6.4.**  *Feed preparation systems (chemical exchange)*

Especially designed or prepared systems for producing high-purity uranium chloride feed solutions for chemical exchange uranium isotope separation plants.

**A.2.4.6.4.**  *Systèmes de préparation de l'alimentation (échange chimique)*

Systèmes spécialement conçus ou préparés pour produire des solutions de chlorure d'uranium de grande pureté destinées à alimenter les usines de séparation des isotopes de l'uranium par échange chimique.

**A.2.4.6.5.**  *Uranium oxidation systems (chemical exchange)*

**A.2.4.6.5.**  *Systèmes d'oxydation de l'uranium (échange d'ions)*

*DORS/2000-210 — 8 août 2011*

Especially designed or prepared systems for oxidation of $U^{+3}$ to $U^{+4}$ for return to the uranium isotope separation cascade in the chemical exchange enrichment process.

**A.2.4.6.6.** *Fast-reacting ion exchange resins/adsorbents (ion exchange)*

Fast-reacting ion-exchange resins or adsorbents especially designed or prepared for uranium enrichment using the ion exchange process, including porous macroreticular resins, and pellicular structures in which the active chemical exchange groups are limited to a coating on the surface of an inactive porous support structure, and other composite structures in any suitable form including particles or fibres. These ion exchange resins/adsorbents have diameters of 0.2 mm or less and must be chemically resistant to concentrated hydrochloric acid solutions as well as physically strong enough so as not to degrade in the exchange columns. The resins/adsorbents are especially designed to achieve very fast uranium isotope exchange kinetics (exchange half-time of less than 10 s) and are capable of operating at a temperature in the range of 100°C to 200°C.

**A.2.4.6.7.** *Ion exchange columns (ion exchange)*

Cylindrical columns greater than 1 000 mm in diameter for containing and supporting packed beds of ion exchange resin/adsorbent, especially designed or prepared for uranium enrichment using the ion exchange process. These columns are made of or protected by materials (such as titanium or fluorocarbon plastics) resistant to corrosion by concentrated hydrochloric acid solutions and are capable of operating at a temperature in the range of 100°C to 200°C and pressures above 0.7 MPa (102 psi).

**A.2.4.6.8.** *Ion exchange reflux systems (ion exchange)*

(*a*) especially designed or prepared chemical or electrochemical reduction systems for regeneration of the chemical reducing agent(s) used in ion exchange uranium enrichment cascades; and

(*b*) especially designed or prepared chemical or electrochemical oxidation systems for regeneration of the chemical oxidizing agent(s) used in ion exchange uranium enrichment cascades.

**A.2.4.7.** *Especially designed or prepared systems, equipment and components for use in laser-based enrichment plants, including:*

Systèmes spécialement conçus ou préparés pour oxyder $U^{3+}$ en $U^{4+}$ en vue du reflux vers la cascade de séparation des isotopes dans le procédé d'enrichissement par échange chimique.

**A.2.4.6.6.** *Résines échangeuses d'ions/adsorbants à réaction rapide (échange d'ions)*

Résines échangeuses d'ions ou adsorbants à réaction rapide spécialement conçus ou préparés pour l'enrichissement de l'uranium par le procédé d'échange d'ions, en particulier résines poreuses macroréticulées et structures pelliculaires dans lesquelles les groupes actifs d'échange chimique sont limités à un revêtement superficiel sur un support poreux inactif, et autres structures composites sous une forme appropriée, et notamment sous forme de particules ou de fibres. Ces articles ont un diamètre inférieur ou égal à 0,2 mm; du point de vue chimique, ils doivent être résistants aux solutions dans de l'acide chlorhydrique concentré et, du point de vue physique, être suffisamment solides pour ne pas se dégrader dans les colonnes d'échange. Ils sont spécialement conçus ou préparés pour obtenir de très grandes vitesses d'échange des isotopes de l'uranium (temps de demi-réaction inférieur à 10 s) et sont efficaces à des températures comprises entre 100 °C et 200 °C.

**A.2.4.6.7.** *Colonnes d'échange d'ions (échange d'ions)*

Colonnes cylindriques de plus de 1 000 mm de diamètre contenant un garnissage de résine échangeuse d'ions/adsorbants, spécialement conçues ou préparées pour l'enrichissement de l'uranium par le procédé d'échange d'ions. Ces colonnes sont constituées ou revêtues de matériaux (tels que le titane ou les plastiques à base de fluorocarbures) résistant à la corrosion par des solutions dans de l'acide chlorhydrique concentré, et peuvent fonctionner à des températures comprises entre 100 °C et 200 °C et à des pressions supérieures à 0,7 MPa (102 lb/po²).

**A.2.4.6.8.** *Systèmes de reflux (échange d'ions)*

*a*) systèmes de réduction chimique ou électrochimique spécialement conçus ou préparés pour régénérer l'agent (les agents) de réduction chimique utilisé(s) dans les cascades d'enrichissement de l'uranium par le procédé d'échange d'ions;

*b*) systèmes d'oxydation chimique ou électrochimique spécialement conçus ou préparés pour régénérer l'agent (les agents) d'oxydation chimique utilisé(s) dans les cascades d'enrichissement de l'uranium par le procédé d'échange d'ions.

**A.2.4.7.** *Systèmes, équipements et composants spécialement conçus ou préparés pour utilisation dans les usines d'enrichissement par laser, notamment :*

*SOR/2000-210 — August 8, 2011*

**A.2.4.7.1.** *Uranium vaporization systems (AVLIS)*

Especially designed or prepared uranium vaporization systems which contain high-power strip or scanning electron beam guns with a delivered power on the target of more than 2.5 kW/cm.

**A.2.4.7.2.** *Liquid uranium metal handling systems (AVLIS)*

Especially designed or prepared liquid metal handling systems for molten uranium or uranium alloys, consisting of crucibles and cooling equipment for the crucibles.

**A.2.4.7.3.** *Uranium metal product and tails collector assemblies (AVLIS)*

Especially designed or prepared product and tails collector assemblies for uranium metal in liquid or solid form.

**A.2.4.7.4.** *Separator module housings (AVLIS)*

Especially designed or prepared cylindrical or rectangular vessels for containing the uranium metal vapour source, the electron beam gun, and the product and tails collectors.

**A.2.4.7.5.** *Supersonic expansion nozzles (MLIS)*

Especially designed or prepared supersonic expansion nozzles for cooling mixtures of $UF_6$ and carrier gas to 150 K or less and which are corrosion resistant to $UF_6$.

**A.2.4.7.6.** *Uranium pentafluoride product collectors (MLIS)*

Especially designed or prepared uranium pentafluoride ($UF_5$) solid product collectors consisting of filter, impact, or cyclone-type collectors, or combinations thereof, and which are corrosion resistant to the $UF_5$/$UF_6$ environment.

**A.2.4.7.7.** *$UF_6$/carrier gas compressors (MLIS)*

Especially designed or prepared compressors for $UF_6$/carrier gas mixtures, designed for long-term operation in a $UF_6$ environment. The components of these compressors that come into contact with process gas are made of or protected by materials resistant to corrosion by $UF_6$.

**A.2.4.7.8.** *Rotary shaft seals (MLIS)*

**A.2.4.7.1.** *Systèmes de vaporisation de l'uranium (SILVA)*

Systèmes de vaporisation de l'uranium spécialement conçus ou préparés, renfermant des canons à électrons de grande puissance à faisceau en nappe ou à balayage, fournissant une puissance au niveau de la cible supérieure à 2,5 kW/cm.

**A.2.4.7.2.** *Systèmes de manipulation de l'uranium métal liquide (SILVA)*

Systèmes de manipulation de métaux liquides spécialement conçus ou préparés pour l'uranium ou les alliages d'uranium fondus, comprenant des creusets et des équipements de refroidissement pour les creusets.

**A.2.4.7.3.** *Assemblages collecteurs du produit et des résidus d'uranium métal (SILVA)*

Assemblages collecteurs du produit et des résidus spécialement conçus ou préparés pour l'uranium métal à l'état liquide ou solide.

**A.2.4.7.4.** *Enceintes de module séparateur (SILVA)*

Conteneurs de forme cylindrique ou rectangulaire spécialement conçus ou préparés pour loger la source de vapeur d'uranium métal, le canon à électrons et les collecteurs du produit et des résidus.

**A.2.4.7.5.** *Tuyères de détente supersonique (SILMO)*

Tuyères de détente supersonique, résistant à la corrosion par l'$UF_6$, spécialement conçues ou préparées pour refroidir les mélanges d'$UF_6$ et de gaz porteur jusqu'à 150 K ou moins.

**A.2.4.7.6.** *Collecteurs du produit (pentafluorure d'uranium) (SILMO)*

Collecteurs de pentafluorure d'uranium ($UF_5$) solide spécialement conçus ou préparés, constitués de collecteurs ou de combinaisons de collecteurs à filtre, à impact ou à cyclone et résistant à la corrosion en milieu $UF_5$/$UF_6$.

**A.2.4.7.7.** *Compresseurs d'$UF_6$/gaz porteur (SILMO)*

Compresseurs spécialement conçus ou préparés pour les mélanges d'$UF_6$ et de gaz porteur, prévus pour un fonctionnement de longue durée en atmosphère d'$UF_6$. Les composants de ces compresseurs qui sont en contact avec le gaz de procédé sont constitués ou revêtus de matériaux résistant à la corrosion par l'$UF_6$.

**A.2.4.7.8.** *Garnitures d'étanchéité d'arbres (SILMO)*

*DORS/2000-210 — 8 août 2011*

Especially designed or prepared rotary shaft seals, with seal feed and seal exhaust connections, for sealing the shaft connecting the compressor rotor with the driver motor so as to ensure a reliable seal against out-leakage of process gas or in-leakage of air or seal gas into the inner chamber of the compressor which is filled with a $UF_6$/carrier gas mixture.

Garnitures spécialement conçues ou préparées, avec connexions d'alimentation et d'échappement, pour assurer de manière fiable l'étanchéité de l'arbre reliant le rotor du compresseur au moteur d'entraînement en empêchant le gaz de procédé de s'échapper, ou l'air ou le gaz d'étanchéité de pénétrer dans la chambre intérieure du compresseur qui est remplie du mélange $UF_6$/gaz porteur.

**A.2.4.7.9.**   *Fluorination systems (MLIS)*

Especially designed or prepared systems for fluorinating $UF_5$ (solid) to $UF_6$ (gas).

**A.2.4.7.9.**   *Systèmes de fluoration (SILMO)*

Systèmes spécialement conçus ou préparés pour fluorer l'$UF_5$ (solide) en $UF_6$ (gazeux).

**A.2.4.7.10.**   *$UF_6$ mass spectrometers/ion sources (MLIS)*

Especially designed or prepared magnetic or quadrupole mass spectrometers capable of taking on-line samples of feed, product or tails, from $UF_6$ gas streams and having all of the following characteristics:

(*a*)  unit resolution for mass greater than 320;

(*b*)  ion sources constructed of or lined with nichrome or monel or nickel plated;

(*c*)  electron bombardment ionization sources; and

(*d*)  collector system suitable for isotopic analysis.

**A.2.4.7.10.**   *Spectromètres de masse pour $UF_6$/source d'ions (SILMO)*

Spectromètres de masse magnétiques ou quadripolaires spécialement conçus ou préparés, capables de prélever en direct sur les flux d'$UF_6$ gazeux des échantillons du gaz d'entrée, du produit ou des résidus, et ayant toutes les caractéristiques suivantes :

*a*)  pouvoir de résolution unitaire pour l'unité de masse atomique supérieur à 320;

*b*)  sources d'ions constituées ou revêtues de nichrome ou de monel ou nickelées;

*c*)  sources d'ionisation par bombardement électronique;

*d*)  présence d'un collecteur adapté à l'analyse isotopique.

**A.2.4.7.11.**   *Feed systems/product and tails withdrawal systems (MLIS)*

Especially designed or prepared process systems or equipment for enrichment plants made of or protected by materials resistant to corrosion by $UF_6$, including:

(*a*)  feed autoclaves, ovens, or systems used for passing $UF_6$ to the enrichment process;

(*b*)  desublimers (or cold traps) used to remove $UF_6$ from the enrichment process for subsequent transfer upon heating;

(*c*)  solidification or liquefaction stations used to remove $UF_6$ from the enrichment process by compressing and converting $UF_6$ to a liquid or solid form; and

**A.2.4.7.11.**   *Systèmes d'alimentation/systèmes de prélèvement du produit et des résidus (SILMO)*

Systèmes ou équipements spécialement conçus ou préparés pour les usines d'enrichissement, constitués ou revêtus de matériaux résistant à la corrosion par l'$UF_6$ et comprenant :

*a*)  des autoclaves, fours ou systèmes d'alimentation utilisés pour introduire l'$UF_6$ dans le processus d'enrichissement;

*b*)  des pièges à froid utilisés pour prélever l'$UF_6$ du processus d'enrichissement en vue de son transfert ultérieur après réchauffement;

*c*)  des stations de solidification ou de liquéfaction utilisées pour prélever l'$UF_6$ du processus d'enrichissement, par compression et passage à l'état liquide ou solide;

*SOR/2000-210 — August 8, 2011*

(*d*) product or tails stations used for transferring $UF_6$ into containers.

**A.2.4.7.12.** *$UF_6$/carrier gas separation systems (MLIS)*

Especially designed or prepared process systems for separating $UF_6$ from carrier gas. The carrier gas may be nitrogen, argon, or other gas.

**A.2.4.7.13.** *Laser systems (AVLIS, MLIS and CRISLA)*

Lasers or laser systems especially designed or prepared for the separation of uranium isotopes.

**A.2.4.8.** *Especially designed or prepared systems, equipment and components for use in plasma separation enrichment plants, including:*

**A.2.4.8.1.** *Microwave power sources and antennae*

Especially designed or prepared microwave power sources and antennae for producing or accelerating ions and having the following characteristics: greater than 30 GHz frequency and greater than 50 kW mean power output for ion production.

**A.2.4.8.2.** *Ion excitation coils*

Especially designed or prepared radio frequency ion excitation coils for frequencies of more than 100 kHz and capable of handling more than 40 kW mean power.

**A.2.4.8.3.** *Uranium plasma generation systems*

Especially designed or prepared systems for the generation of uranium plasma, which may contain high-power strip or scanning electron beam guns with a delivered power on the target of more than 2.5 kW/cm.

**A.2.4.8.4.** *Liquid uranium metal handling systems*

Especially designed or prepared liquid metal handling systems for molten uranium or uranium alloys, consisting of crucibles and cooling equipment for the crucibles.

**A.2.4.8.5.** *Uranium metal product and tails collector assemblies*

Especially designed or prepared product and tails collector assemblies for uranium metal in solid form. These collector assemblies are made of or protected by materials resistant to the heat and corrosion of uranium metal vapour, such as yttria-coated graphite or tantalum.

*d*) des stations produits ou résidus pour le transfert de l'$UF_6$ dans des conteneurs.

**A.2.4.7.12.** *Systèmes de séparation de l'$UF_6$ et du gaz porteur (SILMO)*

Systèmes spécialement conçus ou préparés pour séparer l'$UF_6$ du gaz porteur. Ce dernier peut être l'azote, l'argon ou un autre gaz.

**A.2.4.7.13.** *Systèmes laser (SILVA, SILMO et CRISLA)*

Lasers ou systèmes laser spécialement conçus ou préparés pour la séparation des isotopes de l'uranium.

**A.2.4.8.** *Systèmes, équipements et composants spécialement conçus ou préparés pour utilisation dans les usines d'enrichissement par séparation des isotopes dans un plasma, notamment :*

**A.2.4.8.1.** *Sources d'énergie hyperfréquence et antennes*

Sources d'énergie hyperfréquence et antennes spécialement conçues ou préparées pour produire ou accélérer des ions et ayant les caractéristiques suivantes : fréquence supérieure à 30 GHz et puissance de sortie moyenne supérieure à 50 kW pour la production d'ions.

**A.2.4.8.2.** *Bobines excitatrices d'ions*

Bobines excitatrices d'ions à haute fréquence spécialement conçues ou préparées pour des fréquences supérieures à 100 kHz et capables de supporter une puissance moyenne supérieure à 40 kW.

**A.2.4.8.3.** *Systèmes générateurs de plasma d'uranium*

Systèmes de production de plasma d'uranium spécialement conçus ou préparés, pouvant renfermer des canons à électrons de grande puissance à faisceau en nappe ou à balayage, fournissant une puissance au niveau de la cible supérieure à 2,5 kW/cm.

**A.2.4.8.4.** *Systèmes de manipulation de l'uranium métal liquide*

Systèmes de manipulation de métaux liquides spécialement conçus ou préparés pour l'uranium ou les alliages d'uranium fondus, comprenant des creusets et des équipements de refroidissement pour les creusets.

**A.2.4.8.5.** *Assemblages collecteurs du produit et des résidus d'uranium métal*

Assemblages collecteurs du produit et des résidus spécialement conçus ou préparés pour l'uranium métal à l'état solide. Ces assemblages collecteurs sont constitués ou revêtus de matériaux résistant à la chaleur et à la corrosion par la vapeur d'uranium métal, tels que le graphite revêtu d'oxyde d'yttrium ou le tantale.

*DORS/2000-210 — 8 août 2011*

**A.2.4.8.6.**   *Separator module housings*

Cylindrical vessels especially designed or prepared for use in plasma separation enrichment plants for containing the uranium plasma source, radio-frequency drive coil and the product and tails collectors.

**A.2.4.9.**   *Especially designed or prepared systems, equipment and components for use in electromagnetic enrichment plants, including:*

**A.2.4.9.1.**   *Electromagnetic isotope separators*

Electromagnetic isotope separators especially designed or prepared for the separation of uranium isotopes, and equipment and components therefor, including:

    (*a*)  ion sources:

especially designed or prepared single or multiple uranium ion sources consisting of a vapour source, ionizer, and beam accelerator, constructed of suitable materials such as graphite, stainless steel, or copper, and capable of providing a total ion beam current of 50 mA or greater;

    (*b*)  ion collectors:

collector plates consisting of two or more slits and pockets especially designed or prepared for collection of enriched and depleted uranium ion beams and constructed of suitable materials such as graphite or stainless steel;

    (*c*)  vacuum housings:

especially designed or prepared vacuum housings for uranium electromagnetic separators, constructed of suitable non-magnetic materials such as stainless steel and designed for operation at pressures of 0.1 Pa or lower; and

    (*d*)  magnet pole pieces:

especially designed or prepared magnet pole pieces having a diameter greater than 2 m used to maintain a constant magnetic field within an electromagnetic isotope separator and to transfer the magnetic field between adjoining separators.

**A.2.4.8.6.**   *Enceintes de module séparateur*

Conteneurs cylindriques spécialement conçus ou préparés pour les usines d'enrichissement par séparation des isotopes dans un plasma et destinés à loger la source de plasma d'uranium, la bobine excitatrice à haute fréquence et les collecteurs du produit et des résidus.

**A.2.4.9.**   *Systèmes, équipement et composants spécialement conçus ou préparés pour utilisation dans les usines d'enrichissement par le procédé électromagnétique, notamment :*

**A.2.4.9.1.**   *Séparateurs isotopiques électromagnétiques*

Séparateurs isotopiques électromagnétiques spécialement conçus ou préparés pour la séparation des isotopes de l'uranium, et équipements et composants pour cette séparation, notamment les :

    *a*)  sources d'ions :

sources d'ions uranium uniques ou multiples, spécialement conçues ou préparées, comprenant la source de vapeur, l'ionisateur et l'accélérateur de faisceau, constituées de matériaux appropriés comme le graphite, l'acier inoxydable ou le cuivre, et capables de fournir un courant d'ionisation total égal ou supérieur à 50 mA;

    *b*)  collecteurs d'ions :

plaques collectrices comportant des fentes et des poches (deux ou plus), spécialement conçues ou préparées pour collecter les faisceaux d'ions uranium enrichis et appauvris, et constituées de matériaux appropriés comme le graphite ou l'acier inoxydable;

    *c*)  enceintes à vide :

enceintes à vide spécialement conçues ou préparées pour les séparateurs électromagnétiques d'uranium, constituées de matériaux non magnétiques appropriés comme l'acier inoxydable et conçues pour fonctionner à des pressions inférieures ou égales à 0,1 Pa;

    *d*)  pièces polaires :

pièces polaires spécialement conçues ou préparées, de diamètre supérieur à 2 m, utilisées pour maintenir un champ magnétique constant dans un séparateur isotopique électromagnétique et pour transférer le champ magnétique entre séparateurs contigus.

**A.2.4.9.2.**   *High voltage power supplies*

Especially designed or prepared high-voltage power supplies for ion sources, having all of the following characteristics: capable of continuous operation, output voltage of 20 000 V or greater, output current of 1 A or greater, and voltage regulation of better than 0.01% over a time period of 8 hours.

**A.2.4.9.3.**   *Magnet power supplies*

Especially designed or prepared high-power, direct current magnet power supplies having all of the following characteristics: capable of continuously producing a current output of 500 A or greater at a voltage of 100 V or greater and with a current or voltage regulation better than 0.01% over a period of 8 hours.

**A.2.5.**   *Plants for the production or concentration of heavy water, deuterium and deuterium compounds and equipment especially designed or prepared therefor, including:*

**A.2.5.1.**   *Water-hydrogen sulphide exchange towers*

Exchange towers fabricated from fine carbon steel (such as ASTM A516) with diameters of 6 m (20 ft.) to 9 m (30 ft.), capable of operating at pressures greater than or equal to 2 MPa (300 psi) and with a corrosion allowance of 6 mm or greater, especially designed or prepared for heavy water production utilizing the water-hydrogen sulphide exchange process.

**A.2.5.2.**   *Blowers and compressors*

Single stage, low head (*i.e.*, 0.2 MPa or 30 psi) centrifugal blowers or compressors for hydrogen-sulphide gas circulation (*i.e.*, gas containing more than 70% $H_2S$) especially designed or prepared for heavy water production utilizing the water-hydrogen sulphide exchange process. These blowers or compressors have a throughput capacity greater than or equal to 56 m³/s (120,000 SCFM) while operating at pressures greater than or equal to 1.8 MPa (260 psi) suction and have seals designed for wet $H_2S$ service.

**A.2.5.3.**   *Ammonia-hydrogen exchange towers*

**A.2.4.9.2.**   *Alimentations haute tension*

Alimentations haute tension spécialement conçues ou préparées pour les sources d'ions et ayant toutes les caractéristiques suivantes : capables de fournir en permanence, pendant une période de 8 heures, une tension de sortie égale ou supérieure à 20 000 V avec une intensité de sortie égale ou supérieure à 1 A et une variation de tension inférieure à 0,01 %.

**A.2.4.9.3.**   *Alimentations des aimants*

Alimentations des aimants en courant continu de haute intensité spécialement conçues ou préparées et ayant toutes les caractéristiques suivantes : capables de produire en permanence, pendant une période de 8 heures, un courant d'intensité supérieure ou égale à 500 A à une tension supérieure ou égale à 100 V, avec des variations d'intensité et de tension inférieures à 0,01 %.

**A.2.5.**   *Usines de production ou de concentration d'eau lourde, de deutérium et de composés de deutérium, et équipements spécialement conçus ou préparés à cette fin, notamment :*

**A.2.5.1.**   *Tours d'échange eau-sulfure d'hydrogène*

Tours d'échange fabriquées en acier au carbone fin (par exemple ASTM A516), ayant un diamètre compris entre 6 m (20 pi) et 9 m (30 pi), capables de fonctionner à des pressions supérieures ou égales à 2 MPa (300 lb/po²) et ayant une surépaisseur de corrosion de 6 mm ou plus, spécialement conçues ou préparées pour la production d'eau lourde par le procédé d'échange eau-sulfure d'hydrogène.

**A.2.5.2.**   *Soufflantes et compresseurs*

Soufflantes ou compresseurs centrifuges à étage unique sous basse pression (c'est-à-dire 0,2 MPa ou 30 lb/po²) pour la circulation de sulfure d'hydrogène (c'est-à-dire un gaz contenant plus de 70 % de $H_2S$) spécialement conçus ou préparés pour la production d'eau lourde par le procédé d'échange eau-sulfure d'hydrogène. Ces soufflantes ou compresseurs ont une capacité de débit supérieure ou égale à 56 m³/s (120 000 SCFM) lorsqu'ils fonctionnent à des pressions d'aspiration supérieures ou égales à 1,8 MPa (260 lb/po²), et sont équipés de joints conçus pour être utilisés en milieu humide en présence de $H_2S$.

**A.2.5.3.**   *Tours d'échange ammoniac-hydrogène*

*DORS/2000-210 — 8 août 2011*

Ammonia-hydrogen exchange towers greater than or equal to 35 m (114.3 ft.) in height with diameters of 1.5 m (4.9 ft.) to 2.5 m (8.2 ft.) capable of operating at pressures greater than 15 MPa (2,225 psi) especially designed or prepared for heavy water production utilizing the ammonia-hydrogen exchange process. These towers also have at least one flanged, axial opening of the same diameter as the cylindrical part through which the tower internals can be inserted or withdrawn.

**A.2.5.4.**   *Tower internals and stage pumps*

Tower internals and stage pumps especially designed or prepared for towers for heavy water production utilizing the ammonia-hydrogen exchange process. Tower internals include especially designed stage contactors which promote intimate gas/liquid contact. Stage pumps include especially designed submersible pumps for circulation of liquid ammonia within a contacting stage internal to the stage towers.

**A.2.5.5.**   *Ammonia crackers*

Ammonia crackers with operating pressures greater than or equal to 3 MPa (450 psi) especially designed or prepared for heavy water production utilizing the ammonia-hydrogen exchange process.

**A.2.5.6.**   *Infrared absorption analyzers*

Infrared absorption analyzers capable of on-line hydrogen/deuterium ratio analysis where deuterium concentrations are equal to or greater than 90%.

**A.2.5.7.**   *Catalytic burners*

Catalytic burners for the conversion of enriched deuterium gas into heavy water especially designed or prepared for heavy water production utilizing the ammonia-hydrogen exchange process.

**A.2.5.8.**   *Complete heavy water upgrade systems or columns therefor*

Complete heavy water upgrade systems, or columns therefor, especially designed or prepared for the upgrade of heavy water to reactor-grade deuterium concentration.

**A.2.6.**   *Plants for the conversion of uranium and plutonium for use in the fabrication of fuel elements and the separation of uranium isotopes, as set out in paragraphs A.2.3. and A.2.4., respectively, and equipment especially designed or prepared for such plants, including*

Tours d'échange ammoniac-hydrogène d'une hauteur supérieure ou égale à 35 m (114,3 pi) ayant un diamètre compris entre 1,5 m (4,9 pi) et 2,5 m (8,2 pi) et pouvant fonctionner à des pressions supérieures à 15 MPa (2 225 lb/po²), spécialement conçues ou préparées pour la production d'eau lourde par le procédé d'échange ammoniac-hydrogène. Ces tours ont aussi au moins une ouverture axiale à rebord du même diamètre que la partie cylindrique, par laquelle les internes de la tour peuvent être insérés ou retirés.

**A.2.5.4.**   *Internes de tour et pompes d'étage*

Internes de tour et pompes d'étage spécialement conçus ou préparés pour des tours servant à la production d'eau lourde par le procédé d'échange ammoniac-hydrogène. Les internes de tour comprennent des contacteurs d'étage spécialement conçus qui favorisent un contact intime entre le gaz et le liquide. Les pompes d'étage comprennent des pompes submersibles spécialement conçues pour la circulation d'ammoniac liquide dans un étage de contact à l'intérieur des tours.

**A.2.5.5.**   *Craqueurs d'ammoniac*

Craqueurs d'ammoniac ayant une pression de fonctionnement supérieure ou égale à 3 MPa (450 lb/po²) spécialement conçus ou préparés pour la production d'eau lourde par le procédé d'échange ammoniac-hydrogène.

**A.2.5.6.**   *Analyseurs d'absorption infrarouge*

Analyseurs d'absorption infrarouge permettant une analyse en ligne du rapport hydrogène/deutérium lorsque les concentrations en deutérium sont égales ou supérieures à 90 %.

**A.2.5.7.**   *Brûleurs catalytiques*

Brûleurs catalytiques pour la conversion en eau lourde du deutérium enrichi spécialement conçus ou préparés pour la production d'eau lourde par le procédé d'échange ammoniac-hydrogène.

**A.2.5.8.**   *Systèmes complets de concentration d'eau lourde ou colonnes pour de tels systèmes*

Systèmes complets de concentration d'eau lourde ou colonnes pour de tels systèmes, spécialement conçus ou préparés pour obtenir de l'eau lourde de qualité réacteur par la teneur en deutérium.

**A.2.6.**   *Usines de conversion de l'uranium et du plutonium aux fins de fabrication d'éléments combustibles et de séparation des isotopes de l'uranium, au sens des paragraphes A.2.3. et A.2.4., et équipements spécialement conçus ou préparés à cette fin, notamment :*

*SOR/2000-210 — August 8, 2011*

**A.2.6.1.** *Plants for the conversion of uranium and equipment especially designed or prepared for that purpose, including*

**A.2.6.1.1.** Especially designed or prepared systems for the conversion of uranium ore concentrates to $UO_3$.

**A.2.6.1.2.** Especially designed or prepared systems for the conversion of $UO_3$ to $UF_6$.

**A.2.6.1.3.** Especially designed or prepared systems for the conversion of $UO_3$ to $UO_2$.

**A.2.6.1.4.** Especially designed or prepared systems for the conversion of $UO_2$ to $UF_4$.

**A.2.6.1.5.** Especially designed or prepared systems for the conversion of $UF_4$ to $UF_6$.

**A.2.6.1.6.** Especially designed or prepared systems for the conversion of $UF_4$ to U metal.

**A.2.6.1.7.** Especially designed or prepared systems for the conversion of $UF_6$ to $UO_2$.

**A.2.6.1.8.** Especially designed or prepared systems for the conversion of $UF_6$ to $UF_4$.

**A.2.6.1.9.** Especially designed or prepared systems for the conversion of $UO_2$ to $UCl_4$.

**A.2.6.2.** *Plants for the conversion of plutonium and equipment especially designed or prepared for that purpose, including*

**A.2.6.2.1.** Especially designed or prepared systems for the conversion of plutonium nitrate to oxide.

**A.2.6.2.2.** Especially designed or prepared systems for plutonium metal production.

**A.3. PARTS FOR CONTROLLED NUCLEAR EQUIPMENT IDENTIFIED IN PARAGRAPHS COMPRISING A.2.**

**A.4. CONTROLLED NUCLEAR INFORMATION**

**A.4.1.** *Technology*

Technical data, including, but not limited to, technical drawings, models, photographic negatives and prints, recordings, design data and technical and operating manuals, whether in written form or recorded on other media or devices such as disk, tape and read-only memories for the design, production, construction, operation or maintenance of any item in this Part, except data available to the public (*e.g.* in published books or periodicals, or that which has been made available without restrictions on its further dissemination).

**A.2.6.1.** Usines de conversion de l'uranium et équipements spécialement conçus ou préparés à cette fin, notamment :

**A.2.6.1.1.** Systèmes spécialement conçus ou préparés pour la conversion des concentrés de minerai d'uranium en $UO_3$.

**A.2.6.1.2.** Systèmes spécialement conçus ou préparés pour la conversion d'$UO_3$ en $UF_6$.

**A.2.6.1.3.** Systèmes spécialement conçus ou préparés pour la conversion d'$UO_3$ en $UO_2$.

**A.2.6.1.4.** Systèmes spécialement conçus ou préparés pour la conversion d'$UO_2$ en $UF_4$.

**A.2.6.1.5.** Systèmes spécialement conçus ou préparés pour la conversion d'$UF_4$ en $UF_6$.

**A.2.6.1.6.** Systèmes spécialement conçus ou préparés pour la conversion d'$UF_4$ en U métal.

**A.2.6.1.7.** Systèmes spécialement conçus ou préparés pour la conversion d'$UF_6$ en $UO_2$.

**A.2.6.1.8.** Systèmes spécialement conçus ou préparés pour la conversion d'$UF_6$ en $UF_4$.

**A.2.6.1.9.** Systèmes spécialement conçus ou préparés pour la conversion d'$UO_2$ en $UCl_4$.

**A.2.6.2.** *Usines de conversion du plutonium et équipements spécialement conçus ou préparés à cette fin, notamment :*

**A.2.6.2.1.** Systèmes spécialement conçus ou préparés pour la conversion du nitrate de plutonium en oxyde.

**A.2.6.2.2.** Systèmes spécialement conçus ou préparés pour la production de plutonium métal.

**A.3. COMPOSANTS DE L'ÉQUIPEMENT NUCLÉAIRE CONTRÔLÉ MENTIONNÉ AU PARAGRAPHE A.2.**

**A.4. RENSEIGNEMENTS NUCLÉAIRES CONTRÔLÉS**

**A.4.1.** *Technologie*

*DORS/2000-210 — 8 août 2011*

Les données techniques se présentent sous forme notamment de dessins techniques, modèles, négatifs et épreuves photographiques, enregistrements, données de conception, manuels techniques et manuels d'exploitation sous une forme écrite ou enregistrée sur d'autres supports ou dispositifs tels que des disques, des bandes magnétiques et des mémoires mortes pour la conception, la production, la construction, l'exploitation ou l'entretien de tout article mentionné à la présente partie, à l'exception des données mises à la disposition du public (p. ex. données figurant dans des livres ou périodiques publiés ou données mises à la disposition des intéressés sans restriction lors d'une diffusion ultérieure).

PART B

LIST OF NUCLEAR-RELATED DUAL-USE ITEMS

**B.1.** CONTROLLED NUCLEAR SUBSTANCES

**B.1.1.**   *Nuclear-related dual-use substances*

**B.1.1.1.**   Alpha-emitting radionuclides having an alpha half-life of 10 days or greater but less than 200 years, compounds or mixtures containing any of these radionuclides with a total alpha activity of 1 Ci/kg (37 GBq/kg) or greater, and products or devices containing any of the foregoing, except a product or device containing less than 3.7 GBq (100 mCi) of alpha activity.

**B.1.1.2.**   Aluminium alloys capable of an ultimate tensile strength of 460 MPa (0.46 x 10⁹ N/m²) or more at 293 K (20°C), in the form of tubes or cylindrical solid forms (including forgings) with an outside diameter of more than 75 mm (3 in.).

   NOTE

   The phrase "capable of" encompasses aluminium alloys before or after heat treatment.

**B.1.1.3.**   Beryllium metal, alloys containing more than 50% beryllium by weight, beryllium compounds, and manufactures thereof, except:

   (*a*) metal windows for X-ray machines, or for borehole logging devices;

   (*b*) oxide shapes in fabricated or semi-fabricated forms specially designed for electronic component parts or as substrates for electronic circuits; and

   (*c*) beryl (silicate of beryllium and aluminium) in the form of emeralds or aquamarines.

PARTIE B

LISTE DES ARTICLES À DOUBLE USAGE DANS LE SECTEUR NUCLÉAIRE

**B.1.** SUBSTANCES NUCLÉAIRES CONTRÔLÉES

**B.1.1.**   *Matières à double usage dans le secteur nucléaire*

**B.1.1.1.**   Radionucléides émetteurs alpha ayant une période alpha de dix jours ou plus mais de moins de 200 ans, composés et mélanges contenant l'un ou plusieurs de ces radionucléides avec une activité alpha totale de 1 Ci/kg (37 GBq/kg) ou plus, et produits ou dispositifs contenant l'une de ces substances, à l'exception d'un produit ou d'un dispositif contenant moins de 3,7 GBq (100 mCi) d'activité alpha.

**B.1.1.2.**   Alliages d'aluminium capables d'une résistance maximale à la traction de 460 MPa (0,46 × 10⁹ N/m²) ou plus à des températures de 293 K (20 °C) sous la forme de tubes ou de pièces cylindriques pleines (y compris les pièces forgées) ayant un diamètre extérieur supérieur à 75 mm (3 po).

   NOTA :

   L'expression « capables » couvre les alliages d'aluminium avant ou après le traitement thermique.

**B.1.1.3.**   Béryllium métal, alliages comprenant plus de 50 % de béryllium en poids, composés du béryllium et produits manufacturés dans ces matières, sauf :

   a) les fenêtres de métal pour les machines à rayons X, ou les dispositifs de diagraphie des trous de forage;

   b) des pièces en oxyde fabriquées ou semi-fabriquées spécialement conçues pour des éléments de composants électroniques ou comme substrat pour des circuits électroniques;

*SOR/2000-210 — August 8, 2011*

NOTE

This entry includes waste and scrap containing beryllium as defined above.

*c)* le béryl (silicate de béryllium et d'aluminium) sous forme d'émeraudes ou d'aigues-marines.

NOTA :

Cette rubrique englobe les déchets et les chutes contenant du béryllium tel que défini ci-dessus.

**B.1.1.4.** High-purity (99.99% or greater) bismuth with very low silver content (less than 10 ppm).

**B.1.1.4.** Bismuth de grande pureté (99,99 % ou plus) avec une teneur en argent très faible (moins de 10 ppm).

**B.1.1.5.** Boron and boron compounds, mixtures, loaded materials, and waste or scrap of any of these substances, in which the boron-10 isotope is more than 20% by weight of the total boron content.

**B.1.1.5.** Bore et composés, mélanges, matières chargées au bore et résidus ou déchets de ces substances, dans lesquels le bore 10 entre pour plus de 20 % en poids dans la teneur totale en bore.

**B.1.1.6.** Calcium (high purity) containing both less than 1 000 ppm by weight of metallic impurities other than magnesium and less than 10 ppm of boron.

**B.1.1.6.** Calcium (de grande pureté) contenant à la fois moins de 1 000 ppm en poids d'impuretés métalliques autres que le magnésium et moins de 10 ppm de bore.

**B.1.1.7.** Chlorine trifluoride ($ClF_3$).

**B.1.1.7.** Trifluorure de chlore ($ClF_3$).

**B.1.1.8.** *Crucibles made of materials resistant to liquid actinide metals, as follows:*

**B.1.1.8.** *Creusets fabriqués en matières résistant aux métaux actinides liquides, comme suit :*

(*a*) crucibles with a volume of between 150 ml and 8 L and made of or coated with any of the following materials having a purity of 98% or greater:

*a*) creusets dont le volume est compris entre 150 mL et 8 L, constitués ou revêtus de l'une des matières suivantes ayant un degré de pureté égal ou supérieur à 98 % :

(1)  calcium fluoride ($CaF_2$)

(1)  fluorure de calcium ($CaF_2$);

(2)  calcium zirconate (metazirconate) ($Ca_2ZrO_3$)

(2)  zirconate (métazirconate) de calcium ($Ca_2ZrO_3$);

(3)  cerium sulfide ($Ce_2S_3$)

(3)  sulfure de cérium ($Ce_2S_3$);

(4)  erbium oxide (erbia) ($Er_2O_3$)

(4)  oxyde d'erbium (erbine) ($Er_2O_3$);

(5)  hafnium oxide (hafnia) ($HfO_2$)

(5)  oxyde de hafnium ($HfO_2$);

(6)  magnesium oxide (MgO)

(6)  oxyde de magnésium (MgO);

(7)  nitrided niobium-titanium-tungsten alloy (approximately 50%Nb, 30%Ti, 20%W)

(7)  alliage nitruré niobium-titane-tungstène (approximativement 50 % de Nb, 30 % de Ti et 20 % de W);

(8)  yttrium oxide (yttria) ($Y_2O_3$)

(8)  oxyde d'yttrium (yttria) ($Y_2O_3$);

(9)  zirconium oxide (zirconia) ($ZrO_2$);

(9)  oxyde de zirconium (zircone) ($ZrO_2$);

(*b*) crucibles with a volume of between 50 ml and 2 L and made of or lined with tantalum, having a purity of 99.9% or greater; and

30

*DORS/2000-210 — 8 août 2011*

(*c*) crucibles with a volume of between 50 ml and 2 L and made of or lined with tantalum (having a purity of 98% or greater) coated with tantalum carbide, nitride, or boride (or any combination of these).

*b*) creusets dont le volume est compris entre 50 mL et 2 L, constitués ou revêtus de tantale ayant un degré de pureté égal ou supérieur à 99,9 %;

*c*) creusets dont le volume est compris entre 50 mL et 2 L, constitués ou revêtus de tantale (ayant un degré de pureté égal ou supérieur à 98 %) recouverts de carbure, de nitrure ou de borure de tantale (ou toute combinaison de ces substances).

**B.1.1.9.**   *Fibrous or filamentary materials, prepregs and composite structures, as follows:*

(*a*) carbon or aramid fibrous or filamentary materials having a specific modulus of 12.7 x $10^6$ m or greater or a specific tensile strength of 23.5 x $10^4$ m or greater, except aramid fibrous or filamentary materials having 0.25% or more by weight of an ester based fibre surface modifier;

(*b*) glass fibrous or filamentary materials having a specific modulus of 3.18 x $10^6$ m and a specific tensile strength of 7.62 x $10^4$ m or greater; and

(*c*) thermoset resin impregnated continuous yarns, rovings, tows or tapes with a width no greater than 15 mm (prepregs), made from carbon or glass fibrous or filamentary materials specified in paragraph (*a*) or (*b*).

NOTE

The resin forms the matrix of the composite.

(*d*) composite structures in the form of tubes with an inside diameter of between 75 mm (3 in.) and 400 mm (16 in.) made with any of the fibrous or filamentary materials specified in paragraph (*a*) or carbon prepreg materials specified in paragraph (*c*).

NOTE

(*a*) "fibrous or filamentary materials" means continuous monofilaments, yarns, rovings, tows or tapes.

(*b*) "specific modulus" is the Young's modulus in $N/m^2$ divided by the specific weight in $N/m^3$ when measured at a temperature of $23 \pm 2°C$ and a relative humidity of $50 \pm 5\%$.

**B.1.1.9.**   *Matières fibreuses ou filamenteuses, préimprégnées et structures composites, comme suit :*

*a*) matières fibreuses ou filamenteuses carbonées ou aramides ayant un module spécifique égal ou supérieur à 12,7 × $10^6$ m ou une résistance spécifique à la traction égale ou supérieure à 23,5 × $10^4$ m, à l'exception des matières fibreuses ou filamenteuses aramides contenant 0,25 % ou plus en poids d'un modificateur de surface de fibres à base d'ester;

*b*) matières fibreuses ou filamenteuses en verre ayant un module spécifique égal ou supérieur à 3,18 × $10^6$ m et une résistance spécifique à la traction égale ou supérieure à 7,62 × $10^4$ m;

*c*) fils continus, mèches, filasses ou rubans imprégnés de résine thermodurcie d'une largeur égale ou inférieure à 15 mm (préimprégnés), faits de matières fibreuses ou filamenteuses carbonées ou en verre mentionnées aux paragraphes *a*) ou *b*);

NOTA :

La résine forme la matrice du composite.

*d*) structures composites sous la forme de tubes ayant un diamètre intérieur inscrit de 75 mm (3 po) à 400 mm (16 po) fabriquées dans l'une des matières fibreuses ou filamenteuses spécifiées au paragraphe *a*) ou dans des matières préimprégnées au carbone spécifiées au paragraphe *c*).

NOTA :

*a*) L'expression « matières fibreuses ou filamenteuses » couvre les monofilaments continus, les fils continus, les mèches, les filasses et les rubans.

*b*) Le « module spécifique » est le module de Young exprimé en $N/m^2$ divisé par le poids spécifique exprimé en $N/m^3$, mesuré à une température de $23 \pm 2$ °C et à une humidité relative de $50 \pm 5$ %.

(*c*) "specific tensile strength" is the ultimate tensile strength in $N/m^2$ divided by the specific weight in $N/m^3$ when measured at a temperature of $23 \pm 2°C$ and a relative humidity of $50 \pm 5\%$.

*c*) La « résistance spécifique à la traction » est la résistance maximale à la traction exprimée en $N/m^2$, divisée par le poids spécifique exprimé en $N/m^3$, mesurée à une température de $23 \pm 2$ °C et à une humidité relative de $50 \pm 5$ %.

**B.1.1.10.**   Hafnium metal, alloys, compounds of hafnium containing more than 60% hafnium by weight, and their manufactures, and waste or scrap of any of these substances.

**B.1.1.10.**   Hafnium métal, alliages, composés de hafnium contenant plus de 60 % de hafnium en poids, produits fabriqués dans ces matières et déchets ou résidus de l'une ou l'autre de ces matières.

**B.1.1.11.**   Helium-3 or helium enriched in the helium-3 isotope; alloys, compounds or mixtures containing helium enriched in the helium-3 isotope; and helium conforming to this description contained in products or devices, except a product or device containing less than 1 g of helium-3.

**B.1.1.11.**   Hélium 3 ou hélium enrichi en isotope 3; alliages, composés ou mélanges contenant de l'hélium enrichi en hélium 3; hélium répondant à cette description et contenu dans des produits ou dispositifs, à l'exception d'un produit ou d'un dispositif qui contient moins de 1 g d'hélium 3.

**B.1.1.12.**   Lithium enriched in the lithium-6 isotope ($^6Li$) to greater than 7.5 atom per cent; alloys, compounds, mixtures, and waste or scrap of lithium enriched in the lithium-6 isotope; and lithium conforming to this description contained in products or devices, except thermoluminescent dosimeters.

**B.1.1.12.**   Lithium enrichi en isotope 6 ($^6Li$) à une concentration atomique supérieure à 7,5 %; alliages, composés ou mélanges, déchets ou résidus contenant du lithium enrichi en isotope 6; lithium répondant à cette description et contenu dans des produits ou dispositifs, à l'exception des dosimètres thermoluminescents.

NOTE

NOTA :

The natural occurrence of the 6 isotope in lithium is 7.5 atom per cent.

La teneur naturelle du lithium en isotope 6 est de 7,5 % d'atomes.

**B.1.1.13.**   Magnesium (high purity) containing both less than 200 ppm by weight of metallic impurities other than calcium and less than 10 ppm of boron.

**B.1.1.13.**   Magnésium (de grande pureté) contenant en poids moins de 200 ppm d'impuretés métalliques autres que le calcium et moins de 10 ppm de bore.

**B.1.1.14.**   Maraging steel capable of an ultimate tensile strength of 2 050 MPa ($2.050 \times 10^9$ $N/m^2$) (300,000 lbs./sq.in.) or more at 293 K (20°C), except forms in which no linear dimension exceeds 75 mm.

**B.1.1.14.**   Acier maraging capable d'une résistance maximale à la traction égale ou supérieure à 2 050 MPa ($2.050 \times 10^9$ $N/m^2$) (300 000 lb/po²) à 293 K (20 °C), à l'exception des formes dans lesquelles aucune dimension linéaire n'excède 75 mm.

NOTE

NOTA :

The phrase "capable of" encompasses maraging steel before or after heat treatment.

L'expression « capable d'une » couvre l'acier maraging avant ou après le traitement thermique.

**B.1.1.15.**   *Nickel powder and porous nickel metal, as follows:*

**B.1.1.15.**   *Poudre de nickel et nickel métal poreux, comme suit :*

(*a*) powder with a nickel purity content of 99% or greater and a mean particle size of less than 10 μm measured by the ASTM B 330 standard, except filamentary nickel powders; and

*a*) poudre ayant un titre en nickel égal ou supérieur à 99 % et une granulométrie moyenne inférieure à 10 μm mesurée conformément à la norme ASTM B 330; à l'exception des poudres de nickel filamenteux;

NOTE

NOTA :

Nickel powders which are specially prepared for the manufacture of gaseous diffusion barriers are controlled under paragraph A.2.4.3.1.(*b*).

*DORS/2000-210 — 8 août 2011*

(*b*) porous nickel metal produced from materials referred to in paragraph (*a*), except single porous nickel metal sheets not exceeding 1 000 cm² per sheet.

NOTE

This refers to porous metal formed by compacting and sintering the material referred to in paragraph (*a*) to form a metal material with fine pores interconnected throughout the structure.

Les poudres de nickel spécialement préparées pour la fabrication de barrières de diffusion gazeuse sont contrôlées en vertu du paragraphe A.2.4.3.1.*b*).

b) nickel métal poreux obtenu à partir des matières visées au paragraphe a), à l'exception des feuilles simples de nickel métal poreux dont la surface n'excède pas 1 000 cm².

NOTA :

Ceci vise le métal poreux obtenu par compactage et frittage des matières visées au paragraphe a), qui donnent une matière métallique contenant des pores fins reliés entre eux dans toute la structure.

**B.1.1.16.** Radium-226, radium-226 compounds, or mixtures containing radium-226, and products or devices containing any of the foregoing, except medical applicators and a product or device containing not more than 0.37 GBq (10 mCi) of radium-226 in any form.

**B.1.1.16.** Radium 226, composés du radium 226 ou mélanges, et produits ou dispositifs contenant l'une de ces matières, à l'exception des applicateurs médicaux et d'un produit ou dispositif ne contenant pas plus de 0,37 GBq (10 mCi) de radium 226, sous quelque forme que ce soit.

**B.1.1.17.** Titanium alloys capable of an ultimate tensile strength of 900 MPa (0.9 x 10⁹ N/m²) (130,500 lbs./sq.in.) or more at 293 K (20°C) in the form of tubes or cylindrical solid forms (including forgings) with an outside diameter of more than 75 mm (3 in.).

NOTE

The phrase "capable of" encompasses titanium alloys before or after heat treatment.

**B.1.1.17.** Alliages de titane capables d'une résistance maximale à la traction égale ou supérieure à 900 MPa (0,9 × 10⁹ N/m²) (130 500 lb/po²) à une température de 293 K (20 °C) sous la forme de tubes ou de pièces cylindriques pleines (y compris les pièces forgées) ayant un diamètre extérieur supérieur à 75 mm (3 po).

NOTA :

L'expression « capables d'une » couvre les alliages de titane avant ou après traitement thermique.

**B.1.1.18.** Tungsten, as follows: parts made of tungsten, tungsten carbide, or tungsten alloys (greater than 90% tungsten) having a mass greater than 20 kg and a hollow cylindrical symmetry (including cylinder segments) with an inside diameter greater than 100 mm (4 in.) but less than 300 mm (12 in.), except parts specifically designed for use as weights or gamma-ray collimators.

**B.1.1.18.** Tungstène comme suit : pièces fabriquées en tungstène, en carbure de tungstène ou en alliages de tungstène (plus de 90 % de tungstène) ayant une masse supérieure à 20 kg et une symétrie cylindrique creuse (y compris les segments cylindriques) d'un diamètre intérieur supérieur à 100 mm (4 po) mais inférieur à 300 mm (12 po), à l'exception des pièces spécialement conçues pour servir de poids ou de collimateurs à rayons gamma.

**B.1.1.19.** Zirconium with a hafnium content of less than 1 part hafnium to 500 parts zirconium by weight, in the form of metal, alloys containing more than 50% zirconium by weight, and compounds and manufactures of these things; except zirconium in the form of foil having a thickness not exceeding 0.10 mm (0.004 in.).

NOTE

Paragraph B.1.1.19. applies to waste and scrap containing zirconium as defined above.

**B.1.1.19.** Zirconium ayant une teneur en hafnium inférieure à une partie de hafnium pour 500 parties de zirconium en poids, sous la forme de métal, d'alliages contenant plus de 50 % de zirconium en poids, et de composés et produits fabriqués dans ces matières, à l'exception du zirconium sous la forme de feuilles dont l'épaisseur ne dépasse pas 0,10 mm (0,004 po).

NOTA :

Le paragraphe B.1.1.19. s'applique aux déchets et aux résidus contenant du zirconium tel qu'il est défini ci-dessus.

**B.1.1.20.** Any substance not otherwise included in paragraph B.1. if the substance is intended, or there are reasonable grounds to suspect that it is intended, in whole or in part, for use in connection with the design, development, production, handling, operation, maintenance or storage of nuclear weapons or other nuclear explosive devices.

**B.1.1.20.** Toute substance non visée par le paragraphe B.1. qui est destinée, ou pour laquelle il existe des motifs raisonnables de croire qu'elle est destinée, en tout ou en partie, à une utilisation liée à la conception, à la mise au point, à la production, à la manutention, à l'exploitation, à l'entretien ou au stockage d'armes nucléaires ou d'autres dispositifs nucléaires explosifs.

### B.2. CONTROLLED NUCLEAR EQUIPMENT

### B.2. ÉQUIPEMENT NUCLÉAIRE CONTRÔLÉ

**B.2.** Industrial equipment

**B.2.** Équipement industriel

**B.2.1.1.** *Flow-forming machines and spin-forming machines capable of flow-forming functions, and mandrels, as follows, and specially designed software therefor:*

(*a*) having three or more rollers (active or guiding) and, according to the manufacturer's technical specification, can be equipped with numerical control units or a computer control; and

(*b*) rotor-forming mandrels designed to form cylindrical rotors of inside diameter between 75 mm (3 in.) and 400 mm (16 in.).

NOTE

This paragraph includes machines which have only a single roller designed to deform metal plus two auxiliary rollers which support the mandrel, but do not participate directly in the deformation process.

**B.2.1.1.** *Machines à fluorotourner et machines à repousser capables d'effectuer des opérations de fluorotournage, ainsi que mandrins, comme suit, et logiciel spécialement conçu pour ces machines :*

*a*) qui possèdent trois galets ou plus (actifs ou de guidage) et qui, conformément aux spécifications techniques du fabricant, peuvent être équipées d'unités de commande numérique ou d'une unité de commande par ordinateur;

*b*) mandrins pour former des rotors cylindriques d'un diamètre intérieur compris entre 75 mm (3 po) et 400 mm (16 po).

NOTA :

Ce paragraphe comprend les machines n'ayant qu'un seul galet conçu pour déformer le métal plus deux galets auxiliaires qui servent de support mais qui ne participent pas directement à l'opération de déformation.

**B.2.1.2.** *Machine tools and specially designed software as follows:*

(*a*) machine tools, as set out below, and any combination of them, for removing or cutting metals, ceramics or composites, which, according to the manufacturer's technical specifications, can be equipped with electronic devices for simultaneous contouring control in two or more axes:

(1) machine tools for turning, that have positioning accuracies with all compensations available better (less) than 0.006 mm according to ISO 230/2 (1988) along any linear axis (overall positioning) for machines capable of machining diameters greater than 35 mm;

NOTE

**B.2.1.2.** *Machines-outils et logiciel spécialement conçu, comme suit :*

*a*) machines-outils, comme suit, et toute combinaison de celles servant à enlever ou couper des métaux, des céramiques ou des matières composites et pouvant, conformément aux spécifications techniques du fabricant, être équipées de dispositifs électroniques pour une commande de contournage simultanée selon deux axes ou plus :

(1) tours dont la précision de positionnement, lorsque toutes les fonctions de compensation sont offertes, est meilleure que (inférieure à) 0,006 mm, conformément à la norme ISO 230/2 (1988), le long de tout axe linéaire (positionnement global) pour les machines capables d'usiner des diamètres supérieurs à 35 mm;

Paragraph B.2.1.2.(*a*)(1) does not include bar machines (Swissturn) limited to machining only bar feed thru, if the maximum bar diameter is equal to or less than 42 mm and there is no capability of mounting chucks. Machines may have drilling and/or milling capabilities for machining parts with diameters less than 42 mm.

(2)  machine tools for milling having any of the following characteristics:

    (i)  positioning accuracies with all compensations available are better (less) than 0.006 mm according to ISO 230/2 (1988) along any linear axis (overall positioning);

    (ii)  two or more contouring rotary axes; or

    (iii)  five or more axes that can be coordinated simultaneously for contouring control;

NOTE

Paragraph B.2.1.2.(*a*)(2) does not include milling machines having the following characteristics:

(*a*)  x-axis travel greater than 2 m; and

(*b*)  overall positioning accuracy on the x-axis worse (more) than 0.030 mm according to ISO 230/2 (1988).

(3)  machine tools for grinding having any of the following characteristics:

    (i)  positioning accuracies with all compensations available are better (less) than 0.004 mm according to ISO 230/2 (1988) along any linear axis (overall positioning);

    (ii)  two or more contouring rotary axes; or

    (iii)  five or more axes that can be coordinated simultaneously for contouring control; and

NOTE

Paragraph B.2.1.2.(*a*)(3) does not include the following grinding machines:

(*a*)  cylindrical external, internal and external-internal grinding machines having all of the following characteristics:

NOTA :

Le paragraphe B.2.1.2.*a*)(1) ne vise pas les tours à barre (Swissturn) qui n'usinent les barres qu'en enfilade si le diamètre maximum des barres est égal ou inférieur à 42 mm et s'il n'est pas possible de monter des mandrins. Les machines peuvent être capables de percer et de fraiser des pièces d'un diamètre inférieur à 42 mm.

(2)  machines-outils à fraiser possédant l'une des caractéristiques suivantes :

    (i)  précision de positionnement, lorsque toutes les fonctions de compensation sont offertes, meilleure que (inférieure à) 0,006 mm, conformément à la norme ISO 230/2 (1988), le long de tout axe linéaire (positionnement global);

    (ii)  deux axes rotatifs de contournage ou plus;

    (iii)  cinq axes ou plus pouvant être coordonnés simultanément pour une commande de contournage;

NOTA :

Le paragraphe B.2.1.2.*a*)(2) ne vise pas les machines à fraiser ayant les caractéristiques suivantes :

*a*)  déplacement sur l'axe x supérieur à 2 m;

*b*)  précision de positionnement global sur l'axe x moins bonne que (supérieure à) 0,030 mm, conformément à la norme ISO 230/2 (1988).

(3)  machines-outils à rectifier possédant l'une des caractéristiques suivantes :

    (i)  précision de positionnement, lorsque toutes les fonctions de compensation sont offertes, meilleure que (inférieure à) 0,004 mm, conformément à la norme ISO 230/2 (1988), le long de tout axe linéaire (positionnement global);

    (ii)  deux axes rotatifs de contournage ou plus;

    (iii)  cinq axes ou plus pouvant être coordonnés simultanément pour une commande de contournage;

NOTA :

(i) limited to a maximum workpiece capacity of 150 mm outside diameter or length; and

(ii) axes limited to x, z and c; and

(b) jig grinders that do not have a z-axis or a w-axis with an overall positioning accuracy less (better) than 0.004 mm (positioning accuracy is according to ISO 230/2 (1988)).

(4) non-wire type electrical discharge machines that have two or more contouring rotary axes and that can be coordinated simultaneously for contouring control; and

NOTE

Paragraph B.2.1.2.(a) does not include special purpose machine tools limited to the manufacture of any of the following parts:

(a) gears;

(b) crankshafts or camshafts;

(c) tools or cutters; and

(d) extruder worms.

(b) software:

(1) software specially designed or modified for the development, production or use of equipment referred to in paragraph B.2.1.2.(a); and

(2) software for any combination of electronic devices or systems enabling those devices to function as a numerical control unit capable of controlling five or more interpolating axes that can be coordinated simultaneously for contouring control.

NOTE

1. Software is controlled whether exported separately or residing in a numerical control unit or any electronic device or system.

2. Software specially designed or modified by the manufacturers of the control unit or machine tool to operate an uncontrolled machine tool is not controlled.

Le paragraphe B.2.1.2.a)(3) ne vise pas les machines à rectifier suivantes :

a) machines à rectifier les surfaces de révolution extérieures, intérieures et extérieures-intérieures, possédant toutes les caractéristiques suivantes :

(i) une capacité limitée à l'usinage de pièces dont le diamètre extérieur ou la longueur ne dépasse pas 150 mm;

(ii) des axes limités à x, z et c;

b) machines à rectifier en coordonnées n'ayant pas d'axe z ni d'axe w ayant une précision de positionnement global meilleure que (inférieure à) 0,004 mm. La précision du positionnement est conforme à la norme ISO 230/2 (1988).

(4) machines d'usinage par étincelage du type sans fil ayant deux axes rotatifs de contournage ou plus pouvant être coordonnés simultanément pour une commande de contournage;

NOTA :

Le paragraphe B.2.1.2.a) ne vise pas les machines-outils à usage déterminé se limitant à la fabrication des pièces suivantes :

a) engrenages;

b) vilebrequins ou arbres à came;

c) outils ou outils de coupe; et

d) vers d'extrudeuse.

b) logiciel :

(1) logiciel spécialement conçu ou modifié pour la mise au point, la production ou l'utilisation d'équipements mentionnés au paragraphe B.2.1.2.a);

(2) logiciel utilisé pour toute combinaison de dispositifs électroniques ou pour tout système permettant à ces dispositifs de fonctionner comme une unité de commande numérique capable de commander cinq axes à interpolation ou plus qui peuvent être coordonnés simultanément pour une commande de contournage.

*DORS/2000-210 — 8 août 2011*

NOTA :

1. Le logiciel est contrôlé, qu'il soit exporté séparément ou qu'il réside dans une unité de commande numérique ou tout dispositif ou système électronique.

2. Le logiciel spécialement conçu ou modifié par les fabricants de l'unité de commande ou de la machine-outil pour faire fonctionner une machine-outil non soumise à un contrôle n'est pas contrôlé.

**B.2.1.3.** *Dimensional inspection machines, instruments or systems, as follows, and software specially designed for them:*

(*a*) computer controlled or numerically controlled dimensional inspection machines having both of the following characteristics:

(1) two or more axes; and

(2) a one-dimensional length measurement uncertainty equal to or better (less) than (1.25 + L/1 000) μm tested with a probe of an accuracy of better (less) than 0.2 μm (L is the measured length in millimeters) (Ref. VDI/VDE 2617, parts 1 and 2);

(*b*) linear displacement measuring instruments, as follows:

(1) non-contact type measuring systems with a resolution equal to or better (less) than 0.2 μm within a measuring range of up to 0.2 mm;

(2) linear variable differential transformer systems having both of the following characteristics:

(i) linearity equal to or better (less) than 0.1% within a measuring range of up to 5 mm; and

(ii) drift equal to or better (less) than 0.1% per day at a standard ambient test room temperature of ± 1 K; or

(3) measuring systems that have both of the following characteristics:

(i) contain a laser; and

**B.2.1.3.** *Machines, instruments ou systèmes de contrôle des dimensions, comme suit, et logiciel spécialement conçu à cette fin :*

*a*) machines de contrôle des dimensions commandées par ordinateur ou à commande numérique et possédant les deux caractéristiques suivantes :

(1) deux axes ou plus;

(2) incertitude de mesure unidimensionnelle de la longueur égale à ou meilleure que (inférieure à) (1,25 + L/1 000) μm contrôlée à l'aide d'une sonde d'une précision meilleure que (inférieure à) 0,2 μm (L étant la longueur mesurée en millimètres) (Réf. : VDI/VDE 2617, parties 1 et 2);

*b*) instruments de mesure du déplacement linéaire, comme suit :

(1) systèmes de mesure de type sans contact ayant une résolution égale à ou meilleure que (inférieure à) 0,2 μm dans une gamme de mesures pouvant atteindre 0,2 mm;

(2) systèmes à transformateur différentiel à variable linéaire possédant les deux caractéristiques suivantes :

(i) linéarité égale à ou meilleure que (inférieure à) 0,1 % dans une gamme de mesures pouvant atteindre 5 mm;

(ii) dérive égale à ou meilleure que (inférieure à) 0,1 % par jour à une température de référence de la chambre d'essai égale à ± 1 K;

(3) systèmes de mesure possédant les deux caractéristiques suivantes :

(i) comporte un laser;

(ii) maintain for at least 12 hours over a temperature range of ± 1 K around a standard temperature and a standard pressure:

(A) a resolution over their full scale of 0.1 µm or better; and

(B) a measurement uncertainty equal to or better (less) than (0.2 + L/2 000) µm (L is the measured length in millimeters);

NOTE

Paragraph B.2.1.3.(*b*)(3) does not include measuring interferometer systems, without closed or open loop feedback, containing a laser to measure slide movement errors of machine tools, dimensional inspection machines or similar equipment.

(*c*) angular measuring instruments having an angular position deviation equal to or better (less) than 0.00025°; and

NOTE

Paragraph B.2.1.3.(*c*) does not include optical instruments, such as autocollimators, using collimated light (*e.g.* laser light) to detect angular displacement of a mirror.

(*d*) systems for simultaneous linear-angular inspection of hemishells, having both of the following characteristics:

(1) measurement uncertainty along any linear axis equal to or better (less) than 3.5 µm per 5 mm; and

(2) angular position deviation equal to or less than 0.02°.

NOTE

Specially designed software for these systems includes software for simultaneous measurements of wall thickness and contour.

NOTE

With respect to paragraph B.2.1.3.:

(ii) maintient pendant au moins 12 heures avec une gamme de température variant de ± 1 K près d'une température de référence et d'une pression de référence :

(A) une résolution sur leur déviation totale égale à 0,1 µm ou mieux;

(B) une incertitude de mesure égale à ou meilleure que (inférieure à) (0,2 + L/2 000) µm (L étant la longueur mesurée en millimètres);

NOTA :

Le paragraphe B.2.1.3.*b*)(3) ne vise pas les systèmes de mesure à interféromètre, sans rétroaction à boucle ouverte ou fermée, comprenant un laser pour mesurer les erreurs de mouvement des chariots des machines-outils, des machines de contrôle des dimensions ou des équipements similaires.

*c*) instruments de mesure angulaire ayant une déviation de position angulaire égale à ou meilleure que (inférieure à) 0,00025°;

NOTA :

Le paragraphe B.2.1.3.*c*) ne vise pas les instruments optiques, tels que les autocollimateurs, utilisant la collimation de la lumière (par exemple la lumière laser) pour détecter le déplacement angulaire d'un miroir.

*d*) systèmes permettant un contrôle simultané linéaire angulaire de semi-coques et possédant les deux caractéristiques suivantes :

(1) incertitude de mesure sur tout axe linéaire égale à ou meilleure que (inférieure à) 3,5 µm/5 mm;

(2) déviation de position angulaire égale ou inférieure à 0,02°.

NOTA :

Le logiciel spécialement conçu pour ces systèmes comprend le logiciel permettant une mesure simultanée de l'épaisseur et du contour des parois.

NOTA :

Concernant le paragraphe B.2.1.3. :

*DORS/2000-210 — 8 août 2011*

(*a*) machine tools that can be used as measuring machines are included if they meet or exceed the criteria specified for the machine tool function or the measuring machine function;

(*b*) machines are included if they exceed the control threshold anywhere within their operating range;

(*c*) the probe used in determining the measurement uncertainty of a dimensional inspection system shall be as described in VDI/VDE 2617, parts 2, 3 and 4; and

(*d*) all parameters of measurement values in paragraph B.2.1.3. represent plus/minus, *i.e.* not total band.

*a*) les machines-outils qui peuvent servir de machines de mesure sont visées si elles répondent aux critères définis pour la fonction de la machine-outil ou la fonction de la machine de mesure ou si elles les surpassent;

*b*) les machines sont visées si elles dépassent le seuil de contrôle en n'importe quel point de leur plage de fonctionnement;

*c*) la sonde utilisée pour déterminer l'incertitude de mesure d'un système de contrôle dimensionnel est celle décrite dans VDI/VDE 2617, parties 2, 3 et 4;

*d*) tous les paramètres des valeurs de mesure mentionnés au paragraphe B.2.1.3. correspondent à la valeur « plus ou moins » non à la totalité de la bande.

**B.2.1.4.** Vacuum or controlled environment (inert gas) induction furnaces capable of operation above 850°C and having induction coils 600 mm (24 in.) or less in diameter, and designed for power inputs of 5 kW or more; and power supplies specially designed therefor with a specified power output of 5 kW or more.

NOTE

This paragraph does not include furnaces designed for the processing of semiconductor wafers.

**B.2.1.4.** Fours à induction à vide ou à atmosphère contrôlée (gaz inerte) capables de fonctionner à des températures supérieures à 850 °C, possédant des bobines d'induction de 600 mm (24 po) de diamètre, ou moins, et conçus pour des puissances absorbées égales ou supérieures à 5 kW; et alimentations électriques spécialement conçues pour ces fours qui ont une puissance aux bornes spécifiée de 5 kW ou plus.

NOTA :

Ce paragraphe ne comprend pas les fours conçus pour traiter les semi-conducteurs étagés.

**B.2.1.5.** Isostatic presses capable of achieving a maximum working pressure of 69 MPa or greater having a chamber cavity with an inside diameter in excess of 152 mm and specially designed dies, molds, controls or specially designed software therefor.

NOTE

1. The inside chamber dimension is that of the chamber in which both the working temperature and the working pressure are achieved and does not include fixtures. That dimension will be the smaller of either the inside diameter of the pressure chamber or the inside diameter of the insulated furnace chamber, depending on which of the two chambers is located inside the other.

2. The term "isostatic presses" means equipment capable of pressurizing a closed cavity through various media (gas, liquid, solid particles, etc.) to create equal pressure in all directions within the cavity upon a workpiece or material.

**B.2.1.5.** Presses isostatiques capables d'atteindre une pression de régime maximale égale ou supérieure à 69 MPa et possédant une chambre dont le diamètre intérieur de la cavité est supérieur à 152 mm, et matrices, moules et commandes spécialement conçus pour ces presses, ainsi que le logiciel spécialement conçu pour elles.

NOTA :

1. La dimension intérieure de la chambre est celle de la chambre dans laquelle tant la température de régime que la pression de régime ont été atteintes et ne comprend pas l'appareillage. Cette dimension sera la plus petite des dimensions soit du diamètre intérieur de la chambre de compression, soit du diamètre intérieur du four isolée selon celle des deux chambres qui se trouve à l'intérieur de l'autre.

2. « Presses isostatiques » Équipements capables de pressuriser une cavité fermée en recourant à divers moyens (gaz, liquide, particules solides, etc.) afin de créer une pression homogène dans toutes les directions à l'intérieur de la cavité sur une pièce ou un matériau.

**B.2.1.6.**  *Robots or end-effectors having either of the following characteristics; and specially designed software or specially designed controllers therefor:*

(*a*)  specially designed to comply with national safety standards applicable to handling high explosives (for example, meeting electrical code ratings for high explosives); or

(*b*)  specially designed or rated as radiation hardened to withstand greater than 5 x $10^4$ Gy (Silicon) [5 x $10^6$ rad (Silicon)] without operational degradation.

NOTES

1. "Robot" means a manipulation mechanism, which may be of the continuous path or of the point-to-point variety, may use sensors, and has all of the following characteristics:

(*a*)  is multifunctional;

(*b*)  is capable of positioning or orienting material, parts, tools, or special devices through variable movements in three-dimensional space;

(*c*)  incorporates three or more closed or open loop servo-devices which may include stepping motors; and

(*d*)  has user-accessible programmability by means of teach/playback method or by means of an electronic computer which may be a programmable logic controlled, *i.e.*, without mechanical intervention.

The above definition does not include the following devices:

(*a*)  manipulation mechanisms which are only manually/teleoperator controllable;

(*b*)  fixed sequence manipulation mechanisms which are automated moving devices operating according to mechanically fixed programmed motions. The program is mechanically limited by fixed stops, such as pins or cams. The sequence of motions and the selection of paths or angles are not variable or changeable by mechanical, electronic, or electrical means;

(*c*)  mechanically controlled variable sequence manipulation mechanisms which are automated moving devices operating according to mechanically fixed programmed motions. The program is mechanically limited by fixed, but adjustable, stops such as pins or cams. The sequence of motions and the selection of paths or angles are variable within the fixed program pattern. Variations or modifications of the program pattern (*e.g.*, changes of pins or exchanges of cams) in one or more motion axes are accomplished only through mechanical operations;

**B.2.1.6.**  *Robots et effecteurs terminaux ayant l'une des deux caractéristiques suivantes, et logiciel spécialement conçu ou organes de commande spécialement conçus pour ces dispositifs :*

*a*)  spécialement conçus pour répondre aux normes nationales de sécurité applicables à la manipulation d'explosifs (par exemple répondant aux spécifications de la codification relative à l'électricité pour les explosifs);

*b*)  spécialement conçus ou réglés pour résister aux rayonnements de manière à supporter plus de 5 × $10^4$ Gy (silicium) [5 × $10^6$ rads (silicium)] sans dégradation fonctionnelle.

NOTA :

1. « Robot »

Mécanisme de manipulation, qui peut être du type à trajectoire continue ou du type point à point, qui peut utiliser des capteurs et possède toutes les caractéristiques suivantes :

*a*)  est multifonctionnel;

*b*)  est capable de positionner ou d'orienter des matières, des pièces, des outils ou des dispositifs spéciaux grâce à des mouvements variables en trois dimensions;

*c*)  comprend trois servomécanismes ou plus à boucle ouverte ou fermée, qui peuvent comprendre des moteurs pas à pas;

*d*)  possède une programmabilité accessible à l'usager au moyen d'une méthode instruction/reproduction, ou au moyen d'un ordinateur qui peut être contrôlé par logique programmable, c'est-à-dire sans intervention mécanique.

La définition ci-dessus ne comprend pas les dispositifs suivants :

*a*)  les mécanismes de manipulation qui ne peuvent être commandés qu'à la main ou par dispositif de commande à distance;

*b*)  les mécanismes de manipulation à séquence fixe qui sont des dispositifs à déplacement automatique fonctionnant selon des mouvements programmés fixes mécaniquement. Le programme est limité mécaniquement par des arrêts fixes, tels que boulons d'arrêt ou cames de butées. La séquence des mouvements et la sélection des trajectoires ou des angles ne sont pas variables ou modifiables au moyen de dispositifs mécaniques, électroniques ou électriques;

*DORS/2000-210 — 8 août 2011*

(*d*) non-servo-controlled variable sequence manipulation mechanisms which are automated moving devices, operating according to mechanically fixed programmed motions. The program is variable but the sequence proceeds only by the binary signal from mechanically fixed electrical binary devices or adjustable stops; or

(*e*) stacker cranes defined as Cartesian coordinate manipulator systems manufactured as an integral part of a vertical array of storage bins and designed to access the contents of those bins for storage or retrieval.

2. "End-effectors" include grippers, active tooling units, and any other tooling that is attached to the baseplate on the end of a robot manipulator arm.

3. The definition in paragraph 1(*a*) does not include robots specially designed for non-nuclear industrial applications such as automobile paint-spraying booths.

*c*) les mécanismes de manipulation à séquence variable programmée mécaniquement qui sont des dispositifs à mouvements automatiques fonctionnant selon des mouvements programmés fixés mécaniquement. Le programme est limité mécaniquement par des arrêts fixes mais réglables, tels que boulons d'arrêt ou cames de butées. La séquence des mouvements et la sélection des trajectoires ou des angles sont des variables du schéma du programme fixe. Les variations ou les modifications du schéma du programme (*p. ex.* les changements de butées ou les échanges de cames) dans un ou plusieurs axes de déplacement sont accomplis uniquement au moyen d'opérations mécaniques;

*d*) les mécanismes de manipulation à séquence variable sans servocommandes, qui sont des dispositifs à mouvements automatiques, fonctionnant selon des mouvements programmés fixés mécaniquement. Le programme est variable mais la séquence se déroule uniquement à partir d'un signal binaire émis par des dispositifs binaires électriques fixés mécaniquement ou des arrêts réglables;

*e*) les grues d'empilage définies comme étant des systèmes de manutention à coordonnées cartésiennes, fabriquées comme partie intégrante d'un système vertical de récipients d'entreposage et conçues pour permettre l'accès au contenu de ces récipients à des fins de stockage ou de récupération.

2. « Effecteurs terminaux »

Les effecteurs terminaux comprennent les préhenseurs, les unités d'outillage actives, et tout autre outillage raccordé à la plaque située à l'extrémité du bras de manipulation d'un robot.

3. La définition au paragraphe 1*a*) ne vise pas les robots spécialement conçus pour des applications industrielles non nucléaires, telles que les cabines de pulvérisation de peinture dans l'industrie automobile.

**B.2.1.7.** *Vibration test systems, equipment, components and software therefor, as follows:*

(*a*) electrodynamic vibration test systems, employing feedback or closed loop control techniques and incorporating a digital controller, capable of vibrating at 10 g RMS or more between 20 Hz and 2 000 Hz and imparting forces of 50 kN (11,250 lbs.) measured bare table, or greater;

(*b*) digital controllers, combined with specially designed software for vibration testing, with a real-time bandwidth greater than 5 kHz and being designed for use with the systems referred to in paragraph (*a*);

**B.2.1.7.** *Systèmes d'essai aux vibrations et équipements, composants et logiciels pour ces systèmes, comme suit :*

*a*) systèmes d'essai aux vibrations électrodynamiques, faisant appel à des techniques de rétroaction ou de servocommande à boucle fermée et comprenant un organe de commande numérique, capables de faire vibrer à 10 g de valeur efficace (moyenne quadratique) ou plus entre 20 Hz et 2 000 Hz et transmettant des forces égales ou supérieures à 50 kN (11 250 lb) mesurées table nue;

*b*) organes de commande numériques, associés au logiciel spécialement conçu pour les essais aux vibrations, avec une bande passante en temps réel supérieure à 5 kHz et conçus pour être utilisés avec les systèmes mentionnés au paragraphe *a*);

*SOR/2000-210 — August 8, 2011*

(*c*) vibration thrusters (shaker units), with or without associated amplifiers, capable of imparting a force of 50 kN (11,250 lbs.), measured bare table, or greater, which are usable for the systems referred to in paragraph (*a*);

(*d*) test piece support structures and electronic units designed to combine multiple shaker units into a complete shaker system capable of providing an effective combined force of 50 kN, measured bare table, or greater, which are usable for the systems referred to in paragraph (*a*); and

(*e*) specially designed software for use with the systems referred to in paragraph (*a*) or for the electronic units referred to in paragraph (*d*).

*c*) générateurs de vibrations (secoueurs), avec ou sans amplificateurs associés, capables de transmettre une force égale ou supérieure à 50 kN (11 250 lb), mesurée table nue, qui peuvent être utilisés pour les systèmes mentionnés au paragraphe *a*);

*d*) structures de support des pièces d'essai et dispositifs électroniques conçus pour associer des secoueurs multiples afin de constituer un système de secouage complet capable d'impartir une force combinée efficace égale ou supérieure à 50 kN, mesurée table nue, qui peuvent être utilisés pour les systèmes mentionnés au paragraphe *a*);

*e*) logiciel spécialement conçu pour être utilisé avec les systèmes mentionnés au paragraphe *a*) ou pour les dispositifs électroniques mentionnés au paragraphe *d*).

**B.2.1.8.** *Vacuum and controlled atmosphere metallurgical melting and casting furnaces as follows, and specially configured computer control and monitoring systems and specially designed software therefor:*

(*a*) arc remelt and casting furnaces with consumable electrode capacities between 1 000 cm³ and 20 000 cm³ and capable of operating with melting temperatures above 1 700°C; and

(*b*) electron beam melting and plasma atomization and melting furnaces with a power of 50 kW or greater and capable of operating with melting temperatures above 1 200°C.

**B.2.1.8.** *Fours de fusion et de coulée à vide et à atmosphère contrôlée pour métallurgie comme suit, ainsi que les systèmes de commande et de contrôle par ordinateur spécialement mis au point et le logiciel spécialement conçu à cette fin :*

*a*) fours de coulée et de refusion à arc dont la capacité des électrodes consommables est comprise entre 1 000 cm³ et 20 000 cm³, et capables de fonctionner à des températures de fusion supérieures à 1 700 °C;

*b*) fours de fusion à faisceaux d'électrons et fours à atomisation et à fusion à plasma ayant une puissance égale ou supérieure à 50 kW et capables de fonctionner à des températures de fusion supérieures à 1 200 °C.

**B.2.2.** *Uranium isotope separation equipment and components (other than items listed in paragraph A.2.4.)*

**B.2.2.** *Équipements de séparation isotopique pour l'uranium et composants (autres que les articles énumérés au paragraphe A.2.4.)*

**B.2.2.1.** Electrolytic cells for fluorine production with a production capacity greater than 250 g of fluorine per hour.

**B.2.2.1.** Cellules électrolytiques pour la production de fluor ayant une capacité de production supérieure à 250 g de fluor par heure.

**B.2.2.2.** *Rotor fabrication and assembly equipment and bellows-forming mandrels and dies, as follows:*

(*a*) rotor assembly equipment for assembly of gas centrifuge rotor tube sections, baffles, and end caps. Such equipment includes precision mandrels, clamps, and shrink fit machines;

**B.2.2.2.** *Équipements de fabrication et d'assemblage de rotors et mandrins et matrices pour la formation de soufflets, comme suit :*

*a*) équipement d'assemblage de rotors pour l'assemblage de sections, chicanes et bouchons de tubes de rotors de centrifugeuses à gaz. Ledit équipement comprend les mandrins de précision, les dispositifs de fixation et les machines d'ajustement fretté;

*DORS/2000-210 — 8 août 2011*

(*b*) rotor straightening equipment for alignment of gas centrifuge rotor tube sections to a common axis; and

(*c*) bellows-forming mandrels and dies for producing single-convolution bellows (bellows made of high-strength aluminium alloys, maraging steel, or high-strength filamentary materials). The bellows have all of the following dimensions:

    (1) 75 mm to 400 mm (3 in. to 16 in.) inside diameter;

    (2) 12.7 mm (0.5 in.) or more in length; and

    (3) single convolution depth more than 2 mm (0.08 in.).

**B.2.2.3.**    *Centrifugal multiplane balancing machines, fixed or portable, horizontal or vertical, as follows:*

(*a*) centrifugal balancing machines designed for balancing flexible rotors having a length of 600 mm or more and having all of the following characteristics:

    (1) a swing or journal diameter of 75 mm or more;

    (2) mass capability of from 0.9 kg to 23 kg (2 lbs. to 50 lbs.); and

    (3) capable of balancing speed of revolution of more than 5 000 rpm; and

(*b*) centrifugal balancing machines designed for balancing hollow cylindrical rotor components and having all of the following characteristics:

    (1) a journal diameter of 75 mm or more;

    (2) mass capability of from 0.9 kg to 23 kg (2 lbs. to 50 lbs.);

    (3) capable of balancing to a residual imbalance of 0.010 kg mm/kg per plane or better; and

    (4) belt drive type;

and specially designed software therefor.

*b*) équipement à dresser pour rotors en vue de l'alignement des sections de tubes de rotors de centrifugeuses à gaz par rapport à un axe commun;

*c*) mandrins et matrices pour la production de soufflets à circonvolution unique (soufflets fabriqués en alliages d'aluminium à résistance élevée, en acier maraging ou en matières filamenteuses ayant une résistance élevée). Les soufflets ont l'ensemble des dimensions suivantes :

    (1) diamètre intérieur de 75 mm à 400 mm (3 po à 16 po);

    (2) longueur égale ou supérieure à 12,7 mm (0,5 po);

    (3) circonvolution unique ayant une profondeur supérieure à 2 mm (0,08 po).

**B.2.2.3.**    *Machines centrifuges à vérifier l'équilibrage multiplans, fixes ou déplaçables, horizontales ou verticales, comme suit :*

*a*) machines centrifuges à vérifier l'équilibrage, conçues pour équilibrer des rotors flexibles d'une longueur égale ou supérieure à 600 mm et possédant toutes les caractéristiques suivantes :

    (1) diamètre utile ou diamètre de tourillon égal ou supérieur à 75 mm;

    (2) masse capable de varier entre 0,9 kg et 23 kg (2 lb et 50 lb);

    (3) vitesse de révolution d'équilibrage pouvant atteindre plus de 5 000 tr/min;

*b*) machines centrifuges à vérifier l'équilibrage conçues pour équilibrer les composants cylindriques creux de rotors et présentant toutes les caractéristiques suivantes :

    (1) diamètre de tourillon égal ou supérieur à 75 mm;

    (2) masse capable de varier entre 0,9 kg et 23 kg (2 lb et 50 lb);

    (3) capacité d'équilibrer jusqu'à un déséquilibre résiduel de 0,010 kg mm/kg par plan, ou mieux;

*SOR/2000-210 — August 8, 2011*

**B.2.2.4.** Filament winding machines in which the motions for positioning, wrapping, and winding fibres are coordinated and programmed in two or more axes, specially designed to fabricate composite structures or laminates from fibrous and filamentary materials and capable of winding cylindrical rotors of diameter between 75 mm (3 in.) and 400 mm (16 in.) and lengths of 600 mm (24 in.) or greater; coordinating and programming controls therefor, precision mandrels; and specially designed software therefor.

**B.2.2.5.** *Frequency changers (also known as converters or inverters) or generators having all of the following characteristics:*

(*a*) multiphase output capable of providing a power of 40 W or more;

(*b*) capable of operating in the frequency range between 600 Hz and 2 000 Hz;

(*c*) total harmonic distortion better (less) than 10%; and

(*d*) frequency control better (less) than 0.1%.

NOTE

Frequency changers and generators especially designed or prepared for the gas centrifuge process are controlled under paragraph A.2.4.2.5.

**B.2.2.6.** *Lasers, laser amplifiers, and oscillators as follows:*

(*a*) copper vapour lasers with 40 W or greater average output power operating at wavelengths between 500 nm and 600 nm;

(*b*) argon ion lasers with greater than 40 W average output power operating at wavelengths between 400 nm and 515 nm;

(*c*) neodymium-doped (other than glass) lasers with an output wavelength of between 1 000 nm and 1 100 nm having either of the following characteristics:

(4) être du type actionné par courroie;

et le logiciel spécialement conçu à cette fin.

**B.2.2.4.** Machines à enrouler les filaments dans lesquelles les mouvements de positionnement, d'enveloppement et d'enroulement des fibres sont coordonnés et programmés en deux axes ou plus, spécialement conçues pour fabriquer des structures ou des feuilles composites avec des matières fibreuses et filamenteuses, et capables d'enrouler des rotors cylindriques d'un diamètre de 75 mm (3 po) à 400 mm (16 po) et d'une longueur égale ou supérieure à 600 mm (24 po); commandes de coordination et de programmation à cette fin; mandrins de précision et logiciel spécialement conçu à cette fin.

**B.2.2.5.** *Changeurs de fréquence (également connus sous le nom de convertisseurs ou d'inverseurs de fréquence) ou générateurs présentant toutes les caractéristiques suivantes :*

*a*) sortie multiphase capable de fournir une puissance égale ou supérieure à 40 W;

*b*) capacité de fonctionner dans le régime des fréquences compris entre 600 Hz et 2 000 Hz;

*c*) distorsion harmonique totale meilleure que (inférieure à) 10 %;

*d*) contrôle des fréquences meilleur que (inférieur à) 0,1 %.

NOTA :

Les changeurs de fréquence et générateurs spécialement conçus ou préparés pour le procédé utilisant des centrifugeuses à gaz sont visés par le paragraphe A.2.4.2.5.

**B.2.2.6.** *Lasers, amplificateurs lasers et oscillateurs comme suit :*

*a*) lasers à vapeur de cuivre possédant une puissance de sortie moyenne égale ou supérieure à 40 W, fonctionnant sur des longueurs d'onde comprises entre 500 nm et 600 nm;

*b*) lasers à argon ionisé possédant une puissance de sortie moyenne supérieure à 40 W, fonctionnant sur des longueurs d'onde comprises entre 400 nm et 515 nm;

(1) pulse-excited and Q-switched with a pulse duration equal to or greater than 1 ns, and having either of the following characteristics:

(i) single-transverse mode output having an average output power exceeding 40 W; or

(ii) multiple-transverse mode output having an average output power exceeding 50 W; or

(2) frequency doubling incorporated to give an output wavelength of between 500 nm and 550 nm with an average output power at the doubled frequency (new wavelength) of greater than 40 W;

(*d*) tunable pulsed single-mode dye laser oscillators having all of the following characteristics:

(1) operation at wavelengths of between 300 nm and 800 nm;

(2) average output power greater than 1 W;

(3) repetition rate greater than 1 kHz; and

(4) pulse width less than 100 ns;

(*e*) tunable pulsed dye laser amplifiers and oscillators, except single mode oscillators, having all of the following characteristics:

(1) operation at wavelengths of between 300 nm and 800 nm;

(2) average output power greater than 30 W;

(3) repetition rate greater than 1 kHz; and

(4) pulse width less than 100 ns;

(*f*) alexandrite lasers having all of the following characteristics:

(1) operation at wavelengths of between 720 nm and 800 nm;

(2) average output power greater than 30 W;

(3) repetition rate greater than 125 Hz; and

*c*) lasers dopés au néodyme (autres que les lasers à verre dopé) ayant une longueur d'onde de sortie comprise entre 1 000 nm et 1 100 nm et possédant l'une des deux caractéristiques suivantes :

(1) excitation par impulsions et à modulation du facteur Q, avec une durée d'impulsion égale ou supérieure à 1 ns, possédant l'une des deux caractéristiques suivantes :

(i) fonctionnement monomode transverse avec une puissance moyenne de sortie supérieure à 40 W;

(ii) fonctionnement multimode transverse avec une puissance moyenne de sortie supérieure à 50 W;

(2) doubleur de fréquence permettant de produire une longueur d'onde de sortie comprise entre 500 nm et 550 nm avec une puissance moyenne à la fréquence double (nouvelle longueur d'onde) supérieure à 40 W;

*d*) oscillateurs lasers à colorants accordables fonctionnant en mode pulsé unique possédant toutes les caractéristiques suivantes :

(1) fonctionnement sur des longueurs d'onde comprises entre 300 nm et 800 nm;

(2) puissance moyenne de sortie supérieure à 1 W;

(3) fréquence de récurrence supérieure à 1 kHz;

(4) durée d'impulsion inférieure à 100 ns;

*e*) amplificateurs lasers et oscillateurs à colorants accordables fonctionnant en mode pulsé, à l'exception des oscillateurs fonctionnant en mode unique, et possédant toutes les caractéristiques suivantes :

(1) fonctionnement sur des longueurs d'onde comprises entre 300 nm et 800 nm;

(2) puissance moyenne de sortie supérieure à 30 W;

(3) fréquence de récurrence supérieure à 1 kHz;

(4) bandwidth of 0.005 nm or less;

(*g*) pulsed carbon dioxide lasers having all of the following characteristics:

(1) operation at wavelengths of between 9 000 nm and 11 000 nm;

(2) average output power greater than 500 W;

(3) repetition rate greater than 250 Hz; and

(4) pulse width less than 200 ns;

NOTE

Paragraph B.2.2.6.(*g*) does not include the higher power (typically 1 kW to 5 kW) industrial $CO_2$ lasers used in applications such as cutting and welding, as those lasers are either continuous wave or are pulsed with a pulse width of more than 200 ns.

(*h*) pulsed excimer lasers (XeF, XeCl, KrF) having all of the following characteristics:

(1) operation at wavelengths of between 240 nm and 360 nm;

(2) average output power greater than 500 W; and

(3) repetition rate greater than 250 Hz; and

(*i*) para-hydrogen Raman shifters designed to operate at 16 µm output wavelength and at a repetition rate greater than 250 Hz.

(4) durée d'impulsion inférieure à 100 ns;

*f*) lasers à alexandrite possédant toutes les caractéristiques suivantes :

(1) fonctionnement sur des longueurs d'onde comprises entre 720 et 800 nm;

(2) puissance moyenne de sortie supérieure à 30 W;

(3) fréquence de récurrence supérieure à 125 Hz;

(4) largeur de bande égale ou inférieure à 0,005 nm;

*g*) lasers à dioxyde de carbone en mode pulsé possédant toutes les caractéristiques suivantes :

(1) fonctionnement sur des longueurs d'onde comprises entre 9 000 nm et 11 000 nm;

(2) puissance moyenne de sortie supérieure à 500 W;

(3) fréquence de récurrence supérieure à 250 Hz;

(4) durée d'impulsion inférieure à 200 ns;

NOTA :

Le paragraphe B.2.2.6.*g*) ne vise pas les lasers industriels à dioxyde de carbone de puissance plus élevée (typiquement de 1 à 5 kW) utilisés dans les applications telles que la découpe et le soudage puisque ces lasers fonctionnent soit en mode continu soit en mode pulsé avec une durée d'impulsion supérieure à 200 ns.

*h*) lasers excimères en mode pulsé (XeF, XeCI, KrF) possédant toutes les caractéristiques suivantes :

(1) fonctionnement sur des longueurs d'onde comprises entre 240 nm et 360 nm;

(2) puissance moyenne de sortie supérieure à 500 W;

(3) fréquence de récurrence supérieure à 250 Hz;

*i*) appareils de déplacement Raman à parahydrogène conçus pour fonctionner sur une longueur d'onde de sortie de 16 µm avec une fréquence de récurrence supérieure à 250 Hz.

**B.2.2.7.**   *Mass spectrometers capable of measuring ions of 230 atomic mass units or greater and having a resolution of better than 2 parts in 230, and ion sources therefor as follows:*

    (*a*)  inductively coupled plasma mass spectrometers (ICP/MS);

    (*b*)  glow discharge mass spectrometers (GDMS);

    (*c*)  thermal ionization mass spectrometers (TIMS);

    (*d*)  electron bombardment mass spectrometers which have a source chamber constructed from or lined with or plated with materials resistant to $UF_6$;

    (*e*)  molecular beam mass spectrometers as follows:

        (1)  which have a source chamber constructed from or lined with or plated with stainless steel or molybdenum and have a cold trap capable of cooling to 193 K (-80°C) or less; or

        (2)  which have a source chamber constructed from or lined with or plated with materials resistant to $UF_6$; and

    (*f*)  mass spectrometers equipped with a microfluorination ion source designed for use with actinides or actinide fluorides; except specially designed or prepared magnetic or quadrupole mass spectrometers capable of taking on-line samples of feed, product or tails from $UF_6$ gas streams and having all of the following characteristics:

        (1)  unit resolution for mass greater than 320;

        (2)  ion sources constructed of or lined with nichrome or monel or nickel-plated;

        (3)  electron bombardment ionization sources; and

        (4)  having a collector system suitable for isotopic analysis.

**B.2.2.7.**   *Spectromètres de masse capables de mesurer des ions d'unités de masse atomique égales ou supérieures à 230 uma avec une résolution meilleure que 2 parties par 230, ainsi que des sources d'ions à cette fin, comme suit :*

    *a*)  spectromètres de masse à plasma à couplage inductif (SM/PCI);

    *b*)  spectromètres de masse à décharge luminescente (SMDL);

    *c*)  spectromètres de masse à ionisation thermique (SMIT);

    *d*)  spectromètres de masse à bombardement d'électrons ayant une chambre de source constituée, revêtue ou recouverte de plaques de matériaux résistant à l'$UF_6$;

    *e*)  spectromètres de masse à faisceau moléculaire comme suit :

        (1)  ayant une chambre de source constituée, revêtue ou recouverte de plaques en acier inoxydable ou en molybdène et ayant un piège à froid capable de refroidir jusqu'à 193 K (-80 °C) ou moins;

        (2)  ayant une chambre de source constituée, revêtue ou recouverte de plaques en matériaux résistant à l'$UF_6$;

    *f*)  spectromètres de masse équipés d'une source ionique à microfluoration conçus pour être utilisés avec des actinides ou des fluorures actinides; sauf les spectromètres de masse magnétiques ou quadripolaires spécialement conçus ou préparés capables de prélever en direct sur les flux d'$UF_6$ gazeux des échantillons de gaz d'entrée, de produit ou de résidus, et possédant toutes les caractéristiques suivantes :

        (1)  pouvoir de résolution unitaire pour l'unité de masse supérieur à 320;

        (2)  sources d'ions constituées ou revêtues de nichrome ou de monel ou nickelées;

*SOR/2000-210 — August 8, 2011*

(3) sources d'ionisation par bombardement d'électrons;

(4) présence d'un collecteur adapté à l'analyse isotopique.

**B.2.2.8.**   *Pressure transducers which are capable of measuring absolute pressure at any point in the range 0 kPa to 13 kPa, with pressure sensing elements made of or protected by nickel, nickel alloys with more than 60% nickel by weight, aluminium or aluminium alloys as follows:*

(*a*) transducers with a full scale of less than 13 kPa and an accuracy of better than ± 1% of full scale; and

(*b*) transducers with a full scale of 13 kPa or greater and an accuracy of better than ± 130 Pa.

NOTE

1. Pressure transducers are devices that convert pressure measurements into an electrical signal.

2. For the purpose of this paragraph, "accuracy" includes non-linearity, hysteresis and repeatability at ambient temperature.

**B.2.2.8.**   *Transducteurs de pression capables de mesurer la pression absolue en tout point de l'intervalle 0-13 kPa, équipés de capteurs de pression constitués ou protégés par du nickel, des alliages de nickel contenant plus de 60 % de nickel en poids, d'aluminium ou d'alliages d'aluminium, comme suit :*

*a*) transducteurs ayant une déviation totale inférieure à 13 kPa et une précision supérieure à ± 1 % de la déviation totale;

*b*) transducteurs ayant une déviation totale égale ou supérieure à 13 kPa et une précision supérieure à ± 130 Pa.

NOTA :

1. Les transducteurs de pression sont des dispositifs qui convertissent les mesures de pression en un signal électrique.

2. Aux fins du présent paragraphe, la « précision » englobe la non-linéarité, l'hystérésis et la répétabilité à la température ambiante.

**B.2.2.9.**   Valves 5 mm (0.2 in.) or greater in nominal size, with a bellows seal, wholly made of or lined with aluminium, aluminium alloy, nickel, or alloy containing 60% or more nickel, either manually or automatically operated.

NOTE

For valves with different inlet and outlet diameters, the nominal size parameter above refers to the smallest diameter.

**B.2.2.9.**   Vannes à soufflet d'une dimension nominale égale ou supérieure à 5 mm (0,2 po), entièrement constituées ou revêtues d'aluminium, d'alliages d'aluminium, de nickel ou d'un alliage contenant 60 % ou plus de nickel, à fonctionnement manuel ou automatique.

NOTA :

Dans le cas des vannes ayant des diamètres d'entrée et de sortie différents, le paramètre « dimension nominale » ci-dessus renvoie au diamètre le plus petit.

**B.2.2.10.**   *Superconducting solenoidal electromagnets with all of the following characteristics:*

(*a*) capable of creating magnetic fields of more than 2 T (20 kilogauss);

(*b*) with an L/D (length divided by inner diameter) greater than 2;

(*c*) with an inner diameter of more than 300 mm; and

**B.2.2.10.**   *Électro-aimants solénoïdaux supraconducteurs possédant toutes les caractéristiques suivantes :*

*a*) capables de créer des champs magnétiques de plus de 2 T (20 kilogauss);

*b*) avec un rapport L/D (longueur divisée par le diamètre intérieur) supérieur à 2;

*c*) avec un diamètre intérieur supérieur à 300 mm;

(*d*) with a magnetic field uniform to better than 1% over the central 50% of the inner volume.

NOTE

This paragraph does not cover magnets specially designed for and exported as parts of medical nuclear magnetic resonance (NMR) imaging systems. It is understood that the wording "as part of" does not necessarily mean physical part in the same shipment. Separate shipments from different sources are allowed, provided that the related export documents clearly specify the "part of" relationship.

**B.2.2.11.** Vacuum pumps with an input throat size of 38 cm (15 in.) or greater with a pumping speed of 15,000 L/s or greater and capable of producing an ultimate vacuum better than $10^4$ torrs ($1.33 \times 10^{-4}$ mbar).

NOTE

1. The ultimate vacuum is determined at the input of the pump with the input of the pump blocked off.

2. The pumping speed is determined at the measurement point with nitrogen gas or air.

**B.2.2.12.** Direct current high-power supplies capable of continuously producing, over a time period of 8 hours, 100 V or greater with current output of 500 amps or greater and with current or voltage regulation better than 0.1%.

**B.2.2.13.** High-voltage direct current power supplies capable of continuously producing, over a time period of 8 hours, 20 000 V or greater with current output of 1 amp or greater and with current or voltage regulation better than 0.1%.

**B.2.2.14.** Electromagnetic isotope separators, designed for or equipped with, single or multiple ion sources capable of providing a total ion beam current of 50 mA or greater.

NOTES

1. This paragraph includes separators capable of enriching stable isotopes as well as those for uranium. A separator capable of separating the isotopes of lead with a one-mass unit difference is inherently capable of enriching the isotope of uranium with three-unit mass difference.

2. This paragraph includes separators with the ion sources and collectors both in the magnetic field and those configurations in which they are external to the field.

*d*) avec un champ magnétique uniforme (mieux que 1 %) sur les 50 % centraux du volume intérieur.

NOTA :

Le paragraphe B.2.2.10. ne comprend pas les aimants spécialement conçus et exportés comme parties de systèmes médicaux d'imagerie à résonance magnétique nucléaire (RMN). Il est entendu que les termes « comme parties de » ne signifient pas nécessairement faisant matériellement partie du même envoi. Des envois séparés provenant de sources différentes sont autorisés à condition que les documents d'exportation s'y rapportant précisent clairement le rapport « partie de ».

**B.2.2.11.** Pompes à vide avec un col d'entrée de 38 cm (15 po) ou plus, une capacité de pompage égale ou supérieure à 15 000 L/s et capables de produire un vide final meilleur que $10^4$ torrs ( $1.33 \times 10^{-4}$ mbars).

NOTA :

1. Le vide final est déterminé à l'entrée de la pompe, l'entrée de la pompe étant fermée.

2. La capacité de pompage est déterminée au point de mesure avec de l'azote ou de l'air.

**B.2.2.12.** Alimentations en courant fort continu capables de produire en permanence, pendant une période de 8 heures, 100 V ou plus, avec une intensité de courant égale ou supérieure à 500 ampères et une régulation du courant ou de la tension meilleure que 0,1 %.

**B.2.2.13.** Alimentations en courant continu haute tension capables de produire en permanence, pendant une période de 8 heures, 20 000 V ou plus, avec une intensité de courant égale ou supérieure à 1 ampère et une régulation du courant ou de la tension meilleure que 0,1 %.

**B.2.2.14.** Séparateurs isotopiques électromagnétiques conçus pour ou munis de sources d'ions uniques ou multiples capables de fournir un flux ionique total égal ou supérieur à 50 mA.

NOTA :

1. Le présent paragraphe comprend les séparateurs capables d'enrichir les isotopes stables ainsi que ceux utilisés pour l'uranium. Un séparateur capable de séparer les isotopes de plomb avec une différence d'une unité de masse est intrinsèquement capable d'enrichir les isotopes d'uranium avec une différence de masse de trois unités.

SOR/2000-210 — August 8, 2011

3. A single 50 mA ion source will produce less than 3 g of separated HEU per year from natural abundance feed.

2. Le présent paragraphe comprend les séparateurs dont les sources et collecteurs d'ions se trouvent tous deux dans le champ magnétique, ainsi que les configurations dans lesquelles ils sont hors du champ.

3. Une source unique d'ions de 50 mA produira moins de 3 g d'uranium hautement enrichi séparé par an à partir d'uranium naturel.

**B.2.3.** *Heavy water production plant-related equipment (other than items listed in paragraph A.2.5.).*

**B.2.3.** *Équipements liés aux installations de production d'eau lourde (autres que les articles énumérés au paragraphe A.2.5.).*

**B.2.3.1.** Specialized packings for use in separating heavy water from ordinary water and made of phosphor bronze mesh (chemically treated to improve wettability) and designed for use in vacuum distillation towers.

**B.2.3.1.** Charges spéciales à utiliser lors de la séparation de l'eau lourde de l'eau ordinaire et constituées d'un tamis en bronze phosphoreux (traité chimiquement de manière à améliorer sa mouillabilité) et conçues pour être utilisées dans des colonnes de distillation à vide.

**B.2.3.2.** Pumps circulating solutions of diluted or concentrated potassium amide catalyst in liquid ammonia ($KNH_2/NH_3$), with all of the following characteristics:

(*a*) airtight (*i.e.*, hermetically sealed);

(*b*) for concentrated potassium amide solutions (1% or greater), operating pressure of 1.5 MPa to 60 MPa (15 to 600 atmospheres); for dilute potassium amide solutions (less than 1%), operating pressure of 20 MPa to 60 MPa (200 to 600 atmospheres); and

(*c*) a capacity greater than 8.5 m$^3$/h (5 cu.ft./ min.).

**B.2.3.2.** *Pompes faisant circuler des solutions d'un catalyseur amide de potassium dilué ou concentré dans de l'ammoniac liquide ($KNH_2/NH_3$) et possédant l'ensemble des caractéristiques suivantes :*

a) étanchéité totale à l'air (c'est-à-dire hermétiquement scellées);

b) pour les solutions amides de potassium concentrées (1 % ou plus), pression de régime de 1,5 MPa à 60 MPa [15 à 600 atmosphères]; pour les solutions amides de potassium diluées (moins de 1 %), pression de régime de 20 MPa à 60 MPa (200 à 600 atmosphères);

c) capacité supérieure à 8,5 m$^3$/h (5 pi$^3$/min).

**B.2.3.3.** Water-hydrogen sulfide exchange tray columns constructed from fine carbon steel with a diameter of 1.8 m or greater, which can operate at nominal pressures of 2 MPa (300 psi) or greater, and internal contactors therefor.

NOTES

1. Internal contactors of the columns are segmented trays which have an effective assembled diameter of 1.8 m or greater, are designed to facilitate countercurrent contacting and are constructed of materials resistant to corrosion by hydrogen sulfide/water mixtures. These may be sieve trays, valve trays, bubble cap trays or turbogrid trays.

2. Fine carbon steel in this paragraph is defined to be steel with the austenitic ASTM (or equivalent standard) grain size number of 5 or greater.

**B.2.3.3.** Colonnes d'échange à plateaux eau-acide sulfhydrique fabriquées en acier fin au carbone d'un diamètre égal ou supérieur à 1,8 m, pouvant fonctionner à une pression nominale égale ou supérieure à 2 MPa (300 lb/po$^2$), et contacteurs internes pour ces colonnes.

NOTA :

1. Les contacteurs internes des colonnes sont des plateaux segmentés ayant un diamètre assemblé effectif égal ou supérieur à 1,8 m, sont conçus pour faciliter le contact à contre-courant et sont fabriqués en matériaux résistant à l'action corrosive de mélanges eau/acide sulfhydrique. Il peut s'agir de plateaux perforés, de plateaux à soupapes, de plateaux à cloches ou de plateaux à grille.

2. Dans ce paragraphe, on entend par « acier fin au carbone » un acier dont l'austénite a un numéro granulométrique ASTM (ou norme équivalente) égal ou supérieur à 5.

*DORS/2000-210 — 8 août 2011*

3. Materials resistant to corrosion by hydrogen sulfide/water mixtures in this paragraph are defined to be stainless steels with a carbon content of 0.03% or less.

3. Dans ce paragraphe, on entend par « matériaux résistant à l'action corrosive de mélanges eau/acide sulfhydrique » un acier inoxydable dont la teneur en carbone est égale ou inférieure à 0,03 %.

**B.2.3.4.** *Hydrogen-cryogenic distillation columns having all of the following applications:*

(*a*) designed to operate with internal temperatures of -238°C (35 K) or less;

(*b*) designed to operate at internal pressure of 0.5 MPa to 5 MPa (5 to 50 atmospheres);

(*c*) constructed of fine-grain stainless steels of the 300 series with low sulphur content or equivalent cryogenic and H$_2$-compatible materials; and

(*d*) with internal diameters of 1 m or greater and effective lengths of 5 m or greater.

NOTE

Fine-grain stainless steels in this paragraph are defined to be fine-grain austenitic stainless steels with an ASTM (or equivalent standard) grain size number of 5 or greater.

**B.2.3.4.** *Colonnes de distillation cryogénique à hydrogène possédant toutes les propriétés suivantes :*

*a*) conçues pour fonctionner à des températures intérieures de -238 °C (35 K) ou moins;

*b*) conçues pour fonctionner à une pression intérieure de 0,5 MPa à 5 MPa (5 à 50 atmosphères);

*c*) fabriquées en aciers inoxydables à grain fin appartenant à la série 300 avec une faible teneur en soufre, ou des matériaux équivalents cryogéniques et compatibles avec H$_2$;

*d*) avec un diamètre intérieur égal ou supérieur à 1 m et une longueur effective égale ou supérieure à 5 m.

NOTA :

Dans le présent paragraphe, on entend par « aciers inoxydables à grain fin » des aciers austénitiques inoxydables ayant un numéro granulométrique ASTM (ou norme équivalente) égal ou supérieur à 5.

**B.2.3.5.** Ammonia synthesis converters or synthesis units in which the synthesis gas (nitrogen and hydrogen) is withdrawn from an ammonia/hydrogen high-pressure exchange column and the synthesized ammonia is returned to said column.

**B.2.3.5.** Convertisseurs ou unités à synthétiser l'ammoniac dans lesquels le gaz de synthèse (azote et hydrogène) est enlevé d'une colonne d'échange ammoniac/hydrogène à haute pression et l'ammoniac synthétique est renvoyé à la colonne en question.

**B.2.3.6.** Turboexpanders or turboexpander-compressor sets designed for operation below 35 K and a throughput of hydrogen gas of 1 000 kg/h or greater.

**B.2.3.6.** Turbodétendeurs ou ensembles turbodétendeur-compresseur conçus pour fonctionner au-dessous de 35 K et pour un débit d'hydrogène égal ou supérieur à 1 000 kg/h.

**B.2.4.** *Implosion systems development equipment*

**B.2.4.** *Équipements de développement de systèmes d'implosion*

**B.2.4.1.** *Flash x-ray generators or pulsed electron accelerators with peak energy of 500 keV or greater, as follows, except accelerators that are component parts of devices designed for purposes other than electron beam or x-ray radiation (electron microscopy, for example) and those designed for medical purposes:*

**B.2.4.1.** *Générateurs de radiographie éclair ou accélérateurs pulsés d'électrons ayant une énergie maximale égale ou supérieure à 500 keV comme suit, à l'exception des accélérateurs qui sont des composants de dispositifs destinés à d'autres fins que le rayonnement de faisceaux d'électrons ou de rayons X (pour la microscopie électronique par exemple) et ceux conçus à des fins médicales :*

*SOR/2000-210 — August 8, 2011*

(a) having an accelerator peak electron energy of 500 keV or greater but less than 25 MeV and with a figure of merit (K) of 0.25 or greater, where K is defined as:

$$K = 1.7 \times 10^3 V^{2.65} Q;$$

where $V$ is the peak electron energy in million electron volts and $Q$ is the total accelerated charge in coulombs if the acceleration beam pulse duration is less than or equal to 1 μs, if the acceleration beam pulse duration is greater than 1μs, $Q$ is the maximum accelerated charge in 1 μs [$Q$ equals the integral of i with respect to t, over the lesser of 1 μs or the time duration of the beam pulse ($Q = \int i dt$), where i is beam current in amperes and t is the time in seconds]; or

(b) having an accelerator peak electron energy of 25 MeV or greater and a peak power greater than 50 MW. [Peak power = (peak potential in volts) x (peak beam current in amperes).]

NOTES

1. "Time duration of the beam pulse" means, in machines, based on microwave accelerating cavities, the time duration of the beam pulse is the lesser of 1 μs or the duration of the bunched beam packet resulting from one microwave modulator pulse.

2. "Peak beam current" means, in machines, based on microwave accelerating cavities, the peak beam current is the average current in the time duration of a bunched beam packet.

B.2.4.2.  Multistage light gas guns or other high-velocity gun systems (coil, electromagnetic, electrothermal, or other advanced systems) capable of accelerating projectiles to 2 km/s or greater.

B.2.4.3.  *Mechanical rotating mirror cameras, as follows; and specially designed components therefor:*

(a) framing cameras with recording rates greater than 225 000 frames/s; and

(b) streak cameras with writing speeds greater than 0.5 mm/μs.

NOTE

a) ayant une énergie électronique de pointe de l'accélérateur égale ou supérieure à 500 keV mais inférieure à 25 MeV et un facteur de mérite (K) égal ou supérieur à 0,25, K étant défini comme suit :

$$K = 1,7 \times 10^3 V^{2.65} Q;$$

où $V$ est l'énergie électronique de pointe en millions d'électronvolts et $Q$ est la charge totale accélérée en coulombs lorsque la durée d'impulsion du faisceau d'accélération est inférieure ou égale à 1 μs ; lorsque la durée d'impulsion du faisceau d'accélération est supérieure à 1 μs, $Q$ est la charge maximale accélérée en 1 μs, [$Q$ est égale à l'intégrale de i par rapport à t, divisée par 1 μs ou la durée de l'impulsion du faisceau, selon la valeur la moins élevée ($Q = \int i dt$), i étant le courant du faisceau en ampères et t le temps en secondes];

b) ayant une énergie électronique de pointe de l'accélérateur égale ou supérieure à 25 MeV et une puissance de pointe supérieure à 50 MW. [Puissance de pointe = (potentiel de pointe en volts) × (courant de pointe du faisceau en ampères).]

NOTA :

1. « Durée de l'impulsion du faisceau » Dans les machines basées sur des cavités d'accélération à micro-ondes, la durée de l'impulsion du faisceau est égale soit à 1 μs soit à la durée du groupe de faisceaux résultant d'une impulsion de modulation des micro-ondes, selon la valeur la plus petite.

2. « Courant de pointe des faisceaux » Dans les machines basées sur des cavités d'accélération à micro-ondes, le courant de pointe des faisceaux est le courant moyen pendant la durée du groupe de faisceaux.

B.2.4.2.  Canons à étages multiples à gaz léger ou autres systèmes à canons à grande vitesse (systèmes à bobine, systèmes électromagnétiques ou électrothermiques, ou autres systèmes avancés) capables d'accélérer des projectiles jusqu'à 2 km/s ou plus.

B.2.4.3.  *Caméras à miroir à rotation mécanique, comme suit, et composants spécialement conçus pour ces caméras :*

a) caméras à images ayant une cadence d'enregistrement supérieure à 225 000 images/s;

b) caméras à fente ayant une vitesse d'inscription supérieure à 0,5 mm/μs.

NOTA :

*DORS/2000-210 — 8 août 2011*

Components of such cameras include their synchronizing electronics units and rotor assemblies consisting of turbines, mirrors, and bearings.

Les composants de ces caméras comprennent leurs dispositifs électroniques de synchronisation et leurs assemblages de rotor constitués par les turbines, les miroirs et les supports.

**B.2.4.4.** *Electronic streak and framing cameras and tubes, as follows:*

(*a*) electronic streak cameras capable of 50 ns or less time resolution and streak tubes therefor;

(*b*) electronic (or electronically shuttered) framing cameras capable of 50 ns or less frame exposure time; and

(*c*) framing tubes and solid-state imaging devices for use with cameras controlled in paragraph (*b*) as follows:

(1) proximity focused image intensifier tubes having the photocathode deposited on a transparent conductive coating to decrease photocathode sheet resistance;

(2) gate silicon intensifier target (SIT) vidicon tubes, where a fast system allows gating the photoelectrons from the photocathode before they impinge on the SIT plate;

(3) Kerr or Pockels cell electro-optical shuttering; or

(4) other framing tubes and solid-state imaging devices having a fast image gating time of less than 50 ns specially designed for cameras controlled by paragraph (*b*).

**B.2.4.4.** *Caméras et tubes électroniques à fente et à images, comme suit :*

*a*) caméras électroniques à fentes capables d'un pouvoir de résolution temporelle égal ou inférieur à 50 ns et tubes à fente s'y rapportant;

*b*) caméras à images électroniques (ou à obturateur électronique) capables d'une durée d'exposition égale ou inférieure à 50 ns;

*c*) tubes à images et imageurs à semi-conducteurs destinés à être utilisés avec les caméras mentionnées au paragraphe *b*), comme suit :

(1) tubes intensificateurs d'images avec mise au point sur proximité, dont la cathode photovoltaïque est déposée sur une couche conductrice transparente afin de diminuer la résistance de couche de la cathode photovoltaïque;

(2) tubes intensificateurs vidicons au silicium et à grilles où un système rapide permet de séparer les photoélectrons de la cathode photovoltaïque avant qu'ils ne soient projetés contre la plaque de l'intensificateur vidicon au silicium;

(3) obturateur électro-optique à cellule Kerr ou à cellule de Pockels;

(4) autres tubes à images et imageurs à semi-conducteurs ayant un temps de déclenchement pour images rapides inférieur à 50 ns spécialement conçus pour les caméras mentionnées au paragraphe *b*).

**B.2.4.5.** *Specialized instrumentation for hydrodynamic experiments, as follows:*

(*a*) velocity interferometers for measuring velocities in excess of 1 km/s during time intervals less than 10 µs (VISARs, Doppler laser interferometers, DLIs, etc.);

(*b*) manganin gauges for pressures greater than 100 kilobars; and

(*c*) quartz pressure transducers for pressures greater than 100 kilobars.

**B.2.4.5.** *Instruments spécialisés pour expériences hydrodynamiques comme suit :*

*a*) interféromètres de vitesse pour mesurer les vitesses supérieures à 1 km/s pendant des intervalles inférieurs à 10 µs (VISAR, interféromètres Doppler-laser, DLI, etc.);

*b*) jauges au manganin pour des pressions supérieures à 100 kilobars;

*c*) transducteurs de pression à quartz pour des pressions supérieures à 100 kilobars.

*SOR/2000-210 — August 8, 2011*

**B.2.5.**   *Explosives and related equipment*

**B.2.5.1.**   *Detonators and multipoint initiation systems (exploding bridge wire, slappers etc.):*

(*a*) electrically driven explosive detonators, as follows:

(1)  exploding bridge (EB);

(2)  exploding bridge wire (EBW);

(3)  slapper; and

(4)  exploding foil initiators (EFI); and

(*b*) arrangements using single or multiple detonators designed to nearly simultaneously initiate an explosive surface (over greater than 5 000 mm$^2$) from a single firing signal (with an initiation timing spread over the surface of less than 2.5 µs).

NOTE

The detonators of concern all utilize a small electrical conductor (bridge, bridge wire or foil) that explosively vaporizes when a fast, high-current electrical pulse is passed through it. In nonslapper types, the exploding conductor starts a chemical detonation in a contacting high-explosive material such as PETN (pentaerythritoltetranitrate). In slapper detonators, the explosive vaporization of the electrical conductor drives a "flyer" or "slapper" across a chemical detonation. The slapper in some designs is driven by magnetic force. The term "exploding foil" detonator may refer to either an EB or a slapper-type detonator. Also, the word "initiator" is sometimes used in place of the word "detonator".

Detonators using only primary explosives, such as lead azide, are not subject to control.

**B.2.5.2.**   *Electronic components for firing sets (switching devices and pulse discharge capacitors):*

(*a*)  switching devices:

(1) cold-cathode tubes (including gas krytron tubes and vacuum sprytron tubes), whether gas filled or not, operating similarly to a spark gap, containing three or more electrodes, and having all of the following characteristics:

**B.2.5.**   *Explosifs et équipements connexes*

**B.2.5.1.**   *Détonateurs et systèmes d'amorçage à points multiples (fil à exploser, percuteur, etc.) :*

*a*) détonateurs d'explosifs à commande électrique comme suit :

(1)  amorce à pont (AP);

(2)  fil à exploser (FE);

(3)  percuteur;

(4)  initiateurs à feuille explosive (IFE);

*b*) systèmes utilisant un détonateur unique ou plusieurs détonateurs conçus pour amorcer pratiquement simultanément une surface explosive (de plus de 5 000 mm$^2$) à partir d'un signal unique de mise à feu (avec un temps de propagation de l'amorçage sur la surface en question inférieur à 2,5 µs).

NOTA :

Les détonateurs en question utilisent tous un petit conducteur électrique (amorce à pont, fil à exploser ou feuille) qui se vaporise avec un effet explosif lorsqu'une impulsion électrique rapide à haute intensité passe par ledit conducteur. Dans les détonateurs de type « non percuteur », le conducteur à explosion amorce une détonation chimique dans un matériau de contact fortement explosif comme le PETN (tétranitrate de pentaérythritol). Dans les détonateurs à percuteur, la vaporisation à action explosive du conducteur électrique amène un « percuteur » à passer au-dessus d'un écartement et l'impact du percuteur sur un explosif amorce une détonation chimique. Dans certains cas, le percuteur est actionné par une force magnétique. L'expression « à feuille explosive » peut se référer à un détonateur AP ou à un détonateur à percuteur. De même, « initiateur » est parfois employé au lieu de « détonateur ».

Les détonateurs qui n'utilisent que des explosifs primaires, comme l'azoture de plomb, ne doivent pas être soumis à un contrôle.

**B.2.5.2.**   *Composants électroniques pour les appareils de mise à feu (dispositifs de commutation et condensateurs à décharge d'impulsions) :*

*a*)  dispositifs de commutation :

54

*DORS/2000-210 — 8 août 2011*

(i) anode peak voltage rating of 2 500 V or more;

(ii) anode peak current rating of 100 A or more; and

(iii) anode delay time of 10 µs or less;

(2) triggered spark-gaps having an anode delay time of 15 µs or less and rated for a peak current of 500 A or more; and

(3) modules or assemblies with a fast switching function having all of the following characteristics:

(i) anode peak voltage rating greater than 2 000 V;

(ii) anode peak current rating of 500 A or more; and

(iii) turn-on time of 1 µs or less; and

(*b*) capacitors with the following characteristics:

(1) voltage rating greater than 1.4 kV, energy storage greater than 10 J, capacitance greater than 0.5 µF, and series inductance less than 50 nH; or

(2) voltage rating greater than 750 V, capacitance greater than 0.25 µF, and series inductance less than 10 nH.

(1) tubes à cathode froide (y compris les tubes au krypton à gaz et les tubes au sprytron à vide), qu'ils soient ou non remplis de gaz, fonctionnant de manière similaire à un éclateur à étincelle, comprenant trois électrodes ou plus et possédant toutes les caractéristiques suivantes :

(i) tension anodique nominale de pointe égale ou supérieure à 2 500 V;

(ii) courant de plaque nominal de pointe égal ou supérieur à 100 A;

(iii) temporisation de l'anode égale ou inférieure à 10 µs;

(2) éclateurs à étincelle déclenchés avec une temporisation de l'anode égale ou inférieure à 15 µs et prévus pour un courant de pointe égal ou supérieur à 500 A;

(3) modules ou assemblages à commutation rapide possédant toutes les caractéristiques suivantes :

(i) tension anodique nominale de pointe supérieure à 2 000 V;

(ii) courant de plaque nominal de pointe égal ou supérieur à 500 A;

(iii) temps de commutation égal ou inférieur à 1 µs;

*b*) condensateurs possédant l'une des caractéristiques suivantes :

(1) tension nominale supérieure à 1,4 kV, accumulation d'énergie supérieure à 10 J, capacité supérieure à 0,5 µF, et inductance série inférieure à 50 nH;

(2) tension nominale supérieure à 750 V, capacité supérieure à 0,25 µF et inductance série inférieure à 10 nH.

**B.2.5.3.**   *Firing sets and equivalent high-current pulse generators (for controlled detonators), as follows:*

(*a*) explosive detonator firing sets designed to drive multiple controlled detonators covered in paragraph B.2.5.1.; and

**B.2.5.3.**   *Dispositifs de mise à feu et générateurs d'impulsions équivalents à haute intensité (pour détonateurs commandés), comme suit :*

*SOR/2000-210 — August 8, 2011*

(*b*) modular electrical pulse generators (pulsers) designed for portable, mobile, or ruggedized-use (including xenon flash-lamp drivers) having all the following characteristics:

(1) capable of delivering their energy in less than 15 µs;

(2) having an output greater than 100 A;

(3) having a rise time of less than 10 µs into loads of less than 40 &omega;. (Rise time is defined as the time interval from 10% to 90% current amplitude when driving a resistive load);

(4) enclosed in a dust-tight enclosure;

(5) no dimension greater than 25.4 cm (10 in.);

(6) weight less than 25 kg (55 lbs.); and

(7) specified for use over an extended temperature range (-50°C to 100°C) or specified as suitable for aerospace use.

*a*) dispositifs de mise à feu de détonateurs d'explosions conçus pour actionner les détonateurs à commande multiple visés au paragraphe B.2.5.1.;

*b*) générateurs d'impulsions électriques modulaires (contracteurs à impulsions) conçus pour une utilisation portative, mobile, ou exigeant une robustesse élevée (y compris les dispositifs de commande à lampe à xénon), possédant l'ensemble des caractéristiques suivantes :

(1) capables de fournir leur énergie en moins de 15 µs;

(2) ayant une intensité supérieure à 100 A;

(3) ayant un temps de montée inférieur à 10 µs dans des charges inférieures à 40 &omega;. (Le temps de montée est défini comme étant l'intervalle entre des amplitudes de courant de 10 % à 90 % lors de l'actionnement d'une charge ohmique.);

(4) enfermés dans un boîtier étanche aux poussières;

(5) n'ayant aucune dimension supérieure à 25,4 cm (10 po);

(6) pesant moins de 25 kg (55 lb);

(7) conçus pour être utilisés à l'intérieur d'une vaste gamme de températures (-50 °C à 100 °C) ou conçus pour une utilisation aérospatiale.

**B.2.5.4.**   *High explosives or substances or mixtures containing more than 2% of any of the following:*

(*a*) cyclotetramethylenetetranitramine (HMX);

(*b*) cyclotrimethylenetrinitramine (RDX);

(*c*) triaminotrinitrobenzene (TATB);

(*d*) any explosive with a crystal density greater than 1.8 g/cm$^3$ and having a detonation velocity greater than 8 000 m/s; or

(*e*) hexanitrostilbene (HNS).

**B.2.6.**   *Nuclear testing equipment and components*

**B.2.5.4.**   *Explosifs ou substances ou mélanges contenant plus de 2 % des produits suivants :*

*a*) cyclotétraméthylènetétranitramine (HMX);

*b*) cyclotriméthylènetrinitramine (RDX);

*c*) triaminotrinitrobenzène (TATB);

*d*) tout explosif ayant une densité cristalline supérieure à 1,8 g/cm$^3$ et une vitesse de détonation supérieure à 8 000 m/s;

*e*) hexanitrostilbène (HNS).

**B.2.6.**   *Équipements et composants pour essais nucléaires*

*DORS/2000-210 — 8 août 2011*

**B.2.6.1.**  Photomultiplier tubes with a photocathode area greater than 20 cm$^2$ having an anode pulse rise time of less than 1 ns.

**B.2.6.2.**  High-speed pulse generators with output voltages greater than 6 V into a less than 55 &omega; resistive load, and with pulse transition times less than 500 ps (defined as the time interval between 10% and 90% voltage amplitude).

**B.2.7.**  *Other equipment*

**B.2.7.1.**  Neutron generator systems, including tubes, designed for operation without an external vacuum system and utilizing electrostatic acceleration to induce a tritium-deuterium nuclear reaction.

**B.2.7.2.**  *Equipment related to nuclear material handling and processing and to nuclear reactors, as follows:*

(*a*) remote manipulators that can be used to provide remote actions in radiochemical separation operations and hot cells, as follows:

(1) having a capability of penetrating 0.6 m or more of hot cell wall (through-the-wall operation); or

(2) having a capability of bridging over the top of a hot cell wall with a thickness of 0.6 m or more (over-the-wall operation);

NOTE

Remote manipulators provide translation of human operator actions to a remote operating arm and terminal fixture. They may be of a "master/slave" type or operated by joystick or keypad.

(*b*) high-density (lead glass or other) radiation shielding windows greater than 0.09 m$^2$ on cold area and with a density greater than 3 g/cm$^3$ and a thickness of 100 mm or greater; and specially designed frames therefor; and

(*c*) radiation-hardened TV cameras, or lenses therefor, specially designed or rated as radiation hardened to withstand greater than 5 x 10$^4$ Gy (Silicon) (5 x 10$^6$ rad (Silicon)) without operational degradation.

**B.2.6.1.**  Tubes photomultiplicateurs ayant une surface photocathodique supérieure à 20 cm$^2$ et possédant un temps de montée de l'impulsion inférieur à 1 ns.

**B.2.6.2.**  Générateurs d'impulsions rapides avec une tension de sortie supérieure à 6 V dans une charge ohmique de moins de 55 &omega; et un temps de transition des impulsions inférieur à 500 ps (défini comme étant l'intervalle entre une amplitude de tension de 10 % et de 90 %).

**B.2.7**  *Divers*

**B.2.7.1.**  Systèmes générateurs de neutrons, y compris les tubes, conçus pour fonctionner sans installation de vide extérieure et utilisant l'accélération électrostatique pour déclencher une réaction nucléaire tritium-deutérium.

**B.2.7.2.**  *Équipement se rapportant à la manipulation et au traitement de matières nucléaires ainsi qu'aux réacteurs nucléaires comme suit :*

*a*) télémanipulateurs utilisables pour accomplir des actions lors d'opérations de séparation radiochimiques et dans des cellules de haute activité comme suit :

(1) capables de traverser une paroi de cellule de 0,6 m ou plus (passage par le mur);

(2) capables de passer par-dessus le sommet d'une paroi de cellule ayant une épaisseur égale ou supérieure à 0,6 m (passage par-dessus le mur);

NOTA :

Les télémanipulateurs transmettent les actions des opérateurs humains à un bras manipulateur et à un dispositif terminal à distance. Ils peuvent être du type « maître/esclave » ou être commandés par un manche à balai ou par un clavier.

*b*) fenêtres de protection contre les rayonnements à haute densité (verre au plomb ou autre matière), ayant plus de 0,09 m$^2$ du côté froid, une densité supérieure à 3 g/cm$^3$ et une épaisseur égale ou supérieure à 100 mm ainsi que les cadres spécialement conçus à cet effet;

*c*) caméras TV résistant aux effets des rayonnements ou objectifs pour ces caméras spécialement conçues ou réglées pour résister aux effets des rayonnements, capables de supporter plus de 5 × 10$^4$ Gy (silicium) [5 × 10$^6$ rads (silicium)] sans dégradation fonctionnelle.

57

*SOR/2000-210 — August 8, 2011*

**B.2.7.3.**   *Tritium facilities, plants and equipment, as follows:*

(*a*)  facilities or plants for the production, recovery, extraction, concentration or handling of tritium, tritium compounds or mixtures containing tritium; and

(*b*)  equipment for those facilities or plants as follows:

(1)  hydrogen or helium refrigeration units capable of cooling to 23 K (-250°C) or less, with heat removal capacity greater than 150 W; and

(2)  hydrogen isotope storage and purification systems using metal hydrides as the storage or purification medium.

**B.2.7.4.**   Platinized catalysts specially designed or prepared for promoting the hydrogen isotope exchange reaction between hydrogen and water for the recovery of tritium from heavy water or for the production of heavy water.

**B.2.7.5.**   *Lithium isotope separation facilities, plants and equipment, as follows:*

(*a*)  facilities or plants for the separation of lithium isotopes; and

(*b*)  equipment for the separation of lithium isotopes, as follows:

(1)  packed liquid-liquid exchange columns specially designed for lithium amalgams;

(2)  mercury and lithium amalgam pumps;

(3)  lithium amalgam electrolysis cells; and

(4)  evaporators for concentrated lithium hydroxide solution.

**B.2.7.3.**   *Installations, usines et équipements de tritium, comme suit :*

*a*)  installations ou usines de production, de régénération, d'extraction, de concentration ou de manipulation de tritium, de composés de tritium ou de mélanges contenant du tritium;

*b*)  équipements pour ces installations ou ces usines, comme suit :

(1)  unités de réfrigération de l'hydrogène ou de l'hélium capables de refroidir jusqu'à 23 K (-250 °C) ou moins, avec une capacité d'enlèvement de la chaleur supérieure à 150 W;

(2)  systèmes de purification et de stockage des isotopes d'hydrogène, utilisant des hydrures métalliques comme support de purification ou de stockage.

**B.2.7.4.**   Catalyseurs au platine spécialement conçus ou préparés pour favoriser la réaction d'échange d'isotopes d'hydrogène entre l'hydrogène et l'eau en vue de la régénération du tritium de l'eau lourde ou pour la production d'eau lourde.

**B.2.7.5.**   *Installations, usines et équipements pour la séparation des isotopes du lithium, comme suit :*

*a*)  installations ou usines de séparation des isotopes du lithium;

*b*)  équipements pour la séparation des isotopes du lithium, comme suit :

(1)  colonnes garnies pour les échanges liquide-liquide, spécialement conçues pour les amalgames de lithium;

(2)  pompes pour les amalgames de mercure et de lithium;

(3)  cellules électrolytiques pour les amalgames de lithium;

(4)  évaporateurs pour solution concentrée de lithine.

*DORS/2000-210 — 8 août 2011*

**B.2.7.6.**  Any equipment not otherwise included in paragraph B.2. if the equipment is intended, or there are reasonable grounds to suspect that it is intended, in whole or in part, for use in connection with the design, development, production, handling, operation, maintenance or storage of nuclear weapons or other nuclear explosive devices.

**B.3.** CONTROLLED NUCLEAR INFORMATION

**B.3.1.**   *Technology*

Technical data, including, but not limited to, technical drawings, models, photographic negatives and prints, recordings, design data and technical and operating manuals, whether in written form or recorded on other media or devices such as disk, tape and read-only memories for the design, production, construction, operation or maintenance of any item in this Part, except data available to the public (*e.g.* in published books or periodicals, or that which has been made available without restrictions on its further dissemination).

SOR/2007-208, ss. 14 to 24(F), 25(E); SOR/2010-106, ss. 3 to 6, 7(E), 8(F), 9(F), 10 to 13, 14(F), 15 to 27.

**B.2.7.6.**   Tout équipement non visé par le paragraphe B.2. qui est destiné, ou pour lequel il existe des motifs raisonnables de croire qu'il est destiné, en tout ou en partie, à une utilisation liée à la conception, à la mise au point, à la production, à la manutention, à l'exploitation, à l'entretien ou au stockage d'armes nucléaires ou d'autres dispositifs nucléaires explosifs.

**B.3.** RENSEIGNEMENTS NUCLÉAIRES CONTRÔLÉS

**B.3.1.**   *Technologie*

Les données techniques se présentent sous forme notamment de dessins techniques, modèles, négatifs et épreuves photographiques, enregistrements, données de conception, manuels techniques et manuels d'exploitation sous une forme écrite ou enregistrée sur d'autres supports ou dispositifs tels que des disques, des bandes magnétiques et des mémoires mortes pour la conception, la production, la construction, l'exploitation ou l'entretien de tout article mentionné à la présente partie, à l'exception des données mises à la disposition du public (p. ex. données figurant dans des livres ou périodiques publiés, ou données mises à la disposition des intéressés sans restriction lors d'une diffusion ultérieure).

DORS/2007-208, art. 14 à 24(F) et 25(A); DORS/2010-106, art. 3 à 6, 7(A), 8(F), 9(F), 10 à 13, 14(F) et 15 à 27.

# EXHIBIT 2



CANADA

CONSOLIDATION

CODIFICATION

# Nuclear Safety and Control Act

# Loi sur la sûreté et la réglementation nucléaires

S.C. 1997, c. 9

L.C. 1997, ch. 9

Current to August 8, 2011

À jour au 8 août 2011

Last amended on July 12, 2010

Dernière modification le 12 juillet 2010

Published by the Minister of Justice at the following address:
http://laws-lois.justice.gc.ca

Publié par le ministre de la Justice à l'adresse suivante :
http://lois-laws.justice.gc.ca

OFFICIAL STATUS
OF CONSOLIDATIONS

CARACTÈRE OFFICIEL
DES CODIFICATIONS

Subsections 31(1) and (2) of the *Legislation Revision and Consolidation Act*, in force on June 1, 2009, provide as follows:

Les paragraphes 31(1) et (2) de la *Loi sur la révision et la codification des textes législatifs*, en vigueur le 1er juin 2009, prévoient ce qui suit :

Published consolidation is evidence

**31.** (1) Every copy of a consolidated statute or consolidated regulation published by the Minister under this Act in either print or electronic form is evidence of that statute or regulation and of its contents and every copy purporting to be published by the Minister is deemed to be so published, unless the contrary is shown.

**31.** (1) Tout exemplaire d'une loi codifiée ou d'un règlement codifié, publié par le ministre en vertu de la présente loi sur support papier ou sur support électronique, fait foi de cette loi ou de ce règlement et de son contenu. Tout exemplaire donné comme publié par le ministre est réputé avoir été ainsi publié, sauf preuve contraire.

Codifications comme élément de preuve

Inconsistencies in Acts

(2) In the event of an inconsistency between a consolidated statute published by the Minister under this Act and the original statute or a subsequent amendment as certified by the Clerk of the Parliaments under the *Publication of Statutes Act*, the original statute or amendment prevails to the extent of the inconsistency.

(2) Les dispositions de la loi d'origine avec ses modifications subséquentes par le greffier des Parlements en vertu de la *Loi sur la publication des lois* l'emportent sur les dispositions incompatibles de la loi codifiée publiée par le ministre en vertu de la présente loi.

Incompatibilité — lois

NOTE

NOTE

This consolidation is current to August 8, 2011. The last amendments came into force on July 12, 2010. Any amendments that were not in force as of August 8, 2011 are set out at the end of this document under the heading "Amendments Not in Force".

Cette codification est à jour au 8 août 2011. Les dernières modifications sont entrées en vigueur le 12 juillet 2010. Toutes modifications qui n'étaient pas en vigueur au 8 août 2011 sont énoncées à la fin de ce document sous le titre « Modifications non en vigueur ».

| TABLE OF PROVISIONS | | TABLEAU ANALYTIQUE | |
|---|---|---|---|
| Section | Page | Article | Page |
| An Act to establish the Canadian Nuclear Safety Commission and to make consequential amendments to other Acts | | Loi constituant la Commission canadienne de sûreté nucléaire et modifiant d'autres lois en conséquence | |
| SHORT TITLE | 1 | TITRE ABRÉGÉ | 1 |
| 1 Short title | 1 | 1 Titre abrégé | 1 |
| INTERPRETATION | 1 | DÉFINITIONS | 1 |
| 2 Definitions | 1 | 2 Définitions | 1 |
| PURPOSE OF ACT | 4 | OBJET | 4 |
| 3 Purpose | 4 | 3 Objet | 4 |
| APPLICATION | 4 | CHAMP D'APPLICATION | 4 |
| 4 Her Majesty | 4 | 4 Obligation de Sa Majesté | 4 |
| 5 Orders excluding Department of National Defence, etc. | 4 | 5 Décret d'exclusion | 4 |
| 6 Act not applicable to certain naval vessels | 4 | 6 Non-application | 4 |
| 7 Commission may exclude certain substances | 4 | 7 Exemptions | 4 |
| CANADIAN NUCLEAR SAFETY COMMISSION | 5 | COMMISSION CANADIENNE DE SÛRETÉ NUCLÉAIRE | 5 |
| ESTABLISHMENT OF COMMISSION | 5 | CONSTITUTION DE LA COMMISSION | 5 |
| 8 Establishment of Commission | 5 | 8 Constitution | 5 |
| OBJECTS | 5 | MISSION | 5 |
| 9 Objects | 5 | 9 Mission | 5 |
| MEMBERS | 5 | CONSEILLERS | 5 |
| 10 Constitution | 5 | 10 Composition | 5 |
| 11 Conflict of interest | 6 | 11 Conflit d'intérêts | 6 |
| PRESIDENT | 6 | PRÉSIDENT | 6 |
| 12 Duties of President | 6 | 12 Fonctions du président | 6 |
| REMUNERATION AND EXPENSES | 7 | RÉMUNÉRATION ET INDEMNITÉS | 7 |
| 13 Remuneration | 7 | 13 Rémunération | 7 |
| MEETINGS | 7 | RÉUNIONS | 7 |
| 14 Meetings | 7 | 14 Réunions | 7 |
| BY-LAWS | 7 | RÈGLEMENTS ADMINISTRATIFS | 7 |
| 15 By-laws | 7 | 15 Règlements administratifs | 7 |
| OFFICERS, EMPLOYEES AND CONTRACTORS | 8 | DIRIGEANTS, EMPLOYÉS ET CONTRACTUELS | 8 |
| 16 Employment of staff | 8 | 16 Personnel | 8 |
| 17 Technical assistance | 8 | 17 Assistance contractuelle | 8 |

*— August 8, 2011*

| Section | | Page | | Article | | Page |
|---|---|---|---|---|---|---|
| | CIVIL LIABILITY | 8 | | | RESPONSABILITÉ CIVILE | 8 |
| 18 | Immunity | 8 | | 18 | Immunité | 8 |
| | DIRECTIVES | 9 | | | INSTRUCTIONS | 9 |
| 19 | Directive of Governor in Council | 9 | | 19 | Instructions du gouverneur en conseil | 9 |
| | POWERS | 9 | | | ATTRIBUTIONS | 9 |
| 20 | Court of record | 9 | | 20 | Cour d'archives | 9 |
| 21 | Powers | 11 | | 21 | Pouvoirs | 11 |
| | PANELS | 12 | | | FORMATIONS | 12 |
| 22 | Establishment of panels | 12 | | 22 | Constitution | 12 |
| | DECISION-MAKING | 13 | | | RÈGLES DE PROCÉDURE | 13 |
| 23 | Decision-making by Commission | 13 | | 23 | Voix prépondérante | 13 |
| | LICENCES | 13 | | | LICENCES ET PERMIS | 13 |
| 24 | Licences | 13 | | 24 | Catégories | 13 |
| 25 | Renewal, etc. | 14 | | 25 | Renouvellement, suspension et révocation | 14 |
| 26 | Prohibitions | 14 | | 26 | Interdictions | 14 |
| | RECORDS AND REPORTS | 15 | | | DOCUMENTS ET RAPPORTS | 15 |
| 27 | Records and reports | 15 | | 27 | Documents et rapports | 15 |
| | ANALYSTS AND INSPECTORS | 15 | | | ANALYSTES ET INSPECTEURS | 15 |
| 28 | Designation of analysts | 15 | | 28 | Désignation des analystes | 15 |
| 29 | Designation of inspectors | 16 | | 29 | Désignation des inspecteurs | 16 |
| 30 | Inspection | 16 | | 30 | Inspection | 16 |
| 31 | Search without warrant | 17 | | 31 | Perquisition sans mandat | 17 |
| 32 | Powers of inspectors | 17 | | 32 | Pouvoirs de l'inspecteur | 17 |
| 33 | Inspector may be accompanied | 18 | | 33 | Inspecteur accompagné d'un tiers | 18 |
| 34 | Disposal or return of seized property | 18 | | 34 | Destruction ou remise des objets saisis | 18 |
| 35 | Order of an inspector | 18 | | 35 | Ordres de l'inspecteur | 18 |
| 36 | Assistance to inspectors | 19 | | 36 | Assistance des inspecteurs | 19 |
| | DESIGNATED OFFICERS | 19 | | | FONCTIONNAIRES DÉSIGNÉS | 19 |
| 37 | Designated officers | 19 | | 37 | Fonctionnaires désignés | 19 |
| | PROCEDURES FOR DECISIONS AND ORDERS | 21 | | | PROCÉDURE | 21 |
| 38 | Procedure for certain decisions and orders | 21 | | 38 | Règles de procédure applicables | 21 |
| 39 | Designated officer to provide opportunity to be heard | 21 | | 39 | Possibilité d'être entendu | 21 |
| 40 | Commission to provide opportunity to be heard | 21 | | 40 | Possibilité d'être entendu | 21 |
| 41 | Compliance with order | 23 | | 41 | Caractère obligatoire des ordres et des ordonnances | 23 |
| 42 | Liability for costs of measures | 23 | | 42 | Responsabilité des frais liés aux mesures | 23 |

— 8 août 2011

| Section | | Page | Article | | Page |
|---|---|---|---|---|---|
| | Redetermination and Appeal of Decisions and Orders | 24 | | Révision et appel | 24 |
| 43 | Appeal to the Commission | 24 | 43 | Appel à la Commission | 24 |
| | Regulations | 26 | | Règlements | 26 |
| 44 | Regulations | 26 | 44 | Règlements | 26 |
| | Exceptional Powers | 30 | | Pouvoirs d'urgence | 30 |
| 45 | Notification of contamination, etc. | 30 | 45 | Contamination | 30 |
| 46 | Contaminated land | 31 | 46 | Lieu contaminé | 31 |
| 47 | Emergency orders | 32 | 47 | Ordonnances en situation d'urgence | 32 |
| | OFFENCES AND PUNISHMENT | 32 | | INFRACTIONS ET PEINES | 32 |
| 48 | Offence | 32 | 48 | Infractions | 32 |
| 49 | Offence re security at nuclear facility | 33 | 49 | Infraction relative à la sécurité d'une installation nucléaire | 33 |
| 50 | Offence to possess certain nuclear substances, etc. | 34 | 50 | Possession de substances nucléaires | 34 |
| 51 | Punishment | 34 | 51 | Peine | 34 |
| 51.1 | Defence | 34 | 51.1 | Moyen de défense | 34 |
| 52 | Continuing offence | 34 | 52 | Infraction continue | 34 |
| 53 | Limitation | 34 | 53 | Prescription | 34 |
| 55 | Evidence by certificate | 34 | 55 | Preuve par certificat | 34 |
| 56 | Offence outside Canada | 35 | 56 | Application extraterritoriale | 35 |
| 57 | Trial of offence | 35 | 57 | Lieu du procès | 35 |
| 58 | Absolute or conditional discharge | 35 | 58 | Absolution | 35 |
| 59 | Suspended sentence | 36 | 59 | Sursis | 36 |
| 60 | Orders of court | 36 | 60 | Ordonnance du tribunal | 36 |
| 61 | Additional fine | 37 | 61 | Amende supplémentaire | 37 |
| 62 | Compensation for loss of property | 37 | 62 | Dommages-intérêts | 37 |
| 63 | Variation of sanctions | 38 | 63 | Ordonnance de modification des sanctions | 38 |
| 64 | Application of Nuclear Liability Act | 38 | 64 | Application de la Loi sur la responsabilité nucléaire | 38 |
| 65 | Publication | 39 | 65 | Publication | 39 |
| | GENERAL | 39 | | DISPOSITIONS GÉNÉRALES | 39 |
| 66 | Oath or affirmation of fidelity and secrecy | 39 | 66 | Serment de fonction et de confidentialité | 39 |
| 67 | Application of Financial Administration Act | 39 | 67 | Application de la Loi sur la gestion des finances publiques | 39 |
| 68 | Expenses | 39 | 68 | Dépenses | 39 |
| 68.1 | Audit | 40 | 68.1 | Vérification | 40 |
| 69 | Non-application of Statutory Instruments Act | 40 | 69 | Non-application de la Loi sur les textes réglementaires | 40 |
| 70 | Unpaid fees | 40 | 70 | Créances de Sa Majesté | 40 |
| 71 | Works and undertakings | 40 | 71 | Avantage général du Canada | 40 |
| 72 | Annual report | 40 | 72 | Rapport annuel | 40 |

*— August 8, 2011*

| Section | | Page | Article | | Page |
|---|---|---|---|---|---|
| | TRANSITIONAL PROVISIONS | 40 | | DISPOSITIONS TRANSITOIRES | 40 |
| 73 | Definitions | 40 | 73 | Définitions | 40 |
| 74 | Board dissolved | 41 | 74 | Dissolution de l'ancienne commission | 41 |
| 75 | President of Commission | 41 | 75 | Président de l'ancienne commission | 41 |
| 76 | Other members of Commission | 41 | 76 | Autres commissaires | 41 |
| 77 | Rights and obligations transferred | 41 | 77 | Transfert des droits et obligations | 41 |
| 78 | Commencement of legal proceedings | 41 | 78 | Procédures judiciaires nouvelles | 41 |
| 79 | Transfer of staff | 42 | 79 | Transfert du personnel | 42 |
| 80 | Licences | 42 | 80 | Licences ou permis | 42 |
| 81 | Certificates, etc. | 42 | 81 | Documents | 42 |
| 82 | Nuclear installation | 42 | 82 | Installation nucléaire | 42 |
| | CONSEQUENTIAL AMENDMENTS | 43 | | MODIFICATIONS CORRÉLATIVES | 43 |
| | CONDITIONAL AMENDMENTS | 43 | | MODIFICATIONS CONDITIONNELLES | 43 |
| | COMING INTO FORCE | 43 | | ENTRÉE EN VIGUEUR | 43 |
| *127 | Coming into force | 43 | *127 | Entrée en vigueur | 43 |



**S.C. 1997, c. 9**                    **L.C. 1997, ch. 9**

An Act to establish the Canadian Nuclear Safety Commission and to make consequential amendments to other Acts

Loi constituant la Commission canadienne de sûreté nucléaire et modifiant d'autres lois en conséquence

*[Assented to 20th March 1997]*

*[Sanctionnée le 20 mars 1997]*

Preamble

WHEREAS it is essential in the national and international interests to regulate the development, production and use of nuclear energy and the production, possession and use of nuclear substances, prescribed equipment and prescribed information;

AND WHEREAS it is essential in the national interest that consistent national and international standards be applied to the development, production and use of nuclear energy;

Préambule

Attendu qu'il est essentiel :

dans l'intérêt tant national qu'international, de réglementer le développement, la production et l'utilisation de l'énergie nucléaire, ainsi que la production, la possession et l'utilisation des substances nucléaires, de l'équipement réglementé et des renseignements réglementés;

dans l'intérêt national, d'appliquer de façon uniforme les normes nationales et internationales de développement, de production et d'utilisation de l'énergie nucléaire,

NOW, THEREFORE, Her Majesty, by and with the advice and consent of the Senate and House of Commons of Canada, enacts as follows:

Sa Majesté, sur l'avis et avec le consentement du Sénat et de la Chambre des communes du Canada, édicte :

## SHORT TITLE

## TITRE ABRÉGÉ

Short title

**1.** This Act may be cited as the *Nuclear Safety and Control Act*.

Titre abrégé

**1.** *Loi sur la sûreté et la réglementation nucléaires*.

## INTERPRETATION

## DÉFINITIONS

Definitions

**2.** The definitions in this section apply in this Act.

Définitions

**2.** Les définitions qui suivent s'appliquent à la présente loi.

"analyst"
« analyste »

"analyst" means a person designated as an analyst under section 28.

« analyste » Personne désignée à ce titre en vertu de l'article 28.

« analyste »
"analyst"

"Commission"
« Commission »

"Commission" means the Canadian Nuclear Safety Commission established by section 8.

« Commission » La Commission canadienne de sûreté nucléaire constituée par l'article 8.

« Commission »
"Commission"

"designated officer"
« fonctionnaire désigné »

"designated officer" means a person designated as a designated officer under section 37.

« document » S'entend au sens de l'article 3 de la *Loi sur l'accès à l'information*.

« document »
"record"

*Nuclear Safety and Control — August 8, 2011*

"dosimetry service"
« service de dosimétrie »

"dosimetry service" means a prescribed facility for the measurement and monitoring of doses of radiation.

"inspector"
« inspecteur »

"inspector" means a person designated as an inspector under section 29.

"licence"
« licence » ou
« permis »

"licence" means a licence issued under section 24.

"Minister"
« ministre »

"Minister" means the Minister of Natural Resources or such member of the Queen's Privy Council for Canada as the Governor in Council may designate as the Minister for the purposes of this Act.

"nuclear energy"
« énergie nucléaire »

"nuclear energy" means any form of energy released in the course of nuclear fission or nuclear fusion or of any other nuclear transmutation.

"nuclear energy worker"
« travailleur du secteur nucléaire »

"nuclear energy worker" means a person who is required, in the course of the person's business or occupation in connection with a nuclear substance or nuclear facility, to perform duties in such circumstances that there is a reasonable probability that the person may receive a dose of radiation that is greater than the prescribed limit for the general public.

"nuclear facility"
« installation nucléaire »

"nuclear facility" means any of the following facilities, namely,

(*a*) a nuclear fission or fusion reactor or sub-critical nuclear assembly,

(*b*) a particle accelerator,

(*c*) a uranium or thorium mine or mill,

(*d*) a plant for the processing, reprocessing or separation of an isotope of uranium, thorium or plutonium,

(*e*) a plant for the manufacture of a product from uranium, thorium or plutonium,

(*f*) a plant for the processing or use, in a quantity greater than $10^{15}$ Bq per calendar year, of nuclear substances other than uranium, thorium or plutonium,

(*g*) a facility for the disposal of a nuclear substance generated at another nuclear facility,

(*h*) a vehicle that is equipped with a nuclear reactor, and

(*i*) any other facility that is prescribed for the development, production or use of nuclear energy or the production, possession or

«énergie nucléaire» Toute forme d'énergie provenant de la fission ou de la fusion nucléaires ou de toute autre transmutation nucléaire.

« énergie nucléaire »
"nuclear energy"

«fonctionnaire désigné» Personne désignée à ce titre en vertu de l'article 37.

« fonctionnaire désigné »
"designated officer"

«inspecteur» Personne désignée à ce titre en vertu de l'article 29.

« inspecteur »
"inspector"

«installation nucléaire» L'une des installations ci-après, y compris les terrains, les bâtiments, l'équipement utilisé dans le cadre de son exploitation et les systèmes de gestion, de stockage provisoire, d'évacuation et de stockage permanent des substances nucléaires:

« installation nucléaire »
"nuclear facility"

*a*) un réacteur à fission ou à fusion nucléaires ou un assemblage nucléaire non divergent;

*b*) un accélérateur de particules;

*c*) une mine d'uranium ou de thorium ou une usine de concentration d'uranium ou de thorium;

*d*) une usine de traitement, de retraitement ou de séparation d'isotopes d'uranium, de thorium ou de plutonium;

*e*) une usine de fabrication de produits à partir d'uranium, de thorium ou de plutonium;

*f*) une usine qui traite ou utilise, par année civile, plus de $10^{15}$ Bq de substances nucléaires autres que l'uranium, le thorium ou le plutonium;

*g*) une installation d'évacuation ou de stockage permanent des substances nucléaires provenant d'une autre installation nucléaire;

*h*) un véhicule muni d'un réacteur nucléaire;

*i*) les autres installations désignées par règlement servant au développement, à la production et à l'utilisation de l'énergie nucléaire ou à la production, à la possession ou à l'utilisation des substances nucléaires, de l'équipement réglementé ou des renseignements réglementés.

«licence» ou «permis» Licence ou permis délivrés en vertu de l'article 24.

« licence » ou
« permis »
"licence"

«ministre» Le ministre des Ressources naturelles ou le membre du Conseil privé de la Reine pour le Canada que le gouverneur en

« ministre »
"Minister"

*Sûreté et réglementation nucléaires — 8 août 2011*

use of a nuclear substance, prescribed equipment or prescribed information,

and includes, where applicable, the land on which the facility is located, a building that forms part of, or equipment used in conjunction with, the facility and any system for the management, storage or disposal of a nuclear substance.

"nuclear substance" means

(*a*) deuterium, thorium, uranium or an element with an atomic number greater than 92;

(*b*) a derivative or compound of deuterium, thorium, uranium or of an element with an atomic number greater than 92;

(*c*) a radioactive nuclide;

(*d*) a substance that is prescribed as being capable of releasing nuclear energy or as being required for the production or use of nuclear energy;

(*e*) a radioactive by-product of the development, production or use of nuclear energy; and

(*f*) a radioactive substance or radioactive thing that was used for the development or production, or in connection with the use, of nuclear energy.

"prescribed" means prescribed by regulation of the Commission.

"radiation" means the emission by a nuclear substance, the production using a nuclear substance, or the production at a nuclear facility of, an atomic or subatomic particle or electromagnetic wave with sufficient energy for ionization.

"record" has the meaning assigned to that word by section 3 of the *Access to Information Act*.

"vehicle" means any means of air, water or land transport, and includes railway equipment within the meaning assigned to that expression by subsection 4(1) of the *Railway Safety Act*.

"nuclear substance"
« *substance nucléaire* »

"prescribed"
« *réglementaire* ou « *réglemente* »

"radiation"
« *rayonnement* »

"record"
« *document* »

"vehicle"
« *véhicule* »

conseil désigne à titre de ministre chargé de l'application de la présente loi.

«rayonnement» Émission par une substance nucléaire — ou production à l'aide d'une telle substance ou dans une installation nucléaire — d'une particule atomique ou subatomique ou d'une onde électromagnétique, si la particule ou l'onde a une énergie suffisante pour entraîner l'ionisation.

«réglementaire» ou «réglementé» Prévu par les règlements de la Commission, à l'exclusion des règlements administratifs.

«service de dosimétrie» Service, désigné par règlement, assurant la mesure et le contrôle des doses de rayonnement.

«substance nucléaire»

*a*) Le deutérium, le thorium, l'uranium et les éléments de numéro atomique supérieur à 92;

*b*) les dérivés et composés du deutérium, du thorium, de l'uranium ou des éléments de numéro atomique supérieur à 92;

*c*) les radionucléides;

*d*) les substances désignées par règlement comme étant soit capables de libérer de l'énergie nucléaire, soit indispensables pour en produire ou en utiliser;

*e*) un sous-produit radioactif qui résulte du développement, de la production ou de l'utilisation de l'énergie nucléaire;

*f*) une substance ou un objet radioactif qui a servi dans le cadre du développement, de la production ou de l'utilisation de l'énergie nucléaire.

«travailleur du secteur nucléaire» Personne qui, du fait de sa profession ou de son occupation et des conditions dans lesquelles elle exerce ses activités, si celles-ci sont liées à une substance ou une installation nucléaire, risque vraisemblablement de recevoir une dose de rayonnement supérieure à la limite réglementaire fixée pour la population en général.

«véhicule» Tout moyen de transport aérien, maritime ou terrestre, notamment le matériel ferroviaire au sens du paragraphe 4(1) de la *Loi sur la sécurité ferroviaire*.

« rayonnement »
"*radiation*"

« réglementaire » ou « réglementé »
"*prescribed*"

« service de dosimétrie »
"*dosimetry service*"

« substance nucléaire »
"*nuclear substance*"

« travailleur du secteur nucléaire »
"*nuclear energy worker*"

« véhicule »
"*vehicle*"

*Nuclear Safety and Control — August 8, 2011*

## PURPOSE OF ACT

Purpose

**3.** The purpose of this Act is to provide for

(*a*) the limitation, to a reasonable level and in a manner that is consistent with Canada's international obligations, of the risks to national security, the health and safety of persons and the environment that are associated with the development, production and use of nuclear energy and the production, possession and use of nuclear substances, prescribed equipment and prescribed information; and

(*b*) the implementation in Canada of measures to which Canada has agreed respecting international control of the development, production and use of nuclear energy, including the non-proliferation of nuclear weapons and nuclear explosive devices.

## APPLICATION

Her Majesty

**4.** Subject to any order made pursuant to section 5, this Act is binding on Her Majesty in right of Canada or a province.

Orders excluding Department of National Defence, etc.

**5.** The Governor in Council may, by order, exclude the Department of National Defence or the Canadian Forces from the application of this Act or any regulations made pursuant to this Act, to the extent and under the conditions specified in the order.

Act not applicable to certain naval vessels

**6.** This Act does not apply to a nuclear-powered or nuclear-capable naval vessel of a foreign state that is invited into Canada by Her Majesty in right of Canada.

Commission may exclude certain substances

**7.** The Commission may, in accordance with the regulations, exempt any activity, person, class of person or quantity of a nuclear substance, temporarily or permanently, from the application of this Act or the regulations or any provision thereof.

## OBJET

Objet

**3.** La présente loi a pour objet :

*a*) la limitation, à un niveau acceptable, des risques liés au développement, à la production et à l'utilisation de l'énergie nucléaire, ainsi qu'à la production, la possession et l'utilisation des substances nucléaires, de l'équipement réglementé et des renseignements réglementés, tant pour la préservation de la santé et de la sécurité des personnes et la protection de l'environnement que pour le maintien de la sécurité nationale, et le respect par le Canada de ses obligations internationales;

*b*) la mise en œuvre au Canada des mesures de contrôle international du développement, de la production et de l'utilisation de l'énergie nucléaire que le Canada s'est engagé à respecter, notamment celles qui portent sur la non-prolifération des armes nucléaires et engins explosifs nucléaires.

## CHAMP D'APPLICATION

Obligation de Sa Majesté

**4.** Sous réserve des décrets d'application de l'article 5, la présente loi lie Sa Majesté du chef du Canada ou d'une province.

Décret d'exclusion

**5.** Le gouverneur en conseil peut, par décret, soustraire le ministère de la Défense nationale ou les Forces canadiennes à l'application de la présente loi ou de l'un de ses règlements; le décret prévoit les limites et les conditions d'application de l'exemption.

Non-application

**6.** La présente loi ne s'applique pas aux navires à propulsion nucléaire ou à capacité nucléaire de la marine d'un pays étranger que Sa Majesté du chef du Canada invite au Canada.

Exemptions

**7.** La Commission peut, en conformité avec les règlements, soustraire, de façon temporaire ou permanente, à l'application de la totalité ou d'une partie de la présente loi ou de ses règlements une activité, une personne, une catégorie de personnes ou une quantité déterminée de substance nucléaire.

## CANADIAN NUCLEAR SAFETY COMMISSION

### ESTABLISHMENT OF COMMISSION

Establishment of Commission

**8.** (1) There is hereby established a body corporate to be known as the Canadian Nuclear Safety Commission.

Agent of Her Majesty

(2) The Commission is for all its purposes an agent of Her Majesty and may exercise its powers only as an agent of Her Majesty.

### OBJECTS

Objects

**9.** The objects of the Commission are

(*a*) to regulate the development, production and use of nuclear energy and the production, possession and use of nuclear substances, prescribed equipment and prescribed information in order to

(i) prevent unreasonable risk, to the environment and to the health and safety of persons, associated with that development, production, possession or use,

(ii) prevent unreasonable risk to national security associated with that development, production, possession or use, and

(iii) achieve conformity with measures of control and international obligations to which Canada has agreed; and

(*b*) to disseminate objective scientific, technical and regulatory information to the public concerning the activities of the Commission and the effects, on the environment and on the health and safety of persons, of the development, production, possession and use referred to in paragraph (*a*).

### MEMBERS

Constitution

**10.** (1) The Commission consists of not more than seven permanent members to be appointed by the Governor in Council.

Temporary members

(2) Notwithstanding subsection (1), the Governor in Council may appoint temporary members of the Commission whenever, in the opinion of the Governor in Council, it is necessary to do so.

## COMMISSION CANADIENNE DE SÛRETÉ NUCLÉAIRE

### CONSTITUTION DE LA COMMISSION

Constitution

**8.** (1) Est constituée une personne morale appelée la Commission canadienne de sûreté nucléaire.

Mandataire de Sa Majesté

(2) La Commission est mandataire de Sa Majesté et ne peut exercer ses attributions qu'à ce titre.

### MISSION

Mission

**9.** La Commission a pour mission :

*a*) de réglementer le développement, la production et l'utilisation de l'énergie nucléaire ainsi que la production, la possession et l'utilisation des substances nucléaires, de l'équipement réglementé et des renseignements réglementés afin que :

(i) le niveau de risque inhérent à ces activités tant pour la santé et la sécurité des personnes que pour l'environnement, demeure acceptable,

(ii) le niveau de risque inhérent à ces activités pour la sécurité nationale demeure acceptable,

(iii) ces activités soient exercées en conformité avec les mesures de contrôle et les obligations internationales que le Canada a assumées;

*b*) d'informer objectivement le public — sur les plans scientifique ou technique ou en ce qui concerne la réglementation du domaine de l'énergie nucléaire — sur ses activités et sur les conséquences, pour la santé et la sécurité des personnes et pour l'environnement, des activités mentionnées à l'alinéa *a*).

### CONSEILLERS

Composition

**10.** (1) La Commission est composée d'au plus sept membres permanents, ou commissaires permanents, nommés par le gouverneur en conseil.

Commissaires nommés à titre temporaire

(2) Malgré le paragraphe (1), le gouverneur en conseil peut nommer, lorsqu'il l'estime nécessaire, des commissaires à titre temporaire.

*Nuclear Safety and Control — August 8, 2011*

President

**(3)** The Governor in Council shall designate one of the permanent members to hold office as President.

Président

**(3)** Le gouverneur en conseil désigne le président parmi les commissaires permanents.

Full- or part-time members

**(4)** The President is a full-time member of the Commission and the other members may be appointed as full-time or part-time members.

Statut des commissaires

**(4)** Le président est nommé à temps plein et les autres commissaires le sont à temps plein ou à temps partiel.

Tenure and term of appointment

**(5)** Each permanent member holds office during good behaviour for a term not exceeding five years and may be removed at any time by the Governor in Council for cause.

Mandat

**(5)** Les commissaires permanents sont nommés à titre inamovible pour un mandat maximal de cinq ans, sous réserve de révocation motivée par le gouverneur en conseil.

Temporary members

**(6)** Each temporary member holds office during good behaviour for a term not exceeding six months.

Mandat temporaire

**(6)** Chaque commissaire nommé à titre temporaire l'est à titre inamovible pour un mandat maximal de six mois.

Re-appointment

**(7)** A member is eligible to be re-appointed to the Commission in the same or another capacity.

Reconduction

**(7)** Le mandat des commissaires peut être reconduit, à des fonctions identiques ou non.

Conflict of interest

**11.** (1) A member shall not, directly or indirectly, engage in any activity, have any interest in a business or accept or engage in any office or employment that is inconsistent with the member's duties.

Conflit d'intérêts

**11.** (1) Pendant leur mandat, les commissaires ne peuvent, même indirectement, exercer une activité, être titulaire d'un intérêt dans une entreprise ou accepter une charge ou un emploi incompatibles avec leurs fonctions.

Termination of conflict of interest

**(2)** A member who becomes aware that the member is in a conflict of interest contrary to subsection (1) shall, within one hundred and twenty days, terminate the conflict or resign from the Commission.

Intervention du commissaire

**(2)** Le commissaire qui se rend compte qu'il se trouve dans une situation de conflit d'intérêts au sens du paragraphe (1) dispose d'un délai de cent vingt jours pour mettre fin au conflit ou démissionner.

### PRESIDENT

### PRÉSIDENT

Duties of President

**12.** (1) The President is the chief executive officer of the Commission and has supervision over and direction of the work of the members and officers and employees of the Commission, including the apportionment of work among the members and, where the Commission sits in a panel, the assignment of a member or members to the panel and of a member to preside over the panel.

Fonctions du président

**12.** (1) Le président est le premier dirigeant de la Commission et, à ce titre, il en assure la direction et contrôle la gestion de son personnel; il est notamment responsable de la répartition du travail parmi les commissaires, de leur affectation à l'une ou l'autre des formations de la Commission et de la désignation du commissaire chargé de présider chaque formation.

Absence, etc. of President

**(2)** If the President is absent or incapacitated or if the office of President is vacant, such other member as may be designated by the Commission has all the powers and functions of the President during the absence, incapacity or vacancy, but no person may so act for a period exceeding ninety days without the approval of the Governor in Council.

Intérim du président

**(2)** En cas d'absence ou d'empêchement du président, ou de vacance de son poste, le commissaire que la Commission désigne assure l'intérim, qui ne peut dépasser quatre-vingt-dix jours sans l'agrément du gouverneur en conseil.

Delegation

**(3)** The President may delegate any of the powers delegated to the President pursuant to subsection 16(2) or 17(2) to any officer or employee of the Commission.

Délégation

**(3)** Le président peut déléguer les pouvoirs qui lui sont conférés aux paragraphes 16(2) et 17(2) à un dirigeant ou un employé de la Commission.

*Sûreté et réglementation nucléaires — 8 août 2011*

Reports

(4) Subject to the regulations made pursuant to paragraph 44(1)(*d*), the President shall make such reports to the Minister as the Minister may require concerning the general administration and management of the affairs of the Commission and such of these reports as the Minister may direct shall form part of the report referred to in section 72.

Rapports

(4) Sous réserve des règlements pris en vertu de l'alinéa 44(1)*d*), le président est tenu de présenter au ministre les rapports que celui-ci exige sur l'administration et la gestion des affaires de la Commission. Le ministre désigne ceux de ces rapports qui font partie du rapport annuel.

## REMUNERATION AND EXPENSES

## RÉMUNÉRATION ET INDEMNITÉS

Remuneration

**13.** Each member and each former member to whom subsection 23(2) applies shall be paid such remuneration and allowances as are fixed by the Governor in Council and is entitled to be paid reasonable travel and living expenses incurred in the course of the member's or former member's duties under this Act while absent from, in the case of a full-time member or former member, their ordinary place of work and, in the case of a part-time member or former member, their ordinary place of residence.

Rémunération

**13.** Les commissaires et les anciens commissaires visés au paragraphe 23(2) reçoivent la rémunération que peut fixer le gouverneur en conseil et ont droit au remboursement des frais de déplacement et de séjour entraînés par l'accomplissement, hors de leur lieu habituel soit de travail, s'ils sont à temps plein, soit de résidence, s'ils sont à temps partiel, des fonctions qui leur sont confiées en application de la présente loi.

## MEETINGS

## RÉUNIONS

Meetings

**14.** (1) The Commission may meet for the conduct of its affairs at such times and in such places as are established by by-law of the Commission.

Réunions

**14.** (1) La Commission tient ses réunions aux date, heure et lieu fixés par règlement administratif.

Telephone conferences

(2) A member may, subject to the by-laws of the Commission, participate in a meeting of the Commission by means of a telephone or other communication device that permits all persons participating in the meeting to hear one another, and a member who participates in a meeting by those means is deemed, for the purposes of this Act, to be present at the meeting.

Téléparticipation

(2) Sous réserve des règlements administratifs, les commissaires peuvent participer à une réunion de la Commission par tout moyen de télécommunication qui permet à tous les participants d'entendre ce que disent les autres, notamment par téléphone; pour l'application de la présente loi, ces commissaires sont alors réputés présents.

## BY-LAWS

## RÈGLEMENTS ADMINISTRATIFS

By-laws

**15.** The Commission may make by-laws respecting the management and conduct of its affairs and to meet its objects and carry out its duties under this Act and may, without limiting the generality of the foregoing, make by-laws

(*a*) respecting the calling of meetings of the Commission;

(*b*) respecting generally the carrying on of the work of the Commission, including establishing the number of members that constitutes a quorum of the Commission or of a panel of the Commission; and

Règlements administratifs

**15.** La Commission peut prendre des règlements administratifs sur la conduite de ses affaires, la poursuite de sa mission et l'exercice des attributions que la présente loi lui confère; elle peut notamment, par de tels règlements :

*a*) régir la convocation de ses réunions;

*b*) régir d'une façon générale le déroulement de ses travaux, notamment la fixation du quorum lors de ses réunions et de celles de ses formations;

*c*) fixer les règles à suivre au cours des procédures autres que celles dont les règles sont prévues par règlement.

*Nuclear Safety and Control — August 8, 2011*

(*c*) determining the procedures to be followed in proceedings other than those for which rules are otherwise prescribed.

OFFICERS, EMPLOYEES AND CONTRACTORS

DIRIGEANTS, EMPLOYÉS ET CONTRACTUELS

Employment of staff

**16.** (1) The Commission may, notwithstanding any other Act of Parliament, appoint and employ such professional, scientific, technical or other officers or employees as it considers necessary for the purposes of this Act and may establish the terms and conditions of their employment and, in consultation with the Treasury Board, fix their remuneration.

**16.** (1) Par dérogation à toute autre loi fédérale, la Commission peut engager les dirigeants et employés ayant les compétences, notamment professionnelles, scientifiques et techniques, qu'elle juge nécessaires à l'application de la présente loi et fixer leurs conditions d'emploi, y compris, après consultation du Conseil du Trésor, leur rémunération.

Personnel

Delegation to President

(2) The Commission may delegate to the President any of the powers conferred on it by subsection (1).

(2) La Commission peut déléguer au président les pouvoirs qui lui sont conférés au paragraphe (1).

Délégation au président

Compensation

(3) The members, officers and employees of the Commission are deemed to be employees for the purposes of the *Government Employees Compensation Act* and to be employed in the federal public administration for the purposes of any regulations made pursuant to section 9 of the *Aeronautics Act*.

(3) Les commissaires, dirigeants et employés de la Commission sont réputés être des agents de l'État pour l'application de la *Loi sur l'indemnisation des agents de l'État* et appartenir à l'administration publique fédérale pour l'application des règlements pris en vertu de l'article 9 de la *Loi sur l'aéronautique*.

Présomption

1997, c. 9, s. 16; 2002, c. 17, s. 22; 2003, c. 22, s. 224(E).

1997, ch. 9, art. 16; 2002, ch. 17, art. 22; 2003, ch. 22, art. 224(A).

Technical assistance

**17.** (1) The Commission may enter into contracts for the services of any persons having technical or specialized knowledge of any matter relating to the work of the Commission, to advise and assist the Commission in the exercise or performance of any of its powers, duties or functions under this Act, and those persons shall receive such payment for their services and such expenses as are fixed by the Commission.

**17.** (1) La Commission peut, par contrat, retenir les services de personnes ayant des compétences techniques ou spécialisées utiles aux travaux de la Commission pour qu'elles la conseillent et l'aident dans l'exercice des attributions que lui confère la présente loi; ces personnes reçoivent pour leurs services la rémunération et les indemnités fixées par la Commission.

Assistance contractuelle

Delegation to President

(2) The Commission may delegate to the President any of the powers conferred on it by subsection (1).

(2) La Commission peut déléguer au président les pouvoirs qui lui sont conférés au paragraphe (1).

Délégation au président

1997, c. 9, s. 17; 2002, c. 17, s. 23.

1997, ch. 9, art. 17; 2002, ch. 17, art. 23.

CIVIL LIABILITY

RESPONSABILITÉ CIVILE

Immunity

**18.** (1) No civil proceedings may be brought against any member or other person or authority acting on behalf or under the direction of the Commission for anything done, reported or said in good faith in the course of the exercise or performance or purported exercise or performance of any power, duty or function of the Commission under this Act or for any al-

**18.** (1) Les commissaires de même que les personnes ou autorités qui agissent au nom de la Commission ou sous ses ordres n'engagent pas leur responsabilité civile personnelle en raison des gestes — actes ou omissions — qu'ils accomplissent de bonne foi dans l'exercice, réel ou prétendu tel, des attributions que la présente loi confère à la Commission ou en raison d'une

Immunité

*Sûreté et réglementation nucléaires — 8 août 2011*

leged neglect or default in the execution in good faith of any such power, duty or function.

**Immunity**

(2) No civil proceedings may be brought against any person or authority referred to in subsection 44(8) or (9) for anything done, reported or said in good faith in the course of the exercise or performance or purported exercise or performance of any power, duty or function of the Commission under this Act or for any alleged neglect or default in the execution in good faith of any such power, duty or function.

**Commission not relieved**

(3) Nothing in this section relieves the Commission of liability in respect of a tort or extra-contractual civil liability to which the Commission would otherwise be subject.

### DIRECTIVES

**Directive of Governor in Council**

**19.** (1) The Governor in Council may, by order, issue to the Commission directives of general application on broad policy matters with respect to the objects of the Commission.

**Directives binding**

(2) An order made under this section is binding on the Commission.

**Publication and tabling**

(3) A copy of each order made under this section shall be

(a) published in the *Canada Gazette*; and

(b) laid before each House of Parliament.

### POWERS

**Court of record**

**20.** (1) The Commission is a court of record.

**Witnesses and records**

(2) The Commission has, with respect to the appearance, summoning and examination of witnesses, the production and inspection of records, the enforcement of its orders and other matters necessary or proper for the due exercise of its jurisdiction, all such powers, rights and privileges as are necessary to carry out the duties of the Commission or to enforce any order, including, without limiting the generality of the foregoing, the power to

(a) issue a summons requiring a person

(i) to appear at the time and place stated in the summons to give evidence concerning any matter relevant to any subject-matter before the Commission, and

(ii) to produce, either before or at a hearing, such records and things as the Com-

négligence ou d'un manquement qui survient dans l'exercice de bonne foi de ces attributions.

(2) Les personnes et autorités visées aux paragraphes 44(8) et (9) jouissent de l'immunité prévue au paragraphe (1).

**Immunité**

(3) Les paragraphes (1) et (2) n'ont pas pour effet de dégager la Commission de la responsabilité civile délictuelle ou de la responsabilité extracontractuelle qui pourrait lui être imputée.

**Responsabilité de la Commission**

### INSTRUCTIONS

**19.** (1) Le gouverneur en conseil peut, par décret, donner à la Commission des instructions d'orientation générale sur sa mission.

**Instructions du gouverneur en conseil**

(2) Les instructions du gouverneur en conseil lient la Commission.

**Caractère obligatoire**

(3) Les décrets pris en vertu du présent article sont publiés dans la *Gazette du Canada* et déposés devant chaque chambre du Parlement.

**Publication et dépôt**

### ATTRIBUTIONS

**20.** (1) La Commission est une cour d'archives.

**Cour d'archives**

(2) En matière de comparution et d'interrogatoire des témoins, de dépôt et d'examen des documents et d'exécution de ses ordonnances, de même qu'à l'égard de toute autre question liée ou utile à l'exercice efficace de sa compétence, la Commission est investie des pouvoirs, droits et avantages nécessaires à l'accomplissement de ses fonctions et à l'exécution de ses ordonnances et peut notamment :

**Témoins et documents**

a) décerner une sommation enjoignant à son destinataire :

(i) de comparaître aux lieu, date et heure indiqués pour témoigner sur une question dont elle est saisie,

(ii) de déposer devant la Commission — avant ou pendant l'audience — les documents et objets qu'elle estime nécessaires

*Nuclear Safety and Control — August 8, 2011*

mission considers appropriate to the full investigation and consideration of matters within its jurisdiction; and

(*b*) administer oaths and examine any person under oath.

**Informal and expeditious**

(3) All proceedings before the Commission shall be dealt with as informally and expeditiously as the circumstances and considerations of fairness permit, but, in any case, within the prescribed period of time.

**Not bound by legal rules**

(4) The Commission is not bound by the legal rules of evidence and in particular may

(*a*) receive and accept such evidence and information on oath, by affidavit or otherwise, as in its discretion it considers appropriate; and

(*b*) refuse to accept any evidence that the Commission does not consider relevant or trustworthy.

**Control of subject-matter**

(5) Before conducting a proceeding, the Commission may

(*a*) stay or dismiss an application where the applicant is not in compliance with a term or condition of a licence or of any order made under this Act;

(*b*) determine the issues in respect of which it will receive evidence or hear argument; and

(*c*) exclude from consideration any matter on which it has rendered a decision.

**Control of proceedings**

(6) The Commission may take such measures as it considers necessary to maintain order during proceedings before it and in particular may limit the participation in the proceedings of, or eject from the proceedings, any person who disrupts the proceedings and, where the person is ejected, continue the proceedings in the person's absence.

**Assistance of peace officers**

(7) A peace officer shall provide such assistance as the Commission or a member of the Commission may request for the purpose of maintaining order during proceedings before the Commission.

**Enforcement of orders of the Commission**

(8) Any decision or order of the Commission may, for the purpose of enforcement, be made a rule, order or decree of the Federal Court or of a superior court of a province and

à une étude complète de toute question qui relève de sa compétence;

*b*) faire prêter serment et interroger toute personne sous serment.

(3) La Commission tranche les questions dont elle est saisie de la façon la plus informelle et la plus rapide possible, compte tenu des circonstances et de l'équité, mais en tout état de cause dans le délai prévu par règlement.

**Caractère non formel**

(4) La Commission n'est pas liée par les règles de preuve applicables devant les tribunaux; elle peut notamment accepter de recevoir des éléments de preuve et des renseignements présentés sous serment et accompagnés ou non d'un affidavit, selon qu'elle l'estime indiqué, et refuser de recevoir les éléments de preuve qu'elle ne juge pas pertinents ou fiables.

**Règles de preuve**

(5) Avant de commencer la procédure, la Commission peut :

*a*) rejeter une demande ou en suspendre l'étude si le demandeur ne s'est pas conformé aux conditions d'une licence ou d'un permis, ou d'un ordre ou d'une ordonnance prévus par la présente loi;

*b*) déterminer les questions à l'égard desquelles des éléments de preuve pourront lui être présentés;

*c*) écarter les questions qu'elle a déjà tranchées.

**Objet des procédures**

(6) La Commission peut prendre les mesures qu'elle juge nécessaires au maintien de l'ordre pour le bon déroulement des procédures dont elle est saisie. Elle peut notamment restreindre le droit d'une personne de participer aux procédures ou expulser celle-ci lorsqu'elle nuit à leur déroulement et, en cas d'expulsion, poursuivre les procédures en son absence.

**Maintien de l'ordre et du décorum**

(7) Tout agent de la paix prête à la Commission ou à ses membres, sur demande, l'assistance nécessaire au maintien de l'ordre pour le bon déroulement des procédures dont elle est saisie.

**Agent de la paix**

(8) Les décisions et ordonnances de la Commission peuvent être homologuées par la Cour fédérale ou une juridiction supérieure provinciale; le cas échéant, leur exécution s'effectue

**Homologation**

*Sûreté et réglementation nucléaires — 8 août 2011*

may be enforced in like manner as a rule, order or decree of that court.

Procedure for enforcement

(9) To make a decision or order of the Commission a rule, order or decree of the Federal Court or a superior court, the usual practice and procedure of the court in those matters may be followed, or the President may provide to the court a certified copy of the decision or order under the seal of the Commission and thereupon the decision or order becomes a rule, order or decree of the court.

Powers

**21.** (1) The Commission may, in order to attain its objects,

(*a*) enter into arrangements, including an arrangement to provide training, with any person, any department or agency of the Government of Canada or of a province, any regulatory agency or department of a foreign government or any international agency;

(*b*) establish and maintain programs to provide the Commission with scientific, technical and other advice and information;

(*b*.1) establish and maintain a participant funding program to facilitate the participation of the public in proceedings under this Act;

(*c*) establish, and fix the terms of reference of, advisory, standing and other committees;

(*d*) establish and maintain offices and laboratories;

(*e*) disseminate objective scientific, technical and regulatory information to the public concerning the activities of the Commission and the effects, on the environment or on the health or safety of persons, of the development, production or use of nuclear energy or the production, possession or use of a nuclear substance, prescribed equipment or prescribed information;

(*f*) provide, under an appropriate security classification, to any department or agency of a foreign government or international agency with which Canada or the Commission has entered into an arrangement for the provision of such information, information relating to the development, production or use of nuclear energy or the production, possession or use of a nuclear substance, prescribed equipment or prescribed information

selon les mêmes modalités que les décisions et ordonnances de la juridiction saisie.

Procédure

(9) L'homologation se fait soit selon les règles de pratique et de procédure de la juridiction saisie, soit par dépôt au greffe de celle-ci, par le président, d'une copie de la décision ou de l'ordonnance certifiée conforme et portant le sceau de la Commission.

Pouvoirs

**21.** (1) Pour réaliser sa mission, la Commission peut :

*a*) conclure des accords, notamment en matière de formation, avec une personne, un ministère ou organisme du gouvernement du Canada ou d'une province, un organisme de réglementation ou un ministère d'un gouvernement étranger, ou une organisation internationale;

*b*) créer et gérer des programmes pour lui permettre d'obtenir des conseils et des renseignements, spécialement dans les domaines scientifiques et techniques;

*b*.1) créer et gérer un programme d'aide financière visant à faciliter la participation du public aux procédures prévues par la présente loi;

*c*) créer des comités, notamment des comités consultatifs et des comités permanents, et déterminer leur mandat;

*d*) établir et administrer des bureaux et des laboratoires;

*e*) informer objectivement le public — sur les plans scientifique ou technique ou en ce qui concerne la réglementation du domaine de l'énergie nucléaire — sur ses activités et sur les conséquences, pour la santé et la sécurité des personnes et pour l'environnement, du développement, de la production et de l'utilisation de l'énergie nucléaire, ainsi que sur les effets de la production, de la possession et de l'utilisation des substances nucléaires, de l'équipement réglementé et des renseignements réglementés;

*f*) compte tenu de la classification de sécurité applicable, fournir à un ministère ou un organisme d'un gouvernement étranger ou à une organisation internationale avec lesquels

*Nuclear Safety and Control — August 8, 2011*

including, after obtaining such assurances as it considers necessary to protect any commercial interest, protected commercial information;

(*g*) charge any fees that may be prescribed for any information, product or service that it provides under this Act or for the participant funding program that it establishes and maintains under this Act;

(*h*) certify and decertify prescribed equipment for the purposes of this Act;

(*i*) certify and decertify persons referred to in paragraph 44(1)(*k*) as qualified to carry out their duties under this Act or the duties of their employment, as the case may be; and

(*j*) authorize the return to work of persons whose dose of radiation has or may have exceeded the prescribed radiation dose limits.

elle, ou le Canada, a conclu un accord d'échange de renseignements, des renseignements sur le développement, la production et l'utilisation de l'énergie nucléaire, ainsi que sur la production, la possession et l'utilisation des substances nucléaires, de l'équipement réglementé et des renseignements réglementés, notamment des renseignements commerciaux protégés, après, dans ce cas, avoir obtenu les garanties qu'elle estime adéquates sur la protection des intérêts commerciaux en cause;

*g*) imposer les droits réglementaires pour les services, renseignements ou produits qu'elle fournit sous le régime de la présente loi ou pour le programme d'aide financière qu'elle crée et gère sous le régime de la présente loi;

*h*) homologuer l'équipement réglementé pour l'application de la présente loi, ou en annuler l'homologation;

*i*) accréditer les personnes visées à l'alinéa 44(1)*k*) pour accomplir leurs fonctions, ou retirer leur accréditation;

*j*) autoriser le retour au travail des personnes ayant reçu ou pouvant avoir reçu une dose de rayonnement supérieure à la limite réglementaire.

**Refund of fees** (2) The Commission may, under the prescribed circumstances, refund all or part of any fee referred to in paragraph (1)(*g*).

1997, c. 9, s. 21; 2001, c. 34, s. 58; 2010, c. 12, s. 2150.

(2) Dans les cas réglementaires, la Commission peut rembourser la totalité ou une partie des droits visés à l'alinéa (1)*g*). **Remboursement**

1997, ch. 9, art. 21; 2001, ch. 34, art. 58; 2010, ch. 12, art. 2150.

## PANELS

## FORMATIONS

**Establishment of panels** **22.** (1) The President may establish a panel of the Commission consisting of one or more members and, subject to subsection (3), the panel may, as directed by the President, exercise or perform any or all of the powers, duties and functions of the Commission.

**22.** (1) Le président peut constituer des formations de la Commission composées d'un ou de plusieurs commissaires; sous réserve du paragraphe (3), elles exercent, en conformité avec les directives qu'il leur donne, celles des attributions de la Commission qu'il leur délègue. **Constitution**

**Act of a panel** (2) An act of a panel is deemed to be an act of the Commission.

(2) Les actes d'une formation sont assimilés à ceux de la Commission. **Assimilation à un acte de la Commission**

**Exceptions** (3) A panel may not make by-laws or regulations or review a decision or order of the Commission.

(3) Les formations ne peuvent pas prendre de règlements ni de règlements administratifs; elles ne peuvent non plus réviser une décision ou une ordonnance de la Commission. **Exceptions**

*Sûreté et réglementation nucléaires — 8 août 2011*

## DECISION-MAKING

RÈGLES DE PROCÉDURE

Decision-making by Commission

**23.** (1) The President or the presiding member shall not vote at a meeting of the Commission or a panel of the Commission, as the case may be, except that the President or presiding member has and shall cast the deciding vote in case of an equal division.

**23.** (1) Lors d'une réunion de la Commission ou d'une formation de la Commission, le président ou le commissaire chargé de présider la formation n'a pas le droit de voter, mais il a voix prépondérante en cas de partage.

Voix prépondérante

Member ceasing to hold office

(2) A person who has ceased to be a member may, with the authorization of the President and for such period as the President may fix, take part in the disposition of any matter in which that person became engaged while holding office as a member, and a person so authorized shall, for that purpose, be deemed to be a member of the Commission.

(2) Les anciens commissaires peuvent, si le président les y autorise et jusqu'à l'expiration du délai qu'il fixe, participer aux décisions nécessaires pour trancher les questions dont ils ont été saisis alors qu'ils étaient membres de la Commission; dans ce cas, ils sont assimilés aux commissaires en exercice.

Anciens commissaires

Where member unable to act

(3) Where any member has taken part in a matter and for any reason is unable to take part in the disposition of the matter, the remaining members who took part in the matter may, with the authorization of the President, make the disposition notwithstanding that the quorum may have been lost.

(3) Si l'un des commissaires qui ont été saisis d'une question est, pour quelque motif que ce soit, incapable de prendre part à la décision, le président peut autoriser les autres commissaires concernés à rendre cette décision même si leur nombre est inférieur au quorum.

Incapacité d'un commissaire

Where one-member panel unable to act

(4) Where a panel consists of one member and the member is at any time unable to dispose of a matter that is before the panel, the President may authorize another member to consider and dispose of the matter.

(4) Dans le cas de la formation constituée d'un seul commissaire, le président peut autoriser un autre commissaire à reprendre ou poursuivre les travaux de la formation si le premier commissaire devient incapable d'exercer ses fonctions.

Incapacité du commissaire constituant une formation

## LICENCES

LICENCES ET PERMIS

Licences

**24.** (1) The Commission may establish classes of licences authorizing the licensee to carry on any activity described in any of paragraphs 26(*a*) to (*f*) that is specified in the licence for the period that is specified in the licence.

**24.** (1) La Commission peut établir plusieurs catégories de licences et de permis; chaque licence ou permis autorise le titulaire à exercer celles des activités décrites aux alinéas 26*a*) à *f*) que la licence ou le permis mentionne, pendant la durée qui y est également mentionnée.

Catégories

Application

(2) The Commission may issue, renew, suspend in whole or in part, amend, revoke or replace a licence on receipt of an application

(2) La Commission peut délivrer, renouveler, suspendre en tout ou en partie, modifier, révoquer ou remplacer une licence ou un permis lorsqu'elle en reçoit la demande en la forme réglementaire, comportant les renseignements et engagements réglementaires et accompagnée des pièces et des droits réglementaires.

Demande

(*a*) in the prescribed form;

(*b*) containing the prescribed information and undertakings and accompanied by the prescribed documents; and

(*c*) accompanied by the prescribed fee.

Refund of fees

(3) The Commission may, under the prescribed circumstances, refund all or part of any fee referred to in paragraph (2)(*c*).

(3) Dans les cas réglementaires, la Commission peut rembourser la totalité ou une partie des droits visés au paragraphe (2).

Remboursement

*Nuclear Safety and Control — August 8, 2011*

Conditions for issuance, etc.

(4) No licence may be issued, renewed, amended or replaced unless, in the opinion of the Commission, the applicant

(*a*) is qualified to carry on the activity that the licence will authorize the licensee to carry on; and

(*b*) will, in carrying on that activity, make adequate provision for the protection of the environment, the health and safety of persons and the maintenance of national security and measures required to implement international obligations to which Canada has agreed.

Terms and conditions of licences

(5) A licence may contain any term or condition that the Commission considers necessary for the purposes of this Act, including a condition that the applicant provide a financial guarantee in a form that is acceptable to the Commission.

Application of proceeds of financial guarantee

(6) The Commission may authorize the application of the proceeds of any financial guarantee referred to in subsection (5) in such manner as it considers appropriate for the purposes of this Act.

Refund

(7) The Commission shall grant to any person who provided a financial guarantee under subsection (5) a refund of any of the proceeds of the guarantee that have not been spent and may give the person, in addition to the refund, interest at the prescribed rate in respect of each month or fraction of a month between the time the financial guarantee is provided and the time the refund is granted, calculated on the amount of the refund.

Licence not transferable

(8) A licence may not be transferred.

1997, c. 9, s. 24; 2001, c. 34, s. 59(F).

Renewal, etc.

**25.** The Commission may, on its own motion, renew, suspend in whole or in part, amend, revoke or replace a licence under the prescribed conditions.

Prohibitions

**26.** Subject to the regulations, no person shall, except in accordance with a licence,

(*a*) possess, transfer, import, export, use or abandon a nuclear substance, prescribed equipment or prescribed information;

(*b*) mine, produce, refine, convert, enrich, process, reprocess, package, transport, manage, store or dispose of a nuclear substance;

Conditions préalables à la délivrance

(4) La Commission ne délivre, ne renouvelle, ne modifie ou ne remplace une licence ou un permis que si elle est d'avis que l'auteur de la demande, à la fois :

*a*) est compétent pour exercer les activités visées par la licence ou le permis;

*b*) prendra, dans le cadre de ces activités, les mesures voulues pour préserver la santé et la sécurité des personnes, pour protéger l'environnement, pour maintenir la sécurité nationale et pour respecter les obligations internationales que le Canada a assumées.

Conditions des licences et des permis

(5) Les licences et les permis peuvent être assortis des conditions que la Commission estime nécessaires à l'application de la présente loi, notamment le versement d'une garantie financière sous une forme que la Commission juge acceptable.

Affectation du produit de la garantie financière

(6) La Commission peut autoriser l'affectation du produit de la garantie financière fournie en conformité avec le paragraphe (5) de la façon qu'elle estime indiquée pour l'application de la présente loi.

Remboursement

(7) La Commission rembourse à la personne qui a fourni la garantie la partie non utilisée de celle-ci; le cas échéant, elle peut ajouter les intérêts calculés au taux réglementaire sur le montant du remboursement, pour chaque mois ou partie de mois entre le moment où la garantie a été donnée et celui du remboursement.

Incessibilité des licences et permis

(8) Les licences et les permis sont incessibles.

1997, ch. 9, art. 24; 2001, ch. 34, art. 59(F).

Renouvellement, suspension et révocation

**25.** La Commission peut, de sa propre initiative, renouveler, suspendre en tout ou en partie, modifier, révoquer ou remplacer une licence ou un permis dans les cas prévus par règlement.

Interdictions

**26.** Sous réserve des règlements, il est interdit, sauf en conformité avec une licence ou un permis :

*a*) d'avoir en sa possession, de transférer, d'importer, d'exporter, d'utiliser ou d'abandonner des substances nucléaires, de l'équipement réglementé ou des renseignements réglementés;

*Sûreté et réglementation nucléaires — 8 août 2011*

(*c*) produce or service prescribed equipment;

(*d*) operate a dosimetry service for the purposes of this Act;

(*e*) prepare a site for, construct, operate, modify, decommission or abandon a nuclear facility; or

(*f*) construct, operate, decommission or abandon a nuclear-powered vehicle or bring a nuclear-powered vehicle into Canada.

*b*) de produire, de raffiner, de convertir, d'enrichir, de traiter, de retraiter, d'emballer, de transporter, de gérer, de stocker provisoirement ou en permanence ou d'évacuer une substance nucléaire ou de procéder à l'extraction minière de substances nucléaires;

*c*) de produire ou d'entretenir de l'équipement réglementé;

*d*) d'exploiter un service de dosimétrie pour l'application de la présente loi;

*e*) de préparer l'emplacement d'une installation nucléaire, de la construire, de l'exploiter, de la modifier, de la déclasser ou de l'abandonner;

*f*) de construire, d'exploiter, de déclasser ou d'abandonner un véhicule à propulsion nucléaire ou d'amener un tel véhicule au Canada.

### RECORDS AND REPORTS

### DOCUMENTS ET RAPPORTS

Records and reports

**27.** Every licensee and every prescribed person shall

(*a*) keep the prescribed records, including a record of the dose of radiation received by or committed to each person who performs duties in connection with any activity that is authorized by this Act or who is present at a place where that activity is carried on, retain those records for the prescribed time and disclose them under the prescribed circumstances; and

(*b*) make the prescribed reports and file them in the prescribed manner, including a report on

(i) any theft or loss of a nuclear substance, prescribed equipment or prescribed information that is used in carrying on any activity that is authorized by this Act, and

(ii) any contravention of this Act in relation to an activity that is authorized by this Act and any measure that has been taken in respect of the contravention.

**27.** Les titulaires de licence ou de permis et les personnes visées par règlement :

*a*) tiennent les documents réglementaires, notamment un document sur la quantité de rayonnement reçue par chaque personne — ou la dose engagée à l'égard de chaque personne — dont les fonctions professionnelles sont liées aux activités autorisées par la présente loi ou qui se trouve dans un lieu où celles-ci sont exercées, les conserve durant la période réglementaire et les communique en conformité avec les règlements;

*b*) font les rapports réglementaires, notamment en cas de vol ou de perte d'une substance nucléaire, d'une pièce d'équipement réglementé ou de renseignements réglementés utilisés dans le cadre des activités autorisées par la présente loi, ou en cas de contravention à la présente loi liée à ces activités — le rapport portant aussi dans ce cas sur les mesures prises en rapport avec la contravention — et les dépose de la façon prévue par règlement.

Documents et rapports

### ANALYSTS AND INSPECTORS

### ANALYSTES ET INSPECTEURS

Designation of analysts

**28.** The Commission may designate as an analyst for the purposes of this Act any person whom the Commission considers qualified.

**28.** La Commission peut désigner toute personne qu'elle estime qualifiée pour remplir les fonctions d'analyste dans le cadre de la présente loi.

Désignation des analystes

*Nuclear Safety and Control — August 8, 2011*

Designation of inspectors

**29.** (1) The Commission may designate as an inspector for the purposes of this Act any person whom the Commission considers qualified and any person so designated shall be provided with a certificate in the prescribed form certifying the person's designation.

Contents of certificate

(2) The certificate must list any category of place or vehicle that the inspector has been designated to inspect, any condition that must be satisfied by the inspector in conducting an inspection and any restriction on the powers conferred on the inspector, and on entering or inspecting a place or vehicle the inspector shall, if requested, show the certificate to the person in charge of the place or vehicle.

Inspection

**30.** (1) In order to verify compliance with this Act, the regulations, an order or decision made under this Act or a condition of a licence, an inspector may, at any reasonable time and in accordance with the inspector's certificate, enter and inspect

(*a*) a nuclear facility;

(*b*) a nuclear-powered vehicle or a vehicle that the inspector believes on reasonable grounds is transporting a nuclear reactor, nuclear substance, prescribed equipment or prescribed information; and

(*c*) a vehicle or place in which the inspector believes on reasonable grounds there is a nuclear substance, prescribed equipment, prescribed information or a record that is required by this Act, the regulations, an order or decision made under this Act, or a condition of a licence.

Dwelling-houses

(2) In the case of an inspection of a dwelling-house

(*a*) the inspector shall give reasonable notice to the licensee that an inspection is to be carried out;

(*b*) the inspection shall be conducted between the hours of 7:00 a.m. and 9:00 p.m., local time, where the licensee and the inspec-

Désignation des inspecteurs

**29.** (1) La Commission peut désigner toute personne qu'elle estime qualifiée pour remplir les fonctions d'inspecteur dans le cadre de la présente loi; le cas échéant, elle lui remet un certificat conforme au modèle réglementaire attestant sa qualité.

Contenu du certificat

(2) Le certificat énumère les catégories de lieux ou de véhicules que l'inspecteur est autorisé à visiter, fait état des restrictions attachées à ses pouvoirs et prévoit les modalités applicables au déroulement de chaque visite; l'inspecteur présente, sur demande, son certificat au responsable des lieux ou véhicules visités.

Inspection

**30.** (1) Pour contrôler l'observation de la présente loi ou de ses règlements, d'une ordonnance, d'une décision ou d'un ordre pris sous son régime, ou d'une condition d'une licence ou d'un permis, l'inspecteur peut, à toute heure convenable et sous réserve des conditions de son certificat de désignation, procéder à la visite :

*a*) d'une installation nucléaire;

*b*) d'un véhicule à propulsion nucléaire ou d'un véhicule dont il a des motifs raisonnables de croire qu'il transporte un réacteur nucléaire, une substance nucléaire, de l'équipement réglementé ou des renseignements réglementés;

*c*) d'un véhicule ou d'un lieu où l'inspecteur a des motifs raisonnables de croire que se trouvent des substances nucléaires, de l'équipement réglementé ou des renseignements réglementés ou des documents dont la tenue est obligatoire sous le régime de la présente loi ou de ses règlements, d'une ordonnance, d'une décision ou d'un ordre pris sous son régime, ou d'une condition d'une licence ou d'un permis.

Local d'habitation

(2) Dans le cas de la visite d'un local d'habitation, l'inspecteur doit se conformer aux conditions suivantes :

*a*) donner un préavis suffisant de la visite au titulaire de la licence ou du permis;

*b*) ne procéder à la visite qu'entre 7 h et 21 h, heure locale, lorsqu'il ne peut s'entendre avec le titulaire de la licence ou du permis sur l'heure de la visite;

*Sûreté et réglementation nucléaires — 8 août 2011*

tor cannot agree on a time for the inspection; and

(*c*) the inspection shall be limited to the parts of the dwelling-house in which the nuclear substance, prescribed equipment, prescribed information or record is kept.

*c*) se limiter à la visite des endroits où se trouvent les substances nucléaires, l'équipement réglementé, les renseignements réglementés ou les documents.

**Special circumstances**

(3) An inspector may, at any time, enter and inspect a vehicle or place in which the inspector believes on reasonable grounds that

(*a*) there is contamination by a nuclear substance;

(*b*) a nuclear substance is being used, handled, stored or transported in a manner that may cause an unreasonable risk to the environment or to the health or safety of persons; or

(*c*) a nuclear facility is being operated in a manner or is in a state that may cause an unreasonable risk to the environment or to the health or safety of persons.

(3) L'inspecteur peut en tout temps visiter un véhicule ou un lieu, s'il a des motifs raisonnables de croire :

*a*) que le véhicule ou le lieu est contaminé par des substances nucléaires;

*b*) qu'on y utilise, manipule, stocke — ou que le véhicule transporte — des substances nucléaires d'une manière qui pourrait créer un danger inacceptable pour la santé ou la sécurité des personnes ou pour l'environnement;

*c*) qu'une installation nucléaire est exploitée d'une manière pouvant créer un tel danger ou se trouve dans un état susceptible de créer un tel danger.

**Circonstances spéciales**

**Search without warrant**

**31.** For the purposes of ensuring compliance with this Act and the regulations, an inspector may exercise the powers of search and seizure provided for in section 487 of the *Criminal Code* without a warrant if the conditions for obtaining a warrant exist but, by reason of exigent circumstances, it would not be feasible to obtain a warrant.

**31.** En vue de faire observer la présente loi et ses règlements, l'inspecteur peut exercer sans mandat les pouvoirs de perquisition et de saisie prévus à l'article 487 du *Code criminel*, lorsque l'urgence de la situation rend difficilement réalisable l'obtention du mandat, sous réserve que les conditions de délivrance de celui-ci soient réunies.

**Perquisition sans mandat**

**Powers of inspectors**

**32.** The measures that an inspector may take, in exercising authority under this Act, include

(*a*) using any equipment or causing any equipment to be used;

(*b*) taking any measurement;

(*c*) carrying out any test on a vehicle or in relation to anything in a vehicle or place that the inspector has been designated to inspect;

(*d*) examining any vehicle or place and making or causing to be made a record of anything in any vehicle or place that the inspector has been designated to inspect and removing anything from such a vehicle or place for a reasonable period for the purpose of making a record of it;

(*e*) opening or requesting the opening of any receptacle;

**32.** Dans l'exercice des attributions que lui confère la présente loi, l'inspecteur peut notamment :

*a*) utiliser ou faire utiliser le matériel qui se trouve sur place;

*b*) effectuer des mesures;

*c*) faire des essais sur un véhicule ou sur tout objet qui se trouve dans le véhicule ou le lieu visité;

*d*) examiner tout véhicule ou lieu visité et établir ou faire établir un document relatif à tout objet qui s'y trouve, et enlever pour une période que justifient les circonstances ces objets en vue d'établir un document;

*e*) ouvrir ou faire ouvrir tout contenant;

*f*) prendre des échantillons et en disposer;

*g*) examiner les documents dont la tenue est exigée ou les rapports qui doivent être faits

**Pouvoirs de l'inspecteur**

17

*Nuclear Safety and Control — August 8, 2011*

(*f*) taking and disposing of any sample;

(*g*) examining any records that are required to be kept or reports that are required to be made under this Act, or any books, records, electronic data or other documents that the inspector believes on reasonable grounds relate to such records or reports; or

(*h*) questioning any person in charge of, found in or having a connection with, any vehicle or place that the inspector has entered, inspected or searched or from which any thing is seized by an inspector.

sous le régime de la présente loi, ou les livres, registres, données électroniques ou autres documents qui, à son avis, s'y rapportent;

*h*) interroger toute personne présente ou liée à son intervention ou toute personne responsable du véhicule ou lieu visité.

| | |
|---|---|
| Inspector may be accompanied | **33.** While exercising any authority under this Act, an inspector may be accompanied by any other person chosen by the inspector. |

**33.** Dans l'exercice des attributions que lui confère la présente loi, l'inspecteur peut se faire accompagner d'une personne de son choix.

Inspecteur accompagné d'un tiers

Disposal or return of seized property

**34.** Any thing seized by an inspector in the course of exercising authority under this Act or under a warrant issued under the *Criminal Code* shall be disposed of or returned to the owner or person in charge of it

(*a*) on the order of a court, after all proceedings before the court in respect of an offence under this Act and the regulations in relation to the thing are finally concluded; or

(*b*) on the order of the Federal Court, at any time on application by the Commission or the owner or person in charge.

**34.** Il est disposé des objets saisis en application de la présente loi ou d'un mandat obtenu en vertu du *Code criminel* ou ceux-ci sont remis à leur propriétaire ou à la personne qui est autorisée à en avoir la possession :

*a*) soit en conformité avec l'ordonnance du tribunal, après qu'une décision définitive a été rendue à l'égard des poursuites pour l'infraction à la présente loi ou aux règlements à laquelle les objets sont liés;

*b*) soit aux termes de l'ordonnance que la Cour fédérale rend à la suite de la demande que lui a présentée le propriétaire des biens saisis ou la personne qui est autorisée à en avoir la possession, ou la Commission.

Destruction ou remise des objets saisis

Order of an inspector

**35.** (1) An inspector may order that a licensee take any measure that the inspector considers necessary to protect the environment or the health or safety of persons or to maintain national security or compliance with international obligations to which Canada has agreed.

**35.** (1) L'inspecteur peut ordonner à un titulaire de licence ou de permis de prendre les mesures qu'il estime nécessaires à la préservation de la santé ou de la sécurité des personnes, à la protection de l'environnement, au maintien de la sécurité nationale ou au respect par le Canada de ses obligations internationales.

Ordres de l'inspecteur

Order of an inspector

(2) Where an inspector enters or inspects any vehicle or place

(*a*) in the circumstances described in paragraph 30(3)(*a*), the inspector may order that any person evacuate, close, seal, label or take any measures that the inspector considers necessary to decontaminate, the place or vehicle;

(*b*) in the circumstances described in paragraph 30(3)(*b*), the inspector may order that

(2) Lors de la visite d'un lieu ou d'un véhicule, l'inspecteur peut ordonner à quiconque :

*a*) dans les cas visés par l'alinéa 30(3)*a*), d'évacuer, de fermer, de sceller ou d'étiqueter un lieu ou un véhicule ou de prendre les mesures qu'il juge nécessaires en vue de la décontamination du lieu ou du véhicule;

*b*) dans les cas visés par l'alinéa 30(3)*b*), d'utiliser, de manipuler, de stocker ou de transporter une substance nucléaire d'une fa-

Ordres de l'inspecteur

*Sûreté et réglementation nucléaires — 8 août 2011*

any person use, handle, store or transport the nuclear substance in a manner that will not cause an unreasonable risk to the environment or to the health or safety of persons;

(*c*) in either of the circumstances described in paragraph 30(3)(*c*), the inspector may order that any person operate the nuclear facility in a manner or put it in a state that will not cause an unreasonable risk to the environment or to the health or safety of persons; or

(*d*) in the circumstances described in section 31, the inspector may order that any person take any measure that the inspector considers necessary to protect the environment or the health or safety of persons or to maintain national security or compliance with international obligations to which Canada has agreed.

çon qui ne causera aucun danger inacceptable pour la santé ou la sécurité des personnes ou pour l'environnement;

*c*) dans les cas visés par l'alinéa 30(3)*c*), d'exploiter une installation nucléaire de façon à empêcher que ne survienne un danger inacceptable pour la santé ou la sécurité des personnes ou pour l'environnement, de la fermer ou d'y apporter les correctifs nécessaires pour empêcher un tel danger;

*d*) dans les cas visés par l'article 31, de prendre les mesures qu'il juge nécessaires afin de préserver la santé et la sécurité des personnes, de protéger l'environnement, de maintenir la sécurité nationale ou d'assurer le respect par le Canada de ses obligations internationales.

**Review by Commission**

(3) An inspector shall refer any order made under this section to the Commission for review and the Commission shall confirm, amend, revoke or replace the order.

(3) L'inspecteur fait rapport à la Commission de tous les ordres qu'il donne en vertu du présent article pour qu'elle les révise, la Commission étant tenue de confirmer, modifier, annuler ou remplacer les ordres en question.

**Révision par la Commission**

**Assistance to inspectors**

**36.** Every owner of a place or vehicle that is entered, inspected or searched or from which any thing is seized by an inspector, every person in charge of or found in such a place and every person with control of or found in such a vehicle shall give the inspector all reasonable assistance to enable the inspector to carry out the inspector's duties and functions under this Act.

**36.** Le propriétaire ou le responsable du lieu ou du véhicule visé par l'intervention de l'inspecteur, ainsi que toutes les personnes qui s'y trouvent sont tenus de lui prêter toute l'assistance nécessaire pour lui permettre d'exercer les attributions qui lui sont conférées sous le régime de la présente loi.

**Assistance des inspecteurs**

DESIGNATED OFFICERS

FONCTIONNAIRES DÉSIGNÉS

**Designated officers**

**37.** (1) The Commission may designate, by name, title of office or class of persons, any person whom the Commission considers qualified as a designated officer and any officer so designated shall be provided with a certificate setting out the duties that the designated officer is authorized to carry out.

**37.** (1) La Commission peut désigner toute personne qu'elle estime qualifiée — nommément, par catégorie ou par désignation de son poste — pour remplir les fonctions de fonctionnaire désigné; le cas échéant, elle lui remet un certificat faisant état des fonctions qu'elle est autorisée à exercer.

**Fonctionnaires désignés**

**Duties**

(2) The Commission may authorize a designated officer to

(2) La Commission peut autoriser le fonctionnaire désigné à :

**Fonctions**

(*a*) certify and decertify prescribed equipment for the purposes of this Act;

*a*) homologuer l'équipement réglementé pour l'application de la présente loi ou en annuler l'homologation;

(*b*) certify and decertify persons referred to in paragraph 44(1)(*k*) as qualified to carry out their duties under this Act or the duties of their employment, as the case may be;

*b*) accréditer les personnes visées à l'alinéa 44(1)*k*) pour accomplir leurs fonctions, ou retirer leur accréditation;

*Nuclear Safety and Control — August 8, 2011*

(*c*) issue, on receipt of an application referred to in subsection 24(2), a licence of a class established by the Commission;

(*d*) renew, suspend in whole or in part, amend, revoke or replace, on receipt of an application referred to in subsection 24(2), a licence referred to in paragraph (*c*);

(*e*) designate any person whom the designated officer considers qualified as an analyst under section 28 or as an inspector under subsection 29(1);

(*f*) make any order that an inspector may make under subsection 35(1) or (2);

(*g*) confirm, amend, revoke or replace any order made by an inspector; or

(*h*) authorize the return to work of persons whose dose of radiation has or may have exceeded the prescribed radiation dose limits.

*Production of certificate of designation*

(3) In carrying out any of the duties referred to in subsection (2), a designated officer shall, if requested, produce the designated officer's certificate of designation.

*Notice*

(4) A designated officer who refuses to issue, renew, suspend, amend, revoke or replace a licence shall notify the applicant of the refusal.

*Report to Commission*

(5) A designated officer shall report to the Commission on

(*a*) a refusal by the designated officer to issue, renew, suspend, amend, revoke or replace a licence;

(*b*) the issuance by the designated officer of a licence that contains the condition that the applicant provide a financial guarantee referred to in subsection 24(5);

(*c*) a renewal of a licence where the terms or conditions of the licence are amended, or a suspension, amendment, revocation or replacement of a licence, other than an amendment of terms or conditions or a suspension, amendment, revocation or replacement made on the application, or with the consent, of the licensee; and

*c*) délivrer les licences ou les permis qui relèvent de catégories établies par la Commission, sur demande faite conformément au paragraphe 24(2);

*d*) renouveler, suspendre en tout ou en partie, modifier, révoquer ou remplacer les licences ou les permis visés à l'alinéa *c*), sur demande faite conformément au paragraphe 24(2);

*e*) désigner, à titre d'analyste ou d'inspecteur, toute personne qu'il estime qualifiée au titre de l'article 28 ou du paragraphe 29(1);

*f*) donner les ordres qu'un inspecteur peut donner en vertu des paragraphes 35(1) ou (2);

*g*) confirmer, modifier, annuler ou remplacer un ordre donné par un inspecteur;

*h*) autoriser le retour au travail des personnes ayant reçu ou pouvant avoir reçu une dose de rayonnement supérieure à la limite réglementaire.

*Présentation du certificat*

(3) Dans l'exercice des fonctions visées au paragraphe (2), le fonctionnaire désigné présente, sur demande, son certificat de désignation.

*Avis à l'intéressé*

(4) Le fonctionnaire désigné est tenu d'aviser l'auteur d'une demande de délivrance, de renouvellement, de suspension, de modification, de révocation ou de remplacement d'une licence ou d'un permis dans les cas où il rejette la demande.

*Rapport à la Commission*

(5) Le fonctionnaire désigné fait rapport à la Commission :

*a*) de tout refus de délivrance, de renouvellement, de suspension, de modification, de révocation ou de remplacement d'une licence ou d'un permis;

*b*) de la délivrance d'une licence ou d'un permis dans le cas où, à titre de condition de la licence ou du permis, il oblige l'auteur de la demande à fournir la garantie financière visée au paragraphe 24(5);

*c*) de tout renouvellement d'une licence ou d'un permis lorsque les conditions en sont modifiées ou de toute suspension, modification, révocation ou remplacement de ceux-ci, sauf si la demande est faite par le titulaire du

*Sûreté et réglementation nucléaires — 8 août 2011*

(*d*) a confirmation, amendment, revocation or replacement of an order under paragraph (2)(*g*).

*d*) de la confirmation, de la modification, de l'annulation ou du remplacement d'un ordre en vertu de l'alinéa (2)*g*).

Review of report by Commission

(6) A designated officer shall refer any order made under paragraph (2)(*f*) to the Commission for review and the Commission shall confirm, amend, revoke or replace the order.

1997, c. 9, s. 37; 2001, c. 34, s. 60.

(6) Le fonctionnaire désigné fait rapport à la Commission de tous les ordres qu'il donne en vertu de l'alinéa (2)*f*) pour qu'elle les révise, la Commission étant tenue de confirmer, modifier, annuler ou remplacer les ordres en question.

1997, ch. 9, art. 37; 2001, ch. 34, art. 60.

Révision par la Commission

PROCEDURES FOR DECISIONS AND ORDERS

PROCÉDURE

Procedure for certain decisions and orders

**38.** Every order of an inspector and every order of a designated officer under paragraph 37(2)(*f*) shall be made, and every measure under paragraph 37(2)(*c*), (*d*) or (*g*) shall be taken, in accordance with the prescribed rules of procedure.

**38.** Les ordres de l'inspecteur, les décisions du fonctionnaire désigné visées aux alinéas 37(2)*c*), *d*) ou *g*) et les ordres du fonctionnaire désigné visés à l'alinéa 37(2)*f*) sont donnés ou pris en conformité avec les règles de procédure réglementaires.

Règles de procédure applicables

Designated officer to provide opportunity to be heard

**39.** (1) A designated officer shall provide a reasonable opportunity to be heard to

(*a*) the applicant, before refusing to issue a licence under paragraph 37(2)(*c*);

(*b*) the licensee, before renewing, suspending, amending, revoking or replacing a licence, or refusing to renew, suspend, amend, revoke or replace a licence, under paragraph 37(2)(*d*); and

(*c*) any person named in or subject to the order, before confirming, amending, revoking or replacing an order under paragraph 37(2)(*g*).

**39.** (1) Le fonctionnaire désigné donne la possibilité d'être entendu :

*a*) à l'auteur d'une demande, avant de refuser la délivrance d'une licence ou d'un permis au titre de l'alinéa 37(2)*c*);

*b*) au titulaire, avant d'accepter ou de refuser de renouveler, de suspendre, de modifier, de révoquer ou de remplacer une licence ou un permis en vertu de l'alinéa 37(2)*d*);

*c*) à toute personne nommée dans un ordre ou visée par celui-ci, avant de confirmer, modifier, annuler ou remplacer un ordre en vertu de l'alinéa 37(2)*g*).

Possibilité d'être entendu

Exception

(2) Subsection (1) does not apply in respect of a renewal, suspension, amendment, revocation or replacement of a licence on the application of the licensee.

(2) Le paragraphe (1) ne s'applique pas au renouvellement, à la suspension, à la modification, à la révocation ou au remplacement de licence ou de permis demandés par son titulaire.

Exceptions

Commission to provide opportunity to be heard

**40.** (1) Subject to subsection (2), the Commission shall provide an opportunity to be heard in accordance with the prescribed rules of procedure to

(*a*) the applicant, before refusing to issue a licence under section 24;

(*b*) the licensee, before renewing, suspending, amending, revoking or replacing a licence, or refusing to renew, suspend, amend, revoke or replace a licence, under section 25;

**40.** (1) Sous réserve du paragraphe (2), la Commission donne, conformément aux règles de procédure réglementaires, la possibilité d'être entendu :

*a*) à l'auteur d'une demande de licence ou de permis faite dans le cadre de l'article 24, avant de rejeter celle-ci;

*b*) au titulaire, avant d'accepter ou de refuser de renouveler, de suspendre, de modifier, de révoquer ou de remplacer une licence ou un permis en vertu de l'article 25;

Possibilité d'être entendu

*Nuclear Safety and Control — August 8, 2011*

(*c*) any person named in or subject to the order, before confirming, amending, revoking or replacing an order of an inspector under subsection 35(3);

(*d*) any person named in or subject to the order, before confirming, amending, revoking or replacing an order of a designated officer under subsection 37(6);

(*e*) the applicant, before confirming a decision not to issue, and the licensee, before confirming a decision not to renew, amend, revoke or replace, a licence under paragraph 43(4)(*a*);

(*f*) the licensee, before confirming, varying or cancelling a term or condition of a licence under paragraph 43(4)(*b*);

(*g*) the licensee, before taking any measure under any of paragraphs 43(4)(*c*) to (*f*);

(*h*) any person named in or subject to the order, before taking any measure under any of paragraphs 43(4)(*g*) to (*j*); and

(*i*) any person named in or subject to the order, before making any other order under this Act.

*c*) à toute personne nommée dans un ordre ou visée par celui-ci, avant de confirmer, modifier, annuler ou remplacer l'ordre d'un inspecteur au titre du paragraphe 35(3);

*d*) à toute personne nommée dans un ordre ou visée par celui-ci, avant de confirmer, modifier, annuler ou remplacer l'ordre d'un fonctionnaire désigné au titre du paragraphe 37(6);

*e*) à l'auteur d'une demande, avant de confirmer une décision de ne pas délivrer une licence ou un permis, et au titulaire, avant de confirmer une décision de ne pas renouveler, modifier, révoquer ou remplacer une licence ou un permis dans le cadre de l'alinéa 43(4)*a*);

*f*) au titulaire, avant de confirmer, modifier ou annuler une condition d'une licence ou d'un permis au titre de l'alinéa 43(4)*b*);

*g*) au titulaire, avant de prendre l'une des mesures prévues aux alinéas 43(4)*c*) à *f*);

*h*) à toute personne nommée dans un ordre ou une ordonnance ou qui y est visée, avant de prendre l'une des mesures prévues aux alinéas 43(4)*g*) à *j*);

*i*) à toute personne nommée dans un ordre ou une ordonnance ou qui y est visée, avant de rendre toute autre ordonnance en vertu de la présente loi.

**Exceptions**

(2) Subsection (1) does not apply

(*a*) in respect of a renewal, suspension, amendment, revocation or replacement of a licence on the application of the licensee; or

(*b*) in respect of an order under subsection 47(1).

(2) Le paragraphe (1) ne s'applique pas :

*a*) à la demande de renouvellement, de suspension, de modification, de révocation ou de remplacement d'une licence ou d'un permis faite par le titulaire;

*b*) à une ordonnance rendue en vertu du paragraphe 47(1).

**Exceptions**

**Proceedings on motion of Commission**

(3) Notwithstanding any other provision of this Act, where the Commission is satisfied that it is in the public interest to do so, the Commission may, on its own initiative, conduct proceedings in accordance with the prescribed rules of procedure to determine any matter or thing relating to the purpose of this Act.

(3) Malgré toute autre disposition de la présente loi, la Commission peut, de sa propre initiative et en conformité avec les règles de procédure réglementaires, trancher toute question liée à l'application de la présente loi, si elle est convaincue que l'intérêt public l'exige.

**Procédure**

**Notice**

(4) On completion of proceedings in respect of which subsection (1) applies and proceedings under subsection (3), the Commission shall give notice of its decision to

(4) Au terme des procédures prévues aux paragraphes (1) et (3), la Commission fait parvenir une copie de sa décision :

*a*) à l'auteur de la demande, dans le cas d'une demande de licence ou de permis;

**Transmission de la décision**

*Sûreté et réglementation nucléaires — 8 août 2011*

(*a*) the applicant, where the proceedings were in relation to an application for a licence;

(*b*) the licensee, where the proceedings were in relation to a licence; or

(*c*) any person named in, or subject to, the order, where the proceedings were in relation to an order.

*Public hearings* (5) The Commission shall, subject to any by-laws made under section 15 and any regulations made under section 44, hold a public hearing with respect to

(*a*) the proposed exercise by the Commission, or by a panel established under section 22, of the power under subsection 24(2) to issue, renew, suspend, amend, revoke or replace a licence; and

(*b*) any other matter within its jurisdiction under this Act, if the Commission is satisfied that it would be in the public interest to do so.

*Exception* (6) Subsection (5) does not apply in respect of any matter in relation to which subsection 14(2) applies.

*Compliance with order* **41.** Every person named in, or subject to, an order of the Commission, an inspector or a designated officer shall, whether or not the person has had an opportunity to make representations with respect to the order, comply with the order within the time specified in it or, if no time is specified, immediately.

*Liability for costs of measures* **42.** (1) Where the Commission, an inspector or a designated officer makes an order in relation to a nuclear substance, prescribed equipment, prescribed information or a nuclear facility, the person who is in possession of the nuclear substance, prescribed equipment or prescribed information or the owner or person in charge of the nuclear facility at the time the order is made is, without proof of fault or negligence, liable to pay any costs that any other person incurs in complying with the order.

*Indemnity* (2) Nothing in subsection (1) shall be construed to restrict the owner's or person's right

*b*) au titulaire, dans le cas d'une décision qui porte sur une licence ou un permis;

*c*) à toute personne nommée dans l'ordre ou l'ordonnance ou qui y est visée, dans le cas d'une décision qui porte sur un ordre ou une ordonnance.

(5) Sous réserve des règlements administratifs pris en vertu de l'article 15 et des règlements pris en vertu de l'article 44, la Commission tient une audience publique : *Audiences publiques*

*a*) sur son intention — ou celle d'une formation constituée aux termes de l'article 22 — d'exercer son pouvoir de délivrer, renouveler, suspendre, modifier, révoquer ou remplacer une licence ou un permis au titre du paragraphe 24(2);

*b*) sur toute question qui relève de sa compétence, si elle est convaincue que l'intérêt public l'exige.

(6) Le paragraphe (5) ne s'applique pas aux affaires visées par le paragraphe 14(2). *Exception*

**41.** Les destinataires des ordres des inspecteurs et des fonctionnaires désignés et des ordonnances de la Commission ainsi que toutes les autres personnes qui y sont visées sont tenus de s'y conformer avant l'expiration du délai qui y est fixé ou, à défaut, sans délai, même s'ils n'ont pas eu la possibilité de présenter leurs observations au préalable. *Caractère obligatoire des ordres et des ordonnances*

**42.** (1) Lorsque l'inspecteur ou un fonctionnaire désigné donne un ordre ou que la Commission rend une ordonnance à l'égard d'une substance nucléaire, d'une pièce d'équipement réglementé, de renseignements réglementés ou d'une installation nucléaire, la personne qui a la possession de la substance, de la pièce d'équipement ou des renseignements, ou le propriétaire ou le responsable de l'installation au moment où l'ordre est donné ou l'ordonnance rendue sont, sans qu'il soit nécessaire de faire la preuve de leur faute ou négligence, responsables des frais que toute autre personne engage pour se conformer à l'ordre ou à l'ordonnance. *Responsabilité des frais liés aux mesures*

(2) Le paragraphe (1) n'a pas pour effet de porter atteinte aux recours que le propriétaire ou le responsable peut avoir contre les tiers. *Indemnisation*

23

*Nuclear Safety and Control — August 8, 2011*

of recourse against or indemnity from any other person in respect of the liability.

Liability under *Nuclear Liability Act*

(3) Nothing in this section shall be construed to affect the liability of an operator under the *Nuclear Liability Act*.

(3) Le présent article n'a pas pour effet de porter atteinte à la responsabilité de l'exploitant découlant de la *Loi sur la responsabilité nucléaire*.

Responsabilité au titre de la *Loi sur la responsabilité nucléaire*

REDETERMINATION AND APPEAL OF DECISIONS AND ORDERS

RÉVISION ET APPEL

Appeal to the Commission

**43.** (1) An appeal may be made to the Commission by any person who is directly affected by

(*a*) a refusal of a designated officer to issue, renew, suspend, amend, revoke or replace a licence;

(*b*) any term or condition of a licence issued by a designated officer;

(*c*) a renewal, suspension, amendment, revocation or replacement, by a designated officer, of a licence; or

(*d*) a confirmation, amendment, revocation or replacement, by a designated officer, of an order of an inspector.

**43.** (1) Peut interjeter appel auprès de la Commission toute personne directement concernée par :

*a*) la décision d'un fonctionnaire désigné de rejeter une demande de délivrance, de renouvellement, de suspension, de modification, de révocation ou de remplacement d'une licence ou d'un permis;

*b*) les conditions d'une licence ou d'un permis délivré par un fonctionnaire désigné;

*c*) le renouvellement, la suspension, la modification, la révocation ou le remplacement d'une licence ou d'un permis par un fonctionnaire désigné;

*d*) la confirmation, la modification, l'annulation ou le remplacement de l'ordre d'un inspecteur par un fonctionnaire désigné.

Appel à la Commission

Redetermination by Commission on application

(2) The Commission shall rehear and redetermine, on the application of

(*a*) the applicant, a decision of the Commission not to issue a licence;

(*b*) the licensee, a decision of the Commission not to renew, suspend, amend, revoke or replace a licence;

(*c*) the licensee, any term or condition of a licence issued, renewed, suspended or amended by the Commission;

(*d*) the licensee, a suspension, amendment, revocation or replacement, by the Commission, of a licence;

(*e*) any person named in, or subject to, an order of the Commission, the order; or

(*f*) any person named in, or subject to, an order of an inspector or a designated officer, a confirmation, amendment, revocation or replacement, by the Commission, of the order.

(2) La Commission est tenue de procéder à une nouvelle audition et de réviser :

*a*) le rejet d'une demande de délivrance d'une licence ou d'un permis, prononcé par elle, si l'auteur de la demande en fait la demande;

*b*) le refus de renouveler, de suspendre, de modifier, de révoquer ou de remplacer une licence ou un permis, prononcé par elle, si le titulaire en fait la demande;

*c*) les conditions d'une licence ou d'un permis qu'elle a délivré, renouvelé, suspendu ou modifié, si le titulaire en fait la demande;

*d*) la suspension, la modification, la révocation ou le remplacement d'une licence ou d'un permis, prononcés par elle, si le titulaire en fait la demande;

*e*) une de ses ordonnances, si une personne nommée dans l'ordonnance ou visée par celle-ci en fait la demande;

Révision par la Commission sur demande

*Sûreté et réglementation nucléaires — 8 août 2011*

*f*) la confirmation, la modification, l'annulation ou le remplacement de l'ordre d'un inspecteur ou d'un fonctionnaire désigné, prononcés par elle, si une personne nommée dans l'ordre ou visée par celui-ci en fait la demande.

Redetermination by Commission on own initiative

(3) The Commission may, on its own initiative, redetermine any decision or order made by it or by an inspector or designated officer or any term or condition of a licence.

Révision administrative

(3) La Commission peut, de sa propre initiative, réviser la décision qu'elle a prise ou l'ordonnance qu'elle a rendue, la décision ou l'ordre d'un fonctionnaire désigné ou d'un inspecteur, ou les conditions d'une licence ou d'un permis.

Decision

(4) On considering an appeal or a redetermination, the Commission may hear new evidence or rehear such evidence as it considers necessary and may, in the case of

(*a*) a decision not to issue, renew, amend, revoke or replace a licence, confirm the decision or issue, renew, amend, revoke or replace the licence;

(*b*) any term or condition of a licence, confirm, vary or cancel the term or condition;

(*c*) an amendment of a licence, confirm, vary or cancel the amendment;

(*d*) a suspension of a licence, confirm, vary the conditions of or cancel the suspension;

(*e*) a revocation of a licence, confirm or cancel the revocation and, where it cancels the revocation, impose any term or condition that it considers necessary for the purposes of this Act;

(*f*) a replacement of a licence, confirm, vary, cancel or replace the replacement;

(*g*) an order or a replacement of an order, confirm, amend, revoke or replace the order or the replacement;

(*h*) a confirmation of an order, reconfirm the order or cancel the confirmation and amend, revoke or replace the order;

(*i*) an amendment of an order, confirm the amendment or cancel the amendment and confirm, amend, revoke or replace the order; or

(*j*) a revocation of an order, confirm the revocation or cancel the revocation and confirm, amend or replace the order.

Décision

(4) Lors d'un appel ou d'une révision, la Commission peut accepter le dépôt de nouveaux éléments de preuve et entendre une nouvelle fois les témoignages déjà rendus, selon qu'elle le juge indiqué; elle est tenue :

*a*) dans le cas du rejet d'une demande de délivrance, de renouvellement, de modification, de révocation ou de remplacement d'une licence ou d'un permis, de confirmer le rejet de la demande ou de délivrer, renouveler, modifier, révoquer ou remplacer la licence ou le permis;

*b*) dans le cas des conditions d'une licence ou d'un permis, de les confirmer, modifier ou annuler;

*c*) dans le cas de la modification d'une licence ou d'un permis, de la confirmer, la modifier ou l'annuler;

*d*) dans le cas de la suspension d'une licence ou d'un permis, de la confirmer, de l'annuler ou d'en modifier les modalités;

*e*) dans le cas de la révocation d'une licence ou d'un permis, de la confirmer ou de l'annuler, et, dans ce dernier cas, elle assortit la licence ou le permis des conditions qu'elle juge nécessaires à l'application de la présente loi;

*f*) dans le cas du remplacement d'une licence ou d'un permis, de le confirmer, le modifier, le remplacer ou l'annuler;

*g*) dans le cas d'un ordre ou d'une ordonnance, ou de son remplacement, de confirmer, modifier, annuler ou remplacer l'ordre ou l'ordonnance, ou son remplacement;

*h*) dans le cas de la confirmation d'un ordre ou d'une ordonnance, de l'approuver ou de

*Nuclear Safety and Control — August 8, 2011*

l'annuler et de modifier, annuler ou remplacer l'ordre ou l'ordonnance;

*i*) dans le cas de la modification d'un ordre ou d'une ordonnance, de la confirmer ou de l'annuler et de confirmer, modifier, annuler ou remplacer l'ordre ou l'ordonnance;

*j*) dans le cas de l'annulation d'un ordre ou d'une ordonnance, de la confirmer ou de l'annuler et de confirmer, modifier ou remplacer l'ordre ou l'ordonnance.

## Regulations

Regulations   **44.** (1) The Commission may, with the approval of the Governor in Council, make regulations

(*a*) respecting the development, production and use of nuclear energy;

(*b*) respecting the mining, production, refinement, conversion, enrichment, processing, reprocessing, possession, import, export, use, packaging, transport, management, storage, disposal and abandonment of a nuclear substance;

(*c*) respecting the design, inspection during production or installation, production, possession, storage, import, export, use, decommissioning, abandonment and disposal of prescribed equipment;

(*d*) respecting the production, possession, transfer, storage, import, export, use and disclosure, and restricting the disclosure, of prescribed information;

(*e*) respecting the location, design, construction, installation, operation, maintenance, modification, decommissioning, abandonment and disposal of a nuclear facility or part of a nuclear facility;

(*f*) respecting the protection of the environment and the health and safety of persons from any risks associated with the activities referred to in paragraphs (*a*), (*b*), (*c*) and (*e*);

(*g*) respecting doses of radiation, including

(i) establishing classes of persons and prescribing, in respect of each class, the radiation dose limits to which members of that class may be exposed,

(ii) prescribing the circumstances under which any or all members of a class of

## Règlements

Règlements   **44.** (1) Avec l'agrément du gouverneur en conseil, la Commission peut, par règlement :

*a*) régir le développement, la production et l'utilisation de l'énergie nucléaire;

*b*) régir l'extraction minière, la production, le raffinage, la conversion, l'enrichissement, le traitement, le retraitement, la possession, l'importation, l'exportation, l'utilisation, l'emballage, le transport, la gestion, le stockage provisoire et permanent et l'évacuation ainsi que l'abandon des substances nucléaires;

*c*) régir la conception, l'inspection en cours de production ou d'installation, la production, la possession, l'entreposage, l'importation, l'exportation, l'utilisation, le déclassement, l'abandon et l'élimination de l'équipement réglementé;

*d*) régir la production, la possession, le transfert, la conservation, l'importation, l'exportation, l'utilisation, la communication et les restrictions à la communication des renseignements réglementés;

*e*) régir l'emplacement, la conception, la construction, l'installation, l'exploitation, l'entretien, la modification, le déclassement, l'abandon et l'aliénation d'une installation nucléaire ou d'une partie d'installation;

*f*) régir la préservation de la santé et de la sécurité des personnes et la protection de l'environnement contre les dangers liés aux activités visées aux alinéas *a*), *b*), *c*) et *e*);

*g*) régir les doses de rayonnement, notamment :

(i) la création de différentes catégories de personnes et la détermination de la dose

*Sûreté et réglementation nucléaires — 8 août 2011*

persons may be exposed to a dose of radiation exceeding any of the limits prescribed for that class of persons, and

(iii) establishing measures to protect persons from exposure to radiation;

(*h*) respecting the protection of nuclear energy workers, including prescribing

(i) the duties that may be performed by a person employed in a nuclear facility or other place in which a nuclear substance is produced, used, possessed, packaged, transported, stored or disposed of and the manner and circumstances in which the person's terms and conditions of employment may be varied,

(ii) the information that a person so employed is required to provide to their employer or to a dosimetry service in order to measure and monitor the dose of radiation to which the person is exposed,

(iii) medical examinations or tests and the circumstances under which they are to be conducted on persons so employed, and

(iv) the measures that must be undertaken by employers of persons so employed and licensees of such a nuclear facility or other place;

(*i*) prescribing the fees that may be charged for the provision, by the Commission, of information, products and services or for the participant funding program that it establishes and maintains;

(*j*) prescribing the fees or the method of calculating the fees that may be charged for a licence or class of licence;

(*k*) respecting the qualifications for, and the training and examination of, analysts, inspectors, nuclear energy workers and other persons employed in a nuclear facility or other place where a nuclear substance or prescribed equipment is produced, used, possessed, packaged, transported, stored or disposed of, and prescribing the fees for the examination of analysts, inspectors, nuclear energy workers and such other persons;

(*l*) respecting the procedures and prescribing the fees for the certification and decertification of persons referred to in paragraph (*k*);

maximale de rayonnement acceptable pour chaque catégorie,

(ii) la détermination des circonstances dans lesquelles une personne ou une catégorie de personnes peuvent recevoir une dose de rayonnement supérieure à la dose réglementaire,

(iii) les mesures de protection des personnes contre l'exposition aux rayonnements;

*h*) régir la protection des travailleurs du secteur nucléaire, notamment :

(i) déterminer les tâches qui peuvent être effectuées par une personne travaillant dans une installation nucléaire ou un autre lieu où une substance nucléaire est produite, utilisée, possédée, emballée, transportée, stockée provisoirement ou en permanence ou évacuée, et les modalités de modification des conditions d'emploi de ces travailleurs,

(ii) déterminer les renseignements qu'une telle personne est tenue de fournir à son employeur ou à un service de dosimétrie pour mesurer et contrôler les doses de rayonnement qu'elle a reçues,

(iii) déterminer les examens médicaux et les tests qu'une telle personne doit subir et les circonstances dans lesquelles elle doit les subir,

(iv) déterminer les mesures à prendre par l'employeur d'une telle personne et les titulaires d'une licence ou d'un permis d'exploitation d'une telle installation ou d'un tel lieu;

*i*) fixer les droits pour les services, renseignements et produits que la Commission fournit ou pour le programme d'aide financière qu'elle crée et gère;

*j*) fixer les droits ou la méthode de calcul des droits qui peuvent être exigés pour une licence ou un permis ou pour une catégorie de licences ou de permis;

*k*) régir les conditions de compétence, de formation et d'examens à satisfaire par les analystes, les inspecteurs, les travailleurs du secteur nucléaire ou toute autre personne qui exerce des fonctions dans une installation

*Nuclear Safety and Control — August 8, 2011*

(*m*) respecting measures to ensure the maintenance of national security and compliance with Canada's international obligations in the development, production and use of nuclear energy and the production, use, possession, packaging, transport, storage and disposal of nuclear substances, prescribed equipment and prescribed information;

(*n*) respecting measures to implement Canada's international obligations regarding the development, production and use of nuclear energy, including prescribing the manner in which and conditions under which access to a nuclear facility, nuclear substance or prescribed information shall be granted to prescribed persons;

(*o*) establishing requirements to be complied with by any person who possesses, uses, packages, transports, stores or disposes of a nuclear substance or prescribed equipment or who locates, designs, constructs, installs, operates, maintains, modifies, decommissions or abandons a nuclear facility or nuclear-powered vehicle;

(*p*) respecting the form of certificates of inspectors and designated officers;

(*q*) respecting the procedure for certification and decertification of prescribed equipment;

(*r*) establishing classes of nuclear facilities;

(*s*) respecting the operation of a dosimetry service;

(*t*) respecting the form of notices required by this Act and the manner in which they are to be given;

(*u*) respecting the exemption of any activity, person, class of person or quantity of a nuclear substance, temporarily or permanently, from the application of this Act or the regulations or any provision thereof;

(*v*) prescribing anything that by this Act is to be prescribed; and

(*w*) generally as the Commission considers necessary for carrying out the purposes of this Act and to assist the Commission in attaining its objects.

nucléaire ou un autre lieu où une substance nucléaire ou de l'équipement réglementé sont, selon le cas, produits, utilisés, possédés, emballés, transportés, stockés provisoirement ou en permanence, entreposés, évacués ou éliminés, et fixer les droits applicables aux examens;

*l*) régir la procédure d'accréditation des personnes visées à l'alinéa *k*) ou de retrait de leur accréditation et fixer les droits applicables à l'obtention des certificats qui peuvent leur être remis;

*m*) régir la prise des mesures nécessaires au maintien de la sécurité nationale et au respect des obligations internationales du Canada dans le cadre du développement, de la production et de l'utilisation de l'énergie nucléaire, ainsi que de la production, de la possession, de l'utilisation, de l'emballage, du transport, de la conservation, de l'entreposage, du stockage provisoire ou permanent, de l'évacuation ou de l'élimination, selon le cas, des substances nucléaires, de l'équipement réglementé et des renseignements réglementés;

*n*) régir la prise des mesures nécessaires au respect par le Canada de ses obligations internationales en matière de développement, de production et d'utilisation de l'énergie nucléaire, notamment prévoir les conditions permettant aux personnes désignées par règlement d'avoir accès aux installations nucléaires et aux lieux où sont conservés des substances nucléaires ou des renseignements réglementés;

*o*) fixer les exigences applicables à la possession, à l'utilisation, à l'emballage, au transport, au stockage provisoire ou permanent, à l'entreposage, à l'évacuation et à l'élimination, selon le cas, des substances nucléaires ou de l'équipement réglementé et celles qui s'appliquent à l'emplacement, à la conception, à la construction, à l'installation, à l'exploitation, à l'entretien, à la modification, au déclassement et à l'abandon d'une installation nucléaire ou d'un véhicule à propulsion nucléaire;

*p*) régir la forme du certificat des inspecteurs et des fonctionnaires désignés;

*Sûreté et réglementation nucléaires — 8 août 2011*

*q*) régir la procédure d'homologation ou d'annulation d'homologation de l'équipement réglementé;

*r*) créer des catégories d'installations nucléaires;

*s*) régir l'exploitation d'un service de dosimétrie;

*t*) régir la forme des avis prévus par la présente loi et la façon de les donner;

*u*) prévoir l'exemption d'une activité, d'une personne, d'une catégorie de personnes ou d'une quantité déterminée de substance nucléaire de l'application de la totalité ou d'une partie de la présente loi ou des règlements, d'une façon temporaire ou permanente;

*v*) prendre toute autre mesure d'ordre réglementaire prévue par la présente loi;

*w*) prendre toutes les autres mesures qu'elle juge nécessaires à l'application de la présente loi et à la mise en œuvre de sa mission.

**Amount not to exceed cost** (2) The fees referred to in paragraph (1)(*i*) may not exceed a reasonable estimate of the cost of providing the information, product or service or of the costs of the participant funding program.

**Coûts** (2) Les droits visés à l'alinéa (1)*i*) ne peuvent dépasser une estimation raisonnable des coûts de fourniture des services, renseignements ou produits ou des coûts du programme d'aide financière.

**Amount not to exceed cost** (3) The fee referred to in paragraph (1)(*j*) for a licence or class of licence may not exceed a reasonable estimate of the cost of the Commission's regulatory activities related to that licence or class of licence.

**Coûts** (3) Les droits visés à l'alinéa (1)*j*) ne peuvent dépasser une estimation raisonnable des coûts engagés par la Commission pour prendre les mesures de réglementation relativement à une licence ou un permis ou à une catégorie de licences ou permis.

**Incorporation of standards** (4) Regulations made under paragraph (1)(*o*) incorporating a standard by reference may incorporate the standard as amended to a certain date or from time to time.

**Incorporation de normes** (4) Les règlements d'application de l'alinéa (1)*o*) qui incorporent des normes par renvoi peuvent prévoir qu'elles sont incorporées soit avec leurs modifications successives jusqu'à une date donnée soit avec toutes leurs modifications successives.

**Regulations** (5) The Governor in Council may make regulations generally as the Governor in Council considers necessary for carrying out the purposes of this Act.

**Règlements** (5) Le gouverneur en conseil peut, par règlement, prendre toutes les mesures qu'il juge nécessaires à l'application de la présente loi.

**Incorporation of provincial law** (6) Any regulation made under subsection (1) or (5) incorporating by reference in whole or in part an Act of the legislature of a province or an instrument made under such an Act may incorporate the Act or instrument as amended to a certain date or from time to time.

**Incorporation d'un texte provincial** (6) Le règlement pris en vertu des paragraphes (1) ou (5) qui incorpore par renvoi tout ou partie d'un texte — loi ou texte d'application de celle-ci — provincial peut prévoir que celui-ci est incorporé soit avec ses modifications successives jusqu'à une date donnée, soit avec toutes ses modifications successives.

*Nuclear Safety and Control — August 8, 2011*

Application of regulations

(7) Regulations referred to in subsection (6) may apply

(*a*) generally, in respect of all works and undertakings described in section 71;

(*b*) in respect of a particular work or undertaking or class or classes of work or undertaking referred to in that section; or

(*c*) in respect of any class or classes of persons who are employed in connection with a work or undertaking described in paragraph (*a*) or (*b*).

Administration

(8) A regulation made under subsection (1) incorporating an Act or instrument shall, with the consent of the appropriate provincial minister, be administered and enforced by the person or authority that is responsible for the administration of the Act or instrument.

Administration

(9) A regulation made under subsection (5) incorporating an Act or instrument shall, with the consent of the appropriate provincial minister, be administered and enforced by the person or authority that is responsible for the administration of the Act or instrument.

Offence and penalty

(10) Notwithstanding section 51, every person who contravenes a regulation made under subsection (1) or (5) by contravening a provision of an Act of the legislature of a province that, or an instrument made under such Act that, is incorporated by the regulation is guilty of an offence against this Act and is liable to the same punishment as is imposed by or under any Act of that legislature for the contravention of that provision.

Procedure

(11) The prosecution of a contravention described in subsection (10) shall be commenced by the Attorney General of the province in which the offence was committed.

Publication of proposed regulations

(12) A copy of each regulation that the Commission proposes to make under paragraph (1)(*i*) or (*j*) shall be published in the *Canada Gazette* and a reasonable opportunity shall be given to persons to make representations to the Commission with respect thereto.

1997, c. 9, s. 44; 2001, c. 34, s. 61(F); 2010, c. 12, s. 2151.

## EXCEPTIONAL POWERS

Notification of contamination, etc.

**45.** Every person who, on reasonable grounds, believes that

Champ d'application

(7) Le règlement visé au paragraphe (6) peut s'appliquer :

*a*) soit, d'une façon générale, à tous les ouvrages et entreprises visés à l'article 71;

*b*) soit à un ouvrage ou entreprise en particulier, ou à une ou plusieurs catégories de ceux-ci;

*c*) soit à une catégorie de personnes employées dans le cadre d'un ouvrage ou d'une entreprise visés aux alinéas *a*) ou *b*).

Application

(8) Le règlement pris en vertu du paragraphe (1) qui incorpore le texte provincial est, avec le consentement du ministre provincial intéressé, mis en application par la personne ou l'autorité qui est responsable de l'application du texte.

Application

(9) Le règlement pris en vertu du paragraphe (5) qui incorpore le texte provincial est, avec le consentement du ministre provincial intéressé, mis en application par la personne ou l'autorité qui est responsable de l'application du texte.

Infraction et peine

(10) Par dérogation à l'article 51, quiconque enfreint un règlement pris en vertu des paragraphes (1) ou (5) en violant une disposition du texte incorporé commet une infraction à la présente loi et encourt, le cas échéant, la peine prévue par les lois de la province en cas d'infraction à la disposition.

Procédure

(11) Les poursuites relatives à l'infraction définie au paragraphe (10) sont intentées par le procureur général de la province où l'infraction est commise.

Publication et observations

(12) Les projets de règlement d'application des alinéas (1)*i*) et (1)*j*) sont publiés dans la *Gazette du Canada*, les personnes intéressées se voyant accorder la possibilité de présenter à la Commission leurs observations à cet égard.

1997, ch. 9, art. 44; 2001, ch. 34, art. 61(F); 2010, ch. 12, art. 2151.

## POUVOIRS D'URGENCE

Contamination

**45.** Toute personne qui a des motifs raisonnables de croire qu'un lieu ou un véhicule est contaminé — au delà du seuil réglementaire —

*Sûreté et réglementation nucléaires — 8 août 2011*

(*a*) a place or vehicle is contaminated, in excess of the prescribed limit, by a radioactive nuclear substance, or

(*b*) an event has occurred that is likely to result in the exposure of persons or the environment to a dose of radiation in excess of the prescribed limits,

shall immediately notify the Commission or an appropriate authority of the location and circumstances of the contamination or event.

par une substance nucléaire radioactive ou qu'un événement susceptible d'exposer des personnes à des doses de rayonnement supérieures aux seuils réglementaires ou de provoquer le rejet dans l'environnement de telles quantités de rayonnement s'est produit, est tenue d'en communiquer immédiatement les détails à la Commission ou aux autorités compétentes.

**Contaminated land**

**46.** (1) Where the Commission believes, on reasonable grounds, that there is contamination in excess of the prescribed limit by a radioactive nuclear substance at any place, the Commission may conduct a public hearing in accordance with the prescribed rules of procedure to determine whether such contamination has occurred.

**46.** (1) Lorsque la Commission a des motifs raisonnables de croire qu'il y a contamination dépassant le seuil réglementaire dans un lieu donné, elle peut tenir une audience publique, conformément aux règles de procédure réglementaires, pour déterminer si les conditions réglementaires de contamination sont réunies.

**Lieu contaminé**

**Notice of contamination**

(2) Where, after conducting a hearing, the Commission is satisfied that there is contamination referred to in subsection (1), the Commission shall file a notice of contamination in the land registry office or other office where title to land is recorded for the area in which the place is located, or in any other prescribed public office.

(2) Si, à l'issue de l'audience, la Commission est convaincue que les conditions réglementaires sont réunies, elle dépose un avis de contamination au bureau de la publicité des droits ou tout autre bureau d'enregistrement des droits immobiliers du lieu, ou à tout autre bureau ouvert au public et désigné par règlement.

**Avis de contamination**

**Measures**

(3) Where, after conducting a hearing, the Commission is satisfied that there is contamination referred to in subsection (1), the Commission may, in addition to filing a notice under subsection (2), order that the owner or occupant of, or any other person who has the management and control of, the affected land or place take the prescribed measures to reduce the level of contamination.

(3) En outre, elle peut ordonner au propriétaire ou à l'occupant du lieu, ou à toute autre personne en ayant l'administration et la responsabilité, de prendre les mesures réglementaires pour le décontaminer.

**Mesures de décontamination**

**Hearing re cancellation**

(4) Where the Commission believes on reasonable grounds that there is no longer contamination referred to in subsection (1) at a place with respect to which a notice has been filed under subsection (2), the Commission shall conduct a public hearing in accordance with the prescribed rules of procedure to determine whether such contamination is no longer present.

(4) Lorsqu'elle a des motifs raisonnables de croire que les conditions réglementaires ont cessé d'exister dans un lieu visé par un avis de contamination, la Commission tient une audience publique, conformément aux règles de procédure réglementaires, pour déterminer si elle doit déposer un avis d'annulation.

**Avis d'annulation**

**Notice of cancellation**

(5) Where, after conducting a hearing under subsection (4), the Commission is satisfied that the contamination is no longer present, the Commission shall file a notice of cancellation wherever a notice of contamination in relation to the place was filed.

(5) Au terme de l'audience, si elle est convaincue que les conditions réglementaires ne sont plus réunies, la Commission dépose un avis d'annulation pour chaque avis de contamination déjà déposé pour le lieu.

**Dépôt des avis d'annulation**

*Nuclear Safety and Control — August 8, 2011*

Notice of determination

(6) A notice of contamination or cancellation is to be filed following a hearing under this section and, before such filing, the Commission shall give notice in the prescribed manner to the owner or occupant of the affected land and any other prescribed person of the Commission's determination.

Avis de décision

(6) En outre, elle est tenue, avant le dépôt d'un avis de contamination ou d'annulation, de donner, de la façon prévue par règlement, avis de sa décision au propriétaire ou à l'occupant du lieu et à toute autre personne visée par règlement.

Notice of order

(7) The Commission shall give notice in the prescribed manner of an order made under subsection (3) to any person named in or subject to the order.

1997, c. 9, s. 46; 2003, c. 1, s. 1.

Avis de l'ordonnance

(7) La Commission donne, de la façon prévue par règlement, avis de l'ordonnance rendue en vertu du paragraphe (3) à toute personne qui y est nommée ou qui est visée par celle-ci.

1997, ch. 9, art. 46; 2003, ch. 1, art. 1.

Emergency orders

**47.** (1) Notwithstanding any other provision of this Act, in case of emergency the Commission may, without conducting any proceedings, make any order that it considers necessary to protect the environment or the health and safety of persons or to maintain national security and compliance with Canada's international obligations.

Ordonnances en situation d'urgence

**47.** (1) Par dérogation aux autres dispositions de la présente loi, la Commission peut, en situation d'urgence et sans formalité, rendre l'ordonnance qu'elle juge nécessaire à la préservation de la santé ou de la sécurité des personnes, à la protection de l'environnement, au maintien de la sécurité nationale et au respect par le Canada de ses obligations internationales.

Notice

(2) The Commission shall, as soon as practicable after making an order under subsection (1), give notice of it in the prescribed manner.

Avis

(2) Dès que possible après avoir rendu une ordonnance en vertu du paragraphe (1), la Commission en donne avis de la façon prévue par règlement.

## OFFENCES AND PUNISHMENT

## INFRACTIONS ET PEINES

Offence

**48.** Every person commits an offence who

(*a*) alters, otherwise than pursuant to the regulations or a licence, or misuses any thing the purpose of which is to

(i) protect the environment or the health or safety of persons from any risk associated with the development, production or use of nuclear energy or the possession or use of a nuclear substance, prescribed equipment or prescribed information, or

(ii) maintain national security or implement international obligations to which Canada has agreed, at a nuclear facility or at a place where, or vehicle in which, a nuclear substance is located;

(*b*) discloses prescribed information, except pursuant to the regulations;

(*c*) fails to comply with any condition of a licence;

Infractions

**48.** Commet une infraction quiconque :

*a*) modifie, sans y être autorisé par les règlements ou par une licence ou un permis, un objet conçu pour préserver la santé ou la sécurité des personnes, protéger l'environnement contre les dangers liés au développement, à la production ou à l'utilisation de l'énergie nucléaire ou à la possession ou l'utilisation des substances nucléaires, de l'équipement réglementé ou des renseignements réglementés, ou encore conçu pour maintenir la sécurité nationale ou assurer le respect par le Canada de ses obligations internationales, ou en fait un mauvais usage, dans une installation nucléaire, un véhicule ou un lieu où se trouvent des substances nucléaires;

*b*) communique des renseignements réglementés, sauf dans les cas prévus par les règlements;

*c*) contrevient aux conditions d'une licence ou d'un permis;

*Sûreté et réglementation nucléaires — 8 août 2011*

(*d*) knowingly makes a false or misleading written or oral statement to the Commission, a designated officer or an inspector;

(*e*) fails to comply with an order of the Commission, a designated officer or an inspector;

(*f*) fails to assist or give information to an inspector when requested to do so, or otherwise interferes with the performance of an inspector's duties;

(*g*) takes disciplinary action against a person who assists or gives information to an inspector, a designated officer or the Commission in the performance of the person's functions or duties under this Act;

(*h*) except in the prescribed manner and circumstances, terminates, or varies the terms and conditions of, employment of a nuclear energy worker who has received or is committed to a dose of radiation in excess of the prescribed limits;

(*i*) falsifies a record kept pursuant to this Act or the regulations or to a condition of a licence;

(*j*) fails to comply with an order made under any of sections 58 to 62; or

(*k*) fails to comply with this Act or any regulation made pursuant to this Act.

*d*) fait sciemment une déclaration fausse ou trompeuse, verbalement ou par écrit, à la Commission, à un fonctionnaire désigné ou à un inspecteur;

*e*) contrevient à une ordonnance de la Commission ou à un ordre d'un fonctionnaire désigné ou d'un inspecteur;

*f*) n'aide pas l'inspecteur qui le lui demande, ne lui donne pas les renseignements qu'il lui demande ou entrave son intervention;

*g*) prend des mesures disciplinaires contre une personne qui aide la Commission, un inspecteur ou un fonctionnaire désigné ou qui leur donne des renseignements dans le cadre de ses fonctions sous le régime de la présente loi;

*h*) sauf selon les modalités prévues par règlement, modifie les conditions d'emploi d'un travailleur du secteur nucléaire qui a reçu une dose de rayonnement supérieure à la dose réglementaire ou dont la dose engagée est supérieure à la dose réglementaire, ou le congédie;

*i*) falsifie un document dont la tenue est obligatoire au titre de la présente loi, de ses règlements ou d'une condition d'une licence ou d'un permis;

*j*) ne se conforme pas à une ordonnance rendue en vertu de l'un des articles 58 à 62;

*k*) contrevient à la présente loi ou à ses règlements.

Offence re security at nuclear facility

**49.** Notwithstanding the occurrence of a legal strike or lockout, every person commits an offence who

(*a*) while in charge of a nuclear facility, fails to ensure that there is present in that facility at all times the staff required, under the licence for that facility, to maintain that facility in a safe condition; or

(*b*) does not report for duty at a nuclear facility or who, while on duty at a nuclear facility, withdraws their services, except where the person is not required to report or is relieved in accordance with a procedure set out in the licence for that facility.

**49.** Commet une infraction, même en cas de grève ou de lock-out :

*a*) le responsable d'une installation nucléaire qui ne prend pas les mesures nécessaires pour qu'il y ait, en tout temps, sur les lieux le personnel requis, aux termes de la licence ou du permis délivré à l'égard de l'installation nucléaire, pour le maintien de la sécurité de celle-ci;

*b*) toute personne travaillant dans une installation nucléaire qui omet de se présenter au travail ou quitte son poste de travail alors qu'elle est en service, si ce n'est en conformité avec la procédure prévue par la licence ou le permis délivré à l'égard de l'installation nucléaire.

Infraction relative à la sécurité d'une installation nucléaire

*Nuclear Safety and Control — August 8, 2011*

Offence to possess certain nuclear substances, etc.

**50.** Every person commits an offence who, except as authorized by this Act, possesses a nuclear substance, prescribed equipment or prescribed information that is capable of being used to produce a nuclear weapon or a nuclear explosive device.

Possession de substances nucléaires

**50.** Commet une infraction quiconque, sans y être autorisé au titre de la présente loi, a en sa possession une substance nucléaire, une pièce d'équipement réglementé ou des renseignements réglementés qui peuvent servir à fabriquer une arme nucléaire ou un engin explosif nucléaire.

Punishment

**51.** (1) Every person who contravenes section 36 is guilty of an offence punishable on summary conviction and liable to a fine not exceeding $5,000 or to imprisonment for a term not exceeding six months or to both.

Peine

**51.** (1) Quiconque contrevient à l'article 36 est coupable d'une infraction et encourt, sur déclaration de culpabilité par procédure sommaire, une amende maximale de 5 000 $ et un emprisonnement maximal de six mois, ou l'une de ces peines.

Punishment

(2) Every person who commits an offence under section 50 is guilty of an indictable offence and liable to imprisonment for a term not exceeding ten years.

Peine

(2) Quiconque contrevient à l'article 50 est coupable d'un acte criminel et passible d'un emprisonnement maximal de dix ans.

Punishment

(3) Every person who commits an offence other than an offence in respect of which subsection (1) or (2) applies

(*a*) is guilty of an indictable offence and liable to a fine not exceeding $1,000,000 or to imprisonment for a term not exceeding five years or to both; or

(*b*) is guilty of an offence punishable on summary conviction and liable to a fine not exceeding $500,000 or to imprisonment for a term not exceeding eighteen months or to both.

Peine

(3) Quiconque contrevient à la présente loi, à l'exception des paragraphes (1) ou (2), est coupable, selon le cas :

*a*) d'un acte criminel et passible d'une amende maximale de 1 000 000 $ et d'un emprisonnement maximal de cinq ans, ou de l'une de ces peines;

*b*) d'une infraction punissable sur déclaration de culpabilité par procédure sommaire et passible d'une amende maximale de 500 000 $ et d'un emprisonnement maximal de dix-huit mois, ou de l'une de ces peines.

Defence

**51.1** A person shall not be found to have contravened any provision of this Act, other than section 50, if it is established that the person exercised all due diligence to prevent its commission.

Moyen de défense

**51.1** Nul ne peut être reconnu coupable d'infraction à la présente loi, sauf en ce qui touche l'article 50, s'il a pris toutes les mesures nécessaires pour l'empêcher.

Continuing offence

**52.** Where an offence under this Act is committed or continued on more than one day, it shall be deemed to be a separate offence for each day on which it is committed or continued.

Infraction continue

**52.** Il est compté une infraction distincte pour chacun des jours au cours desquels se commet ou se continue une infraction à la présente loi.

Limitation

**53.** Proceedings by way of summary conviction in respect of an offence under this Act may be instituted not later than two years after the time when the subject-matter of the proceedings arose or the Commission became aware of the subject-matter of the proceedings.

Prescription

**53.** Les poursuites par voie de procédure sommaire pour infraction à la présente loi se prescrivent par deux ans à compter de la perpétration de l'infraction ou de la date à laquelle la Commission en a été informée.

**54.** [Repealed, 2001, c. 26, s. 314]

**54.** [Abrogé, 2001, ch. 26, art. 314]

Evidence by certificate

**55.** (1) Subject to this section, a certificate purporting to be signed by an analyst, stating

Preuve par certificat

**55.** (1) Sous réserve des autres dispositions du présent article, le certificat censé signé par

*Sûreté et réglementation nucléaires — 8 août 2011*

that the analyst has analysed or tested a substance or product and stating the result of the analysis or test, or a copy or extract of a certificate certified as such by an inspector or designated officer is admissible in evidence in any prosecution for an offence under this Act without proof of the signature or official character of the analyst, inspector or designated officer and is proof of the statements contained in the certificate.

l'analyste, où il est déclaré que celui-ci a étudié telle substance ou tel produit et où sont donnés ses résultats, ainsi qu'un extrait ou une copie d'un tel certificat établi ou certifiés conformes par un inspecteur ou un fonctionnaire désigné sont admissibles en preuve dans les poursuites engagées pour infraction à la présente loi, sans qu'il soit nécessaire de prouver l'authenticité de la signature qui y est apposée ou la qualité officielle du signataire; le certificat, l'extrait ou la copie font foi de leur contenu.

**Attendance** (2) Any party against whom a certificate, copy or extract referred to in subsection (1) is produced may, with leave of the court, require the attendance of the analyst, inspector or designated officer, as the case may be, for the purposes of cross-examination.

(2) La partie contre laquelle est produit le certificat, l'extrait ou la copie peut, avec l'autorisation du tribunal, exiger la présence de l'analyste, de l'inspecteur ou du fonctionnaire désigné pour contre-interrogatoire. **Présence de l'analyste**

**Notice** (3) No certificate, copy or extract shall be received in evidence pursuant to subsection (1) unless the party intending to produce it has given to the party against whom it is intended to be produced reasonable notice of that intention, together with a copy of the certificate.

(3) Le certificat, l'extrait ou la copie n'est reçu en preuve que si la partie qui a l'intention de le produire contre une autre en donne à celle-ci un préavis suffisant en y joignant une copie du certificat. **Préavis**

**Offence outside Canada** **56.** Every licensee who resides or carries on business in Canada and commits, outside Canada, an act or omission that would, if committed in Canada, be an offence under paragraph 48(*c*) or under paragraph 48(*i*) in relation to its licence, is deemed to have committed that act or omission in Canada.

**56.** Le titulaire qui commet à l'étranger un geste — acte ou omission — qui, s'il était commis au Canada, constituerait soit une infraction à l'alinéa 48*c*), soit une infraction à l'alinéa 48*i*) commise à l'égard de sa licence ou de son permis est, à la condition de résider ou d'exercer une activité commerciale au Canada, réputé avoir commis ce geste au Canada. **Application extraterritoriale**

**Trial of offence** **57.** A prosecution for an offence under this Act may be instituted, heard and determined in the place where the offence was committed, the subject-matter of the prosecution arose, the accused is resident or the accused is carrying on business.

**57.** Les poursuites pour infraction à la présente loi peuvent être intentées au lieu de la perpétration, à celui où la cause d'action a pris naissance, au lieu de la résidence de l'accusé ou au lieu où il exerce une activité commerciale. **Lieu du procès**

**Absolute or conditional discharge** **58.** (1) Where an offender has pleaded guilty to or been found guilty of an offence under this Act, the court may, instead of convicting the offender, order that the offender be discharged absolutely or on conditions that have any or all of the effects described in paragraphs 60(1)(*a*) to (*j*).

**58.** (1) Le tribunal peut prononcer l'absolution du contrevenant qui a plaidé coupable ou a été reconnu coupable, en l'assortissant éventuellement, par ordonnance, de conditions imposant la totalité ou une partie des obligations visées aux alinéas 60(1)*a*) à *j*). **Absolution**

**Application by prosecutor** (2) Where an offender contravenes an order made under subsection (1) or is convicted of any other offence under this Act that is committed after the order under subsection (1) was made, the prosecutor may apply to the court to revoke the discharge, convict the offender of

(2) Si le contrevenant manque aux obligations que lui impose l'ordonnance ou est déclaré coupable d'une autre infraction à la présente loi perpétrée après la date à laquelle l'ordonnance est rendue, le poursuivant peut demander au tribunal d'annuler l'absolution, de déclarer **Demande du poursuivant**

*Nuclear Safety and Control — August 8, 2011*

the offence to which the discharge relates and impose any sentence that could have been imposed if the offender had been convicted at the time the order was made.

le contrevenant coupable de l'infraction dont il avait été absous et de lui imposer la peine dont il était passible au moment où l'ordonnance a été prise.

**Suspended sentence**

**59.** (1) Where an offender is convicted of an offence under this Act, the court may suspend the passing of sentence and may order that the accused comply with any condition having any or all of the effects described in paragraphs 60(1)(*a*) to (*j*).

**59.** (1) En cas de déclaration de culpabilité pour infraction à la présente loi, le tribunal peut surseoir au prononcé de la peine et ordonner à l'accusé de se conformer aux conditions imposant la totalité ou une partie des obligations visées aux alinéas 60(1)*a*) à *j*).

**Sursis**

**Application by prosecutor**

(2) Where the offender contravenes an order made under subsection (1) or is convicted of any other offence under this Act that is committed after the order under subsection (1) was made, the prosecutor may apply to the court to impose any sentence that could have been imposed if the passing of sentence had not been suspended.

(2) Si le contrevenant manque aux obligations que lui impose l'ordonnance ou est déclaré coupable d'une autre infraction à la présente loi perpétrée après la date à laquelle l'ordonnance est rendue, le poursuivant peut demander au tribunal d'imposer toute peine qui aurait pu être imposée s'il n'y avait pas eu sursis.

**Demande du poursuivant**

**Orders of court**

**60.** (1) Where an offender has been convicted of an offence under this Act, in addition to any other punishment that may be imposed under this Act, the court may make an order having any or all of the following effects:

(*a*) prohibiting the offender from committing any act or engaging in any activity that may, in the opinion of the court, result in the continuation or repetition of the offence;

(*b*) directing the offender to take any measure that the court considers appropriate to protect the environment or the health or safety of persons from harm resulting from the act or omission that constituted the offence, or to remedy such harm;

(*c*) directing the offender to publish, in the prescribed manner and at the offender's own expense, the facts relating to the conviction;

(*d*) directing the offender to notify, in the prescribed manner and at the offender's own expense, any person who is affected by the offender's conduct, of the facts relating to the conviction;

(*e*) directing the offender to post a bond or pay an amount of money into court that the court considers appropriate to ensure compliance with any order, prohibition, direction or requirement provided for in this subsection;

(*f*) directing the offender to submit to the Commission, on application to the court by the Commission made within three years af-

**60.** (1) En sus de toute peine prévue par la présente loi, le tribunal peut rendre une ordonnance imposant au contrevenant déclaré coupable tout ou partie des obligations suivantes :

*a*) s'abstenir de tout acte ou activité risquant d'entraîner, de l'avis du tribunal, la continuation de l'infraction ou la récidive;

*b*) prendre les mesures que le tribunal estime justes pour réparer ou éviter des dommages à l'environnement ou à la santé ou la sécurité des personnes résultant des faits qui ont mené à la déclaration de culpabilité;

*c*) publier, à ses frais et de la manière prévue par règlement, les faits liés à la déclaration de culpabilité;

*d*) aviser, à ses frais et de la manière prévue par règlement, toute victime des faits liés à la déclaration de culpabilité;

*e*) donner tel cautionnement ou déposer auprès du tribunal telle somme d'argent en garantie de l'observation d'une ordonnance rendue en vertu du présent article;

*f*) fournir à la Commission, sur demande présentée par celle-ci au tribunal dans les trois ans suivant la déclaration de culpabilité, les renseignements que le tribunal estime justifiés en l'occurrence relativement aux activités du contrevenant;

*g*) indemniser la Commission, en tout ou en partie, des frais qu'elle a engagés pour la ré-

**Ordonnance du tribunal**

*Sûreté et réglementation nucléaires — 8 août 2011*

ter the date of conviction, such information with respect to the activities of the offender as the court considers appropriate in the circumstances;

(*g*) directing the offender to compensate the Commission, in whole or in part, for the cost of any remedial or preventive measure taken by or caused to be taken on behalf of the Commission as a result of the act or omission that constituted the offence;

(*h*) directing the offender to perform community service, subject to such reasonable conditions as may be imposed by the court on the recommendation of the Commission;

(*i*) directing the offender to pay an amount for the purposes of conducting research into the use and disposal of any nuclear substance, prescribed equipment or nuclear facility in respect of which the offence was committed; or

(*j*) requiring the offender to comply with such other conditions as the court considers appropriate in the circumstances for securing the offender's good conduct and for preventing the offender from repeating the same offence or committing any other offence under this Act.

paration ou la prévention des dommages résultant des faits qui ont mené à la déclaration de culpabilité;

*h*) exécuter des travaux d'intérêt collectif aux conditions raisonnables que peut fixer le tribunal sur la recommandation de la Commission;

*i*) verser une somme destinée à permettre des recherches sur l'utilisation et l'évacuation d'une substance nucléaire, de l'équipement réglementé ou des installations nucléaires qui ont donné lieu à l'infraction;

*j*) se conformer aux autres conditions que le tribunal estime justifiées pour assurer la bonne conduite du contrevenant et empêcher toute récidive.

**Coming into force and duration of order or condition**

(2) An order made under subsection (1), 58(1) or 59(1) shall come into force on the day on which the order is made or on such other day as the court may determine and shall not continue in force for more than three years after that day.

(2) Toute ordonnance rendue en vertu des paragraphes (1), 58(1) ou 59(1) prend effet soit immédiatement, soit à la date fixée par le tribunal, et elle demeure en vigueur pendant trois ans au plus.

**Prise d'effet**

**Additional fine**

**61.** Where a person has been convicted of an offence under this Act and the court is satisfied that, as a result of the commission of the offence, monetary benefits accrued to the person, the court may order the person to pay, notwithstanding the maximum amount of any fine that may otherwise be imposed under this Act, an additional fine in an amount equal to the court's estimation of the amount of the monetary benefits.

**61.** Le tribunal saisi d'une poursuite pour infraction à la présente loi peut, s'il constate que le contrevenant a tiré des avantages financiers de la perpétration de celle-ci, lui infliger, en sus du maximum imposable, l'amende supplémentaire qu'il juge égale à ces avantages.

**Amende supplémentaire**

**Compensation for loss of property**

**62.** (1) Where an offender has been convicted of an offence under this Act, in addition to any sentence imposed, the court may, at the time sentence is imposed and on the application of any person who has suffered loss of, or damage to, property, as a result of the commission of the offence, order the offender to pay to that

**62.** (1) À la demande de la victime, le tribunal peut, au moment de l'application de la peine, ordonner au contrevenant qui a été déclaré coupable d'une infraction à la présente loi de verser à la victime, dans le délai qu'il estime raisonnable, des dommages-intérêts pour la

**Dommages-intérêts**

*Nuclear Safety and Control — August 8, 2011*

person, within such period as the court considers reasonable, an amount of compensation for the loss or damage.

perte des biens ou les dommages à ceux-ci résultant de l'infraction.

**Enforcement** (2) Where an amount that is ordered to be paid under subsection (1) is not paid within the period specified, the applicant may, by filing the order in the superior court of the province in which the trial was held, enter the amount ordered to be paid as a judgment, and such a judgment is enforceable against the offender in the same manner as if it were a judgment rendered against the offender in that court in civil proceedings.

**Exécution** (2) En cas de non-paiement dans le délai fixé, la victime peut faire inscrire l'ordonnance au greffe de la juridiction supérieure ayant compétence en matière civile dans la province où le procès a eu lieu. L'ordonnance peut alors être exécutée selon les mêmes modalités qu'un jugement de cette juridiction.

**Variation of sanctions** **63.** (1) Where a court has made an order under section 58, 59 or 60 in relation to an offender, the court may, on application by the offender or the Attorney General of Canada, require the offender to appear before the court and, after hearing the offender and the Attorney General, may vary the order in one or any combination of the following ways that is applicable and, in the opinion of the court, is rendered desirable by a change in the circumstances of the offender since the order was made, namely,

(*a*) make changes in the order or the conditions specified in the order or extend the period for which the order is to remain in force for such period, not exceeding one year, as the court considers desirable; or

(*b*) decrease the period for which the order is to remain in force or relieve the offender, either absolutely or partially or for such period as the court considers desirable, of compliance with any condition that is specified in the order.

**Ordonnance de modification des sanctions** **63.** (1) Le tribunal qui a rendu une ordonnance en vertu des articles 58, 59 ou 60 peut, sur demande du procureur général du Canada ou du contrevenant, faire comparaître celui-ci et, après avoir entendu les observations de l'un et l'autre, modifier l'ordonnance selon ce qui est applicable en l'espèce et lui paraît justifié par toute évolution de la situation du contrevenant :

*a*) soit en modifiant l'ordonnance ou ses conditions ou en prolongeant sa validité, sans toutefois excéder un an, pour une durée qu'il estime indiquée;

*b*) soit en raccourcissant la période de validité de l'ordonnance ou en dégageant le contrevenant, absolument ou partiellement, ou pour une durée qu'il estime indiquée, de l'obligation de se conformer à telle condition de celle-ci.

**Notice** (2) Before varying an order under subsection (1), the court may direct that notice be given to any persons that the court considers to be interested in the order and may hear any or all of those persons.

**Préavis** (2) Avant de rendre une ordonnance en vertu du présent article, le tribunal peut en donner préavis aux personnes qu'il juge intéressées; il peut aussi les entendre.

**Subsequent applications with leave** (3) Where an application made under subsection (1) in respect of an offender has been heard by a court, no other application may be made with respect to the order except with leave of the court.

**Restriction** (3) Après audition de la demande visée au paragraphe (1), toute nouvelle demande est subordonnée à l'autorisation du tribunal.

**Application of *Nuclear Liability Act*** **64.** Nothing in section 58, 59, 60, 62 or 63 shall be construed as restricting

**Application de la *Loi sur la responsabilité nucléaire*** **64.** Les articles 58, 59, 60, 62 et 63 n'ont pas pour effet de porter atteinte :

(*a*) any right, obligation or liability of any person arising under the *Nuclear Liability Act*; or

(*b*) the jurisdiction of a Nuclear Damage Claims Commission established under the *Nuclear Liability Act*.

Publication

**65.** (1) Where an offender is required by an order made under section 58, 59 or 60 to comply with a condition having the effect described in paragraph 60(1)(*c*) and the offender fails to comply with the condition, the Commission may publish the facts in the manner referred to in that paragraph and may recover the costs of publication from the offender.

Debt due to Her Majesty

(2) Where the Commission incurs publication costs under subsection (1) or an offender is required by an order made under section 58, 59 or 60 to comply with a condition having the effect described in paragraph 60(1)(*g*), the costs and any interest thereon constitute a debt due to Her Majesty in right of Canada and may be recovered as such in any court of competent jurisdiction or in any manner provided for by law.

GENERAL

Oath or affirmation of fidelity and secrecy

**66.** Every member, every officer and employee of the Commission and every person acting on behalf or under the direction of the Commission shall, before acting as such, take before a justice of the peace or a commissioner for taking affidavits the following oath or affirmation of fidelity and secrecy:

I, .........., do solemnly swear (*or* affirm) that I will faithfully, truly and to the best of my judgment, skill and ability execute and perform the duties required of me as a member (*or* officer *or* employee *or* person acting on behalf or under the direction, *as the case may be*), of the Canadian Nuclear Safety Commission.

I further solemnly swear (*or* affirm) that I will not communicate or allow to be communicated to any person not legally entitled thereto any information relating to the affairs of the Commission nor will I allow any such person to inspect or have access to any books or documents belonging to or in the possession of the Commission and relating to its business.

Application of *Financial Administration Act*

**67.** Subject to this Act and the regulations, the *Financial Administration Act* applies in respect of the Commission.

Expenses

**68.** The Commission may expend, administer, use or dispose of any money or other prop-

*a*) aux droits, aux obligations ou à la responsabilité de toute personne découlant de la *Loi sur la responsabilité nucléaire*;

*b*) à la compétence d'une commission de réparation des dommages nucléaires constituée sous le régime de la *Loi sur la responsabilité nucléaire*.

Publication

**65.** (1) En cas de manquement à l'obligation de publication prévue à l'alinéa 60(1)*c*) et imposée à un contrevenant en vertu de l'article 58, 59 ou 60, la Commission peut procéder à la publication de la façon que prévoit cet alinéa et en recouvrer les frais auprès du contrevenant.

Créances de Sa Majesté

(2) Les frais de publication que la Commission engage au titre du paragraphe (1) ainsi que les indemnités visées à l'alinéa 60(1)*g*) et les intérêts afférents constituent des créances de Sa Majesté du chef du Canada dont le recouvrement peut être poursuivi à ce titre devant toute juridiction compétente ou selon toute autre modalité de droit.

DISPOSITIONS GÉNÉRALES

Serment de fonction et de confidentialité

**66.** Les commissaires, les dirigeants, les employés, les mandataires et les préposés de la Commission sont tenus, avant de commencer à exercer leurs fonctions, de prêter, devant un juge de paix ou une personne autorisée à faire prêter serment, le serment de fonction et de confidentialité dont la teneur suit :

Moi, .........., je jure (*ou* déclare solennellement) que je remplirai bien et fidèlement les fonctions attachées à la charge de commissaire (*ou* au poste) (*ou* au mandat) que j'occupe à la Commission canadienne de sûreté nucléaire (*ou* les fonctions qui sont rattachées aux instructions que me donne la Commission canadienne de sûreté nucléaire).

Je jure (*ou* déclare solennellement) en outre que je ne communiquerai, ou permettrai que soit communiqué, aucun renseignement sur l'activité de la Commission à quiconque n'y a pas droit, ni ne lui permettrai l'accès aux documents appartenant à cette dernière ou en sa possession, et se rapportant à son activité.

Application de la *Loi sur la gestion des finances publiques*

**67.** Sous réserve des autres dispositions de la présente loi et des règlements, la *Loi sur la gestion des finances publiques* s'applique à l'égard de la Commission.

Dépenses

**68.** La Commission peut gérer, affecter et aliéner les sommes et autres biens qu'elle ac-

*Nuclear Safety and Control — August 8, 2011*

erty acquired by gift, bequest, donation and the like, subject to the terms, if any, on which the money or other property was given, bequeathed, donated or otherwise made available to the Commission.

quiert au titre d'une libéralité, sous réserve des conditions que la libéralité y attache.

Audit

**68.1** The accounts and financial transactions of the Commission shall be audited annually by the Auditor General of Canada and a report of the audit shall be made to the Commission and to the Minister.

2001, c. 34, s. 62.

Vérification

**68.1** Le vérificateur général du Canada examine chaque année les comptes et les opérations financières de la Commission et présente son rapport à la Commission et au ministre.

2001, ch. 34, art. 62.

Non-application of *Statutory Instruments Act*

**69.** A decision or order made under this Act, other than an order made under section 19, is not a statutory instrument for the purposes of the *Statutory Instruments Act*.

Non-application de la *Loi sur les textes réglementaires*

**69.** À l'exclusion d'un décret pris sous le régime de l'article 19, les décisions, ordres ou ordonnances respectivement rendues, donnés ou prises sous le régime de la présente loi ne sont pas des règlements au sens de la *Loi sur les textes réglementaires*.

Unpaid fees

**70.** The amount of any fee imposed on a person under this Act and any interest thereon is a debt due to Her Majesty in right of Canada and may be recovered as such from the person on whom it was imposed in any court of competent jurisdiction.

Créances de Sa Majesté

**70.** Les droits qu'une personne est tenue de payer au titre de la présente loi et les intérêts afférents constituent des créances de Sa Majesté du chef du Canada dont le recouvrement peut être poursuivi à ce titre devant toute juridiction compétente.

Works and undertakings

**71.** Any work or undertaking constructed for the development, production or use of nuclear energy or for the mining, production, refinement, conversion, enrichment, processing, reprocessing, possession or use of a nuclear substance or for the production, possession or use of prescribed equipment or prescribed information is declared to be a work or undertaking for the general advantage of Canada.

Avantage général du Canada

**71.** Sont déclarés à l'avantage général du Canada les ouvrages et entreprises construits en vue du développement, de la production ou de l'utilisation de l'énergie nucléaire, ceux destinés à la production, à la conversion, à l'enrichissement, au traitement, au retraitement, au raffinage, à la possession, à l'utilisation ou à l'extraction minière d'une substance nucléaire et ceux destinés à la production, à la possession et à l'utilisation de l'équipement réglementé et des renseignements réglementés.

Annual report

**72.** The Commission shall, within four months after the end of each fiscal year, submit to the Minister a report of the activities of the Commission under this Act for that fiscal year, and the Minister shall cause the report to be laid before each House of Parliament on any of the first fifteen days on which that House is sitting after receiving it.

Rapport annuel

**72.** Dans les quatre mois suivant la fin de chaque exercice, la Commission présente au ministre un rapport de ses activités au cours de cet exercice. Le ministre le fait déposer devant chaque chambre du Parlement dans les quinze premiers jours de séance de celle-ci suivant sa réception.

## TRANSITIONAL PROVISIONS

## DISPOSITIONS TRANSITOIRES

Definitions

**73.** The definitions in this section apply in this section and sections 74 to 80.

Définitions

**73.** Les définitions qui suivent s'appliquent au présent article et aux articles 74 à 80.

"Board" *« ancienne commission »*

"Board" means the Atomic Energy Control Board established by section 3 of the *Atomic Energy Control Act*, as that section read immediately before the commencement day.

« ancienne commission » *"Board"*

«ancienne commission» La Commission de contrôle de l'énergie atomique constituée par l'article 3 de la *Loi sur le contrôle de l'énergie*

*Sûreté et réglementation nucléaires — 8 août 2011*

"commencement day"
« *date d'entrée en vigueur* »

"commencement day" means the day on which this Act comes into force.

*atomique*, dans sa version antérieure à la date d'entrée en vigueur.

«date d'entrée en vigueur» Date d'entrée en vigueur de la présente loi.

« date d'entrée en vigueur »
"*commencement day*"

«nouvelle commission» La Commission canadienne de sûreté nucléaire constituée par l'article 8.

« nouvelle commission »
*French version only*

Board dissolved

**74.** The Board is hereby dissolved.

**74.** L'ancienne commission est dissoute.

Dissolution de l'ancienne commission

President of Commission

**75.** The person who holds the office of President of the Board immediately before the commencement day continues in office as the President of the Commission for the remainder of the term for which that person was appointed President.

**75.** La personne qui occupe la charge de président de l'ancienne commission à la date d'entrée en vigueur continue d'exercer ses fonctions, à titre de président de la nouvelle commission, jusqu'à l'expiration de son mandat.

Président de l'ancienne commission

Other members of Commission

**76.** Each person who holds office as a member of the Board immediately before the commencement day continues in office as a member of the Commission for the remainder of the term for which the person was appointed.

**76.** Les personnes qui occupent une charge de membre de l'ancienne commission à la date d'entrée en vigueur continuent d'exercer leurs fonctions, à titre de membres de la nouvelle commission, jusqu'à l'expiration de leur mandat.

Autres commissaires

Rights and obligations transferred

**77.** (1) All rights and property of Her Majesty in right of Canada that are under the administration and control of the Board and all obligations and liabilities of the Board are hereby transferred to the Commission.

**77.** (1) Les droits et les biens de Sa Majesté du chef du Canada dont la gestion était confiée à l'ancienne commission ainsi que les droits et obligations de l'ancienne commission sont transférés à la nouvelle commission.

Transfert des droits et obligations

References

(2) Every reference to the Board in a deed, contract or other document executed by the Board in its own name shall, unless the context otherwise requires, be read as a reference to the Commission.

(2) Sauf indication contraire du contexte, dans tous les contrats, actes et autres documents signés par l'ancienne commission sous son nom, les renvois à l'ancienne commission valent renvois à la nouvelle commission.

Renvois

Closing out affairs

(3) The Minister may do and perform all acts and things necessary for or incidental to closing out the affairs of the Board.

(3) Le ministre peut prendre toutes les mesures nécessaires ou liées à la liquidation de l'ancienne commission.

Liquidation

Commencement of legal proceedings

**78.** (1) Any action, suit or other legal proceeding in respect of an obligation or liability incurred by the Board, or in the closing out of the affairs of the Board, may be brought against the Commission in any court that would have had jurisdiction if the action, suit or proceeding had been brought against the Board.

**78.** (1) Les procédures judiciaires relatives aux obligations contractées ou aux engagements pris soit par l'ancienne commission, soit lors de la liquidation de celle-ci, peuvent être intentées contre la nouvelle commission devant tout tribunal qui aurait eu compétence pour être saisi des procédures intentées contre l'ancienne commission.

Procédures judiciaires nouvelles

Continuation of legal proceedings

(2) Any action, suit or other legal proceeding to which the Board is party pending in any court immediately before the commencement day may, on that day, be continued by or against the Commission in the like manner and

(2) La nouvelle commission prend la suite de l'ancienne, au même titre et dans les mêmes conditions que celle-ci, comme partie dans les procédures judiciaires en cours à la date d'en-

Procédures en cours devant les tribunaux

*Nuclear Safety and Control — August 8, 2011*

to the same extent as it could have been continued by or against the Board.

**Pending proceedings**

(3) Proceedings pending before the Board immediately before the commencement day shall be taken up and continued before the Commission under and in accordance with this Act.

**Transfer of staff**

**79.** (1) Every person who, immediately before the commencement day, was an officer or employee of the Board becomes, on that day, an officer or employee, as the case may be, of the Commission.

**Deemed appointment**

(2) Every person to whom subsection (1) applies shall be deemed to have been appointed in accordance with subsection 16(1).

**No severance pay**

(3) For greater certainty, nothing in subsection (1) shall be construed as entitling any person to severance pay.

**Period of service**

(4) A person to whom subsection (1) applies shall be deemed, while an officer or employee of the Board, to have been employed in the Public Service for the purpose of determining the person's entitlement to leave or any other employment benefit.

**Licences**

**80.** A licence that is issued pursuant to regulations made under paragraph 9(*b*) of the *Atomic Energy Control Act* and that is in force immediately before the commencement day is deemed to have been issued under section 24 of this Act and to be in force for the remainder of the period for which it was issued under the *Atomic Energy Control Act* and any fees paid or payable under the *AECB Cost Recovery Fees Regulations, 1994* in respect of such a licence are deemed to be paid or payable, as the case may be, under this Act.

**Certificates, etc.**

**81.** A certificate, approval, endorsement, authorization, designation, permit or specification issued pursuant to the *Atomic Energy Control Act* or any regulation made under that Act is deemed to have been issued pursuant to regulations made under this Act and to be in force for the remainder of the period for which it was issued under that Act or those regulations.

**Nuclear installation**

**82.** A nuclear installation designated by the Atomic Energy Control Board for the purposes of the *Nuclear Liability Act* is deemed to have been designated for those purposes by the Canadian Nuclear Safety Commission.

---

trée en vigueur et auxquelles l'ancienne commission est partie.

(3) Les procédures en cours devant l'ancienne commission à la date d'entrée en vigueur se poursuivent devant la nouvelle commission sous le régime de la présente loi.

**Procédures en cours devant l'ancienne commission**

**79.** (1) Les personnes qui, à la date d'entrée en vigueur, sont des dirigeants ou des employés de l'ancienne commission deviennent respectivement, à cette date, dirigeants ou employés de la nouvelle commission.

**Transfert du personnel**

(2) Les personnes visées par le paragraphe (1) sont réputées avoir été engagées sous le régime du paragraphe 16(1).

**Présomption**

(3) Il demeure entendu que le paragraphe (1) n'a pas pour effet d'accorder à quiconque le droit à une indemnité de départ.

**Aucune indemnité de départ**

(4) Les personnes visées par le paragraphe (1) sont réputées, quant à leur admissibilité aux divers congés et autres avantages liés à leur emploi, employées dans la fonction publique.

**Présomption**

**80.** Les licences ou permis délivrés sous le régime d'un règlement pris en vertu de l'alinéa 9*b*) de la *Loi sur le contrôle de l'énergie atomique* et en cours de validité à la date d'entrée en vigueur sont réputés avoir été délivrés sous le régime de l'article 24 et demeurer en vigueur pour la durée prévue de leur validité, et tous frais ou droits y afférents payés ou payables en vertu du *Règlement de 1994 sur les droits pour le recouvrement des coûts de la CCEA* sont réputés payés ou payables en vertu de la présente loi.

**Licences ou permis**

**81.** Un certificat, une approbation, une acceptation, une autorisation, une désignation, une spécification ou un permis ou une licence délivré en vertu de la *Loi sur le contrôle de l'énergie atomique* ou de ses règlements est réputé avoir été délivré en vertu de règlements pris en application de la présente loi et demeure en vigueur pour la durée prévue de sa validité.

**Documents**

**82.** Une installation nucléaire désignée par la Commission de contrôle de l'énergie atomique pour l'application de la *Loi sur la responsabilité nucléaire* est réputée désignée par la Commission canadienne de sûreté nucléaire.

**Installation nucléaire**

*Sûreté et réglementation nucléaires — 8 août 2011*

| CONSEQUENTIAL AMENDMENTS | MODIFICATIONS CORRÉLATIVES |
|---|---|

**83. to 105.**  [Amendments]

**106.**  [Repealed, 1997, c. 9, s. 125]

**107. to 123.**  [Amendments]

**83. à 105.**  [Modifications]

**106.**  [Abrogé, 1997, ch. 9, art. 125]

**107. à 123.**  [Modifications]

CONDITIONAL AMENDMENTS

**124.**  [Repealed, 2005, c. 22, s. 62]

**125. and 126.**  [Amendments]

MODIFICATIONS CONDITIONNELLES

**124.**  [Abrogé, 2005, ch. 22, art. 62]

**125. et 126.**  [Modifications]

COMING INTO FORCE

ENTRÉE EN VIGUEUR

Coming into force

*\*127.**  This Act comes into force on a day to be fixed by order of the Governor in Council.

\* [Note: Act in force May 31, 2000, *see* SI/2000-42.]

Entrée en vigueur

*\*127.**  La présente loi entre en vigueur à la date fixée par décret.

\* [Note : Loi en vigueur le 31 mai 2000, *voir* TR/2000-42.]

# EXHIBIT 3

Court File No. CV-11-427161

ONTARIO
SUPERIOR COURT OF JUSTICE

NN /lms/pp
B E T W E E N:

LANTHEUS MEDICAL IMAGING, INC.

Applicant

- and -

ATOMIC ENERGY OF CANADA LIMITED

Respondent

- - - - - - - - - -

   This is the Cross-Examination of JEAN-PIERRE LABRIE, on his affidavit sworn the 15th day of July, 2011, taken at the law offices of HEENAN BLAIKIE LLP, 333 Bay Street, Suite 2900, Toronto, Ontario, on the 20th day of July, 2011.

- - - - - - - - - -

APPEARANCES :
BRETT HARRISON    }          -- for the Applicant
RUKESH KORDE     }
BONNIE ROBERTS JONES        -- for the Respondent

*J.-P. Labrie - 2*

INDEX OF PROCEEDINGS

*PAGE*
*NUMBER*

JEAN-PIERRE LABRIE, *affirmed*
*Cross-Examination by MR. HARRISON*          *1 - 61*
*Re-Examination by MS. JONES*          *61 - 62*
*Continued Cross-Examination by MR. HARRISON*          *62 - 63*
*Index of Exhibits*          *64*
*Index of Under Advisements*          *65*
*Index of Refusals*          *66*
*Certificate*          *67*

---

J.-P. Labrie - 3

1   JEAN-PIERRE LABRIE, affirmed
2   CROSS-EXAMINATION BY MR. HARRISON:
3   1.      Q.    Thank you very much for coming this
4        morning.  If we can get started, just looking at your
5        affidavit, paragraph 7.  At paragraph 7, you state
6        that:
7              "...There is an exception to the Access to
8              Information Act which restricts information
9              which may be obtained in relation to AECL's
10             activities..."
11       And I just wanted to quickly...I have brought a copy
12       of the Access to Information Act because I just want
13       to ensure I understand what it is you are referring
14       to.  And I wasn't going to mark this.  I was going to
15       include it in our brief of authorities.  So, I
16       believe that you are referring to...if you turn to
17       section 68.2, is that the section of the Access to
18       Information Act that you are referring to in your
19       affidavit?
20             A.    I would say generally, yes, but I do
21       know that the paragraph talks about information that
22       is guarded really to protect AECL's intellectual
23       property at the same time.
24   2.      Q.    I understand that.  I am just trying
25       to isolate in that sentence where you speak of an

---

J.-P. Labrie - 4

1        exception...
2             A.    I understand your question.
3   3.      Q.    ...for AECL.  So, if there is another
4        section, I just want to figure out what section you
5        are relying on, what part of...and maybe it is for
6        your counsel.
7             MS. JONES:    This is the section that is
8        being referenced in that particular phrase.
9   4.          MR. HARRISON:    Okay.  Thank you.  Because
10       I just also wanted to confirm that AECL
11       isn't relying on that section with regard to
12       Lantheus' access to information request.
13             MS. JONES:    So, it is important for me to
14       note that while Dr. Labrie has given
15       evidence with respect to his general
16       understanding of how the ATIP process works,
17       the ATIP process is a legislative one that
18       is independent of AECL.  And we are not in
19       this litigation process attempting to rely
20       upon any piece of legislation or exception
21       or otherwise in relation to what the ATIP
22       people are doing.
23   5.          MR. HARRISON:    Just to clarify, the ATIP
24       office is part of AECL?
25             MS. JONES:    It is an office that exists

---

J.-P. Labrie - 5

1        at AECL that operates independently and does
2        not report to AECL.  It has independent
3        authority to make its own decisions, and
4        AECL does not have the authority to
5        interfere with that decision-making process.
6   6.          MR. HARRISON:    And to clarify, the
7        witness has indicated that there is an
8        exception.  And so, we need to find out
9        whether or not AECL is relying on that
10       exception in its response, because AECL has
11       said in its materials and taken the position
12       that the access to information request is
13       going to produce the documents that
14       otherwise produced the documents that are
15       being requested in this proceeding.
16             MS. JONES:    AECL has taken the position
17       in its materials that it appears from its
18       review of the documents requested in the
19       ATIP process, that the same documents would
20       be reviewed and produced during the course
21       of a response to an order from the court in
22       this proceeding that the documents be
23       produced.
24             But AECL is not taking the position
25       in these proceedings with respect to what

J.-P. Labrie - 6

1  the ATIP office may do with those documents,
2  because AECL is not in a position to control
3  that process.
4  7.      MR. HARRISON:    So, it is fair to say AECL
5  has no idea what documents may be produced
6  by that office in response to Lantheus'
7  request?
8  MS. JONES:    No, that is not what I am
9  saying.
10  8.      MR. HARRISON:    Okay.  Well, you just said
11  that you have no control over it, right?
12  MS. JONES:    No.  What we are saying is
13  the documents that they would collect in
14  relation to the ATIP process, as we
15  understand it having reviewed the request
16  that you put in your materials, are the same
17  as the documents that would be reviewed in
18  the course of the response to the letters
19  rogatory request, which is an identical
20  request.
21  9.      MR. HARRISON:    So, AECL does know what
22  documents will be produced in response to
23  the access to information request?
24  MS. JONES:    AECL knows which documents
25  will be reviewed and produced based on...

J.-P. Labrie - 7

1  AECL knows what documents will be reviewed
2  and produced based on its...well, let me
3  back up.  AECL knows that the same documents
4  would be reviewed during both processes.
5  10.     MR. HARRISON:    Okay.  Let me put it to
6  you this way because you have taken two
7  contrary positions.  Either AECL knows what
8  documents are going to be produced in
9  response to the access to information
10  request, or it doesn't.  Which one is it?
11  MS. JONES:    AECL knows which documents
12  will be...where both processes would go to
13  try and collect the documentation, knows
14  generally what the review process would be,
15  and knows which...AECL's counsel understands
16  the legislative regime under which the ATIP
17  office would review and produce the
18  documents.  But it is not for the court in
19  this case to even consider what that process
20  would be, and we are not going to answer
21  questions in that regard.
22  11.     MR. HARRISON:    I think I am just going to
23  ask the witness a question on that issue and
24  you can refuse if you want.
25

J.-P. Labrie - 8

1  BY MR. HARRISON:
2  12.     Q.   Dr. Labrie, do you know what
3  documents are going to be produced by AECL in
4  response to the access to information request?
5  MS. JONES:    I am going to refuse the
6  question.                          /R
7
8  BY MR. HARRISON:
9  13.     Q.   And just going back to my original
10  question which started this.  Is AECL relying on
11  section 68.2 in relation to Lantheus' access to
12  information request?
13  MS. JONES:    We are going to refuse that
14  question.                          /R
15  14.     MR. HARRISON:    Okay.
16  MS. JONES:    It is not relevant to these
17  proceedings.
18  15.     MR. HARRISON:    You have taken the
19  position that the access to information
20  request is going...that Lantheus should
21  rely on its access to information request
22  rather than seeking the production through
23  the letters of request process.
24  MS. JONES:    Correct.
25  16.     MR. HARRISON:    But you are saying that

J.-P. Labrie - 9

1  the access to information request and what
2  it would be producing is irrelevant?
3  MS. JONES:    No, that is not what I said.
4  What I said is that...well, let me start
5  over again then if I wasn't clear.  The
6  access to information request was raised in
7  your materials, and you put in
8  correspondence in relation to the access to
9  information request that suggested that it
10  was somehow being interfered with or
11  obstructed.
12  In response to that evidence, we
13  provided evidence from Dr. Labrie of what
14  he understood, based on the correspondence
15  between the parties, as to what was
16  happening in the access to information
17  process.  That is the evidence that was
18  provided.
19  17.     MR. HARRISON:    Okay.  So, turning to
20  paragraph 19, the witness provides evidence
21  that:
22  "...AECL has continued to process Lantheus'
23  request as it was originally submitted
24  under the cover of Mr. Harrison's April
25  11th, 2011 correspondence..."



J.-P. Labrie - 10

1    MS. JONES:    Correct.
2
3   BY MR. HARRISON:
4   18.        Q.    Correct?
5              A.    That is correct.
6   19.        Q.    And when you swore that statement,
7        presumably you made inquiries with regard to the
8        access to information request?
9              A.    No...I made that opinion based on
10       the correspondence that was presented to me when I
11       reviewed the correspondence.
12  20.        Q.    So, you have no independent
13       knowledge whatsoever?
14             A.    The ATIP office operates
15       independently of AECL's line management in terms of
16       what they do, the process they follow.  What I have
17       is documents that were presented to me.  In going
18       through the documents, I have formed the opinion
19       that, to the best of my knowledge, that the ATIP
20       office is proceeding with the request.
21  21.        Q.    But you have made no inquiries of
22       the ATIP office?
23             MS. JONES:    The...
24  22.        MR. HARRISON:    I am just asking the
25             witness a question.

J.-P. Labrie - 11

1            MS. JONES:    Well, I need to answer that
2        question because AECL is not in a position,
3        as I advised you, to interfere with that
4        process.
5   23.        MR. HARRISON:    I didn't ask whether he
6        interfered with it.  I asked if he made any
7        inquiries.
8            THE DEPONENT:    Me, personally?
9
10  BY MR. HARRISON:
11  24.        Q.    Yes.
12             A.    No, I have not.  On this particular
13       case, no.
14  25.        MR. HARRISON:    So, I am just showing you
15       a copy of the Notice of Examination, the
16       cover letter.  And this is a letter dated
17       July 19th from Brett Harrison to Mr.
18       Abdel-Aziz and Mr. Jack of Heenans with
19       regard to today's examination.  I am just
20       going to mark that as Exhibit 1.
21
22  ---  EXHIBIT NO. 1 :  Copy of the Notice of Examination
23             and the cover letter dated July 19,
24             2011, from Brett Harrison to
25             Mr. Abdel-Aziz and Mr. Jack

J.-P. Labrie - 12

1   BY MR. HARRISON:
2   26.        Q.    I am going to ask the witness just
3        to look at that.  Have you seen a copy of this
4        letter?
5              A.    Prior to this, no.
6   27.        Q.    Okay.  In this letter, it states,
7        the second paragraph:
8              "...As Mr. Labrie has provided a
9              significant amount of evidence regarding
10             Lantheus' ATI Act request, we would ask
11             that he fully inform himself of the steps
12             AECL has taken to date to comply with that
13             request..."
14       Do you see that?
15             A.    Yes, I do.
16  28.        Q.    And you are advising me that you
17       have made no such inquiries, correct?
18             A.    I have not made a direct inquiry
19       with the ATIP office, that is correct.
20  29.        Q.    Have you made an indirect inquiry?
21             A.    No.
22  30.        Q.    So, back at paragraph 11, you
23       outline the process for evaluating Access to
24       Information Act  requests, correct?
25             A.    I outlined my experience in prior

J.-P. Labrie - 13

1        requests that came to me from the ATIP office, and
2        this is the process that I have experience with the
3        ATIP...AECL's ATIP office.
4   31.        Q.    But you have no idea whether or not
5        this process has been applied in this circumstance
6        of this request?
7              A.    I do not know what process the ATIP
8        office is currently applying to the Lantheus
9        application, or to the consult for Lantheus'
10       application.
11  32.        Q.    So, it is fair to say at this time
12       that you do not know what documents will be produced
13       in response to Lantheus' request?
14             A.    Personally, no.
15  33.        Q.    Okay.  And is it fair to say that
16       you don't know when those documents would be
17       produced?
18             A.    That is correct.
19  34.        Q.    And you don't know whether or not
20       there will be any issue with regard to export
21       control with regard to those documents?
22             A.    Not until the documents are
23       reviewed.
24  35.        Q.    And it is fair to say that you don't
25       know whether or not the documents being produced



J.-P. Labrie - 14

1    will engage the nuclear non-proliferation export and
2    import regime?
3            A.    At this time, no.
4    36.       Q.    It is fair to say that you don't
5    know whether or not any of the documents that are
6    going to be produced will raise issues of national
7    security?
8            A.    I do not know.
9    37.       Q.    And it is fair to say that you don't
10   know whether or not any of the documents being
11   produced will engage commercial issues or financial
12   issues?
13           A.    I do not know.
14   38.       Q.    Do you know who at the ATIP office
15   is involved in responding to the request, Lantheus'
16   request?
17           A.    Normally, the person who heads the
18   ATIP office is Mr. Jean Boulais.
19   39.       Q.    But do you personally know who was
20   involved in responding?
21           A.    No, I do not know.
22   40.       Q.    And presumably, Mr. Boulais would
23   make inquiries of staff, such as yourself, to assist
24   with regard to the collection of documents, correct?
25           A.    The process that normally he follows

J.-P. Labrie - 16

1    is up to his office to decide what is going to be
2    released under the Act .
3    41.       Q.    Okay. So, who has Mr. Boulais
4    contacted at AECL with regard to this request?
5            A.    I do not know. He has not contacted
6    me. As far as I know, he has contacted people who
7    were directly involved with the NRU reactor at the
8    time of the repair.
9    42.       Q.    Okay. And who was that?
10           A.    I do not know who he has contacted.
11   43.       Q.    Well, will you undertake to advise
12   us as to who has been contacted by Mr. Boulais'
13   office with regard to the access to information
14   request?
15           MS. JONES:    I can't give that
16           undertaking because I am not in a position
17           to compel Mr. Boulais to answer the
18           question.
19   44.       MR. HARRISON:    I am not asking Mr.
20           Boulais. I am asking for the people at
21           AECL who have received the request.
22           MS. JONES:    I can't possibly do that. I
23           understand that there were over 300 FTEs
24           involved in the reactor at that point. And
25           I can't, between now and tomorrow, contact

J.-P. Labrie - 15

1    is that a native request will come in and he will
2    try to determine which parts of the organization
3    this request should be addressed. The AECL staff
4    have all been advised that when a request comes from
5    the ATIP office, to provide all the documents they
6    have, all the documents.
7            There is no position that staff are to take
8    with respect to the relevance of the documents. If
9    there is a question that is asked, we receive the
10   question, we go through our files, our electronic
11   files and produce all the documents that are
12   relevant to the question.
13           All those documents are sent to Mr.
14   Boulais' team, who basically apply, as I understand
15   it, the Act  against the documents, and then the
16   documents will come back to the person who has
17   issued the documents saying, "These are...this is
18   what will be released.  Do you see any issues,
19   technical issues, intellectual property issues, with
20   the document...with the information that would be
21   released?" Because, often, Mr. Boulais is not
22   necessarily a technical expert in all the fields of
23   AECL.
24           And basically, we will provide him our
25   views on the...what is going to be produced and it

J.-P. Labrie - 17

1    those hundreds of people and ask them if
2    any of them were requested.
3    45.       MR. HARRISON:    I understand that it
4            might not be able to be done by tomorrow,
5            but to the extent that...and my
6            understanding is...we can go off the record
7            for a second.
8
9    ---    DISCUSSION OFF THE RECORD
10
11   46.       MR. HARRISON:    So, just to summarize
12           what we were talking about, we would ask
13           that you make an inquiry with regard to who
14           at AECL has received a request from the
15           ATIP office with regard to Lantheus' access
16           to information request, understanding that
17           there may be timing issues, but we would
18           ask for that to be provided.
19           MS. JONES:    I will take that question
20           under advisement. I am certainly not in a
21           position to respond to it by tomorrow. But
22           should we be dealing with this issue after
23           tomorrow, I will shortly advise you of our
24           position with respect to responding to
25           that.                              U/A

J-P. Labrie - 18

1
2  BY MR. HARRISON:
3  47.      Q.    Is it fair to say that you don't
4      know whether or not the ATIP office has contacted
5      anybody at AECL?
6          A.    It seems that they have, from the
7      correspondence that I have read, because they seem
8      to be working on assembling the documentation and
9      the correspondence from Mr. Boulais.
10  48.      Q.    Well, the response that was received
11      to date was a response that was already provided to
12      someone else, which would reside with the ATIP
13      office, would it not?
14          A.    No, I am not referring to that.
15      There is other correspondence from Mr. Boulais
16      exchanged with, I believe, you indicating that the
17      process is proceeding.
18  49.      Q.    Right. But you don't know whether
19      or not he has contacted anybody outside of the ATIP
20      office? You don't know whether or not he has
21      contacted anybody at AECL?
22          A.    I do not know personally, no.
23  50.      Q.    And so, you don't know what
24      collection efforts have been made to date?
25          A.    No, I don't know.

J-P. Labrie - 19

1  51.      Q.    Just now turning to paragraph 23 of
2      your affidavit, there is a discussion with regard to
3      a response,
4          "...An Access to Information Act response
5          provided to Zurich Insurance as the
6          defendant in this proceeding..."
7      Do you see that?
8          A.    Yes, I do see it.
9  52.      Q.    Were you involved in responding to
10      that?
11          A.    No, I was not.
12  53.      Q.    Do you know when it was received?
13          A.    No, I don't.
14  54.      Q.    Do you know when the documents were
15      provided?
16          A.    I think they were provided sometime
17      in...no, I do not. To Zurich, no, I do not know.
18  55.      Q.    And do you know what process was
19      undertaken to review that access request?
20          A.    The detail of the process, no. I
21      could only tell you what I have experienced with the
22      ATIP office generally.
23  56.      Q.    So, if you just look at those
24      documents, and they are at Exhibit F to your
25      affidavit. Now, just talking generally about the

J-P. Labrie - 20

1      process, because you understand how the process
2      works.
3          A.    Correct.
4  57.      Q.    These documents that were produced,
5      you indicated would have been provided to the ATIP
6      office?
7          A.    That is correct.
8  58.      Q.    And then there would have been a
9      review conducted by the ATIP office with regard to
10      compliance with the request?
11          A.    That is correct.
12  59.      Q.    And in addition, it would appear
13      that there would be redactions completed by the ATIP
14      office, presumably, with regard to exclusions or
15      exemptions under the Access to Information Act?
16          A.    That is my understanding of the
17      process, yes.
18  60.      Q.    Okay. And then after those
19      redactions were made, this document would then be
20      sent back to someone at AECL to complete a further
21      review of the documentation?
22          A.    Normally, it is for the intellectual
23      property side of things. So, there are technical
24      issues that the ATIP office is not necessarily
25      conversant in. But the ATIP office always...like,

J-P. Labrie - 21

1      for example, if you have...on the first page of the
2      document, you will have S-16-2. That will refer to
3      a section of the ATIP and why this is being
4      redacted.
5  61.      Q.    Right. And internally at the ATIP
6      office, presumably there is an initial review. Is
7      there a secondary review conducted?
8          A.    I do not know the details of how the
9      ATIP office itself works.
10  62.      Q.    Do you know whether or not they have
11      internal or external counsel that assists them in
12      responding to these requests?
13          A.    I do not know.
14  63.      Q.    And so, after the documents are sent
15      back to AECL for review, what is the next step
16      before production of the documents?
17          A.    I do not know. That...what the ATIP
18      office does after...
19  64.      Q.    Right.
20          A.    I do not know.
21  65.      Q.    So, after the documents are sent
22      back, I guess it would be the second time to the
23      ATIP office, you don't know what they do with it
24      after that?
25          A.    No, I do not.

J-P. Labrie - 22

1  66.      Q.    Okay. Now, you had indicated,
2  obviously, the redactions, and there are numerous
3  redactions in Exhibit F, are completed in accordance
4  with certain sections of the Access to
5  Information ...
6          A.    That is correct. Normally, the
7  section under which the redaction is made is
8  identified on the document.
9  67.      Q.    Okay. And in the bottom right-hand
10  corner, it would appear as though another number has
11  been added, and these appear just to correspond to
12  the page numbers of the production.
13         A.    I don't know who puts the sequential
14  number on it.
15  68.      Q.    But just sequential numbering to
16  note the number of pages that are being produced, it
17  would appear.
18         A.    It would appear that way, but I
19  don't know what would be the process for doing that.
20  69.      Q.    No, no. I just wanted to note that
21  the last page is 124.
22         A.    In this exhibit, yes.
23  70.      Q.    So, presumably, there was originally
24  124 pages?
25         A.    I don't know. It could be

J-P. Labrie - 23

1  sometimes...
2  71.      Q.    I mean, we can walk through, but
3  there are certain sections that have been removed,
4  as you can see.
5          A.    For example, on page 336, yes.
6  72.      Q.    Right. I mean, I can walk through,
7  but if you could accept for a moment that
8  approximately 30 pages of documents have been
9  removed, there is 124, of which 94 pages, at least
10  you indicate in your affidavit, were produced.
11  So...
12         MS. JONES:    Sorry, can you say that
13  again?
14  73.      MR. HARRISON:    So, the number 124 is the
15  last page.
16         MS. JONES:    Yes.
17  74.      MR. HARRISON:    You indicate 94 pages
18  were produced. So, approximately 30 pages
19  have been removed.
20         MS. JONES:    That makes sense, yes.
21
22  BY MR. HARRISON:
23  75.      Q.    And as you see, as you mention on
24  page 336, again there is an indication as to what
25  sections were relied upon for the removal of those

J-P. Labrie - 24

1  pages?
2          A.    That is correct.
3  76.      Q.    So, I reviewed those provisions, and
4  I just wanted to walk through the redactions with
5  you. It would appear...and correct me if I am wrong
6  and maybe we can go back to our Access to
7  Information Act ...that the provisions that I have
8  noted are 16(2), 18(b), (c), (d), 19(1) and
9  20(1)(c), and if you want to...these are in
10  Exhibit F. If there is any other...I didn't see any
11  others. We can go off the record for a second.
12
13  ---    DISCUSSION OFF THE RECORD
14
15  BY MR. HARRISON:
16  77.      Q.    So, I noted six sections of the
17  Access to Information Act  that appear to be the only
18  ones referenced in Schedule F. Can we agree that
19  those are the ones that I referenced?
20         A.    That is what I have seen, yes.
21  78.      Q.    Thank you. So, I can go through
22  each one of those exceptions, but can we agree that
23  the only exception that relates to national security
24  or possibly national security issues will be section
25  16(2)? I mean, we can go through them.

J-P. Labrie - 25

1          MS. JONES:    I am not convinced of the
2  relevance of this line of questioning. So,
3  what I am going to tell you is I am going
4  to consider the relevance, and then if I
5  determine it is appropriate, I will give
6  you a legal answer to that question.        U/A
7  79.      MR. HARRISON:    Okay. Just to explain,
8  AECL is taking the position that issues of
9  national security are engaged in responding
10  to Lantheus'...or may be engaged in
11  responding to Lantheus' access to
12  information request...
13         MS. JONES:    Yes.
14  80.      MR. HARRISON:    ...with regard to the
15  shutdown in May 2009, correct?
16         MS. JONES:    Can you just direct me to
17  the paragraph so I can read it again,
18  please?
19  81.      MR. HARRISON:    I am saying your position
20  in this proceeding is that...in your
21  factum, as well, is that issues of national
22  security may be engaged in the production
23  of documents relevant to our letters of
24  request.
25         MS. JONES:    But that doesn't have

1   anything to do with the ATIP process.
2   82.      MR. HARRISON:    No, no.  I am just
3   saying, though.  But you are saying that
4   the...so, documents that are going to be
5   responsive to our request for information
6   regarding the shutdown in 2009 may engage
7   issues of national security?
8   MS. JONES:      That is what we have said,
9   yes.
10  83.      MR. HARRISON:     Right.  So, previously,
11  AECL has produced documents in relation to
12  the May 2009 shutdown.  We are looking at
13  them now.
14  MS. JONES:    Yes.
15  84.      MR. HARRISON:     And I want to establish
16  what documents here engage issues of
17  national security.
18  MS. JONES:     Right.  And that is a legal
19  question that we can't get into with this
20  witness.
21  85.      MR. HARRISON:     Right.  I guess we can,
22  though...the witness has given his opinion
23  with regard to the process and how
24  information is redacted and removed at the
25  ATIP office.

1   MS. JONES:    Yes.
2   86.      MR. HARRISON:     We are simply trying to
3   get an agreement that certain information
4   is redacted for national security purposes.
5   MS. JONES:     Under which process?
6   87.      MR. HARRISON:     Under the ATIP process.
7   MS. JONES:    Yes.
8   88.      MR. HARRISON:     Some information is for
9   economic purposes, and we are trying to
10  review this response, which is AECL's
11  response, to see, with regard to documents
12  already produced, what was redacted for
13  national security purposes and what was
14  redacted for economic purposes.
15  MS. JONES:     And my initial response to
16  that, although I will consider it after
17  this examination and let you know if it
18  changes, is that what you are doing is a
19  collateral attack on the ATIP process.
20  This is not the forum for
21  considering the appropriateness of the
22  approach taken by the ATIP office, which I
23  know isn't even finished, and the documents
24  could change, depending on how that process
25  goes.  That process is subject, as you

1   know, to a statutory regime that provides
2   for your client to be able to review and
3   question that process.
4   This is not the place, in my view,
5   for that analysis to be undertaken.  And
6   so, at this point, as I said, I will review
7   my position this afternoon.  But at this
8   point, my position is that that analysis is
9   not appropriate and we are not going to
10  answer questions on it.                    /R
11  89.      MR. HARRISON:     Okay.  I am actually not
12  asking you to refer to Lantheus' request at
13  all.  My questions are directed to Zurich's
14  request, which this is a response to.  And
15  my only point being, I think we can agree,
16  maybe we can't, that certain redactions are
17  made for national security purposes, and
18  certain redactions were made for economic
19  or competitive reasons.
20  MS. JONES:     And on the record as it is,
21  you are in a position to make the argument
22  as to which redactions were made for what
23  purpose.
24  90.      MR. HARRISON:     I was hoping to shorten
25  it, but that is fine.  We can go through

1   each one in court and do that.
2   MR. KORDE:    Can we go off the record for
3   a second?
4
5   ---   DISCUSSION OFF THE RECORD
6
7   91.      MR. HARRISON:     So, I would ask that you
8   undertake to advise us whether or not you
9   are going to take the position that any
10  section that is referenced in Exhibit F,
11  other than section 16(2), engages issues of
12  national security.
13  MS. JONES:     I will take that question
14  under advisement.                    U/A
15  92.      MR. HARRISON:     Thank you.  And,
16  obviously, to be clear, our position is
17  that they don't.
18  MS. JONES:    I understand.
19
20  BY MR. HARRISON:
21  93.      Q.    Moving on to paragraph 31(b), you
22  indicate that you believe the time frame required to
23  respond to the access to information request would
24  be the same as to respond to the letters rogatory,
25  correct?

J.-P. Labrie - 30

1          A.    That is correct.
2     94.      Q.    Now, you will agree with me that if
3     the letters of request are enforced, then the ATIP
4     office will not be involved, or need to be involved
5     in responding to that request, correct, to that?
6          A.    Well, you are asking me, I think, a
7     legal question here.
8     95.      MR. HARRISON:    Sure. I mean, I can ask
9          your counsel. Are you taking the position
10         that the ATIP office would be involved in
11         reviewing all of the documents if this
12         wasn't an access to information request?
13         MS. JONES:    I don't believe that they
14         would be involved in reviewing the
15         documents. Whether or not, just to comply
16         with the order, AECL went to the ATIP
17         office and asked them for the documents
18         that they had already collected so that
19         those documents didn't have to be collected
20         again, is a different question.
21    96.      MR. HARRISON:    And that is not the
22         question I asked.
23         MS. JONES:    But the answer is, they
24         would not need to be involved in the review
25         of the documents that were ultimately

J.-P. Labrie - 31

1     collected.
2     97.      MR. HARRISON:    And so, the documents
3     collected by AECL wouldn't have to be first
4     sent to the ATIP office to be reviewed in
5     accordance with the Access to Information
6     Act ?
7          MS. JONES:    Correct.
8
9     BY MR. HARRISON:
10    98.      Q.    At paragraph 37, you indicate that:
11         "...Many of them [the documents] involve
12         materials from a wide number of government
13         departments and agencies..."
14    What documents are you referring to?
15         A.    I am looking for Schedule A right
16    now.
17    99.      Q.    Sorry, I think it is actually in our
18    materials. One second. If you look at page 186 of
19    our application record...
20         A.    Well, the...some presentation to the
21    CNSC, for example, would involve the CNSC, which is
22    another agency.
23    100.      Q.    Okay. Which one is that?
24         A.    I am on item 2(b).
25    101.      Q.    But this is a document that AECL

J.-P. Labrie - 32

1     would have?
2          A.    And the CNSC also makes
3     presentations to the commission. The CNSC...the
4     process that works is that AECL is regulated by the
5     CNSC. When AECL appears before the CNSC, AECL
6     prepares a commission member document, which is
7     presented to the commission. The CNSC staff prepare
8     their own commission member document, which is also
9     presented to the commission. There could be
10    supporting documentation in both cases.
11         And, basically, the commission is a court;
12    not a court of law, but acts as a court. And they
13    hear the CNSC staff, they hear AECL's submission,
14    and they render a decision on that basis. So, here
15    we are getting involved in other agencies'
16    processes.
17         I agree that many of those documents are
18    available...readily available from the CNSC in terms
19    of documents that have been presented. And if you
20    are trying to look for more documentation, because
21    the request seems to be...the wording of the request
22    was very broad. It could involve making sure that
23    what is being produced is...like, if we produce
24    documents from another agency, I know that the ATIP
25    office normally advises the other agency that they

J.-P. Labrie - 33

1     will be releasing a document that has been received
2     from that agency.
3     102.      Q.    But just to confirm, (b) appears to
4     be a presentation to CNSC. So, presumably, that
5     would be AECL's presentation, right?
6          A.    Well, that is your interpretation of
7     those words. I tell you that at a commission
8     meeting or a commission hearing, two parties make a
9     presentation: The CNSC staff make a presentation,
10    and AECL makes a presentation.
11    103.      Q.    And so, you are saying that it may
12    be necessary to make inquiries of CNSC in response
13    to the ATIP request?
14         A.    Normally, when we are going to
15    release documents that have been received from the
16    CNSC, we inform them that this is going to take
17    place. That is the normal practice that I have seen
18    from the ATIP office.
19    104.      Q.    Are there any other documents?
20         A.    Well, any document that would be
21    relevant that comes from another agency would
22    be...we would contact that agency before...the ATIP
23    office would contact that agency before releasing
24    that document. So, not having seen the body of
25    documents, I am saying that it is quite possible

J.-P. Labrie - 34

1  that that will occur.
2  105.    Q.    But you don't know?
3        A.    I do not know...I have not seen the
4  body of documents.  I do not know.
5  106.      Q.    Right.  And today, looking at the
6  request, the only other agency department that you
7  referred to is the CNSC?
8        A.    There is also...the Natural
9  Resources of Canada is mentioned in that list.  The
10 House of Commons Standing Committee on Natural
11 Resources, for example.  So, I don't know if you are
12 looking for how broad the...what would be exchanged
13 there.
14 107.      Q.    And you are saying that the ATIP
15 office would then advise that standing committee?
16       A.    It has been...they would advise
17 NRCan.  It has been a standard practice, that I am
18 aware of, that the ATIP office, before releasing a
19 document that has been obtained by another agency,
20 advises the other agency that we are releasing...
21 that they are releasing that document.
22 108.      Q.    But it is not your understanding
23 that that is a requirement?
24       A.    I do not know the requirements.
25 109.      Q.    And today, looking at this request,

J.-P. Labrie - 35

1  other than the Standing Committee on Natural
2  Resources and CNSC, are there any other agencies or
3  departments that...
4        A.    These are the ones that I see
5  identified in this business.
6  110.      Q.    Okay.  Thank you.  You also indicate
7  that:
8        "...The requesting of documents that are
9        considered or reviewed could extend to a
10       large number of documents..."
11 Are you part of that analysis process?
12       A.    I am aware of the number of people
13 who have worked on the repair of the NRU reactor.
14 It is about 300 full-time equivalent staff.
15 Depending on how deep you want to go into the
16 search, my experience is that it could be a
17 large...from the way this is formulated, it could be
18 a large volume of documents that is being
19 reviewed...assembled and reviewed.
20       It is a very broad statement, considering
21 the number.  Three hundred full-time equivalent is
22 not necessarily bodies.  The number of bodies could
23 be much larger than 300 people.
24 111.      Q.    But you don't know what documents
25 are responsive to that request?

J.-P. Labrie - 36

1        A.    Until you basically...until the ATIP
2  office has received the documents, the instruction
3  we have is to look at a question and to produce all
4  the documents that we have that are relevant to that
5  question, that address the question.
6  112.      Q.    And do you know if those documents
7  have been produced to the ATIP office?
8        A.    I do not know the status at this
9  time.
10 113.      Q.    Okay.  Well, we would ask that you
11 undertake to advise us of the status of the response
12 to the...
13       MS. JONES:    I will take that under
14 advisement.  Off the record, please.
15
16 ---  DISCUSSION OFF THE RECORD
17
18       MS. JONES:    So, under advisement to
19 advise if...
20 114.      MR. HARRISON:    If the documents have
21 been...well, first of all, the status of
22 AECL's response to ATIP's request.  We have
23 also asked for the status of any requests
24 received from the ATIP office to AECL.  And
25 just to add, if there is any

J.-P. Labrie - 37

1  correspondence, any written request, we
2  would like to see that.
3       MS. JONES:    I will take this all under
4  advisement, any correspondence between
5  ATIP...
6  115.      MR. HARRISON:    And AECL.
7       MS. JONES:    ...and AECL.            U/A
8  116.      MR. HARRISON:    With regard to the
9  Lantheus access to information request.
10
11 BY MR. HARRISON:
12 117.      Q.    Now, at paragraph 38, you go on to
13 state that:
14       "...At least some of the information sought
15       by Lantheus may be irrelevant or
16       unnecessary for the purposes of the U.S.
17       action..."
18       A.    That is correct.
19 118.      Q.    Fair to say that you have no
20 expertise in U.S. law?
21       A.    That is correct.
22 119.      Q.    And you have no expertise in
23 insurance claims under U.S. law?
24       A.    Under U.S. law, no.
25 120.      Q.    Is it fair to say that the U.S.

J.-P. Labrie - 38

1        judge who is seized to this matter would have a
2        better understanding of what is relevant than you
3        would?
4            A.   I do not know.
5  121.    Q.   Is it fair to say that a judge who
6        practises in U.S. law, who is an expert in U.S. law,
7        would have a better understanding of the relevance
8        of documents in a U.S. proceeding than you would?
9            A.   Yes, that would be fair.
10  122.    Q.   Just moving on to paragraph 41, you
11        indicate that Lantheus has alleged, at least in
12        part, that the shutdown was a result of AECL's fault
13        or negligence?
14            A.   That is correct.
15  123.    Q.   And in 42, you refer to a letter
16        that was written by AECL's counsel to counsel for
17        Lantheus and to counsel for Zurich, asking if they
18        would release AECL from any claims?
19            A.   That is correct.
20  124.    Q.   And the reason for this is that AECL
21        wants protection from liability before it produces
22        the documents?
23        MS. JONES:   I am going to refuse that
24        question.                     /R
25  125.    MR. HARRISON:   Okay. Why did AECL

---

J.-P. Labrie - 39

1        request a release from Lantheus and Zurich?
2        MS. JONES:   Well, we don't have to
3        advise as to why it is that we took that
4        step.
5  126.    MR. HARRISON:   Obviously we disagree,
6        but we can deal with that later.
7        MR. KORDE:   Just so the record is clear,
8        is that a refusal?
9        MS. JONES:   That is a refusal.      /R
10  127.    MR. HARRISON:   And is the granting of a
11        release a condition precedent before AECL
12        will produce documents?
13        MS. JONES:   It is confusing to me why
14        you would be asking me a question that
15        clearly would form the basis of a potential
16        without...
17  128.    MR. HARRISON:   Let's go off the record.
18
19  ---   DISCUSSION OFF THE RECORD
20
21  129.    MR. HARRISON:   With regard to the letter
22        at Exhibit J, you have refused to advise us
23        as to why the release was sought, I think?
24        MS. JONES:   Correct.
25  130.    MR. HARRISON:   But you will agree with

---

J.-P. Labrie - 40

1        me that the production of documents in
2        accordance with a letter of request is not
3        contingent on the provision of a release?
4        MS. JONES:   I can probably answer that
5        question, but can you just rephrase it?
6  131.    MR. HARRISON:   Sure. The release is not
7        relevant to our seeking the enforcement of
8        letters of request?
9        MS. JONES:   The court has the authority
10        to order us to produce the documents
11        without also ordering you to provide AECL
12        with a release; that is correct.
13  132.    MR. HARRISON:   And just to go one step
14        further, whether or not there is a release
15        or a liability is not a relevant factor, I
16        think we can agree, in the enforcing of
17        letters of request.
18        MS. JONES:   No, I don't agree that that
19        is a true statement.
20  133.    MR. HARRISON:   So, it is AECL's position
21        that whether or not a release is granted to
22        AECL by Lantheus and Zurich is a relevant
23        factor to be considered in the enforcement
24        of the letters of request?
25        MS. JONES:   That is correct.

---

J.-P. Labrie - 41

1  134.    MR. HARRISON:   Okay. And I guess, just
2        to clarify, at the hearing tomorrow, will
3        AECL be seeking that relief?
4        MS. JONES:   Will AECL be seeking a
5        release at the application?
6  135.    MR. HARRISON:   Right.
7        MS. JONES:   AECL is not in a position to
8        seek relief at the application. It is your
9        application. AECL will be seeking a
10        dismissal of your application and costs.
11  136.    MR. HARRISON:   But won't be seeking
12        terms of production, including a release?
13        MS. JONES:   I will take that under
14        advisement.                  U/A
15  137.    MR. HARRISON:   Thank you. Was a similar
16        request made for a release from Zurich when
17        it requested documentation that you are
18        aware?
19        MS. JONES:   Zurich did not make a
20        request that documents be produced pursuant
21        to a letters rogatory process. As I
22        understand Dr. Labrie's evidence and the
23        evidence provided by Ms. St. John, the
24        request from Zurich was made through the
25        ATIP process.

J.-P. Labrie - 42

138.    MR. HARRISON:    Right.  I think we are in
agreement there, and my question though
was, was a request made from Zurich for a
release when it made its request?
MS. JONES:    A request for a release from
Zurich was made at the same time that it
was made to Lantheus.

139.    MR. HARRISON:    And no previous request
was made?
MS. JONES:    I do not believe that that
is the case.  If I am incorrect, I will
advise you.

140.    MR. HARRISON:    Thank you.  I think we
can agree, though, that the release does
not have any bearing on whether or not the
documents are relevant, correct?
MS. JONES:    Sorry, can you say that
again, please?

141.    MR. HARRISON:    So, the release, the
issue of the release has no bearing on
whether or not...you have said some of the
documents are irrelevant.
MS. JONES:    Yes.

142.    MR. HARRISON:    The release does not have
any bearing on that issue.  Whether or not

---

J.-P. Labrie - 43

documents are relevant or not is not
impacted by whether a release is granted.
MS. JONES:    I don't think I am required
to answer that question today.            /R

143.    MR. HARRISON:    I will take that as a
refusal.  And whether or not a release is
granted has no bearing on whether or not
these documents engage issues of national
security?
MS. JONES:    That is, I think, a
nonsensical question, but in any event, I
am refusing it.                            /R

144.    MR. HARRISON:    Well, you are saying that
some of these documents may engage issues
of national security, correct?
MS. JONES:    That is correct.

145.    MR. HARRISON:    And your position on
that...obviously, we take a contrary
position...but whether or not a release is
granted of AECL has no relevance or
influence on whether or not those documents
engage issues of national security?
MS. JONES:    Let me just make this
statement, and this may circumvent all of
this.  We are here to cross-examine Dr.

---

J.-P. Labrie - 44

Labrie on his affidavit.  You are asking me
to give a series of positions with respect
to the legalities of the application, and
that is not appropriate on this
cross-examination.
     What you should be doing, in my
respectful view, is asking the witness fact
questions in relation to his affidavit.

146.    MR. HARRISON:    Okay.  I disagree, and
obviously our position is that we are
allowed to obtain the party's position on
the proceeding in this examination, but we
can disagree on that.
MS. JONES:    If we were on discovery, I
would agree with you.

147.    MR. HARRISON:    Well, in this
application, this is the only discovery we
are going to get, so this is my only shot.
And I will just finish my questions.  So,
whether or not a release is granted will
have no bearing on whether or not export
control issues are engaged?
MS. JONES:    Refused.                    /R

148.    MR. HARRISON:    And a release will have
no bearing on whether or not sovereign

---

J.-P. Labrie - 45

immunity is engaged?
MS. JONES:    Refused.                    /R

149.    MR. HARRISON:    Thank you.  And we would
ask that AECL produce the...not
solicitor/client, but just the internal
client-to-client correspondence in relation
to the reason for the request for a
release.
MS. JONES:    Refused.                    /R

150.    MR. HARRISON:    Thank you.  Can we go off
the record?

---    A BRIEF RECESS

JEAN-PIERRE LABRIE, resumed
CONTINUED CROSS-EXAMINATION BY MR. HARRISON :

151.    Q.    In your affidavit at paragraph 44
you state that,
     "...Much of the information in question is
     publicly available..."
     A.    That is correct.

152.    Q.    Do you know what specifically, what
information that is responsive to the request is
publicly available?
     A.    The commission member documents that

J.-P. Labrie - 46

1    were presented at various commission meetings by the
2    CNSC staff and by AECL provide quite a bit of
3    information.  And I listed under, I think number 45,
4    some specific areas where if you go to that
5    documentation you will find the kind of information
6    that is being sought.
7    153.       Q.    Right, but my question is a little
8         bit different than that.  AELC is producing
9         documents...well, we were asked that it produce
10        documents responsive to our letter of request.  What
11        I am asking is, what documents that are responsive
12        are publicly available?
13             A.    The commission member documents, and
14        there are some reports that are produced in
15        commission member documents by AECL to the CNSC,
16        which I believe are responsive to much of the
17        requests.  The process that...AECL is regulated by
18        the Canadian Nuclear Safety Commission.  Staff from
19        the Canadian Nuclear Safety Commission reside on the
20        Chalk River site.
21    154.       Q.    Right.
22             A.    They oversee what AECL does.  They
23        have all liberty to probe everything that happens on
24        the Chalk River site.  When event occur, AECL
25        reports an event.  And that is why you see, for

J.-P. Labrie - 47

1    example, the S99 report that we looked at this
2    morning.  The S99 report is a report produced by
3    AECL to the commission that an event has occurred.
4    AECL appears before the commission to explain
5    events, produces commission member documents, which
6    is largely the consolidation of a lot of information
7    that has been assembled in a commission member
8    document.  It produces those documents, presents
9    them to the commission.
10             In parallel to that, the CNSC staff form
11        their own opinion on what has occurred.  They
12        produce their commission member document.  Both the
13        CNSC staff commission documents and the AECL
14        commission documents are reviewed together in front
15        of the commission.  The commission compares the
16        information.  The CNSC staff looks at AECL's
17        commission documents.  They form their technical
18        opinion on what AECL has presented.
19             So, from my perspective the kind of
20        information you are looking for is assembled in
21        these commission member documents.  You could get
22        them...you could go on the CNSC website and, not
23        necessarily all the commission member documents are
24        there, but you send an e-mail to intervenors and you
25        get the commission document you are looking for

J.-P. Labrie - 48

1    within a day.  The specific commission member
2    documents which has photographs, where the reduction
3    in wall occurred, all that is available in those
4    documents.
5    155.       Q.    Just to be clear, though, there are
6         some documents which CNSC has, but you don't know
7         whether that is all of the documents, presumably,
8         that AECL will be producing.  It may be producing
9         those documents...presumably it will produce those
10        documents, if they are responsive, correct?
11             A.    That is correct, yes.
12    156.       Q.    Then it will have any other
13        additional documents that it has in its possession
14        that CNSC doesn't have, will be produced.
15             MS. JONES:    Sorry, just to clarify, you
16        are talking about if your request is
17        granted under the application?
18    157.       MR. HARRISON:    Well, if it is...or
19        through the access to information.
20             MS. JONES:    Right.  But you are just...I
21        just wanted to clarify that you are talking
22        about a situation under which AECL is
23        compelled either by the legislature or by
24        the court to produce documents.
25    158.       MR. HARRISON:    Right.

J.-P. Labrie - 49

1    BY MR. HARRISON:
2    159.       Q.    So, you are saying a subset of the
3         documents that AECL would produce would likely be
4         documents that are publicly available through CNSC?
5             A.    That is correct.  Or information
6         that is being sought is available in documents that
7         have been produced by AECL to the CNSC and are
8         available from the CNSC, for example.
9    160.       Q.    You are saying "information", but it
10        might not be the documents themselves?  As opposed
11        to the information in the documents, presentations,
12        AECL has documents with regard to the shutdown of
13        the reactor that haven't been provided to CNSC, and
14        aren't available publicly?
15             A.    That is possible, yes.
16    161.       Q.    But we don't know one way or the
17        other until we see what documents AECL produces?
18             A.    If you are into document production,
19        that is one issue.  If you are looking for
20        information, that is another issue.  And if you are
21        looking for information...because that, I
22        understood, is looking for information.  I would be
23        saying the information you are looking for is
24        largely publicly available.  Now, if you are looking
25        for specific documents and you are wanting to see a



**J.-P. Labrie - 50**

1  body of documents that may be produced through ATIP,
2  well, that is another issue.
3  162.     Q.    So, just to be clear, CNSC may have
4  information but might not have the body of documents
5  that we are requesting in this proceeding?
6      A.   Maybe, but CNSC has access to all
7  AECL documents.
8  163.     Q.    And they are publicly available?
9      A.   No.
10  164.     Q.    Okay, thank you.
11      A.   CNSC has a regulator; they have
12  access to everything.
13  165.     Q.    But they are not publicly available?
14      A.   Not necessarily.
15  166.     Q.    That is the particular issue I was
16  looking at here.
17      A.   So, I think where we are sort of
18  seeing a difference is that you are looking for the
19  pieces of paper rather than the information.  I am
20  saying the information is available publicly.  The
21  information...much of the information that is being
22  sought is available publicly.
23  167.     Q.    You were saying that AECL would have
24  copies of these presentations that are listed, let's
25  say, at number 2A through F?  AECL would have those?

**J.-P. Labrie - 51**

1      A.   In fact, to prepare myself I sent an
2  e-mail to intervenors and I got the copies of the
3  CMDs I was looking for.  And as I said, those CMDs
4  contain pictures, they contain explanation, they
5  contain very detailed information that addresses
6  much of the information that you are requesting.  I
7  will just add that the accuracy of this is tested by
8  the CNSC staff at the same time.
9  168.     Q.    Right.
10      A.   And AECL being licensed, it is
11  compelled to basically present the best information
12  that it has to the commission.  We are licensed.  If
13  we are caught in a situation where we are not
14  producing truthful and our best information, we will
15  lose our licence and we will be fined.  That is the
16  way the rules work.
17  169.     Q.    Right.  But to the best of your
18  knowledge, the ATIP office hasn't produced any of
19  those documents to Lantheus?
20      A.   There is one document, I believe,
21  that I think I saw in the production which is a
22  report...
23  170.     Q.    Schedule F to your affidavit?
24      A.   Schedule F to my affidavit.
25  171.     Q.    Right, and that is the...

**J.-P. Labrie - 52**

1      A.   I believe that this report here,
2  page 341, is a report that is available on the CNSC
3  website, which you will obtain from the CNSC.  And
4  it has been...I believe this has been produced.
5  172.     Q.    Right.  I was actually asking about
6  category 2 of the request, which you were just
7  looking at, which is at tab 186.  Which refers to
8  House of Commons committee presentations.
9      A.   I am not aware of exactly what was
10  produced by the ATIP office to Lantheus to date.
11  173.     Q.    You don't know?
12      A.   I don't know.
13  174.     Q.    So, you are not in a position to say
14  whether or not they produced?
15      A.   I do not know if they produced that,
16  yes.
17  175.     Q.    But you are saying that they had it?
18      A.   AECL?
19  176.     Q.    Yes.
20      A.   I would think AECL has a
21  presentation that AECL has made to the House of
22  Commons Standing Committee on Natural Resources.  It
23  is probably available on the website at NRCan.
24  177.     Q.    At paragraph 46 you refer to
25  significant development reports and status reports

**J.-P. Labrie - 53**

1  made to the CNSC?
2      A.   That is correct.
3  178.     Q.    Are you aware of whether or not any
4  of those have been provided to Lantheus in response
5  to its ATIP request?
6      A.   I do not know, but I could assure
7  you that Lantheus could get them right away as any
8  member of the public from the CNSC.  You just need
9  to send an e-mail and within three hours you get
10  them back, you get the commission of adjustments
11  from the CNSC.  You get the CNSC commission member
12  document, you will get AECL's commission member
13  documents, you will get the agenda, you will get the
14  transcripts from the meetings, you will get any
15  resolution made by the commission.  That is all
16  available to the public.
17  179.     Q.    Do you know how many people are in
18  the ATIP office?
19      MS. JONES:    Sorry, the ATIP office at
20  AECL?
21
22  BY MR. HARRISON:
23  180.     Q.    I'm sorry, at AECL.
24      A.   It is somewhere between...as I
25  recall, it may be five or ten people at most.



J.-P. Labrie - 54

1  181.    Q.    Right.  And they deal with all
2      requests from AECL for access to information?
3          A.    They deal with all requests that are
4      addressed to AECL, through the Access to Information
5      Act .
6  182.    Q.    In your experience in dealing with
7      them historically, presumably they obviously have
8      limited resources.  They don't bring other people
9      into their office.  They have a certain number of
10     staff?
11         A.    I don't know if they have brought
12     people in on special occasions.  I do not know that.
13  183.    Q.    I think I have asked this question.
14     I asked two questions...I just want to make sure I
15     have it on the record.  You are not in a position
16     today to tell us what documents that may be
17     responsive and subject to export control?
18         MS. JONES:    I will take that under
19         advisement.                          U/A
20
21  BY MR. HARRISON:
22  184.    Q.    Also, you confirmed that you have no
23     knowledge of what documents are responsive or going
24     to be responsive to Schedule A?  We were just
25     looking at...that is the request.  You don't know

J.-P. Labrie - 55

1      what has been produced?
2          A.    Beyond the ones that I have
3      described to you that are available publicly?
4  185.    Q.    Right, but you don't know what has
5      been internally from the ATIP office...you don't
6      know what is going to be produced by them...
7          A.    From the ATIP office?  I do not know
8      this.
9  186.    Q.    You indicated earlier that requests
10     are made...my working assumption is, as it is always
11     in production, that AECL retains most of its
12     documentation in electronic format?
13         A.    We work mostly in electronic format,
14     that is correct.
15  187.    Q.    Just going back to paragraph 7, you
16     indicate that,
17             "...In order to effectively protect the
18             interest of Canada, certain of the
19             information at AECL is necessarily closely
20             guarded and controlled, particularly
21             scientific, technical, commercial, and
22             intellectual information and property
23             developed and owned by AECL..."
24     I assume you are aware that the CANDU reactor
25     division of the AECL was recently sold to SNC-

J.-P. Labrie - 56

1      Lavalin?
2          A.    The agreement is not executed yet.
3      I think the target date to execute the agreement is
4      September 30th, 2011.
5  188.    Q.    And agreement has been reached, at
6      least according to the Government of Canada?
7          A.    That is correct.
8  189.    Q.    Okay.  And you are aware that SNC-
9      Lavalin, it is an international company that
10     provides a variety of services?
11         A.    It is a consulting engineering firm
12     which has offices around the world, projects around
13     the world, yes.
14  190.    Q.    And now, under this agreement, CNSC
15     is going to be responsible for servicing existing
16     reactors, will take that over?
17         MS. JONES:    Just a second.
18  191.    MR. HARRISON:    You are asking where this
19     is going?
20         MS. JONES:    Can we go off for a second?
21
22  ---  DISCUSSION OFF THE RECORD
23
24  BY MR. HARRISON:
25  192.    Q.    We have handed across a press

J.-P. Labrie - 57

1      release that was issued by National Resources Canada
2      dated June 29th, 2011 with regard to the sale of the
3      CANDU reactor division.  And if you look at the
4      second paragraph, it says that,
5             "...Under the terms of the agreement, CNSC-
6             Lavalin through its wholly-owned
7             subsidiary, CANDU Energy, will take over
8             the CANDU reactor divisions, three business
9             lines, servicing of the existing fleet,
10             life extension projects, and reactor new
11             builds..."
12     You have no reason to believe that that is not
13     accurate?
14         A.    That is accurate.
15  193.    Q.    Thank you.
16         MS. JONES:    Except that you said "CNSC-
17         Lavalin" and it is actually, for the
18         reporter's benefit, SNC-Lavalin.
19  194.    MR. HARRISON:    Thank you.  And I will
20     continue to do that, I am sure.
21
22  BY MR. HARRISON:
23  195.    Q.    So then, looking at the last page,
24     which appears to be Appendix C to that document,
25     there is a discussion about a review that was

J.-P. Labrie - 58

1  conducted of the transaction.  Were you aware that
2  CNSC and the Department of Foreign Affairs and
3  International Trade had been involved in reviewing
4  the transaction?
5          A.   I would have expected it, because
6  some of the facilities that are being taken over
7  have licences by the CNSC.  Some of the facilities
8  that SNC-Lavalin will be procuring or purchasing.
9  196.      Q.   And if you look fourth paragraph,
10 second sentence it says that,
11              "...CNSC has concluded that the transaction
12              represents no incremental risk from a
13              regulatory perspective..."
14 You have no reason to...
15          MS. JONES:   What I am going to say with
16              respect to everything that is contained in
17              this press release is that if AECL has any
18              reason to dispute the accuracy of what is
19              in it, I will advise you.  But I see no
20              purpose in asking Dr. Labrie to go through
21              it.
22 197.     MR. HARRISON:   This is it.
23          MS. JONES:   Okay.
24 198.     MR. HARRISON:   So, that is fine.  You
25              will let us know if you disagree, but I

J.-P. Labrie - 59

1              just want to finish this one.  So, you have
2              no reason to disagree with that statement?
3          MS. JONES:   Under advisement.          U/A
4  199.     MR. HARRISON:   Just finishing that
5              sentence,
6              "...DFAIT has concluded that the
7              transaction is not inconsistent with
8              Canada's international nuclear non-
9              proliferation obligations..."
10             You have no reason to disagree with that
11             statement?
12         MS. JONES:   We will advise you.          U/A
13
14 BY MR. HARRISON:
15 200.     Q.   Thank you.
16         A.   But this is in relation to...not in
17 relation to Chalk River at all.  Not in relation to
18 the NRU reactor, which is a totally different
19 operating environment.
20 201.     Q.   I understand that.
21         A.   And a division that has been
22 servicing and selling abroad nuclear reactors.
23 202.     Q.   I understand.  It is one of the
24 business units.  AECL has a number of businesses and
25 you have described it in your material.  And this is

J.-P. Labrie - 60

1  one of the business units that is...
2          A.   That is correct.
3  203.     Q.   And it is separate.  It is a
4  separate business unit, I understand that.  Are you
5  aware that management of the Chalk River laboratory
6  will be contracted out?
7          A.   It is the intention of the
8  government to have an organization come to manage
9  the Chalk River site.
10 204.     Q.   A private organization?
11         A.   I don't know how it...that has not
12 been defined.
13 205.     Q.   It is your understanding that it
14 won't be the Government of Canada?
15         A.   Not necessarily.
16         MS. JONES:   He has already said that he
17             doesn't know how that process will work.
18             Did you want to make this an exhibit?
19 206.    MR. HARRISON:   I think...if you just let
20             us know whether or not those things...if
21             you agree, I don't need to.  Subject to
22             undertakings, refusals and under
23             advisements, thank you very much for your
24             time.
25         MS. JONES:   I have a very short re-

J.-P. Labrie - 61

1              examination.
2
3  RE-EXAMINATION BY MS. JONES:
4  207.     Q.   Dr. Labrie, you stated earlier in
5  your examination that you had no idea, or that you
6  did not know for certain what process ATIP would be
7  using in the response to the Lantheus access to
8  information request.  Have you been advised that a
9  different process from normal would be used?
10         A.   No.
11 208.     Q.   You also said during your
12 examination that you did not know whether export
13 control legislation would apply to particular
14 documents until you saw those documents.  But having
15 reviewed the request, what is your expectation with
16 respect to whether expert control processes will
17 need to be applied to at least some documents?
18         A.   Well, it is quite clear that
19 documents related to the reactor vessel, reactor
20 internal components, would require an export licence
21 before being sent to a foreign country.
22 209.     Q.   You believe that that type of
23 document is encompassed in this request?
24         A.   It could be, and it is likely.
25 210.     Q.   You were asked questions with

J.-P. Labrie - 62

1    respect to your understanding of the relevance of
2    the request to the U.S. litigation, and you advised
3    that you were not an expert in U.S. law.  Have you
4    been involved in any significant way in litigation?
5        A.   Yes, I have.
6  211.     Q.   Have you been involved in the
7    process of the collection of relevant documents for
8    the purposes of litigation in the past?
9        A.   Yes, I have.
10 212.     Q.   How many documents do you think that
11   you have been responsible for producing to counsel
12   using a test of your understanding of relevance over
13   the course of the years?
14       A.   Over 300,000.
15 213.    MS. JONES:   Thank you very much, Dr.
16   Labrie.  Those are my questions.
17
18 CONTINUED CROSS-EXAMINATION BY MR. HARRISON :
19 214.     Q.   You have indicated on the record in
20   reply that you have been involved with litigation
21   and you have collected...which wasn't previously on
22   the record...and that you have collected up to
23   300,000 documents with regard to the relevance to
24   that litigation.  That was a new issue that was
25   raised.  Just to clarify, those documents were

---

J.-P. Labrie - 63

1    produced in proceedings that AECL was either the
2    plaintiff or the defendant in litigation?
3        A.   That is correct.
4  215.     Q.   To clarify, I'm sorry...you said
5    plaintiff and defendant, so obviously in some of
6    those cases AECL was the defendant?
7        A.   That is correct.
8  216.    MR. HARRISON:   I think that is all we
9    have.  Thank you very much.

---

J.-P. Labrie - 64

INDEX OF EXHIBITS

| EXHIBIT NUMBER | DESCRIPTION | PAGE NUMBER |
|---|---|---|
| 1 | Copy of the Notice of Examination and the cover letter dated July 19, 2011, from Brett Harrison to Mr. Abdel-Aziz and Mr. Jack | 11 |

---

J.-P. Labrie - 65

INDEX OF UNDER ADVISEMENTS

| REFERENCE NUMBER | PAGE NUMBER | QUESTION NUMBER |
|---|---|---|
| 1 | 17 | 46 |
| 2 | 25 | 78 |
| 3 | 29 | 91 |
| 4 | 37 | 115 |
| 5 | 41 | 136 |
| 6 | 54 | 183 |
| 7 | 59 | 198 |
| 8 | 59 | 199 |

J-P. Labrie - 66

INDEX OF REFUSALS

| REFERENCE NUMBER | PAGE NUMBER | QUESTION NUMBER |
|---|---|---|
| 1 | 8 | 12 |
| 2 | 8 | 13 |
| 3 | 28 | 88 |
| 4 | 38 | 124 |
| 5 | 39 | 126 |
| 6 | 43 | 142 |
| 7 | 43 | 143 |
| 8 | 44 | 147 |
| 9 | 45 | 148 |
| 10 | 45 | 149 |

---

J-P. Labri

REPORTER'S NOTE:

Please be advised that any undertakings, objections, under advisements and refusals are provided as a service to all counsel their guidance only, and do not purport to be legally binding or necessarily accurate and are not binding upon Victory Verbatim Reporting Services Inc.

I hereby certify the foregoing to be a true and accurate transcription of the above noted proceedings held before me on th 20th DAY OF JULY, 2011     and taken to the best of my skill, a and understanding.

```
                              }
                              }   Certified Correct:
                              }
                              }
                              }
                              }
                              }   _____
                              }   Nicole Neshevich
                              }   Verbatim Reporter
```

# EXHIBIT 4

# (EXCERPTED DOCUMENT)

Court File No.  CV-11-427161

***ONTARIO***
**SUPERIOR COURT OF JUSTICE**

B E T W E E N :

LANTHEUS MEDICAL IMAGING, INC.

Applicant

- and -

ATOMIC ENERGY OF CANADA LIMITED

Respondent

**APPLICATION UNDER SECTION 60 OF THE *EVIDENCE ACT*, R.S.O. 1990, c. E.23**

**REPLY FACTUM OF THE APPLICANT**
**(returnable July 21, 2011)**

**McMILLAN LLP**
Brookfield Place
181 Bay Street, Suite 4400
Toronto, ON  M5J 2T3

**Brett Harrison**  LSUC#: 44336A
Tel: (416) 865-7932
Fax: (647) 722-6756

**Richard McCluskey**  LSUC#: 58368C
Tel: (416) 865-7146
Fax: (416) 865-7048

Lawyers for the Applicant

TO:      **HEENAN BLAIKIE LLP**
Bay Adelaide Centre
P.O. Box 2900
333 Bay Street, Suite 2900
Toronto, ON  M5H 2T4

**Ahab Abdel-Aziz**
Tel:  (416) 643-6929
Fax: 1 (877) 268-0117

**Don Jack**
Tel: (416) 643-6933
Fax: (416) 360-8425

Lawyers for the Respondent


AND TO:  **STIEBER BERLACH LLP**
900-130 Adelaide Street West
Toronto, ON  M5H 3P5

**Steven Stieber**
Tel: (416) 594-4670
Fax: (416) 366-1466

Lawyers for Zurich American Insurance Company


AND TO:  **MOUND COTTON WOLLAN & GREENGRASS**
One Battery Park Plaza
24 Whitehall Street
New York, NY  10004

**Phillip C. Silverberg**, Esq.
Tel: (212) 804-4257
Fax: (212) 344-8066

**MOUND COTTON WOLLAN & GREENGRASS**
60 Park Place
Newark, NJ  07102

**William D. Wilson**, Esq.
Tel: (973) 494-0601
Fax: (212) 344-8066

U.S. Attorneys for Zurich American Insurance Company

## TABLE OF CONTENTS

PAGE

PART I - INTRODUCTION ................................................................................. 1

PART II - THE FACTS ...................................................................................... 1

PART III - ISSUES AND THE LAW .................................................................. 1

A.    THE U.S. COURT WAS A COURT OF "COMPETENT JURISDICTION" ............. 2
      i.     AECL has misconstrued the "competent jurisdiction" requirement ................. 2
      ii.    It was evident to the U.S. Court that AECL was a Crown corporation ............ 4
      iii.   Canadian Court is not an appellate court with respect to foreign letters ........... 6

B.    THE APPLICABLE TEST FOR ENFORCING LETTERS OF REQUEST ............... 7

C.    THE REQUEST DOES NOT OFFEND CANADIAN SOVEREIGNTY ................... 7
      i.     The Crown is not entitled to blanket immunity from non-party discovery ....... 7

D.    THE DOCUMENT REQUEST IS PROPERLY TAILORED, AND SEEKS
      HIGHLY RELEVANT EVIDENCE THAT IS NOT OTHERWISE
      OBTAINABLE. .......................................................................................... 10
      i.     The documents requested are relevant, necessary and narrowly tailored. ...... 10
      ii.    The documents sought are not otherwise obtainable. ..................................... 12

E.    THE REQUEST IS NOT CONTRARY TO PUBLIC POLICY ............................... 14
      i.     The documents sought are not "controlled nuclear information" ................... 14
      ii.    Disclosure is permitted if AECL is "legally required" to disclose ................. 16
      iii.   Documents have been redacted for economic, not national security,
             purposes ..................................................................................................... 16
      iv.    The case law relied upon by AECL is easily distinguishable ........................ 17
      v.     AECL can claim Crown privilege on a document-by-document basis ........... 18

F.    THIS COURT SHOULD REJECT AECL'S ATTEMPT TO FORCE
      LANTHEUS TO SURRENDER VALUABLE INSURANCE RIGHTS TO
      OBTAIN THE INFORMATION SOUGHT ............................................................ 19

SCHEDULE "A"
      LIST OF AUTHORITIES ............................................................................. 21

SCHEDULE "B"
      RELEVANT STATUTES .............................................................................. 22

## PART I - INTRODUCTION

1.      The Applicant, Lantheus Medical Imaging, Inc. ("**Lantheus**") seeks an order giving effect to Letters Rogatory issued by the United States District Court for the Southern District of New York (the "**U.S. Court**") compelling the production of certain documents and the attendance at an examination under oath of a representative of the Respondent, Atomic Energy of Canada Ltd. ("**AECL**"), for use in an insurance coverage action pending before the U.S. Court, captioned *Lantheus Medical Imaging, Inc. v. Zurich American Insurance Company*, Case No. 10 Civ. 9371 (the "**U.S. Action**").

2.      Lantheus served its Application Record, Factum and Brief of Authorities on AECL on July 12, 2011, and AECL served its Responding Application Record, Factum and Book of Authorities on Lantheus on July 15, 2011.

3.      In its responding materials, AECL raised new issues and affirmative defences; this Reply Factum addresses these new issues and affirmative defences.

## PART II - THE FACTS

4.      For the purpose of this Reply Factum, Lantheus adopts the facts as set out in its Factum.  Those facts are largely uncontested by AECL.

> Factum of the Applicant, July 12, 2011 ["Applicant's Factum"] at paras. 4-34.

## PART III - ISSUES AND THE LAW

5.      AECL's arguments misconstrue the operative law, rely on speculation and are short on specifics.  They should be rejected.

6.      Even if any of AECL's arguments have merit, they simply go to the scope of the requested production, not whether any documents should be produced.  Lantheus is willing to

discuss the scope, but needs AECL's co-operation to do so. Such co-operation has not been forthcoming to date.

## A.    THE U.S. COURT WAS A COURT OF "COMPETENT JURISDICTION"

### i.    AECL has misconstrued the "competent jurisdiction" requirement

7.    A pre-requisite for the enforcement of Letters of Request (also known as Letters Rogatory) is that the U.S. court which issued the Letters must have been a court of "competent jurisdiction".

> Applicant's Factum at para. 37.
>
> Factum of the Respondent, July 15, 2011 ["Respondent's Factum"] at para. 10.
>
> *Evidence Act*, R.S.O. 1990, c. E.23, s. 60 ["*Evidence Act*"].

8.    The Ontario Court of Appeal has held that the "competent jurisdiction" requirement will be met where the requesting court: (a) has the authority to conduct the inquiry for which the evidence is requested, in this case, the U.S. Action; and (b) is empowered to request the assistance of a Canadian court by way of letters rogatory.

> *France (Republic) v. De Havilland Aircraft of Canada Ltd.* (1991), 76 O.R. (3d) 705 (C.A.) at paras. 16 and 26 ["*De Havilland*"], Brief of Authorities of the Applicant, Tab 4.
>
> See also *Local Court of Stuttgart of the Federal Republic of Germany v. Canadian Imperial Bank of Commerce* (1997), 31 O.R. (3d) 684 (Ct. J.) at 16-17, Reply Brief of Authorities of the Applicant, Tab 4.

9.    The U.S. Court meets both tests. It has the authority to adjudicate the U.S. Action between Lantheus and Zurich, and AECL has not contended otherwise. The U.S. Court also is empowered to request the assistance of a Canadian court by way of Letters Rogatory, which is a standard means of obtaining evidence from non-parties in another country through the application of recognized principles of international comity. Again, AECL has not alleged otherwise.

> Affidavit of David J. Bederman sworn July 20, 2011 ["Bederman Affidavit"] at para. 14, Reply Application Record of the Applicant, Tab 1.

10.     However, AECL has misconstrued the analysis for determining whether a court has "competent jurisdiction" pursuant to s. 60 of the *Evidence Act* by asking the court to consider whether "the U.S. Court had jurisdiction, under its law, to seek discovery from AECL."

       Respondent's Factum at para. 11.

11.     Respectfully, this cannot be the correct inquiry. The U.S. Court did not exercise or assume jurisdiction over AECL. If the U.S. Court already had jurisdiction over AECL, a subpoena compelling the production of documents from, and attendance at a deposition by, AECL could have been issued directly from the U.S. Court. It is precisely because the U.S. Court does not have jurisdiction to compel discovery from AECL that it instead requested the *assistance* of the Ontario Court in obtaining evidence relevant and necessary to the U.S. Action. This is the typical purpose for which Letters of Request are used by a foreign court to seek the assistance of Canadian courts in obtaining evidence.

       Bederman Affidavit at paras. 9 and 14, Reply Application Record of the Applicant, Tab 1.

12.     Under U.S. law, Letters Rogatory or Letters of Request are the appropriate tool to be used when a U.S. court lacks jurisdiction over a foreign entity from which discovery is required for the informed adjudication of an action pending in the U.S court.

       Bederman Affidavit at para. 14.

13.     Letters of Request are not -- as the Affidavit of David P. Stewart incorrectly seeks to argue -- attempts by a U.S. court to exercise coercive jurisdiction over the party from whom the evidence is sought. Rather, they are requests for *assistance* from foreign courts, and the essential predicate for such requests is that the U.S. court *lacks* jurisdiction over a non-party located outside the United States.

       Affidavit of David P. Stewart, sworn on July 14, 2011 ["Stewart Affidavit"] at para. 10, Responding Application Record, Vol. 1, Tab 1.

       Bederman Affidavit at paras. 9-10, 12, 14-16.

- 4 -

14.    Because the U.S. Court was not seeking to exercise jurisdiction over AECL in issuing its Letters Rogatory, but was merely requesting the assistance of the Ontario Court in obtaining probative evidence from AECL for use in the U.S. Action, AECL's arguments that the *U.S. Foreign Sovereign Immunities Act* (the "U.S. FSIA") strips the U.S. Court of jurisdiction over AECL are entirely misplaced. The U.S. FSIA was enacted to prevent foreign sovereigns and their instrumentalities from being haled into *U.S. courts*. But here, Lantheus is not seeking to hale AECL into a U.S. court for any purpose.

Bederman Affidavit at paras. 10 and 16.

15.    Because the U.S. Court was not seeking to exercise coercive jurisdiction over AECL, any attempts to invoke the U.S. FSIA are attempts to distract this Court with irrelevant considerations.

Bederman Affidavit at paras. 10, 15-16.

16.    Stewart's alternate argument that the U.S. Court would not enforce a Letter of Request against the U.S. Government is factually incorrect and legally misplaced. First, the Ontario Court of Appeal in *De Havilland* explicitly rejected the notion that comity and reciprocity are threshold issues that should be considered when determining whether a court is one of "competent jurisdiction." Second, at least one U.S. court has enforced a Letter of Request from the Ontario Supreme Court against the United States government and required the testimony of agents of the U.S. Federal Bureau of Investigation. Mr. Stewart's reliance upon a brief filed by the United States expressing an advocacy position in an unrelated case hardly constitutes a definitive position of U.S. law.

Bederman Affidavit at para. 15.
*De Havilland*, supra at paras. 22-25.

### ii.    It was evident to the U.S. Court that AECL was a Crown corporation

17.    AECL speculates that the U.S. Court was unaware that AECL was affiliated with the Canadian Federal Government, and was duped by Lantheus into issuing the Letters Rogatory.

- 5 -

Lantheus disputes this allegation as the materials submitted to the U.S. Court made it apparent on their face that AECL was a Crown corporation.

> Stewart Affidavit at para. 18.

18.     Firstly, the Declaration of Danielle Estrada, which was submitted to the U.S. Court on the motion to obtain the Letters Rogatory, attaches Lantheus' Access to Information Request (the "ATI Request"). The ATI Request is a "Government of Canada" form whereby AECL is clearly identified as a "Federal Government Institution".

> Declaration of Danielle M. Estrada, sworn May 10, 2011, Exhibit "O" to Affidavit of Anna St. John, sworn July 8, 2011 ("St. John Affidavit"), Application Record of the Applicant, Tab 2(O).

19.     In addition, the Memorandum of Law submitted to the U.S. Court repeatedly refers to the ATI Request and explains that the ATI Request is analogous to a request under the U.S. *Freedom of Information Act*, which is used to obtain documents and information from the U.S. federal government and its constituent agencies. The U.S. Court clearly understood AECL's status as a Crown corporation.

> Memorandum of Law, Exhibit "S" to Stewart Affidavit, Responding Application Record, Vol. 1, Tab 1(S).

20.     The Joint Preliminary Pre-Trial Statement which was previously filed with The Honourable Judge Laura Taylor Swain, who granted the Letters Rogatory and is the presiding Judge for the U.S. Action, also provides significant detail regarding both AECL and the Canadian Nuclear Safety Commission (the "CNSC").

> Joint Preliminary Pre-Trial Statement, Exhibits "C" and "Q" to St. John Affidavit, Applicant's Application Record, Tab 2(C) and 2(Q).

21.     AECL was advised, in correspondence regarding Lantheus' ATI Request, that absent prompt cooperation by AECL, that Lantheus would ask the U.S. Court to issue Letters of Request seeking assistance from the Ontario Court in obtaining discovery from AECL. AECL did not request, in the course of those discussions, advance notice of Lantheus' attempt to secure the Letters Rogatory so that it could enter an appearance in the U.S. Action to oppose issuance. Indeed, given AECL's position that it enjoys sovereign immunity in the

- 6 -

U.S. Court, the notion that it would voluntarily enter an appearance and subject itself to the jurisdiction of the U.S. Court strains credulity.

> St. John Affidavit at para 40.

### iii.    The Canadian Court is not an appellate court with respect to foreign letters

22.    AECL appears to question whether it was appropriate for the U.S. Court to issue the Letters Rogatory. However, when a Canadian court enforces a foreign judgment of any kind, it is not the role of the Canadian court to question the manner in which the foreign court assumed jurisdiction:

> "The enforcing court does not examine whether the foreign court properly followed the foreign country's rules of taking jurisdiction. The enforcing court also does not examine whether the taking of jurisdiction by the foreign court was done in a way that would comply with its own rules for taking jurisdiction."

> Stephen G.A. Pitel & Nicholas S. Rafferty, *Conflict of Laws* (Toronto: Irwin Law Inc., 2010), Reply Brief of Authorities of the Applicant, Tab 8.

23.    The U.S. Court based its decision on the facts and briefing before it. That evidence included materials showing that AECL is affiliated with the Canadian government. The U.S. Court's decision was based on an appropriate record, and AECL's arguments in this regard are nothing more than an attempt to have this Court exercise appellate review over the basis for the U.S. Court's decision to issue the Letters Rogatory. Under both U.S. and Canadian law, such attempts at collateral attack are improper. In the U.S., orders of a court carry a presumption of regularity. Likewise, the Ontario Superior Court of Justice has made it clear that "it is not the function of this Court to act as an appellate court in respect of the decision made in the foreign court."

> Bederman Affidavit at para. 16, note 2.
>
> *D.G. Jewellery of Canada Ltd. v. Valentine* (2000), 11 C.P.C. (5th) 378 at para. 2, Reply Brief of Authorities of the Applicant, Tab 2.
>
> *Morgan, Lewis & Bockius LLP v. Gauthier* (2006), 82 O.R. (3d) 189 at para. 61, Reply Brief of Authorities of the Applicant, Tab 6.

## B.      THE APPLICABLE TEST FOR ENFORCING LETTERS OF REQUEST

24.      In their respective Factums, AECL and Lantheus set out the same basic factors that a Canadian court should consider when determining whether to enforce Letters Rogatory from a foreign court.   However, AECL suggests that the burden for enforcing Letters Rogatory is higher when evidence is sought from a non-party as opposed to from a party.   AECL's purported distinction is illogical, as Letters Rogatory, which request the taking of evidence from a foreign non-party, inherently involve taking evidence from non-parties.   There is only one test, and it is always applied to non-parties.

> Applicant's Factum at para. 38.
> Respondent's Factum at para. 21 and 23.

25.      Moreover, the case law relied upon by AECL for the proposition that there is a different standard of relevancy for parties and non-parties pre-dates the amendments to the *Rules of Civil Procedure* (the "*Rules*") that came into force in January, 2010.   The *Rules* have now merged the standards for parties and non-parties, and the same standard of relevance now applies, regardless of whether the evidence is from a party or a non-party.   Thus, the cases relied upon by AECL have no relevance to this Application.

> *Ontario (Attorney General) v. Stavro* (1995), 26 O.R. (3d) 39 at para. 12 (C.A.), Respondent's Book of Authorities, Tab 12.
>
> *Taft v. Siemens Electric, Ltd.,* [2000] O.J. No. 103 at para. 13 (S.C.J.), Respondent's Book of Authorities, Tab 18.
>
> Rules 30.02 and 30.10, Ontario *Rules of Civil Procedure*, R.R.O. 1990, Reg. 194.

## C.      THE REQUEST DOES NOT OFFEND CANADIAN SOVEREIGNTY

### i.      The Crown is not entitled to blanket immunity from non-party discovery

26.      While AECL asserts that the Crown and its agents are immune at common law from non-party discovery, it fails to mention that that Parliament has by statute stripped the Crown of any such alleged immunity in the *Crown Liability and Proceedings Act* (the "*CLPA*") and the *Crown Liability and Proceedings Regulations* (the "*CLPR*").

- 8 -

Respondent's Factum at para. 28.

*Crown Liability and Proceedings Act*, R.S.C., 1985, c. C-50.

*Crown Liability and Proceedings (Provincial Court) Regulations*, SOR/91-604.

27.     Section 27 of the *CLPA* states:

> "Except as otherwise provided by this Act or the regulations,
> the rules of practice and procedure of the court in which
> proceedings are taken apply [against the federal Crown][1] in
> those proceedings."

*CLPA*, s. 27.

28.     In *Temelini v. Ontario Provincial Police (Commissioner)*, the Ontario Court of Appeal
determined that this provision was sufficient evidence of Parliament's intention to subject
itself to discovery in proceedings in which it was not a party, pursuant to Rule 30.10 of the
*Rules*. Lantheus submits that the same principle applies on the current Application.

> *Temelini* at para. 44-55, Respondent's Book of Authorities, Tab 17.
>
> Rule 30.10, Ontario *Rules of Civil Procedure*, R.R.O. 1990, Reg. 194.

29.     Further, section 8(2) of the *CLPR* also confirms that non-party discovery of the Crown
is anticipated.  Section 8(2) states as follows:

> "Where, under provincial rules, a party would be entitled to
> obtain production for inspection of any document or a copy
> of any document as against or from the Crown, if the Crown
> were a private person, such production for inspection or copy
> may be had, subject to sections 37 to 39 of the Canada
> Evidence Act, under order of the court after consideration has
> been given to any objection that would be available to the
> Crown if the Crown were a private person."

*CLPR*, s. 8(2).

---

[1] The language "against the federal Crown" was read into the statute by the Ontario Court of Appeal in *Temelini v. Ontario Provincial Police (Commissioner)* (1999), 44 O.R. (3d) 609 (C.A.) at para. 43 ["*Temelini*"].

- 9 -

30.     The Court considered this provision in *Temelini* and noted that the wording does not limit production by the Crown to proceedings in which the Crown is a party. The only reason the Court of Appeal refused to use this provision to compel non-party discovery of the RCMP in *Temelini* was because, at that time, regulations could only be made under the *CLPA* "prescribing rules of practice and procedure in respect of *proceedings by or against the Crown*."

> *Temelini* at para. 61.

31.     In fact, on cross-examination, Mr. Labrie admitted that AECL had been involved as a plaintiff and defendant in litigation and that he all alone had supervised the collection of 300,000 litigation related documents. AECL is no stranger to litigation.

32.     However, the *CLPA* has since been modified and the regulations now apply to "proceedings by, against *or involving* the Crown." This has broadened the scope of proceedings to which the *CLPR* apply and s. 8(2) now anticipates obtaining documents from the Crown even when they are non-parties to an action.

> *CLPA*, s. 34 [emphasis added]
> *CLPR*, s. 8(2).

33.     AECL asserts that the Crown and its agents are immune from non-party discovery at common law based upon *Mulroney v. Coates*, where a newspaper sought to enforce Letters of Request against various government officials who were non-parties to a Nova Scotia action. This is irrelevant given the status cited above. In is also incorrect. in *Mulroney*, the court only granted immunity to high-ranking government officials: the Prime Minister of Canada, the Deputy Prime Minister and the clerk of the Privy Council. It refused to grant blanket immunity to the remaining ten respondents, including the Prime Minister's Chief of Staff, his Special Advisor, a Major General and the Assistant Deputy Minister of National Defence.

> *Mulroney v. Coates* (1986), 54 O.R. (2d) 353 (S.C.) ["*Mulroney*"], Respondent's Book of Authorities, Tab 11.

34.     Further, the Ontario Court of Appeal in *Marek v. Cieslak* held that "the respondent-plaintiff has not established that there exists at common law a prerogative right of the Crown to refuse discovery where the Crown is not party to the action." While *Mulroney* and other cases suggest that the Crown may refuse specific questions based on important public policy considerations, all Crown entities do not enjoy blanket, advance immunity, as AECL asserts.

> *Marek v. Cieslak* (1974), 4 O.R. (2d) 348 (S.C.) at paras. 22 and 25 ["*Marek*"], Reply Brief of Authorities of the Applicant, Tab 5
>
> *Southam Inc. v. Theriault* (1987), 61 O.R. (2d) 758 (S.C.) at para. 10 ["*Southam*"], Reply Brief of Authorities of the Applicant, Tab 7.

35.     Also remarkably absent from AECL's Factum is any mention of the fact that functionally identical Letters of Request have been enforced against AECL in the past. In *E-Beam Services Inc. v. AECL Technologies Inc.*, two employees of AECL were compelled to be examined in relation to matters before a U.S. Court.  Immunity was not a bar to non-party discovery of AECL in that case, and should not be a consideration here.

> *E-Beam Services Inc. v. AECL Technologies Inc.*, 2003 CarswellOnt 2371 (S.C.J.), Brief of Authorities of the Applicant, Tab 3.

**D.     THE DOCUMENT REQUEST IS PROPERLY TAILORED, AND SEEKS HIGHLY RELEVANT EVIDENCE THAT IS NOT OTHERWISE OBTAINABLE**

**i.      The documents requested are relevant, necessary and narrowly tailored**

36.     AECL also argues that the information sought is not relevant or necessary.  There is simply no basis in the record for this assertion as the St. John Affidavit details how and why each of the categories of documents requested by Lantheus bears on specific factual disputes in the U.S. Action.

> Respondent's Factum at paras. 43-47.
>
> St. John Affidavit at paras. 10-12, 26-33.

37.     Moreover, the information request was ratified by a U.S. court.  The Applicant agrees that this Honourable Court may conduct an independent examination of whether the

documents requested are relevant and necessary, but submits that some deference should be shown to the Judge of the U.S. Court who signed the Letters Rogatory and who is seized of the matter. One of the core issues in the U.S. Action is the cause of the May 2009 shutdown of the NRU Reactor and the precise sequence of events that led to the shutdown. This is clear from a review of the pleadings and the Joint Preliminary Pre-Trial Statement. The St. John Affidavit explains in detail how and why the categories of documents sought by Lantheus are necessary to an informed and fair resolution of those factual issues. AECL has not responded to the substance of Ms. St. John's explanation.

38.     In addition, Lantheus has agreed to narrow its request as follows provided that AECL comply with the Letters Rogatory and agree to an enforceable consent order from this Court. In particular, Lantheus will agree to: (i) withdraw a number of requests set forth in Schedule A of the Letters Rogatory (nos. 1, 2, 12, 15-19 and 23); (ii) narrow requests nos. 3-8, 13 and 14 to seek only "documents which AECL considered or generated" rather than "documents which AECL considered or reviewed"; and (iii) limit the scope of the requests to those documents that are not publicly available provided that AECL establishes such availability by providing the specific information as to where the requested documents it considers publicly available are located. AECL has rebuffed the proposed compromise.

39.     Further, this Court should reject AECL's allegation that the "evidence Lantheus seeks is not identified with reasonable specificity, and is so broad in its scope that it amounts to an impermissible 'fishing expedition'."[2]

> Respondent's Factum at para. 39.

40.     AECL's position is not accurate. The evidence sought relates directly to a few limited issues which are of central importance to the U.S. Action. The U.S. Court stated in the Letters Rogatory that the evidence sought "is necessary for use at the trial of this proceeding" and "cannot be obtained by Lantheus by any other method." The pleadings in the U.S. Action

---

[2] Dr. Labrie, an AECL employee, states at paragraph 39 of his Affidavit that "many" of the documents are "from a wide number of government departments and agencies." Lantheus seeks documents in the possession, custody and control of AECL, not other government agencies.

and the Joint Preliminary Pre-Trial Statement make it clear that one of the central issues in dispute in the U.S. Action is how the May 2009 shutdown of the NRU Reactor happened, what events contributed to the heavy water leak and resulting suspension of operations and whether those causative events are the type of loss covered by the relevant insurance policy. As detailed in the St. John Affidavit, each of these requests is narrowly tailored to obtaining technical and other information relevant to the factual disputes at issue in the U.S. Action.

> St. John Affidavit at paras. 10-12, 26-33.

41.    This Court should also reject the contention that Lantheus is seeking "to cooper up" an overly broad request. To begin with, Lantheus offered to narrow its requests and otherwise sought unsuccessfully to engage AECL in negotiated resolution. Moreover, the requests that Lantheus submitted to this Court are precisely the same requests approved by the U.S. Court.

> Respondent's Factum at para. 44.

### ii.    The documents sought are not otherwise obtainable

42.    AECL has also argued that Lantheus has failed to establish that the evidence sought is not otherwise obtainable.

> Respondent's Factum at paras. 48-57.

43.    As stated by AECL in its Factum, "[t]he requirement that the evidence not be otherwise obtainable is to protect the target examinee from having to assume an unfair burden." However, AECL has acknowledged that it will produce "the same documents through its ATI Act request." It is therefore difficult to see how the Letters Rogatory impose an additional, or unfair, burden. In fact, given that the Letters Rogatory will not require the same level of review of the documents by AECL as it is conducting under the procedures prescribed for the ATI Request, compliance with the Letters Rogatory will actually reduce the burden on AECL. In addition, the order will have the effect of requiring production of relevant documents which have not been redacted beyond recognition.

Respondent's Factum at paras. 49-50.

44.     Separate and apart from the documentary evidence which would be provided, the U.S. Court's Letters Rogatory also requests the assistance of this Court in securing the testimony of an employee of AECL.    The information provided by the employee would not be accessible through the ATI Request or any other process.

45.     Lastly, AECL claims that much of the information sought is available in the public domain.    Although Lantheus disputes that claim, if AECL has documents which are responsive to the request and which are already in the public domain, Lantheus does not seek production of those documents.  It simply requests that AECL support its claim by indicating where the documents can be found in the public domain.

46.     AECL states that enforcement of the Letters Rogatory will not speed up the production process. This assertion lacks credibility. Lantheus has been attempting to obtain the information at issue since May 2010.  Currently, Lantheus faces an October 31, 2011 deadline for submission of expert reports, but AECL has not committed to produce any documents at any time, including chemical, metallurgical and other technical analyses that are critical to the development of informed expert opinions in the U.S. Action.  Indeed, it took AECL 30 days to produce a small package of heavily redacted documents that were admittedly "readily available" because they had already been produced to other parties.

Labrie Affidavit at para. 28.

47.     Plainly, AECL has been obstructing access to highly relevant evidence and engaging in a pattern of delay for 14 months.  To assure that the parties to the U.S. Action obtain access to AECL's evidence while it is of some use to them, this Court should impose a timeline on the production of documents and require a complete production by August 31, 2011.

- 14 -

## E.     THE REQUEST IS NOT CONTRARY TO PUBLIC POLICY

### i.     The documents sought are not "controlled nuclear information"

48.     AECL alleges that the documents sought constitute "controlled nuclear information" pursuant to the *Nuclear Non-proliferation Export and Import Control Regulations*. AECL's argument is incorrect for multiple reasons.

> Respondent's Factum at paras. 34-35.
>
> *Nuclear Non-proliferation Export and Import Control Regulations*, SOR/2000-210 [the "*Export and Import Control Regulations*"], Respondent's Factum, Tab 4.

49.     First, AECL has failed to establish that that the regime established by the *Nuclear Safety and Control Act* (the "*NSCA*") applies in this situation. The documents sought by Lantheus deal with the accidental breakdown of an aluminum nuclear reactor vessel; they include documents related to the microstructure of the aluminum alloy, sampling results of water found in the annulus surrounding the reactor vessel and photographs depicting the damage to the vessel. Lantheus is not seeking information regarding the Highly Enriched Uranium targets used by the reactor. The documents requested do not pose a nuclear proliferation risk.

50.     Moreover, section 3 of the *NSCA* makes clear that the purpose of the *NSCA* is to limit the disclosure of controlled information to "a reasonable level" and "in a manner that is consistent with Canada's international obligations." Likewise, Section 9 makes clear that the purpose of the act is to prevent "unreasonable risk to national security." AECL has made no showing that the production of documents showing how the aluminum vessel was breached would implicate national security concerns.

> *Nuclear Safety and Control Act*, S.C. 1997, c. 9, ss. 3 and 9 ["*NSCA*"].

51.     The documents sought by Lantheus from AECL can be designated as "Confidential Material" under the Protective Order issued by the U.S. Court. As such, they "shall be used solely in connection with [the U.S. Action] and may be disclosed solely in accordance with the terms" of that Protective Order. The Protective Order requires further that any such

Confidential Material "be filed under seal" and that within 90 days after the conclusion of the U.S. litigation the materials must be destroyed or returned to the producing party. Given the nature of the documents sought and these judicial controls, the release of AECL's documents does not pose an <u>unreasonable risk</u>, or any risk at all, to Canadian national security. Indeed, it is hard to see how Lantheus -- which is not a competitor of AECL, is AECL's largest ultimate customer in the medical radioisotope field and has been receiving and handling radioactive nuclear materials produced by AECL for decades -- could suddenly come to pose an unreasonable risk to Canadian national security. The *NSCA* regime is not engaged.

> St. John Affidavit at paras. 5 and 14.

52.     Second, even if the *NSCA* regime does apply (which Lantheus disputes), the conclusion that the documents are prohibited from export as "controlled nuclear information" is premature and speculative. AECL relies on the Affidavit of Jean-Pierre Labrie, but Mr. Labrie's affidavit does not identify a single document that is subject to any export control regulations. Instead, Mr. Labrie simply *speculates* that some undefined universe of documents <u>may</u> be subject to export restrictions. Prohibiting the production of these documents in advance of an actual review of the documents based upon nothing but unadorned speculation is clearly unwarranted.

> Affidavit of Jean-Pierre Labrie, sworn on July 15, 2011 ("Labrie Affidavit") at para. 43, Responding Application Record, Vol. 2.

53.     Further, even if some of the documents sought by Lantheus were subject to the *NSCA* regime, the *Export and Import Control Regulations* only restricts the <u>importing and exporting</u> of "controlled nuclear information" without a license. It does not restrict AECL's ability to disclose this information within Canada. Significantly, AECL is not being asked to export any documents. AECL is being asked to provide them to Canadian counsel, which have the requisite license. If, upon receipt, Canadian counsel determines that the documents are controlled by virtue of the *NSCA* regime (which is doubtful), it will comply with all relevant laws.

54.     Finally, there is no evidence that AECL objected to producing documents to Zurich in the U.S. on the grounds of export control. This is a new assertion that has not previously been raised, despite AECL having already provided documents for use in the U.S. Action.

> Labrie Affidavit at paras. 23-24.
> St. John Affidavit at paras. 45-46.

### ii.     Disclosure is permitted if AECL is "legally required" to disclose

55.     It appears that AECL also takes the position that the information sought is "prescribed information" under the *NSCA*. However, pursuant to section 23(1) of the *General Nuclear Safety Control Regulations*, AECL is permitted to transfer or disclose the documents if it is "legally required to do so." *L.I.U.N.A., Local 183 v. Ontario Power Generation Inc.* confirms that a party is "legally required" to disclose when a court directs the production of documents pursuant to statutory authority. Accordingly, if the Superior Court directs the production of prescribed information pursuant to section 60 of the *Evidence Act*, AECL will be legally required to disclose such information and will not be in violation of the *NSCA* regime.

> *NSCA*, supra, s. 26.
> *General Nuclear Safety Control Regulations*, SOR/2000-202, ss. 21-23.
> *L.I.U.N.A., Local 183 v. Ontario Power Generation Inc.*, [2002] O.L.R.B. Rep 910 at para. 9, Reply Brief of Authorities of the Applicant, Tab 3

### iii.    Documents have been redacted for economic, not national security, purposes

56.     AECL alleges that disclosure of the requested documents is prohibited on public policy grounds because it would be "injurious to the public interest in national security."

> Respondent's Factum at para. 37.

57.     However, the redacted version of AECL's Detailed Report that it provided to Zurich tells a different story. Despite numerous redactions littered throughout the document, only two of these redactions are based on section 16(2) of the *Access to Information Act*, which permits AECL to refuse production on security grounds. The remainder of the redactions are

almost all based on sections 18(b) and 18(d), where AECL has alleged that production of this material would interfere with its economic and commercial interests. AECL's objections to producing documents appear to be financially motivated and not based on issues of national security.

> Labrie Affidavit at para. 26, Responding Application Record, Vol. 2.
>
> AECL's Detailed Report at pages 274 and 325, Exhibit "F" to Labrie Affidavit, Responding Application Record, Vol. 2, Tab F.
>
> *Access to Information Act*, R.S.C., 1985, c. A-1, ss. 16(2), 18(b) and 18(d).

### iv.    The case law relied upon by AECL is easily distinguishable

58.    AECL has relied upon two cases to support its arguments that the Letters Rogatory should not be enforced on public policy grounds. These cases are easily distinguishable and only underscore the weakness of AECL's position.

> Respondent's Factum at paras. 36-38.

59.    In *Gulf Oil Corp. v. Gulf Canada Ltd.*, the Supreme Court of Canada refused to enforce Letters Rogatory because the *Uranium Information Security Regulations* prohibited their production and disclosure. However, the *Uranium Information Security Regulations* had been promulgated by the government-of-the-day specifically to avoid production of the requested information in the U.S. proceeding at issue. Further, it was clear to the Supreme Court that the "resistance to disclosure was not so much a matter of an assertion of secrecy as it was of an assertion of Canadian sovereignty to resist the extraterritorial application of United States anti-trust laws." The same factors are not currently at issue here. The information sought from AECL is for use in an ordinary breach of contract action involving AECL's largest ultimate medical radioisotope customer (Lantheus) and its insurer. The information is not being sought to extend substantive U.S. law into Canada.

> *Gulf Oil Corp. v. Gulf Canada Ltd.*, [1980] 2 S.C.R. 39 at 55, Respondent's Book of Authorities, Tab 8.

60.    AECL also relies on *Grant v. Atomic Energy of Canada Ltd.*, in which the Federal Court refused to order the production of documents from AECL on the grounds that such

production would be injurious to the public interest. However, in that case AECL had been able to demonstrate to the court that "the disclosure of the requested documents would contribute significantly to the espionage activities of foreign sovereign states and organizations in gathering technical and strategic Canadian nuclear technology information." The Court also held that "the disclosure would result in a transfer of technology that would be detrimental to Canadian interests of economic security and international peace and stability."

> *Grant v. Atomic Energy of Canada Ltd.*, [1994] F.C.J. No. 1179 ["*Grant*"] at para. 4, Respondent's Book of Authorities, Tab 1.

61.    Significantly, AECL has not come close to meeting this demanding threshold on the current Application to enforce the Letters Rogatory. While Dr. Labrie references the "strategic importance" of AECL's nuclear technology, his Affidavit is devoid of a single concrete example of how production of the documents sought by the Letters Rogatory -- which involve the cause of an industrial mishap -- would implicate these concerns or cause "economic losses to Canada." Further, the Court in *Grant* reviewed secret affidavit evidence that detailed the sensitive nature of the requested documents prior to concluding that the requested production would facilitate espionage. AECL has not provided any evidence to substantiate a claim that the documents requested would be injurious to national security or the public interest.

> Labrie Affidavit at para. 8.

### v.    AECL can claim Crown privilege on a document-by-document basis

62.    If AECL believes that any specific document sought by the Letters Rogatory is subject to Crown privilege (also known as public interest immunity), it may assert that privilege over the document for evaluation by the Court. However, no documents enjoy absolute immunity from litigation by virtue of Crown privilege. In *Smallwood v. Sparling*, the Supreme Court of Canada made it clear that Crown privilege is not absolute but relative, involving an issue-by-issue determination by the courts of whether the claimed injury to the public interest outweighs the injury to the administration of justice caused by non-disclosure. This issue must be raised on a document-by-document basis in front of a judge and the documents

- 19 -

remain subject to court inspection.  If AECL intends to rely on Crown privilege, a detailed explanation of the documents withheld and the reason for their withholding will be required. This was the course of action taken in *Grant*, discussed above.

> *Canadian Javelin Ltd., Re*, [1982] 2 S.C.R. 686, (*sub nom. Smallwood v. Sparling*) 141 D.L.R. (3d) 395 at paras. 27, 32 and 33, Reply Brief of Authorities of the Applicant, Tab 1.

63.     Instead of claiming Crown privilege over specific documents, AECL attempts to preclude disclosure of <u>all</u> documents without any review of their contents.  This is an inappropriate assertion of public policy.

## F.     THIS COURT SHOULD REJECT AECL'S ATTEMPT TO FORCE LANTHEUS TO SURRENDER VALUABLE INSURANCE RIGHTS TO OBTAIN THE INFORMATION SOUGHT

64.     Under the terms of the relevant Policy, Lantheus' insurer, Zurich, may become subrogated to any claims Lantheus may have against third parties in the event that the U.S. Court finds that Zurich's Policy covers Lantheus' contingent business interruption losses arising out of the shutdown of the NRU Reactor.

65.     On July 11, 2011, counsel for AECL wrote to counsel for Lantheus and Zurich asking whether each would be "willing to release AECL from any claims either of them may make against AECL in relation to the shutdown of the NRU."  AECL apparently seeks a written waiver by Lantheus and Zurich of any tort claims either may have against AECL, now or in the future, arising out of the NRU Reactor shutdown a condition precedent to producing otherwise compellable documents.

> Exhibit "J" to Labrie Affidavit, Responding Application Record, Vol. 2, Tab J.

66.     Lantheus has not asserted any tort claims, but AECL's demand for an advance waiver of any such claims is plainly improper.  Any such waiver would put Lantheus in the untenable position of obtaining documents and information necessary to prosecute an insurance action against Zurich, only if it is willing to hand Zurich an additional defence that Lantheus impaired Zurich's potential subrogation rights against AECL.  In effect, AECL is asking

- 20 -

Lantheus to imperil its insurance coverage in order to obtain the documents and evidence required in the U.S. Action to prove its claim for such coverage.   AECL's position is unreasonable.  Indeed, AECL has not come forward with a single case holds that a non-party can refuse to produce otherwise responsive documents because it is concerned that such documents might reveal that it acted carelessly.

67.    Equally misplaced is AECL's reliance on alleged statements by counsel for Zurich that the documents sought by the Letters Rogatory are not necessary for the U.S. Action.  It should come as no surprise that Zurich has no interest in the production of documents that may assist Lantheus in establishing a covered loss under the Policy.

68.    Based on the above, Lantheus respectfully requests that this Court reject AECL's objections, and enforce the Letters Rogatory.

ALL OF WHICH IS RESPECTFULLY SUBMITTED this 20th day of July, 2011.

Brett Harrison
McMillan LLP

Lawyers for the Applicant

# EXHIBIT 5

001

Court File No.  CV-11-427161

***ONTARIO***
**SUPERIOR COURT OF JUSTICE**

B E T W E E N:

LANTHEUS MEDICAL IMAGING, INC.

Applicant

- and -

ATOMIC ENERGY OF CANADA LIMITED

Respondent

**APPLICATION UNDER SECTION 60 OF THE *EVIDENCE ACT*, R.S.O. 1990, c. E.23**

**AFFIDAVIT OF DAVID J. BEDERMAN**
**(sworn July 20, 2011)**

I, David J. Bederman, of the City of Atlanta, in the State of Georgia, U.S.A., MAKE OATH AND SAY:

**A.  My Professional Background and the Requested Opinion.**

1.      I am a professor of international and constitutional law at Emory University School of Law in Atlanta, Georgia, and have served in that capacity since 1991.  In November 2008, I was installed as the K.H. Gyr Professor in Private International Law, an endowed professorship, in recognition of my teaching and scholarly achievements in the area of international law and transnational practice, including the law of State sovereign immunity and international civil litigation.  I am also an attorney licensed to practice in Georgia and the District of Columbia.  My full academic *curriculum vitae* is attached to this affidavit as Exhibit A.

- 2 -

002

2.     I earned my A.B. in 1983 in international affairs (summa cum laude) at Princeton University and its Woodrow Wilson School of Public and International Affairs, an M.Sc (with distinction) in 1984 from the London School of Economics, and a J.D. in 1987 (graduating Order of the Coif) at the University of Virginia School of Law. I also hold a Ph.D. in international law from the University of London (granted in 1996), as well as the Diploma of the Hague Academy of International Law (awarded 1989). After clerking with the Honorable Charles E. Wiggins of the U.S. Court of Appeals for the Ninth Circuit, I served as a legal advisor at the Iran-United States Claims Tribunal in The Hague, The Netherlands, from 1988 to 1989. From 1989 to 1991, I worked as an associate at the Washington, D.C. law firm of Covington & Burling practicing primarily in the area of transnational litigation and international claims. I assumed my current academic appointment at Emory in July 1991, although I have served as a visiting professor of international law at New York University School of Law (Fall 1995), the University of Virginia School of Law (1996-97 academic year), and as a Fulbright Distinguished Chair at Osgoode Hall School of Law at York University, Ontario (Fall 2001).

3.     My academic and scholarly interests have been concentrated in the areas of international and constitutional law, with special emphasis on matters of international litigation. I regularly teach courses  – including International Law (for 20 years) and International Institutions (for 9 years) – where matters of State sovereign immunity, and international litigation and procedural law are regularly and intensely considered. I have served, for the past twelve years, on the Editorial Board of AMERICAN JOURNAL OF INTERNATIONAL LAW, the leading peer-reviewed international law publication in the United States, where I currently edit the "International Decisions" section devoted to coverage of

003

- 3 -

recent judicial decisions often raising complex questions of international procedural law.  As part of my professional work for the American Society of International Law (ASIL) – a congressionally-chartered, independent, and non-partisan body – I co-authored a volume, INTERNATIONAL LAW: A HANDBOOK FOR JUDGES (2003; 2d ed. 2011), that was distributed to all U.S. federal judges and state appellate judges.

4.      From May 1998 to August 2002, I served as a member of a five-person Working Group on the Foreign Sovereign Immunities Act (FSIA), 28 U.S.C. §§ 1602 *et seq.*, established by the American Bar Association's (ABA) Section of International Law and Practice.  The charge of the Working Group was to propose, for adoption by the ABA and submission to Congress, necessary reforms of the FSIA.  The Working Group's findings were adopted by the ABA's House of Delegates in 2001, and submitted to Congress in 2002.  They were reported (under the title "Reforming the Foreign Sovereign Immunities Act") at volume 40 of the COLUMBIA JOURNAL OF TRANSNATIONAL LAW, page 489, published in 2002.  The Report of the Working Group has been widely-cited, *as in Justice Breyer's dissenting opinion in Dole Food Co. v. Patrickson*, 538 U.S. 468, 484 (2003).

5.      I have written extensively on matters of State sovereign immunity.  Aside from the ABA Working Group Report, these publications include:

(a)      INTERNATIONAL LAW FRAMEWORKS (3d ed. 2010) (Foundation Press; Thomson Reuters), at pages 197-207;

(b)      The "Common-Law Regime" of Foreign Sovereign Immunity: The Actual Possession Rule in Admiralty, forthcoming in 44 VAND. J. TRANSNAT'L L. ___ (2011); and

- 4 -

    (c)    Dead Man's Hand: Reshuffling Foreign Sovereign Immunities in U.S. Human Rights Litigation, 25 GA. J. INT'L & COMP. L. 255 (1995-96).

6.    I make this affidavit in relation to the proceeding between Lantheus Medical Imaging, Inc. ("Lantheus") and its insurer, Zurich American Insurance Co. ("Zurich"), instituted in the United States District Court for the Southern District of New York ("U.S. District Court"). I understand that Lantheus has secured letters rogatory from the U.S. District Court, in order to gather evidence and testimony from a non-party, Atomic Energy of Canada Limited ("AECL"). My expert opinion has been sought by U.S. and Canadian counsel for Lantheus on the question of whether the doctrine of foreign sovereign immunities, as reflected in the U.S. Foreign Sovereign Immunities Act, 28 U.S.C. §§ 1330, 1602 *et seq.* ("FSIA" or "the Act"), would preclude a U.S. court from issuing a letter rogatory asking for assistance from a foreign court in obtaining discovery from an entity which is an "agency or instrumentality" of a foreign sovereign, within the meaning of 28 U.S.C. § 1603(b).

7.    I understand that my mandate is to assist this Court on the matters set out here, and that my duty is to provide my impartial, objective and independent opinion, relying on my expertise. My compensation is not in any way dependent upon the opinion I formed. I was free to come to any conclusion that I felt was reasonable and proper in light of the law and facts as I understand them.

8.    I have been provided, by counsel for Lantheus, with the following materials for my review in the preparation of this affidavit: (a) Lantheus' December 16, 2010, complaint for declaratory relief against Zurich, docketed as 10 Civ. 9371 in the U.S. District Court for the Southern District of New York, and assigned to U.S. District Judge Laura Taylor Swain ("Lantheus Complaint"); (b) the application filed by Lantheus on July 8, 2011, before this

MBDOCS_5577327.1

- 5 -

Court, docketed as CV-11-427161, seeking to implement the letters rogatory issued by the U.S. District Court ("Lantheus Application"); (c) the affidavit of Anna St. John filed on July 8, 2011, before this Court, in support of Lantheus' Application; (d) the affidavit of David P. Stewart, dated July 14, 2011, with exhibits, and filed in this proceeding in support of the position of AECL on the application of letters rogatory to foreign sovereign entities ("Stewart Affidavit").

9.      This affidavit is being submitted in response to the affidavit of Professor David Stewart. My opinion is set forth below. I conclude that inasmuch as the U.S. District Court was not purporting to exercise jurisdiction over AECL, the FSIA is not implicated in this matter. Rather, in instances where a U.S. court requires the judicial assistance of a foreign tribunal to secure the testimony or document production of a *non*-party, a letter rogatory (or letter of request) is the appropriate mechanism irrespective of whether the requested entity may be an agency or instrumentality of a foreign sovereign. It does not offend sovereign immunity for a U.S. court to seek the assistance of a foreign tribunal with regard to evidence to be provided by an agency or instrumentality of that foreign State.

**B. Foreign Sovereign Immunity and Letters Rogatory Directed to Foreign Sovereign Agencies or Instrumentalities.**

10.     Professor David Stewart's opinion proceeds from a flawed premise. He assumes that the U.S. District Court for the Southern District of New York was attempting to exercise jurisdiction over Atomic Energy of Canada Limited ("AECL") by transmitting a letter rogatory to this Court. See Stewart Affidavit, ¶¶ 9, 10, 14, 15. This is not correct. In issuing a letter rogatory, the U.S. District Court was seeking the assistance of this tribunal in order to gather evidence from AECL as a non-party. Because there was no attempt by the U.S.

- 6 -

District Court to acquire jurisdiction over AECL, whether subject-matter or personal, see Stewart Affidavit ¶¶ 8, 15, the FSIA is inapplicable.

11.     By its terms, the FSIA applies in situations where a plaintiff seeks to invoke the jurisdiction of a U.S. court over a foreign sovereign or an agency or instrumentality of a foreign sovereign.   See 28 U.S.C. § 1604 ("a foreign state shall be immune from the jurisdiction of the courts of the United States and of the States except as provided in sections 1605 to 1607 of this chapter.").  The statutory exceptions to foreign sovereign immunity, to which Professor Stewart alludes, see Stewart Affidavit, ¶¶ 10, 12-13, are conditioned on a plaintiff seeking to invoke the jurisdiction of a U.S. court.  See 28 U.S.C. § 1605(a) ("A foreign state shall not be immune from the jurisdiction of courts of the United States or of the States in any case – . . . .").  But where, as here, there is no exercise by a U.S. court of jurisdiction over a non-party, but merely a request for assistance from a foreign tribunal that *does* have jurisdiction over the non-party, the FSIA's default rule of immunity (and its exceptions) are irrelevant.[1]

12.     Professor Stewart makes the sweeping conclusion that "[w]here a federal court lacks jurisdiction over a foreign sovereign entity, it also lacks the power to issue a non-party subpoena purporting to compel discovery from such an entity." Stewart Affidavit, ¶ 14. This assertion ignores the great weight of precedent and authority in U.S. practice, and the sources that Professor Stewart relies on do not support that proposition.  But, even more significantly, Professor Stewart's statement ignores the fundamental distinction between discovery which is

---

[1] This affidavit will not opine on whether AECL has waived any purported immunity under the Act, see 28 U.S.C. § 1605(a)(1), or whether AECL's conduct is a commercial activity within the meaning of id. § 1605(a)(2).

007

-7-

conducted under the auspices of a U.S. court and the situation (as here) where a U.S. court properly seeks the assistance of a foreign tribunal to oversee the provision of evidence by a non-party foreign agency or instrumentality. In such situations, it can hardly be said that discovery is "compel[led]" by anything other than principles of comity and Canada's own statutory provisions (as with section 60 of the 1990 Evidence Act).

13.     The cases cited by Professor Stewart, see Stewart Affidavit, ¶ 14, in support of his assertion that a letter rogatory cannot issue as against a foreign sovereign agency or instrumentality, are inapposite because they all deal with the direct assertion of jurisdiction over a foreign sovereign entity and do not involve the use of a letter rogatory. In *Peninsula Asset Management (Cayman) Ltd. v. Hankook Tire Co.*, 476 F.3d 140, 143-44 (2d Cir. 2007) (exhibit "I" to Stewart Affidavit), the federal district court unilaterally issued a subpoena to a Korean sovereign agency or instrumentality. A letter rogatory, requesting the assistance of a Korean court in obtaining evidence, was *not* employed. A federal appeals court reversed, holding that principles of foreign sovereign immunity applied and the subpoena was quashed. See id. This was precisely the same situation as in *Peterson v. Islamic Republic of Iran*, 563 F. Supp.2d 268, 272 (D.D.C. 2008) (exhibit "L" to Stewart Affidavit); *Walters v. Industrial & Commercial Bank of China, Ltd.*, 2011 U.S. App. Lexis 13810 at *13-*14 (2d Cir. July 7, 2011) (exhibit "N" to Stewart Affidavit); and *Olympic Chartering, S.A. v. Ministry of Industry and Trade of Jordan*, 134 F. Supp.2d 528, 530, 536 (S.D.N.Y. 2001) (exhibit "K" to Stewart Affidavit). Indeed, the plaintiff in *Olympic Chartering* conceded the invalidity of the subpoenas. See id. at 530. A letter rogatory does not figure in any of the cases in which Professor Stewart relies for his categorical assertion that foreign sovereign immunity is a bar to discovery with a non-party foreign sovereign. It is precisely because the U.S. District

- 8 -

008

Court chose to use here the appropriate vehicle of a letter rogatory that distinguishes this case from those upon which Professor Stewart depends for his erroneous conclusion.

14.     Where a U.S. court either lacks jurisdiction or is not seeking jurisdiction over a foreign sovereign entity, letters of request to a foreign tribunal are the favored vehicle for gathering evidence from a non-party located abroad. See, e.g., *International Soc. for Krishna Consciousness, Inc. v. Lee*, 105 F.R.D. 435, 443 (S.D.N.Y. 1984) (Exhibit "B" to my affidavit) ("litigants often needed the cooperation of the foreign government in order to obtain the requested discovery and . . . their ability to obtain the information in question would be severely hampered or entirely stymied. This problem would of course only occur with respect to. . . an individual or entity not subject to the jurisdiction of the American court and therefore not amenable to any form of the American judicial compulsion."); *American Special Risk Ins. Co. v. Delta America Re Ins. Co.*, 634 F. Supp. 112, 117 (S.D.N.Y. 1986) (Exhibit "C" to my affidavit) ("testimony of witnesses in England who are beyond the court's subpoena power may be provided by depositions taken pursuant to letters rogatory"); *Tulip Computers Intern. B.V. v. Dell Computer Corp.*, 254 F. Supp.2d 469, 474 (D. Del. 2003) (Exhibit "D" to my affidavit) ("Resort to the Hague Evidence Convention in this instance is appropriate since both [witnesses] are not parties to the lawsuit, have not voluntarily subjected themselves to discovery, are citizens of the Netherlands, and are not otherwise subject to the jurisdiction of the Court."); *In re Urethane Antitrust Litigation*, 267 F.R.D. 361, 364 & n.11 (D. Kan. 2010) (Exhibit "E" to my affidavit) ("Resort to using the procedures of the Hague Convention [for letters of request to gather evidence] is particularly appropriate when, as here, a litigant seeks to depose a foreign non-party who is not subject to the court's jurisdiction.") (collecting cases).

MBDOCS_5577327.1

- 9 -

15.     Where the foreign non-party is an agency or instrumentality of a foreign State, the use of the foreign sovereign's own tribunals to administer and direct the gathering of evidence removes any friction from the process and ameliorates any concerns of subjecting a foreign sovereign entity to "U.S.-style" discovery. In a reciprocal fashion, U.S. courts have liberally implemented letters of request from other nations. Despite Professor Stewart's assertion to the contrary, Stewart Affidavit, ¶ 20, that reciprocity has included cases where the U.S. government (or its agents) are a non-party to the underlying litigation. See *Matter of Kevork*, 788 F.2d 566, 568 (9th Cir. 1986) (Exhibit "F" to my affidavit) (U.S. court honored letter of request, issued by the Ontario Supreme Court, with respect to testimony of FBI agents, consistent with national security constraints).

16.     In conclusion, my opinion is that the U.S. District Court took the appropriate course in seeking the assistance of this Court through a letter rogatory.[2] The purpose of the FSIA is to prevent foreign sovereign entities from being improperly haled into U.S. courts. That AECL is purportedly a Canadian agency or instrumentality does not otherwise implicate the FSIA. Nor does it act as a bar on the U.S. District Court requesting this Court's assistance in gathering evidence from AECL as a non-party to the underlying litigation between Lantheus and Zurich. In these circumstances, the U.S. District Court is not exercising jurisdiction over AECL. Nor is it compelling AECL's testimony or production of documents through the U.S. court's own coercive powers.   Rather, under principles of international comity and the

---

[2]  Professor Stewart also appears to be attacking the record upon which the U.S. District Court transmitted the letters rogatory to this tribunal. See Stewart Affidavit, ¶¶ 16-18.  It is an established principle, however, that a ruling by a court of competent jurisdiction bears a presumption of regularity and is not thereafter subject to collateral attack. *Kalb v. Feuerstein*, 308 U.S. 433, 438 (1940) (Exhibit "G" to my affidavit); *Weedon v. Gaden*, 419 F.2d 303, 306 (D.C. Cir. 1969) (Exhibit "H" to my affidavit) ("the presumption of regularity surrounding all judicial proceedings and records").

010

- 10 -

provisions of Canada's own laws, this Court would oversee the gathering of evidence sought by Lantheus. There is no risk of harm to AECL's dignitary interests as a foreign sovereign entity inasmuch as it is a Canadian court that is supervising the process.

17.     I swear this affidavit in support of Lantheus' Application to enforce the Letters Rogatory, and for no other improper purpose.

SWORN BEFORE ME at the City of
Atlanta, in the State of Georgia on July
20, 2011.

David J. Bederman

011

LANTHEUS MEDICAL IMAGING, INC.     and     ATOMIC ENERGY OF CANADA LIMITED
Applicant                                                        Respondent

Court File No. CV-11-427161

***ONTARIO***
**SUPERIOR COURT OF JUSTICE**

Proceeding commenced at Toronto

**AFFIDAVIT OF DAVID J. BEDERMAN**
**(sworn July 20, 2011)**

**McMillan LLP**
Brookfield Place
181 Bay Street, Suite 4400
Toronto, ON  M5J 2T3

**Brett Harrison**  LSUC#: 44336A
Tel: (416) 865-7932
Fax: (647) 722-6756

**Richard McCluskey**  LSUC#: 58368C
Tel: (416) 865-7146
Fax: (416) 865-7048

Lawyers for the Applicant

M8DOCS_5577327.1

# EXHIBIT 6

Page 1

1                    ONTARIO

2             SUPERIOR COURT OF JUSTICE

3          COURT FILE NO. CV-11-427-161

4

5  BETWEEN:

6       LANTHEUS MEDICAL IMAGING, INC.

7                          APPLICANT

8             - and -

9     ATOMIC ENERGY OF CANADA LIMITED

10                        RESPONDENT

11

12

13            DEPOSITION OF

14          DAVID J. BEDERMAN

15

16            July 20, 2011

17              3:18 p.m.

18

19      1100 Peachtree Street, NE

20            Suite 2700

21          Atlanta, Georgia

22

23   Jennifer D. Hamon, CCR-B-2287, RPR

24

25

Page 2

 1                   APPEARANCES OF COUNSEL

 2

 3    On behalf of the Applicant:

 4         ANNA ST. JOHN, Esq.

 5         Covington & Burling, LLP

 6         1201 Pennsylvania Avenue, NW

 7         Washington, DC 20004-2401

 8         202-662-5798

 9         FAX 202-778-5798

10         astjohn@cov.com

11

12         RICHARD MCCLUSKEY, Esq.

13         (Via Videoconference)

14         McMillan, LLP

15         Brookfield Place, Suite 4400

16         181 Bay Street

17         Toronto, ON M5J 2T3, Canada

18         416-865-7146

19         FAX 416-865-7048

20         richard.mccluskey@mcmillan.ca

21

22

23    (Continued on next page)

24

25

Lantheus Medical Imaging, Inc. v. Atomic Energy of Canada Limited
David J. Bederman

CV-11-427-161
July 20, 2011

Page 3

```
 1   On behalf of the Respondent:

 2         DON JACK, Esq.

 3         JULIA FALEVICH, Esq.

 4         (Via Videoconference)

 5         Heenan Blaikie

 6         Bay Adelaide Centre, Suite 2900

 7         333 Bay Street

 8         Toronto, ON M5H 2T4, Canada

 9         416-360-6336

10         FAX 416-360-8425

11         djack@heenan.ca

12         jfalevich@heenan.ca

13

14   Also Present:

15         Nicole Neshevich, Court Reporter

16         (Via Videoconference)

17

18                      - - -

19

20

21

22

23

24

25
```

Lantheus Medical Imaging, Inc. v. Atomic Energy of Canada Limited
David J. Bederman

CV-11-427-161
July 20, 2011

Page 4

1                    DAVID J. BEDERMAN,

2     being first duly sworn by the court reporter

3     in Canada, was examined and testified as

4     follows:

5                        EXAMINATION

6     BY MR. JACK:

7          Q.   Mr. Bederman, I want to make sure

8     that I pronounce your name properly.

9               Am I doing so?

10         A.   Right.  It is Bederman.

11         Q.   Thank you.

12              And would you prefer that I address

13     you as Professor Bederman?

14         A.   Mr. is just fine.

15         Q.   Thank you.

16              Now, I want to begin with things

17     which I hope we can agree upon.  I'm going to

18     speak slowly here because there seems to be a

19     delay.

20              Could I ask you, please, to turn to

21     paragraph 9 of your affidavit.

22         A.   Yes.

23         Q.   And there, of course referring to

24     all of it because it's already on the record,

25     you have stated, as I understand it, that the

Page 5

1   U.S. District Court was not purporting to

2   exercise jurisdiction over AECL and that the

3   Foreign Sovereign Immunity Act was not

4   implicated in this matter; correct?

5        A.   Correct.

6        Q.   We are agreed, I take it,

7   Professor Bederman, that if the U.S. District

8   Court simply attempted to subpoena AECL, it

9   would be precluded from doing so because AECL

10  is the agent of a foreign sovereign?

11       A.   That was not within the scope of my

12  opinion or what was requested of me, so I have

13  no opinion on whether AECL is an agency or

14  instrumentality of Canada.

15       Q.   If you were to make that assumption,

16  we would be in agreement, would we not, that

17  the U.S. court simply attempting to subpoena

18  AECL would not work under U.S. law?

19            MS. ST. JOHN:   Objection.   Calls for

20       speculation.

21            You can answer.

22       Q.   (By Mr. Jack)   What is your

23  opinion --

24       A.   I will answer --

25       Q.   Go ahead.

1      A.    I will answer because assuming that

2   AECL is an agency or instrumentality of

3   Canada, that still leaves the question of

4   whether an exception to foreign sovereign

5   immunity under the Foreign Sovereign

6   Immunities Act applies here.

7           And you'll see on page 6,

8   paragraph 11, footnote 1 that I do not offer

9   an opinion on whether AECL has either waived

10  its immunity under the act -- and the specific

11  provision is 28 U.S.C. § 1605(a)(1) -- nor do

12  I offer an opinion on whether AECL is involved

13  in a commercial activity here.  And that's

14  governed by § 1605(a)(2).

15      Q.    And would I be right in thinking

16  that you offer no such opinions because none

17  were asked of you?

18      A.    That's correct.

19      Q.    Now, if there has been no waiver or

20  attornment, are we in agreement, as a matter

21  of U.S. law, that the U.S. District Court

22  cannot simply subpoena AECL, assuming it to be

23  an agency of a foreign sovereign?

24      A.    I'm afraid I didn't understand or

25  hear your question.

Page 7

1              A waiver or a what.

2         Q.   I'll state it again.

3         A.   Thank you.

4         Q.   If there has been no waiver of

5    immunity and no exception applies, something

6    upon which you have expressed no opinion, but

7    I'm asking you to assume that, are we in

8    agreement that the U.S. District Court could

9    not simply subpoena AECL, assuming it to be an

10   agency of a foreign sovereign?

11        A.   You are correct.  If -- let me

12   restate it so that we're all in agreement.  If

13   AECL is an agency or instrumentality of Canada

14   and thereby the Foreign Sovereign Immunities

15   Act applies here and also if no exception to

16   the act is expressed in § 1605 of the act --

17   if no exception applies, then I concur with

18   you that the district court would have no

19   jurisdiction to issue a subpoena in this case.

20        Q.   All right.  So we'll now move to an

21   area where you may disagree with me,

22   Professor Bederman.  I'm going to go slowly

23   and make sure that we understand each other.

24             Does it not then seem illogical that

25   the U.S. District Court could proceed

Page 8

1    indirectly through letters rogatory to obtain

2    AECL's testimony when, in the circumstances we

3    have just discussed, it would be precluded

4    from doing so directly through a subpoena?

5        A.   No.  We are in disagreement here.

6    And the answer is very simple, and that is the

7    compulsion in this instance is not coming from

8    the U.S. court.  It would be emanating from

9    the Canadian court, as I understand it, from

10   Ontario's Superior Court of Justice.

11           It is the Ontario Superior Court of

12   Justice's receiving the letter of request or

13   letter rogatory.  It is the Ontario Superior

14   Court of Justice which is managing or

15   supervising the discovery or the collection of

16   evidence.

17           And so it is however based on

18   principles of international comity, or under

19   Canadian law, it is the Canadian court that is

20   the source of compulsion, at least as that

21   phrase as I understood it was being used by

22   Professor Stewart in his affidavit.

23       Q.   So in effect, you are telling us, if

24   I understand you properly, that through the

25   letter rogatory process, the jurisdiction of

Page 9

 1   the U.S. District Court is augmented or

 2   supplemented to enable it to do something it

 3   could not do by subpoena itself; correct?

 4       A.   No, sir.  Let me -- if there was any

 5   ambiguity in my statement, let me try to be

 6   clear here.

 7            The Foreign Sovereign Immunities Act

 8   is only implicated when a U.S. court, in this

 9   instance, the U.S. District Court in the

10   District of Columbia, is attempting to either

11   acquire jurisdiction over a party for purposes

12   of adjudication or for purposes of

13   enforcement.

14            And as I understand it, that's not

15   what's occurring here because AECL is a

16   nonparty to this proceeding.  It is simply

17   being requested of certain documents or

18   discovery or production of evidence.

19       Q.   In any event, at the heart of your

20   opinion is the proposition that it is the

21   Canadian court which would compel the

22   testimony.

23            Do I understand you properly?

24       A.   It would be compelling the

25   testimony, and more practically speaking, it

Page 10

1   is the Canadian court that is managing,

2   overseeing, or supervising this process.

3        Q.   And we are in agreement that that

4   compulsion would be, under your scenario, at

5   the request of the U.S. District Court --

6        A.   Yes.  It is --

7        Q.   -- correct?

8        A.   Correct.

9        Q.   And would you agree with me further

10  that there is no specific provision in the

11  Foreign Sovereign Immunity Act on this

12  proposition that you have put forward?

13       A.   You are correct.  But I would not

14  expect there would be a provision.

15       Q.   Would you agree with me further that

16  in none of the cases which you have relied

17  upon has there been a foreign sovereign or an

18  agent of a foreign sovereign which was the

19  subject matter of the letters rogatory?

20       A.   I'm not sure I understand.

21            Are you saying any of the cases

22  which I cite in my affidavit bear on the --

23       Q.   Relating to your proposition that

24  the U.S. court can make this request

25  notwithstanding the Foreign Sovereign Immunity

Page 11

1   Act, would you agree with me that your cases

2   do not seem to involve, as far as I can see,

3   either foreign sovereigns or their agents?

4        A.   Let me take just a moment, if I may,

5   just to check the wording in my affidavit.

6        Q.   By all means, please.

7        A.   Thank you.

8             Yes, I agree.

9        Q.   Now, to your knowledge, sir, with

10  regard to the proceedings before the U.S.

11  District Court in this case, would you agree

12  with me or would you have any reason to

13  disagree with me when I say the following:

14  The proposition which you have put forward was

15  not placed before the U.S. District Court or

16  decided by it?

17            Would you agree with that?

18       A.   I can neither agree nor disagree

19  with that because I did not review the letter

20  of request or any supplemental material except

21  in as much as they were included I believe in

22  Professor Stewart's original affidavit.

23       Q.   All right.  Would you agree with me

24  when I suggest that in the present case, there

25  appears to have been no pronouncement upon the

Lantheus Medical Imaging, Inc. v. Atomic Energy of Canada Limited
David J. Bederman

CV-11-427-161
July 20, 2011

Page 12

```
 1    Foreign Sovereign Immunity Act issued by the

 2    U.S. District Court?

 3         A.   I have not been given any

 4    documents -- I mean, I've not been given

 5    anything to review that would contain such a

 6    statement, so I have no way of verifying

 7    whether the Court did or did not discuss or

 8    consider this issue.

 9         Q.   I take it, sir, that you did not

10    review the filings; you were not asked to

11    review the filings in the U.S. District Court

12    proceedings?

13         A.   I was asked to review David

14    Stewart's affidavit.  And if I may refer to

15    that, sir, I believe at least some of his

16    discussion in some of the annexes do involve

17    filings before the Court.  That's what I read.

18    That's what I reviewed.

19         Q.   You didn't undertake -- you were not

20    asked to undertake an independent review of

21    what might be in the court file?

22         A.   That's correct.

23         Q.   And as a result, you're only aware

24    of what Professor Stewart has referred to?

25         A.   Correct.
```

Page 13

```
 1        Q.   You would agree with me that AECL
 2  was not present, as far as you know, in the
 3  U.S. District Court proceedings, nor did it
 4  take part in those proceedings in any way?
 5        A.   Again, my basis of knowledge to
 6  answer that question is very limited, but from
 7  what I reviewed from David Stewart's
 8  affidavit, I believe that is correct.
 9        Q.   Now, you have drawn attention -- and
10  I hope I'm pronouncing this properly --
11  correct me if I'm wrong -- to a case called
12  Kevork, K-e-v-o-r-k, which is referred to I
13  believe at paragraph 16 of your affidavit and
14  is Exhibit F --
15        A.   I agree.
16        Q.   -- is that correct?
17        A.   Except I believe it is paragraph 15.
18        Q.   I apologize.
19             In any event, it is K-e-v-o-r-k?
20  That's the name of the case?
21        A.   Correct.
22        Q.   Take your time with this, please,
23  Professor.
24             It's my understanding that that was
25  a case decided under the Foreign Intelligence
```

Page 14

1    Surveillance Act of the United States, not

2    under the Foreign Sovereign Immunity Act.

3            Would you agree with that?

4        A.   No is the short answer.  I would not

5    expect it to be decided under the Foreign

6    Sovereign Immunities Act because the party --

7    the third party from which discovery or

8    evidence was being sought was agents of the

9    United States Government, in this case

10   particularly, agents of the Federal Bureau of

11   Investigation.

12           So I do not --

13       Q.   I don't think we're disagreeing

14   here.

15           Would you agree -- I'll just state

16   it again because I don't think we should be

17   disagreeing on this.

18           Would you agree with me that the

19   enactment which the Court was dealing with in

20   that case was the Foreign Intelligence

21   Surveillance Act?

22       A.   The Foreign Intelligence

23   Surveillance Act is discussed in this case.  I

24   agree with you about that.  But I would

25   observe that the factual predicate of the case

Page 15

1    is that the U.S. Government and its agents, in

2    this case FBI agents, were -- their evidence

3    or testimony was being sought through a letter

4    rogatory.

5        Q.   For a Canadian proceeding?

6        A.   Correct.  And ironically enough, a

7    proceeding from the province of Ontario.

8        Q.   Now, the Foreign Intelligence

9    Surveillance Act which I have referred to and

10   is referred to in Kevork, if I understand

11   it -- please correct me if I am wrong --

12   deals, among other things, with the

13   dissemination of intelligence information for,

14   for example, the purposes of countering

15   terrorist activities?

16       A.   Yes.

17       Q.   And that statute, would you further

18   agree with me, would have no application in a

19   case such as the present case which deals in

20   essence with a civil insurance claim?

21       A.   Sir, I have no way of responding to

22   that.  I have not been given documents to

23   understand necessarily what evidence is being

24   sought here.

25            The one reason I cited the matter of

Page 16

1  Kevork for the attention of the Ontario Court

2  was to illustrate a situation where, so to

3  speak, the shoe was on the other foot and an

4  Ontario Court sought the assistance of a U.S.

5  Court.

6          And a U.S. Court assisted in the

7  collection of evidence, but consistent with

8  domestic law.  In this case, the relevant

9  domestic law was, as you correctly pointed

10  out, sir, the FISA.

11          I would assume that in this

12  instance, the Canadian Court would do the same

13  thing in behalf of the application of Lantheus

14  Medical Imaging.

15      Q.   And the case itself in Kevork, was

16  it was testimony for what sort of purpose or

17  what sort of proceeding?

18      A.   Well, what I know is -- if I could

19  draw your attention to that case on I guess it

20  would be page 3 under that tab --

21      Q.   Under F?

22      A.   Yes.  This will be tab F, as in

23  Frank --

24      Q.   Yes.

25      A.   -- page 3.

Page 17

```
 1              Unfortunately my version does not
 2    have sequential pagination.  I apologize for
 3    that.
 4              -- that it makes clear that the
 5    Ontario Supreme Court directed a letter of
 6    request in aid of the commission to the
 7    appropriate judicial authorities in
 8    Los Angeles, and then the Federal District
 9    Court issued subpoenas summoning eight
10    witnesses named in the letter of request.
11         Q.   And the underlying proceeding was
12    what, sir?
13         A.   Was a -- essentially a criminal
14    proceeding pending in Canada.
15         Q.   Not a civil case?
16         A.   That is correct, sir.
17         Q.   Could I direct you, please, to
18    footnote 2 from your affidavit.
19         A.   Yes.
20         Q.   There you have stated, if I've made
21    a proper note of it, "It is an established
22    principle that a ruling by a Court of
23    competent jurisdiction bears a presumption of
24    regularity and is not thereafter subject to
25    collateral attack"; correct?
```

Page 18

```
 1        A.    Correct.

 2        Q.    Are you familiar with any of the

 3   Ontario law relating to letters rogatory?

 4        A.    I am not, aside from the reference

 5   to § 60 of the Evidence Act, which I

 6   understand is the basis for this application

 7   in this proceeding.

 8        Q.    And Mr. McCluskey has this from our

 9   factum, paragraph 8, which I'm pleased to

10   share with him if he doesn't have a copy with

11   him.

12             My question to you, sir, is this:

13   Were you aware or are you aware of a statement

14   by the Ontario Court of Appeals in a case

15   called Presbyterian Church of Sudan versus

16   Ryviak, R-y-v-i-a-k, which is referred to in

17   paragraph 8 of our factum, in which the

18   Ontario Court of Appeal said this:  It is

19   clear that an Ontario Court is not bound to

20   accept the language of the foreign request as

21   the final say but is entitled to go behind it

22   to examine precisely what it is the foreign

23   Court is seeking to do; the Ontario Court is

24   to give effect to the request only if the

25   requirements of Ontario law are met?
```

Page 19

1          Are you familiar with that statement

2     or the principle which it reflects, sir?

3          A.   I am not familiar with the statement

4     as articulated in that decision.  I'm not

5     qualified to practice law in Ontario Province

6     or Canada, and obviously my opinion was not

7     expected to opine on matters of Canadian law.

8          Q.   So we should --

9          A.   Sorry.  Go ahead.

10         Q.   Sorry.  I don't wish to interrupt.

11    Please proceed.

12         A.   No.

13         Q.   So your statement in footnote 2 of

14    your affidavit was not intended to be in any

15    way a statement of the Ontario law?

16         A.   Certainly not.

17              MR. JACK:  Can we have just one

18         moment.

19              (Brief recess.)

20              MR. JACK:  Okay, Professor Bederman.

21         Thank you.  Once again, I apologize if we

22         were late getting underway.  We just had a

23         little trouble here with the setup.  I

24         thank you for your patience in waiting for

25         us.

Page 20

1          THE WITNESS:   Thank you.

2          MS. ST. JOHN:   I have nothing

3     further.   Thank you.

4          MR. JACK:   Thank you.

5          (Deposition concluded at 3:41 p.m.)

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 21

1            E R R A T A   S H E E T

2

3        Pursuant to Rule 30(7)(e) of the Federal

4    Rules of Civil Procedure and/or Georgia Code

5    Annotated 81A-130(B)(6)(e), any changes in

6    form or substance which you desire to make to

7    your deposition testimony shall be entered

8    upon the deposition with a statement of the

9    reasons given for making them.

10

11        To assist you in making any such

12    corrections, please use the form below.  If

13    supplemental or additional pages are

14    necessary, please furnish same and attach them

15    to this errata sheet.

16                        - - -

17        I, the undersigned, DAVID J. BEDERMAN, do

18    hereby certify that I have read the foregoing

19    deposition and that to the best of my

20    knowledge said deposition is true and accurate

21    (with the exception of the following

22    corrections listed below).

23

24

25

Lantheus Medical Imaging, Inc. v. Atomic Energy of Canada Limited     CV-11-427-161
David J. Bederman     July 20, 2011

Page 22

```
 1   Page _____Line_____should read:_____

 2   Reason for change:_____

 3

 4   Page _____Line_____should read:_____

 5   Reason for change:_____

 6

 7   Page _____Line_____should read:_____

 8   Reason for change:_____

 9

10   Page _____Line_____should read:_____

11   Reason for change:_____

12

13   Page _____Line_____should read:_____

14   Reason for change:_____

15

16   Page _____Line_____should read:_____

17   Reason for change:_____

18

19

20   Signature _____

21   Sworn to and subscribed before me

22   _____, Notary Public.

23   This____day of_____, 2011.

24   My Commission Expires:

25
```

Page 23

1              C E R T I F I C A T E

2

3

4    G E O R G I A :

5    COBB COUNTY:

6

7

8              I hereby certify that the foregoing

9         deposition was reported, as stated in the

10        caption, and the questions and answers

11        thereto were reduced to the written page

12        under my direction; that the foregoing

13        pages 1 through 20 represent a true and

14        correct transcript of the evidence given.

15        I further certify that I am not in any way

16        financially interested in the result of

17        said case.

18             Pursuant to Rules and Regulations of

19        the Board of Court Reporting of the

20        Judicial Council of Georgia, I make the

21        following disclosure:

22             I am a Georgia Certified Court

23        Reporter.  I am here as an independent

24        contractor for Huseby, Inc.

25             I was contacted by the offices of

Lantheus Medical Imaging, Inc. v. Atomic Energy of Canada Limited                    CV-11-427-161
David J. Bederman                                                                     July 20, 2011

Page 24

1          Huseby, Inc. to provide court reporting

2          services for this deposition.  I will not

3          be taking this deposition under any

4          contract that is prohibited by O.C.G.A.

5          15-14-7 (a) or (b).

6               I have no written contract to

7          provide reporting services with any party

8          to the case, any counsel in the case, or

9          any reporter or reporting agency from whom

10         a referral might have been made to cover

11         this deposition.  I will charge my usual

12         and customary rates to all parties in the

13         case.

14              This, the 21st day of July, 2011.

15

16

17         _____

18         JENNIFER D. HAMON, CCR-B-2287

19         My Commission Expires

20         January 27th, 2014.

21

22

23

24

25