AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

Southern                     DISTRICT OF                     New York

## APPEARANCE

Case Number: 1:10-cv-09371-LTS-JLC

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Atomic Energy of Canada Limited

I certify that I am admitted to practice in this court.

| 9/8/2011 | _[signature]_ |
|---|---|
| Date | Signature |

| Daniel M. Krainin | DK 1128 |
|---|---|
| Print Name | Bar Number |

Beveridge & Diamond, P.C., 477 Madison Ave., 15th Floor
Address

| New York | NY | 10022-5802 |
|---|---|---|
| City | State | Zip Code |

| (212) 702-5417 | (212) 702-5450 |
|---|---|
| Phone Number | Fax Number |