UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------

Lantheus Medical Imaging, Inc.     Plaintiff,

Case No.  1:10-cv-09371-LTS-JLC

-against-
Zurich American Insurance
Company                              Defendant.
--------------------------------------------------------

NOTICE OF CHANGE OF ADDRESS

TO:     ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓]  I have cases pending          [ ]  I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

**Edward Maxwell Grauman**
FILL IN ATTORNEY NAME

My SDNY Bar Number is: EG9825          My State Bar Number is  4196390 (NY)

I am,

[✓]  An attorney

[ ]  A Government Agency attorney

[ ]  A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:     FIRM NAME:  Sullivan & Cromwell LLP
              FIRM ADDRESS:  125 Broad Street, New York, NY 10004
              FIRM TELEPHONE NUMBER:  (212) 558-3108
              FIRM FAX NUMBER:  (212) 558-3340

NEW FIRM:     FIRM NAME:  Beveridge & Diamond, P.C.
              FIRM ADDRESS:  477 Madison Ave. 15th Fl, New York, NY 10022-5802
              FIRM TELEPHONE NUMBER:  (212) 702-5466
              FIRM FAX NUMBER:  (212) 702-5450

[✓]  I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ]  I am no longer counsel of record on the above-entitled case.  An order withdrawing my appearance
     was entered on _____ by Judge_____.

Dated: September 8, 2011

ATTORNEY'S SIGNATURE