USDC SDNY
DOCUMENT
ELECTRONIC...
DOC #:
DATE FILED: 9/16/11

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LANTHEUS MEDICAL IMAGING, INC.,

                      Plaintiff,

v.

ZURICH AMERICAN INSURANCE COMPANY,

                      Defendant.

Case No. 10 Civ. 9371 (LTS) (JLC)

[PROPOSED] ORDER ADJOURNING MEDIATION *SINE DIE*

ECF CASE

---

## [PROPOSED] ORDER ADJOURNING MEDIATION *SINE DIE*

James L. Cott, United States Magistrate Judge:

    Upon good cause shown and by consent of the parties, the October 5, 2011 deadline for the parties to begin meeting with a private mediator, as set forth in the Court's Pre-trial Scheduling Order (Doc. No. 18) is adjourned *sine die*. Thirty days after the Court rules on Plaintiff's Motion for Issuance of Amended Letters Rogatory (Docket No. 35), the parties will advise the Court as to a proposed deadline for mediation and any other proposed changes to the Pre-trial Scheduling Order.

Dated: New York, New York
       September 16, 2011

                                              _____
                                              James L. Cott, Magistrate Judge

DC: 4100540
USDC SDNY
DATE SCANNED 9/16/11