# Exhibit A



CANADA

CONSOLIDATION

# Nuclear Energy Act

R.S.C., 1985, c. A-16

CODIFICATION

# Loi sur l'énergie nucléaire

L.R.C., 1985, ch. A-16

Current to August 29, 2011

Last amended on March 25, 2011

À jour au 29 août 2011

Dernière modification le 25 mars 2011

Published by the Minister of Justice at the following address: http://laws-lois.justice.gc.ca

Publié par le ministre de la Justice à l'adresse suivante : http://lois-laws.justice.gc.ca

| OFFICIAL STATUS OF CONSOLIDATIONS | CARACTÈRE OFFICIEL DES CODIFICATIONS |

Subsections 31(1) and (2) of the *Legislation Revision and Consolidation Act*, in force on June 1, 2009, provide as follows:

Les paragraphes 31(1) et (2) de la *Loi sur la révision et la codification des textes législatifs*, en vigueur le 1$^{er}$ juin 2009, prévoient ce qui suit :

Published consolidation is evidence

**31.** (1) Every copy of a consolidated statute or consolidated regulation published by the Minister under this Act in either print or electronic form is evidence of that statute or regulation and of its contents and every copy purporting to be published by the Minister is deemed to be so published, unless the contrary is shown.

**31.** (1) Tout exemplaire d'une loi codifiée ou d'un règlement codifié, publié par le ministre en vertu de la présente loi sur support papier ou sur support électronique, fait foi de cette loi ou de ce règlement et de son contenu. Tout exemplaire donné comme publié par le ministre est réputé avoir été ainsi publié, sauf preuve contraire.

Codifications comme élément de preuve

Inconsistencies in Acts

(2) In the event of an inconsistency between a consolidated statute published by the Minister under this Act and the original statute or a subsequent amendment as certified by the Clerk of the Parliaments under the *Publication of Statutes Act*, the original statute or amendment prevails to the extent of the inconsistency.

(2) Les dispositions de la loi d'origine avec ses modifications subséquentes par le greffier des Parlements en vertu de la *Loi sur la publication des lois* l'emportent sur les dispositions incompatibles de la loi codifiée publiée par le ministre en vertu de la présente loi.

Incompatibilité — lois

NOTE

This consolidation is current to August 29, 2011. The last amendments came into force on March 25, 2011. Any amendments that were not in force as of August 29, 2011 are set out at the end of this document under the heading "Amendments Not in Force".

NOTE

Cette codification est à jour au 29 août 2011. Les dernières modifications sont entrées en vigueur le 25 mars 2011. Toutes modifications qui n'étaient pas en vigueur au 29 août 2011 sont énoncées à la fin de ce document sous le titre « Modifications non en vigueur ».

| Section | TABLE OF PROVISIONS | Page | Article | TABLEAU ANALYTIQUE | Page |
|---|---|---|---|---|---|
| | An Act relating to the development and utilization of nuclear energy | | | Loi concernant le développement et l'utilisation de l'énergie nucléaire | |
| | SHORT TITLE | 1 | | TITRE ABRÉGÉ | 1 |
| 1 | Short title | 1 | 1 | Titre abrégé | 1 |
| | INTERPRETATION | 1 | | DÉFINITIONS | 1 |
| 2 | Definitions | 1 | 2 | Définitions | 1 |
| | POWERS OF MINISTER | 2 | | POUVOIRS DU MINISTRE | 2 |
| 10 | Powers of Minister | 2 | 10 | Pouvoirs du ministre | 2 |
| | COMPANIES | 3 | | COMPAGNIES | 3 |
| 11 | Shares held in trust | 3 | 11 | Détention des actions | 3 |
| | GENERAL | 4 | | DISPOSITIONS GÉNÉRALES | 4 |
| 14 | Claim for compensation may be referred to Federal Court | 4 | 14 | Renvoi à la Cour fédérale | 4 |
| 15 | Expenses | 4 | 15 | Dépenses | 4 |
| 18 | Works and undertakings | 4 | 18 | Ouvrages et entreprises | 4 |
| | SCHEDULE I | 5 | | ANNEXE I | 5 |
| | SCHEDULE II OATH OF FIDELITY AND SECRECY | 6 | | ANNEXE II SERMENT DE FIDÉLITÉ ET DE SECRET PROFESSIONNEL | 6 |
| | AMENDMENTS NOT IN FORCE | 7 | | MODIFICATIONS NON EN VIGUEUR | 7 |



R.S.C., 1985, c. A-16

L.R.C., 1985, ch. A-16

An Act relating to the development and utilization of nuclear energy

Preamble [Repealed, 1997, c. 9, s. 88]

Loi concernant le développement et l'utilisation de l'énergie nucléaire

Préambule [Abrogé, 1997, ch. 9, art. 88]

## SHORT TITLE

Short title

**1.** This Act may be cited as the *Nuclear Energy Act*.

R.S., 1985, c. A-16, s. 1; 1997, c. 9, s. 89.

