# Exhibit B



## CHAPTER A-19

An Act relating to the development and control of atomic energy

Preamble WHEREAS it is essential in the national interest to make provision for the control and supervision of the development, application and use of atomic energy, and to enable Canada to participate effectively in measures of international control of atomic energy which may hereafter be agreed upon; Therefore, His Majesty, by and with the advice and consent of the Senate and House of Commons of Canada, enacts as follows:

Short title  **1.** This Act may be cited as the *Atomic Energy Control Act.* R.S., c. 11, s. 1.

Definitions  **2.** In this Act

"atomic energy" *«énergie...»*  "atomic energy" means all energy of whatever type derived from or created by the transmutation of atoms;

"Board" *«Commission»*  "Board" means the Atomic Energy Control Board established by section 3;

"company" *«compagnie»*  "company" means a company incorporated pursuant to paragraph 10(2)(*a*) or (*c*) and any company the direction and control of which is assumed by the Minister pursuant to paragraph 10(2)(*b*);

"member" *«membre»*  "member" means a member of the Board;

"Minister" *«Ministre»*  "Minister" means the member of the Queen's Privy Council for Canada designated by the Governor in Council as the Minister for the purposes of this Act;

"prescribed substances" *«substances...»*  "prescribed substances" means uranium, thorium, plutonium, neptunium, deuterium, their respective derivatives and compounds and any other substances that the Board may by regulation designate as being

## CHAPITRE A-19

Loi concernant le développement et le contrôle de l'énergie atomique

CONSIDÉRANT qu'il est essentiel, dans l'intérêt national, de pourvoir au contrôle et à la surveillance du développement, de l'emploi et de l'usage de l'énergie atomique, et de permettre au Canada de participer d'une manière efficace aux mesures de contrôle international de l'énergie atomique dont il peut être convenu désormais; A ces causes, Sa Majesté, sur l'avis et du consentement du Sénat et de la Chambre des communes du Canada, décrète:  Préambule

**1.** La présente loi peut être citée sous le titre: *Loi sur le contrôle de l'énergie atomique.* S.R., c. 11, art. 1.  Titre abrégé

**2.** Dans la présente loi  Définitions

«Commission» signifie la Commission de contrôle de l'énergie atomique, établie par l'article 3;  «Commission» "Board"

«compagnie» signifie une compagnie constituée en corporation selon l'alinéa 10(2)*a* ou *c*), et toute compagnie dont la direction et le contrôle sont assumés par le Ministre en vertu de l'alinéa 10(2)*b*);  «compagnie» "company"

«énergie atomique» signifie toute énergie de quelque genre qu'elle soit, provenant de la transmutation des atomes ou créée par cette dernière;  «énergie atomique» "atomic..."

«membre» signifie un membre de la Commission;  «membre» "member"

«Ministre» désigne le membre du Conseil privé de la Reine pour le Canada que le gouverneur en conseil peut désigner pour agir à titre de Ministre aux fins de la présente loi;  «Ministre» "Minister"

«président» signifie le président de la Commission;  «président» "President"

2          Chap. A-19               *Énergie atomique*

capable of releasing atomic energy, or as being requisite for the production, use or application of atomic energy;

"President" «président»

"President" means the President of the Board. R.S., c. 11, s. 2; 1953-54, c. 47, s. 1; 1966-67, c. 25, s. 41; SOR/69-262.

«substances prescrites» signifie l'uranium, le thorium, le plutonium, le neptunium, le deutérium, ainsi que leurs dérivés et composés respectifs, et toutes autres substances que la Commission peut, par règlement, désigner comme propres à dégager de l'énergie atomique, ou comme requises pour la production, l'usage ou l'application de l'énergie atomique. S.R., c. 11, art. 2; 1953-54, c. 47, art. 1; 1966-67, c. 25, art. 41; DORS/69-262.

«substances prescrites» *"prescribed..."*

Board constituted

**3.** (1) There is hereby constituted a body corporate to be called the Atomic Energy Control Board for the purposes hereinafter set out and with powers exercisable by it only as an agent of Her Majesty.

