# Exhibit C



CANADA

CONSOLIDATION

CODIFICATION

# Financial Administration Act

# Loi sur la gestion des finances publiques

R.S.C., 1985, c. F-11

L.R.C., 1985, ch. F-11

Current to August 29, 2011

À jour au 29 août 2011

Last amended on August 15, 2011

Dernière modification le 15 août 2011

Published by the Minister of Justice at the following address:
http://laws-lois.justice.gc.ca

Publié par le ministre de la Justice à l'adresse suivante :
http://lois-laws.justice.gc.ca

## OFFICIAL STATUS OF CONSOLIDATIONS

Subsections 31(1) and (2) of the *Legislation Revision and Consolidation Act*, in force on June 1, 2009, provide as follows:

Published consolidation is evidence

**31.** (1) Every copy of a consolidated statute or consolidated regulation published by the Minister under this Act in either print or electronic form is evidence of that statute or regulation and of its contents and every copy purporting to be published by the Minister is deemed to be so published, unless the contrary is shown.

Inconsistencies in Acts

(2) In the event of an inconsistency between a consolidated statute published by the Minister under this Act and the original statute or a subsequent amendment as certified by the Clerk of the Parliaments under the *Publication of Statutes Act*, the original statute or amendment prevails to the extent of the inconsistency.

## NOTE

This consolidation is current to August 29, 2011. The last amendments came into force on August 15, 2011. Any amendments that were not in force as of August 29, 2011 are set out at the end of this document under the heading "Amendments Not in Force".

## CARACTÈRE OFFICIEL DES CODIFICATIONS

Les paragraphes 31(1) et (2) de la *Loi sur la révision et la codification des textes législatifs*, en vigueur le 1er juin 2009, prévoient ce qui suit :

Codifications comme élément de preuve

**31.** (1) Tout exemplaire d'une loi codifiée ou d'un règlement codifié, publié par le ministre en vertu de la présente loi sur support papier ou sur support électronique, fait foi de cette loi ou de ce règlement et de son contenu. Tout exemplaire donné comme publié par le ministre est réputé avoir été ainsi publié, sauf preuve contraire.

Incompatibilité — lois

(2) Les dispositions de la loi d'origine avec ses modifications subséquentes par le greffier des Parlements en vertu de la *Loi sur la publication des lois* l'emportent sur les dispositions incompatibles de la loi codifiée publiée par le ministre en vertu de la présente loi.

## NOTE

Cette codification est à jour au 29 août 2011. Les dernières modifications sont entrées en vigueur le 15 août 2011. Toutes modifications qui n'étaient pas en vigueur au 29 août 2011 sont énoncées à la fin de ce document sous le titre « Modifications non en vigueur ».

TABLE OF PROVISIONS

| Section | | Page |
|---|---|---|
| | An Act to provide for the financial administration of the Government of Canada, the establishment and maintenance of the accounts of Canada and the control of Crown corporations | |
| | SHORT TITLE | 1 |
| 1 | Short title | 1 |
| | INTERPRETATION | 1 |
| 2 | Definitions | 1 |
| | ALTERATION OF SCHEDULES | 4 |
| 3 | Addition to Schedule I.1, II or III | 4 |
| 4 | Tabling order | 7 |
| | PART I | |
| | ORGANIZATION | 7 |
| | TREASURY BOARD | 7 |
| | *Establishment* | 7 |
| 5 | Treasury Board | 7 |
| | *Public Officers* | 8 |
| 6 | Duties of President | 8 |
| | *Responsibilities and Powers* | 9 |
| 7 | Responsibilities of Treasury Board | 9 |
| 7.1 | Group insurance and benefit programs | 11 |
| 7.2 | Incorporation by letters patent | 11 |
| 7.3 | Board of directors | 12 |
| 7.4 | Regulations | 13 |
| 8 | Subject to directions of Governor in Council | 13 |
| 9 | Form of accounts of Canada | 13 |
| 10 | Regulations | 14 |
| | *Human Resources Management* | 14 |
| 11 | Definitions | 14 |
| 11.1 | Powers of the Treasury Board | 16 |
| 11.2 | Delegation by Governor in Council | 18 |
| 12 | Powers of deputy heads in core public administration | 18 |
| 12.1 | Limitation | 19 |
| 12.2 | Delegation by deputy head | 20 |
| 12.3 | National Joint Council agreements | 20 |
| 12.4 | Report | 20 |

TABLEAU ANALYTIQUE

| Article | | Page |
|---|---|---|
| | Loi relative à la gestion des finances publiques, à la création et à la tenue des comptes du Canada et au contrôle des sociétés d’État | |
| | TITRE ABRÉGÉ | 1 |
| 1 | Titre abrégé | 1 |
| | DÉFINITIONS | 1 |
| 2 | Définitions | 1 |
| | ANNEXES | 4 |
| 3 | Inscription aux ann. I.1, II ou III | 4 |
| 4 | Dépôt du décret | 7 |
| | PARTIE I | |
| | ORGANISATION | 7 |
| | CONSEIL DU TRÉSOR | 7 |
| | *Constitution* | 7 |
| 5 | Constitution | 7 |
| | *Fonctionnaires publics* | 8 |
| 6 | Attributions du président | 8 |
| | *Attributions* | 9 |
| 7 | Attributions du Conseil du Trésor | 9 |
| 7.1 | Programmes d’assurances collectives et autres avantages | 11 |
| 7.2 | Lettres patentes | 11 |
| 7.3 | Conseil d’administration | 12 |
| 7.4 | Règlements | 13 |
| 8 | Assujettissement aux instructions du gouverneur en conseil | 13 |
| 9 | Comptes du Canada et des ministères | 13 |
| 10 | Règlements | 14 |
| | *Gestion des ressources humaines* | 14 |
| 11 | Définitions | 14 |
| 11.1 | Pouvoirs du Conseil du Trésor | 16 |
| 11.2 | Délégation par le gouverneur en conseil | 18 |
| 12 | Pouvoirs des administrateurs généraux de l’administration publique centrale | 18 |
| 12.1 | Restriction | 19 |
| 12.2 | Délégation par l’administrateur général | 20 |
| 12.3 | Accords conclus par le Conseil national mixte | 20 |
| 12.4 | Rapport | 20 |

| Section | | Page | Article | | Page |
|---|---|---|---|---|---|
| 13 | Right or power of Governor in Council not affected | 21 | 13 | Préservation des droits et pouvoirs du gouverneur en conseil | 21 |
| | DEPARTMENT OF FINANCE | 21 | | MINISTÈRE DES FINANCES | 21 |
| 14 | Department established | 21 | 14 | Constitution | 21 |
| 15 | Minister | 21 | 15 | Ministre | 21 |
| 15.1 | Advisory and other committees | 22 | 15.1 | Comités consultatifs et autres | 22 |
| 16 | Deputy head | 22 | 16 | Administrateur général | 22 |
| | PART I.1 | | | PARTIE I.1 | |
| | INTERNAL AUDIT AND ACCOUNTING OFFICERS | 22 | | VÉRIFICATION INTERNE ET ADMINISTRATEURS DES COMPTES | 22 |
| 16.1 | Audit capacity | 22 | 16.1 | Prise des mesures nécessaires à la vérification interne | 22 |
| 16.2 | Audit committees | 22 | 16.2 | Constitution d'un comité de vérification | 22 |
| 16.21 | Appointment | 22 | 16.21 | Nomination | 22 |
| 16.3 | Definition of accounting officer | 23 | 16.3 | Définition de administrateur des comptes | 23 |
| 16.4 | Accountability of accounting officers within framework of ministerial accountability | 23 | 16.4 | Responsabilité de l'administrateur des comptes dans le cadre des attributions du ministre et de son obligation de rendre compte | 23 |
| 16.5 | Written guidance from Secretary | 24 | 16.5 | Avis écrit du secrétaire du Conseil du Trésor | 24 |
| | PART II | | | PARTIE II | |
| | PUBLIC MONEY | 24 | | FONDS PUBLICS | 24 |
| 17 | Public money | 24 | 17 | Dépôt | 24 |
| 17.1 | Definition of collection agency | 26 | 17.1 | Définition d'agence de recouvrement | 26 |
| 19 | Charges for services or use of facilities | 26 | 19 | Prix de prestation de services ou d'usage d'installations | 26 |
| 19.1 | Charges for rights and privileges | 27 | 19.1 | Prix d'octroi de droits ou avantages | 27 |
| 19.2 | Adjustment of amounts | 27 | 19.2 | Rajustement | 27 |
| 19.3 | Regulations subject to other Acts | 27 | 19.3 | Assujettissement aux autres lois | 27 |
| 20 | Return of deposits | 27 | 20 | Cautionnement | 27 |
| 21 | Money received for special purpose | 28 | 21 | Fonds reçus à des fins particulières | 28 |
| 22 | Money paid in respect of proceedings in Parliament | 28 | 22 | Remboursement en cas de procédures devant le Parlement | 28 |
| 23 | Definitions | 28 | 23 | Définitions | 28 |
| 24 | Payment out of C.R.F. | 30 | 24 | Trésor | 30 |
| 24.1 | Forgiveness of debts and obligations | 30 | 24.1 | Renonciation aux créances | 30 |
| 24.2 | Report in Public Accounts | 31 | 24.2 | Mention dans les Comptes publics | 31 |
| 25 | Debt write-off regulations | 31 | 25 | Radiation de créances | 31 |
| | PART III | | | PARTIE III | |
| | PUBLIC DISBURSEMENTS | 32 | | DÉPENSES PUBLIQUES | 32 |
| 26 | Payments out of C.R.F. | 32 | 26 | Versements sur le Trésor | 32 |
| 27 | Estimates | 32 | 27 | Principe de l'annualité de l'exercice | 32 |
| 28 | Warrant of Governor General | 32 | 28 | Mandat du gouverneur général | 32 |
| 29 | Payment of guarantee | 32 | 29 | Paiement au titre d'une garantie | 32 |

| Section | | Page |
|---|---|---|
| 29.1 | Expenditure of revenues by departmental corporations | 33 |
| 29.2 | Internal support services | 33 |
| 30 | Payments urgently required | 34 |
| 31 | Appropriation allotments | 35 |
| 31.1 | Credits transferred | 36 |
| 32 | Control of commitments | 36 |
| 33 | Requisitions | 36 |
| 34 | Payment for work, goods or services | 37 |
| 35 | Definition of instruction for payment | 38 |
| 36 | Reconciliation of claim with evidence and instruction for payment | 38 |
| 37 | Lapse | 39 |
| 37.1 | Unpaid debts | 39 |
| 38 | Accountable advances | 40 |
| 39 | Crediting of refunds | 40 |
| | PART III.1 | |
| | CONTRACTS | 41 |
| 40 | Term of contract that money available | 41 |
| 40.1 | Commitment | 41 |
| 41 | Regulations respecting conditions under which contracts awarded | 41 |
| 42 | Regulations — deemed terms of contracts | 42 |
| 42.1 | Five-year reviews | 44 |
| | PART IV | |
| | PUBLIC DEBT | 44 |
| 43 | Borrowing of money | 44 |
| 43.1 | Power to borrow | 44 |
| 44 | Raising of money | 44 |
| 45 | Auctions | 45 |
| 45.1 | Contracts and agreements | 45 |
| 46 | Powers — management of assets and liabilities | 46 |
| 48 | Currency of borrowings | 46 |
| 49 | Report on debt management | 47 |
| 50 | Signing securities | 48 |
| 51 | Registrars and fiscal agents | 48 |
| 52 | Records of money borrowed | 48 |
| 53 | Sinking fund | 49 |
| 54 | Borrowed money and interest | 49 |
| 55 | Payment of loan expenses | 49 |
| 56 | Payment for securities to agent or by salary deduction in trust money | 49 |
| 57 | Investors' Indemnity Account | 50 |
| 58 | Payment of losses | 50 |
| 59 | Not bound to execute trusts | 50 |

| Article | | Page |
|---|---|---|
| 29.1 | Recettes des établissements publics | 33 |
| 29.2 | Services de soutien internes | 33 |
| 30 | Situation d'urgence | 34 |
| 31 | Affectations | 35 |
| 31.1 | Transfert de crédits | 36 |
| 32 | Contrôle des engagements | 36 |
| 33 | Demandes de paiement | 36 |
| 34 | Marchés de fournitures, de services ou de travaux | 37 |
| 35 | Définition d'ordre de paiement | 38 |
| 36 | Rapprochement | 38 |
| 37 | Annulation | 39 |
| 37.1 | Dettes non payées | 39 |
| 38 | Avances comptables | 40 |
| 39 | Remboursements | 40 |
| | PARTIE III.1 | |
| | CONTRATS | 41 |
| 40 | Clause automatique des contrats | 41 |
| 40.1 | Engagement | 41 |
| 41 | Règlements sur les contrats | 41 |
| 42 | Règlement : conditions des contrats | 42 |
| 42.1 | Examen quinquennal des programmes | 44 |
| | PARTIE IV | |
| | DETTE PUBLIQUE | 44 |
| 43 | Emprunts de fonds | 44 |
| 43.1 | Autorisation d'emprunter | 44 |
| 44 | Prélèvement de fonds | 44 |
| 45 | Adjudication | 45 |
| 45.1 | Contrats ou accords de nature financière | 45 |
| 46 | Pouvoirs — gestion des ressources et des charges | 46 |
| 48 | Emprunts en devises | 46 |
| 49 | Rapport : gestion de la dette publique | 47 |
| 50 | Signature des titres | 48 |
| 51 | Agents comptables et financiers | 48 |
| 52 | Registres des emprunts | 48 |
| 53 | Fonds d'amortissement | 49 |
| 54 | Emprunts et intérêts | 49 |
| 55 | Frais d'emprunt | 49 |
| 56 | Souscription auprès d'un agent ou par retenues salariales | 49 |
| 57 | Compte d'indemnisation placement | 50 |
| 58 | Réparation des pertes | 50 |
| 59 | Non-obligation d'exécuter des fiducies | 50 |

| Section | | Page |
|---|---|---|
| 60 | Regulations | 50 |
| 60.1 | Delegation | 52 |
| | PART IV.1 | |
| | STABILITY AND EFFICIENCY OF THE FINANCIAL SYSTEM | 52 |
| 60.2 | Definitions | 52 |
| | PART V | |
| | PUBLIC PROPERTY | 54 |
| 61 | Transfers, etc., of public property | 54 |
| 62 | Management of public property | 55 |
| | PART VI | |
| | PUBLIC ACCOUNTS | 55 |
| 63 | Accounts of Canada | 55 |
| 64 | Submission of Public Accounts to Parliament | 55 |
| 65 | Ministers to provide records, etc. | 56 |
| 65.1 | Quarterly financial reports | 56 |
| | PART VII | |
| | ASSIGNMENT OF CROWN DEBTS | 57 |
| 66 | Definitions | 57 |
| 67 | General prohibition | 57 |
| 68 | Assignments of specified Crown debts | 58 |
| 69 | Notice of assignment | 58 |
| 70 | Limitation of application of this Part | 59 |
| 71 | Regulations | 59 |
| | PART VIII | |
| | ASSIGNMENT OF DEBTS DUE TO THE CROWN UNDER PAYMENT BONDS | 59 |
| 72 | Definitions | 59 |
| 73 | Assignment of Crown right under payment bond | 60 |
| 74 | Provision of certified copy of payment bond | 60 |
| 75 | Regulations | 61 |
| | PART IX | |
| | CIVIL LIABILITY AND OFFENCES | 61 |
| 76 | Notice to persons failing to pay over public money | 61 |
| 77 | Evidence | 62 |
| 78 | Liability for loss | 62 |

| Article | | Page |
|---|---|---|
| 60 | Règlements | 50 |
| 60.1 | Délégation | 52 |
| | PARTIE IV.1 | |
| | STABILITÉ ET EFFICACITÉ DU SYSTÈME FINANCIER | 52 |
| 60.2 | Définitions | 52 |
| | PARTIE V | |
| | BIENS PUBLICS | 54 |
| 61 | Aliénation de biens publics | 54 |
| 62 | Gestion des biens publics | 55 |
| | PARTIE VI | |
| | COMPTES PUBLICS | 55 |
| 63 | Comptes du Canada | 55 |
| 64 | Présentation des Comptes publics au Parlement | 55 |
| 65 | Présentation des registres, comptes, etc. | 56 |
| 65.1 | Rapports financiers trimestriels | 56 |
| | PARTIE VII | |
| | CESSION DES CRÉANCES SUR SA MAJESTÉ | 57 |
| 66 | Définitions | 57 |
| 67 | Interdiction générale | 57 |
| 68 | Cas particuliers | 58 |
| 69 | Avis de cession | 58 |
| 70 | Cas d’inapplicabilité | 59 |
| 71 | Règlements | 59 |
| | PARTIE VIII | |
| | CESSION DES CRÉANCES DE SA MAJESTÉ EN VERTU DE CAUTIONNEMENTS DE PAIEMENT | 59 |
| 72 | Définitions | 59 |
| 73 | Cession en cas de cautionnement | 60 |
| 74 | Remise d’une copie du cautionnement | 60 |
| 75 | Règlements | 61 |
| | PARTIE IX | |
| | RESPONSABILITÉ CIVILE ET INFRACTIONS | 61 |
| 76 | Avis aux dépositaires de fonds publics | 61 |
| 77 | Preuve | 62 |
| 78 | Responsabilité des pertes | 62 |

| Section | | Page |
|---|---|---|
| 79 | Regulations in respect of losses of money and public property | 63 |
| 80 | Offences and punishment | 63 |
| 81 | Idem, where bribes offered or accepted | 64 |
| 82 | Books, etc., property of Her Majesty | 64 |
| | PART X | |
| | CROWN CORPORATIONS | 65 |
| | INTERPRETATION | 65 |
| 83 | Definitions | 65 |
| | APPLICATION | 69 |
| 84 | Binding on the Crown | 69 |
| 85 | Exemption for Bank of Canada | 69 |
| 86 | Application to wholly-owned subsidiaries | 70 |
| 87 | Inconsistencies | 70 |
| | DIVISION I | |
| | CORPORATE AFFAIRS | 70 |
| | *Accountability to Parliament* | 70 |
| 88 | Accountability to Parliament | 70 |
| | *Directives* | 71 |
| 89 | Directives by Governor in Council | 71 |
| 89.1 | Implementation | 71 |
| | *Implementation of World Trade Organization Agreement* | 72 |
| 89.2 | Directive | 72 |
| | *Implementation of Agreement on Internal Trade* | 72 |
| 89.3 | Directive | 72 |
| | *Implementation of Canada-Chile Free Trade Agreement* | 73 |
| 89.4 | Directive | 73 |
| | *Implementation of Canada–Colombia Free Trade Agreement* | 73 |
| 89.41 | Directive | 73 |
| | *Implementation of Canada — Costa Rica Free Trade Agreement* | 74 |
| 89.5 | Directive | 74 |
| | *Implementation of Canada–Peru Free Trade Agreement* | 74 |
| 89.6 | Directive | 74 |

| Article | | Page |
|---|---|---|
| 79 | Pertes de fonds ou de biens publics | 63 |
| 80 | Infractions et peines | 63 |
| 81 | Corruption | 64 |
| 82 | Appartenance à Sa Majesté | 64 |
| | PARTIE X | |
| | SOCIÉTÉS D'ÉTAT | 65 |
| | DÉFINITIONS ET INTERPRÉTATION | 65 |
| 83 | Définitions | 65 |
| | APPLICATION | 69 |
| 84 | Sa Majesté | 69 |
| 85 | Exemption | 69 |
| 86 | Application aux filiales à cent pour cent | 70 |
| 87 | Incompatibilité | 70 |
| | SECTION I | |
| | ACTIVITÉS DES SOCIÉTÉS | 70 |
| | *Responsabilité parlementaire* | 70 |
| 88 | Règle générale | 70 |
| | *Instructions* | 71 |
| 89 | Instructions | 71 |
| 89.1 | Mise en oeuvre | 71 |
| | *Mise en oeuvre de l'Accord sur l'Organisation mondiale du commerce* | 72 |
| 89.2 | Instructions | 72 |
| | *Mise en oeuvre de l'Accord sur le commerce intérieur* | 72 |
| 89.3 | Instructions | 72 |
| | *Mise en oeuvre de l'Accord de libre-échange Canada — Chili* | 73 |
| 89.4 | Instructions | 73 |
| | *Mise en oeuvre de l'Accord de libre-échange Canada-Colombie* | 73 |
| 89.41 | Instructions | 73 |
| | *Mise en oeuvre de l'Accord de libre-échange Canada—Costa Rica* | 74 |
| 89.5 | Instructions | 74 |
| | *Mise en oeuvre de l'Accord de libre-échange Canada-Pérou* | 74 |
| 89.6 | Instructions | 74 |

| Section | | Page | Article | | Page |
|---|---|---|---|---|---|
| | *Restricted Transactions* | 75 | | *Restrictions* | 75 |
| 90 | Transactions requiring Parliamentary authorization | 75 | 90 | Opérations nécessitant une autorisation parlementaire | 75 |
| 91 | Transactions requiring Governor in Council authorization | 76 | 91 | Opérations nécessitant l'autorisation du gouverneur en conseil | 76 |
| 92 | Exceptions | 77 | 92 | Exceptions | 77 |
| 93 | Notification | 78 | 93 | Avis | 78 |
| 94 | Dissolution | 79 | 94 | Dissolution | 79 |
| 95 | No inconsistent business or activity | 79 | 95 | Restrictions quant aux activités | 79 |
| | *Crown Agency Status* | 80 | | *Qualité de mandataire de Sa Majesté* | 80 |
| 96 | Exercise of powers | 80 | 96 | Exercice des pouvoirs | 80 |
| 97 | Name in contracts | 80 | 97 | Contrats | 80 |
| 98 | Legal proceedings | 80 | 98 | Action en justice | 80 |
| 99 | Property of the Crown | 80 | 99 | Biens de Sa Majesté | 80 |
| 100 | Security interests | 81 | 100 | Sûretés | 81 |
| 101 | Borrowing | 81 | 101 | Emprunt | 81 |
| | *Third Parties* | 82 | | *Tiers* | 82 |
| 102 | Assertions | 82 | 102 | Opposabilité interdite | 82 |
| | *Application* | 83 | | *Exception* | 83 |
| 103 | Provision not applicable | 83 | 103 | Non-application | 83 |
| 104 | Act not applicable | 83 | 104 | Idem | 83 |
| | DIVISION II | | | SECTION II | |
| | DIRECTORS AND OFFICERS | 83 | | ADMINISTRATEURS ET DIRIGEANTS | 83 |
| | *Interpretation* | 83 | | *Définition* | 83 |
| 104.1 | Definition of officer-director | 83 | 104.1 | Définition de administrateurs-dirigeants | 83 |
| | *Appointment* | 83 | | *Nomination* | 83 |
| 105 | Appointment of directors | 83 | 105 | Nomination des administrateurs | 83 |
| 106 | Validity of acts | 85 | 106 | Validité | 85 |
| | *Resignation* | 85 | | *Démission* | 85 |
| 107 | Resignation | 85 | 107 | Date de prise d'effet | 85 |
| | *Remuneration* | 85 | | *Rémunération* | 85 |
| 108 | Remuneration | 85 | 108 | Règle générale | 85 |
| | *Management* | 86 | | *Gestion* | 86 |
| 109 | Management | 86 | 109 | Règle générale | 86 |
| 110 | Resolution in lieu of meeting | 86 | 110 | Résolution tenant lieu d'assemblée | 86 |
| 111 | Dissent | 86 | 111 | Désaccord | 86 |
| 112 | Dissent of absent director | 87 | 112 | Désaccord des absents | 87 |
| 113 | Participation by telephone, etc. | 87 | 113 | Téléconférences | 87 |
| 113.1 | Public meeting | 87 | 113.1 | Assemblée publique | 87 |
| | *By-laws* | 88 | | *Règlements administratifs* | 88 |
| 114 | By-laws | 88 | 114 | Règlements administratifs | 88 |

| Section | | Page | Article | | Page |
|---|---|---|---|---|---|
| | *Duties* | 89 | | *Obligations* | 89 |
| 115 | Duty of care of directors and officers | 89 | 115 | Obligation générale des administrateurs et des dirigeants | 89 |
| 116 | Disclosure of interest in contract | 89 | 116 | Communication des intérêts | 89 |
| 117 | Avoidance standards | 91 | 117 | Validité des contrats | 91 |
| 118 | Application to court | 92 | 118 | Demande au tribunal | 92 |
| | *Indemnification* | 92 | | *Indemnisation* | 92 |
| 119 | Obligation to indemnify | 92 | 119 | Obligation d’indemniser | 92 |
| | DIVISION III | | | SECTION III | |
| | FINANCIAL MANAGEMENT AND CONTROL | 94 | | GESTION ET CONTRÔLE FINANCIERS | 94 |
| | *Definitions* | 94 | | *Définitions* | 94 |
| 120 | Definitions | 94 | 120 | Définitions | 94 |
| | *Financial Year* | 94 | | *Exercice* | 94 |
| 121 | Financial year | 94 | 121 | Exercice | 94 |
| | *Corporate Plans and Budgets* | 94 | | *Plans d’entreprise et budgets* | 94 |
| 122 | Corporate plans | 94 | 122 | Plan d’entreprise | 94 |
| 123 | Operating budgets | 96 | 123 | Budget de fonctionnement | 96 |
| 124 | Capital budgets | 96 | 124 | Budget d’investissement | 96 |
| 125 | Summary of plan or budget | 98 | 125 | Résumé | 98 |
| 126 | Regulations | 98 | 126 | Règlements | 98 |
| | *Borrowing* | 99 | | *Emprunts* | 99 |
| 127 | Intended borrowing | 99 | 127 | Avis d’intention | 99 |
| | *Bank Accounts* | 100 | | *Comptes en banque* | 100 |
| 128 | Deposits and deposit receipts | 100 | 128 | Dépôts | 100 |
| 129 | Receiver General account | 100 | 129 | Receveur général | 100 |
| | *Surpluses* | 101 | | *Surplus* | 101 |
| 130 | Payment over of surplus money | 101 | 130 | Remise | 101 |
| | *Dividends* | 101 | | *Dividendes* | 101 |
| 130.1 | Dividend proposal | 101 | 130.1 | Proposition de dividendes | 101 |
| 130.2 | Dividend payment | 101 | 130.2 | Versement des dividendes | 101 |
| | *Financial Management* | 101 | | *Gestion financière* | 101 |
| 131 | Books and systems | 101 | 131 | Documents comptables | 101 |
| 131.1 | Quarterly financial reports | 103 | 131.1 | Rapports financiers trimestriels | 103 |
| | *Auditor’s Reports* | 103 | | *Rapports du vérificateur* | 103 |
| 132 | Annual auditor’s report | 103 | 132 | Rapport annuel du vérificateur | 103 |
| 133 | Errors and omissions | 105 | 133 | Erreurs et omissions | 105 |
| | *Auditors* | 105 | | *Vérificateurs* | 105 |
| 134 | Appointment of auditor | 105 | 134 | Nomination | 105 |
| 135 | Persons not eligible | 106 | 135 | Conditions requises | 106 |

| Section | | Page |
|---|---|---|
| 136 | Qualifications preserved | 107 |
| 137 | Resignation | 107 |
| | *Special Examination* | 107 |
| 138 | Special examination | 107 |
| 139 | Report | 108 |
| 140 | Special report to appropriate Minister | 108 |
| 141 | Special report to Parliament | 109 |
| 142 | Examiner | 109 |
| | *Consultation with Auditor General* | 109 |
| 143 | Consultation with Auditor General | 109 |
| | *Right to Information* | 110 |
| 144 | Right to information | 110 |
| | *Policy* | 110 |
| 145 | Restriction | 110 |
| | *Qualified Privilege* | 111 |
| 146 | Qualified privilege | 111 |
| | *Costs* | 111 |
| 147 | Cost of audit and examinations | 111 |
| | *Audit Committee* | 111 |
| 148 | Audit committee | 111 |
| | *Reports* | 113 |
| 149 | Accounts, etc., to Treasury Board or appropriate Minister | 113 |
| 150 | Annual report | 113 |
| 151 | Annual consolidated report | 114 |
| 152 | Annual report | 115 |
| | DIVISION IV | |
| | GENERAL | 115 |
| | *Commercially Detrimental Information* | 115 |
| 153 | Commercially detrimental information | 115 |
| | *Sanction* | 116 |
| 154 | Contravention of Act or regulations | 116 |
| | *Offence* | 116 |
| 154.01 | Fraud against Her Majesty | 116 |
| | DIVISION V | |
| | IMPLEMENTATION OF THE NORTH AMERICAN FREE TRADE AGREEMENT | 117 |
| 154.1 | Giving effect to the Agreement | 117 |

| Article | | Page |
|---|---|---|
| 136 | Maintien des restrictions spéciales | 107 |
| 137 | Démission | 107 |
| | *Examens spéciaux* | 107 |
| 138 | Règle générale | 107 |
| 139 | Rapport | 108 |
| 140 | Rapport spécial au ministre de tutelle | 108 |
| 141 | Rapport spécial au Parlement | 109 |
| 142 | Examinateur | 109 |
| | *Consultation du vérificateur général* | 109 |
| 143 | Règle générale | 109 |
| | *Accès aux renseignements* | 110 |
| 144 | Règle générale | 110 |
| | *Orientations* | 110 |
| 145 | Restrictions | 110 |
| | *Immunité* | 111 |
| 146 | Immunité relative | 111 |
| | *Coûts* | 111 |
| 147 | Coûts des vérifications et examens | 111 |
| | *Comité de vérification* | 111 |
| 148 | Constitution de comité | 111 |
| | *Rapports* | 113 |
| 149 | Comptes, etc. au Conseil du Trésor ou au ministre de tutelle | 113 |
| 150 | Rapport annuel | 113 |
| 151 | Rapport global | 114 |
| 152 | Rapport annuel | 115 |
| | SECTION IV | |
| | DISPOSITIONS GÉNÉRALES | 115 |
| | *Renseignements commerciaux nuisibles* | 115 |
| 153 | Protection | 115 |
| | *Sanctions* | 116 |
| 154 | Sanction | 116 |
| | *Infraction* | 116 |
| 154.01 | Infraction | 116 |
| | SECTION V | |
| | MISE EN OEUVRE DE L'ACCORD DE LIBRE-ÉCHANGE NORD-AMÉRICAIN | 117 |
| 154.1 | Principe | 117 |

| Section | | Page |
|---|---|---|
| | PART XI | |
| | MISCELLANEOUS | 117 |
| 155 | Deduction and set-off | 117 |
| 155.1 | Interest on amounts owed to Her Majesty | 118 |
| 156 | Acceptance and release of security | 119 |
| 157 | Information already in Public Accounts or estimates | 120 |
| 158 | Proof of Treasury Board records | 120 |
| 159 | Definition of other financial institution | 120 |
| 160 | Regulations | 121 |
| 161 | Management or protection of computer systems | 121 |
| | SCHEDULE I | 123 |
| | SCHEDULE I.1 | 124 |
| | SCHEDULE II | 128 |
| | SCHEDULE III | 129 |
| | SCHEDULE IV | |
| | PORTIONS OF THE CORE PUBLIC ADMINISTRATION | 131 |
| | SCHEDULE V | |
| | SEPARATE AGENCIES | 134 |
| | SCHEDULE VI | 136 |
| | RELATED PROVISIONS | 142 |
| | AMENDMENTS NOT IN FORCE | 144 |

| Article | | Page |
|---|---|---|
| | PARTIE XI | |
| | DISPOSITIONS DIVERSES | 117 |
| 155 | Déduction et compensation | 117 |
| 155.1 | Intérêts sur les créances de Sa Majesté | 118 |
| 156 | Garanties | 119 |
| 157 | Renseignements déjà contenus dans les Comptes publics | 120 |
| 158 | Admissibilité en preuve des registres du Conseil du Trésor | 120 |
| 159 | Définition d’autre institution financière | 120 |
| 160 | Règlements | 121 |
| 161 | Gestion et protection des ordinateurs | 121 |
| | ANNEXE I | 123 |
| | ANNEXE I.1 | 124 |
| | ANNEXE II | 128 |
| | ANNEXE III | 129 |
| | ANNEXE IV | |
| | SECTEURS DE L’ADMINISTRATION PUBLIQUE CENTRALE | 131 |
| | ANNEXE V | |
| | ORGANISMES DISTINCTS | 134 |
| | ANNEXE VI | 136 |
| | DISPOSITIONS CONNEXES | 142 |
| | MODIFICATIONS NON EN VIGUEUR | 144 |



**R.S.C., 1985, c. F-11**

An Act to provide for the financial administration of the Government of Canada, the establishment and maintenance of the accounts of Canada and the control of Crown corporations

SHORT TITLE

Short title

**1.** This Act may be cited as the *Financial Administration Act*.

R.S., c. F-10, s. 1.