## TITRE ABRÉGÉ

**1.** *Loi sur l'énergie nucléaire.*

L.R. (1985), ch. A-16, art. 1; 1997, ch. 9, art. 89.

Titre abrégé

## INTERPRETATION

Definitions

**2.** In this Act,

"atomic energy" [Repealed, 1997, c. 9, s. 90]

"Board" [Repealed, 1997, c. 9, s. 90]

"company" « *compagnie* »

"company" means a company incorporated or acquired pursuant to subsection 10(2) of the *Atomic Energy Control Act*, chapter A-19 of the Revised Statutes of Canada, 1970;

"member" [Repealed, 1997, c. 9, s. 90]

"Minister" « *ministre* »

"Minister" means such member of the Queen's Privy Council for Canada as is designated by the Governor in Council as the Minister for the purposes of this Act;

"nuclear energy" « *énergie nucléaire* »

"nuclear energy" has the meaning assigned to that expression by section 2 of the *Nuclear Safety and Control Act*;

"nuclear substance" « *substance nucléaire* »

"nuclear substance" has the meaning assigned to that expression by section 2 of the *Nuclear Safety and Control Act*.

"prescribed substances" [Repealed, 1997, c. 9, s. 90]

"President" [Repealed, 1997, c. 9, s. 90]

R.S., 1985, c. A-16, s. 2; 1997, c. 9, s. 90.

## DÉFINITIONS

**2.** Les définitions qui suivent s'appliquent à la présente loi.

« commissaire » [Abrogée, 1997, ch. 9, art. 90]

« Commission » [Abrogée, 1997, ch. 9, art. 90]

« compagnie » Personne morale constituée ou acquise aux termes du paragraphe 10(2) de la *Loi sur le contrôle de l'énergie atomique*, chapitre A-19 des Statuts revisés du Canada de 1970.

« énergie atomique » [Abrogée, 1997, ch. 9, art. 90]

« énergie nucléaire » S'entend au sens de l'article 2 de la *Loi sur la sûreté et la réglementation nucléaires*.

« ministre » Le membre du Conseil privé de la Reine pour le Canada chargé par le gouverneur en conseil de l'application de la présente loi.

« président » [Abrogée, 1997, ch. 9, art. 90]

« substance nucléaire » S'entend au sens de l'article 2 de la *Loi sur la sûreté et la réglementation nucléaires*.

« substances réglementées » [Abrogée, 1997, ch. 9, art. 90]

L.R. (1985), ch. A-16, art. 2; 1997, ch. 9, art. 90.

Définitions

« compagnie » "*company*"

« énergie nucléaire » "*nuclear energy*"

« ministre » "*Minister*"

« substance nucléaire » "*nuclear substance*"

**3. to 9.** [Repealed, 1997, c. 9, s. 91]

**3. à 9.** [Abrogés, 1997, ch. 9, art. 91]

*Nuclear Energy — August 29, 2011*

| POWERS OF MINISTER | POUVOIRS DU MINISTRE |
|---|---|

Powers of Minister

**10.** (1) The Minister may

(*a*) undertake or cause to be undertaken research and investigations with respect to nuclear energy;

(*b*) with the approval of the Governor in Council, utilize, cause to be utilized and prepare for the utilization of nuclear energy;

(*c*) with the approval of the Governor in Council, acquire or cause to be acquired, by purchase, lease, requisition or expropriation, nuclear substances and any mines, deposits or claims of nuclear substances and patent rights relating to nuclear energy and any works or property for production or preparation for production of, or for research or investigations with respect to, nuclear energy; and

(*d*) with the approval of the Governor in Council, license or otherwise make available or sell or otherwise dispose of discoveries and inventions relating to, and improvements in processes, apparatus or machines used in connection with, nuclear energy and patent rights acquired under this Act and collect royalties and fees on and payments for those licences, discoveries, inventions, improvements and patent rights.