**3.** (1) Est par les présentes établie une corporation appelée Commission de contrôle de l'énergie atomique, pour les fins énoncées ci-après et dont les pouvoirs ne peuvent être exercés qu'en qualité de mandataire de Sa Majesté.

Constitution de la Commission

Legal proceedings

(2) Actions, suits or other legal proceedings in respect of any right or obligation acquired or incurred by the Board on behalf of Her Majesty, whether in its name or in the name of Her Majesty, may be brought or taken by or against the Board in any court that would have jurisdiction if the Board were not an agent of Her Majesty. R.S., c. 11, s. 3; 1953-54, c. 47, s. 2.

(2) Des actions, poursuites ou autres procédures judiciaires concernant un droit acquis ou une obligation contractée par la Commission pour le compte de Sa Majesté, soit en son propre nom, soit au nom de Sa Majesté, peuvent être intentées ou engagées par ou contre la Commission au nom de cette dernière, devant toute cour qui aurait juridiction si la Commission n'était pas mandataire de Sa Majesté. S.R., c. 11, art. 3; 1953-54, c. 47, art. 2.

Poursuites par ou contre la Commission

Composition of the Board

**4.** (1) The Board shall consist of the person who from time to time holds the office of President of the National Research Council of Canada as defined in the *National Research Council Act* and four other members appointed by the Governor in Council.

**4.** (1) La Commission se compose de la personne qui remplit les fonctions de président du Conseil national de recherches du Canada, défini dans la *Loi sur le Conseil national de recherches*, et de quatre autres membres nommés par le gouverneur en conseil.

Composition de la Commission

Tenure of office and remuneration

(2) The members of the Board appointed by the Governor in Council hold office during pleasure and shall be paid such, if any, salaries as may from time to time be fixed by the Governor in Council.

(2) Les membres de la Commission nommés par le gouverneur en conseil occupent leurs fonctions à titre amovible et touchent, le cas échéant, les traitements qui peuvent être fixés par le gouverneur en conseil.

Durée des fonctions

Expenses .

(3) Each member shall receive his travelling and other expenses in connection with the work of the Board.

(3) Chaque membre reçoit ses frais de voyage et autres, relativement aux travaux de la Commission.

Frais de voyage et autres

Quorum

(4) Three members constitute a quorum.

(4) Trois membres constituent un quorum.

Quorum

Vacancy

(5) A vacancy in the Board does not impair the right of the remaining members to act. R.S., c. 11, s. 4; 1966-67, c. 26, s. 13.

(5) Une vacance dans la Commission n'atteint pas le droit d'agir des autres membres. S.R., c. 11, art. 4; 1966-67, c. 26, art. 13.

En cas de vacance

President

**5.** (1) One of the members shall be appointed by the Governor in Council to be the President of the Board.

**5.** (1) Le gouverneur en conseil nomme l'un des membres président de la Commission.

Président

Duties

(2) The President is the chief executive

(2) Le président est le fonctionnaire exécutif

Fonctions

*Atomic Energy*  **Chap. A-19**  3

officer of the Board and has supervision over and direction of the work of the Board and of the officers, technical and otherwise, employed for the purpose of carrying on the work of the Board. R.S., c. 11, s. 5.

en chef de la Commission ; il a la surveillance et la direction des travaux de la Commission, ainsi que des fonctionnaires, techniques et autres, employés aux fins de l'exécution des travaux de la Commission. S.R., c. 11, art. 5.

**Meetings**

**6.** The Board shall meet at least three times a year in the city of Ottawa on such days as it may determine and may also meet at such other times and at such places as it may determine. 1953-54, c. 47, s. 3.

**Réunions**

**6.** La Commission doit se réunir au moins trois fois l'an dans la ville d'Ottawa, aux jours qu'elle peut déterminer ; elle peut aussi se réunir aux autres époques et aux endroits qu'elle fixe. 1953-54, c. 47, art. 3.