INTERPRETATION

Definitions

**2.** In this Act,

"appropriate Minister"
« *ministre compétent* »

"appropriate Minister" means,

(*a*) with respect to a department named in Schedule I, the Minister presiding over the department,

(*a.1*) with respect to a division or branch of the federal public administration set out in column I of Schedule I.1, the Minister set out in column II of that Schedule,

(*b*) with respect to a commission under the *Inquiries Act*, the Minister designated by order of the Governor in Council as the appropriate Minister,

(*c*) with respect to the Senate and the office of the Senate Ethics Officer, the Speaker of the Senate, with respect to the House of Commons, the Board of Internal Economy, with respect to the office of the Conflict of Interest and Ethics Commissioner, the Speaker of the House of Commons, and with respect to the Library of Parliament, the Speakers of the Senate and the House of Commons,

(*c.1*) with respect to a departmental corporation, the Minister designated by order of the Governor in Council as the appropriate Minister, and

**L.R.C., 1985, ch. F-11**

Loi relative à la gestion des finances publiques, à la création et à la tenue des comptes du Canada et au contrôle des sociétés d'État

TITRE ABRÉGÉ

Titre abrégé

**1.** *Loi sur la gestion des finances publiques*.

S.R., ch. F-10, art. 1.

DÉFINITIONS

Définitions

**2.** Les définitions qui suivent s'appliquent à la présente loi.

« agent agréé »
"*authorized agent*"

«agent agréé» Personne autorisée par le ministre à placer des valeurs auprès de souscripteurs ou d'acquéreurs.

« agent comptable »
"*registrar*"

«agent comptable» Outre les agents comptables nommés en vertu de la partie IV, la Banque du Canada.

« agent financier »
"*fiscal agent*"

«agent financier» Outre les agents financiers nommés en vertu de la partie IV, la Banque du Canada.

« biens publics »
"*public property*"

«biens publics» Biens de toute nature, à l'exception de fonds, appartenant à Sa Majesté du chef du Canada.

« billet du Trésor »
"*treasury note*"

«billet du Trésor» Billet, avec ou sans certificat, émis par Sa Majesté ou en son nom, constatant le droit du bénéficiaire inscrit ou du porteur de toucher, à une date située dans les douze mois suivant celle de son émission, la somme qui y est spécifiée à titre de principal.

« bon du Trésor »
"*treasury bill*"

«bon du Trésor» Bon, avec ou sans certificat, émis par Sa Majesté ou en son nom, constatant le droit du bénéficiaire inscrit ou du porteur de toucher, à une date située dans les douze mois suivant celle de son émission, la somme qui y est spécifiée à titre de principal.

(*d*) with respect to a Crown corporation, the appropriate Minister as defined in subsection 83(1);

"appropriation" « *crédit* »

"appropriation" means any authority of Parliament to pay money out of the Consolidated Revenue Fund;

"Auditor General of Canada" « *vérificateur général* »

"Auditor General of Canada" means the officer appointed pursuant to subsection 3(1) of the *Auditor General Act*;

"authorized agent" « *agent agréé* »

"authorized agent" means any person authorized by the Minister to accept subscriptions for or make sales of securities;

"Consolidated Revenue Fund" « *Trésor* »

"Consolidated Revenue Fund" means the aggregate of all public moneys that are on deposit at the credit of the Receiver General;

"Crown corporation" « *société d'État* »

"Crown corporation" has the meaning assigned by subsection 83(1);

"department" « *ministère* »

"department" means

(*a*) any of the departments named in Schedule I,

(*a.1*) any of the divisions or branches of the federal public administration set out in column I of Schedule I.1,

(*b*) a commission under the *Inquiries Act* that is designated by order of the Governor in Council as a department for the purposes of this Act,

(*c*) the staffs of the Senate, House of Commons, Library of Parliament, office of the Senate Ethics Officer and office of the Conflict of Interest and Ethics Commissioner, and

(*d*) any departmental corporation;

"departmental corporation" « *établissement public* »

"departmental corporation" means a corporation named in Schedule II;

"fiscal agent" « *agent financier* »

"fiscal agent" means a fiscal agent appointed under Part IV and includes the Bank of Canada;

"fiscal year" « *exercice* »

"fiscal year" means the period beginning on April 1 in one year and ending on March 31 in the next year;

"Minister" « *ministre* »

"Minister" means the Minister of Finance;

"money" « *fonds* »

"money" includes negotiable instruments;

« certificat de valeur » "*security certificate*"

«certificat de valeur» Certificat émis par Sa Majesté ou en son nom qui représente une partie de la dette publique du Canada.

« crédit » "*appropriation*"

«crédit» Autorisation donnée par le Parlement d'effectuer des paiements sur le Trésor.

« effet de commerce » "*negotiable instrument*"

«effet de commerce» Titre négociable, notamment chèque, chèque de voyage, traite, lettre de change ou titre de versement postal.

« établissement public » "*departmental corporation*"

«établissement public» Personne morale mentionnée à l'annexe II.

« exercice » "*fiscal year*"

«exercice» La période commençant le 1[er] avril d'une année et se terminant le 31 mars de l'année suivante.

« fonctionnaire public » "*public officer*"

«fonctionnaire public» Ministre ou toute autre personne employée dans l'administration publique fédérale.

« fonds » "*money*"

«fonds» Sommes d'argent; y sont assimilés les effets de commerce.

« fonds publics » "*public money*"

«fonds publics» Fonds appartenant au Canada, perçus ou reçus par le receveur général ou un autre fonctionnaire public agissant en sa qualité officielle ou toute autre personne autorisée à en percevoir ou recevoir. La présente définition vise notamment:

*a*) les recettes de l'État;

*b*) les emprunts effectués par le Canada ou les produits de l'émission ou de la vente de titres;

*c*) les fonds perçus ou reçus pour le compte du Canada ou en son nom;

*d*) les fonds perçus ou reçus par un fonctionnaire public sous le régime d'un traité, d'une loi, d'une fiducie, d'un contrat ou d'un engagement et affectés à une fin particulière précisée dans l'acte en question ou conformément à celui-ci.

« ministère » "*department*"

«ministère»

*a*) L'un des ministères mentionnés à l'annexe I;

*a.1*) l'un des secteurs de l'administration publique fédérale mentionnés à la colonne I de l'annexe I.1;

*b*) toute commission nommée sous le régime de la *Loi sur les enquêtes* désignée comme

"negotiable instrument" *« effet de commerce »*

"negotiable instrument" includes any cheque, draft, traveller's cheque, bill of exchange, postal note, money order, postal remittance and any other similar instrument;

"non-certificated security" *« valeur sans certificat »*

"non-certificated security" includes a security for which no certificate is issued and a certificated security held within a security clearing and settlement system in the custody of a custodian or nominee;

"parent Crown corporation" *« société d'État mère »*

"parent Crown corporation" has the meaning assigned by subsection 83(1);

"public money" *« fonds publics »*

"public money" means all money belonging to Canada received or collected by the Receiver General or any other public officer in his official capacity or any person authorized to receive or collect such money, and includes

(*a*) duties and revenues of Canada,

(*b*) money borrowed by Canada or received through the issue or sale of securities,

(*c*) money received or collected for or on behalf of Canada, and

(*d*) all money that is paid to or received or collected by a public officer under or pursuant to any Act, trust, treaty, undertaking or contract, and is to be disbursed for a purpose specified in or pursuant to that Act, trust, treaty, undertaking or contract;

"public officer" *« fonctionnaire public »*

"public officer" includes a minister of the Crown and any person employed in the federal public administration;

"public property" *« biens publics »*

"public property" means all property, other than money, belonging to Her Majesty in right of Canada;

"registrar" *« agent comptable »*

"registrar" means a registrar appointed under Part IV and includes the Bank of Canada;

"securities" *« valeurs » ou « titres »*

"securities" means securities of Canada in certificated form or non-certificated securities of Canada, and includes bonds, notes, deposit certificates, non-interest bearing certificates, debentures, treasury bills, treasury notes and any other security representing part of the public debt of Canada;

"security certificate" *« certificat de valeur »*

"security certificate" means a tangible certificate issued by or on behalf of Her Majesty representing part of the public debt of Canada;

tel, pour l'application de la présente loi, par décret du gouverneur en conseil;

*c*) le personnel du Sénat, celui de la Chambre des communes, celui de la bibliothèque du Parlement, celui du bureau du conseiller sénatorial en éthique et celui du bureau du commissaire aux conflits d'intérêts et à l'éthique;

*d*) tout établissement public.

« ministre » *"Minister"*

« ministre » Le ministre des Finances.

« ministre compétent » *"appropriate Minister"*

« ministre compétent »

*a*) Dans le cas d'un ministère mentionné à l'annexe I, le ministre chargé de son administration;

*a.1*) dans le cas d'un secteur de l'administration publique fédérale mentionné à la colonne I de l'annexe I.1, le ministre mentionné à la colonne II de cette annexe;

*b*) dans le cas d'une commission visée par la *Loi sur les enquêtes*, le ministre chargé de son administration par décret du gouverneur en conseil;

*c*) dans le cas du Sénat et du bureau du conseiller sénatorial en éthique, le président du Sénat, dans celui de la Chambre des communes, le Bureau de régie interne, dans celui du bureau du commissaire aux conflits d'intérêts et à l'éthique, le président de la Chambre des communes et dans celui de la bibliothèque du Parlement, le président de chaque chambre;

*c.1*) dans le cas d'un établissement public, le ministre que le gouverneur en conseil charge, par décret, de son administration;

*d*) dans le cas d'une société d'État, le ministre de tutelle au sens du paragraphe 83(1).

« société d'État » *"Crown corporation"*

« société d'État » S'entend au sens du paragraphe 83(1).

« société d'État mère » *"parent Crown corporation"*

« société d'État mère » S'entend au sens du paragraphe 83(1).

« Trésor » *"Consolidated Revenue Fund"*

« Trésor » Le total des fonds publics en dépôt au crédit du receveur général.

"treasury bill" « *bon du Trésor* »

"treasury bill" means a bill in certificated form, or a non-certificated security, issued by or on behalf of Her Majesty for the payment of a principal sum specified in the bill to a named recipient or to a bearer at a date not later than twelve months after the date of issue of the bill;

"treasury note" « *billet du Trésor* »

"treasury note" means a note in certificated form, or a non-certificated security, issued by or on behalf of Her Majesty for the payment of a principal sum specified in the note to a named recipient or to a bearer at a date not later than twelve months after the date of issue of the note.

R.S., 1985, c. F-11, s. 2; R.S., 1985, c. 1 (4th Supp.), s. 25; 1991, c. 24, s. 50(F); 1992, c. 1, ss. 69, 143(E); 1995, c. 17, s. 57; 1999, c. 31, s. 98(F); 2003, c. 22, s. 224(E); 2004, c. 7, s. 8; 2006, c. 9, s. 7.

« valeur sans certificat » "*non-certificated security*"

«valeur sans certificat» Outre la valeur mobilière qui n'est pas constatée par un certificat, y est assimilé le certificat de valeur confié à un dépositaire ou un intermédiaire pour des services de compensation et de règlement.

« valeurs » ou « titres » "*securities*"

«valeurs» ou «titres» Valeurs du Canada, avec ou sans certificat, qui représentent une partie de la dette publique. La présente définition vise notamment les obligations, les billets, les certificats de dépôt, les certificats ne portant pas intérêt, les débentures, les bons du Trésor et les billets du Trésor.

« vérificateur général » "*Auditor General of Canada*"

«vérificateur général» Personne nommée conformément au paragraphe 3(1) de la *Loi sur le vérificateur général*.

L.R. (1985), ch. F-11, art. 2; L.R. (1985), ch. 1 (4[e] suppl.), art. 25; 1991, ch. 24, art. 50(F); 1992, ch. 1, art. 69 et 143(A); 1995, ch. 17, art. 57; 1999, ch. 31, art. 98(F); 2003, ch. 22, art. 224(A); 2004, ch. 7, art. 8; 2006, ch. 9, art. 7.

## ALTERATION OF SCHEDULES

Addition to Schedule I.1, II or III

**3.** (1) The Governor in Council may, by order,

(*a*) add to Schedule I.1 in column I thereof the name of any division or branch of the federal public administration and in column II thereof opposite that name a reference to the appropriate Minister;

(*a.1*) add to Schedule II the name of any corporation established by an Act of Parliament that performs administrative, research, supervisory, advisory or regulatory functions of a governmental nature; and

(*b*) add to Part I or II of Schedule III the name of any parent Crown corporation.

Alteration of Schedule I.1

(1.1) The Governor in Council may, by order, amend Schedule I.1 by striking out the reference in column II thereof opposite the name of a division or branch of the federal public administration in column I thereof and by substituting therefor another reference in column II thereof opposite that name.

Idem

(1.2) The Governor in Council may, by order, delete from Schedule I.1 the name of any division or branch of the federal public administration that has been changed and shall thereupon add the new name of the division or branch to that Schedule.

## ANNEXES

Inscription aux ann. I.1, II ou III

**3.** (1) Le gouverneur en conseil peut, par décret :

*a*) inscrire à l'annexe I.1 tout secteur de l'administration publique fédérale ainsi que le ministre compétent;

*a.1*) inscrire à l'annexe II toute personne morale constituée par une loi fédérale et chargée de fonctions étatiques d'administration, de recherche, de contrôle, de conseil ou de réglementation;

*b*) inscrire aux parties I ou II de l'annexe III toute société d'État mère.

Modification de l'ann. I.1

(1.1) Le gouverneur en conseil peut, par décret, modifier à l'annexe I.1 toute mention de la colonne II figurant en regard d'une mention de la colonne I.

Idem

(1.2) Le gouverneur en conseil peut, par décret, remplacer à l'annexe I.1 l'ancienne dénomination d'un secteur de l'administration publique fédérale par la nouvelle.

agement of the revenue or in accounting for the revenue, by virtue of that employment, shall be deemed to be chattels belonging to Her Majesty, and all money or valuable securities received or taken into the possession of that officer or person by virtue of his employment shall be deemed to be money and valuable securities belonging to Her Majesty.

R.S., c. F-10, s. 94.

est ou a été percepteur, gestionnaire ou comptable de recettes appartiennent à Sa Majesté.

S.R., ch. F-10, art. 94.

## PART X

## CROWN CORPORATIONS

### INTERPRETATION

Definitions

**83.** (1) In this Part,

"agent corporation" « *société mandataire* »

"agent corporation" means a Crown corporation that is expressly declared by or pursuant to any other Act of Parliament to be an agent of the Crown;

"appoint" « *nomination* »

"appoint" includes elect and designate;

"appropriate Minister" « *ministre de tutelle* »

"appropriate Minister" means,

(*a*) in relation to a parent Crown corporation,

(i) the Minister specified by or pursuant to any other Act of Parliament as the Minister in respect of that corporation, or

(ii) if no Minister is specified as described in subparagraph (i), such member of the Queen's Privy Council for Canada as is designated by order of the Governor in Council as the appropriate Minister for the corporation, and

(*b*) in relation to a wholly-owned subsidiary, the appropriate Minister, as defined in paragraph (*a*), for the parent Crown corporation that wholly owns the subsidiary;

"articles" « *statuts* »

"articles" means

(*a*) original or restated articles of incorporation, articles of amendment, articles of amalgamation, articles of continuance, articles of reorganization, articles of arrangement, articles of dissolution and articles of revival, and includes any amendments thereto, and

(*b*) letters patent, memorandum of association and any constating documents or other documents of a like nature to those referred

## PARTIE X

## SOCIÉTÉS D'ÉTAT

### DÉFINITIONS ET INTERPRÉTATION

Définitions

**83.** (1) Les définitions qui suivent s'appliquent à la présente partie.

« acte constitutif » "*charter*"

«acte constitutif»

*a*) La loi fédérale constitutive d'une personne morale;

*b*) les statuts d'une personne morale.

« action » "*share*"

«action» Y sont assimilés les droits des membres ou des propriétaires sur une personne morale.

« activités principales » "*major business or activity*"

«activités principales» Catégories d'activités d'une société d'État mère ou d'une filiale à cent pour cent établies en vertu du paragraphe (10); à défaut de catégories, toutes les activités de la société ou de la filiale.

« administrateur » "*director*"

«administrateur» Indépendamment de son titre, membre du conseil d'administration d'une personne morale, ainsi que, à l'exception d'un ministre, d'un groupe constituant une personne morale.

« conseil d'administration » "*board of directors*"

«conseil d'administration» Le conseil d'administration, indépendamment de son titre, d'une personne morale; y est assimilé tout groupe de personnes, à l'exception d'un ministre, constituant une personne morale.

« filiale à cent pour cent » "*wholly-owned subsidiary*"

«filiale à cent pour cent» Personne morale appartenant à cent pour cent à une ou plusieurs sociétés d'État mères, soit directement, soit par l'intermédiaire de filiales dont chacune appartient à cent pour cent, même indirectement, à une ou plusieurs sociétés d'État mères.

«instructions» [Abrogée, 1991, ch. 24, art. 21]

« ministre de tutelle » "*appropriate Minister*"

«ministre de tutelle»

*a*) Dans le cas d'une société d'État mère:

to in paragraph (*a*), and includes any amendments thereto;

"auditor" « *vérificateur* »

"auditor" includes a partnership of auditors;

"board of directors" « *conseil d'administration* »

"board of directors" means a board of directors, by whatever name called, of a corporation and includes a group of persons, other than a minister of the Crown, that constitutes a corporation;

"by-law" « *règlements administratifs* »

"by-law" means a by-law, by whatever name called, of a corporation and includes an amendment or a repeal of a by-law;

"chairperson" « *président* »

"chairperson" means a person occupying the position of chairperson, by whatever name called, of the board of directors of a corporation;

"charter" « *acte constitutif* »

"charter" means

(*a*) in relation to a corporation established by an Act of Parliament, the Act, and

(*b*) in relation to a corporation established by articles, the articles;

"corporation" « *personne morale* »

"corporation" includes a company or other body corporate wherever or however incorporated;

"Crown" « *Sa Majesté* »

"Crown" means Her Majesty in right of Canada;

"Crown corporation" « *société d'État* »

"Crown corporation" means a parent Crown corporation or a wholly-owned subsidiary;

"directive" [Repealed, 1991, c. 24, s. 21]

"director" « *administrateur* »

"director" means a person occupying the position of director, by whatever name called, of a corporation and includes any person, other than a minister of the Crown, in a group of persons that constitutes a corporation;

"major business or activity" « *activités principales* »

"major business or activity", in relation to a parent Crown corporation or a wholly-owned subsidiary, means a class of business or activity of the corporation or subsidiary established pursuant to subsection (10) or, if no classes are so established, all the business or activity of the corporation or subsidiary;

"parent Crown corporation" « *société d'État mère* »

"parent Crown corporation" means a corporation that is wholly owned directly by the Crown, but does not include a departmental corporation;

"regulations" « *règlements* »

"regulations" means the regulations made under this Part;

(i) le ministre ayant cette qualité en vertu d'une autre loi fédérale à l'égard de cette société,

(ii) à défaut, le membre du Conseil privé de la Reine pour le Canada que le gouverneur en conseil nomme par décret ministre de tutelle de cette société;

*b*) dans le cas d'une filiale à cent pour cent, le ministre de tutelle, au sens de l'alinéa *a*), de la société d'État mère qui détient la filiale.

« nomination » "*appoint*"

« nomination » Y sont assimilées l'élection et la désignation.

« personne morale » "*corporation*"

« personne morale » La qualité de personne morale est indépendante de son lieu ou de son mode de constitution.

« président » "*chairperson*"

« président » Indépendamment de son titre, le président du conseil d'administration d'une personne morale.

« règlements » "*regulations*"

« règlements » Les règlements d'application de la présente partie.

« règlements administratifs » "*by-law*"

« règlements administratifs » Les règlements administratifs d'une personne morale, indépendamment de leur appellation, ainsi que les actes qui les modifient ou les abrogent.

« Sa Majesté » "*Crown*"

« Sa Majesté » Sa Majesté du chef du Canada.

« société d'État » "*Crown corporation*"

« société d'État » Société d'État mère ou filiale à cent pour cent.

« société d'État mère » "*parent Crown corporation*"

« société d'État mère » Personne morale appartenant directement à cent pour cent à Sa Majesté, à l'exclusion des établissements publics.

« société mandataire » "*agent corporation*"

« société mandataire » Société d'État ayant la qualité de mandataire de Sa Majesté par déclaration expresse en vertu d'une autre loi fédérale.

« statuts » "*articles*"

« statuts »

*a*) Les clauses, initiales ou mises à jour, régissant la constitution, ainsi que toute modification, fusion, prorogation, réorganisation, dissolution, reconstitution ou tout aménagement d'une personne morale, de même que leurs modifications;

*b*) les lettres patentes, actes d'association et autres documents semblables à ceux que vise l'alinéa *a*), de même que leurs modifications.

"share" *« action »*

"share" includes a membership interest or ownership interest in a corporation;

"wholly-owned subsidiary" *« filiale à cent pour cent »*

"wholly-owned subsidiary" means a corporation that is wholly owned by one or more parent Crown corporations directly or indirectly through any number of subsidiaries each of which is wholly owned directly or indirectly by one or more parent Crown corporations.

« vérificateur » *"auditor"*

« vérificateur » Vérificateur individuel ou groupe de vérificateurs constitués en société de personnes.

Wholly owned by Crown

(2) For the purposes of this Part, a corporation is wholly owned directly by the Crown if

(*a*) all of the issued and outstanding shares of the corporation, other than shares necessary to qualify persons as directors, are held, otherwise than by way of security only, by, on behalf of or in trust for the Crown; or

(*b*) all the directors of the corporation, other than *ex officio* directors, are appointed by the Governor in Council or by a minister of the Crown with the approval of the Governor in Council.

Propriété à cent pour cent de Sa Majesté

(2) Pour l'application de la présente partie, une personne morale appartient directement, à cent pour cent, à Sa Majesté si l'une des conditions suivantes se réalise :

*a*) toutes les actions en circulation de la personne morale, sauf les actions nécessaires pour conférer la qualité d'administrateur, sont détenues, autrement qu'à titre de garantie seulement, par Sa Majesté, en son nom ou en fiducie pour elle;

*b*) les administrateurs de la personne morale, sauf les administrateurs nommés d'office, sont nommés par le gouverneur en conseil ou par un ministre avec l'approbation du gouverneur en conseil.

Holding by agent corporations

(3) For the purposes of subsection (2), shares held by a corporation that is an agent of the Crown

(*a*) are deemed not to be held by or on behalf of the Crown; and

(*b*) are not by reason of that fact alone shares held in trust for the Crown.

Détention : sociétés mandataires

(3) Pour l'application du paragraphe (2), les actions d'une société mandataire :

*a*) sont réputées ne pas être détenues par Sa Majesté ou en son nom;

*b*) ne sont pas, de ce seul fait, des actions détenues en fiducie pour Sa Majesté.

Wholly owned by other corporation or corporations

(4) For the purposes of this Part, a corporation is wholly owned by one or more other corporations if

(*a*) all of the issued and outstanding shares of the corporation, other than shares necessary to qualify persons as directors, are held, otherwise than by way of security only, by, on behalf of or in trust for the one or more other corporations;

(*b*) all the directors of the corporation are appointed by the board or boards of directors of the one or more other corporations; or

(*c*) all the directors of the one or more other corporations are, by virtue of their being directors of the one or more other corporations, directors of the corporation.

Propriété à cent pour cent d'une autre personne morale

(4) Pour l'application de la présente partie, une personne morale appartient à cent pour cent à une ou plusieurs autres personnes morales si l'une des conditions suivantes se réalise :

*a*) toutes ses actions en circulation, sauf celles nécessaires pour conférer la qualité d'administrateur, sont détenues, autrement qu'à titre de garantie seulement, par cette ou ces autres personnes morales, en leur nom ou en fiducie pour elles;

*b*) tous ses administrateurs sont nommés par le conseil d'administration de cette ou ces autres personnes morales;

*c*) tous les administrateurs de cette ou ces autres personnes morales sont, à ce titre, ses administrateurs.

Affiliates

(5) For the purposes of this Part,

Groupes

(5) Pour l'application de la présente partie :

(*a*) one corporation is an affiliate of another corporation if one of them is the subsidiary of the other or both are subsidiaries of the same corporation or each of them is controlled by the same person; and

(*b*) if two corporations are affiliates of the same corporation at the same time, they are deemed to be affiliates of each other.

Subsidiaries

(6) For the purposes of this Part, a corporation is a subsidiary of another corporation if it is controlled by that other corporation.

Control

(7) For the purposes of this Part, a corporation with share capital is controlled by a person if

(*a*) shares of the corporation to which are attached more than fifty per cent of the votes that may be cast to elect directors of the corporation are held, otherwise than by way of security only, by, on behalf of or in trust for that person; and

(*b*) the votes attached to those shares are sufficient, if exercised, to elect a majority of the directors of the corporation.

Idem

(8) For the purposes of this Part, a corporation without share capital is controlled by a person if that person is able to appoint the majority of the directors of the corporation, whether or not he does so.

Appointment

(9) For the purposes of this Part, a person is deemed to be appointed by another person or group of persons if that person is appointed on the direction of that other person or group, whether or not he is actually appointed by that other person or group.

Major business or activity

(10) Where, in the opinion of the Governor in Council, a parent Crown corporation or a wholly-owned subsidiary of a parent Crown corporation carries on, or a parent Crown corporation and any wholly-owned subsidiary of the corporation carry on, more than one business or activity, the parent Crown corporation shall, with the approval of the Governor in Council, classify the businesses or activities for the purposes of this Part.

R.S., 1985, c. F-11, s. 83; R.S., 1985, c. 1 (4th Supp.), s. 26; 1991, c. 24, s. 21; 2005, c. 30, s. 133(E).

*a*) appartiennent au même groupe deux personnes morales dont l'une est filiale de l'autre, qui sont filiales de la même personne morale ou qui sont chacune contrôlées par une même personne;

*b*) sont réputées appartenir au même groupe deux personnes morales dont chacune appartient en même temps au groupe d'une même personne morale.

Filiales

(6) Pour l'application de la présente partie, une personne morale est la filiale de la personne morale qui la contrôle.

Contrôle

(7) Pour l'application de la présente partie, une personne a le contrôle d'une personne morale ayant un capital-actions si, à la fois :

*a*) elle détient, autrement qu'à titre de garantie seulement, plus de cinquante pour cent des actions de la personne morale assorties de droits de vote permettant d'élire les administrateurs de celle-ci, ou si ces actions sont détenues en son nom ou en fiducie pour elle;

*b*) ces droits de vote suffisent, s'ils sont exercés, à l'élection de la majorité des administrateurs de la personne morale.

Idem

(8) Pour l'application de la présente partie, une personne morale sans capital-actions est contrôlée par une personne si celle-ci peut en nommer la majorité des administrateurs, qu'elle exerce ou non ce pouvoir.

Nomination

(9) Pour l'application de la présente partie, une personne est réputée nommée par une autre personne ou un groupement si elle est nommée sur leur ordre, que la nomination se fasse ou non effectivement par eux.

Activités principales

(10) Dans les cas où une société d'État mère, seule ou avec une de ses filiales, ou une filiale de société d'État mère, exerce, selon le gouverneur en conseil, plusieurs activités, la société est tenue, pour l'application de la présente partie, de les catégoriser; la catégorisation est subordonnée à l'approbation du gouverneur en conseil.

L.R. (1985), ch. F-11, art. 83; L.R. (1985), ch. 1 (4e suppl.), art. 26; 1991, ch. 24, art. 21; 2005, ch. 30, art. 133(A).

APPLICATION

Binding on the Crown

**84.** For greater certainty, this Part is binding on the Crown.

1984, c. 31, s. 11.

Exemption for Bank of Canada

**85.** (1) Divisions I to IV, except for sections 131.1 and 154.01, do not apply to the Bank of Canada.

Exempted Crown corporations

(1.1) Divisions I to IV, except for subsection 105(2) and sections 113.1, 119, 131 to 148 and 154.01, do not apply to the Canada Council for the Arts, the Canadian Broadcasting Corporation, the International Development Research Centre or the National Arts Centre Corporation.

Exemption for Telefilm Canada

(1.2) Divisions I to IV, except for subsection 105(2) and sections 113.1, 119, 131 to 148 and 154.01 and subject to subsection 21(2) of the *Telefilm Canada Act*, do not apply to Telefilm Canada.

Idem

(2) Divisions I to V do not apply to any Crown corporation incorporated or acquired, with the written authorization of the appropriate Minister,

(*a*) by or on behalf of the Royal Canadian Mounted Police for the purpose of performing its functions under the laws of Canada; or

(*b*) by or on behalf of any service established by an Act of Parliament to collect information and intelligence respecting the security of Canada.

Exemption for federal member institution

(2.1) Divisions I to IV do not apply to a member institution, as defined in section 2 of the *Canada Deposit Insurance Corporation Act*, any shares of which are held by the Canada Deposit Insurance Corporation as the result of the granting of an exemption referred to in section 10.01 of that Act.

Idem

(3) Divisions I to IV do not apply to

(*a*) a federal member institution, within the meaning assigned to that expression by section 2 of the *Canada Deposit Insurance Corporation Act*, the shares of which have been vested in the Canada Deposit Insurance Corporation by order of the Governor in Council under section 39.13 of that Act; or

APPLICATION

Sa Majesté

**84.** Il est entendu que la présente partie lie Sa Majesté.

1984, ch. 31, art. 11.

Exemption

**85.** (1) Les sections I à IV, à l'exception des articles 131.1 et 154.01, ne s'appliquent pas à la Banque du Canada.

Exemption

(1.1) Exception faite du paragraphe 105(2) et des articles 113.1, 119, 131 à 148 et 154.01, les dispositions des sections I à IV ne s'appliquent pas au Centre de recherches pour le développement international, au Conseil des Arts du Canada, à la Corporation du Centre national des Arts ni à la Société Radio-Canada.

Exemption : Téléfilm Canada

(1.2) Exception faite du paragraphe 105(2) et des articles 113.1, 119, 131 à 148 et 154.01 et sous réserve du paragraphe 21(2) de la *Loi sur Téléfilm Canada*, les dispositions des sections I à IV ne s'appliquent pas à Téléfilm Canada.

Idem

(2) Les sections I à V ne s'appliquent pas aux sociétés d'État constituées ou acquises, avec l'autorisation écrite du ministre de tutelle :

*a*) par la Gendarmerie royale du Canada, ou en son nom, dans le but d'exercer les fonctions que lui confèrent les lois du Canada;

*b*) par tout service, ou en son nom, créé par une loi fédérale afin de recueillir des informations et des renseignements intéressant la sécurité du Canada.

Exemption : institution membre

(2.1) Les sections I à IV ne s'appliquent pas à l'institution membre, au sens de l'article 2 de la *Loi sur la Société d'assurance-dépôts du Canada*, dont la Société d'assurance-dépôts du Canada est actionnaire par suite de l'octroi d'une exemption en vertu de l'article 10.01 de cette loi.