Exception

(2) No interest in settlement land as defined in section 2 of the *Yukon Surface Rights Board Act* may be expropriated under subsection (1) without the approval of the Governor in Council.

Exception

(3) No interest in Tetlit Gwich'in Yukon land may be expropriated under subsection (1) without the approval of the Governor in Council.

Notice of intention

(4) Where an interest in land referred to in subsection (2) or (3) is to be expropriated,

(*a*) a public hearing in respect of the location and extent of the land to be expropriated shall be held in accordance with the following procedure:

(i) notice of the time and place for the public hearing shall be given to the Yukon first nation or Gwich'in Tribal Council and the public,

Pouvoirs du ministre

**10.** (1) Le ministre peut :

*a*) effectuer ou faire effectuer des recherches scientifiques et techniques sur l'énergie nucléaire;

*b*) avec l'agrément du gouverneur en conseil, tirer partie de l'énergie nucléaire en l'exploitant lui-même ou en la faisant exploiter, et se préparer dans cette perspective;

*c*) avec l'agrément du gouverneur en conseil, procéder ou faire procéder à l'acquisition — par achat, location, réquisition ou expropriation — des substances nucléaires, des gisements, mines ou concessions de substances nucléaires, des brevets d'invention relatifs à l'énergie nucléaire, ainsi que des ouvrages et biens destinés à la production d'énergie nucléaire, ou la préparation en vue de celle-ci, ainsi qu'aux recherches scientifiques et techniques la concernant;

*d*) avec l'agrément du gouverneur en conseil, céder, notamment par vente ou attribution de licences, les découvertes, inventions et perfectionnements en matière de procédés, d'appareillage ou d'équipement utilisés en relation avec l'énergie nucléaire et les brevets d'invention acquis aux termes de la présente loi, et percevoir les redevances, droits et autres paiements correspondants.

Exception

(2) Les droits sur les terres désignées au sens de l'article 2 de la *Loi sur l'Office des droits de surface du Yukon* ne peuvent être expropriés en application du paragraphe (1) sans l'agrément du gouverneur en conseil.

Idem

(3) Les droits sur les terres gwich'in tetlit du Yukon ne peuvent être expropriés en application du paragraphe (1) sans l'agrément du gouverneur en conseil.

Avis d'intention

(4) L'expropriation de droits sur des terres visées aux paragraphes (2) ou (3) ne peut avoir lieu qu'après l'observation des formalités suivantes :

*a*) une audience publique est tenue, en conformité avec les règles énoncées ci-après, au sujet de l'emplacement et de la surface de la terre visée :

(i) avis des date, heure et lieu de l'audience est donné au public et, selon le cas,

*Énergie nucléaire — 29 août 2011*

(ii) at the time and place fixed for the public hearing, an opportunity shall be provided for the Yukon first nation or Gwich'in Tribal Council and the public to be heard,

(iii) costs incurred by any party in relation to the hearing are in the discretion of the person or body holding the hearing and may be awarded on or before the final disposition of the issue, and

(iv) a report on the hearing shall be prepared and submitted to the Minister; and

(*b*) notice of intention to obtain the approval of the Governor in Council shall be given to the Yukon first nation or Gwich'in Tribal Council on completion of the public hearing and submission of a report thereon to the Minister.

**Definition of "Tetlit Gwich'in Yukon land"**

(5) In this section, "Tetlit Gwich'in Yukon land" means land as described in Annex B, as amended from time to time, to Appendix C of the Comprehensive Land Claim Agreement between Her Majesty the Queen in right of Canada and the Gwich'in, as represented by the Gwich'in Tribal Council, that was approved, given effect and declared valid by the *Gwich'in Land Claim Settlement Act*.

R.S., 1985, c. A-16, s. 10; 1994, c. 43, s. 81; 1997, c. 9, ss. 92, 99.

## COMPANIES

**Shares held in trust**

**11.** (1) The shares of the capital stock of a company, except the shares that are necessary to qualify persons other than the Minister as directors, shall be owned or held by the Minister, or by another company, in trust for Her Majesty in right of Canada.

**Agent of Her Majesty**

(2) A company that is a Crown corporation within the meaning of subsection 83(1) of the *Financial Administration Act* is for all its purposes an agent of Her Majesty in right of Canada.

(3) [Repealed, 1997, c. 9, s. 93]

R.S., 1985, c. A-16, s. 11; 1997, c. 9, s. 93; 2010, c. 12, s. 2147.