**Duties of the Board**

**7.** The Board shall comply with any general or special direction given by the Minister with reference to the carrying out of its purposes. 1953-54, c. 47, s. 3.

**Fonctions de la Commission**

**7.** La Commission doit observer toutes instructions générales ou spéciales données par le Ministre en ce qui regarde la réalisation des objets de la Commission. 1953-54, c. 47, art. 3.

**Powers of the Board**

**8.** The Board may,

(*a*) make rules for regulating its proceedings and the performance of its functions ;

(*b*) notwithstanding any statute or law, appoint and employ such professional, scientific, technical and other officers and employees as the Board deems necessary for the purposes of this Act ;

(*c*) with the approval of the Minister, fix the tenure of appointment, the duties and, subject to the approval of the Treasury Board, the remuneration, of officers and employees appointed or employed by the Board ;

(*d*) with the approval of the Minister, disseminate or provide for the dissemination of information relating to atomic energy to such extent and in such manner as the Board may deem to be in the public interest ; and

(*e*) without limiting the generality of any other provision of this Act, establish, through the National Research Council of Canada or otherwise, scholarships and grants in aid for research and investigations with respect to atomic energy, or for the education or training of persons to qualify them to engage in such research and investigations. 1953-54, c. 47, s. 3.

**Pouvoirs de la Commission**

**8.** La Commission peut

*a*) édicter des règles pour la conduite de ses délibérations et l'exécution de ses fonctions ;

*b*) nonobstant toute loi ou règle de droit, nommer et employer les fonctionnaires et préposés professionnels, scientifiques, techniques et autres que la Commission estime nécessaires aux fins de la présente loi ;

*c*) avec l'assentiment du Ministre, fixer la durée du mandat, les attributions et, sous réserve de l'approbation du conseil du Trésor, la rémunération des fonctionnaires et préposés nommés ou employés par la Commission ;

*d*) avec l'approbation du Ministre, disséminer des renseignements sur l'énergie atomique ou pourvoir à la dissémination de renseignements s'y rapportant, dans la mesure et de la manière que la Commission peut juger d'intérêt public ; et

*e*) sans restreindre la généralité de toute autre disposition de la présente loi, établir, par l'intermédiaire du Conseil national de recherches du Canada, ou autrement, des bourses d'études et des subventions pour recherches et enquêtes sur l'énergie atomique, ou pour l'instruction ou la formation de personnes en vue de les rendre aptes à se livrer à de telles recherches et enquêtes. 1953-54, c. 47, art. 3.

**Regulations**

**9.** The Board may with the approval of the Governor in Council make regulations

(*a*) for encouraging and facilitating research and investigations with respect to atomic energy ;

(*b*) for developing, controlling, supervising

**Règlements**

**9.** La Commission peut, avec l'assentiment du gouverneur en conseil, établir des règlements

*a*) encourageant et facilitant les recherches et enquêtes sur l'énergie atomique ;

*b*) développant, contrôlant, surveillant et

4          **Chap. A-19**                    *Énergie atomique*

and licensing the production, application and use of atomic energy;

(*c*) respecting mining and prospecting for prescribed substances;

(*d*) regulating the production, import, export, transportation, refining, possession, ownership, use or sale of prescribed substances and any other things that in the opinion of the Board may be used for the production, use or application of atomic energy;

(*e*) for the purpose of keeping secret information respecting the production, use and application of, and research and investigations with respect to, atomic energy, as in the opinion of the Board, the public interest may require;

(*f*) governing cooperation and the maintenance of contact, through international organizations or otherwise, with scientists in other countries or with other countries with respect to the production, use, application and control of, and research and investigations with respect to, atomic energy; and

(*g*) generally as the Board may deem necessary for carrying out any of the provisions or purposes of this Act. R.S., c. 11, s. 9.