Idem

(3) Les sections I à IV ne s'appliquent ni à l'institution fédérale membre, au sens de l'article 2 de la *Loi sur la Société d'assurance-dépôts du Canada*, dont les actions ont été dévolues à la Société d'assurance-dépôts du Canada par décret du gouverneur en conseil pris en vertu de l'article 39.13 de cette loi, ni à la Société d'assurance-dépôts du Canada, en tant que so-

(*b*) to the Canada Deposit Insurance Corporation, as a parent Crown corporation in respect of a wholly-owned subsidiary that is a federal member institution described in paragraph (*a*).

Exemption — bridge institution

(4) Sections 88 and 89.2 to 104 and Divisions II to IV do not apply to

(*a*) a bridge institution, as defined in section 2 of the *Canada Deposit Insurance Corporation Act*; or

(*b*) the Canada Deposit Insurance Corporation, as a parent Crown corporation in respect of a wholly-owned subsidiary that is a bridge institution.

R.S., 1985, c. F-11, s. 85; R.S., 1985, c. 46 (1st Supp.), s. 7; 1992, c. 26, s. 18; 1993, c. 1, s. 9, c. 44, s. 156; 1997, c. 40, s. 108; 1998, c. 17, s. 31; 2001, c. 11, s. 6, c. 34, s. 16; 2002, c. 17, s. 14; 2005, c. 14, s. 8, c. 30, ss. 35, 51; 2006, c. 9, s. 262; 2009, c. 2, ss. 257, 369, c. 31, s. 59.

Application to wholly-owned subsidiaries

**86.** (1) Each parent Crown corporation shall take such steps in relation to the articles, bylaws and management of each wholly-owned subsidiary of the corporation, if any, as are necessary to ensure that the businesses, activities and other affairs of the subsidiary are carried on in accordance with this Part and the regulations.

Idem

(2) The Governor in Council may declare any provision of this Part that applies only to parent Crown corporations to apply to a wholly-owned subsidiary, and the provision applies, with such modifications as the circumstances require, to that wholly-owned subsidiary as if it were a parent Crown corporation.

R.S., 1985, c. F-11, s. 86; 1991, c. 24, s. 22.

Inconsistencies

**87.** Except as otherwise expressly provided, in the event of any inconsistency between the provisions of this Part and the provisions of any other Act of Parliament, the provisions of this Part prevail.

1984, c. 31, s. 11.

## Division I

## Corporate Affairs

### *Accountability to Parliament*

Accountability to Parliament

**88.** Each Crown corporation is ultimately accountable, through the appropriate Minister, to Parliament for the conduct of its affairs.

1984, c. 31, s. 11.

ciété d'État mère d'une filiale à cent pour cent qui est une telle institution.

Exemption : institution-relais

(4) Les articles 88 et 89.2 à 104 et les sections II à IV ne s'appliquent ni à l'institution-relais, au sens de l'article 2 de la *Loi sur la Société d'assurance-dépôts du Canada*, ni à la Société d'assurance-dépôts du Canada, en tant que société d'État mère d'une filiale à cent pour cent qui est une institution-relais.

L.R. (1985), ch. F-11, art. 85; L.R. (1985), ch. 46 (1er suppl.), art. 7; 1992, ch. 26, art. 18; 1993, ch. 1, art. 9, ch. 44, art. 156; 1997, ch. 40, art. 108; 1998, ch. 17, art. 31; 2001, ch. 11, art. 6, ch. 34, art. 16; 2002, ch. 17, art. 14; 2005, ch. 14, art. 8, ch. 30, art. 35 et 51; 2006, ch. 9, art. 262; 2009, ch. 2, art. 257 et 369, ch. 31, art. 59.

Application aux filiales à cent pour cent

**86.** (1) À l'égard des statuts, des règlements administratifs et de la gestion de leurs filiales à cent pour cent, les sociétés d'État mères prennent les mesures nécessaires pour que les activités de chacune d'elles s'exercent en conformité avec la présente partie et ses règlements.

Idem

(2) Le gouverneur en conseil peut rendre applicable à une filiale à cent pour cent toute disposition de la présente partie qui ne s'applique qu'aux sociétés d'État mères; la disposition en question s'applique, compte tenu des adaptations de circonstance, à la filiale comme si elle était une société d'État mère.

L.R. (1985), ch. F-11, art. 86; 1991, ch. 24, art. 22.

Incompatibilité

**87.** Sauf dérogation expresse, les dispositions de la présente partie l'emportent sur les dispositions incompatibles de toute autre loi fédérale.

1984, ch. 31, art. 11.

## Section I

## Activités des sociétés

### *Responsabilité parlementaire*

Règle générale

**88.** Les sociétés d'État sont responsables en dernier ressort devant le Parlement, par l'inter-

médiaire de leur ministre de tutelle, de l'exercice de leurs activités.

1984, ch. 31, art. 11.

*Directives*

Directives by Governor in Council

**89.** (1) The Governor in Council may, on the recommendation of the appropriate Minister, give a directive to any parent Crown corporation, if the Governor in Council is of the opinion that it is in the public interest to do so.

Consultation

(2) Before a directive is given to a parent Crown corporation, the appropriate Minister shall consult the board of directors of the corporation with respect to the content and effect of the directive.

(3) [Repealed, 1991, c. 24, s. 23]

Tabling in Parliament

(4) The appropriate Minister shall cause a copy of any directive given to a parent Crown corporation to be laid before each House of Parliament on any of the first fifteen days on which that House is sitting after the directive is given.

(5) [Repealed, 1991, c. 24, s. 23]

Notification of implementation

(6) Forthwith after implementing a directive and completing any actions required to be taken in connection therewith, a parent Crown corporation shall notify the appropriate Minister that the directive has been implemented.

Restriction

(7) No directive shall be given to the Standards Council of Canada with respect to

(*a*) the manner in which voluntary standardization is promoted; or

(*b*) the provision of financial assistance to or for the benefit of a particular person or group of persons.

R.S., 1985, c. F-11, s. 89; 1991, c. 24, s. 23.

Implementation

**89.1** (1) The directors of a parent Crown corporation to which a directive is given shall ensure that the directive is implemented in a prompt and efficient manner and, if in so doing they act in accordance with section 115, they are not accountable for any consequences arising from the implementation of the directive.

Best interests

(2) Compliance by a parent Crown corporation with a directive is deemed to be in the best interests of the corporation.

*Instructions*

Instructions

**89.** (1) Sur recommandation du ministre de tutelle, le gouverneur en conseil peut donner des instructions à une société d'État mère, s'il estime qu'il est d'intérêt public de le faire.

Consultation

(2) Avant que ne soient données des instructions à une société d'État mère, le ministre de tutelle consulte le conseil d'administration sur leur teneur et leurs effets.

(3) [Abrogé, 1991, ch. 24, art. 23]

Dépôt devant le Parlement

(4) Le ministre de tutelle fait déposer le texte des instructions qui sont données à une société d'État mère devant chaque chambre du Parlement dans les quinze premiers jours de séance de celle-ci suivant la date de ces instructions.

(5) [Abrogé, 1991, ch. 24, art. 23]

Avis de mise en œuvre

(6) Les sociétés d'État mères avisent immédiatement le ministre de tutelle de la mise en œuvre des instructions qu'elles ont reçues ainsi que de celle de toute mesure connexe.

Interdiction

(7) Il est interdit de donner au Conseil canadien des normes des instructions qui portent :

*a*) soit sur la promotion de la normalisation volontaire;

*b*) soit sur l'aide financière à apporter à une personne ou un groupement ou à leur profit.

L.R. (1985), ch. F-11, art. 89; 1991, ch. 24, art. 23.

Mise en œuvre

**89.1** (1) Les administrateurs d'une société d'État mère à qui des instructions sont données veillent à la rapidité et à l'efficacité de leur mise en œuvre, mais ils ne peuvent être tenus pour responsables des conséquences qui découlent de celle-ci si ce faisant ils observent l'article 115.

Présomption

(2) La société d'État mère qui observe les instructions qu'elle reçoit est présumée agir au mieux de ses intérêts.

Definition of "directive"

(3) In this section, "directive" means

(*a*) a directive given pursuant to subsection 89(1), 94(2) or 114(3);

(*b*) a direction given under subsection 5(2) of the *Canada Mortgage and Housing Corporation Act*, subsection 9(2) of the *Canadian Commercial Corporation Act*, subsection 11(1) of the *Canadian Dairy Commission Act* or subsection 34(3) of the *Enterprise Cape Breton Corporation Act*; or

(*c*) a directive given under subsection 22(1) of the *Canada Post Corporation Act*.

1991, c. 24, s. 24; 1998, c. 10, s. 173.

Définition d'« instructions »

(3) Au présent article, « instructions » s'entend des instructions données :

*a*) en vertu des paragraphes 89(1), 94(2) ou 114(3);

*b*) en vertu du paragraphe 5(2) de la *Loi sur la Société canadienne d'hypothèques et de logement*, du paragraphe 9(2) de la *Loi sur la Corporation canadienne commerciale*, du paragraphe 11(1) de la *Loi sur la Commission canadienne du lait* ou du paragraphe 34(3) de la *Loi sur la Société d'expansion du Cap-Breton*;

*c*) en vertu du paragraphe 22(1) de la *Loi sur la Société canadienne des postes*.

1991, ch. 24, art. 24; 1998, ch. 10, art. 173.

*Implementation of World Trade Organization Agreement*

Directive

**89.2** (1) Notwithstanding subsections 85(1) to (1.2), the Governor in Council may give a directive pursuant to subsection 89(1) to any parent Crown corporation for the purpose of implementing any provision of the WTO Agreement that pertains to that Crown corporation.

Regulations

(2) The Governor in Council may, on the recommendation of the Treasury Board and the appropriate Minister made at the request of a Crown corporation, make such regulations in relation to that corporation as the Governor in Council considers necessary for the purpose of implementing any provision of the WTO Agreement that pertains to that corporation.

Definition

(3) In subsections (1) and (2), "WTO Agreement" has the meaning given to the word "Agreement" by subsection 2(1) of the *World Trade Organization Agreement Implementation Act*.

1994, c. 47, s. 116; 2006, c. 9, s. 263.

*Mise en œuvre de l'Accord sur l'Organisation mondiale du commerce*

Instructions

**89.2** (1) Malgré les paragraphes 85(1) à (1.2), le gouverneur en conseil peut, dans le cadre du paragraphe 89(1), donner à une société d'État mère des instructions destinées à la mise en œuvre des dispositions de l'Accord sur l'OMC qui la concernent.

Règlements

(2) Le gouverneur en conseil peut, sur recommandation du Conseil du Trésor et du ministre de tutelle faite à la demande d'une société d'État, prendre au sujet de celle-ci les règlements qu'il estime nécessaires à la mise en œuvre des dispositions de l'Accord sur l'OMC qui la concernent.

Définition de « Accord sur l'OMC »

(3) Pour l'application des paragraphes (1) et (2), « Accord sur l'OMC » s'entend de l'Accord au sens du paragraphe 2(1) de la *Loi de mise en œuvre de l'Accord sur l'Organisation mondiale du commerce*.

1994, ch. 47, art. 116; 2006, ch. 9, art. 263.

*Implementation of Agreement on Internal Trade*

Directive

**89.3** Notwithstanding subsections 85(1) to (1.2), the Governor in Council may give a directive pursuant to subsection 89(1) to any parent Crown corporation for the purpose of implementing any provision of the Agreement as that term is defined in section 2 of the *Agree-*

*Mise en œuvre de l'Accord sur le commerce intérieur*

Instructions

**89.3** Malgré les paragraphes 85(1) à (1.2), le gouverneur en conseil peut, dans le cadre du paragraphe 89(1), donner à une société d'État mère des instructions destinées à la mise en œuvre des dispositions de l'Accord, au sens de l'article 2 de la *Loi de mise en œuvre de l'Ac-*

*ment on Internal Trade Implementation Act* that pertains to that Crown corporation.

1996, c. 17, s. 16; 2006, c. 9, s. 264.

### *Implementation of Canada-Chile Free Trade Agreement*

Directive

**89.4** (1) Notwithstanding subsections 85(1) to (1.2), the Governor in Council may give a directive under subsection 89(1) to any parent Crown corporation for the purpose of implementing any provision of the Canada-Chile Free Trade Agreement that pertains to that Crown corporation.

Regulations

(2) The Governor in Council may, on the recommendation of the Treasury Board and the appropriate Minister made at the request of a Crown corporation, make such regulations in relation to that corporation as the Governor in Council considers necessary for the purpose of implementing any provision of the Canada-Chile Free Trade Agreement that pertains to that corporation.

Definition of "Canada-Chile Free Trade Agreement"

(3) In subsections (1) and (2), "Canada-Chile Free Trade Agreement" has the meaning given to the word "Agreement" by subsection 2(1) of the *Canada-Chile Free Trade Agreement Implementation Act*.

1997, c. 14, s. 79; 2006, c. 9, s. 265.

### *Implementation of Canada–Colombia Free Trade Agreement*

Directive

**89.41** (1) Notwithstanding subsections 85(1) to (1.2), the Governor in Council may give a directive under subsection 89(1) to any parent Crown corporation for the purpose of implementing any provision of the Canada–Colombia Free Trade Agreement that pertains to that Crown corporation.

Regulations

(2) The Governor in Council may, on the recommendation of the Treasury Board and the appropriate Minister made at the request of a Crown corporation, make any regulations in relation to that corporation that the Governor in Council considers necessary for the purpose of implementing any provision of the Canada–Colombia Free Trade Agreement that pertains to that corporation.

*cord sur le commerce intérieur*, qui la concernent.

1996, ch. 17, art. 16; 2006, ch. 9, art. 264.

### *Mise en œuvre de l'Accord de libre-échange Canada — Chili*

Instructions

**89.4** (1) Malgré les paragraphes 85(1) à (1.2), le gouverneur en conseil peut, dans le cadre du paragraphe 89(1), donner à une société d'État mère des instructions destinées à la mise en œuvre des dispositions de l'Accord de libre-échange Canada — Chili qui la concernent.

Règlements

(2) Le gouverneur en conseil peut, sur recommandation du Conseil du Trésor et du ministre de tutelle faite à la demande d'une société d'État, prendre au sujet de celle-ci les règlements qu'il estime nécessaires à la mise en œuvre des dispositions de l'Accord de libre-échange Canada — Chili qui la concernent.

Définition de « Accord de libre-échange Canada — Chili »

(3) Pour l'application des paragraphes (1) et (2), « Accord de libre-échange Canada — Chili » s'entend de l'Accord au sens du paragraphe 2(1) de la *Loi de mise en œuvre de l'Accord de libre-échange Canada — Chili*.

1997, ch. 14, art. 79; 2006, ch. 9, art. 265.

### *Mise en œuvre de l'Accord de libre-échange Canada-Colombie*

Instructions

**89.41** (1) Malgré les paragraphes 85(1) à (1.2), le gouverneur en conseil peut, dans le cadre du paragraphe 89(1), donner à une société d'État mère des instructions destinées à la mise en œuvre des dispositions de l'Accord de libre-échange Canada-Colombie qui la concernent.

Règlements

(2) Le gouverneur en conseil peut, sur recommandation du Conseil du Trésor et du ministre de tutelle faite à la demande d'une société d'État, prendre au sujet de celle-ci les règlements qu'il estime nécessaires à la mise en œuvre des dispositions de l'Accord de libre-échange Canada-Colombie qui la concernent.

Definition of "Canada–Colombia Free Trade Agreement"

(3) In subsections (1) and (2), "Canada–Colombia Free Trade Agreement" has the same meaning as "Agreement" in section 2 of the *Canada–Colombia Free Trade Agreement Implementation Act*.

2010, c. 4, s. 47.

Définition de « Accord de libre-échange Canada-Colombie »

(3) Aux paragraphes (1) et (2), «Accord de libre-échange Canada-Colombie» s'entend de l'Accord au sens de l'article 2 de la *Loi de mise en œuvre de l'Accord de libre-échange Canada-Colombie*.

2010, ch. 4, art. 47.

*Implementation of Canada — Costa Rica Free Trade Agreement*

*Mise en œuvre de l'Accord de libre-échange Canada—Costa Rica*

Directive

**89.5** (1) Notwithstanding subsections 85(1) to (1.2), the Governor in Council may give a directive under subsection 89(1) to any parent Crown corporation for the purpose of implementing any provision of the Canada — Costa Rica Free Trade Agreement that pertains to that Crown corporation.

Instructions

**89.5** (1) Malgré les paragraphes 85(1) à (1.2), le gouverneur en conseil peut, dans le cadre du paragraphe 89(1), donner à une société d'État mère des instructions destinées à la mise en œuvre des dispositions de l'Accord de libre-échange Canada — Costa Rica qui la concernent.

Regulations

(2) The Governor in Council may, on the recommendation of the Treasury Board and the appropriate Minister made at the request of a Crown corporation, make such regulations in relation to that corporation as the Governor in Council considers necessary for the purpose of implementing any provision of the Canada — Costa Rica Free Trade Agreement that pertains to that corporation.

Règlements

(2) Le gouverneur en conseil peut, sur recommandation du Conseil du Trésor et du ministre de tutelle faite à la demande d'une société d'État, prendre au sujet de celle-ci les règlements qu'il estime nécessaires à la mise en œuvre des dispositions de l'Accord de libre-échange Canada — Costa Rica qui la concernent.

Definition of "Canada — Costa Rica Free Trade Agreement"

(3) In subsections (1) and (2), "Canada — Costa Rica Free Trade Agreement" has the meaning given to the word "Agreement" by subsection 2(1) of the *Canada — Costa Rica Free Trade Agreement Implementation Act*.

2001, c. 28, s. 51; 2006, c. 9, s. 266.

Définition de « Accord de libre-échange Canada — Costa Rica »

(3) Pour l'application des paragraphes (1) et (2), «Accord de libre-échange Canada — Costa Rica» s'entend de l'Accord au sens du paragraphe 2(1) de la *Loi de mise en œuvre de l'Accord de libre-échange Canada — Costa Rica*.

2001, ch. 28, art. 51; 2006, ch. 9, art. 266.

*Implementation of Canada–Peru Free Trade Agreement*

*Mise en œuvre de l'Accord de libre-échange Canada-Pérou*

Directive

**89.6** (1) Notwithstanding subsections 85(1) to (1.2), the Governor in Council may give a directive under subsection 89(1) to any parent Crown corporation for the purpose of implementing any provision of the Canada–Peru Free Trade Agreement that pertains to that Crown corporation.

Instructions

**89.6** (1) Malgré les paragraphes 85(1) à (1.2), le gouverneur en conseil peut, dans le cadre du paragraphe 89(1), donner à une société d'État mère des instructions destinées à la mise en œuvre des dispositions de l'Accord de libre-échange Canada-Pérou qui la concernent.

Regulations

(2) The Governor in Council may, on the recommendation of the Treasury Board and the appropriate Minister made at the request of a Crown corporation, make any regulations in relation to that corporation that the Governor in Council considers necessary for the purpose of implementing any provision of the Canada–Peru Free Trade Agreement that pertains to that corporation.

Règlements

(2) Le gouverneur en conseil peut, sur recommandation du Conseil du Trésor et du ministre de tutelle faite à la demande d'une société d'État, prendre au sujet de celle-ci les règlements qu'il estime nécessaires à la mise en œuvre des dispositions de l'Accord de libre-échange Canada-Pérou qui la concernent.

Definition of "Canada–Peru Free Trade Agreement"

(3) In subsections (1) and (2), "Canada–Peru Free Trade Agreement" has the same meaning as "Agreement" in section 2 of the *Canada–Peru Free Trade Agreement Implementation Act*.

2009, c. 16, s. 55.

*Restricted Transactions*

Transactions requiring Parliamentary authorization

**90.** (1) No person shall, unless authorized by an Act of Parliament,

(*a*) procure the incorporation of a corporation any shares of which, on incorporation, would be held by, on behalf of or in trust for the Crown;

(*b*) acquire shares of a corporation that, on acquisition, would be held by, on behalf of or in trust for the Crown;

(*c*) apply for articles that would add to or otherwise make a material change in the objects or purposes for which a parent Crown corporation is incorporated, or the restrictions on the businesses or activities that a parent Crown corporation may carry on, as set out in its articles;

(*d*) sell or otherwise dispose of any shares of a parent Crown corporation; or

(*e*) procure the dissolution or amalgamation of a parent Crown corporation.

Idem

(2) No parent Crown corporation shall, unless authorized by an Act of Parliament, sell or otherwise dispose of all or substantially all of the assets of the corporation.

Idem

(3) Subject to subsection (2), no corporation, or corporations, in a related group shall, unless authorized by an Act of Parliament, sell or otherwise dispose of any of the assets of the corporation or corporations, if the assets to be sold or otherwise disposed of constitute all or substantially all of the total assets of the group.

Holding by agent corporations

(4) For the purposes of paragraphs (1)(*a*) and (*b*), shares held by a corporation that is an agent of the Crown

(*a*) are deemed not to be held by or on behalf of the Crown; and

(*b*) are not by reason of that fact alone shares held in trust for the Crown.

Définition de « Accord de libre-échange Canada-Pérou »

(3) Aux paragraphes (1) et (2), « Accord de libre-échange Canada-Pérou » s'entend de l'Accord au sens de l'article 2 de la *Loi de mise en œuvre de l'Accord de libre-échange Canada-Pérou*.

2009, ch. 16, art. 55.

*Restrictions*

Opérations nécessitant une autorisation parlementaire

**90.** (1) Sauf autorisation donnée par une loi fédérale, il est interdit :

*a*) de constituer une personne morale dont une action au moins, lors de la constitution, serait détenue par Sa Majesté, en son nom ou en fiducie pour elle;

*b*) d'acquérir des actions d'une personne morale qui, lors de l'acquisition, seraient détenues par Sa Majesté, en son nom ou en fiducie pour elle;

*c*) de demander des statuts qui apporteraient une adjonction ou une modification importante aux buts pour lesquels une société d'État mère a été constituée ou aux restrictions à l'égard des activités qu'elle peut exercer, tels qu'ils figurent dans ses statuts;

*d*) de vendre ou, d'une façon générale, de céder des actions d'une société d'État mère;

*e*) de dissoudre ou fusionner une société d'État mère.

Idem

(2) Sauf autorisation donnée par une loi fédérale, les sociétés d'État mères ne peuvent vendre ou, d'une façon générale, céder la totalité ou la quasi-totalité de leurs actifs.

Idem

(3) Sauf autorisation donnée par une loi fédérale et sous réserve du paragraphe (2), les personnes morales d'un groupement lié ne peuvent vendre ou, d'une façon générale, céder les parties de leurs actifs qui représentent la totalité ou la quasi-totalité des actifs du groupement.

Détention : sociétés mandataires

(4) Pour l'application des alinéas (1)*a*) et *b*), les actions d'une société mandataire :

*a*) sont réputées ne pas être détenues par Sa Majesté ou en son nom;

*b*) ne sont pas, de ce seul fait, des actions détenues en fiducie pour Sa Majesté.

Interpretation

(5) For the purposes of this section and sections 91 to 94,

(*a*) a reference to an acquisition or a sale or other disposal includes an acquisition or a sale or other disposal

(i) that is between agent corporations or between the Crown and an agent corporation, or

(ii) that occurs as a result of more than one related transaction or event;

(*b*) a reference to the assets of a corporation or corporations includes shares of another corporation held by, on behalf of or in trust for the corporation or corporations;

(*c*) “person” includes an agent of the Crown;

(*d*) “related group” means a group of corporations consisting of a parent Crown corporation and all of its wholly-owned subsidiaries; and

(*e*) “shares” includes any conversion or exchange privilege, option or right to acquire shares.

R.S., 1985, c. F-11, s. 90; 1991, c. 24, s. 50(F).

Règles d’interprétation

(5) Pour l’application du présent article et des articles 91 à 94 :

*a*) la mention d’une acquisition, d’une vente ou d’une autre forme de cession vise aussi celles qui sont conclues :

(i) soit entre des sociétés mandataires ou entre Sa Majesté et une société mandataire,

(ii) soit à la suite d’une chaîne d’actes ou d’opérations;

*b*) un renvoi aux actifs d’une ou plusieurs personnes morales vise aussi les actions d’une autre personne morale qu’elles détiennent ou qui sont détenues en leur nom ou en fiducie pour elles;

*c*) un mandataire de Sa Majesté est assimilé à une personne;

*d*) un groupement lié est l’ensemble d’une société d’État mère et de ses filiales à cent pour cent;

*e*) sont assimilés aux actions les privilèges de conversion ou d’échange et les options ou droits d’achat d’actions.

L.R. (1985), ch. F-11, art. 90; 1991, ch. 24, art. 50(F).

Transactions requiring Governor in Council authorization

**91.** (1) Subject to section 90, no parent Crown corporation or wholly-owned subsidiary of a parent Crown corporation shall, unless authorized by the Governor in Council,

(*a*) procure the incorporation of a corporation any shares of which, on incorporation, would be held by, on behalf of or in trust for the corporation or subsidiary;

(*b*) acquire shares of a corporation that, on acquisition, would be held by, on behalf of or in trust for the corporation or subsidiary;

(*c*) acquire all or substantially all of the assets of another corporation;

(*d*) sell or otherwise dispose of any shares of a wholly-owned subsidiary of the corporation; or

(*e*) procure the dissolution or amalgamation of a wholly-owned subsidiary of the corporation.

Opérations nécessitant l’autorisation du gouverneur en conseil

**91.** (1) Sauf autorisation du gouverneur en conseil et sous réserve de l’article 90, aucune société d’État mère ou aucune de ses filiales à cent pour cent ne peut :

*a*) constituer une personne morale dont une action au moins, lors de la constitution, serait détenue par elle, en son nom ou en fiducie pour elle;

*b*) acquérir des actions d’une personne morale qui, lors de l’acquisition, seraient détenues par elle, en son nom ou en fiducie pour elle;

*c*) acquérir la totalité ou la quasi-totalité des actifs d’une autre personne morale;

*d*) vendre ou, d’une façon générale, céder des actions d’une de ses filiales à cent pour cent;

*e*) dissoudre ou fusionner une de ses filiales à cent pour cent.

Idem

(2) Subject to section 90 and subsection (3), no corporation, or corporations, in a related group shall, unless authorized by the Governor

Idem

(2) Sauf autorisation du gouverneur en conseil et sous réserve de l’article 90 et du paragraphe (3), les personnes morales d’un grou-

in Council, sell or otherwise dispose of any of the assets of the corporation or corporations used in any major business or activity of the corporation or corporations, if the assets to be sold or otherwise disposed of constitute all or substantially all of the total assets of the group used in that major business or activity.

Idem

(3) Subject to section 90, no wholly-owned subsidiary shall, unless authorized by the Governor in Council,

(*a*) sell or otherwise dispose of any shares of the subsidiary; or

(*b*) sell or otherwise dispose of all or substantially all of the assets of the subsidiary.

Idem

(4) Subject to section 90, no person shall, unless authorized by the Governor in Council, apply for articles in respect of a parent Crown corporation.

Inclusion in corporate plan

(5) Where a parent Crown corporation sets out the details of a proposed transaction in a corporate plan submitted pursuant to section 122, the Governor in Council, in addition to approving the plan under that section, may authorize a person to undertake the transaction for the purposes of this section.

Power to execute transaction required

(6) No person shall be authorized under this section to undertake a transaction unless the Governor in Council is satisfied that the person is otherwise empowered to undertake the transaction.

Terms and conditions

(7) The Governor in Council may, in any authorization under this section, specify such terms and conditions as the Governor in Council deems appropriate and may make the authorization either one of general application or in respect of any specified transaction or transactions.

R.S., 1985, c. F-11, s. 91; 1991, c. 24, ss. 25, 50(F).

Exceptions

**92.** (1) Sections 90 and 91 do not apply in respect of

(*a*) the acquisition of shares or assets by way of security only, or the sale or other disposal of shares or assets held by way of security only;

(*b*) the acquisition or the sale or other disposal of shares or assets in the ordinary course of a business of providing financial assistance;

pement lié ne peuvent vendre ou, d'une façon générale, céder les actifs qu'elles affectent à leurs activités principales si ces actifs représentent la totalité ou la quasi-totalité de ceux du groupement affectés à ces activités.

Idem

(3) Sauf autorisation du gouverneur en conseil et sous réserve de l'article 90, aucune filiale à cent pour cent ne peut :

*a*) vendre ou, d'une façon générale, céder ses actions;

*b*) vendre ou, d'une façon générale, céder la totalité ou la quasi-totalité de ses actifs.

Idem

(4) Sauf autorisation du gouverneur en conseil et sous réserve de l'article 90, il est interdit de demander des statuts à l'égard d'une société d'État mère.

Projet du plan d'entreprise

(5) Le gouverneur en conseil peut, en cas d'approbation du plan d'entreprise établi par une société d'État mère conformément à l'article 122, autoriser une personne déterminée à réaliser, pour l'application du présent article, tel projet d'opération dont le plan fait état.

Vérification des pouvoirs

(6) Le gouverneur en conseil ne peut donner l'autorisation visée au présent article que s'il est convaincu que la personne ainsi autorisée dispose par ailleurs du pouvoir de réaliser l'opération en cause.

Conditions

(7) Le gouverneur en conseil peut assortir les autorisations visées au présent article des conditions qu'il estime indiquées; ces autorisations peuvent être d'application générale ou viser des opérations particulières.

L.R. (1985), ch. F-11, art. 91; 1991, ch. 24, art. 25 et 50(F).

Exceptions

**92.** (1) Les articles 90 et 91 ne s'appliquent pas :

*a*) à l'acquisition d'actions ou d'actifs à titre de garantie seulement, ou à la vente ou autre forme de cession d'actions ou d'actifs détenus à ce titre;

*b*) à l'acquisition, à la vente ou autre forme de cession d'actions ou d'actifs dans le cadre d'une activité normale d'assistance financière;

(*c*) the acquisition or the sale or other disposal of shares or assets, if the acquisition, sale or disposal involves only

(i) a parent Crown corporation and one or more wholly-owned subsidiaries of the corporation, or

(ii) two or more wholly-owned subsidiaries

and is made as part of a *bona fide* reorganization of the parent Crown corporation or wholly-owned subsidiaries;

(*d*) the acquisition of shares by way of the exercise of any conversion or exchange privilege, option or right to acquire shares, if that privilege, option or right was acquired in accordance with section 90 or 91, as the case may be;

(*e*) the acquisition of shares of a parent Crown corporation by the corporation; or

(*f*) the acquisition of shares of a wholly-owned subsidiary by the subsidiary, the parent Crown corporation that wholly owns the subsidiary or any other wholly-owned subsidiary of that parent Crown corporation.

*c*) à l'acquisition, à la vente ou autre forme de cession d'actions ou d'actifs, si ces opérations sont effectuées, dans le cadre d'une réorganisation de bonne foi d'une société d'État mère ou de filiales à cent pour cent, entre :

(i) cette société et une ou plusieurs de ses filiales à cent pour cent,

(ii) des filiales à cent pour cent;

*d*) à l'acquisition d'actions par l'exercice d'un privilège de conversion ou d'échange, d'une option ou d'un droit d'acquisition d'actions, si l'acquisition du privilège, de l'option ou du droit s'est faite en conformité avec l'article 90 ou 91;

*e*) à l'acquisition par une société d'État mère de ses propres actions;

*f*) à l'acquisition par une filiale à cent pour cent de ses propres actions ou à l'acquisition de celles-ci par la société d'État mère qui la détient à cent pour cent ou par une autre filiale à cent pour cent de la société d'État mère.

Exception

(1.1) Paragraphs 90(1)(*b*) and 91(1)(*b*) do not apply in respect of the nomination or appointment of a person to the board of directors or membership of a corporation, except where

(*a*) a majority of the directors or members are nominated or appointed by or on behalf of the Crown or by directors or members who were nominated or appointed by or on behalf of the Crown; or

(*b*) the Crown would otherwise obtain control of the corporation.