à la première nation touchée ou au Conseil tribal des Gwich'in,

(ii) le public et, selon le cas, la première nation ou le Conseil tribal des Gwich'in se voient offrir l'occasion de se faire entendre à l'audience,

(iii) les frais et dépens des parties afférents à l'audience sont laissés à l'appréciation de la personne ou de l'organisme présidant l'audience, qui peut les adjuger en tout état de cause,

(iv) un procès-verbal de l'audience est dressé et remis au ministre;

*b*) après l'audience publique et la remise du procès-verbal de celle-ci au ministre, avis de l'intention de demander l'agrément du gouverneur en conseil est donné, selon le cas, à la première nation ou au Conseil tribal des Gwich'in.

(5) Au présent article, «terre gwich'in tetlit du Yukon» s'entend de toute terre visée à la sous-annexe B — avec ses modifications — de l'annexe C de l'Entente sur la revendication territoriale globale des Gwich'in, conclue entre Sa Majesté la Reine du chef du Canada et les Gwich'in, représentés par le Conseil tribal des Gwich'in, approuvée, mise en vigueur et déclarée valide par la *Loi sur le règlement de la revendication territoriale des Gwich'in*.

**Définition de « terre gwich'in tetlit du Yukon »**

L.R. (1985), ch. A-16, art. 10; 1994, ch. 43, art. 81; 1997, ch. 9, art. 92 et 99.

## COMPAGNIES

**11.** (1) Les actions des compagnies — sauf celles qui sont nécessaires pour conférer la qualité d'administrateurs à des personnes autres que le ministre — sont détenues en fiducie pour Sa Majesté du chef du Canada, soit par le ministre, soit par une autre compagnie.

**Détention des actions**

(2) Les compagnies qui sont des sociétés d'État au sens du paragraphe 83(1) de la *Loi sur la gestion des finances publiques* sont, dans le cadre de leurs attributions, mandataires de Sa Majesté du chef du Canada.

**Mandataire de Sa Majesté**

(3) [Abrogé, 1997, ch. 9, art. 93]

L.R. (1985), ch. A-16, art. 11; 1997, ch. 9, art. 93; 2010, ch. 12, art. 2147.

| GENERAL | DISPOSITIONS GÉNÉRALES |
|---|---|

**12. and 13.** [Repealed, 1997, c. 9, s. 94]

**12. et 13.** [Abrogés, 1997, ch. 9, art. 94]

Claim for compensation may be referred to Federal Court

**14.** (1) Whenever any property has been requisitioned or expropriated under this Act and the Minister and the owner of the property have not, within such period as the Minister of Justice considers reasonable, agreed on the compensation to be made for the property, the claim for compensation shall be referred by the Minister of Justice to the Federal Court.

**14.** (1) Lorsque le ministre et le propriétaire des biens réquisitionnés ou expropriés sous le régime de la présente loi ne parviennent pas, dans un délai que le ministre de la Justice estime raisonnable, à s'entendre sur l'indemnité à verser, ce dernier saisit la Cour fédérale de la question.

Renvoi à la Cour fédérale

Exception

(2) Subsection (1) does not apply in respect of land described in subsections 10(2) and (3).

(2) Le paragraphe (1) ne s'applique pas aux terres visées aux paragraphes 10(2) et (3).

Exception

R.S., 1985, c. A-16, s. 14; 1994, c. 43, s. 82; 1997, c. 9, s. 94.

L.R. (1985), ch. A-16, art. 14; 1994, ch. 43, art. 82; 1997, ch. 9, art. 94.

Expenses

**15.** All expenses under this Act shall be paid out of moneys appropriated by Parliament for the purpose or received by a company through the conduct of its operations or by bequest, donation or otherwise.

**15.** Les dépenses prévues par la présente loi sont payées sur les crédits votés à cette fin par le Parlement ou sur les montants reçus par une compagnie au titre notamment de leurs activités ou de libéralités.

Dépenses

R.S., 1985, c. A-16, s. 15; 1997, c. 9, s. 94.

L.R. (1985), ch. A-16, art. 15; 1997, ch. 9, art. 94.

**16. and 17.** [Repealed, 1997, c. 9, s. 94]

**16. et 17.** [Abrogés, 1997, ch. 9, art. 94]

Works and undertakings

**18.** All works and undertakings constructed

(*a*) for the production, use and application of nuclear energy,

(*b*) for research or investigation with respect to nuclear energy, and

(*c*) for the production, refining or treatment of nuclear substances,

are, and each of them is declared to be, works or a work for the general advantage of Canada.