Powers of the Minister

**10.** (1) The Minister may,

(*a*) undertake or cause to be undertaken researches and investigations with respect to atomic energy;

(*b*) with the approval of the Governor in Council, utilize, cause to be utilized and prepare for the utilization of atomic energy;

(*c*) with the approval of the Governor in Council, acquire or cause to be acquired by purchase, lease, requisition or expropriation, prescribed substances and any mines, deposits or claims of prescribed substances and patent rights relating to atomic energy and any works or property for production or preparation for production of, or for research or investigation with respect to, atomic energy; and

(*d*) with the approval of the Governor in Council, license or otherwise make available or sell or otherwise dispose of discoveries, inventions and improvements in processes, apparatus or machines, and patent rights acquired under this Act and collect royalties and fees thereon and payments therefor.

autorisant, par permis, la production, l'emploi et l'usage de l'énergie atomique;

*c*) concernant l'exploitation minière des substances prescrites et leur prospection;

*d*) régissant la production, l'importation, l'exportation, le transport, le raffinage, la possession, la propriété, l'usage ou la vente de substances prescrites et de toutes autres choses qui, de l'avis de la Commission, peuvent être utilisées pour la production, l'usage ou l'emploi de l'énergie atomique;

*e*) pour tenir des renseignements secrets concernant la production, l'usage et l'emploi de l'énergie atomique, et les recherches et enquêtes y relatives, selon que peut l'exiger l'intérêt public, de l'avis de la Commission;

*f*) régissant la coopération et le maintien de relations, par l'intermédiaire d'organisations internationales ou autrement, avec les savants d'autres pays ou avec d'autres pays en ce qui concerne la production, l'usage, l'emploi et le contrôle de l'énergie atomique, et les recherches et enquêtes sur cette dernière; et

*g*) concernant les questions générales que la Commission peut juger nécessaires à l'exécution des dispositions ou à la réalisation des objets de la présente loi. S.R., c. 11, art. 9.

**10.** (1) Le Ministre peut

*a*) entreprendre ou faire entreprendre des recherches et enquêtes sur l'énergie atomique;

*b*) avec l'approbation du gouverneur en conseil, utiliser ou faire utiliser l'énergie atomique, et se préparer à l'utilisation de cette dernière;

*c*) avec l'approbation du gouverneur en conseil, acquérir ou faire acquérir, par achat, location, réquisition ou expropriation, des substances prescrites et tous gisements, mines ou concessions de substances prescrites et brevets d'invention relatifs à l'énergie atomique, ainsi que tous ouvrages ou biens pour la production, ou la préparation en vue de la production, de l'énergie atomique, ou pour des recherches ou enquêtes la concernant; et

*d*) avec l'assentiment du gouverneur en conseil, autoriser par permis ou autrement rendre disponibles, ou vendre ou autrement aliéner, des découvertes, inventions et perfectionnements de procédés, d'appareils

Pouvoirs du Ministre

*Atomic Energy* **Chap. A-19** 5

Companies

(2) The Minister may, with the approval of the Governor in Council,

(a) procure the incorporation of any one or more companies under Part I of the *Canada Corporations Act* for the objects and purposes of exercising and performing on behalf of the Minister such of the powers conferred on the Minister by subsection (1) as the Minister may from time to time direct,

(b) assume, by transfer of shares or otherwise, the direction and control of any one or more companies incorporated under Part I of the *Canada Corporations Act* since the 15th day of September 1935, all the issued share capital of which is owned by or held in trust for Her Majesty in right of Canada except shares necessary to qualify other persons as directors and may delegate to any such company any. of the powers conferred on the Minister by subsection (1), and

(c) procure the incorporation of any one or more companies under Part I of the *Canada Corporations Act* for the purpose of acquiring, holding and exercising, by share holding or otherwise, control of any one or more companies incorporated pursuant to paragraph (a) or the control of which is assumed by the Minister pursuant to paragraph (b).

**Shares to be held in trust for Her Majesty**

(3) The shares, except shares necessary to qualify other persons as directors, of the capital stock of a company incorporated pursuant to paragraph (2)(a) or (c) or the control of which is assumed by the Minister pursuant to paragraph (2)(b) shall be owned or held by the Minister, or by another company, in trust for Her Majesty in right of Canada.