Exception

(1.1) Les alinéas 90(1)*b*) et 91(1)*b*) ne s'appliquent aux propositions de candidature ou aux nominations au sein d'une personne morale ou de son conseil d'administration que dans les cas suivants :

*a*) la majorité des personnes proposées ou nommées l'ont été par Sa Majesté ou pour son compte ou par des personnes elles-mêmes ainsi proposées ou nommées;

*b*) Sa Majesté détiendrait par ailleurs le contrôle de la personne morale.

Regulations

(2) The Governor in Council may make regulations exempting a specified parent Crown corporation or wholly-owned subsidiary or a parent Crown corporation or wholly-owned subsidiary of a specified class from the application of section 91, either generally or in respect of any transaction of a specified class.

R.S., 1985, c. F-11, s. 92; 1991, c. 24, s. 26.

Règlements

(2) Le gouverneur en conseil peut, par règlement, exempter une société d'État mère ou filiale à cent pour cent en particulier ou une société d'État mère ou filiale à cent pour cent qui fait partie d'une catégorie particulière de l'application de l'article 91, soit d'une façon générale, soit à l'égard de certaines opérations qui font partie d'une catégorie particulière.

L.R. (1985), ch. F-11, art. 92; 1991, ch. 24, art. 26.

Notification

**93.** (1) Where a person undertakes a transaction referred to in section 90 or 91, that person shall notify the prescribed person in accordance with the regulations.

Avis

**93.** (1) La personne qui se propose de réaliser une opération visée aux articles 90 ou 91 avise, en conformité avec les règlements, la personne que ceux-ci désignent.

Regulations

(2) For the purposes of subsection (1), the Governor in Council may make regulations prescribing the person to be notified and the time within which and manner in which that person is to be notified.

1984, c. 31, s. 11.

Dissolution

**94.** (1) Notwithstanding section 90, where a parent Crown corporation is not named in Schedule III within a period of sixty days after its incorporation or acquisition, the directors and shareholders of the corporation shall forthwith after the expiration of that period take all steps necessary to dissolve the corporation.

Dissolution or sale

(2) Notwithstanding section 91, the Governor in Council may direct that

(*a*) any wholly-owned subsidiary incorporated contrary to section 91 be dissolved or otherwise disposed of,

(*b*) any shares of a corporation acquired contrary to section 91 be sold or otherwise disposed of,

(*c*) any change effected by articles contrary to section 91 be reversed, or

(*d*) any assets acquired contrary to section 91 be sold or otherwise disposed of,

and the directors and shareholders of the corporation in respect of which the direction is given shall forthwith take all steps necessary to comply with the direction.

R.S., 1985, c. F-11, s. 94; 1991, c. 24, s. 27.

No inconsistent business or activity

**95.** (1) No parent Crown corporation or wholly-owned subsidiary of a parent Crown corporation shall carry on any business or activity that is not consistent with the objects or purposes for which the parent Crown corporation is incorporated, or the restrictions on the businesses or activities that it may carry on, as set out in its charter.

Savings

(2) Subsection (1) shall not be construed as prohibiting or restricting a parent Crown corporation or wholly-owned subsidiary from continuing to carry on any business or activity that it carried on immediately before September 1, 1984.

1984, c. 31, s. 11.

Règlements

(2) Pour l'application du paragraphe (1), le gouverneur en conseil peut prendre des règlements désignant la personne qui doit recevoir l'avis, de même que les délais dans lesquels celui-ci doit être donné et la façon de le faire.

1984, ch. 31, art. 11.

Dissolution

**94.** (1) Par dérogation à l'article 90, les administrateurs et les actionnaires d'une société d'État mère qui n'est pas inscrite à l'annexe III dans les soixante jours suivant sa constitution ou son acquisition prennent, dès l'expiration de ce délai, les mesures nécessaires pour la dissoudre.

Dissolution ou vente

(2) Par dérogation à l'article 91, le gouverneur en conseil peut ordonner :

*a*) la dissolution ou autre forme de liquidation d'une filiale à cent pour cent constituée contrairement à l'article 91;

*b*) la vente ou autre forme de cession des actions d'une personne morale acquises contrairement à l'article 91;

*c*) l'annulation de toute modification apportée aux statuts contrairement à l'article 91;

*d*) la vente ou autre forme de cession des actifs acquis contrairement à l'article 91.

Les administrateurs et les actionnaires de la personne morale visée par les instructions prennent immédiatement les mesures nécessaires pour s'y conformer.

L.R. (1985), ch. F-11, art. 94; 1991, ch. 24, art. 27.

Restrictions quant aux activités

**95.** (1) Il est interdit à toute société d'État mère et à ses filiales à cent pour cent d'exercer une activité incompatible avec les buts pour lesquels la société a été constituée ou les restrictions imposées aux activités qu'elle peut exercer, tels qu'ils figurent dans son acte constitutif.

Exception

(2) Le paragraphe (1) ne porte pas atteinte à la possibilité pour une société d'État mère ou une filiale à cent pour cent de poursuivre des activités qu'elle exerçait jusqu'au 1er septembre 1984.

1984, ch. 31, art. 11.

*Crown Agency Status*

Exercise of powers

**96.** An agent corporation may exercise its powers only as an agent of the Crown.

1984, c. 31, s. 11.

Name in contracts

**97.** An agent corporation may enter into contracts in the name of the Crown or in the name of the corporation.

1984, c. 31, s. 11.

Legal proceedings

**98.** Actions, suits or other legal proceedings in respect of any right or obligation acquired or incurred by an agent corporation, whether in the name of the Crown or in the name of the corporation, may be brought or taken by or against the corporation in the name of the corporation in any court that would have jurisdiction if the corporation were not an agent of the Crown.

1984, c. 31, s. 11.

Property of the Crown

**99.** (1) Where the title to property is held in the name of an agent corporation, that property is the property of the Crown.

Disposal of property

(2) Subject to this section and sections 90, 91 and 130, an agent corporation may sell or otherwise dispose of or lease any property held by the corporation and may retain and use the proceeds of the disposal or lease, but only

(*a*) in accordance with the regulations; or

(*b*) on the authorization of the Governor in Council.

Exception

(3) Subsection (2) does not apply in respect of any sale or other disposal or lease of property by an agent corporation established by an Act of Parliament, if the corporation is specifically empowered by that Act or any other Act of Parliament

(*a*) to sell or otherwise dispose of or lease property; or

(*b*) to sell or otherwise dispose of or lease property for consideration not exceeding a specified amount and the sale or other disposal or lease of the property is for consideration equal to or less than the specified amount.

*Qualité de mandataire de Sa Majesté*

Exercice des pouvoirs

**96.** Une société mandataire ne peut exercer ses pouvoirs qu'à titre de mandataire de Sa Majesté.

1984, ch. 31, art. 11.

Contrats

**97.** Une société mandataire peut conclure des contrats au nom de Sa Majesté ou au sien.

1984, ch. 31, art. 11.

Action en justice

**98.** À l'égard des droits et obligations qu'elle assume au nom de Sa Majesté ou au sien, une société mandataire peut ester en justice sous son propre nom devant les tribunaux qui seraient compétents si elle n'était pas mandataire de Sa Majesté.

1984, ch. 31, art. 11.

Biens de Sa Majesté

**99.** (1) Les biens détenus par une société mandataire appartiennent à Sa Majesté même si les titres de propriété sont au nom de la société.

Cession

(2) Sous réserve des articles 90, 91 et 130, ainsi que des autres dispositions du présent article, une société mandataire ne peut vendre ou, d'une façon générale, céder des biens qu'elle détient, les louer ou conserver et utiliser le produit de la cession ou de la location que dans les cas suivants :

*a*) en conformité avec les règlements;

*b*) avec l'autorisation du gouverneur en conseil.

Exception

(3) Le paragraphe (2) ne s'applique pas à la vente ou autre forme de cession ou à la location de biens par une société mandataire constituée par une loi fédérale si, selon le cas :

*a*) la loi constitutive, ou une autre loi fédérale, autorise expressément cette société à y procéder;

*b*) cette société est expressément autorisée par la loi constitutive, ou une autre loi fédérale, à y procéder pour une contrepartie limitée à un plafond déterminé et ne dépasse pas ce plafond.

Regulations

(4) For the purposes of subsection (2), the Governor in Council may make regulations

(*a*) prescribing the terms and conditions on which an agent corporation may sell or otherwise dispose of or lease property;

(*b*) prescribing the circumstances in which an agent corporation may retain and use all or any part of the proceeds of any disposal or lease of property; and

(*c*) exempting a specified agent corporation or an agent corporation of a specified class from the application of paragraphs (2)(*a*) and (*b*), either generally or in respect of any specified property or any property of a specified class.

Règlements

(4) Pour l'application du paragraphe (2), le gouverneur en conseil peut, par règlement :

*a*) prévoir les conditions auxquelles une société mandataire peut vendre ou, d'une façon générale, céder des biens ou les louer;

*b*) prévoir les circonstances dans lesquelles une société mandataire peut conserver et utiliser, en tout ou en partie, le produit d'une cession ou d'une location;

*c*) exempter une société mandataire en particulier ou une société mandataire qui fait partie d'une catégorie particulière de l'application des alinéas (2)*a*) ou *b*), soit d'une façon générale, soit à l'égard de biens particuliers ou de biens qui font partie d'une catégorie particulière.

Terms and conditions

(5) The Governor in Council may, in any authorizing order under subsection (2), specify any terms and conditions that the Governor in Council considers appropriate, including terms and conditions respecting the retention and use of all or any part of the proceeds of the disposal or lease by the agent corporation.

Conditions

(5) Le gouverneur en conseil peut assortir le décret visé au paragraphe (2) des conditions qu'il estime indiquées, notamment en ce qui concerne la conservation et l'utilisation de tout ou partie du produit de la cession ou de la location.

Provision and Acts not applicable

(6) Section 61 of this Act, the *Surplus Crown Assets Act*, and the *Federal Real Property and Federal Immovables Act*, except paragraphs 16(1)(*g*) and (*h*) and (2)(*g*) and subsection 18(6), do not apply to an agent corporation.

R.S., 1985, c. F-11, s. 99; 1991, c. 24, s. 28, c. 50, s. 28; 2001, c. 4, s. 161; 2009, c. 2, s. 370.

Non-application de certaines dispositions législatives

(6) L'article 61 de la présente loi, la *Loi sur les biens de surplus de la Couronne* et la *Loi sur les immeubles fédéraux et les biens réels fédéraux*, sauf les alinéas 16(1)*g*) et *h*) et (2)*g*) et le paragraphe 18(6) de celle-ci, ne s'appliquent pas aux sociétés mandataires.

L.R. (1985), ch. F-11, art. 99; 1991, ch. 24, art. 28, ch. 50, art. 28; 2001, ch. 4, art. 161; 2009, ch. 2, art. 370.

Security interests

**100.** No agent corporation, for the purposes of securing payment of a debt or performance of an obligation, shall charge, mortgage, hypothecate, cede and transfer, pledge or otherwise create an interest in or charge on any real or personal property held by the corporation.

1984, c. 31, s. 11.

Sûretés

**100.** Une société mandataire ne peut, pour garantir le règlement de dettes ou l'exécution d'obligations, consentir une sûreté sur ses biens meubles ou immeubles, notamment par hypothèque, cession, transfert ou gage.

1984, ch. 31, art. 11.

Borrowing

**101.** No agent corporation shall borrow money otherwise than from the Crown, unless the corporation is both

(*a*) empowered by an Act of Parliament to so borrow money; and

(*b*) specifically authorized by any Act of Parliament, including an appropriation Act, to so borrow money.

1984, c. 31, s. 11.

Emprunt

**101.** Une société mandataire ne peut contracter d'emprunts auprès d'autres personnes que Sa Majesté que si les conditions suivantes sont réunies :

*a*) une loi fédérale lui en donne la capacité;

*b*) une loi fédérale, notamment une loi de crédits, l'y autorise expressément.

1984, ch. 31, art. 11.

*Third Parties*

Assertions

**102.** (1) A Crown corporation may not assert against a person dealing with the corporation or with any person who has acquired rights from the corporation that

(*a*) this Part or the regulations, the charter or by-laws of the corporation or any directive given to the corporation have not been complied with,

(*b*) a person held out by the corporation as a director, officer or agent of the corporation has not been duly appointed or has no authority to exercise the powers and perform the duties that are customary in the business or activity of the corporation or usual for such a director, officer or agent, or

(*c*) a document issued by any director, officer or agent of the corporation having apparent authority to issue the document is not valid or genuine by reason only that the director, officer or agent lacked actual authority to issue the document,

except where the person has knowledge that the facts asserted are true.

Certificate

(2) A certificate stating that

(*a*) any particular transaction has been authorized by the Governor in Council pursuant to section 91 or 99, has or has not been directed by the Governor in Council pursuant to section 94 or has been approved by the Minister of Finance pursuant to subsection 127(3),

(*b*) any particular transaction is consistent with a corporate plan or any amendment thereto approved pursuant to section 122, or

(*c*) any particular capital expenditure or commitment to make a capital expenditure is included in a capital budget, an item in a capital budget or an amendment to a capital budget that has been approved pursuant to section 124

and that is signed by the chairperson or chief executive officer of a Crown corporation is sufficient confirmation of the statement to any person, except where the person has knowledge to the contrary.

*Tiers*

Opposabilité interdite

**102.** (1) Une société d'État ne peut opposer à des personnes qui traitent avec elle ou avec ses ayants droit — sauf si elles ont connaissance de la réalité — le fait que :

*a*) la présente partie ou les règlements de celle-ci, son acte constitutif, ses règlements administratifs ou les instructions qui lui ont été données n'ont pas été observés;

*b*) la personne qu'elle a présentée comme l'un de ses administrateurs, dirigeants ou mandataires n'a pas été régulièrement nommée ou n'a pas l'autorité nécessaire pour exercer les pouvoirs et les fonctions découlant normalement soit du poste, soit de son activité;

*c*) un document délivré par un de ses administrateurs, dirigeants ou mandataires apparemment autorisé à ce faire n'est pas valide ou authentique pour le seul motif que l'intéressé manquait du pouvoir nécessaire.

Certificat

(2) Peut être opposé à quiconque — sauf si l'intéressé a connaissance de la réalité — le certificat signé par le président ou le premier dirigeant de la société et où il est déclaré :

*a*) soit qu'une opération particulière a été autorisée par le gouverneur en conseil en conformité avec les articles 91 ou 99, ou a ou n'a pas été ordonnée par le gouverneur en conseil en conformité avec l'article 94 ou a été approuvée par le ministre des Finances en conformité avec le paragraphe 127(3);

*b*) soit qu'une opération particulière est compatible avec le plan, original ou modifié, approuvé en conformité avec l'article 122;

*c*) soit qu'une dépense d'investissement en particulier ou un engagement de dépense d'investissement est inclus dans un budget d'investissement, modifié ou non, ou dans un poste de budget d'investissement, approuvé en conformité avec l'article 124.

Absence of authorization, direction or approval

(3) The absence of any authorization, direction or approval referred to in subsection (2) does not affect any right or remedy otherwise available to any person, except where the person knows of such absence.

Invalidity

(4) No action of a Crown corporation, including a transfer of property, is invalid by reason only that the corporation was without the capacity or power to so act.

No constructive notice

(5) No person dealing with a Crown corporation or with any person who has acquired rights from a Crown corporation shall be deemed to have notice or knowledge of the contents of a document, other than an Act of Parliament or any instrument required to be published in the *Canada Gazette* pursuant to the *Statutory Instruments Act*, concerning the corporation by reason only that the document has been made public.

R.S., 1985, c. F-11, s. 102; 2005, c. 30, s. 133(E).

Absence d'autorisation

(3) Sauf s'ils ont connaissance de la réalité, l'absence de l'autorisation, de l'ordre ou de l'approbation visés au paragraphe (2) ne porte pas atteinte aux droits ou recours des tiers.

Nullité

(4) Les actes accomplis par les sociétés d'État, même les transferts de propriété, ne sont pas nuls du seul fait qu'elles n'en avaient pas la capacité.

Règle d'interprétation

(5) Les personnes qui traitent avec une société d'État ou ses ayants droit ne sont pas présumées avoir connaissance du contenu d'un document concernant la société, sauf une loi fédérale ou un texte qui doit être publié dans la *Gazette du Canada* en conformité avec la *Loi sur les textes réglementaires*, du seul fait que ce document a été rendu public.

L.R. (1985), ch. F-11, art. 102; 2005, ch. 30, art. 133(A).

### *Application*

Provision not applicable

**103.** Section 268 of the *Canada Business Corporations Act* does not apply to a parent Crown corporation.

R.S., 1985, c. F-11, s. 103; 1994, c. 24, s. 34(F).

Act not applicable

**104.** The *Canada Corporations Act*, chapter C-32 of the Revised Statutes of Canada, 1970, does not apply to a parent Crown corporation.

1984, c. 31, s. 11.

### *Exception*

Non-application

**103.** L'article 268 de la *Loi canadienne sur les sociétés par actions* ne s'applique pas aux sociétés d'État mères.

L.R. (1985), ch. F-11, art. 103; 1994, ch. 24, art. 34(F).

Idem

**104.** La *Loi sur les corporations canadiennes*, chapitre C-32 des Statuts revisés du Canada de 1970, ne s'applique pas aux sociétés d'État mères.

1984, ch. 31, art. 11.

## DIVISION II

## DIRECTORS AND OFFICERS

### *Interpretation*

Definition of "officer-director"

**104.1** In this Division, "officer-director", in respect of a parent Crown corporation, means the chairperson and the chief executive officer of the corporation, by whatever name called.

1991, c. 24, s. 29; 2004, c. 16, s. 7.

## SECTION II

## ADMINISTRATEURS ET DIRIGEANTS

### *Définition*

Définition de « administrateurs-dirigeants »

**104.1** Dans la présente section, «administrateurs-dirigeants» s'entend du président et du premier dirigeant, indépendamment de leur titre, d'une société d'État mère.

1991, ch. 24, art. 29; 2004, ch. 16, art. 7.

### *Appointment*

Appointment of directors

**105.** (1) Each director, other than an officer-director, of a parent Crown corporation shall be appointed by the appropriate Minister, with the approval of the Governor in Council, to hold office during pleasure for a term not exceeding four years that will ensure, as far as possible, the expiration in any one year of the

### *Nomination*

Nomination des administrateurs

**105.** (1) À l'exception des administrateurs-dirigeants, les administrateurs d'une société d'État mère sont nommés à titre amovible par le ministre de tutelle, avec l'approbation du gouverneur en conseil, pour des mandats respectifs de quatre ans au maximum, ces mandats étant, dans la mesure du possible, échelonnés

terms of office of not more than one half of the directors of the corporation.

Officer or employee not to be director

(2) No officer or employee of a Crown corporation or any of its affiliates, other than the chief executive officer of a parent Crown corporation, shall be a director of the parent Crown corporation.

Transitional provision

(2.1) Any officer or employee of a Crown corporation or any of its affiliates, other than the chief executive officer of a parent Crown corporation, who was a director of the parent Crown corporation immediately before the day on which this subsection comes into force may continue as a director of that corporation for six months after that day or, if it is shorter, the remainder of his or her term.

Re-appointment

(3) A director of a parent Crown corporation is eligible for re-appointment on the expiration of his term of office.

Continuation in office

(4) Despite subsection (1), if a director of a parent Crown corporation is not appointed to take office on the expiration of the term of an incumbent director, other than an officer-director, the incumbent director continues in office until his or her successor is appointed.

Appointment of officer-directors

(5) Each officer-director of a parent Crown corporation shall be appointed by the Governor in Council to hold office during pleasure for such term as the Governor in Council considers appropriate.

Consultation

(6) Before an officer-director of a parent Crown corporation is appointed, the appropriate Minister shall consult the board of directors of the corporation with respect to the appointment.

Appointment of subordinate officers

(7) Subject to any other Act of Parliament that was in force on September 1, 1984, the board of directors of a parent Crown corporation is responsible for the appointment of officers of the corporation, other than officer-directors.

Qualifications preserved

(8) Nothing in this section is to be construed as empowering the appointment or re-appointment as a director or officer-director of a parent Crown corporation, or the continuation in office as a director of a parent Crown corporation, of any person who does not meet any qualifications for the appointment, re-appoint-

de manière que leur expiration au cours d'une même année touche au plus la moitié des administrateurs.

Cumul

(2) Les dirigeants et les salariés d'une société d'État ou d'une personne morale de son groupe ne peuvent être des administrateurs d'une société d'État mère, exception faite du premier dirigeant de celle-ci.

Disposition transitoire

(2.1) Le dirigeant ou le salarié d'une société d'État ou d'une personne morale de son groupe, exception faite du premier dirigeant de la société d'État mère, qui était administrateur de celle-ci à l'entrée en vigueur du présent paragraphe peut continuer à exercer ses fonctions jusqu'à l'expiration d'un délai de six mois après cette date ou, s'il expire avant ce délai, jusqu'à l'expiration de son mandat.

Renouvellement

(3) Le mandat des administrateurs d'une société d'État mère est renouvelable.

Prolongation du mandat

(4) Malgré le paragraphe (1), s'il n'est pas pourvu à leur succession, le mandat des administrateurs d'une société d'État mère, autres que les administrateurs-dirigeants, se prolonge jusqu'à la nomination de leur remplaçant.

Nomination des administrateurs-dirigeants

(5) Les administrateurs-dirigeants d'une société d'État mère sont nommés à titre amovible par le gouverneur en conseil pour le mandat que celui-ci estime indiqué.

Consultation

(6) Le ministre de tutelle consulte le conseil d'administration d'une société d'État mère avant que ses administrateurs-dirigeants ne soient nommés.

Nomination des autres dirigeants

(7) Sous réserve des autres lois fédérales en vigueur le 1er septembre 1984, le conseil d'administration d'une société d'État mère est chargé de la nomination des dirigeants autres que les administrateurs-dirigeants.

Conditions d'aptitude

(8) Le présent article n'a pas pour effet de permettre la nomination ou le renouvellement à titre d'administrateur ou d'administrateur-dirigeant d'une société d'État mère, ni la poursuite du mandat d'administrateur d'une société d'État mère, de personnes qui ne satisfont pas

ment or continuation established by any other Act of Parliament.

Exception

(9) This section does not apply to an *ex officio* director or officer-director of a parent Crown corporation.

(10) [Repealed, 1991, c. 24, s. 30]

R.S., 1985, c. F-11, s. 105; R.S., 1985, c. 1 (4th Supp.), s. 44(E); 1991, c. 24, s. 30; 2004, c. 16, s. 8; 2006, c. 9, s. 267; 2009, c. 2, s. 371.

Validity of acts

**106.** An act of a director, chairperson, chief executive officer or other officer of a parent Crown corporation is not invalid by reason only of an irregularity in his appointment or a defect in his qualifications.

R.S., 1985, c. F-11, s. 106; 2005, c. 30, s. 133(E).

*Resignation*

Resignation

**107.** (1) A resignation of a director, chairperson or chief executive officer of a parent Crown corporation becomes effective at the time the corporation receives a written resignation from him or at the time specified in the resignation, whichever is later.

Copy of resignation

(2) A parent Crown corporation shall send a copy of the resignation to the Clerk of the Privy Council within fifteen days after the parent Crown corporation receives it.

R.S., 1985, c. F-11, s. 107; 1991, c. 24, s. 31; 2005, c. 30, s. 133(E).

*Remuneration*

Remuneration

**108.** (1) The rate of any remuneration paid to a director, chairperson or chief executive officer of a parent Crown corporation for his services in respect of that office and, in the case of a chairperson or chief executive officer, any other office of the corporation or an affiliate thereof shall be fixed by the Governor in Council.

Other benefits

(2) Any benefits, other than remuneration, provided to a director, chairperson or chief executive officer of a parent Crown corporation for his services in respect of that office and, in the case of a chairperson or chief executive officer, any other office of the corporation or an affiliate thereof shall be fixed by the board of directors of the corporation in accordance with the regulations.

aux conditions d'aptitude correspondantes prévues par une autre loi fédérale.

Exception

(9) Le présent article ne s'applique pas aux administrateurs ou aux administrateurs-dirigeants de droit d'une société d'État mère.

(10) [Abrogé, 1991, ch. 24, art. 30]

L.R. (1985), ch. F-11, art. 105; L.R. (1985), ch. 1 (4e suppl.), art. 44(A); 1991, ch. 24, art. 30; 2004, ch. 16, art. 8; 2006, ch. 9, art. 267; 2009, ch. 2, art. 371.

Validité

**106.** Une irrégularité dans leur nomination ou le fait qu'ils ne satisfont pas à toutes les conditions d'aptitude ne porte pas en soi atteinte à la validité des actes d'un administrateur, du président, du premier dirigeant ou d'un autre dirigeant d'une société d'État mère.

L.R. (1985), ch. F-11, art. 106; 2005, ch. 30, art. 133(A).

*Démission*

Date de prise d'effet

**107.** (1) La démission d'un administrateur, du président ou du premier dirigeant d'une société d'État mère prend effet au moment où la société en reçoit un avis écrit ou, si elle est ultérieure, à la date que précise l'avis.

Double de la démission

(2) Dans les quinze jours suivant la réception de l'avis, la société d'État mère en envoie copie au greffier du Conseil privé.

L.R. (1985), ch. F-11, art. 107; 1991, ch. 24, art. 31; 2005, ch. 30, art. 133(A).

*Rémunération*

Règle générale

**108.** (1) Le barème de rémunération des administrateurs, du président et du premier dirigeant d'une société d'État mère, au titre de ces fonctions et, dans le cas du président ou du premier dirigeant, d'autres fonctions auprès de la société ou d'une personne morale du même groupe, est fixé par le gouverneur en conseil.

Autres avantages

(2) Les autres avantages que reçoivent les administrateurs, le président et le premier dirigeant d'une société d'État mère, au titre de ces fonctions et, dans le cas du président ou du premier dirigeant, d'autres fonctions auprès de la société ou d'une personne morale du même groupe, sont fixés par le conseil d'administration de la société en conformité avec les règlements.

Wholly-owned subsidiary

(2.1) The rate of any remuneration paid to a director, chairperson or chief executive officer of a wholly-owned subsidiary who is not also an officer-director of the parent Crown corporation for the director's, chairperson's or officer's services in respect of that subsidiary shall be fixed by the board of directors of the parent Crown corporation.

Regulations

(3) For the purposes of this section, the Governor in Council may make regulations

(*a*) defining the term "remuneration"; and

(*b*) respecting the provision and fixing of benefits, other than remuneration, to or for any director, chairperson or chief executive officer.

R.S., 1985, c. F-11, s. 108; 1991, c. 24, s. 32; 2005, c. 30, s. 133(E).

*Management*

Management

**109.** Subject to this Part, the board of directors of a Crown corporation is responsible for the management of the businesses, activities and other affairs of the corporation.

1984, c. 31, s. 11.

Resolution in lieu of meeting

**110.** (1) A resolution in writing, signed by all the directors of a Crown corporation entitled to vote on that resolution at a meeting of the board of directors or a committee of directors of the corporation is as valid as if it had been passed at a meeting of the board of directors or a committee of directors, as the case may be.

Filing resolution

(2) A copy of every resolution referred to in subsection (1) shall be kept with the minutes of the proceedings of the board of directors or committee of directors, as the case may be.

1984, c. 31, s. 11.

Dissent

**111.** (1) A director of a Crown corporation who is present at a meeting of the board of directors or a committee of directors of the corporation is deemed to have consented to any resolution passed or action taken at that meeting unless the director

(*a*) requests that written notice of his dissent be or written notice of his dissent is entered in the minutes of the meeting;

(*b*) gives written notice of his dissent to the secretary of the meeting before the meeting is adjourned; or

Filiales à cent pour cent

(2.1) Le barème de rémunération des administrateurs, du président et du premier dirigeant d'une filiale à cent pour cent, au titre de ces fonctions, est, dans le cas où ils ne sont pas également administrateurs-dirigeants de la société d'État mère, fixé par le conseil d'administration de cette dernière.

Règlements

(3) Pour l'application du présent article, le gouverneur en conseil peut prendre des règlements :

*a*) pour définir « rémunération »;

*b*) concernant les autres avantages qui peuvent être attribués aux administrateurs, au président ou au premier dirigeant ou à leur profit.

L.R. (1985), ch. F-11, art. 108; 1991, ch. 24, art. 32; 2005, ch. 30, art. 133(A).

*Gestion*

Règle générale

**109.** Sous réserve des autres dispositions de la présente partie, le conseil d'administration d'une société d'État est chargé de la gestion des activités de celle-ci.

1984, ch. 31, art. 11.

Résolution tenant lieu d'assemblée

**110.** (1) Les résolutions écrites, signées par tous les administrateurs d'une société d'État ayant droit de vote à cet égard lors des réunions du conseil d'administration ou de l'un de ses comités, ont la même valeur que si elles avaient été adoptées lors de ces réunions.

Dépôt de la résolution

(2) Un exemplaire des résolutions visées au paragraphe (1) est conservé avec le procès-verbal des délibérations du conseil d'administration ou du comité.

1984, ch. 31, art. 11.

Désaccord

**111.** (1) L'administrateur d'une société d'État qui est présent à une réunion du conseil d'administration ou d'un de ses comités est réputé avoir consenti à toutes les résolutions qui y sont adoptées et à toutes les mesures qui y sont prises, sauf :

*a*) s'il demande que mention de son désaccord soit portée au procès-verbal de la réunion ou si mention y en est effectivement faite;

*b*) s'il remet un avis de son désaccord au secrétaire de séance avant la fin de la réunion;

(*c*) sends written notice of his dissent by registered mail or delivers it to the head office of the corporation immediately after the meeting is adjourned.

Loss of right of dissent

(2) A director of a Crown corporation who votes for or consents to a resolution is not entitled to dissent in respect of that resolution pursuant to subsection (1).

1984, c. 31, s. 11.

Dissent of absent director

**112.** A director of a Crown corporation who was not present at a meeting of the board of directors or a committee of directors of the corporation at which a resolution was passed or action taken is deemed to have consented thereto unless within seven days after becoming aware of the resolution or action the director

(*a*) causes written notice of his dissent to be placed with the minutes of the meeting; or

(*b*) sends written notice of his dissent by registered mail or delivers it to the head office of the corporation.

1984, c. 31, s. 11.

Participation by telephone, etc.

**113.** A director of a Crown corporation may, subject to the by-laws of the corporation, participate in a meeting of the board of directors or a committee of directors of the corporation by means of such telephone or other communications facilities as permit all persons participating in the meeting to hear each other, and a director participating in such a meeting by such means is deemed for the purposes of this Part to be present at the meeting.

1984, c. 31, s. 11.

Public meeting

**113.1** (1) The board of directors of a parent Crown corporation shall hold a public meeting within 18 months after the day on which the board holds its first meeting or, if it is later, the day on which this section comes into force and, subsequently, within 15 months after the day on which the last preceding public meeting was held.

By-laws

(2) The meeting shall be held in Canada in the manner provided for in the by-laws or, if no manner is provided for, in the manner determined by the board of directors.

Notice of meeting

(3) The corporation shall publish a notice of the meeting at least 30 days before the day on which the meeting is to be held. The notice shall indicate the location, if any, and the date

*c*) s’il envoie un avis de son désaccord par courrier recommandé ou le remet au siège social de la société immédiatement après la réunion.

Perte du droit de désaccord

(2) L’administrateur d’une société d’État qui vote en faveur d’une résolution ou y consent ne peut se prévaloir des dispositions du paragraphe (1).

1984, ch. 31, art. 11.

Désaccord des absents

**112.** L’administrateur d’une société d’État qui était absent à une réunion du conseil d’administration ou d’un de ses comités est réputé avoir consenti aux résolutions qui y ont été adoptées et aux mesures qui y ont été prises, sauf si, dans les sept jours suivant celui où il a connaissance des résolutions :

*a*) il fait porter au procès-verbal une mention de son désaccord;

*b*) il envoie un avis de son désaccord par courrier recommandé ou le remet au siège social de la société.

1984, ch. 31, art. 11.