**18.** Sont déclarés à l'avantage général du Canada les ouvrages et entreprises destinés :

*a*) à la production et aux applications et usages de l'énergie nucléaire;

*b*) à des recherches scientifiques et techniques sur l'énergie nucléaire;

*c*) à la production, à l'affinage ou au traitement des substances nucléaires.

Ouvrages et entreprises

R.S., 1985, c. A-16, s. 18; 1997, c. 9, ss. 95, 99.

L.R. (1985), ch. A-16, art. 18; 1997, ch. 9, art. 95 et 99.

**19.** (1) [Repealed, 1997, c. 9, s. 96]

**19.** (1) [Abrogé, 1997, ch. 9, art. 96]

Idem

(2) Every director and every officer and employee of a company shall, before acting as such, take before a justice of the peace or a commissioner for taking affidavits an oath of fidelity and secrecy in the form set out in Schedule II.

(2) Les administrateurs, dirigeants et préposés des compagnies doivent, de la même façon, prêter le serment de fidélité et de secret professionnel figurant à l'annexe II.

Idem

R.S., 1985, c. A-16, s. 19; 1997, c. 9, s. 96.

L.R. (1985), ch. A-16, art. 19; 1997, ch. 9, art. 96.

**20. and 21.** [Repealed, 1997, c. 9, s. 97]

**20. et 21.** [Abrogés, 1997, ch. 9, art. 97]

*Énergie nucléaire — 29 août 2011*

| SCHEDULE I | ANNEXE I |
|---|---|
| [Repealed, 1997, c. 9, s. 98] | [Abrogée, 1997, ch. 9, art. 98] |

| SCHEDULE I | ANNEXE I |
|---|---|
| [Repealed, 1997, c. 9, s. 98] | [Abrogée, 1997, ch. 9, art. 98] |

*Nuclear Energy — August 29, 2011*

| SCHEDULE II | ANNEXE II |
|---|---|
| *(Section 19)* | *(article 19)* |
| OATH OF FIDELITY AND SECRECY | SERMENT DE FIDÉLITÉ ET DE SECRET PROFESSIONNEL |

I, ...................., do solemnly swear that I will faithfully, truly and to the best of my judgment, skill and ability execute and perform the duties required of me as a director (*or* officer *or* employee, *as the case may be*), of .....................

I further solemnly swear that I will not communicate or allow to be communicated to any person not legally entitled thereto any information relating to the affairs of the said company nor will I allow any such person to inspect or have access to any books or documents belonging to or in the possession of the said company and relating to its business.

R.S., c. A-19, Sch.

Je, ...................., jure de bien et fidèlement remplir les fonctions attachées à l'emploi (*ou* au poste) que j'occupe à .....................

Je jure en outre de ne communiquer, ou laisser communiquer, aucun renseignement sur les affaires de la compagnie à quiconque n'y a pas droit, ni de lui permettre l'accès aux documents appartenant à cette dernière ou en sa possession, et se rapportant à ses affaires.

S.R., ch. A-19, ann.

*Énergie nucléaire — 29 août 2011*

| **AMENDMENTS NOT IN FORCE** | **MODIFICATIONS NON EN VIGUEUR** |

— 2002, c. 7, s. 221      — 2002, ch. 7, art. 221

1994, c. 43, s. 81

**221.** Subsection 10(2) of the *Nuclear Energy Act* is replaced by the following:

Exception

(2) No interest in settlement land as defined in section 2 of the *Yukon First Nations Land Claims Settlement Act* or land identified as such in a self-government agreement as defined in the *Yukon First Nations Self-Government Act* may be expropriated under subsection (1) without the approval of the Governor in Council.

**221.** Le paragraphe 10(2) de la *Loi sur l'énergie nucléaire* est remplacé par ce qui suit :

(2) Les droits sur les terres désignées au sens de l'article 2 de la *Loi sur le règlement des revendications territoriales des premières nations du Yukon* ou sur les terres tenues pour telles aux termes d'un accord au sens de la *Loi sur l'autonomie gouvernementale des premières nations du Yukon* ne peuvent être expropriés en application du paragraphe (1) sans l'agrément du gouverneur en conseil.

1994, ch. 43, art. 81

Exception