**Agent of Her Majesty**

(4) A company is for all its purposes an agent of Her Majesty and its powers may be exercised only as an agent of Her Majesty.

**Contracts**

(5) A company may on behalf of Her

ou de machines, ainsi que des brevets d'invention acquis aux termes de la présente loi, et percevoir des redevances, droits et paiements en l'espèce.

(2) Le Ministre peut, avec l'approbation du gouverneur en conseil, **Compagnies**

a) procurer la constitution en corporation d'une ou de plusieurs compagnies sous le régime de la Partie I de la *Loi sur les corporations canadiennes*, aux fins et dans le dessein d'exercer et d'exécuter, au nom du Ministre, ceux des pouvoirs conférés à ce dernier par le paragraphe (1) que le Ministre peut déterminer,

b) assumer, par transfert d'actions ou autrement, la direction et le contrôle d'une ou de plusieurs compagnies constituées en corporations d'après la Partie I de la *Loi sur les corporations canadiennes* depuis le 15 septembre 1935, et dont le capital-actions émis est entièrement possédé par Sa Majesté du chef du Canada, ou détenu en fiducie pour Sa Majesté du chef du Canada, sauf les actions nécessaires pour habiliter d'autres personnes à devenir administrateurs, et il peut déléguer à toute compagnie de ce genre l'un quelconque des pouvoirs conférés au Ministre par le paragraphe (1), et

c) procurer la constitution en corporation d'une ou de plusieurs compagnies selon la Partie I de la *Loi sur les corporations canadiennes*, aux fins d'acquérir, de posséder et d'exercer, par détention d'actions ou autrement, le contrôle d'une ou de plusieurs compagnies constituées en corporations suivant l'alinéa a) ou dont le contrôle est assumé par le Ministre en vertu de l'alinéa b).

(3) Sauf les actions nécessaires pour habiliter d'autres personnes à devenir administrateurs, les actions du capital social d'une compagnie constituée en corporation selon l'alinéa (2)a) ou c), ou dont le Ministre assume le contrôle en vertu de l'alinéa (2)b), doivent être possédées ou détenues par le Ministre, ou par une autre compagnie, en fiducie pour Sa Majesté du chef du Canada. **Les actions doivent être détenues en fiducie pour Sa Majesté**

(4) Une compagnie est, à toutes ses fins, mandataire de Sa Majesté, et elle ne peut exercer qu'à ce titre les pouvoirs dont elle est investie. **Mandataire de Sa Majesté**

(5) Une compagnie peut, pour le compte de **Contrats**

6 **Chap. A-19** *Énergie atomique*

| | |
|---|---|
| | Majesty contract in its corporate name without specific reference to Her Majesty. |
| **Proceedings by and against a company** | **(6)** Actions, suits or other legal proceedings in respect of any right or obligation acquired or incurred by a company on behalf of Her Majesty, whether in its name or in the name of Her Majesty, may be brought or taken by or against the company in the name of the company in any court that would have jurisdiction if the company were not an agent of Her Majesty. |
| **Operation** | **(7)** Nothing in this section affects the application to a company of regulations made under section 9. 1953-54, c. 47, s. 4. |
| **Employee benefits continued** | **11.** Any person who at the time of his employment with the Board held a position in the civil service, or was an employee within the meaning of the *Civil Service Act* or the *Public Service Employment Act*, continues to retain and is eligible for all the benefits, except salary as an employee in the Public Service, that he would have retained or been eligible to receive had he remained an employee in the Public Service. R.S., c. 11, s. 11; 1953-54, c. 47, s. 5. |
| **Application of Government Employees Compensation Act** | **12.** The *Government Employees Compensation Act* applies to officers and employees employed by the Board and for the purposes of that Act such officers and employees shall be deemed to be employees in the service of Her Majesty. R.S., c. 11, s. 12. |
| **Claim for compensation may be referred to Exchequer Court** | **13.** Whenever any property has been requisitioned or expropriated under this Act and the compensation to be made therefor has not been agreed upon, the claim for compensation shall be referred by the Minister of Justice to the Exchequer Court of Canada. R.S., c. 11, s. 14. |
| **Financial Administration Act to apply** | **14.** Subject to this Act, the Board is subject to the provisions of the *Financial Administration Act.* R.S., c. 11, s. 15. |
| **Expenses** | **15.** All expenses under this Act shall be paid out of moneys appropriated by Parliament for the purpose or received by the Board or a company through the conduct of its operations, bequest, donation or otherwise. R.S., c. 11, s. 16. |