Téléconférences

**113.** Sous réserve des règlements administratifs, un administrateur de société d’État peut participer à une réunion du conseil d’administration ou d’un de ses comités par tout moyen technique, notamment le téléphone, permettant à tous les participants de communiquer oralement entre eux; il est alors réputé, pour l’application de la présente partie, avoir assisté à la réunion.

1984, ch. 31, art. 11.

Assemblée publique

**113.1** (1) Le conseil d’administration d’une société d’État mère tient une assemblée publique dans les dix-huit mois suivant la date où il tient sa première réunion ou, si elle est postérieure, suivant la date d’entrée en vigueur du présent article et, par la suite, dans les quinze mois suivant l’assemblée publique précédente.

Modalités

(2) L’assemblée se tient au Canada, selon les modalités prévues par les règlements administratifs ou, à défaut, fixées par le conseil d’administration.

Préavis

(3) La société publie un préavis de l’assemblée d’au moins trente jours indiquant le lieu, s’il en est, où elle sera tenue, ainsi que la date et l’heure, tout moyen technique permettant d’y

and time of the meeting, the means of participating in the meeting and how copies of the corporation's most recent annual report may be obtained.

Director and chief executive officer to attend

(4) One or more directors of the corporation and its chief executive officer, whether or not he or she is a director of the corporation, shall participate in the meeting to answer questions from the public.

2009, c. 2, s. 372.

### *By-laws*

By-laws

**114.** (1) The board of directors of a parent Crown corporation may, by resolution, make, amend or repeal any by-laws that regulate the business or affairs of the corporation, unless the charter or by-laws of the corporation otherwise provide.

Copy of by-law to appropriate Minister and President of the Treasury Board

(2) The board of directors of a parent Crown corporation shall, after making, amending or repealing a by-law, send a copy of that by-law to the appropriate Minister and the President of the Treasury Board.

Amendment or repeal

(3) The Governor in Council may direct the board of directors of a parent Crown corporation to make, amend or repeal a by-law within such period as is specified in the direction.

Regulations

(4) The Governor in Council may make regulations

(*a*) prescribing the form or the content of by-laws of parent Crown corporations and the time at, before or within which copies of by-laws are to be sent to the appropriate Minister and the President of the Treasury Board; and

(*b*) exempting a specified parent Crown corporation or a parent Crown corporation of a specified class from the application of subsection (2), either generally or in respect of any specified by-law or any by-law of a specified class.

Restriction

(5) No direction shall be given pursuant to subsection (3) to the Standards Council of Canada with respect to

(*a*) the manner in which voluntary standardization is promoted; or

participer et la manière dont copie du plus récent rapport annuel de la société peut être obtenue.

Présence des administrateurs et dirigeants

(4) Un ou plusieurs administrateurs de la société ainsi que son premier dirigeant, qu'il en soit ou non administrateur, sont tenus de participer à l'assemblée pour répondre aux questions du public.

2009, ch. 2, art. 372.

### *Règlements administratifs*

Règlements administratifs

**114.** (1) Le conseil d'administration d'une société d'État mère peut, par résolution, prendre, modifier ou annuler tout règlement administratif régissant les activités de la société, sauf disposition contraire de son acte constitutif ou de ses règlements administratifs.

Transmission au ministre de tutelle et au président du Conseil du Trésor

(2) Le conseil d'administration d'une société d'État mère envoie au ministre de tutelle et au président du Conseil du Trésor un exemplaire de chaque règlement administratif après sa prise, sa modification ou son abrogation.

Décision

(3) Le gouverneur en conseil peut ordonner au conseil d'administration d'une société d'État mère de prendre, de modifier ou d'annuler un règlement administratif dans les délais qu'il précise.

Règlements

(4) Le gouverneur en conseil peut, par règlement :

*a*) fixer la forme et le contenu des règlements administratifs des sociétés d'État mères de même que les modalités de temps de leur envoi au ministre de tutelle et au président du Conseil du Trésor;

*b*) exempter une société d'État mère en particulier ou une société d'État mère qui fait partie d'une catégorie particulière de l'application du paragraphe (2), soit d'une façon générale, soit à l'égard d'un règlement administratif en particulier ou qui fait partie d'une catégorie particulière.

Interdiction

(5) Il est interdit de donner, en vertu du paragraphe (3), au Conseil canadien des normes des ordres qui portent :

*a*) soit sur la promotion de la normalisation volontaire;

(*b*) the provision of financial assistance to or for the benefit of a particular person or group of persons.

Provision not applicable

(6) Section 103 of the *Canada Business Corporations Act* does not apply in respect of any parent Crown corporation established under that Act.

R.S., 1985, c. F-11, s. 114; 1991, c. 24, s. 33; 1994, c. 24, s. 34(F).

*Duties*

Duty of care of directors and officers

**115.** (1) Every director and every officer of a Crown corporation in exercising his powers and performing his duties shall

(*a*) act honestly and in good faith with a view to the best interests of the corporation; and

(*b*) exercise the care, diligence and skill that a reasonably prudent person would exercise in comparable circumstances.

Duty to comply

(2) Every director and every officer of a parent Crown corporation or of a wholly-owned subsidiary of a parent Crown corporation shall comply with this Part, the regulations, the charter and by-laws of the corporation or subsidiary and any directive given to the corporation.

Reliance on statements

(3) A director or officer is not liable for a breach of his duty under subsection (1) or (2) if he relies in good faith on

(*a*) financial statements of the Crown corporation represented to him by an officer of the corporation or in a written report of the auditor of the corporation as fairly reflecting the financial condition of the corporation; or

(*b*) a report of a lawyer, accountant, engineer, appraiser or other person whose position or profession lends credibility to a statement made by him.

1984, c. 31, s. 11.

Disclosure of interest in contract

**116.** (1) A director or officer of a Crown corporation who

(*a*) is a party to a material contract or proposed material contract with the corporation, or

(*b*) is a director or officer of, or has a material interest in any person who is a party to, a

*b*) soit sur l'aide financière à apporter à une personne ou un groupement en particulier ou à leur profit.

Non-application

(6) L'article 103 de la *Loi canadienne sur les sociétés par actions* ne s'applique pas aux sociétés d'État mères constituées en vertu de cette loi.

L.R. (1985), ch. F-11, art. 114; 1991, ch. 24, art. 33; 1994, ch. 24, art. 34(F).

*Obligations*

Obligation générale des administrateurs et des dirigeants

**115.** (1) Les administrateurs et les dirigeants d'une société d'État doivent, dans l'exercice de leurs fonctions, agir :

*a*) avec intégrité et de bonne foi au mieux des intérêts de la société;

*b*) avec le soin, la diligence et la compétence d'une personne prudente et avisée.

Obligation particulière

(2) Les administrateurs et les dirigeants d'une société d'État mère ou d'une de ses filiales à cent pour cent doivent observer la présente partie et ses règlements, l'acte constitutif et les règlements administratifs de la société ou de la filiale et les instructions qui sont données à la société.

Limite de responsabilité

(3) Ne contrevient pas aux obligations que lui imposent les paragraphes (1) ou (2) l'administrateur ou le dirigeant qui s'appuie de bonne foi sur :

*a*) des états financiers de la société d'État présentant sincèrement la situation de celle-ci, selon l'un de ses dirigeants ou d'après le rapport écrit du vérificateur;

*b*) les rapports de personnes dont la profession ou la situation permet d'accorder foi à leurs déclarations, notamment les avocats, les comptables, les ingénieurs ou les estimateurs.

1984, ch. 31, art. 11.

Communication des intérêts

**116.** (1) Doit communiquer par écrit à la société, ou demander que soient portées au procès-verbal des réunions du conseil d'administration, la nature et l'étendue de ses intérêts l'administrateur ou le dirigeant d'une société d'État qui, selon le cas :

material contract or proposed material contract with the corporation,

shall disclose in writing to the corporation or request to have entered in the minutes of a meeting of the board of directors thereof the nature and extent of his interest.

Time for disclosure by director

(2) The disclosure required by subsection (1) shall be made, in the case of a director,

(*a*) at the meeting of the board of directors at which the proposed contract is first considered;

(*b*) if the director was not then interested in the proposed contract, at the first meeting of the board of directors after he becomes so interested;

(*c*) if the director becomes interested after the contract is made, at the first meeting of the board of directors after he becomes so interested; or

(*d*) if the director was interested in the contract before becoming a director, at the first meeting of the board of directors after he becomes a director.

Time for disclosure by officer

(3) The disclosure required by subsection (1) shall be made, in the case of an officer who is not a director,

(*a*) forthwith after he becomes aware that the contract or proposed contract is to be considered or has been considered at a meeting of the board of directors;

(*b*) if the officer becomes interested after the contract is made, forthwith after he becomes so interested; or

(*c*) if the officer was interested in the contract before becoming an officer, forthwith after he becomes an officer.

Time for disclosure by director or officer

(4) If a material contract or proposed material contract is one that, in the ordinary course of the business or activity of the Crown corporation, would not require approval by the board of directors, a director or officer shall disclose in writing to the corporation or request to have entered in the minutes of a meeting of the board of directors the nature and extent of his interest forthwith after the director or officer becomes aware of the contract or proposed contract.

*a*) est partie à un contrat important ou à un projet de contrat important avec la société;

*b*) est également administrateur ou dirigeant auprès d'une personne partie à un tel contrat ou projet de contrat ou détient un intérêt important auprès de celle-ci.

Délai

(2) L'administrateur doit effectuer la communication visée au paragraphe (1) lors de la première réunion du conseil d'administration, selon le cas:

*a*) au cours de laquelle le projet de contrat est étudié;

*b*) suivant le moment où il acquiert un intérêt dans le projet de contrat;

*c*) suivant le moment où il acquiert un intérêt dans un contrat déjà conclu;

*d*) suivant le moment où il devient administrateur, s'il a déjà acquis l'intérêt.

Idem

(3) Le dirigeant qui n'est pas administrateur doit effectuer la communication visée au paragraphe (1) immédiatement après:

*a*) avoir appris que le contrat ou le projet de contrat a été ou sera examiné lors d'une réunion du conseil d'administration;

*b*) avoir acquis un intérêt dans un contrat déjà conclu;

*c*) être devenu dirigeant, s'il avait déjà acquis l'intérêt.

Idem

(4) L'administrateur ou le dirigeant doit communiquer par écrit à la société d'État, ou demander que soient portées au procès-verbal d'une réunion du conseil d'administration, la nature et l'étendue de ses intérêts dès qu'il a connaissance d'un contrat important ou d'un projet de contrat important qui, dans le cadre de l'activité normale de la société, ne requiert pas l'approbation du conseil d'administration.

Voting

(5) A director referred to in subsection (1) shall not vote on any resolution to approve the contract unless the contract is

(*a*) an arrangement by way of security for money lent to or obligations undertaken by him for the benefit of the Crown corporation or a subsidiary of the Crown corporation;

(*b*) one relating primarily to his remuneration or benefits as a director, officer, employee or agent of the Crown corporation or a subsidiary of the Crown corporation;

(*c*) one for indemnity or insurance under section 119; or

(*d*) one with an affiliate of the Crown corporation.

Vote

(5) L'administrateur visé au paragraphe (1) ne peut participer au vote sur la résolution présentée pour faire approuver le contrat que s'il s'agit d'un contrat :

*a*) garantissant un prêt ou des obligations qu'il a souscrits au profit de la société d'État ou d'une de ses filiales;

*b*) portant essentiellement sur sa rémunération en qualité d'administrateur, de dirigeant, de salarié ou de mandataire de la société d'État ou d'une de ses filiales ou sur les avantages qu'il reçoit en cette qualité;

*c*) portant sur l'indemnité ou l'assurance prévue à l'article 119;

*d*) conclu avec une personne morale du même groupe que la société d'État.

Continuing disclosure

(6) For the purposes of this section, a general notice to the board of directors by a director or officer, declaring that he is a director or officer of or has a material interest in a person and is to be regarded as interested in any contract made with that person, is a sufficient declaration of interest in relation to any contract so made.

Communication générale

(6) Pour l'application du présent article, constitue une communication suffisante de ses intérêts l'avis général que donne un administrateur ou un dirigeant au conseil d'administration et où il déclare qu'il est administrateur ou dirigeant auprès d'une personne ou détient auprès d'elle un intérêt important et doit être considéré comme ayant un intérêt dans tout contrat conclu avec elle.

Definition of "board of directors"

(7) In this section and section 117, "board of directors" includes a committee of directors.

1984, c. 31, s. 11.

Définition

(7) Pour l'application du présent article et de l'article 117, sont assimilés au conseil d'administration ses comités.

1984, ch. 31, art. 11.

Avoidance standards

**117.** A material contract between a Crown corporation and one or more of its directors or officers, or between a Crown corporation and another person of which a director or an officer of the Crown corporation is a director or an officer or in which he has a material interest, is neither void nor voidable by reason only of that relationship or by reason only that a director with an interest in the contract is present at or is counted to determine the presence of a quorum at a meeting of the board of directors that authorized the contract, if the director or officer disclosed his interest in accordance with subsection 116(2), (3), (4) or (6), as the case may be, and the contract was approved by the board of directors and it was reasonable and fair to the Crown corporation at the time it was approved.

1984, c. 31, s. 11.

Validité des contrats

**117.** Un contrat important conclu entre une société d'État et l'un de ses administrateurs ou dirigeants, ou entre elle et une autre personne auprès de laquelle l'un de ses administrateurs ou dirigeants est également administrateur ou dirigeant ou détient un intérêt important, n'est pas nul ou annulable de ce seul fait ou du seul fait que l'un de ses administrateurs ayant un intérêt dans le contrat est présent ou permet d'atteindre le quorum requis à la réunion du conseil d'administration qui a autorisé le contrat, si l'intéressé a communiqué ses intérêts en conformité avec les paragraphes 116(2), (3), (4) ou (6) et si le conseil d'administration a approuvé le contrat, dans la mesure où, à l'époque, il s'agissait d'un contrat équitable pour la société.

1984, ch. 31, art. 11.

Application to court

**118.** (1) Where a director or an officer of a Crown corporation fails to disclose his interest in a material contract in accordance with section 116, a court may, on application of the corporation or on behalf of the Crown, set aside the contract on such terms as it thinks fit.

Definition of "court"

(2) In this section, "court" means

(*a*) in the Province of Prince Edward Island or Newfoundland, the trial division of the Supreme Court of the Province;

(*a.1*) in the Province of Ontario, the Superior Court of Justice;

(*b*) in the Province of Quebec, the Superior Court of the Province;

(*c*) in the Province of New Brunswick, Manitoba, Saskatchewan or Alberta, the Court of Queen's Bench for the Province;

(*d*) in the Provinces of Nova Scotia and British Columbia, the Supreme Court of the Province; and

(*e*) in Yukon or the Northwest Territories, the Supreme Court, and in Nunavut, the Nunavut Court of Justice.

R.S., 1985, c. F-11, s. 118; R.S., 1985, c. 27 (2nd Supp.), s. 10; 1990, c. 17, s. 19; 1992, c. 51, s. 49; 1998, c. 30, ss. 13(F), 15(E); 1999, c. 3, s. 63; 2002, c. 7, s. 172(E).

*Indemnification*

Obligation to indemnify

**119.** (1) The Treasury Board shall, in accordance with the regulations, if any, indemnify a present or former director or officer of a Crown corporation or a person who acts or acted at the request of a Minister or a Crown corporation as a director or officer of another corporation, and his or her heirs and legal representatives, against the costs, charges and expenses, including an amount paid to settle an action or satisfy a judgment, that are reasonably incurred by him or her in respect of any civil, criminal, administrative or investigative action or proceeding to which he or she is a party by reason of being or having been such a director or officer, if he or she

(*a*) acted honestly and in good faith with a view to the best interests of the Crown corporation or other corporation; and

(*b*) in the case of any criminal or administrative action or proceeding that is enforced by

Demande au tribunal

**118.** (1) Le tribunal peut, sur demande faite au nom de Sa Majesté ou par la société d'État dont l'un des administrateurs ou dirigeants a omis, en violation de l'article 116, de communiquer ses intérêts dans un contrat important, annuler le contrat aux conditions qu'il estime indiquées.

Définition de « tribunal »

(2) Au présent article, « tribunal » s'entend :

*a*) de la Section de première instance de la Cour suprême de l'Île-du-Prince-Édouard ou de Terre-Neuve;

*a.1*) de la Cour supérieure de justice de l'Ontario;

*b*) de la Cour supérieure du Québec;

*c*) de la Cour du banc de la Reine du Nouveau-Brunswick, du Manitoba, de la Saskatchewan ou de l'Alberta;

*d*) de la Cour suprême de la Nouvelle-Écosse et de la Colombie-Britannique;

*e*) de la Cour suprême du Yukon, de la Cour suprême des Territoires du Nord-Ouest ou de la Cour de justice du Nunavut.

L.R. (1985), ch. F-11, art. 118; L.R. (1985), ch. 27 (2e suppl.), art. 10; 1990, ch. 17, art. 19; 1992, ch. 51, art. 49; 1998, ch. 30, art. 13(F) et 15(A); 1999, ch. 3, art. 63; 2002, ch. 7, art. 172(A).

*Indemnisation*

Obligation d'indemniser

**119.** (1) Le Conseil du Trésor indemnise, en conformité avec les règlements éventuels, ceux des administrateurs ou dirigeants d'une société d'État ou leurs prédécesseurs, ou les personnes qui, à la demande de la société ou d'un ministre, agissent ou ont agi en cette qualité pour une autre personne morale, ainsi que leurs héritiers et mandataires, des frais et dépens, y compris les sommes versées pour transiger ou pour exécuter un jugement, entraînés par la tenue d'une enquête ou des procédures civiles, pénales ou administratives auxquelles ils étaient parties en cette qualité, si les conditions suivantes sont réunies :

*a*) ils ont agi avec intégrité et de bonne foi au mieux des intérêts de la société ou de l'autre personne morale;

*b*) dans le cas de procédures pénales ou administratives aboutissant au paiement d'une peine pécuniaire, ils avaient des motifs rai-

a monetary penalty, believed on reasonable grounds that the director's or officer's conduct was lawful.

sonnables de croire à la régularité de leur conduite.

Advance of costs

(1.1) The Treasury Board shall, in accordance with the regulations, if any, advance moneys to any individual referred to in subsection (1) for the costs, charges and expenses of an action or proceeding referred to in that subsection unless there are reasonable grounds to believe that the individual does not fulfil the conditions set out in paragraph (1)(*a*) or (*b*). The individual shall repay the moneys if he or she does not fulfil those conditions.

(1.1) Le Conseil du Trésor avance, en conformité avec les règlements éventuels, des fonds pour permettre à tout particulier visé au paragraphe (1) d'assumer les frais et dépens de sa participation à l'enquête ou à l'une des procédures visées à ce paragraphe et les dépenses afférentes, sauf s'il existe des motifs raisonnables de croire qu'il ne remplit pas les conditions énoncées aux alinéas (1)*a*) ou *b*). Le particulier rembourse les fonds s'il ne remplit pas ces conditions.

Frais anticipés

Entitlement to indemnification

(2) Despite anything in this section, a director or officer referred to in subsection (1) is, and his or her heirs and legal representatives are, entitled to indemnity, in accordance with the regulations, if any, from the Treasury Board in respect of the costs, charges and expenses reasonably incurred by him or her in connection with the defence of any civil, criminal, administrative or investigative action or proceeding to which he or she was made a party by reason of being or having been such a director or officer, if he or she

(*a*) was substantially successful on the merits of the defence of the action or proceeding; and

(*b*) fulfils the conditions set out in paragraphs (1)(*a*) and (*b*).

(2) Par dérogation aux autres dispositions du présent article, les administrateurs et dirigeants visés au paragraphe (1), ainsi que leurs héritiers et mandataires, ont le droit de se faire indemniser, en conformité avec les règlements éventuels, par le Conseil du Trésor des frais et dépens entraînés par la tenue d'une enquête ou des procédures civiles, pénales ou administratives auxquelles ils étaient parties en cette qualité, si les conditions suivantes sont réunies :

*a*) ils ont obtenu gain de cause, dans une large mesure, sur leurs moyens de défense au fond;

*b*) ils remplissent les conditions énoncées aux alinéas (1)*a*) et *b*).

Droit à l'indemnisation

Regulations

(3) The Treasury Board may make regulations

(*a*) respecting indemnification and advances under this section, including terms and conditions governing them;

(*b*) defining, for the purposes of this section, the meaning of any word or expression used in it that is not defined in this Act;

(*c*) prescribing circumstances in which a director or officer is presumed not to have fulfilled the condition set out in paragraph (1)(*a*); and

(*d*) respecting the determination of the amounts to be paid as indemnification or advances under this section.

(3) Le Conseil du Trésor peut prendre des règlements :

*a*) concernant les indemnisations et les avances visées au présent article, notamment les conditions les régissant;

*b*) définissant, pour l'application du présent article, les termes qui y figurent et qui ne sont pas définis par la présente loi;

*c*) précisant les circonstances où un administrateur ou dirigeant est présumé ne pas avoir rempli la condition prévue à l'alinéa (1)*a*);

*d*) concernant l'établissement des montants à verser au titre des indemnisations ou avances visées au présent article.

Règlements

Payable out of C.R.F.

(4) Any amount payable in respect of indemnification under this section may be paid out of the Consolidated Revenue Fund.

R.S., 1985, c. F-11, s. 119; 1991, c. 24, s. 34; 1999, c. 31, s. 115(F); 2009, c. 2, s. 373.

## DIVISION III

## FINANCIAL MANAGEMENT AND CONTROL

### *Definitions*

Definitions

**120.** In this Division,

"annual report" « *rapport annuel* »

"annual report" means a report made pursuant to section 150;

"examiner" « *examinateur* »

"examiner" means a person designated by or appointed pursuant to section 142 to carry out a special examination;

"objectives" « *objectifs* »

"objectives", in relation to a parent Crown corporation, means the objectives of the corporation as set out in a corporate plan or an amendment to a corporate plan that has been approved pursuant to section 122;

"special examination" « *examen spécial* »

"special examination" means an examination referred to in subsection 138(1).

1984, c. 31, s. 11.

### *Financial Year*

Financial year

**121.** (1) The financial year of a parent Crown corporation is the calendar year, unless the Governor in Council otherwise directs.

Idem

(2) Notwithstanding subsection (1), the financial year of a parent Crown corporation that was in effect on September 1, 1984 continues in effect, unless the Governor in Council has directed or directs otherwise.

1984, c. 31, s. 11.

### *Corporate Plans and Budgets*

Corporate plans

**122.** (1) Each parent Crown corporation shall annually submit a corporate plan to the appropriate Minister for the approval of the Governor in Council on the recommendation of the appropriate Minister and, if required by the regulations, on the recommendation of the Minister of Finance.

Scope of corporate plan

(2) The corporate plan of a parent Crown corporation shall encompass all the businesses and activities, including investments, of the corporation and its wholly-owned subsidiaries, if any.

Paiements sur le Trésor

(4) Les montants nécessaires aux indemnisations visées au présent article peuvent être prélevés sur le Trésor.

L.R. (1985), ch. F-11, art. 119; 1991, ch. 24, art. 34; 1999, ch. 31, art. 115(F); 2009, ch. 2, art. 373.

## SECTION III

## GESTION ET CONTRÔLE FINANCIERS

### *Définitions*

Définitions

**120.** Les définitions qui suivent s'appliquent à la présente section.

« examen spécial » "*special examination*"

« examen spécial » L'examen visé au paragraphe 138(1).

« examinateur » "*examiner*"

« examinateur » Personne nommée en vertu de l'article 142 et chargée d'un examen spécial.

« objectifs » "*objectives*"

« objectifs » Les objectifs d'une société d'État mère mentionnés dans son plan, original ou modifié, approuvé en conformité avec l'article 122.

« rapport annuel » "*annual report*"

« rapport annuel » Le rapport visé à l'article 150.

1984, ch. 31, art. 11.

### *Exercice*

Exercice

**121.** (1) Sauf instruction contraire du gouverneur en conseil, l'exercice d'une société d'État mère correspond à l'année civile.

Idem

(2) Par dérogation au paragraphe (1) et sauf instruction contraire du gouverneur en conseil, l'exercice d'une société d'État mère en cours le 1[er] septembre 1984 n'est pas modifié.

1984, ch. 31, art. 11.

### *Plans d'entreprise et budgets*

Plan d'entreprise

**122.** (1) Chaque société d'État mère établit annuellement un plan d'entreprise qu'elle remet au ministre de tutelle pour que celui-ci et, si les règlements l'exigent, le ministre des Finances en recommandent l'approbation au gouverneur en conseil.

Portée du plan

(2) Le plan d'une société d'État mère traite de toutes les activités de la société et, le cas échéant, de ses filiales à cent pour cent, y compris leurs investissements.

Contents of corporate plan

(3) The corporate plan of a parent Crown corporation shall include a statement of

(*a*) the objects or purposes for which the corporation is incorporated, or the restrictions on the businesses or activities that it may carry on, as set out in its charter;

(*b*) the corporation's objectives for the period to which the plan relates and for each year in that period and the strategy the corporation intends to employ to achieve those objectives; and

(*c*) the corporation's expected performance for the year in which the plan is required by the regulations to be submitted as compared to its objectives for that year as set out in the last corporate plan or any amendment thereto approved pursuant to this section.

Présentation et contenu

(3) Le plan d'une société d'État mère comporte notamment les renseignements suivants :

*a*) les buts pour lesquels elle a été constituée ou les restrictions quant aux activités qu'elle peut exercer, tels qu'ils figurent dans son acte constitutif;

*b*) ses objectifs pour la durée du plan et chaque année d'exécution de celui-ci, ainsi que les règles d'action qu'elle prévoit de mettre en œuvre à cette fin;

*c*) ses prévisions de résultats pour l'année durant laquelle le plan doit, en conformité avec les règlements, être remis, par rapport aux objectifs pour cette année mentionnés au dernier plan, original ou modifié, approuvé en conformité avec le présent article.

Form of corporate plan

(4) The corporate plan of a parent Crown corporation shall be prepared in a form that clearly sets out information according to the major businesses or activities of the corporation and its wholly-owned subsidiaries, if any.

Présentation matérielle

(4) Le plan d'une société d'État mère doit mettre en évidence les principales activités de la société et, le cas échéant, de ses filiales à cent pour cent.

Restriction on business or activity

(5) No parent Crown corporation or wholly-owned subsidiary of a parent Crown corporation shall carry on any business or activity in any period in a manner that is not consistent with the last corporate plan of the parent Crown corporation or any amendment thereto approved pursuant to this section in respect of that period.

Interdiction

(5) Il est interdit à une société d'État mère ou à une de ses filiales à cent pour cent d'exercer pendant quelque période que ce soit des activités d'une façon incompatible avec le dernier plan, original ou modifié, qui a été approuvé en conformité avec le présent article pour cette période.

Amendment to corporate plan

(6) Where a parent Crown corporation, or a wholly-owned subsidiary of a parent Crown corporation, proposes to carry on any business or activity in any period in a manner that is not consistent with the last corporate plan of the corporation or any amendment thereto approved pursuant to this section in respect of that period, the corporation shall, before that business or activity is so carried on, submit an amendment to the corporate plan to the appropriate Minister for approval as described in subsection (1).

Modification du plan

(6) Dans le cas où une société d'État mère ou l'une de ses filiales à cent pour cent se propose d'exercer une activité d'une façon incompatible avec le dernier plan, original ou modifié, approuvé en conformité avec le présent article, la société, avant que cette activité ne soit commencée, soumet un projet de modification du plan au ministre de tutelle pour qu'il en recommande l'approbation dans les conditions prévues au paragraphe (1).

Terms and conditions

(6.1) The Governor in Council may specify such terms and conditions as the Governor in Council deems appropriate for the approval of a corporate plan or an amendment to a corporate plan.

Modalités

(6.1) Le gouverneur en conseil peut assortir de conditions l'approbation d'un plan ou de ses modifications.

Regulations

(7) The Governor in Council may make regulations prescribing, for the purposes of this

Règlements

(7) Le gouverneur en conseil peut, par règlement, indiquer, pour l'application du présent

section, the circumstances in which the recommendation of the Minister of Finance is required for the approval of a corporate plan or an amendment thereto.

R.S., 1985, c. F-11, s. 122; 1991, c. 24, s. 35.

article, les circonstances qui nécessitent la recommandation du ministre des Finances pour l'approbation du plan, original ou modifié.

L.R. (1985), ch. F-11, art. 122; 1991, ch. 24, art. 35.

Operating budgets

**123.** (1) Each parent Crown corporation named in Part I of Schedule III shall annually submit an operating budget for the next following financial year of the corporation to the appropriate Minister for the approval of the Treasury Board on the recommendation of the appropriate Minister.

Budget de fonctionnement

**123.** (1) Chaque société d'État mère mentionnée à la partie I de l'annexe III établit annuellement un budget de fonctionnement pour l'exercice suivant; elle le remet au ministre de tutelle pour qu'il en recommande l'approbation au Conseil du Trésor.

Scope of operating budget

(2) The operating budget of a parent Crown corporation shall encompass all the businesses and activities, including investments, of the corporation and its wholly-owned subsidiaries, if any.

Portée du budget de fonctionnement

(2) Le budget de fonctionnement d'une société d'État mère traite de toutes les activités de la société et, le cas échéant, de ses filiales à cent pour cent, y compris leurs investissements.

Form of operating budget

(3) The operating budget of a parent Crown corporation shall be prepared in a form that clearly sets out information according to the major businesses or activities of the corporation and its wholly-owned subsidiaries, if any.

Présentation matérielle

(3) Le budget de fonctionnement d'une société d'État mère doit mettre en évidence les principales activités de la société et, le cas échéant, de ses filiales à cent pour cent.

Amendment to operating budget

(4) Where a parent Crown corporation anticipates that the total amount of expenditures or commitments to make expenditures in respect of any major business or activity in a financial year will vary significantly from the total amount projected for that major business or activity in an operating budget of the corporation or any amendment thereto that is approved pursuant to this section for that year, the corporation shall submit an amendment to the budget to the appropriate Minister for the approval of the Treasury Board on the recommendation of the appropriate Minister.

Modification du budget de fonctionnement

(4) La société d'État mère qui prévoit que le total de ses dépenses ou de ses engagements de dépenses pour une activité principale au cours d'un exercice différera sensiblement du total prévu pour cette activité dans le budget de fonctionnement, original ou modifié, approuvé pour l'exercice en conformité avec le présent article, soumet un projet de modification du budget au ministre de tutelle pour qu'il en recommande l'approbation au Conseil du Trésor.

Terms and conditions

(5) The Treasury Board may specify such terms and conditions as it deems appropriate for the approval of an operating budget or an amendment to an operating budget.

R.S., 1985, c. F-11, s. 123; 1991, c. 24, s. 36.

Conditions d'approbation

(5) Le Conseil du Trésor peut assortir de conditions l'approbation du budget de fonctionnement ou de ses modifications.

L.R. (1985), ch. F-11, art. 123; 1991, ch. 24, art. 36.

Capital budgets

**124.** (1) Each parent Crown corporation shall annually submit a capital budget for the next following financial year of the corporation to the appropriate Minister for the approval of the Treasury Board on the recommendation of the appropriate Minister.

Budget d'investissement

**124.** (1) Chaque société d'État mère établit annuellement un budget d'investissement pour l'exercice suivant; elle le remet au ministre de tutelle pour qu'il en recommande l'approbation au Conseil du Trésor.

Scope of capital budget

(2) The capital budget of a parent Crown corporation shall encompass all the businesses and activities, including investments, of the

Portée du budget d'investissement

(2) Le budget d'investissement d'une société d'État mère traite de toutes les activités de la

corporation and its wholly-owned subsidiaries, if any.

Approval of multi-year items

(3) The Treasury Board may approve any item in a capital budget submitted pursuant to subsection (1) for any financial year or years after the financial year for which the budget is submitted.