| | |
|---|---|
| Sa Majesté, conclure des contrats en son nom corporatif sans mention spécifique de Sa Majesté. | |
| **(6)** Des actions, poursuites ou autres procédures judiciaires concernant un droit acquis ou une obligation contractée par une compagnie pour le compte de Sa Majesté, soit en son propre nom, soit au nom de Sa Majesté, peuvent être intentées ou engagées par ou contre la compagnie, au nom de cette dernière, devant toute cour qui aurait juridiction si la compagnie n'était pas mandataire de Sa Majesté. | **Procédures par ou contre une compagnie** |
| **(7)** Aucune disposition du présent article n'atteint l'application, à une compagnie, de règlements établis sous le régime de l'article 9. 1953-54, c. 47, art. 4. | **Effet** |
| **11.** Une personne qui, à l'époque de son emploi auprès de la Commission, détenait un poste dans le service civil, ou était un «employé» au sens de la *Loi sur le service civil* ou de la *Loi sur l'emploi dans la Fonction publique*, continue de retenir et peut recevoir tous les avantages, sauf un traitement à titre d'employé dans la Fonction publique, auxquels elle aurait eu droit si elle fut demeurée un employé dans la Fonction publique. S.R., c. 11, art. 11; 1953-54, c. 47, art. 5. | **Avantages sauvegardés** |
| **12.** La *Loi sur l'indemnisation des employés de l'État* s'applique aux fonctionnaires et préposés employés par la Commission, et, pour les fins de ladite loi, ces fonctionnaires et préposés sont réputés des employés au service de Sa Majesté. S.R., c. 11, art. 12. | **Application de la Loi sur l'indemnisation des employés de l'État** |
| **13.** Chaque fois que des biens ont été réquisitionnés ou expropriés sous le régime de la présente loi et que l'indemnité en l'espèce n'a pas été convenue, le ministre de la Justice doit déférer la demande d'indemnité à la Cour de l'Échiquier. S.R., c. 11, art. 14. | **Les demandes d'indemnité sont déférées à la Cour de l'Échiquier** |
| **14.** Sous réserve de la présente loi, la Commission est assujettie à la *Loi sur l'administration financière.* S.R., c. 11, art. 15. | **Application de la Loi sur l'administration financière** |
| **15.** Toutes les dépenses prévues par la présente loi sont payées à même les deniers votés à cette fin par le Parlement ou reçus par la Commission ou une compagnie en conséquence de ses opérations, d'un legs, d'une donation ou autrement. S.R., c. 11, | **Dépenses** |

*Atomic Energy*  **Chap. A-19**  7

art. 16.

**Audit**

**16.** All receipts and expenditures of the Board shall be subject to examination and audit by the Auditor General of Canada. R.S., c. 11, s. 17.

**Works and undertakings**

**17.** All works and undertakings whether heretofore constructed or hereafter to be constructed,

(*a*) for the production, use and application of atomic energy,

(*b*) for research or investigation with respect to atomic energy, and

(*c*) for the production, refining or treatment of prescribed substances,

are and each of them is declared to be works or a work for the general advantage of Canada. R.S., c. 11, s. 18.

**Oath of fidelity and secrecy**

**18.** (1) Every member and every officer and employee of and every person acting under the direction of the Board shall, before acting as such, take before a justice of the peace or a commissioner for taking affidavits, an oath of fidelity and secrecy in the form set out in the schedule.

**Idem**

(2) Every director and every officer and employee of a company shall, before acting as such, take before a justice of the peace or a commissioner for taking affidavits, an oath of fidelity and secrecy in the form set out in the schedule. R.S., c. 11, s. 19.