Form of capital budget

(4) The capital budget of a parent Crown corporation shall be prepared in a form that clearly sets out information according to the major businesses or activities of the corporation and its wholly-owned subsidiaries, if any.

Restriction on capital expenditures or commitments

(5) No parent Crown corporation or wholly-owned subsidiary of a parent Crown corporation shall incur, or make a commitment to incur, a capital expenditure in any financial year for which the corporation is required to submit a budget pursuant to this section, unless

(*a*) a budget for that year has been approved pursuant to this section; or

(*b*) the expenditure or commitment

(i) is included in an item for that year that has been approved pursuant to subsection (3) as part of a budget for a previous year,

(ii) has been specifically approved pursuant to this section as though it were a capital budget, or

(iii) is, in the opinion of the board of directors of the corporation or subsidiary, essential to continue a current business or activity of the corporation or subsidiary as set out in a corporate plan or budget of the corporation that has been approved pursuant to this section or section 122 or 123.

Amendment to capital budget

(6) Where, by reason of any one or more proposed expenditures or commitments to make expenditures, a parent Crown corporation anticipates that the total amount of expenditures or commitments to make expenditures in respect of any major business or activity in a financial year will vary significantly from the total amount projected for that major business or activity in a capital budget of the corporation or any amendment thereto that is approved pursuant to this section for that year, the corporation shall submit an amendment to the budget to the appropriate Minister for the approval of the Treasury Board on the recommendation of

société et, le cas échéant, de ses filiales à cent pour cent, y compris leurs investissements.

Projet à long terme

(3) Le Conseil du Trésor peut approuver un poste du budget d'investissement visé au paragraphe (1) pour un ou plusieurs exercices suivant celui que vise le budget.

Présentation matérielle

(4) Le budget d'investissement d'une société d'État mère doit mettre en évidence les principales activités de la société et, le cas échéant, de ses filiales à cent pour cent.

Interdiction

(5) Il est interdit à une société d'État mère ou à une de ses filiales à cent pour cent d'effectuer une dépense d'investissement ou de s'y engager au cours d'un exercice pour lequel la société doit présenter un budget en vertu du présent article, sauf dans les cas suivants:

*a*) un budget pour cet exercice a été approuvé en conformité avec le présent article;

*b*) la dépense ou l'engagement:

(i) figure dans un poste relatif à l'exercice et approuvé en conformité avec le paragraphe (3) pour un exercice précédent,

(ii) a été approuvé expressément en conformité avec le présent article comme s'il s'agissait d'un budget d'investissement,

(iii) est, selon le conseil d'administration de la société ou de la filiale, essentiel à la poursuite des activités courantes de l'une ou l'autre telles qu'elles figurent au plan ou au budget de la société approuvés en conformité avec le présent article ou avec les articles 122 ou 123.

Modification du budget d'investissement

(6) La société d'État mère qui prévoit que le total de ses dépenses ou de ses engagements de dépenses pour une activité principale au cours d'un exercice différera sensiblement, à cause d'un ou de plusieurs projets de dépenses ou d'engagements, du total prévu pour cette activité dans le budget d'investissement, original ou modifié, approuvé pour l'exercice en conformité avec le présent article, soumet un projet de modification du budget au ministre de tutelle pour qu'il en recommande l'approbation au Conseil du Trésor; ces dépenses et engagements ne peuvent se faire avant l'approbation.

the appropriate Minister, and the expenditure or expenditures shall not be incurred or commitments made before that approval is obtained.

Recommendation of Minister of Finance

(7) The Minister of Finance may require that his recommendation, in addition to that of the appropriate Minister, be obtained before a capital budget or an amendment to a capital budget is submitted to the Treasury Board for approval under this section.

Terms and conditions

(8) The Treasury Board may specify such terms and conditions as it deems appropriate for the approval of a capital budget or an amendment to a capital budget.

R.S., 1985, c. F-11, s. 124; 1991, c. 24, s. 37.

Summary of plan or budget

**125.** (1) After a corporate plan, operating budget or capital budget, or an amendment thereto, is approved pursuant to section 122, 123 or 124, the parent Crown corporation shall submit a summary of the plan or budget, or the plan or budget as so amended, to the appropriate Minister for his approval.

Scope of summary

(2) A summary shall encompass all the businesses and activities, including investments, of the parent Crown corporation and its wholly-owned subsidiaries, if any, and shall set out the major business decisions taken with respect thereto.

Form of summary

(3) A summary shall be prepared in a form that clearly sets out information according to the major businesses or activities of the parent Crown corporation and its wholly-owned subsidiaries, if any.

Tabling in Parliament

(4) The appropriate Minister shall cause a copy of every summary he approves pursuant to this section to be laid before each House of Parliament.

Reference to committee

(5) A summary laid before Parliament pursuant to subsection (4) stands permanently referred to such committee of Parliament as may be designated or established to review matters relating to the businesses and activities of the corporation submitting the summary.

1984, c. 31, s. 11.

Regulations

**126.** In addition to any other requirements under this Act or any other Act of Parliament with respect thereto, the Treasury Board may make regulations

Recommandation du ministre des Finances

(7) Le ministre des Finances peut exiger que sa propre recommandation, en plus de celle du ministre de tutelle, accompagne un budget d'investissement, original ou modifié, soumis au Conseil du Trésor pour approbation.

Conditions d'approbation

(8) Le Conseil du Trésor peut assortir de conditions l'approbation du budget d'investissement ou de ses modifications.

L.R. (1985), ch. F-11, art. 124; 1991, ch. 24, art. 37.

Résumé

**125.** (1) Une fois son plan, budget de fonctionnement ou budget d'investissement, originaux ou modifiés, approuvés en conformité avec les articles 122, 123 ou 124, la société d'État mère en établit un résumé qu'elle soumet au ministre de tutelle pour son approbation.

Portée du résumé

(2) Le résumé traite de toutes les activités de la société d'État mère et, le cas échéant, de ses filiales à cent pour cent, y compris leurs investissements, et souligne les décisions importantes prises à ces fins.

Présentation matérielle

(3) Le résumé doit mettre en évidence les principales activités de la société d'État mère et, le cas échéant, de ses filiales à cent pour cent.

Dépôt

(4) Le ministre de tutelle fait déposer devant chaque chambre du Parlement un exemplaire de chaque résumé qu'il approuve en conformité avec le présent article.

Renvoi en comité

(5) Le résumé déposé devant le Parlement en conformité avec le paragraphe (4) est automatiquement renvoyé devant le comité parlementaire chargé des questions qui touchent aux activités de la société qui a établi le résumé.

1984, ch. 31, art. 11.

Règlements

**126.** En plus des obligations que la présente loi ou toute autre loi fédérale peut imposer à cet égard, le Conseil du Trésor peut, par règlement :

(*a*) prescribing the form in which corporate plans, budgets, summaries or amendments required under section 122, 123, 124 or 125 shall be prepared, the information to be included therein and the time at, before or within which they are to be submitted and summaries are to be laid before each House of Parliament;

(*b*) prescribing the period to be covered by corporate plans under section 122, either generally or in respect of any specified parent Crown corporation or any parent Crown corporation of a specified class; and

(*c*) defining for the purpose of this Division the expression “vary significantly”.

R.S., 1985, c. F-11, s. 126; 1991, c. 24, s. 38.

*a*) prévoir la présentation matérielle des plans ou budgets, originaux ou modifiés, ou des résumés visés aux articles 122, 123, 124 ou 125, les renseignements qu’ils doivent contenir de même que les modalités de temps de leur présentation et du dépôt des résumés devant chaque chambre du Parlement;

*b*) fixer la durée des plans visés à l’article 122, soit d’une façon générale, soit à l’égard d’une société d’État mère en particulier ou d’une société d’État mère qui fait partie d’une catégorie particulière;

*c*) définir, pour l’application de la présente section, la notion de « différer sensiblement ».

L.R. (1985), ch. F-11, art. 126; 1991, ch. 24, art. 38.

*Borrowing*

Intended borrowing

**127.** (1) Where a parent Crown corporation or a wholly-owned subsidiary of a parent Crown corporation intends to borrow money, the corporation shall so indicate in its corporate plan or an amendment thereto under section 122 for the period in which the corporation or subsidiary intends to borrow and shall give a general indication therein of the borrowing plans and strategy of the corporation or subsidiary for that period.

Recommendation of Minister of Finance

(2) Where a parent Crown corporation indicates in a corporate plan or an amendment to a corporate plan an intention to borrow money, the Minister of Finance may require that his recommendation, in addition to that of the appropriate Minister, be obtained before the plan or amendment is submitted to the Governor in Council for approval.

Particular borrowing

(3) No Crown corporation shall enter into any particular transaction to borrow money without the approval of the Minister of Finance with respect to the time and the terms and conditions of the transaction.

Regulations

(4) The Governor in Council may, on the recommendation of the Minister of Finance, make regulations

(*a*) exempting a specified Crown corporation or a Crown corporation of a specified class from the application of subsection (3), either generally or in respect of any specified

*Emprunts*

Avis d’intention

**127.** (1) La société d’État mère qui a l’intention, ou dont une filiale à cent pour cent a l’intention, de contracter des emprunts en fait état dans le plan, original ou modifié, mentionné à l’article 122, relatif à la période prévue pour les emprunts; elle donne en outre une indication générale de ses projets et de ses règles d’action en la matière ainsi que de ceux de la filiale pour cette période.

Recommandation du ministre des Finances

(2) Le ministre des Finances peut exiger que sa propre recommandation, en plus de celle du ministre de tutelle, accompagne un plan, original ou modifié, soumis au gouverneur en conseil pour approbation, si le plan fait état d’une intention de contracter des emprunts.

Conditions de l’emprunt

(3) Avant de procéder à une opération d’emprunt, les sociétés d’État sont tenues d’obtenir l’approbation du ministre des Finances quant aux modalités de temps et aux conditions de l’opération.

Règlements

(4) Le gouverneur en conseil peut, sur recommandation du ministre des Finances, par règlement :

*a*) exempter une société d’État en particulier, ou une société d’État qui fait partie d’une catégorie particulière, de l’application du paragraphe (3), soit d’une façon générale, soit à l’égard d’emprunts en particulier ou

borrowing or any borrowing of a specified class;

(*b*) deeming a specified transaction or a transaction of a specified class to be, for the purposes of this Part, a transaction to borrow money; and

(*c*) specifying the manner of granting approvals under subsection (3) and the circumstances in which an approval under that subsection is deemed to have been granted in respect of borrowing by Crown corporations.

d'emprunts qui font partie d'une catégorie particulière;

*b*) attribuer, pour l'application de la présente partie, la qualité d'opération d'emprunt à une opération particulière ou à une opération qui fait partie d'une catégorie particulière;

*c*) préciser le mode d'octroi de l'approbation visée au paragraphe (3) et les circonstances dans lesquelles l'approbation est réputée avoir été donnée.

Limitations preserved

(5) Nothing in this section shall be construed as authorizing a Crown corporation to borrow money in excess of any limit established by any other Act of Parliament on the amount of money the corporation may borrow.

1984, c. 31, s. 11.

Maintien du plafonnement

(5) Le présent article ne porte nullement atteinte aux limites d'endettement qu'une autre loi fédérale impose à une société d'État.

1984, ch. 31, art. 11.

*Bank Accounts*

Deposits and deposit receipts

**128.** A Crown corporation may, directly or indirectly, deposit funds with or acquire deposit receipts from

(*a*) any member of the Canadian Payments Association;

(*b*) any local cooperative credit society that is a member of a central cooperative credit society having membership in the Canadian Payments Association; and

(*c*) any financial institution outside Canada that is not a member of the Canadian Payments Association, but only with the approval of the Minister of Finance.

R.S., 1985, c. F-11, s. 128; 1991, c. 24, s. 39.

*Comptes en banque*

Dépôts

**128.** Une société d'État peut, directement ou non déposer des fonds auprès des organismes suivants et en recevoir des récépissés de dépôt:

*a*) une institution membre de l'Association canadienne des paiements;

*b*) une société coopérative de crédit locale qui est membre d'une société coopérative de crédit centrale elle-même membre de l'Association canadienne des paiements;

*c*) avec l'approbation du ministre des Finances, un établissement financier de l'étranger qui n'est pas membre de l'Association canadienne des paiements.

L.R. (1985), ch. F-11, art. 128; 1991, ch. 24, art. 39.

Receiver General account

**129.** (1) A parent Crown corporation shall, if directed by the Minister of Finance with the concurrence of the appropriate Minister, and may, if the Minister of Finance and the appropriate Minister approve, pay or cause to be paid all or any part of the money of the corporation or a wholly-owned subsidiary of the corporation to the Receiver General to be paid into the Consolidated Revenue Fund and credited to a special account in the accounts of Canada in the name of the corporation or subsidiary, and the Receiver General, subject to such terms and conditions as the Minister of Finance may prescribe, may pay out, for the purposes of the corporation or subsidiary, or repay to the corpora-

Receveur général

**129.** (1) Une société d'État mère doit, sur instruction donnée par le ministre des Finances avec le consentement du ministre de tutelle, et peut, avec l'approbation des deux ministres, verser ou faire verser tout ou partie de ses fonds ou de ceux d'une de ses filiales à cent pour cent au receveur général pour dépôt au Trésor et inscription au crédit d'un compte spécial ouvert parmi les comptes du Canada à son nom ou à celui de la filiale; le receveur général, sous réserve des conditions fixées par le ministre des Finances, peut verser à un tiers, pour les besoins de la société ou de la filiale, ou reverser à celles-ci tout ou partie des fonds de ce compte spécial.

tion or subsidiary, all or any part of the money credited to the special account.

Interest

(2) Interest may be paid from the Consolidated Revenue Fund in respect of money credited to a special account pursuant to subsection (1), in accordance with and at rates fixed by the Minister of Finance with the approval of the Governor in Council.

1984, c. 31, s. 11.

Intérêt

(2) Les fonds inscrits au crédit du compte spécial peuvent porter intérêt au taux fixé, avec l'approbation du gouverneur en conseil, par le ministre des Finances.

1984, ch. 31, art. 11.

*Surpluses*

Payment over of surplus money

**130.** Subject to any other Act of Parliament, where the appropriate Minister and the Minister of Finance, with the approval of the Governor in Council, so direct, a parent Crown corporation shall pay or cause to be paid to the Receiver General so much of the money of the corporation or of a wholly-owned subsidiary of the corporation as the appropriate Minister and the Minister of Finance consider to be in excess of the amount required for the purposes of the corporation or subsidiary, and any money so paid may be applied toward the discharge of any obligation of the corporation or subsidiary to the Crown or may be applied as revenues of Canada.

R.S., 1985, c. F-11, s. 130; 1999, c. 31, s. 116(F).

*Surplus*

Remise

**130.** Sous réserve des autres lois fédérales, une société d'État mère verse ou fait verser au receveur général, sur instruction du ministre de tutelle et du ministre des Finances donnée avec l'agrément du gouverneur en conseil, tout ou partie de ses fonds ou de ceux d'une de ses filiales à cent pour cent que les deux ministres estiment excédentaires par rapport à ses besoins ou à ceux de la filiale; les fonds ainsi versés peuvent être affectés à l'acquittement des obligations de la société ou de la filiale envers Sa Majesté ou versés parmi les recettes de l'État.

L.R. (1985), ch. F-11, art. 130; 1999, ch. 31, art. 116(F).

*Dividends*

Dividend proposal

**130.1** Each parent Crown corporation named in Part II of Schedule III shall annually submit a dividend proposal to the appropriate Minister as part of its corporate plan submitted pursuant to section 122.

1991, c. 24, s. 40.

Dividend payment

**130.2** The Governor in Council may prescribe, waive or vary the dividends to be paid by any parent Crown corporation named in Schedule III.

1991, c. 24, s. 40.

*Dividendes*

Proposition de dividendes

**130.1** Chaque société d'État mère visée à la partie II de l'annexe III doit inclure chaque année dans son plan d'entreprise visé à l'article 122 une proposition concernant les dividendes.

1991, ch. 24, art. 40.

Versement des dividendes

**130.2** Le gouverneur en conseil peut fixer ou modifier le montant des dividendes payables par une société d'État mère visée à l'annexe III ou y renoncer.

1991, ch. 24, art. 40.

*Financial Management*

Books and systems

**131.** (1) Each parent Crown corporation shall cause

(*a*) books of account and records in relation thereto to be kept, and

(*b*) financial and management control and information systems and management practices to be maintained,

*Gestion financière*

Documents comptables

**131.** (1) Chaque société d'État mère veille, tant en ce qui la concerne qu'en ce qui concerne ses filiales à cent pour cent :

*a*) à faire tenir des documents comptables;

*b*) à mettre en œuvre, en matière de finances et de gestion, des moyens de contrôle et d'information et à faire appliquer des méthodes de gestion.

in respect of itself and each of its wholly-owned subsidiaries, if any.

Idem

(2) The books, records, systems and practices referred to in subsection (1) shall be kept and maintained in such manner as will provide reasonable assurance that

(*a*) the assets of the corporation and each subsidiary are safeguarded and controlled;

(*b*) the transactions of the corporation and each subsidiary are in accordance with this Part, the regulations, the charter and by-laws of the corporation or subsidiary and any directive given to the corporation; and

(*c*) the financial, human and physical resources of the corporation and each subsidiary are managed economically and efficiently and the operations of the corporation and each subsidiary are carried out effectively.

Internal audit

(3) Each parent Crown corporation shall cause internal audits to be conducted, in respect of itself and each of its wholly-owned subsidiaries, if any, to assess compliance with subsections (1) and (2), unless the Governor in Council is of the opinion that the benefits to be derived from those audits do not justify their cost.

Financial statements

(4) Each parent Crown corporation shall cause financial statements to be prepared annually, in respect of itself and its wholly-owned subsidiaries, if any, in accordance with generally accepted accounting principles as supplemented or augmented by regulations made pursuant to subsection (6), if any.

Form of financial statements

(5) The financial statements of a parent Crown corporation and of a wholly-owned subsidiary shall be prepared in a form that clearly sets out information according to the major businesses or activities of the corporation or subsidiary.

Regulations

(6) The Treasury Board may, for the purposes of subsection (4), make regulations respecting financial statements either generally or in respect of any specified parent Crown corporation or any parent Crown corporation of a specified class, but such regulations shall, in respect of the preparation of financial statements, only

Idem

(2) Pour l'application du paragraphe (1), la société veille, dans la mesure du possible, à ce que :

*a*) ses actifs et ceux de chaque filiale soient protégés et contrôlés;

*b*) ses opérations et celles de chaque filiale se fassent en conformité avec la présente partie et les règlements, l'acte constitutif et les règlements administratifs de la société ou de la filiale ainsi qu'en conformité avec les instructions qui ont été données à la société;

*c*) la gestion de ses ressources financières, humaines et matérielles et de celles de chaque filiale soit menée de façon économique et efficiente et à ce que ses opérations et celles de la filiale soient réalisées avec efficacité.

Vérification interne

(3) Afin de surveiller l'observation des paragraphes (1) et (2), chaque société d'État mère fait faire des vérifications internes de ses opérations et de celles de ses filiales à cent pour cent, sauf si le gouverneur en conseil est d'avis que les avantages à retirer de ces vérifications n'en justifient pas le coût.

États financiers

(4) La société d'État mère établit, et fait établir par ses filiales à cent pour cent, pour chaque année, des états financiers selon les principes comptables généralement reconnus, compte tenu des obligations complémentaires prévues par les éventuels règlements d'application du paragraphe (6).

Présentation matérielle

(5) Les états financiers d'une société d'État mère et d'une filiale à cent pour cent doivent mettre en évidence les principales activités de la société ou de la filiale.

Règlements

(6) Pour l'application du paragraphe (4), le Conseil du Trésor peut prendre des règlements à l'égard des états financiers, soit d'une façon générale, soit à l'égard d'une société d'État mère en particulier ou qui fait partie d'une catégorie particulière; toutefois, dans le cas de la préparation des états financiers, ces règlements

supplement or augment generally accepted accounting principles.

R.S., 1985, c. F-11, s. 131; 1991, c. 24, s. 41; 1999, c. 31, s. 117(F).

Quarterly financial reports

**131.1** (1) Each parent Crown corporation shall, in respect of itself and its wholly-owned subsidiaries, if any, cause to be prepared, in the form and manner provided for by the Treasury Board, a quarterly financial report for each of the first three fiscal quarters of each fiscal year.

Contents

(2) The report shall contain

(*a*) a financial statement for the fiscal quarter and the period from the start of the fiscal year to the end of that fiscal quarter;

(*b*) comparative financial information for the preceding fiscal year; and

(*c*) a statement outlining the results, risks and significant changes in relation to operations, personnel and programs.

Report to be made public

(3) The parent Crown corporation shall cause the report to be made public within 60 days after the end of the fiscal quarter to which the report relates.

Regulations

(4) The Treasury Board may, by regulation, exempt a parent Crown corporation from the requirement set out in subsection (1) or provide that any of the content referred to in subsection (2) be excluded from its report.

2009, c. 31, s. 60.

*Auditor's Reports*

Annual auditor's report

**132.** (1) Each parent Crown corporation shall cause an annual auditor's report to be prepared, in respect of itself and its wholly-owned subsidiaries, if any, in accordance with the regulations, on

(*a*) the financial statements referred to in section 131 and any revised financial statement referred to in subsection 133(3); and

(*b*) any quantitative information required to be audited pursuant to subsection (5).

Contents

(2) A report under subsection (1) shall be addressed to the appropriate Minister and shall

ne peuvent qu'ajouter aux principes comptables généralement reconnus.

L.R. (1985), ch. F-11, art. 131; 1991, ch. 24, art. 41; 1999, ch. 31, art. 117(F).

Rapports financiers trimestriels

**131.1** (1) Chaque société d'État mère fait établir, pour chacun des trois premiers trimestres de chaque exercice et selon les modalités prévues par le Conseil du Trésor, un rapport financier trimestriel pour elle-même et, s'il y a lieu, pour ses filiales à cent pour cent.

Contenu

(2) Ce rapport comporte les éléments suivants :

*a*) un état financier pour le trimestre et pour la période écoulée depuis le début de l'exercice;

*b*) les données financières comparatives de l'exercice précédent;

*c*) un compte rendu soulignant les résultats, les risques et les changements importants quant au fonctionnement, au personnel et aux programmes.

Publicité du rapport

(3) La société d'État mère rend le rapport public dans les soixante jours suivant la fin du trimestre visé par celui-ci.

Règlements

(4) Le Conseil du Trésor peut, par règlement, exempter toute société d'État mère de l'application du paragraphe (1) ou prévoir, à son égard, des exceptions quant au contenu du rapport prévu au paragraphe (2).

2009, ch. 31, art. 60.

*Rapports du vérificateur*

Rapport annuel du vérificateur

**132.** (1) Chaque société d'État mère fait établir un rapport annuel de vérification à l'égard de ses opérations et de celles de ses filiales à cent pour cent, en conformité avec les règlements sur :

*a*) les états financiers prévus à l'article 131 et les états financiers révisés prévus au paragraphe 133(3);

*b*) les renseignements chiffrés qui doivent faire l'objet d'une vérification en conformité avec le paragraphe (5).

Idem

(2) Le rapport visé au paragraphe (1) est adressé au ministre de tutelle et comporte notamment les éléments suivants :

(*a*) include separate statements whether in the auditor's opinion

(i) the financial statements are presented fairly in accordance with generally accepted accounting principles applied on a basis consistent with that of the preceding year,

(ii) the quantitative information is accurate in all material respects and, if applicable, was prepared on a basis consistent with that of the preceding year, and

(iii) the transactions of the corporation and of each subsidiary that have come to the auditor's notice in the course of his examination for the report were in accordance with this Part, the regulations, the charter and by-laws of the corporation or subsidiary and any directive given to the corporation; and

(*b*) call attention to any other matter falling within the scope of the auditor's examination for the report that, in his opinion, should be brought to the attention of Parliament.

*a*) des énoncés distincts indiquant si, selon le vérificateur :

(i) les états financiers sont présentés fidèlement selon les principes comptables généralement reconnus, appliqués de la même manière que l'année précédente,

(ii) les renseignements chiffrés sont exacts à tous égards importants et, s'il y a lieu, ont été établis de la même manière que l'année précédente,

(iii) les opérations de la société et de ses filiales qui ont été portées à sa connaissance au cours des travaux devant mener à l'établissement de son rapport ont été effectuées en conformité avec la présente partie et les règlements, l'acte constitutif et les règlements administratifs de la société ou des filiales et les instructions qui ont été données à la société;

*b*) la mention des autres questions qui entrent dans le champ des travaux de vérification devant mener à l'établissement du rapport et qui, selon lui, devraient être portées à l'attention du Parlement.

Regulations

(3) The Treasury Board may make regulations prescribing the form and manner in which the report referred to in subsection (1) is to be prepared.

Règlements

(3) Le Conseil du Trésor peut, par règlement, prévoir la façon d'établir le rapport visé au paragraphe (1), ainsi que sa présentation matérielle.

Separate reports

(4) Notwithstanding any other provision of this Part, the auditor of a parent Crown corporation may prepare separate annual auditor's reports on the statements referred to in paragraph (1)(*a*) and on the information referred to in paragraph (1)(*b*) if, in the auditor's opinion, separate reports would be more appropriate.

Rapports distincts

(4) Par dérogation aux autres dispositions de la présente partie, le vérificateur d'une société d'État mère peut établir des rapports distincts sur les états mentionnés à l'alinéa (1)*a*) et sur les renseignements visés à l'alinéa (1)*b*) si, selon lui, cela est souhaitable.

Audit of quantitative information

(5) The Treasury Board may require that any quantitative information required to be included in a parent Crown corporation's annual report pursuant to subsection 150(3) be audited.

Renseignements chiffrés

(5) Le Conseil du Trésor peut exiger que les renseignements chiffrés qui doivent être inclus dans le rapport annuel d'une société d'État mère en vertu du paragraphe 150(3) fassent l'objet d'une vérification.

Other reports

(6) The auditor of a parent Crown corporation shall prepare such other reports respecting the corporation or any wholly-owned subsidiary of the corporation as the Governor in Council may require.

Autres rapports

(6) Le vérificateur d'une société d'État mère établit tout autre rapport sur la société ou sur l'une de ses filiales à cent pour cent que le gouverneur en conseil peut exiger.

Examination

(7) An auditor shall make such examination as he considers necessary to enable him to prepare a report under subsection (1) or (6).

Examens

(7) Le vérificateur d'une société d'État mère procède aux examens qu'il estime nécessaires pour lui permettre d'établir les rapports visés aux paragraphes (1) ou (6).

Reliance on internal audit

(8) An auditor shall, to the extent he considers practicable, rely on any internal audit of the corporation being audited that is conducted pursuant to subsection 131(3).

R.S., 1985, c. F-11, s. 132; 1991, c. 24, s. 42; 1999, c. 31, s. 118(F).

Errors and omissions

**133.** (1) A director or officer of a Crown corporation shall forthwith notify the auditor and the audit committee of the corporation, if any, of any error or omission of which the director or officer becomes aware in a financial statement that the auditor or a former auditor has reported on or in a report prepared by the auditor or a former auditor pursuant to section 132.

Idem

(2) Where an auditor or former auditor of a Crown corporation is notified or becomes aware of any error or omission in a financial statement that the auditor or former auditor has reported on or in a report prepared by the auditor or former auditor pursuant to section 132, he shall forthwith notify each director of the corporation of the error or omission if he is of the opinion that the error or omission is material.

Correction

(3) Where an auditor or former auditor of a Crown corporation notifies the directors of an error or omission in a financial statement or report pursuant to subsection (2), the corporation shall prepare a revised financial statement or the auditor or former auditor shall issue a correction to the report, as the case may be, and a copy thereof shall be given to the appropriate Minister.

1984, c. 31, s. 11.

*Auditors*

Appointment of auditor

**134.** (1) Subject to subsection (2), the auditor of a Crown corporation shall be appointed annually by the Governor in Council, after the appropriate Minister has consulted the board of directors of the corporation, and may be removed at any time by the Governor in Council, after the appropriate Minister has consulted the board.

Auditor General

(2) The Auditor General of Canada shall be appointed by the Governor in Council as the auditor, or a joint auditor, of each Crown corporation, unless the Auditor General waives the requirement of being so appointed.

Utilisation des données d'une vérification interne

(8) Le vérificateur, dans la mesure où il les juge utilisables, se fie aux résultats de toute vérification interne faite en conformité avec le paragraphe 131(3).

L.R. (1985), ch. F-11, art. 132; 1991, ch. 24, art. 42; 1999, ch. 31, art. 118(F).

Erreurs et omissions

**133.** (1) Les administrateurs et les dirigeants d'une société d'État avisent immédiatement le vérificateur et, le cas échéant, le comité de vérification de la société des erreurs ou omissions qu'ils trouvent dans un état financier sur lequel le vérificateur ou un de ses prédécesseurs a fait un rapport ou dans un rapport établi par l'un de ceux-ci en conformité avec l'article 132.

Idem

(2) Le vérificateur d'une société d'État ou son prédécesseur qui est avisé de l'existence d'une erreur ou d'une omission visée au paragraphe (1), ou qui en trouve une, en avise immédiatement tous les administrateurs de la société s'il estime qu'elle est importante.

Rectificatif

(3) À la suite de l'avis prévu au paragraphe (2), la société établit un état financier révisé et, s'il y a lieu, le vérificateur ou son prédécesseur apporte un rectificatif au rapport; un exemplaire du document en cause est remis au ministre de tutelle.

1984, ch. 31, art. 11.

*Vérificateurs*

Nomination

**134.** (1) Sous réserve du paragraphe (2), le vérificateur d'une société d'État est nommé chaque année par le gouverneur en conseil après consultation par le ministre de tutelle du conseil d'administration de la société; le gouverneur en conseil peut le révoquer en tout temps, après consultation du conseil d'administration par le ministre de tutelle.

Vérificateur général

(2) Le vérificateur général est nommé par le gouverneur en conseil vérificateur ou covérificateur de chaque société d'État; toutefois, il a le droit de refuser le mandat.

Idem

(3) Subsections (1) and (2) do not apply in respect of any parent Crown corporation the auditor of which is specified by any other Act of Parliament to be the Auditor General of Canada, but the Auditor General is eligible to be appointed as the auditor, or a joint auditor, of a parent Crown corporation pursuant to subsection (1) and section 135 does not apply to him.

(4) [Repealed, 2005, c. 30, s. 36]

Criteria for appointment

(5) The Governor in Council may make regulations prescribing the criteria to be applied in selecting an auditor for appointment pursuant to subsection (1).

Re-appointment

(6) An auditor of a Crown corporation is eligible for re-appointment on the expiration of the auditor's appointment.

Continuation in office

(7) Notwithstanding subsection (1), if an auditor of a Crown corporation is not appointed to take office on the expiration of the appointment of an incumbent auditor, the incumbent auditor continues in office until a successor is appointed.

R.S., 1985, c. F-11, s. 134; 2005, c. 30, s. 36.

Persons not eligible

**135.** (1) A person is disqualified from being appointed or re-appointed or continuing as an auditor of a Crown corporation pursuant to section 134 if that person is not independent of the corporation, any of its affiliates, or the directors or officers of the corporation or any of its affiliates.

Independence

(2) For the purposes of this section,

(*a*) independence is a question of fact; and

(*b*) a person is deemed not to be independent if that person or any of that person's business partners

(i) is a business partner, director, officer or employee of the Crown corporation or any of its affiliates, or a business partner of any director, officer or employee of the corporation or any of its affiliates,

(ii) beneficially owns or controls, directly or indirectly through a trustee, legal representative, agent or other intermediary, a material interest in the shares or debt of the Crown corporation or any of its affiliates, or

Idem

(3) Les paragraphes (1) et (2) ne s'appliquent pas aux sociétés d'État mères dont le vérificateur est, en vertu d'une autre loi fédérale, le vérificateur général; celui-ci peut cependant être nommé vérificateur ou covérificateur d'une société d'État mère en vertu du paragraphe (1); le cas échéant, l'article 135 ne s'applique pas à lui.