**Offences and penalties**

**19.** (1) Any person who contravenes or fails to observe the provisions of this Act or of any regulation made thereunder is guilty of an offence and is liable on summary conviction to a fine not exceeding five thousand dollars or to imprisonment for a term not exceeding two years or to both, but such person may, at the election of the Attorney General of Canada or of the province in which the offence is alleged to have been committed, be prosecuted upon indictment, and if found guilty is liable to a fine not exceeding ten thousand dollars or to imprisonment for a term not exceeding five years or to both.

**Offence by corporation**

(2) Where an offence described in subsection (1) has been committed by a company or corporation, every person who at the time of

**16.** Toutes les recettes et dépenses de la Commission sont soumises à l'examen et à la vérification de l'auditeur général du Canada. S.R., c. 11, art. 17. **Vérification**

**17.** Les ouvrages et entreprises, construits jusqu'ici ou à construire désormais, **Ouvrages et entreprises**

*a*) pour la production, l'usage et l'emploi de l'énergie atomique,

*b*) pour des recherches ou enquêtes sur l'énergie atomique, et

*c*) pour la production, le raffinage ou le traitement des substances prescrites,

sont, tous et chacun, déclarés des travaux à l'avantage général du Canada. S.R., c. 11, art. 18.

**18.** (1) Tout membre et tout fonctionnaire et préposé de la Commission, et toute personne agissant sous la direction de celle-ci, doivent, avant d'agir en cette qualité, souscrire devant un juge de paix, ou un commissaire aux affidavits, un serment de fidélité et de discrétion selon la formule énoncée à l'annexe. **Serment de fidélité et de discrétion**

(2) Tout administrateur et tout fonctionnaire et préposé d'une compagnie doivent, avant d'agir en cette qualité, souscrire devant un juge de paix, ou un commissaire aux affidavits, un serment de fidélité et de discrétion selon la formule énoncée à l'annexe. S.R., c. 11, art. 19. **Idem**

**19.** (1) Quiconque contrevient ou omet de se conformer aux dispositions de la présente loi ou de l'un des règlements établis sous son régime, est coupable d'infraction et passible, sur déclaration sommaire de culpabilité, d'une amende d'au plus cinq mille dollars ou d'un emprisonnement d'au plus deux ans, ou à la fois de l'amende et de l'emprisonnement; mais cette personne peut, au choix du procureur général du Canada ou de la province dans laquelle l'infraction est censée avoir été commise, être poursuivie sur un acte d'accusation, et si elle est reconnue coupable, elle encourt une amende d'au plus dix mille dollars ou un emprisonnement d'au plus cinq ans, ou à la fois l'amende et l'emprisonnement. **Infractions et peines**

(2) Lorsqu'une infraction mentionnée au paragraphe (1) a été commise par une compagnie ou corporation, chaque personne **Infraction d'une corporation**

8  **Chap. A-19**    *Énergie atomique*

the commission of the offence was a director or officer of the company or corporation is guilty of the like offence if he assented to or acquiesced in the commission of the offence or if he knew that the offence was about to be committed and made no attempt to prevent its commission, and in a prosecution of a director or officer for such like offence, it is not necessary to allege or prove a prior prosecution or conviction of the company or corporation for the offence. R.S., c. 11, s. 20.

qui, à l'époque où l'infraction a été commise, était administrateur ou fonctionnaire de la compagnie ou corporation, est coupable de la même infraction si elle a consenti ou acquiescé à l'accomplissement de l'infraction ou si, sachant que l'infraction était sur le point d'être commise, elle n'a pas essayé d'en empêcher l'accomplissement; et dans une poursuite contre un administrateur ou un fonctionnaire pour une infraction de ce genre, il n'est pas nécessaire d'alléguer ni de prouver une poursuite ou condamnation antérieure de la compagnie ou de la corporation pour l'infraction. S.R., c. 11, art. 20.