(4) [Abrogé, 2005, ch. 30, art. 36]

Conditions de nomination

(5) Le gouverneur en conseil peut, par règlement, fixer les conditions régissant la nomination d'un vérificateur au titre du paragraphe (1).

Renouvellement

(6) Le mandat du vérificateur est renouvelable.

Prolongation du mandat

(7) Par dérogation au paragraphe (1), s'il n'est pas pourvu à la succession du vérificateur, son mandat se prolonge jusqu'à la nomination de son remplaçant.

L.R. (1985), ch. F-11, art. 134; 2005, ch. 30, art. 36.

Conditions requises

**135.** (1) Pour être vérificateur d'une société d'État, il faut être indépendant de la société, des personnes morales de son groupe et de leurs administrateurs ou dirigeants.

Indépendance

(2) Pour l'application du présent article :

*a*) l'indépendance est une question de fait;

*b*) est réputée ne pas être indépendante la personne qui, ou dont un associé :

(i) est associé, administrateur, dirigeant ou salarié de la société d'État, ou d'une personne morale de son groupe, ou est associé d'un de leurs administrateurs, dirigeants ou salariés,

(ii) est le véritable propriétaire ou détient, directement ou indirectement, par un fiduciaire, un représentant légal, un mandataire ou un autre intermédiaire, le contrôle d'une partie importante des actions ou dettes de la société d'État ou de l'une des personnes morales de son groupe,

(iii) has been a receiver, receiver-manager, liquidator or trustee in bankruptcy of the Crown corporation or any of its affiliates within two years of the person's proposed appointment as auditor of the corporation.

Resignation

(3) An auditor of a Crown corporation who becomes disqualified under this section shall resign immediately after becoming aware of the disqualification.

R.S., 1985, c. F-11, s. 135; 2005, c. 30, s. 37.

Qualifications preserved

**136.** Nothing in sections 134 and 135 shall be construed as empowering the appointment, re-appointment or continuation in office as an auditor of a Crown corporation of any person who does not meet any qualifications for such appointment, re-appointment or continuation established by any other Act of Parliament.

R.S., 1985, c. F-11, s. 136; 2005, c. 30, s. 37.

Resignation

**137.** A resignation of an auditor of a Crown corporation becomes effective at the time the corporation receives a written resignation from the auditor or at the time specified in the resignation, whichever is later.

R.S., 1985, c. F-11, s. 137; 2005, c. 30, s. 37.

*Special Examination*

Special examination

**138.** (1) Each parent Crown corporation shall cause a special examination to be carried out in respect of itself and its wholly-owned subsidiaries, if any, to determine if the systems and practices referred to in paragraph 131(1)(*b*) were, in the period under examination, maintained in a manner that provided reasonable assurance that they met the requirements of paragraphs 131(2)(*a*) and (*c*).

Time for examination

(2) A special examination shall be carried out at least once every 10 years and at any additional times that the Governor in Council, the appropriate Minister, the board of directors of the corporation to be examined or the Auditor General of Canada may require.

Plan

(3) Before an examiner commences a special examination, he shall survey the systems and practices of the corporation to be examined and submit a plan for the examination, including a statement of the criteria to be applied in the examination, to the audit committee of the corporation, or if there is no audit committee, to the board of directors of the corporation.

(iii) a été séquestre, séquestre-gérant, liquidateur ou syndic de faillite de la société d'État ou d'une personne morale de son groupe dans les deux ans précédant sa nomination éventuelle au poste de vérificateur de la société.

Démission

(3) Le vérificateur d'une société d'État doit démissionner dès qu'à sa connaissance il ne remplit plus les conditions prévues par le présent article.

L.R. (1985), ch. F-11, art. 135; 2005, ch. 30, art. 37.

Maintien des restrictions spéciales

**136.** Les articles 134 et 135 n'ont pas pour effet de permettre la nomination, le renouvellement ou la poursuite du mandat, à titre de vérificateur d'une société d'État, de personnes qui ne satisfont pas aux conditions d'aptitude correspondantes prévues par une autre loi fédérale.

L.R. (1985), ch. F-11, art. 136; 2005, ch. 30, art. 37.

Démission

**137.** La démission du vérificateur d'une société d'État prend effet au moment où celle-ci en reçoit un avis écrit ou, si elle est ultérieure, à la date que précise l'avis.

L.R. (1985), ch. F-11, art. 137; 2005, ch. 30, art. 37.

*Examens spéciaux*

Règle générale

**138.** (1) Chaque société d'État mère fait procéder à un examen spécial de ses opérations et de celles de ses filiales à cent pour cent afin de déterminer si, dans la mesure du possible, la mise en œuvre des moyens et l'application des méthodes visés à l'alinéa 131(1)*b*) se sont effectuées pendant la période considérée, conformément aux dispositions des alinéas 131(2)*a*) et *c*).

Périodicité

(2) Les examens spéciaux sont au moins décennaux; des examens spéciaux peuvent avoir lieu à d'autres moments à la demande du gouverneur en conseil, du ministre de tutelle, du conseil d'administration de la société en cause ou du vérificateur général.

Plan d'action

(3) Avant de procéder à ses travaux, l'examinateur étudie les moyens et les méthodes de la société visée et établit un plan d'action, notamment quant aux critères qu'il entend appliquer; il présente ce plan au comité de vérification de la société ou, à défaut, au conseil d'administration de celle-ci.

Resolution of disagreements

(4) Any disagreement between the examiner and the audit committee or board of directors of a corporation with respect to a plan referred to in subsection (3) may be resolved

(*a*) in the case of a parent Crown corporation, by the appropriate Minister; and

(*b*) in the case of a wholly-owned subsidiary, by the parent Crown corporation that wholly owns the subsidiary.

Reliance on internal audit

(5) An examiner shall, to the extent he considers practicable, rely on any internal audit of the corporation being examined conducted pursuant to subsection 131(3).

R.S., 1985, c. F-11, s. 138; 2009, c. 2, s. 374.

Report

**139.** (1) An examiner shall, on completion of the special examination, submit a report on his findings to the board of directors of the corporation examined.

Contents

(2) The report of an examiner under subsection (1) shall include

(*a*) a statement whether in the examiner's opinion, with respect to the criteria established pursuant to subsection 138(3), there is reasonable assurance that there are no significant deficiencies in the systems and practices examined; and

(*b*) a statement of the extent to which the examiner relied on internal audits.

Report to Minister and President of the Treasury Board

(3) The board of directors shall, within 30 days after the day on which it receives the report, submit the report to the appropriate Minister and the President of the Treasury Board.

Report available to public

(4) The board of directors shall, within 60 days after the day on which it receives the report, make the report available to the public.

R.S., 1985, c. F-11, s. 139; 2009, c. 2, s. 375.

Special report to appropriate Minister

**140.** Where the examiner of a parent Crown corporation, or a wholly-owned subsidiary of a parent Crown corporation, is of the opinion that the report under subsection 139(1) contains information that should be brought to the attention of the appropriate Minister, the examiner shall, after consultation with the board of directors of the corporation, or with the boards of the subsidiary and corporation, as the case may be, report that information to the Minister and

Désaccord

(4) Les désaccords entre l'examinateur et le comité de vérification ou le conseil d'administration d'une société sur le plan d'action visé au paragraphe (3) peuvent être tranchés :

*a*) dans le cas d'une société d'État mère, par le ministre de tutelle;

*b*) dans le cas d'une filiale à cent pour cent, par la société d'État mère qui la détient.

Utilisation des données d'une vérification interne

(5) L'examinateur, dans la mesure où il les juge utilisables, se fie aux résultats de toute vérification interne faite en conformité avec le paragraphe 131(3).

L.R. (1985), ch. F-11, art. 138; 2009, ch. 2, art. 374.

Rapport

**139.** (1) Ses travaux terminés, l'examinateur établit un rapport de ses résultats qu'il soumet au conseil d'administration.

Contenu

(2) Le rapport visé au paragraphe (1) comporte notamment les éléments suivants :

*a*) un énoncé indiquant si, selon l'examinateur, compte tenu des critères établis en conformité avec le paragraphe 138(3), il peut être garanti que, dans la mesure du possible, les moyens et méthodes étudiés n'ont pas de défauts graves;

*b*) un énoncé indiquant dans quelle mesure l'examinateur s'est fié aux résultats d'une vérification interne.

Communication au ministre et au Conseil du Trésor

(3) Le conseil d'administration soumet le rapport au ministre de tutelle et au président du Conseil du Trésor dans les trente jours de sa réception.

Communication au public

(4) Le conseil d'administration met le rapport à la disposition du public dans les soixante jours de sa réception.

L.R. (1985), ch. F-11, art. 139; 2009, ch. 2, art. 375.

Rapport spécial au ministre de tutelle

**140.** L'examinateur d'une société d'État mère ou d'une filiale à cent pour cent d'une société d'État mère, s'il estime que le rapport visé au paragraphe 139(1) contient des renseignements à porter à l'attention du ministre de tutelle, les lui transmet, après consultation du conseil d'administration de la société ou, dans le cas d'une filiale, des conseils de la société et de la filiale, dans un rapport spécial dont il remet un exemplaire aux conseils consultés.

L.R. (1985), ch. F-11, art. 140; 2005, ch. 30, art. 38.

furnish the board or boards with a copy of the report.

R.S., 1985, c. F-11, s. 140; 2005, c. 30, s. 38.

Special report to Parliament

**141.** Where the examiner of a parent Crown corporation, or a wholly-owned subsidiary of a parent Crown corporation, is of the opinion that the report under subsection 139(1) contains information that should be brought to the attention of Parliament, the examiner shall, after consultation with the appropriate Minister and the board of directors of the corporation, or with the boards of the subsidiary and corporation, as the case may be, prepare a report on that information for inclusion in the next annual report of the corporation and furnish the board or boards, the appropriate Minister and the Auditor General of Canada with copies of the report.

R.S., 1985, c. F-11, s. 141; 2005, c. 30, s. 38.

Examiner

**142.** (1) Subject to subsection (2), a special examination referred to in section 138 shall be carried out by the auditor of a Crown corporation.

Examiner

(2) Where, in the opinion of the Governor in Council, a person other than the auditor of a Crown corporation should carry out a special examination, the Governor in Council may, after the appropriate Minister has consulted the board of directors of the corporation, appoint an auditor who is qualified for the purpose to carry out the examination in lieu of the auditor of the corporation and may, after the appropriate Minister has consulted the board, remove that qualified auditor at any time.

(3) [Repealed, 2005, c. 30, s. 39]

Applicable provisions

(4) Subject to subsection (5), sections 135 and 137 apply in respect of an examiner as though the references therein to an auditor were references to an examiner.

Auditor General eligible

(5) The Auditor General of Canada is eligible to be appointed an examiner and section 135 does not apply to the Auditor General of Canada in respect of such an appointment.

R.S., 1985, c. F-11, s. 142; 2005, c. 30, s. 39.

*Consultation with Auditor General*

Consultation with Auditor General

**143.** The auditor or examiner of a Crown corporation may at any time consult the Auditor General of Canada on any matter relating to

Rapport spécial au Parlement

**141.** L'examinateur d'une société d'État mère ou d'une filiale à cent pour cent d'une société d'État mère, s'il estime que le rapport visé au paragraphe 139(1) contient des renseignements à porter à l'attention du Parlement, établit à leur sujet, après consultation du ministre de tutelle et du conseil d'administration de la société ou, dans le cas d'une filiale, du ministre et des conseils de la société et de la filiale, un rapport spécial à incorporer dans le rapport annuel suivant de la société et dont il remet un exemplaire au ministre, aux conseils consultés et au vérificateur général.

L.R. (1985), ch. F-11, art. 141; 2005, ch. 30, art. 38.

Examinateur

**142.** (1) Sous réserve du paragraphe (2), c'est le vérificateur d'une société d'État qui est chargé de l'examen spécial.

Examinateur

(2) Le gouverneur en conseil, s'il estime contre-indiqué de voir confier l'examen spécial au vérificateur de la société d'État, peut, après consultation du conseil d'administration de la société par le ministre de tutelle, en charger un autre vérificateur remplissant les conditions requises; il peut également révoquer ce dernier en tout temps, après pareille consultation.

(3) [Abrogé, 2005, ch. 30, art. 39]

Dispositions applicables

(4) Sous réserve du paragraphe (5), les articles 135 et 137 s'appliquent à l'examinateur comme s'il s'agissait du vérificateur.

Vérificateur général

(5) Le vérificateur général peut être nommé examinateur; le cas échéant, l'article 135 ne s'applique pas à lui.

L.R. (1985), ch. F-11, art. 142; 2005, ch. 30, art. 39.

*Consultation du vérificateur général*

Règle générale

**143.** Le vérificateur et l'examinateur d'une société d'État peuvent à tout moment consulter le vérificateur général sur tout point qui relève

his audit or special examination and shall consult the Auditor General with respect to any matter that, in the opinion of the auditor or examiner, should be brought to the attention of Parliament pursuant to paragraph 132(2)(*b*) or section 141.

1984, c. 31, s. 11.

de la vérification ou de l'examen spécial; ils doivent le consulter sur toute question qui, selon eux, devrait être portée à l'attention du Parlement en conformité avec l'alinéa 132(2)*b*) ou l'article 141.

1984, ch. 31, art. 11.

### *Right to Information*

Right to information

**144.** (1) On the demand of the auditor or examiner of a Crown corporation, the present or former directors, officers, employees or agents of the corporation shall furnish such

(*a*) information and explanations, and

(*b*) access to records, documents, books, accounts and vouchers of the corporation or any of its subsidiaries

as the auditor or examiner considers necessary to enable him to prepare any report as required by this Division and that the directors, officers, employees or agents are reasonably able to furnish.

Idem

(2) On the demand of the auditor or examiner of a Crown corporation, the directors of the corporation shall

(*a*) obtain from the present or former directors, officers, employees or agents of any subsidiary of the corporation such information and explanations as the auditor or examiner considers necessary to enable him to prepare any report as required by this Division and that the present or former directors, officers, employees or agents are reasonably able to furnish; and

(*b*) furnish the auditor or examiner with the information and explanations so obtained.

Reliance on reports

(3) An auditor or examiner of a Crown corporation may reasonably rely on any report of any other auditor or examiner.

R.S., 1985, c. F-11, s. 144; 1991, c. 24, s. 50(F).

### *Accès aux renseignements*

Règle générale

**144.** (1) Les administrateurs, dirigeants, salariés ou mandataires d'une société d'État, ou leurs prédécesseurs, doivent, à la demande du vérificateur ou de l'examinateur de la société :

*a*) lui fournir des renseignements et des éclaircissements;

*b*) lui donner accès aux registres, livres, comptes, pièces justificatives et autres documents de la société ou de ses filiales.

Ils se conforment à la demande dans la mesure où le vérificateur ou l'examinateur l'estime nécessaire pour établir les rapports prévus par la présente section et où il leur est normalement possible de le faire.

Idem

(2) Les administrateurs d'une société d'État doivent, à la demande du vérificateur ou de l'examinateur de la société :

*a*) recueillir auprès des administrateurs, dirigeants, salariés ou mandataires, ou de leurs prédécesseurs, les renseignements et éclaircissements que ces personnes peuvent normalement fournir et que le vérificateur ou l'examinateur estiment nécessaires pour leur permettre d'établir les rapports prévus par la présente section;

*b*) fournir les renseignements et éclaircissements ainsi recueillis au vérificateur ou à l'examinateur.

Autres rapports

(3) Le vérificateur et l'examinateur d'une société d'État peuvent normalement se fier aux rapports des autres vérificateurs ou examinateurs.

L.R. (1985), ch. F-11, art. 144; 1991, ch. 24, art. 50(F).

### *Policy*

Restriction

**145.** Nothing in this Part or the regulations shall be construed as authorizing the auditor or examiner of a Crown corporation to express any opinion on the merits of matters of policy, including the merits of

### *Orientations*

Restrictions

**145.** La présente partie ou ses règlements n'ont pas pour effet d'autoriser le vérificateur ou l'examinateur d'une société d'État à exprimer leur opinion sur le bien-fondé de questions d'orientation, notamment sur celui :

(*a*) the objects or purposes for which the corporation is incorporated, or the restrictions on the businesses or activities that it may carry on, as set out in its charter;

(*b*) the objectives of the corporation; and

(*c*) any business or policy decision of the corporation or of the Government of Canada.

1984, c. 31, s. 11.

*a*) des buts de la société ou des restrictions quant aux activités qu'elle peut exercer, tels qu'ils figurent dans son acte constitutif;

*b*) des objectifs de la société;

*c*) des décisions touchant les activités ou les orientations de la société prises par celle-ci ou le gouvernement du Canada.

1984, ch. 31, art. 11.

### *Qualified Privilege*

Qualified privilege

**146.** Any oral or written statement or report made under this Part or the regulations by the auditor or a former auditor, or the examiner or a former examiner, of a Crown corporation has qualified privilege.

R.S., 1985, c. F-11, s. 146; 1991, c. 24, s. 43; 2005, c. 30, s. 40.

### *Immunité*

Immunité relative

**146.** Les vérificateurs et les examinateurs d'une société d'État, ainsi que leurs prédécesseurs, jouissent d'une immunité relative en ce qui concerne les déclarations orales ou écrites et les rapports qu'ils font en vertu de la présente partie ou de ses règlements.

L.R. (1985), ch. F-11, art. 146; 1991, ch. 24, art. 43; 2005, ch. 30, art. 40.

### *Costs*

Cost of audit and examinations

**147.** (1) The amounts paid to an auditor or examiner of a Crown corporation for preparing any report under section 132, 139, 140 or 141 shall be reported to the President of the Treasury Board.

Idem

(2) Where the Auditor General of Canada is the auditor or examiner of a Crown corporation, the costs incurred by him in preparing any report under section 132, 139, 140 or 141 shall be disclosed in the next annual report of the Auditor General and be paid out of the moneys appropriated for his office.

1984, c. 31, s. 11.

### *Coûts*

Coûts des vérifications et examens

**147.** (1) Il est rendu compte au président du Conseil du Trésor des montants versés au vérificateur ou examinateur d'une société d'État pour l'établissement des rapports visés aux articles 132, 139, 140 ou 141.

Idem

(2) Dans le cas où le vérificateur général est le vérificateur ou l'examinateur d'une société d'État, les frais qu'il engage pour l'établissement des rapports visés aux articles 132, 139, 140 ou 141 figurent dans son rapport annuel suivant et sont supportés par son bureau.

1984, ch. 31, art. 11.

### *Audit Committee*

Audit committee

**148.** (1) Each parent Crown corporation that has four or more directors shall establish an audit committee composed of not less than three directors of the corporation, none of whom may be officers or employees of the corporation or any of its affiliates.

Idem

(2) In the case of a parent Crown corporation that has less than four directors, the board of directors of the corporation constitutes the audit committee of the corporation and shall perform the duties and functions assigned to an audit committee by any provision of this Part and the provision shall be construed accordingly.

### *Comité de vérification*

Constitution de comité

**148.** (1) Chaque société d'État mère dont le conseil d'administration se compose d'au moins quatre membres constitue un comité de vérification formé d'au moins trois administrateurs dont aucun n'est un de ses dirigeants ou salariés ou un de ceux d'une personne morale de son groupe.

Idem

(2) Dans le cas où il se compose de moins de quatre membres, le conseil d'administration fait office de comité de vérification de la société; il est dès lors chargé des fonctions que les dispositions de la présente partie attribuent à celui-ci, ces dispositions s'interprétant en conséquence.

Duties

(3) The audit committee of a parent Crown corporation shall

(*a*) review, and advise the board of directors with respect to, the financial statements that are to be included in the annual report of the corporation;

(*b*) oversee any internal audit of the corporation that is conducted pursuant to subsection 131(3);

(*c*) review, and advise the board of directors with respect to, the annual auditor's report of the corporation referred to in subsection 132(1);

(*d*) in the case of a corporation undergoing a special examination, review, and advise the board of directors with respect to, the plan and reports referred to in sections 138 to 141; and

(*e*) perform such other functions as are assigned to it by the board of directors or the charter or by-laws of the corporation.

Auditor's or examiner's attendance

(4) The auditor and any examiner of a parent Crown corporation are entitled to receive notice of every meeting of the audit committee and, at the expense of the corporation, to attend and be heard at each meeting, and, if so requested by a member of the audit committee, the auditor or examiner shall attend any or every meeting of the committee held during his term of office.

Calling meeting

(5) The auditor or examiner of a parent Crown corporation or a member of the audit committee may call a meeting of the committee.

Wholly-owned subsidiary

(6) Where the report referred to in subsection 132(1) is to be prepared in respect of a wholly-owned subsidiary separately, subsections (1) to (5) apply, with such modifications as the circumstances require, in respect of the subsidiary as though

(*a*) the references in subsections (1) to (5) to a parent Crown corporation were references to the subsidiary; and

(*b*) the reference in paragraph (3)(*a*) to the annual report of the corporation were a refer-

Fonctions

(3) Le comité de vérification d'une société d'État mère est chargé des fonctions suivantes :

*a*) réexaminer les états financiers à incorporer dans le rapport annuel de la société et conseiller le conseil d'administration à leur égard;

*b*) surveiller la vérification interne visée au paragraphe 131(3);

*c*) réexaminer le rapport annuel du vérificateur de la société visé au paragraphe 132(1) et conseiller le conseil d'administration à son égard;

*d*) dans le cas d'une société visée par un examen spécial, réexaminer le plan et le rapport mentionnés aux articles 138 à 141 et conseiller le conseil d'administration à cet égard;

*e*) exécuter les autres fonctions que lui attribuent le conseil d'administration, l'acte constitutif ou les règlements administratifs de la société.

Présence du vérificateur ou de l'examinateur

(4) Le vérificateur et l'examinateur d'une société d'État mère ont le droit de recevoir avis de chacune des réunions du comité de vérification, d'y assister aux frais de la société et d'y prendre la parole; en outre, sur demande d'un membre du comité de vérification, ils doivent assister aux réunions du comité, ou à telles d'entre elles, qui se tiennent pendant la durée de leur mandat.

Tenue des réunions

(5) Le vérificateur ou l'examinateur d'une société d'État mère ou un membre du comité de vérification peut demander la tenue d'une réunion du comité.

Filiale à cent pour cent

(6) Lorsque les rapports visés au paragraphe 132(1) sont à établir de façon distincte à l'égard d'une filiale à cent pour cent, les paragraphes (1) à (5) s'appliquent à elle, compte tenu des adaptations de circonstance, comme si :

*a*) toute mention d'une société d'État mère était une mention de la filiale;

*b*) toute mention à l'alinéa (3)*a*) du rapport annuel de la société était une mention de celui de la société d'État mère qui détient la filiale.

L.R. (1985), ch. F-11, art. 148; 1991, ch. 24, art. 50(F); 2006, ch. 9, art. 268.

ence to the annual report of the parent Crown corporation that wholly owns the subsidiary.

R.S., 1985, c. F-11, s. 148; 1991, c. 24, s. 50(F); 2006, c. 9, s. 268.

*Reports*

Accounts, etc., to Treasury Board or appropriate Minister

**149.** (1) A parent Crown corporation shall provide the Treasury Board or the appropriate Minister with such accounts, budgets, returns, statements, documents, records, books, reports or other information as the Board or appropriate Minister may require.

Report on material developments

(2) The chief executive officer of a parent Crown corporation shall, as soon as reasonably practicable, notify the appropriate Minister, the President of the Treasury Board and any director of the corporation not already aware thereof of any financial or other developments that, in the chief executive officer's opinion, are likely to have a material effect on the performance of the corporation, including its wholly-owned subsidiaries, if any, relative to the corporation's objectives or on the corporation's requirements for funding.

Report on wholly-owned subsidiaries

(3) Each parent Crown corporation shall forthwith notify the appropriate Minister and the President of the Treasury Board of the name of any corporation that becomes or ceases to be a wholly-owned subsidiary of the corporation.

1984, c. 31, s. 11.

Annual report

**150.** (1) Each parent Crown corporation shall, as soon as possible, but in any case within three months, after the termination of each financial year submit an annual report on the operations of the corporation in that year concurrently to the appropriate Minister and the President of the Treasury Board, and the appropriate Minister shall cause a copy of the report to be laid before each House of Parliament on any of the first fifteen days on which that House is sitting after he receives it.

Reference to committee

(2) An annual report laid before Parliament pursuant to subsection (1) stands permanently referred to such committee of Parliament as may be designated or established to review matters relating to the businesses and activities of the corporation submitting the report.

*Rapports*

Comptes, etc. au Conseil du Trésor ou au ministre de tutelle

**149.** (1) Les sociétés d'État mères remettent au ministre de tutelle ou au Conseil du Trésor les comptes, budgets, comptes rendus, états financiers, documents, registres, livres, rapports et autres renseignements que ceux-ci demandent.

Avis des changements importants

(2) Le premier dirigeant d'une société d'État mère avise dans les plus brefs délais possible le ministre de tutelle, le président du Conseil du Trésor et les administrateurs de la société qui ne sont pas déjà au courant des changements, notamment de la situation financière, qui, selon lui, pourraient avoir, par rapport aux objectifs de la société, des conséquences importantes sur les résultats de celle-ci, y compris, le cas échéant, ceux de ses filiales à cent pour cent, ou sur les besoins financiers de la société.

Rapport sur les filiales à cent pour cent

(3) Les sociétés d'État mères indiquent sans délai au ministre de tutelle et au président du Conseil du Trésor les personnes morales qui deviennent ses filiales à cent pour cent ou cessent de l'être.

1984, ch. 31, art. 11.

Rapport annuel

**150.** (1) Le plus tôt possible, mais de toute façon dans les trois premiers mois suivant chaque exercice, les sociétés d'État mères remettent un rapport annuel de leurs activités pendant l'exercice en même temps au ministre de tutelle et au président du Conseil du Trésor; le ministre de tutelle en fait déposer un exemplaire devant chaque chambre du Parlement dans les quinze premiers jours de séance de celle-ci qui suivent sa réception.

Renvoi en comité

(2) Le rapport annuel déposé devant le Parlement en conformité avec le paragraphe (1) est renvoyé automatiquement devant le comité du Parlement désigné ou constitué pour étudier les questions touchant aux activités de la société d'État qui a établi le rapport.

Form and contents

(3) The annual report of a parent Crown corporation shall include

(*a*) the financial statements of the corporation referred to in section 131,

(*b*) the annual auditor's report referred to in subsection 132(1),

(*c*) a statement on the extent to which the corporation has met its objectives for the financial year,

(*d*) such quantitative information respecting the performance of the corporation, including its wholly-owned subsidiaries, if any, relative to the corporation's objectives as the Treasury Board may require to be included in the annual report, and

(*e*) such other information as is required by this Act or any other Act of Parliament, or by the appropriate Minister, the President of the Treasury Board or the Minister of Finance, to be included in the annual report,

and shall be prepared in a form that clearly sets out information according to the major businesses or activities of the corporation and its wholly-owned subsidiaries, if any.

Idem

(4) In addition to any other requirements under this Act or any other Act of Parliament, the Treasury Board may, by regulation, prescribe the information to be included in annual reports and the form in which that information is to be prepared.

R.S., 1985, c. F-11, s. 150; 1991, c. 24, s. 49(E).

Annual consolidated report

**151.** (1) The President of the Treasury Board shall, not later than December 31 of each year, cause a copy of an annual consolidated report on the businesses and activities of all parent Crown corporations for their financial years ending on or before the previous July 31 to be laid before each House of Parliament.

Reference to committee

(2) An annual consolidated report laid before Parliament pursuant to subsection (1) stands permanently referred to such committee of Parliament as may be designated or established to review matters relating to Crown corporations.

Contents

(3) The annual consolidated report referred to in subsection (1) shall include

(*a*) a list naming, as of a specified date, all Crown corporations and all corporations of

Présentation matérielle et contenu

(3) Le rapport annuel d'une société d'État mère contient notamment les éléments suivants :

*a*) les états financiers de la société visés à l'article 131;

*b*) le rapport annuel du vérificateur visé au paragraphe 132(1);

*c*) un énoncé de la mesure dans laquelle la société a réalisé ses objectifs pour l'exercice en question;

*d*) les renseignements chiffrés qu'exige le Conseil du Trésor sur les résultats de la société et, le cas échéant, ceux de ses filiales à cent pour cent, par rapport à ses objectifs;

*e*) les autres renseignements qu'exigent la présente loi, une autre loi fédérale, le ministre de tutelle, le président du Conseil du Trésor ou le ministre des Finances.

En outre, le rapport annuel doit mettre en évidence les principales activités de la société et de ses filiales à cent pour cent.

Idem

(4) En plus des autres obligations que prévoient la présente loi ou une autre loi fédérale, le Conseil du Trésor peut, par règlement, prévoir les renseignements à porter dans les rapports annuels et la présentation matérielle de ces renseignements.

L.R. (1985), ch. F-11, art. 150; 1991, ch. 24, art. 49(A).

Rapport global

**151.** (1) Le président du Conseil du Trésor fait déposer devant chaque chambre du Parlement, avant la fin de l'année civile, un rapport global des activités de toutes les sociétés d'État mères dont l'exercice se termine au plus tard le 31 juillet.

Renvoi en comité

(2) Le rapport global déposé devant le Parlement en conformité avec le paragraphe (1) est renvoyé automatiquement devant le comité du Parlement désigné ou constitué pour étudier les questions touchant aux sociétés d'État.

Contenu

(3) Le rapport global visé au paragraphe (1) contient notamment les éléments suivants :

*a*) la liste à une date déterminée de toutes les sociétés d'État, et de toutes les personnes

which any shares are held by, on behalf of or in trust for the Crown or any Crown corporation;

(*b*) employment and financial data, including aggregate borrowings of parent Crown corporations; and

(*c*) such other information as the President of the Treasury Board may determine.

1984, c. 31, s. 11.

Annual report

**152.** (1) The President of the Treasury Board shall, not later than December 31 of each year, cause to be laid before each House of Parliament a copy of a report indicating the summaries and annual reports that under this Part were to be laid before that House by July 31 in that year, the time at, before or within which they were to be laid, and the time they were laid before that House.

Attest

(2) The accuracy of the information contained in the report referred to in subsection (1) shall be attested by the Auditor General of Canada in the Auditor General's annual report to the House of Commons.

R.S., 1985, c. F-11, s. 152; 1991, c. 24, s. 44.

DIVISION IV

GENERAL

*Commercially Detrimental Information*

Commercially detrimental information

**153.** (1) Nothing in this Part or the *Statutory Instruments Act* shall be construed as requiring the tabling before either House of Parliament of any information the publication of which, in the opinion of the appropriate Minister, would be detrimental to the commercial interests of a parent Crown corporation or a wholly-owned subsidiary of a parent Crown corporation.

Tabling

(2) Where information in a directive is not tabled pursuant to subsection (1), the appropriate Minister shall cause that information to be laid before each House of Parliament on any of the first fifteen days on which that House is sitting after he is notified that the directive has been implemented.

Consultation

(3) Before forming an opinion whether the publication of any information would be detrimental as described in subsection (1), the appropriate Minister shall consult the board of directors of the parent Crown corporation

morales dont les actions sont détenues par Sa Majesté, une société d'État, en leur nom ou en fiducie pour elles;

*b*) des données sur l'emploi et la situation financière, y compris le total des emprunts des sociétés d'État mères;

*c*) les autres renseignements qu'exige le président du Conseil du Trésor.

1984, ch. 31, art. 11.

Rapport annuel

**152.** (1) Le président du Conseil du Trésor fait déposer devant chaque chambre du Parlement, au plus tard le 31 décembre, un exemplaire du rapport indiquant les résumés et les rapports annuels dont la présente partie prévoit le dépôt avant le 31 juillet précédent, les délais à observer pour le dépôt et les dates effectives de celui-ci.

Attestation

(2) Le vérificateur général atteste, dans son rapport annuel à la Chambre des communes, l'exactitude des renseignements que contient le rapport déposé conformément au paragraphe (1).