*Annual report*  **20.** (1) The Board shall as soon as possible after the 31st day of March in each year and in any event within three months thereof submit to the Minister an annual report in such form as the Minister may prescribe of its affairs and operations during the twelve-month period ending on the 31st day of March and the Minister shall lay the report before Parliament forthwith, or, if Parliament is not then in session, within the first fifteen days of the next ensuing session.

**20.** (1) Aussitôt que possible après le 31 mars de chaque année et, en tout cas, dans les trois mois qui suivent ladite date, la Commission doit présenter au Ministre, sous la forme qu'il peut prescrire, un rapport annuel de ses affaires et opérations durant la période de douze mois se terminant le 31 mars, et le Ministre doit présenter le rapport au Parlement sans délai, ou, si le Parlement n'est pas alors en session, dans les quinze premiers jours de la session suivante. *Rapport annuel*

*Other reports*  (2) The Board shall, in addition to making an annual report under subsection (1), make to the Minister such other report of its affairs and operations as the Minister may require. 1953-54, c. 47, s. 6.

(2) Outre le rapport annuel prévu au paragraphe (1), la Commission doit présenter au Ministre tel autre rapport qu'il peut exiger sur ses affaires et opérations. 1953-54, c. 47, art. 6. *Autres rapports*

Schedule                    *Atomic Energy*                    **Chap. A-19**          9

## SCHEDULE

### Oath of Fidelity and Secrecy (*Section 18(1)*)

I................do solemnly swear that I will faithfully, truly and to the best of my judgment, skill and ability, execute and perform the duties required of me as a member (or officer or employee or person acting under the direction, as the case may be), of the Atomic Energy Control Board.

I further solemnly swear that I will not communicate or allow to be communicated to any person not legally entitled thereto any information relating to the affairs of the Board, nor will I allow any such person to inspect or have access to any books or documents belonging to or in the possession of the Board and relating to its business.

### Oath of Fidelity and Secrecy (*Section 18(2)*)

I................ do solemnly swear that I will faithfully, truly and to the best of my judgment, skill and ability, execute and perform the duties required of me as a director (or officer or employee, as the case may be,) of................

I further solemnly swear that I will not communicate or allow to be communicated to any person not legally entitled thereto any information relating to the affairs of the said company nor will I allow any such person to inspect or have access to any books or documents belonging to or in the possession of the said company and relating to its business.
R.S., c. 11, Sch.

## ANNEXE

### Serment de fidélité et de discrétion (*Article 18(1)*)

Je,................, jure solennellement d'accomplir et de remplir avec fidélité et sincérité, ainsi qu'au mieux de mon jugement, de ma capacité et de mon habileté, les devoirs qui me sont assignés comme membre (ou fonctionnaire ou préposé, ou personne agissant sous la direction, selon le cas) de la Commission de contrôle de l'énergie atomique.

En outre, je jure solennellement de ne communiquer ni permettre que soit communiqué aucun renseignement sur les affaires de la Commission à une personne n'y ayant pas droit, et de ne permettre à aucune semblable personne d'inspecter des livres ou documents appartenant à la Commission ou en la possession de cette dernière, et se rapportant aux affaires de la Commission, ou d'avoir accès auxdits livres ou documents.

### Serment de fidélité et de discrétion (*Article 18(2)*)

Je,................, jure solennellement d'accomplir et de remplir avec fidélité et sincérité, ainsi qu'au mieux de mon jugement, de ma capacité et de mon habileté, les devoirs qui me sont assignés comme administrateur (ou fonctionnaire ou préposé, selon le cas) de................

En outre, je jure solennellement de ne communiquer ni permettre que soit communiqué aucun renseignement sur les affaires de la compagnie à une personne n'y ayant pas droit, et de ne permettre à aucune semblable personne d'inspecter des livres ou documents appartenant à la compagnie ou en la possession de cette dernière, et se rapportant aux affaires de la compagnie, ou d'avoir accès auxdits livres ou documents.
S.R., c. 11, annexe.

QUEEN'S PRINTER FOR CANADA © IMPRIMEUR DE LA REINE POUR LE CANADA
OTTAWA, 1970