L.R. (1985), ch. F-11, art. 152; 1991, ch. 24, art. 44.

SECTION IV

DISPOSITIONS GÉNÉRALES

*Renseignements commerciaux nuisibles*

Protection

**153.** (1) La présente partie et la *Loi sur les textes réglementaires* n'ont pas pour effet d'obliger au dépôt devant une chambre du Parlement de renseignements dont la publication nuirait, selon le ministre de tutelle, aux intérêts commerciaux d'une société d'État mère ou d'une de ses filiales à cent pour cent.

Dépôt

(2) Dans le cas où le paragraphe (1) permet que des renseignements figurant dans des instructions ne soient pas déposés, le ministre de tutelle les fait déposer devant chaque chambre du Parlement dans les quinze premiers jours de séance de celle-ci suivant le jour où il est avisé de la mise en œuvre des instructions.

Consultations

(3) Le ministre de tutelle consulte le conseil d'administration de la société d'État mère concernée ou dont la filiale à cent pour cent est concernée avant de se faire une opinion quant

concerned or whose wholly-owned subsidiary is concerned, as the case may be.

Exception

(4) Subsection (1) does not apply in respect of the annual auditor's report referred to in subsection 132(1) or the report of an examiner referred to in section 141.

1984, c. 31, s. 11.

### *Sanction*

Contravention of Act or regulations

**154.** Where a director, chairperson or chief executive officer of a Crown corporation has wilfully contravened this Part or the regulations, or has wilfully caused the corporation to contravene this Part or the regulations, the Governor in Council may suspend him, with or without remuneration, for such period as the Governor in Council deems appropriate.

R.S., 1985, c. F-11, s. 154; 2005, c. 30, s. 133(E).

### *Offence*

Fraud against Her Majesty

**154.01** (1) A director, officer or employee of a Crown corporation who, by deceit, falsehood or other fraudulent means, in connection with the collection, management or disbursement of money belonging to the corporation, defrauds the corporation of any money, securities, property or service is guilty of an indictable offence and liable on conviction

(*a*) if the amount of the money or the value of the securities, property or service does not exceed $5,000, to a fine not exceeding $5,000 and to imprisonment for a term not exceeding five years; or

(*b*) if the amount of the money or the value of the securities, property or service exceeds $5,000, to a fine not exceeding that amount or that value and to imprisonment for a term not exceeding fourteen years.

Employment

(2) A person who is convicted of an offence under subsection (1) in respect of a corporation is, after the time for final appeal has expired, ineligible to be an employee of the corporation.

2006, c. 9, s. 269.

aux conséquences nuisibles de la publication des renseignements visés au paragraphe (1).

Exception

(4) Le paragraphe (1) ne s'applique pas au rapport annuel du vérificateur visé au paragraphe 132(1) ni au rapport d'un examinateur visé à l'article 141.

1984, ch. 31, art. 11.

### *Sanctions*

Sanction

**154.** Le gouverneur en conseil peut suspendre, avec ou sans traitement, pour la période qu'il juge appropriée, l'administrateur, le président ou le premier dirigeant d'une société d'État qui contrevient volontairement à la présente partie ou aux règlements ou qui, volontairement, fait en sorte que la société y contrevienne.

L.R. (1985), ch. F-11, art. 154; 2005, ch. 30, art. 133(A).

### *Infraction*

Infraction

**154.01** (1) Tout administrateur, dirigeant ou employé d'une société d'État qui, à l'égard de la perception, de la gestion ou de l'affectation de fonds appartenant à cette société d'État, par supercherie, mensonge ou autre moyen dolosif, commet une fraude en la frustrant de fonds, titres, biens ou services commet une infraction et encourt, sur déclaration de culpabilité par mise en accusation :

*a*) si la valeur des fonds, titres, biens ou services en cause est égale ou inférieure à 5 000 $, une amende maximale de 5 000 $ et un emprisonnement maximal de cinq ans;

*b*) si la valeur des fonds, titres, biens ou services en cause est supérieure à 5 000 $, une amende maximale égale à cette valeur et un emprisonnement maximal de quatorze ans.

Incapacité

(2) La personne déclarée coupable de l'infraction visée au paragraphe (1) n'a plus qualité, après l'expiration du délai imparti pour l'appel final de la déclaration de culpabilité, pour occuper un emploi au sein de la société d'État à l'égard de laquelle l'infraction a été commise.

2006, ch. 9, art. 269.

### DIVISION V

### IMPLEMENTATION OF THE NORTH AMERICAN FREE TRADE AGREEMENT

Giving effect to the Agreement

**154.1** (1) In exercising its powers and performing its duties, a Crown corporation shall give effect to those provisions of the Agreement that pertain to that corporation.

Regulations

(2) The Governor in Council may, on the recommendation of the Treasury Board and the appropriate Minister made at the request of a Crown corporation, make such regulations in relation to that corporation as the Governor in Council considers necessary for the purpose of implementing any provision of the Agreement that pertains to that corporation.

Definition

(3) In subsections (1) and (2), “Agreement” has the same meaning as in subsection 2(1) of the *North American Free Trade Agreement Implementation Act*.

1993, c. 44, s. 157.

### PART XI

### MISCELLANEOUS

Deduction and set-off

**155.** (1) Where any person is indebted to

(*a*) Her Majesty in right of Canada, or

(*b*) Her Majesty in right of a province on account of taxes payable to any province, and an agreement exists between Canada and the province whereby Canada is authorized to collect the tax on behalf of the province,

the appropriate Minister responsible for the recovery or collection of the amount of the indebtedness may authorize the retention of the amount of the indebtedness by way of deduction from or set-off against any sum of money that may be due or payable by Her Majesty in right of Canada to the person or the estate of that person.

Payments in respect of which Canada has contributed

(2) Where, in the opinion of the Minister of Finance,

(*a*) any person is indebted to a province by reason of having received from the province a payment, in respect of which Canada has contributed under any Act, to which that person was not entitled, and

### SECTION V

### MISE EN ŒUVRE DE L’ACCORD DE LIBRE-ÉCHANGE NORD-AMÉRICAIN

Principe

**154.1** (1) Une société d’État est tenue, dans l’exercice de ses attributions, d’appliquer les dispositions de l’Accord qui la concernent.

Règlements

(2) Le gouverneur en conseil peut, sur recommandation du Conseil du Trésor et du ministre de tutelle faite à la demande d’une société d’État, prendre au sujet de celle-ci les règlements qu’il estime nécessaires à la mise en œuvre des dispositions de l’Accord qui la concernent.

Définition de « Accord »

(3) Pour l’application des paragraphes (1) et (2), « Accord » s’entend au sens du paragraphe 2(1) de la *Loi de mise en œuvre de l’Accord de libre-échange nord-américain*.

1993, ch. 44, art. 157.

### PARTIE XI

### DISPOSITIONS DIVERSES

Déduction et compensation

**155.** (1) Le ministre compétent responsable du recouvrement d’une créance soit de Sa Majesté du chef du Canada, soit de Sa Majesté du chef d’une province s’il s’agit d’impôts provinciaux visés par une entente entre le Canada et la province en vertu de laquelle le Canada est autorisé à percevoir les impôts pour le compte de la province, peut autoriser, par voie de déduction ou de compensation, la retenue d’un montant égal à la créance sur toute somme due au débiteur ou à ses héritiers par Sa Majesté du chef du Canada.

Paiements auxquels le Canada a contribué

(2) Le ministre, s’il estime qu’une personne est débitrice d’une province pour avoir reçu de celle-ci, sans y avoir droit, un paiement auquel le Canada a contribué en conformité avec une loi et que la province a fait des efforts raisonnables en vue de recouvrer cette créance, peut exiger la retenue, par voie de déduction ou de compensation, d’un montant égal à la créance sur toute somme due à cette personne par Sa Majesté du chef du Canada; le montant ainsi

(*b*) the province has made reasonable efforts to effect recovery of the amount of such indebtedness,

the Minister may require the retention of the amount of the indebtedness by way of deduction from or set-off against any sum of money that may be due and payable by Her Majesty in right of Canada to that person, and the amount so deducted, less the portion thereof that in the opinion of the Minister is proportionate to the contribution in respect thereof made by Canada, may be paid to the province out of the Consolidated Revenue Fund.

déduit, moins la partie de ce dernier qui, selon le ministre, est proportionnelle à la contribution que le Canada a faite à cet égard, peut être versé à la province sur le Trésor.

Recovery of over-payment

(3) The Receiver General may recover any over-payment made out of the Consolidated Revenue Fund on account of salary, wages, pay or pay and allowances out of any sum of money that may be due or payable by Her Majesty in right of Canada to the person to whom the over-payment was made.

(3) Le receveur général peut recouvrer les paiements en trop faits sur le Trésor à une personne à titre de salaire, de traitements ou d'allocations en retenant un montant égal sur toute somme due à cette personne par Sa Majesté du chef du Canada.

Recouvrement

Consent of other Minister

(4) No amount may be retained under subsection (1) without the consent of the appropriate Minister under whose responsibility the payment of the sum of money due or payable referred to in that subsection would but for that subsection be made.

R.S., c. F-10, s. 95; 1980-81-82-83, c. 170, s. 21; 1984, c. 31, s. 12.

(4) La retenue d'argent prévue par le paragraphe (1) ne peut être effectuée sans l'assentiment du ministre compétent responsable, en l'absence de ce paragraphe, du paiement de la somme en cause.

S.R., ch. F-10, art. 95; 1980-81-82-83, ch. 170, art. 21; 1984, ch. 31, art. 12.

Assentiment du ministre compétent

Interest on amounts owed to Her Majesty

**155.1** (1) Subject to subsections (4) and (5) and except as otherwise provided by or pursuant to any other Act of Parliament, or any regulation, order, contract or arrangement, interest is payable to Her Majesty in accordance with the regulations on any amount owed to Her Majesty

(*a*) as a result of an overpayment or an erroneous payment; or

(*b*) under any other Act of Parliament, or any regulation, order, contract or arrangement.

**155.1** (1) Sous réserve des paragraphes (4) et (5), les intérêts réglementaires sont payables à Sa Majesté sur celles de ses créances qui résultent soit d'un trop-payé ou d'une erreur, soit d'une autre loi fédérale, d'un règlement, d'un décret, d'un arrêté, d'une ordonnance, d'un contrat ou d'un arrangement, sauf disposition contraire de l'un de ces derniers textes.

Intérêts sur les créances de Sa Majesté

Administrative charge

(2) Subject to subsections (4) and (5) and except as otherwise provided by or pursuant to any other Act of Parliament, or any regulation, order, contract or arrangement, an administrative charge is payable in accordance with the regulations where, in payment or settlement of an amount due to Her Majesty, a person

(*a*) tenders an instrument that is subsequently dishonoured; or

(2) Sous réserve des paragraphes (4) et (5) et sauf disposition contraire d'une autre loi fédérale, d'un règlement, d'un décret, d'un arrêté, d'une ordonnance, d'un contrat ou d'un arrangement, des frais administratifs réglementaires sont payables dans les cas où, en règlement d'une créance de Sa Majesté :

*a*) l'effet présenté n'est pas honoré par la suite;

Frais administratifs

(*b*) has authorized the direct debiting at a specified time of an account at a financial institution and the debit is not made at the specified time.

Debt due to Her Majesty

(3) Any interest or administrative charge payable pursuant to this section is a debt due to Her Majesty and may be recovered pursuant to section 155 or in any court of competent jurisdiction.

No interest or administrative charge payable

(4) No interest or administrative charge is payable pursuant to this section where the appropriate Minister waives the interest or administrative charge in accordance with the regulations.

Reduced interest or administrative charge payable

(5) Where the appropriate Minister, in accordance with the regulations, reduces any interest or administrative charge that would otherwise be payable pursuant to this section, the reduced interest or administrative charge is the amount payable.

Regulations

(6) The Treasury Board may make regulations prescribing

(*a*) rates of interest, or the manner of calculating rates of interest, payable under subsection (1);

(*b*) administrative charges, or the manner of calculating administrative charges, payable under subsection (2);

(*c*) terms and conditions for the imposition and payment of interest and administrative charges under this section; and

(*d*) terms and conditions under which the appropriate Minister may waive or reduce the interest or administrative charges payable pursuant to this section.

Idem

(7) Any of the matters referred to in paragraphs (6)(*a*) to (*d*) may be prescribed with respect to any class of debts or debtors or with respect to any circumstances giving rise to a debt.

1991, c. 24, s. 45.

Acceptance and release of security

**156.** (1) The appropriate Minister responsible for the recovery or collection of a debt or obligation due or payable to Her Majesty or a claim by Her Majesty may accept any security in respect of the debt, obligation or claim and may realize on the security, assign or sell Her Majesty's interest in it or discharge, release or

*b*) il y a eu autorisation de débiter directement, à un moment précis, un compte d'une institution financière mais le débit ne s'est pas effectué à ce moment.

Créances de Sa Majesté

(3) Les intérêts et frais administratifs payables sous le régime du présent article constituent des créances de Sa Majesté recouvrables en conformité avec l'article 155 ou devant tout tribunal compétent.

Dispense

(4) Le ministre compétent peut, conformément aux règlements, dispenser du paiement des intérêts et des frais administratifs prévus au présent article.

Réduction

(5) Le ministre compétent peut, conformément aux règlements, réduire le montant des intérêts et des frais administratifs prévus au présent article.

Règlements

(6) Le Conseil du Trésor peut prendre des règlements sur :

*a*) les taux et le mode de calcul applicables aux intérêts prévus au paragraphe (1);

*b*) les frais administratifs prévus au paragraphe (2), ainsi que leur mode de calcul;

*c*) les conditions d'application et de paiement des intérêts et des frais administratifs prévus au présent article;

*d*) les conditions à observer par le ministre compétent pour dispenser du paiement des intérêts et des frais administratifs prévus au présent article, ou pour les réduire.

Idem

(7) Les règlements visés au paragraphe (6) peuvent porter sur toutes catégories de créances ou de débiteurs ou sur toutes circonstances à l'origine des créances.

1991, ch. 24, art. 45.

Garanties

**156.** (1) Le ministre compétent responsable du recouvrement d'une créance de Sa Majesté peut accepter une garantie à l'égard de la créance, réaliser cette garantie, céder ou vendre les droits de Sa Majesté sur la garantie, en donner quittance ou mainlevée, ou, d'une façon générale, aliéner la garantie ou les droits de Sa Majesté sur celle-ci.

otherwise dispose of the security or Her Majesty's interest in it.

Partial disposition

(2) The power to dispose of any security or Her Majesty's interest in any security pursuant to this section may be exercised with respect to any part of the security or interest.

Regulations

(3) The Treasury Board may make regulations respecting the acceptance and disposition of security or Her Majesty's interest in security under subsection (1), including regulations prescribing

(*a*) what may be accepted as security; and

(*b*) terms and conditions on which security may be accepted or on which security or Her Majesty's interest in security may be realized on or disposed of.

R.S., 1985, c. F-11, s. 156; 1991, c. 24, s. 46.

Information already in Public Accounts or estimates

**157.** Where it appears to the Governor in Council that any account, statement, return or document required by any Act of Parliament or otherwise to be laid before one or both Houses of Parliament contains the same information as or less information than is contained in the Public Accounts or in any estimates of expenditures submitted to Parliament, the Governor in Council may direct that the account, statement, return or other document be discontinued, and thereafter it need not be prepared or laid before either House of Parliament.

R.S., 1985, c. F-11, s. 157; 1991, c. 24, s. 47.

Proof of Treasury Board records

**158.** A document purporting to be a copy of an entry in the records of the Treasury Board certified by the Secretary, a Deputy Secretary, or an Assistant Secretary of the Treasury Board or by the Comptroller General of Canada, a Deputy Comptroller General of Canada or by an Assistant Comptroller General of Canada is, without proof of the signature or of the official character of the person purporting to have signed it, admissible in any court of justice and has the same probative force as the original document would have if it were proven in the ordinary way.

R.S., c. F-10, s. 97; 1980-81-82-83, c. 170, s. 22; 1984, c. 31, s. 12.

Definition of "other financial institution"

**159.** (1) In this section, "other financial institution" means

(*a*) a member of the Canadian Payments Association, a local cooperative credit society,

Aliénation partielle

(2) Le ministre peut aliéner même en partie la garantie ou les droits de Sa Majesté sur celle-ci.

Règlements

(3) Le Conseil du Trésor peut prendre des règlements sur l'acceptation et l'aliénation des garanties ou des droits de Sa Majesté sur celles-ci, visés au paragraphe (1), notamment sur :

*a*) la nature des garanties;

*b*) les conditions de l'acceptation, de l'aliénation ou de la réalisation.

L.R. (1985), ch. F-11, art. 156; 1991, ch. 24, art. 46.

Renseignements déjà contenus dans les Comptes publics

**157.** Le gouverneur en conseil, s'il estime qu'un compte, état, relevé ou autre document, dont le dépôt devant l'une ou l'autre chambre du Parlement, ou devant les deux, est requis par une loi fédérale ou à un autre titre, contient tout au plus les mêmes renseignements que les Comptes publics ou les prévisions budgétaires déposées au Parlement, peut ordonner que le document ne soit plus préparé.

L.R. (1985), ch. F-11, art. 157; 1991, ch. 24, art. 47.

Admissibilité en preuve des registres du Conseil du Trésor

**158.** Un document censé être la copie d'une inscription aux registres du Conseil du Trésor certifiée conforme par le secrétaire, un sous-secrétaire ou un secrétaire adjoint du Conseil du Trésor, le contrôleur général, un sous-contrôleur général ou un contrôleur général adjoint du Canada est, sans qu'il soit nécessaire de prouver l'authenticité de la signature ou la qualité officielle du signataire, admissible en preuve devant tout tribunal et a la même force probante qu'aurait l'original si sa validité était établie de la façon habituelle.

S.R., ch. F-10, art. 97; 1980-81-82-83, ch. 170, art. 22; 1984, ch. 31, art. 12.

Définition d' « autre institution financière »

**159.** (1) Au présent article, « autre institution financière » s'entend :

*a*) d'une institution membre de l'Association canadienne des paiements, d'une société

a fiscal agent or a financial institution with which the Receiver General establishes accounts for the deposit of public money pursuant to subsection 17(2); and

(*b*) any other financial institution that accepts or receives an instruction for payment issued pursuant to section 35.

No charge for certain cheques, etc.

(2) No bank or other financial institution shall make a charge

(*a*) for cashing a cheque or other instrument drawn on the Receiver General or on the Receiver General's account in the Bank of Canada or any other bank or other financial institution;

(*b*) for honouring or otherwise giving value for any other instruction for payment issued pursuant to section 35; or

(*c*) in respect of any cheque or other instruction for payment drawn in favour of the Receiver General, the Government of Canada, any department or any public officer in the officer's official capacity, and tendered for deposit to the credit of the Receiver General.

Deposits of the Government of Canada, etc.

(3) Nothing in subsection (2) shall be construed as prohibiting any arrangement between the Government of Canada and a bank or other financial institution concerning compensation for services performed by the bank or institution for the Government of Canada or interest to be paid on any or all deposits of the Government of Canada with the bank or institution.

R.S., 1985, c. F-11, s. 159; 1991, c. 24, s. 48.

Regulations

**160.** The Governor in Council may make regulations for carrying the purposes and provisions of this Act into effect.

R.S., c. F-10, s. 100; 1984, c. 31, s. 12.

Management or protection of computer systems

**161.** (1) The appropriate Minister, any public servant employed in a department, any employee of a Crown corporation or any person acting on behalf of a department or Crown corporation who performs duties relating to the management or protection of computer systems of the department or the Crown corporation may take reasonable measures for such purposes, including the interception of private communications in circumstances specified in paragraph 184(2)(*e*) of the *Criminal Code*.

coopérative de crédit locale, d'un agent financier ou d'une institution financière auprès desquels le receveur général a ouvert, sous le régime du paragraphe 17(2), un compte pour le dépôt de fonds publics;

*b*) de toute autre institution financière qui accepte ou reçoit des ordres de paiement émis en vertu de l'article 35.

Interdiction des frais d'encaissement

(2) Les banques et les autres institutions financières ne peuvent exiger de frais :

*a*) pour encaisser un chèque ou autre effet tiré sur le receveur général ou sur son compte à la Banque du Canada, une autre banque ou une autre institution financière;

*b*) pour honorer tout autre ordre de paiement émis en vertu de l'article 35 ou en donner la contre-valeur;

*c*) à l'égard d'un chèque ou autre ordre de paiement tiré à l'ordre du receveur général, du gouvernement du Canada ou d'un ministère, ou d'un fonctionnaire public ès qualités, et présenté pour dépôt au crédit du receveur général.

Dépôts du gouvernement

(3) Le paragraphe (2) n'a pas pour effet d'interdire les arrangements entre le gouvernement du Canada et une banque, ou une autre institution financière, concernant la rétribution des services fournis par la banque ou l'institution au gouvernement du Canada ou les intérêts à payer sur les dépôts de celui-ci auprès de la banque ou de l'institution.

L.R. (1985), ch. F-11, art. 159; 1991, ch. 24, art. 48.

Règlements

**160.** Le gouverneur en conseil peut, par règlement, prendre les mesures nécessaires à l'application de la présente loi.

S.R., ch. F-10, art. 100; 1984, ch. 31, art. 12.

Gestion et protection des ordinateurs

**161.** (1) Le ministre compétent, ainsi que tout fonctionnaire, employé ou autre personne qui exerce, pour le compte d'un ministère ou d'une société d'État, des fonctions liées à la gestion ou à la protection des ordinateurs du ministère ou de la société d'État, peut prendre les mesures voulues à cet égard, notamment intercepter, dans les cas visés à l'alinéa 184(2)*e*) du *Code criminel*, des communications privées.

Privacy protection

(2) Subject to subsection (3), with respect to an interception referred to in subsection (1), the appropriate Minister shall take reasonable measures to ensure that only data that is essential to identify, isolate or prevent harm to the computer system will be used or retained.

Limitation

(3) Nothing in this section affects any other lawful authority to intercept, use, retain, access or disclose a private communication.

Definition of "computer system"

(4) For the purposes this section, "computer system" means a device that, or a group of interconnected or related devices one or more of which,

(*a*) contains computer programs or other data; and

(*b*) pursuant to computer programs,

(i) performs logic and control, and

(ii) may perform any other function.

2004, c. 12, s. 20.

Protection de la vie privée

(2) Sous réserve du paragraphe (3), le ministre compétent prend les mesures voulues pour faire en sorte que seules seront utilisées ou conservées, lors d'une interception visée au paragraphe (1), les données qui sont essentielles pour détecter, isoler ou prévenir des activités dommageables pour les ordinateurs.

Restriction

(3) Le présent article est sans effet sur les autres pouvoirs légitimes permettant d'intercepter, d'utiliser, de conserver, de divulguer les communications privées ou d'y avoir accès.

Définition de « ordinateur »

(4) Au présent article, «ordinateur» s'entend de tout dispositif qui, à la fois:

*a*) contient des programmes informatiques ou d'autres données électroniques;

*b*) peut exécuter, au moyen de programmes informatiques, des fonctions logiques, de commande ou autres.

Est visé par la présente définition tout ensemble de dispositifs connectés ou reliés les uns aux autres et dont un ou plusieurs présentent ces caractéristiques.

2004, ch. 12, art. 20.

SCHEDULE III
*(Section 3)*

PART I

Atlantic Pilotage Authority
*Administration de pilotage de l'Atlantique*

Atomic Energy of Canada Limited
*Énergie atomique du Canada, Limitée*

Blue Water Bridge Authority
*Administration du pont Blue Water*

Business Development Bank of Canada
*Banque de développement du Canada*

Canada Deposit Insurance Corporation
*Société d'assurance-dépôts du Canada*

Canada Employment Insurance Financing Board
*Office de financement de l'assurance-emploi du Canada*

Canada Lands Company Limited
*Société immobilière du Canada Limitée*

Canada Mortgage and Housing Corporation
*Société canadienne d'hypothèques et de logement*

Canadian Air Transport Security Authority
*Administration canadienne de la sûreté du transport aérien*

Canadian Commercial Corporation
*Corporation commerciale canadienne*

Canadian Dairy Commission
*Commission canadienne du lait*

Canadian Museum for Human Rights
*Musée canadien des droits de la personne*

Canadian Museum of Civilization
*Musée canadien des civilisations*

Canadian Museum of Immigration at Pier 21
*Musée canadien de l'immigration du Quai 21*

Canadian Museum of Nature
*Musée canadien de la nature*

Canadian Tourism Commission
*Commission canadienne du tourisme*

Cape Breton Development Corporation
*Société de développement du Cap-Breton*

Corporation for the Mitigation of Mackenzie Gas Project Impacts
*Société d'atténuation des répercussions du projet gazier Mackenzie*

Defence Construction (1951) Limited
*Construction de défense (1951) Limitée*

Enterprise Cape Breton Corporation
*Société d'expansion du Cap-Breton*

Export Development Canada
*Exportation et développement Canada*

Farm Credit Canada
*Financement agricole Canada*

The Federal Bridge Corporation Limited
*La Société des ponts fédéraux Limitée*

First Nations Statistical Institute
*Institut de la statistique des premières nations*

Freshwater Fish Marketing Corporation
*Office de commercialisation du poisson d'eau douce*

Great Lakes Pilotage Authority
*Administration de pilotage des Grands Lacs*

ANNEXE III
*(article 3)*

PARTIE I

Administration canadienne de la sûreté du transport aérien
*Canadian Air Transport Security Authority*

Administration de pilotage de l'Atlantique
*Atlantic Pilotage Authority*

Administration de pilotage des Grands Lacs
*Great Lakes Pilotage Authority*

Administration de pilotage des Laurentides
*Laurentian Pilotage Authority*

Administration de pilotage du Pacifique
*Pacific Pilotage Authority*

Administration du pont Blue Water
*Blue Water Bridge Authority*

Banque de développement du Canada
*Business Development Bank of Canada*

Commission canadienne du lait
*Canadian Dairy Commission*

Commission canadienne du tourisme
*Canadian Tourism Commission*

Commission de la capitale nationale
*National Capital Commission*

Conseil canadien des normes
*Standards Council of Canada*

Construction de défense (1951) Limitée
*Defence Construction (1951) Limited*

Corporation commerciale canadienne
*Canadian Commercial Corporation*

Énergie atomique du Canada, Limitée
*Atomic Energy of Canada Limited*

Exportation et développement Canada
*Export Development Canada*

Financement agricole Canada
*Farm Credit Canada*

Institut de la statistique des premières nations
*First Nations Statistical Institute*

La Société des ponts fédéraux Limitée
*The Federal Bridge Corporation Limited*

Marine Atlantique S.C.C.
*Marine Atlantic Inc.*

Musée canadien de la nature
*Canadian Museum of Nature*

Musée canadien de l'immigration du Quai 21
*Canadian Museum of Immigration at Pier 21*

Musée canadien des civilisations
*Canadian Museum of Civilization*

Musée canadien des droits de la personne
*Canadian Museum for Human Rights*

Musée des beaux-arts du Canada
*National Gallery of Canada*

Musée national des sciences et de la technologie
*National Museum of Science and Technology*

Office de commercialisation du poisson d'eau douce
*Freshwater Fish Marketing Corporation*

Laurentian Pilotage Authority
*Administration de pilotage des Laurentides*

Marine Atlantic Inc.
*Marine Atlantique S.C.C.*

National Capital Commission
*Commission de la capitale nationale*

National Gallery of Canada
*Musée des beaux-arts du Canada*

National Museum of Science and Technology
*Musée national des sciences et de la technologie*

Pacific Pilotage Authority
*Administration de pilotage du Pacifique*

Ridley Terminals Inc.
*Ridley Terminals Inc.*

Standards Council of Canada
*Conseil canadien des normes*

VIA Rail Canada Inc.
*VIA Rail Canada Inc.*

PART II

Canada Development Investment Corporation
*Corporation d'investissements au développement du Canada*

Canada Post Corporation
*Société canadienne des postes*

Royal Canadian Mint
*Monnaie royale canadienne*

R.S., 1985, c. F-11, Sch. III; R.S., 1985, c. 17 (1st Supp.), s. 24, c. 39 (1st Supp.), s. 1, c. 44 (1st Supp.), s. 3, c. 46 (1st Supp.), s. 8; SOR/85-162, 208, 1138; R.S., 1985, c. 15 (2nd Supp.), s. 1, c. 28 (2nd Supp.), s. 2; SOR/86-483, 953; R.S., 1985, c. 9 (3rd Supp.), ss. 1, 2, c. 31 (3rd Supp.), s. 1; SOR/87-128; R.S., 1985, c. 7 (4th Supp.), s. 5, c. 35 (4th Supp.), s. 13, c. 41 (4th Supp.), s. 51; SOR/88-36; SOR/89-295; 1990, c. 3, s. 32; 1991, c. 10, ss. 18, 20, c. 38, ss. 6, 9, 27, 36, 46; SOR/91-460; 1993, c. 1, s. 28; SOR/93-347; 1995, c. 24, s. 18, c. 28, ss. 50, 51, c. 29, s. 82; 1998, c. 10, ss. 174 to 177, 180; SOR/98-565; 2000, c. 28, s. 49; 2001, c. 22, ss. 14, 15, c. 33, ss. 21, 22; 2002, c. 9, s. 3; SOR/2002-173; 2005, c. 9, s. 149; 2006, c. 4, s. 211; 2008, c. 9, s. 7, c. 28, s. 134; SOR/2008-110; 2010, c. 7, s. 8.

Office de financement de l'assurance-emploi du Canada
*Canada Employment Insurance Financing Board*

Ridley Terminals Inc.
*Ridley Terminals Inc.*

Société canadienne d'hypothèques et de logement
*Canada Mortgage and Housing Corporation*

Société d'assurance-dépôts du Canada
*Canada Deposit Insurance Corporation*

Société d'atténuation des répercussions du projet gazier Mackenzie
*Corporation for the Mitigation of Mackenzie Gas Project Impacts*

Société de développement du Cap-Breton
*Cape Breton Development Corporation*

Société d'expansion du Cap-Breton
*Enterprise Cape Breton Corporation*

Société immobilière du Canada Limitée
*Canada Lands Company Limited*

VIA Rail Canada Inc.
*VIA Rail Canada Inc.*

PARTIE II

Corporation d'investissements au développement du Canada
*Canada Development Investment Corporation*

Monnaie royale canadienne
*Royal Canadian Mint*

Société canadienne des postes
*Canada Post Corporation*

L.R. (1985), ch. F-11, ann. III; L.R. (1985), ch. 17 (1er suppl.), art. 24, ch. 39 (1er suppl.), art. 1, ch. 44 (1er suppl.), art. 3, ch. 46 (1er suppl.), art. 8; DORS/85-162, 208, 1138; L.R. (1985), ch. 15 (2e suppl.), art. 1, ch. 28 (2e suppl.), art. 2; DORS/86-483, 953; L.R. (1985), ch. 9 (3e suppl.), art. 1 et 2, ch. 31 (3e suppl.), art. 1; DORS/87-128; L.R. (1985), ch. 7 (4e suppl.), art. 5, ch. 35 (4e suppl.), art. 13, ch. 41 (4e suppl.), art. 51; DORS/88-36; DORS/89-295; 1990, ch. 3, art. 32; 1991, ch. 10, art. 18 et 20, ch. 38, art. 6, 9, 27, 36 et 46; DORS/91-460; 1993, ch. 1, art. 28; DORS/93-347; 1995, ch. 24, art. 18, ch. 28, art. 50 et 51, ch. 29, art. 82; 1998, ch. 10, art. 174 à 177 et 180; DORS/98-565; 2000, ch. 28, art. 49; 2001, ch. 22, art. 14 et 15, ch. 33, art. 21 et 22; 2002, ch. 9, art. 3; DORS/2002-173; 2005, ch. 9, art. 149; 2006, ch. 4, art. 211; 2008, ch. 9, art. 7, ch. 28, art. 134; DORS/2008-110; 2010, ch. 7, art. 8.