# Exhibit D



CANADA

CONSOLIDATION

CODIFICATION

# General Nuclear Safety and Control Regulations

# Règlement général sur la sûreté et la réglementation nucléaires

SOR/2000-202

DORS/2000-202

Current to August 29, 2011

À jour au 29 août 2011

Last amended on April 17, 2008

Dernière modification le 17 avril 2008

Published by the Minister of Justice at the following address:
http://laws-lois.justice.gc.ca

Publié par le ministre de la Justice à l'adresse suivante :
http://lois-laws.justice.gc.ca

OFFICIAL STATUS
OF CONSOLIDATIONS

CARACTÈRE OFFICIEL
DES CODIFICATIONS

Subsections 31(1) and (3) of the *Legislation Revision and Consolidation Act*, in force on June 1, 2009, provide as follows:

Les paragraphes 31(1) et (3) de la *Loi sur la révision et la codification des textes législatifs*, en vigueur le 1$^{er}$ juin 2009, prévoient ce qui suit :

Published consolidation is evidence

**31.** (1) Every copy of a consolidated statute or consolidated regulation published by the Minister under this Act in either print or electronic form is evidence of that statute or regulation and of its contents and every copy purporting to be published by the Minister is deemed to be so published, unless the contrary is shown.

**31.** (1) Tout exemplaire d'une loi codifiée ou d'un règlement codifié, publié par le ministre en vertu de la présente loi sur support papier ou sur support électronique, fait foi de cette loi ou de ce règlement et de son contenu. Tout exemplaire donné comme publié par le ministre est réputé avoir été ainsi publié, sauf preuve contraire.

Codifications comme élément de preuve

...

[...]

Inconsistencies in regulations

(3) In the event of an inconsistency between a consolidated regulation published by the Minister under this Act and the original regulation or a subsequent amendment as registered by the Clerk of the Privy Council under the *Statutory Instruments Act*, the original regulation or amendment prevails to the extent of the inconsistency.

(3) Les dispositions du règlement d'origine avec ses modifications subséquentes enregistrées par le greffier du Conseil privé en vertu de la *Loi sur les textes réglementaires* l'emportent sur les dispositions incompatibles du règlement codifié publié par le ministre en vertu de la présente loi.

Incompatibilité — règlements

NOTE

NOTE

This consolidation is current to August 29, 2011. The last amendments came into force on April 17, 2008. Any amendments that were not in force as of August 29, 2011 are set out at the end of this document under the heading "Amendments Not in Force".

Cette codification est à jour au 29 août 2011. Les dernières modifications sont entrées en vigueur le 17 avril 2008. Toutes modifications qui n'étaient pas en vigueur au 29 août 2011 sont énoncées à la fin de ce document sous le titre « Modifications en vigueur ».

| TABLE OF PROVISIONS | | | TABLEAU ANALYTIQUE | | |
|---|---|---|---|---|---|
| Section | | Page | Article | | Page |
| | General Nuclear Safety and Control Regulations | | | Règlement général sur la sûreté et la réglementation nucléaires | |
| 1 | INTERPRETATION AND APPLICATION | 1 | 1 | DÉFINITIONS ET CHAMP D'APPLICATION | 1 |
| 1 | INTERPRETATION | 1 | 1 | DÉFINITIONS | 1 |
| 2 | APPLICATION | 2 | 2 | CHAMP D'APPLICATION | 2 |
| 3 | LICENCES | 3 | 3 | PERMIS | 3 |
| 3 | GENERAL APPLICATION REQUIREMENTS | 3 | 3 | DISPOSITIONS GÉNÉRALES | 3 |
| 4 | APPLICATION FOR LICENCE TO ABANDON | 4 | 4 | DEMANDE DE PERMIS D'ABANDON | 4 |
| 5 | APPLICATION FOR RENEWAL OF LICENCE | 5 | 5 | DEMANDE DE RENOUVELLEMENT DE PERMIS | 5 |
| 6 | APPLICATION FOR AMENDMENT, REVOCATION OR REPLACEMENT OF LICENCE | 5 | 6 | DEMANDE DE MODIFICATION, DE RÉVOCATION OU DE REMPLACEMENT DE PERMIS | 5 |
| 7 | INCORPORATION OF MATERIAL IN APPLICATION | 6 | 7 | INCORPORATION DE RENSEIGNEMENTS DANS LA DEMANDE | 6 |
| 8 | RENEWAL, SUSPENSION, AMENDMENT, REVOCATION OR REPLACEMENT OF LICENCE ON COMMISSION'S OWN MOTION | 6 | 8 | RENOUVELLEMENT, SUSPENSION, MODIFICATION, RÉVOCATION OU REMPLACEMENT DE PERMIS PAR LA COMMISSION | 6 |
| 9 | EXEMPTIONS | 7 | 9 | EXEMPTIONS | 7 |
| 9 | EXEMPTIONS FROM LICENCE REQUIREMENT FOR INSPECTORS, DESIGNATED OFFICERS AND PEACE OFFICERS | 7 | 9 | EXEMPTIONS DE PERMIS POUR L'INSPECTEUR, LE FONCTIONNAIRE DÉSIGNÉ ET L'AGENT DE LA PAIX | 7 |
| 10 | EXEMPTION OF NATURALLY OCCURRING NUCLEAR SUBSTANCES | 7 | 10 | EXEMPTION DES SUBSTANCES NUCLÉAIRES NATURELLES | 7 |
| 11 | EXEMPTION BY THE COMMISSION | 8 | 11 | EXEMPTION PAR LA COMMISSION | 8 |
| 12 | OBLIGATIONS | 8 | 12 | OBLIGATIONS | 8 |
| 12 | OBLIGATIONS OF LICENSEES | 8 | 12 | OBLIGATIONS DU TITULAIRE DE PERMIS | 8 |
| 13 | TRANSFERS | 10 | 13 | TRANSFERTS | 10 |
| 14 | NOTICE OF LICENCE | 10 | 14 | AVIS DE PERMIS | 10 |
| 15 | REPRESENTATIVES OF APPLICANTS AND LICENSEES | 11 | 15 | MANDATAIRES DU DEMANDEUR ET DU TITULAIRE DE PERMIS | 11 |
| 16 | PUBLICATION OF HEALTH AND SAFETY INFORMATION | 11 | 16 | PUBLICATION DES RENSEIGNEMENTS SUR LA SANTÉ ET LA SÉCURITÉ | 11 |
| 17 | OBLIGATIONS OF WORKERS | 11 | 17 | OBLIGATIONS DU TRAVAILLEUR | 11 |
| 18 | PRESENTATION OF LICENCE TO CUSTOMS OFFICER | 13 | 18 | PRÉSENTATION DU PERMIS À L'AGENT DES DOUANES | 13 |

*SOR/2000-202 — August 29, 2011*

| Section | | Page |
|---|---|---|
| 19 | PRESCRIBED NUCLEAR FACILITIES | 13 |
| 20 | PRESCRIBED EQUIPMENT | 13 |
| 21 | PRESCRIBED INFORMATION | 14 |
| 21 | Prescription | 14 |
| 22 | Exemptions from Licence Requirement | 14 |
| 23 | Transfer and Disclosure | 15 |
| 24 | CONTAMINATION | 16 |
| 24 | Prescribed Limits | 16 |
| 25 | Prescribed Public Offices | 16 |
| 26 | Prescribed Measures | 16 |
| 27 | RECORDS AND REPORTS | 16 |
| 27 | Record of Licence Information | 16 |
| 28 | Retention and Disposal of Records | 17 |
| 29 | General Reports | 17 |
| 30 | Safeguards Reports | 20 |
| 31 | Report of Deficiency in Record | 21 |
| 32 | Filing of Reports | 21 |
| 33 | INSPECTORS AND DESIGNATED OFFICERS | 22 |
| 33 | Certificate of Inspector | 22 |
| 34 | Certificate of Designated Officer | 22 |
| 35 | Notification and Surrender of Certificate | 22 |
| 36 | REPEAL | 23 |
| 40 | COMING INTO FORCE | 23 |
| | SCHEDULE | |
| | CERTIFICATE OF INSPECTOR | 24 |

| Article | | Page |
|---|---|---|
| 19 | INSTALLATIONS NUCLÉAIRES RÉGLEMENTÉES | 13 |
| 20 | ÉQUIPEMENT RÉGLEMENTÉ | 13 |
| 21 | RENSEIGNEMENTS RÉGLEMENTÉS | 14 |
| 21 | Désignation | 14 |
| 22 | Exemption de permis | 14 |
| 23 | Transfert et communication | 15 |
| 24 | CONTAMINATION | 16 |
| 24 | Seuil réglementaire | 16 |
| 25 | Bureaux ouverts au public et désignés | 16 |
| 26 | Mesures réglementaires | 16 |
| 27 | DOCUMENTS ET RAPPORTS | 16 |
| 27 | Document sur les renseignements liés au permis | 16 |
| 28 | Conservation et aliénation des documents | 17 |
| 29 | Rapports généraux | 17 |
| 30 | Rapport relatif aux garanties | 20 |
| 31 | Renseignements inexacts ou incomplets dans les documents | 21 |
| 32 | Dépôt des rapports | 21 |
| 33 | INSPECTEURS ET FONCTIONNAIRES DÉSIGNÉS | 22 |
| 33 | Certificat de l'inspecteur | 22 |
| 34 | Certificat du fonctionnaire désigné | 22 |
| 35 | Avis et remise du certificat | 22 |
| 36 | ABROGATIONS | 23 |
| 40 | ENTRÉE EN VIGUEUR | 23 |
| | ANNEXE | |
| | CERTIFICAT DE L'INSPECTEUR | 24 |

Registration
SOR/2000-202    May 31, 2000

NUCLEAR SAFETY AND CONTROL ACT

**General Nuclear Safety and Control Regulations**

P.C. 2000-782    May 31, 2000

  Her Excellency the Governor General in Council, on the recommendation of the Minister of Natural Resources, pursuant to section 44 of the *Nuclear Safety and Control Act*[a], hereby approves the annexed *General Nuclear Safety and Control Regulations* made by the Canadian Nuclear Safety Commission on May 31, 2000.

Enregistrement
DORS/2000-202    Le 31 mai 2000

LOI SUR LA SÛRETÉ ET LA RÉGLEMENTATION NUCLÉAIRES

**Règlement général sur la sûreté et la réglementation nucléaires**

C.P. 2000-782    Le 31 mai 2000

  Sur recommandation du ministre des Ressources naturelles et en vertu de l'article 44 de la *Loi sur la sûreté et la réglementation nucléaires*[a], Son Excellence la Gouverneure générale en conseil agrée le *Règlement général sur la sûreté et la réglementation nucléaires*, ci-après, pris le 31 mai 2000 par la Commission canadienne de sûreté nucléaire.

---

[a] S.C. 1997, c. 9

[a] L.C. 1997, ch. 9

GENERAL NUCLEAR SAFETY AND CONTROL REGULATIONS

INTERPRETATION AND APPLICATION

<span style="font-variant: small-caps;">Interpretation</span>

**1.** The definitions in this section apply in these Regulations.

"Act" means the *Nuclear Safety and Control Act*. (*Loi*)

"brachytherapy machine"   [Repealed, SOR/2008-119, s. 1]

"effective dose" has the meaning assigned to that term by subsection 1(1) of the *Radiation Protection Regulations*. (*dose efficace*)

"equivalent dose" has the meaning assigned to that term by subsection 1(1) of the *Radiation Protection Regulations*. (*dose équivalente*)

"hazardous substance" or "hazardous waste" means a substance or waste, other than a nuclear substance, that is used or produced in the course of carrying on a licensed activity and that may pose a risk to the environment or the health and safety of persons. (*substance dangereuse ou déchet dangereux*)

"IAEA" means the International Atomic Energy Agency. (*AIEA*)

"IAEA Agreement" means the *Agreement between the Government of Canada and the International Atomic Energy Agency for the Application of Safeguards in Connection with the Treaty on the Non-proliferation of Nuclear Weapons*, effective on February 21, 1972; INF-CIRC/164; UNTS vol. 814, R. No. 11596. (*Accord avec l'AIEA*)

"irradiator" means a device that is designed to contain a nuclear substance and to deliver controlled doses of radiation to any target material except persons. (*irradiateur*)

"licensed activity" means an activity described in any of paragraphs 26(*a*) to (*f*) of the Act that a licence authorizes the licensee to carry on. (*activité autorisée*)

"licensee" means a person who is licensed to carry on an activity described in any of paragraphs 26(*a*) to (*f*) of the Act. (*titulaire de permis*)

RÈGLEMENT GÉNÉRAL SUR LA SÛRETÉ ET LA RÉGLEMENTATION NUCLÉAIRES

DÉFINITIONS ET CHAMP D'APPLICATION

<span style="font-variant: small-caps;">Définitions</span>

**1.** Les définitions qui suivent s'appliquent au présent règlement.

« Accord avec l'AIEA » L'*Accord entre le Gouvernement du Canada et l'Agence internationale de l'énergie atomique relatif à l'application de garanties dans le cadre du Traité sur la non-prolifération des armes nucléaires*, entré en vigueur le 21 février 1972; INFCIRC/164; UNTS vol. 814, R. n° 11596. (*IAEA Agreement*)

« accord relatif aux garanties »

*a*) L'*Accord avec l'AIEA*, ainsi que tout arrangement conclu entre le Canada et l'AIEA dans le cadre de cet accord;

*b*) toute entente à laquelle le Canada est partie et qui concerne la mise en œuvre au Canada d'un système de vérification visant des substances nucléaires, de l'équipement réglementé ou des renseignements réglementés, de même que tout arrangement conclu dans le cadre d'une telle entente. (*safeguards agreement*)

« activité autorisée » Activité visée à l'un des alinéas 26*a*) à *f*) de la Loi que le titulaire de permis est autorisé à exercer. (*licensed activity*)

« AIEA » L'Agence internationale de l'énergie atomique. (*IAEA*)

« appareil de curiethérapie »   [Abrogée, DORS/ 2008-119, art. 1]

« appareil de téléthérapie » Appareil conçu pour administrer, à des fins thérapeutiques, des doses contrôlées de rayonnement dans un faisceau aux dimensions délimitées. (*teletherapy machine*)

« appareil de téléthérapie à source radioactive » Appareil de téléthérapie conçu pour administrer des doses de rayonnement produites par une substance nucléaire. (*radioactive source teletherapy machine*)

« dose efficace » S'entend au sens du paragraphe 1(1) du *Règlement sur la radioprotection*. (*effective dose*)

1

"prescribed equipment" means the equipment prescribed by section 20. (*équipement réglementé*)

"prescribed information" means the information prescribed by section 21. (*renseignements réglementés*)

"radioactive source teletherapy machine" means a teletherapy machine that is designed to deliver doses of radiation produced by a nuclear substance. (*appareil de téléthérapie à source radioactive*)

"safeguards" means a verification system that is established in accordance with a safeguards agreement. (*garanties*)

"safeguards agreement" means

(*a*) the *IAEA Agreement* and any arrangement between Canada and the IAEA made under that agreement; and

(*b*) any agreement to which Canada is a party for the establishment in Canada of a verification system in respect of nuclear substances, prescribed equipment or prescribed information, and any arrangements made under such an agreement. (*accord relatif aux garanties*)

"safeguards equipment" means equipment that is used in accordance with a safeguards agreement. (*équipement de garanties*)

"teletherapy machine" means a device that is designed to deliver controlled doses of radiation in a collimated beam for therapeutic purposes. (*appareil de téléthérapie*)

"transit" means the process of being transported through Canada after being imported into and before being exported from Canada, in a situation where the place of initial loading and the final destination are outside Canada. (*transit*)

"worker" means a person who performs work that is referred to in a licence. (*travailleur*)

SOR/2008-119, s. 1.

« dose équivalente » S'entend au sens du paragraphe 1(1) du *Règlement sur la radioprotection*. (*equivalent dose*)

« équipement de garanties » Équipement utilisé conformément à un accord relatif aux garanties. (*safeguards equipment*)

« équipement réglementé » Équipement visé à l'article 20. (*prescribed equipment*)

« garanties » Système de vérification établi en vertu de l'accord relatif aux garanties. (*safeguards*)

« irradiateur » Appareil conçu pour contenir une substance nucléaire et administrer des doses contrôlées de rayonnement à des cibles non humaines. (*irradiator*)

« Loi » La *Loi sur la sûreté et la réglementation nucléaires*. (*Act*)

« renseignements réglementés » Renseignements visés à l'article 21. (*prescribed information*)

« substance dangereuse » ou « déchet dangereux » Substance ou déchet, autre qu'une substance nucléaire, qui est utilisé ou produit au cours d'une activité autorisée et qui peut présenter un danger pour l'environnement ou pour la santé et la sécurité des personnes. (*hazardous substanceorhazardous waste*)

« titulaire de permis » Personne autorisée par permis à exercer toute activité visée à l'un des alinéas 26*a*) à *f*) de la Loi. (*licensee*)

« transit » Transport via le Canada après l'importation et avant l'exportation, lorsque le point de chargement initial et la destination finale sont à l'étranger. (*transit*)

« travailleur » Personne qui effectue un travail mentionné dans un permis. (*worker*)

DORS/2008-119, art. 1.

APPLICATION

**2.** These Regulations apply generally for the purposes of the Act.

CHAMP D'APPLICATION

**2.** Le présent règlement s'applique de façon générale aux fins de la Loi.

## LICENCES

### General Application Requirements

**3.** (1) An application for a licence shall contain the following information:

(*a*) the applicant's name and business address;

(*b*) the activity to be licensed and its purpose;

(*c*) the name, maximum quantity and form of any nuclear substance to be encompassed by the licence;

(*d*) a description of any nuclear facility, prescribed equipment or prescribed information to be encompassed by the licence;

(*e*) the proposed measures to ensure compliance with the *Radiation Protection Regulations* and the *Nuclear Security Regulations*;

(*f*) any proposed action level for the purpose of section 6 of the *Radiation Protection Regulations*;

(*g*) the proposed measures to control access to the site of the activity to be licensed and the nuclear substance, prescribed equipment or prescribed information;

(*h*) the proposed measures to prevent loss or illegal use, possession or removal of the nuclear substance, prescribed equipment or prescribed information;

(*i*) a description and the results of any test, analysis or calculation performed to substantiate the information included in the application;

(*j*) the name, quantity, form, origin and volume of any radioactive waste or hazardous waste that may result from the activity to be licensed, including waste that may be stored, managed, processed or disposed of at the site of the activity to be licensed, and the proposed method for managing and disposing of that waste;

(*k*) the applicant's organizational management structure insofar as it may bear on the applicant's compliance with the Act and the regulations made under the

## PERMIS

### Dispositions générales

**3.** (1) La demande de permis comprend les renseignements suivants :

*a*) le nom et l'adresse d'affaires du demandeur;

*b*) la nature et l'objet de l'activité visée par la demande;

*c*) le nom, la quantité maximale et la forme des substances nucléaires visées par la demande;

*d*) une description de l'installation nucléaire, de l'équipement réglementé ou des renseignements réglementés visés par la demande;

*e*) les mesures proposées pour assurer l'observation du *Règlement sur la radioprotection* et du *Règlement sur la sécurité nucléaire*;

*f*) tout seuil d'intervention proposé pour l'application de l'article 6 du *Règlement sur la radioprotection*;

*g*) les mesures proposées pour contrôler l'accès aux lieux où se déroulera l'activité visée par la demande et se trouvent les substances nucléaires, l'équipement réglementé ou les renseignements réglementés;

*h*) les mesures proposées pour éviter l'utilisation, la possession ou l'enlèvement illégaux ou la perte des substances nucléaires, de l'équipement réglementé ou des renseignements réglementés;

*i*) une description et les résultats des épreuves, analyses ou calculs effectués pour corroborer les renseignements compris dans la demande;

*j*) le nom, la quantité, la forme, l'origine et le volume des déchets radioactifs ou des déchets dangereux que l'activité visée par la demande peut produire, y compris les déchets qui peuvent être stockés provisoirement ou en permanence, gérés, traités, évacués ou éliminés sur les lieux de l'activité, et la méthode proposée pour les gérer et les stocker en permanence, les évacuer ou les éliminer;

*SOR/2000-202 — August 29, 2011*

Act, including the internal allocation of functions, responsibilities and authority;

(*l*) a description of any proposed financial guarantee relating to the activity to be licensed; and

(*m*) any other information required by the Act or the regulations made under the Act for the activity to be licensed and the nuclear substance, nuclear facility, prescribed equipment or prescribed information to be encompassed by the licence.

(*n*)   [Repealed, SOR/2008-119, s. 2]

(1.1)  The Commission or a designated officer authorized under paragraph 37(2)(*c*) of the Act, may require any other information that is necessary to enable the Commission or the designated officer to determine whether the applicant

(*a*)  is qualified to carry on the activity to be licensed; or

(*b*)  will, in carrying on that activity, make adequate provision for the protection of the environment, the health and safety of persons and the maintenance of national security and measures required to implement international obligations to which Canada has agreed.

(2)  Subsection (1) does not apply in respect of an application for a licence to import or export for which the information requirements are prescribed by the *Nuclear Non-Proliferation Import and Export Control Regulations*, or in respect of an application for a licence to transport while in transit for which the information requirements are prescribed by the *Packaging and Transport of Nuclear Substances Regulations*.

SOR/2008-119, s. 2.

APPLICATION FOR LICENCE TO ABANDON

**4.**  An application for a licence to abandon a nuclear substance, a nuclear facility, prescribed equipment or prescribed information shall contain the following information in addition to the information required by section 3:

*k*) la structure de gestion du demandeur dans la mesure où elle peut influer sur l'observation de la Loi et de ses règlements, y compris la répartition interne des fonctions, des responsabilités et des pouvoirs;

*l*) une description de la garantie financière proposée pour l'activité visée par la demande;

*m*) tout autre renseignement exigé par la Loi ou ses règlements relativement à l'activité, aux substances nucléaires, aux installations nucléaires, à l'équipement réglementé ou aux renseignements réglementés visés par la demande.

*n*)   [Abrogé, DORS/2008-119, art. 2]

(1.1)  La Commission ou un fonctionnaire désigné autorisé en vertu de l'alinéa 37(2)*c*) de la Loi peut demander tout autre renseignement nécessaire pour lui permettre d'établir si le demandeur :

*a*) est compétent pour exercer l'activité visée par la demande;

*b*) prendra, dans le cadre de l'activité, les mesures voulues pour préserver la santé et la sécurité des personnes, protéger l'environnement, maintenir la sécurité nationale et respecter les obligations internationales que le Canada a assumées.

(2)  Le paragraphe (1) ne s'applique pas à la demande de permis d'importation ou d'exportation pour laquelle les renseignements exigés sont prévus par le *Règlement sur le contrôle de l'importation et de l'exportation aux fins de la non-prolifération nucléaire*, ou à la demande de permis de transit pour laquelle les renseignements exigés sont prévus par le *Règlement sur l'emballage et le transport des substances nucléaires*.

DORS/2008-119, art. 2.

DEMANDE DE PERMIS D'ABANDON

**4.**  La demande de permis pour abandonner des substances nucléaires, des installations nucléaires, de l'équipement réglementé ou des renseignements réglementés comprend les renseignements suivants, outre ceux exigés à l'article 3 :

*DORS/2000-202 — 29 août 2011*

(*a*) the name and location of the land, buildings, structures, components and equipment that are to be abandoned;

(*b*) the proposed time and location of the abandonment;

(*c*) the proposed method of and procedure for abandonment; and

(*d*) the effects on the environment and the health and safety of persons that may result from the abandonment, and the measures that will be taken to prevent or mitigate those effects.

### APPLICATION FOR RENEWAL OF LICENCE

**5.** An application for the renewal of a licence shall contain

(*a*) the information required to be contained in an application for that licence by the applicable regulations made under the Act; and

(*b*) a statement identifying the changes in the information that was previously submitted.

### APPLICATION FOR AMENDMENT, REVOCATION OR REPLACEMENT OF LICENCE

**6.** An application for the amendment, revocation or replacement of a licence shall contain the following information:

(*a*) a description of the amendment, revocation or replacement and of the measures that will be taken and the methods and procedures that will be used to implement it;

(*b*) a statement identifying the changes in the information contained in the most recent application for the licence;

(*c*) a description of the nuclear substances, land, areas, buildings, structures, components, equipment and systems that will be affected by the amendment, revocation or replacement and of the manner in which they will be affected; and

*a*) le nom et l'emplacement des terrains, des bâtiments, des structures, des composants et de l'équipement visés par la demande;

*b*) la date et le lieu proposés de l'abandon;

*c*) la méthode et les procédures d'abandon proposées;

*d*) les effets que l'abandon peut avoir sur l'environnement ainsi que sur la santé et la sécurité des personnes, de même que les mesures qui seront prises pour éviter ou atténuer ces effets.

### DEMANDE DE RENOUVELLEMENT DE PERMIS

**5.** La demande de renouvellement d'un permis comprend :

*a*) les renseignements que doit comprendre la demande pour un tel permis aux termes des règlements applicables pris en vertu de la Loi;

*b*) un énoncé des changements apportés aux renseignements soumis antérieurement.

### DEMANDE DE MODIFICATION, DE RÉVOCATION OU DE REMPLACEMENT DE PERMIS

**6.** La demande de modification, de révocation ou de remplacement d'un permis comprend les renseignements suivants :

*a*) une description de la modification, de la révocation ou du remplacement, de même que les mesures qui seront prises et les méthodes et les procédures qui seront utilisées pour ce faire;

*b*) un énoncé des changements apportés aux renseignements contenus dans la demande de permis la plus récente;

*c*) une description des substances nucléaires, des terrains, des zones, des bâtiments, des structures, des composants, de l'équipement et des systèmes qui seront touchés, et de la façon dont ils le seront;

*d*) les dates de début et de fin proposées pour toute modification visée par la demande.

*SOR/2000-202 — August 29, 2011*

(*d*) the proposed starting date and the expected completion date of any modification encompassed by the application.

#### INCORPORATION OF MATERIAL IN APPLICATION

**7.** An application for a licence or for the renewal, suspension in whole or in part, amendment, revocation or replacement of a licence may incorporate by reference any information that is included in a valid, expired or revoked licence.

#### RENEWAL, SUSPENSION, AMENDMENT, REVOCATION OR REPLACEMENT OF LICENCE ON COMMISSION'S OWN MOTION

**8.** (1) For the purpose of section 25 of the Act, the Commission may renew a licence on its own motion if failure to renew the licence could pose an unreasonable risk to the environment, the health and safety of persons or national security.

(2) For the purpose of section 25 of the Act, the Commission may, on its own motion, suspend in whole or in part, amend, revoke or replace a licence under any of the following conditions:

(*a*) the licensee is not qualified to carry on the licensed activity;

(*b*) the licensed activity poses an unreasonable risk to the environment, the health and safety of persons or the maintenance of national security;

(*c*) the licensee has failed to comply with the Act, the regulations made under the Act or the licence;

(*d*) the licensee has been convicted of an offence under the Act;

(*e*) a record referred to in the licence has been modified in a manner not permitted by the licence;

(*f*) the licensee no longer carries on the licensed activity;

(*g*) the licensee has not paid the licence fee prescribed by the *Cost Recovery Fees Regulations*; or

#### INCORPORATION DE RENSEIGNEMENTS DANS LA DEMANDE

**7.** La demande de permis ou la demande de renouvellement, de suspension en tout ou en partie, de modification, de révocation ou de remplacement d'un permis peut incorporer par renvoi les renseignements compris dans un permis valide, expiré ou révoqué.

#### RENOUVELLEMENT, SUSPENSION, MODIFICATION, RÉVOCATION OU REMPLACEMENT DE PERMIS PAR LA COMMISSION

**8.** (1) Pour l'application de l'article 25 de la Loi, la Commission peut, de sa propre initiative, renouveler un permis si le non-renouvellement pourrait créer un danger inacceptable pour l'environnement, la santé et la sécurité des personnes ou la sécurité nationale.

(2) Pour l'application de l'article 25 de la Loi, la Commission peut, de sa propre initiative, suspendre en tout ou en partie, modifier, révoquer ou remplacer un permis dans les cas suivants :

*a*) le titulaire de permis n'est pas compétent pour exercer l'activité autorisée;

*b*) l'activité autorisée crée un danger inacceptable pour l'environnement, la santé et la sécurité des personnes ou le maintien de la sécurité nationale;

*c*) le titulaire de permis ne s'est pas conformé à la Loi, à ses règlements ou au permis;

*d*) le titulaire de permis a été reconnu coupable d'une infraction à la Loi;

*e*) un document mentionné dans le permis a été modifié d'une façon non autorisée par celui-ci;

*f*) le titulaire de permis n'exerce plus l'activité autorisée;

*g*) le titulaire de permis n'a pas versé les droits prévus pour le permis dans le *Règlement sur les droits pour le recouvrement des coûts*;

*DORS/2000-202 — 29 août 2011*

(*h*) failure to do so could pose an unreasonable risk to the environment, the health and safety of persons or national security.

SOR/2007-208, s. 1.

## EXEMPTIONS

### Exemptions from Licence Requirement for Inspectors, Designated Officers and Peace Officers

**9.** (1) An inspector, a designated officer or a peace officer may carry on any of the following activities without a licence to carry on that activity if the activity is carried on by that person to enforce the Act or the regulations made under the Act:

(*a*) possess, transfer, transport or store a nuclear substance; and

(*b*) possess or transfer prescribed equipment or prescribed information.

(2) An inspector or a designated officer may service prescribed equipment without a licence to carry on that activity if the servicing is carried on by that person to enforce the Act or the regulations made under the Act.

(3) For greater certainty, the exemptions established in subsections (1) and (2) relate only to the activities specified in those subsections and do not derogate from the licence requirement imposed by section 26 of the Act in relation to other activities.

(4) Every person who carries on an activity without a licence in accordance with subsection (1) or (2) shall immediately notify the Commission of that fact.

### Exemption of Naturally Occurring Nuclear Substances

**10.** Naturally occurring nuclear substances, other than those that are or have been associated with the development, production or use of nuclear energy, are exempt from the application of all provisions of the Act and the regulations made under the Act except the following:

*h*) le fait de ne pas suspendre, modifier, révoquer ou remplacer le permis pourrait créer un danger inacceptable pour l'environnement, la santé et la sécurité des personnes ou la sécurité nationale.

DORS/2007-208, art. 1.

## EXEMPTIONS

### Exemptions de permis pour l'inspecteur, le fonctionnaire désigné et l'agent de la paix

**9.** (1) L'inspecteur, le fonctionnaire désigné ou l'agent de la paix peut, sans y être autorisé par un permis, exercer les activités suivantes s'il le fait en vue de faire appliquer la Loi ou ses règlements :

*a*) avoir en sa possession, transférer, transporter ou stocker provisoirement une substance nucléaire;

*b*) avoir en sa possession ou transférer de l'équipement réglementé ou des renseignements réglementés.

(2) L'inspecteur ou le fonctionnaire désigné peut, sans y être autorisé par un permis, entretenir de l'équipement réglementé s'il le fait en vue de faire appliquer la Loi ou ses règlements.

(3) Il demeure entendu que les exemptions prévues aux paragraphes (1) et (2) ne visent que les activités qui y sont spécifiées et n'écartent pas l'obligation prévue à l'article 26 de la Loi d'obtenir un permis ou une licence pour exercer d'autres activités.

(4) La personne qui exerce une activité sans y être autorisée par un permis aux termes des paragraphes (1) ou (2) en avise immédiatement la Commission.

### Exemption des substances nucléaires naturelles

**10.** Les substances nucléaires naturelles, autres que celles qui ont été ou sont associées au développement, à la production ou à l'utilisation de l'énergie nucléaire, sont exemptées de l'application de la Loi et de ses règlements à l'exception :

*SOR/2000-202 — August 29, 2011*

(*a*) in the case of a nuclear substance having a specific activity greater than 70 kBq/kg, the provisions that govern the transport of nuclear substances;

(*b*) in the case of a nuclear substance listed in the schedule to the *Nuclear Non-proliferation Import and Export Control Regulations*, the provisions that govern the import and export of nuclear substances.

SOR/2003-405, s. 1.

*a*) des dispositions régissant le transport des substances nucléaires ayant une activité spécifique supérieure à 70 kBq/kg;

*b*) des dispositions régissant l'importation et l'exportation des substances nucléaires, dans le cas des substances nucléaires qui figurent à l'annexe du *Règlement sur le contrôle de l'importation et de l'exportation aux fins de la non-prolifération nucléaire*.

DORS/2003-405, art. 1.

### Exemption by the Commission

**11.** For the purpose of section 7 of the Act, the Commission may grant an exemption if doing so will not

(*a*) pose an unreasonable risk to the environment or the health and safety of persons;

(*b*) pose an unreasonable risk to national security; or

(*c*) result in a failure to achieve conformity with measures of control and international obligations to which Canada has agreed.

### Exemption par la Commission

**11.** Pour l'application de l'article 7 de la Loi, la Commission peut accorder une exemption si cela :

*a*) ne crée pas de danger inacceptable pour l'environnement ou la santé et la sécurité des personnes;

*b*) ne crée pas de danger inacceptable pour la sécurité nationale;

*c*) n'entraîne pas la non-conformité avec les mesures de contrôle et les obligations internationales que le Canada a assumées.

## OBLIGATIONS

## OBLIGATIONS

### Obligations of Licensees

**12.** (1) Every licensee shall

(*a*) ensure the presence of a sufficient number of qualified workers to carry on the licensed activity safely and in accordance with the Act, the regulations made under the Act and the licence;

(*b*) train the workers to carry on the licensed activity in accordance with the Act, the regulations made under the Act and the licence;

(*c*) take all reasonable precautions to protect the environment and the health and safety of persons and to maintain the security of nuclear facilities and of nuclear substances;

(*d*) provide the devices required by the Act, the regulations made under the Act and the licence and maintain them within the manufacturer's specifications;

### Obligations du titulaire de permis

**12.** (1) Le titulaire de permis :

*a*) veille à ce qu'il y ait suffisamment de travailleurs qualifiés pour exercer l'activité autorisée en toute sécurité et conformément à la Loi, à ses règlements et au permis;

*b*) forme les travailleurs pour qu'ils exercent l'activité autorisée conformément à la Loi, à ses règlements et au permis;

*c*) prend toutes les précautions raisonnables pour protéger l'environnement, préserver la santé et la sécurité des personnes et maintenir la sécurité des installations nucléaires et des substances nucléaires;

*d*) fournit les appareils exigés par la Loi, ses règlements et le permis et les entretient conformément aux spécifications du fabricant;

*DORS/2000-202 — 29 août 2011*

(*e*) require that every person at the site of the licensed activity use equipment, devices, clothing and procedures in accordance with the Act, the regulations made under the Act and the licence;

(*f*) take all reasonable precautions to control the release of radioactive nuclear substances or hazardous substances within the site of the licensed activity and into the environment as a result of the licensed activity;

(*g*) implement measures for alerting the licensee to the illegal use or removal of a nuclear substance, prescribed equipment or prescribed information, or the illegal use of a nuclear facility;

(*h*) implement measures for alerting the licensee to acts of sabotage or attempted sabotage anywhere at the site of the licensed activity;

(*i*) take all necessary measures to facilitate Canada's compliance with any applicable safeguards agreement;

(*j*) instruct the workers on the physical security program at the site of the licensed activity and on their obligations under that program; and

(*k*) keep a copy of the Act and the regulations made under the Act that apply to the licensed activity readily available for consultation by the workers.

(2) Every licensee who receives a request from the Commission or a person who is authorized by the Commission for the purpose of this subsection, to conduct a test, analysis, inventory or inspection in respect of the licensed activity or to review or to modify a design, to modify equipment, to modify procedures or to install a new system or new equipment shall file, within the time specified in the request, a report with the Commission that contains the following information:

(*a*) confirmation that the request will or will not be carried out or will be carried out in part;

*e*) exige de toute personne se trouvant sur les lieux de l'activité autorisée qu'elle utilise l'équipement, les appareils et les vêtements et qu'elle suive les procédures conformément à la Loi, à ses règlements et au permis;

*f*) prend toutes les précautions raisonnables pour contrôler le rejet de substances nucléaires radioactives ou de substances dangereuses que l'activité autorisée peut entraîner là où elle est exercée et dans l'environnement;

*g*) met en œuvre des mesures pour être alerté en cas d'utilisation ou d'enlèvement illégal d'une substance nucléaire, d'équipement réglementé ou de renseignements réglementés, ou d'utilisation illégale d'une installation nucléaire;

*h*) met en œuvre des mesures pour être alerté en cas d'acte ou de tentative de sabotage sur les lieux de l'activité autorisée;

*i*) prend toutes les mesures nécessaires pour aider le Canada à respecter tout accord relatif aux garanties qui s'applique;

*j*) donne aux travailleurs de la formation sur le programme de sécurité matérielle sur les lieux de l'activité autorisée et sur leurs obligations aux termes du programme;

*k*) conserve un exemplaire de la Loi et de ses règlements applicables à l'activité autorisée à un endroit où les travailleurs peuvent les consulter facilement.

(2) Le titulaire de permis qui reçoit une demande de la Commission ou d'une personne autorisée par elle à agir en son nom pour l'application du présent paragraphe, le priant d'effectuer une épreuve, une analyse, un inventaire ou une inspection relativement à l'activité autorisée, d'examiner ou de modifier une conception, de modifier de l'équipement, de modifier des procédures ou d'installer un nouveau système ou équipement, dépose auprès de la Commission, dans le délai mentionné dans la demande, un rapport qui comprend les renseignements suivants :

*a*) la confirmation qu'il donnera suite ou non à la demande en tout ou en partie;

*SOR/2000-202 — August 29, 2011*

(*b*) any action that the licensee has taken to carry out the request or any part of it;

(*c*) any reasons why the request or any part of it will not be carried out;

(*d*) any proposed alternative means to achieve the objectives of the request; and

(*e*) any proposed alternative period within which the licensee proposes to carry out the request.

SOR/2007-208, s. 2.

### TRANSFERS

**13.** No licensee shall transfer a nuclear substance, prescribed equipment or prescribed information to a person who does not hold the licence, if any, that is required to possess the nuclear substance, prescribed equipment or prescribed information by the Act and the regulations made under the Act.

### NOTICE OF LICENCE

**14.** (1) Every licensee other than a licensee who is conducting field operations shall post, at the location specified in the licence or, if no location is specified in the licence, in a conspicuous place at the site of the licensed activity,

(*a*) a copy of the licence, with or without the licence number, and a notice indicating the place where any record referred to in the licence may be consulted; or

(*b*) a notice containing

(i) the name of the licensee,

(ii) a description of the licensed activity,

(iii) a description of the nuclear substance, nuclear facility or prescribed equipment encompassed by the licence, and

(iv) a statement of the location of the licence and any record referred to in it.

(2) Every licensee who is conducting field operations shall keep a copy of the licence at the place where the field operations are being conducted.

*b*) les mesures qu'il a prises pour donner suite à la demande en tout ou en partie;

*c*) tout motif pour lequel il ne donnera pas suite à la demande en tout ou en partie;

*d*) toute mesure de rechange proposée pour atteindre les objectifs de la demande;

*e*) tout autre délai proposé pour donner suite à la demande.

DORS/2007-208, art. 2.

### TRANSFERTS

**13.** Il est interdit au titulaire de permis de transférer une substance nucléaire, de l'équipement réglementé ou des renseignements réglementés à une personne qui ne détient pas le permis requis, le cas échéant, par la Loi et ses règlements pour avoir en sa possession la substance, l'équipement ou les renseignements.

### AVIS DE PERMIS

**14.** (1) Sauf lorsqu'il mène des opérations sur le terrain, le titulaire de permis affiche à l'endroit spécifié dans le permis ou, à défaut, dans un endroit bien en évidence sur les lieux de l'activité autorisée :

*a*) une copie du permis, avec ou sans son numéro, et un avis indiquant l'endroit où tout document mentionné dans le permis peut être consulté;

*b*) un avis sur lequel figurent :

(i) le nom du titulaire de permis,

(ii) une description de l'activité autorisée,

(iii) une description de la substance nucléaire, de l'installation nucléaire ou de l'équipement réglementé visés par le permis,

(iv) une mention de l'endroit où peuvent être consultés le permis et les documents qui y sont mentionnés.

(2) Le titulaire de permis qui mène des opérations sur le terrain y conserve une copie du permis.

*DORS/2000-202 — 29 août 2011*

(3) Subsections (1) and (2) do not apply to a licensee in respect of

(*a*) a licence to import or export a nuclear substance, prescribed equipment or prescribed information;

(*b*) a licence to transport a nuclear substance; or

(*c*) a licence to abandon a nuclear substance, a nuclear facility, prescribed equipment or prescribed information.

REPRESENTATIVES OF APPLICANTS AND LICENSEES

**15.** Every applicant for a licence and every licensee shall notify the Commission of

(*a*) the persons who have authority to act for them in their dealings with the Commission;

(*b*) the names and position titles of the persons who are responsible for the management and control of the licensed activity and the nuclear substance, nuclear facility, prescribed equipment or prescribed information encompassed by the licence; and

(*c*) any change in the information referred to in paragraphs (*a*) and (*b*), within 15 days after the change occurs.

PUBLICATION OF HEALTH AND SAFETY INFORMATION

**16.** (1) Every licensee shall make available to all workers the health and safety information with respect to their workplace that has been collected by the licensee in accordance with the Act, the regulations made under the Act and the licence.

(2) Subsection (1) does not apply in respect of personal dose records and prescribed information.

OBLIGATIONS OF WORKERS

**17.** Every worker shall

(*a*) use equipment, devices, facilities and clothing for protecting the environment or the health and safety of

(3) Les paragraphes (1) et (2) ne s'appliquent pas au titulaire d'un permis :

*a*) d'importation ou d'exportation d'une substance nucléaire, d'équipement réglementé ou de renseignements réglementés;

*b*) de transport d'une substance nucléaire;

*c*) d'abandon d'une substance nucléaire, d'une installation nucléaire, d'équipement réglementé ou de renseignements réglementés.

MANDATAIRES DU DEMANDEUR ET DU TITULAIRE DE PERMIS

**15.** Le demandeur de permis et le titulaire de permis avisent la Commission :

*a*) des personnes qui ont le pouvoir d'agir en leur nom auprès de la Commission;

*b*) des noms et titres des personnes qui sont chargées de gérer et de contrôler l'activité autorisée ainsi que la substance nucléaire, l'installation nucléaire, l'équipement réglementé ou les renseignements réglementés visés par le permis;

*c*) de tout changement apporté aux renseignements visés aux alinéas *a*) et *b*) dans les 15 jours suivant le changement.

PUBLICATION DES RENSEIGNEMENTS SUR LA SANTÉ ET LA SÉCURITÉ

**16.** (1) Le titulaire de permis met à la disposition de tous les travailleurs les renseignements sur la santé et la sécurité qu'il a recueillis concernant leur lieu de travail conformément à la Loi, à ses règlements et au permis.

(2) Le paragraphe (1) ne s'applique pas aux dossiers de doses personnelles et aux renseignements réglementés.

OBLIGATIONS DU TRAVAILLEUR

**17.** Le travailleur :

*a*) utilise d'une manière responsable, raisonnable et conforme à la Loi, à ses règlements et au permis,

persons, or for determining doses of radiation, dose rates or concentrations of radioactive nuclear substances, in a responsible and reasonable manner and in accordance with the Act, the regulations made under the Act and the licence;

(*b*) comply with the measures established by the licensee to protect the environment and the health and safety of persons, maintain security, control the levels and doses of radiation, and control releases of radioactive nuclear substances and hazardous substances into the environment;

(*c*) promptly inform the licensee or the worker's supervisor of any situation in which the worker believes there may be

(i) a significant increase in the risk to the environment or the health and safety of persons,

(ii) a threat to the maintenance of the security of nuclear facilities and of nuclear substances or an incident with respect to such security,

(iii) a failure to comply with the Act, the regulations made under the Act or the licence,

(iv) an act of sabotage, theft, loss or illegal use or possession of a nuclear substance, prescribed equipment or prescribed information, or

(v) a release into the environment of a quantity of a radioactive nuclear substance or hazardous substance that has not been authorized by the licensee;

(*d*) observe and obey all notices and warning signs posted by the licensee in accordance with the *Radiation Protection Regulations*; and

(*e*) take all reasonable precautions to ensure the worker's own safety, the safety of the other persons at the site of the licensed activity, the protection of the environment, the protection of the public and the maintenance of the security of nuclear facilities and of nuclear substances.

SOR/2007-208, s. 3.

l'équipement, les appareils, les installations et les vêtements pour protéger l'environnement, préserver la santé et la sécurité des personnes, ou déterminer les doses de rayonnement, les débits de dose ou les concentrations de substances nucléaires radioactives;

*b*) se conforme aux mesures prévues par le titulaire de permis pour protéger l'environnement, préserver la santé et la sécurité des personnes, maintenir la sécurité et contrôler les niveaux et les doses de rayonnement, ainsi que le rejet de substances nucléaires radioactives et de substances dangereuses dans l'environnement;

*c*) signale sans délai à son supérieur ou au titulaire de permis toute situation où, à son avis, il pourrait y avoir :

(i) une augmentation considérable du niveau de risque pour l'environnement ou pour la santé et la sécurité des personnes,

(ii) une menace pour le maintien de la sécurité des installations nucléaires et des substances nucléaires ou un incident en matière de sécurité de telles installations ou substances,

(iii) un manquement à la Loi, à ses règlements ou au permis,

(iv) un acte de sabotage à l'égard d'une substance nucléaire, d'équipement réglementé ou de renseignements réglementés, ou leur vol, leur perte ou leur utilisation ou possession illégales,

(v) le rejet, non autorisé par le titulaire de permis, d'une quantité d'une substance nucléaire radioactive ou d'une substance dangereuse dans l'environnement;

*d*) observe et respecte tous les avis et mises en garde affichés par le titulaire de permis conformément au *Règlement sur la radioprotection*;

*e*) prend toutes les précautions raisonnables pour veiller à sa propre sécurité et à celle des personnes se trouvant sur les lieux de l'activité autorisée, à la protection de l'environnement et du public ainsi qu'au

*DORS/2000-202 — 29 août 2011*

maintien de la sécurité des installations nucléaires et des substances nucléaires.

DORS/2007-208, art. 3.

PRESENTATION OF LICENCE TO CUSTOMS OFFICER

PRÉSENTATION DU PERMIS À L'AGENT DES DOUANES

**18.** On importing or exporting a nuclear substance, prescribed equipment or prescribed information, the licensee shall present the required import or export licence to a customs officer.

**18.** Le titulaire de permis présente à un agent des douanes le permis requis pour importer ou exporter une substance nucléaire, de l'équipement réglementé ou des renseignements réglementés avant de les importer ou de les exporter.

## PRESCRIBED NUCLEAR FACILITIES

**19.** The following facilities are prescribed as nuclear facilities for the purpose of paragraph (*i*) of the definition "nuclear facility" in section 2 of the Act:

(*a*) a facility for the management, storage or disposal of waste containing radioactive nuclear substances at which the resident inventory of radioactive nuclear substances contained in the waste is $10^{15}$ Bq or more;

(*b*) a plant for the production of deuterium or deuterium compounds using hydrogen sulphide; and

(*c*) a Class II nuclear facility, as defined in section 1 of the *Class II Nuclear Facilities and Prescribed Equipment Regulations*.

SOR/2008-119, s. 3.

## INSTALLATIONS NUCLÉAIRES RÉGLEMENTÉES

**19.** Sont désignées comme installations nucléaires pour l'application de l'alinéa *i*) de la définition de «installation nucléaire» à l'article 2 de la Loi :

*a*) une installation pour la gestion, le stockage, temporaire ou permanent, l'évacuation ou l'élimination des déchets qui contiennent des substances nucléaires radioactives et dont l'inventaire fixe en substances nucléaires radioactives est d'au moins $10^{15}$ Bq;

*b*) une usine produisant du deutérium ou des composés du deutérium à l'aide d'hydrogène sulfuré;

*c*) une installation nucléaire de catégorie II, au sens de l'article 1 du *Règlement sur les installations nucléaires et l'équipement réglementé de catégorie II*.

DORS/2008-119, art. 3.

## PRESCRIBED EQUIPMENT

**20.** Each of the following items is prescribed equipment for the purposes of the Act:

(*a*) a package, special form radioactive material and low dispersible radioactive material, as defined in subsection 1(1) of the *Packaging and Transport of Nuclear Substances Regulations*;

(*b*) a radiation device and a sealed source, as defined in section 1 of the *Nuclear Substances and Radiation Devices Regulations*;

(*c*) Class II prescribed equipment, as defined in section 1 of the *Class II Nuclear Facilities and Prescribed Equipment Regulations*; and

## ÉQUIPEMENT RÉGLEMENTÉ

**20.** Sont désignés comme de l'équipement réglementé pour l'application de la Loi :

*a*) les colis, les matières radioactives sous forme spéciale et les matières radioactives faiblement dispersables au sens du paragraphe 1(1) du *Règlement sur l'emballage et le transport des substances nucléaires*;

*b*) les appareils à rayonnement et les sources scellées au sens de l'article 1 du *Règlement sur les substances nucléaires et les appareils à rayonnement*;

*c*) l'équipement réglementé de catégorie II au sens de l'article 1 du *Règlement sur les installations nucléaires et l'équipement réglementé de catégorie II*;

(*d*) equipment that is capable of being used in the design, production, operation or maintenance of a nuclear weapon or nuclear explosive device.

SOR/2003-405, s. 2.

## PRESCRIBED INFORMATION

### Prescription

**21.** (1) Information that concerns any of the following, including a record of that information, is prescribed information for the purposes of the Act:

(*a*) a nuclear substance that is required for the design, production, use, operation or maintenance of a nuclear weapon or nuclear explosive device, including the properties of the nuclear substance;

(*b*) the design, production, use, operation or maintenance of a nuclear weapon or nuclear explosive device;

(*c*) the security arrangements, security equipment, security systems and security procedures established by a licensee in accordance with the Act, the regulations made under the Act or the licence, and any incident relating to security; and

(*d*) the route or schedule for the transport of Category I, II or III nuclear material, as defined in section 1 of the *Nuclear Security Regulations*.

(2) Information that is made public in accordance with the Act, the regulations made under the Act or a licence is not prescribed information for the purposes of the Act.

SOR/2007-208, s. 4(E).

### Exemptions from Licence Requirement

**22.** (1) The following persons may possess, transfer, import, export or use prescribed information without a licence to carry on that activity:

(*a*) a minister, employee or other person acting on behalf of or under the direction of the Government of Canada, the government of a province or any of their agencies, for the purpose of assisting themselves in

*d*) l'équipement qui peut servir à concevoir, produire, utiliser, faire fonctionner ou entretenir des armes nucléaires ou des engins explosifs nucléaires.

DORS/2003-405, art. 2.

## RENSEIGNEMENTS RÉGLEMENTÉS

### Désignation

**21.** (1) Pour l'application de la Loi, sont désignés comme renseignements réglementés les renseignements qui portent sur ce qui suit, y compris les documents sur ces renseignements :

*a*) les substances nucléaires, y compris leurs propriétés, qui sont nécessaires à la conception, la production, l'utilisation, le fonctionnement ou l'entretien des armes nucléaires ou des engins explosifs nucléaires;

*b*) la conception, la production, l'utilisation, le fonctionnement ou l'entretien des armes nucléaires ou des engins explosifs nucléaires;

*c*) les arrangements, l'équipement, les systèmes et les procédures en matière de sécurité que le titulaire de permis a mis en place conformément à la Loi, à ses règlements ou au permis, y compris tout incident relatif à la sécurité;

*d*) l'itinéraire ou le calendrier de transport des matières nucléaires de catégorie I, II ou III au sens de l'article 1 du *Règlement sur la sécurité nucléaire*.

(2) Les renseignements qui sont rendus publics conformément à la Loi, à ses règlements et au permis ne sont pas renseignements réglementés pour l'application de la Loi.

DORS/2007-208, art. 4(A).

### Exemption de permis

**22.** (1) Les personnes suivantes peuvent avoir en leur possession des renseignements réglementés ou les transférer, importer, exporter ou utiliser, sans y être autorisées par un permis :

*a*) un ministre, un employé ou un mandataire du gouvernement du Canada ou d'une province, ou de l'un

*DORS/2000-202 — 29 août 2011*

exercising a power or performing a duty or function lawfully conferred or imposed on them; and

(*b*) an official of a foreign government or an international agency, for the purpose of meeting obligations imposed by an arrangement made between the Government of Canada and the foreign government or international agency.

(2) The following persons may possess, transfer or use prescribed information without a licence to carry on that activity:

(*a*) a worker, for the purpose of enabling the worker to perform duties assigned by the licensee; and

(*b*) a person who is legally required or legally authorized to obtain or receive the information.

(3) For greater certainty, the exemptions established in subsections (1) and (2) relate only to the activities specified in those subsections and do not derogate from the licence requirement imposed by section 26 of the Act in relation to other activities.

### Transfer and Disclosure

**23.** (1) No person shall transfer or disclose prescribed information unless the person

(*a*) is legally required to do so; or

(*b*) transfers or discloses it to

(i) a minister, employee or other person acting on behalf or under the direction of the Government of Canada, the government of a province or any of their agencies, for the purpose of assisting themselves in exercising a power or performing a duty or function lawfully conferred or imposed on them,

(ii) an official of a foreign government or an international agency, for the purpose of meeting obligations imposed by an arrangement made between the Government of Canada and the foreign government or international agency,

(iii) a worker, for the purpose of enabling the worker to perform duties assigned by the licensee, or

de ses organismes, pour s'aider à exercer une attribution qui lui est dûment conférée;

*b*) le représentant d'un gouvernement étranger ou d'une organisation internationale, pour assurer le respect des obligations d'une entente conclue par le gouvernement du Canada et ce gouvernement ou cette organisation.

(2) Les personnes suivantes peuvent avoir en leur possession des renseignements réglementés ou les transférer ou les utiliser, sans y être autorisées par un permis :

*a*) un travailleur, pour remplir les fonctions que le titulaire de permis lui assigne;

*b*) une personne qui, aux termes de la loi, a l'autorisation ou l'obligation de les obtenir ou de les recevoir.

(3) Il demeure entendu que les exemptions prévues aux paragraphes (1) et (2) ne visent que les activités qui y sont spécifiées et n'écartent pas l'obligation, prévue à l'article 26 de la Loi, d'obtenir un permis ou une licence pour exercer d'autres activités.

### Transfert et communication

**23.** (1) Il est interdit à quiconque de transférer ou de communiquer des renseignements réglementés, sauf si :

*a*) la loi l'y oblige;

*b*) les renseignements sont transférés ou communiqués :

(i) à un ministre, un employé ou un mandataire du gouvernement du Canada ou d'une province, ou de l'un de ses organismes, pour s'aider à exercer une attribution qui lui est dûment conférée,

(ii) à un représentant d'un gouvernement étranger ou d'une organisation internationale, pour assurer le respect des obligations d'une entente conclue par le gouvernement du Canada et ce gouvernement ou cette organisation,

(iii) à un travailleur, pour remplir les fonctions que lui assigne le titulaire de permis,

*SOR/2000-202 — August 29, 2011*

(iv) a person who is legally required or legally authorized to obtain or receive the information.

(2) A person who possesses or has knowledge of prescribed information shall take all necessary precautions to prevent any transfer or disclosure of the prescribed information that is not authorized by the Act and the regulations made under the Act.

## CONTAMINATION

### PRESCRIBED LIMITS

**24.** For the purposes of paragraph 45(*a*) and subsection 46(1) of the Act, the prescribed limit of contamination for a place or vehicle where no licensed activity is being carried on is any quantity of a radioactive nuclear substance that may, based on the circumstances, increase a person's effective dose by 1 mSv or more per year in excess of the background radiation for the place or vehicle.

### PRESCRIBED PUBLIC OFFICES

**25.** For the purpose of subsection 46(2) of the Act, a municipal office, a public library and a public community centre are prescribed public offices.

### PRESCRIBED MEASURES

**26.** For the purpose of subsection 46(3) of the Act, the prescribed measures to reduce the level of contamination are any measures to control access to or clean the place, or to cover or remove the contamination, that are appropriate for the substance and location and that will reduce the level of contamination to below the limit prescribed by section 24.

## RECORDS AND REPORTS

### RECORD OF LICENCE INFORMATION

**27.** Every licensee shall keep a record of all information relating to the licence that is submitted by the licensee to the Commission.

(iv) à une personne qui, aux termes de la loi, a l'autorisation ou l'obligation de les obtenir ou de les recevoir.

(2) Quiconque a en sa possession des renseignements réglementés ou en a connaissance prend toutes les précautions nécessaires pour en prévenir le transfert ou la communication non autorisé par la Loi et ses règlements.

## CONTAMINATION

### SEUIL RÉGLEMENTAIRE

**24.** Pour l'application de l'article 45 et du paragraphe 46(1) de la Loi, le seuil réglementaire de contamination à l'égard d'un lieu ou d'un véhicule où n'est exercée aucune activité autorisée s'entend de toute quantité d'une substance nucléaire radioactive qui est susceptible, compte tenu des circonstances, d'augmenter la dose efficace d'une personne de 1 mSv ou plus par année au-delà du rayonnement de fond à l'égard du lieu ou du véhicule.

### BUREAUX OUVERTS AU PUBLIC ET DÉSIGNÉS

**25.** Pour l'application du paragraphe 46(2) de la Loi, sont des bureaux ouverts au public et désignés les bureaux municipaux, les bibliothèques publiques et les centres communautaires publics.

### MESURES RÉGLEMENTAIRES

**26.** Pour l'application du paragraphe 46(3) de la Loi, les mesures réglementaires de décontamination sont celles servant à nettoyer un lieu, en contrôler l'accès ou couvrir ou enlever la contamination, qui ramèneront la contamination à un niveau inférieur au seuil prévu à l'article 24, et qui conviennent à la substance et au lieu en cause.

## DOCUMENTS ET RAPPORTS

### DOCUMENT SUR LES RENSEIGNEMENTS LIÉS AU PERMIS

**27.** Le titulaire de permis conserve un document sur tous les renseignements liés au permis qu'il présente à la Commission.

RETENTION AND DISPOSAL OF RECORDS

**28.** (1) Every person who is required to keep a record by the Act, the regulations made under the Act or a licence shall retain the record for the period specified in the applicable regulations made under the Act or, if no period is specified in the regulations, for the period ending one year after the expiry of the licence that authorizes the activity in respect of which the records are kept.

(2) No person shall dispose of a record referred to in the Act, the regulations made under the Act or a licence unless the person

(*a*) is no longer required to keep the record by the Act, the regulations made under the Act or the licence; and

(*b*) has notified the Commission of the date of disposal and of the nature of the record at least 90 days before the date of disposal.

(3) A person who notifies the Commission in accordance with subsection (2) shall file the record, or a copy of the record, with the Commission at its request.

GENERAL REPORTS

**29.** (1) Every licensee who becomes aware of any of the following situations shall immediately make a preliminary report to the Commission of the location and circumstances of the situation and of any action that the licensee has taken or proposes to take with respect to it:

(*a*) a situation referred to in paragraph 27(*b*) of the Act;

(*b*) the occurrence of an event that is likely to result in the exposure of persons to radiation in excess of the applicable radiation dose limits prescribed by the *Radiation Protection Regulations*;

(*c*) a release, not authorized by the licence, of a quantity of radioactive nuclear substance into the environment;

(*d*) a situation or event that requires the implementation of a contingency plan in accordance with the licence;

CONSERVATION ET ALIÉNATION DES DOCUMENTS

**28.** (1) La personne qui est tenue de conserver un document aux termes de la Loi, de ses règlements ou d'un permis, le fait pour la période indiquée dans le règlement applicable ou, à défaut, pendant une année suivant l'expiration du permis qui autorise l'activité pour laquelle les documents sont conservés.

(2) Il est interdit à quiconque d'aliéner un document mentionné dans la Loi, ses règlements ou un permis à moins :

*a*) de ne plus être tenu de le conserver aux termes de la Loi, de ses règlements ou du permis;

*b*) de donner à la Commission un préavis d'au moins 90 jours indiquant la date d'aliénation et la nature du document.

(3) La personne qui avise la Commission conformément au paragraphe (2) dépose l'original ou une copie du document auprès d'elle sur demande.

RAPPORTS GÉNÉRAUX

**29.** (1) Le titulaire de permis qui a connaissance de l'un des faits suivants présente immédiatement à la Commission un rapport préliminaire faisant état du lieu où survient ce fait et des circonstances l'entourant ainsi que des mesures qu'il a prises ou compte prendre à cet égard :

*a*) une situation mentionnée à l'alinéa 27*b*) de la Loi;

*b*) la survenance d'un événement susceptible d'entraîner l'exposition des personnes à des rayonnements dépassant les limites de dose applicables prévues par le *Règlement sur la radioprotection*;

*c*) le rejet, non autorisé par le permis, d'une quantité d'une substance nucléaire radioactive dans l'environnement;

*d*) une situation ou un événement nécessitant la mise en œuvre d'un plan d'urgence conformément au permis;

*SOR/2000-202 — August 29, 2011*

(*e*) an attempted or actual breach of security or an attempted or actual act of sabotage at the site of the licensed activity;

(*f*) information that reveals the incipient failure, abnormal degradation or weakening of any component or system at the site of the licensed activity, the failure of which could have a serious adverse effect on the environment or constitutes or is likely to constitute or contribute to a serious risk to the health and safety of persons or the maintenance of security;

(*g*) an actual, threatened or planned work disruption by workers;

(*h*) a serious illness or injury incurred or possibly incurred as a result of the licensed activity;

(*i*) the death of any person at a nuclear facility; or

(*j*) the occurrence of any of the following events:

(i) the making of an assignment by or in respect of the licensee under the *Bankruptcy and Insolvency Act*,

(ii) the making of a proposal by or in respect of the licensee under the *Bankruptcy and Insolvency Act*,

(iii) the filing of a notice of intention by the licensee under the *Bankruptcy and Insolvency Act*,

(iv) the filing of a petition for a receiving order against the licensee under the *Bankruptcy and Insolvency Act*,

(v) the enforcement by a secured creditor of a security on all or substantially all of the inventory, accounts receivable or other property of the licensee that was acquired for, or used in relation to, a business carried on by the licensee,

(vi) the filing in court by the licensee of an application to propose a compromise or an arrangement with its unsecured creditors or any class of them under section 4 of the *Companies' Creditors Arrangement Act*,

(vii) the filing in court by the licensee of an application to propose a compromise or an arrangement

*e*) un manquement ou une tentative de manquement à la sécurité ou un acte ou une tentative de sabotage sur le lieu de l'activité autorisée;

*f*) tout renseignement sur le début de la défaillance, la dégradation anormale ou l'affaiblissement, sur le lieu de l'activité autorisée, d'un composant ou d'un système dont la défaillance pourrait entraîner des effets négatifs graves sur l'environnement ou constitue un grand danger pour la santé et la sécurité des personnes ou pour le maintien de la sécurité ou est susceptible de le faire ou d'y contribuer;

*g*) un arrêt de travail réel ou planifié des travailleurs ou que ceux-ci menacent de tenir;

*h*) une maladie ou une blessure grave qui a ou aurait été subie en raison de l'activité autorisée;

*i*) la mort d'une personne à l'installation nucléaire;

*j*) la survenance de l'un ou l'autre des faits suivants :

(i) une cession visant le titulaire de permis et faite en vertu de la *Loi sur la faillite et l'insolvabilité*,

(ii) une proposition visant le titulaire de permis et faite en vertu de la *Loi sur la faillite et l'insolvabilité*,

(iii) le dépôt d'un avis d'intention par le titulaire de permis en vertu de la *Loi sur la faillite et l'insolvabilité*,

(iv) le dépôt d'une pétition en vue d'obtenir une ordonnance de séquestre contre le titulaire de permis en vertu de la *Loi sur la faillite et l'insolvabilité*,

(v) la mise à exécution par un créancier garanti d'une garantie constituée sur la totalité ou la quasi-totalité du stock, des comptes recevables ou des autres biens du titulaire de permis acquis ou utilisés dans le cadre des affaires,

(vi) le dépôt devant la cour par le titulaire de permis d'une requête pour proposer une transaction ou un arrangement avec ses créanciers chirographaires ou toute catégorie de ces derniers aux termes de

*DORS/2000-202 — 29 août 2011*

with its secured creditors or any class of them under section 5 of the *Companies' Creditors Arrangement Act*,

(viii) the making of an application for a winding-up order by or in respect of the licensee under the *Winding-up and Restructuring Act*,

(ix) the making of a liquidation, bankruptcy, insolvency, reorganization or like order in respect of the licensee under provincial or foreign legislation, or

(x) the making of a liquidation, bankruptcy, insolvency, reorganization or like order in respect of a body corporate that controls the licensee under provincial or foreign legislation.

(2) Every licensee who becomes aware of a situation referred to in subsection (1) shall file a full report of the situation with the Commission within 21 days after becoming aware of it, unless some other period is specified in the licence, and the report shall contain the following information:

(*a*) the date, time and location of becoming aware of the situation;

(*b*) a description of the situation and the circumstances;

(*c*) the probable cause of the situation;

(*d*) the effects on the environment, the health and safety of persons and the maintenance of security that have resulted or may result from the situation;

(*e*) the effective dose and equivalent dose of radiation received by any person as a result of the situation; and

l'article 4 de la *Loi sur les arrangements avec les créanciers des compagnies*,

(vii) le dépôt devant la cour par le titulaire de permis d'une requête pour proposer une transaction ou un arrangement avec ses créanciers garantis ou toute catégorie de ces derniers aux termes de l'article 5 de la *Loi sur les arrangements avec les créanciers des compagnies*,

(viii) une demande en vue d'obtenir une ordonnance de mise en liquidation visant le titulaire de permis en vertu de la *Loi sur les liquidations et les restructurations*,

(ix) la prise d'une ordonnance de mise en liquidation, de faillite, d'insolvabilité, de réorganisation ou autre ordonnance semblable visant le titulaire de permis en vertu des lois d'une province ou d'un gouvernement étranger,

(x) la prise d'une ordonnance de mise en liquidation, de faillite, d'insolvabilité, de réorganisation ou autre ordonnance similaire visant une personne morale qui contrôle le titulaire de permis en vertu des lois d'une province ou d'un gouvernement étranger.

(2) Le titulaire de permis qui a connaissance d'un fait mentionné au paragraphe (1) dépose auprès de la Commission, dans les 21 jours après en avoir pris connaissance, sauf si le permis précise un autre délai, un rapport complet sur le fait qui comprend les renseignements suivants :

*a*) la date, l'heure et le lieu où il a eu connaissance du fait;

*b*) une description du fait et des circonstances;

*c*) la cause probable du fait;

*d*) les effets que le fait a entraînés ou est susceptible d'entraîner sur l'environnement, la santé et la sécurité des personnes ainsi que le maintien de la sécurité;

*e*) la dose efficace et la dose équivalente de rayonnement reçues par toute personne en raison du fait;

*SOR/2000-202 — August 29, 2011*

(*f*) the actions that the licensee has taken or proposes to take with respect to the situation.

(3) Subsections (1) and (2) do not require a licensee to report a situation referred to in paragraphs (1)(*a*) to (*j*) if the licence contains a term or condition requiring the licensee to report that situation, or any situation of that nature, to the Commission.

SAFEGUARDS REPORTS

**30.** (1) Every licensee who becomes aware of any of the following situations shall immediately make a preliminary report to the Commission of the situation and of any action that the licensee has taken or proposes to take with respect to it:

(*a*) interference with or an interruption in the operation of safeguards equipment or the alteration, defacement or breakage of a safeguards seal, other than in accordance with the safeguards agreement, the Act, the regulations made under the Act or the licence; and

(*b*) the theft, loss or sabotage of safeguards equipment or samples collected for the purpose of a safeguards inspection, damage to such equipment or samples, or the illegal use, possession, operation or removal of such equipment or samples.

(2) Every licensee who becomes aware of a situation referred to in subsection (1) shall file a full report of the situation with the Commission within 21 days after becoming aware of it, unless some other period is specified in the licence, and the report shall contain the following information:

(*a*) the date, time and location of becoming aware of the situation;

(*b*) a description of the situation and the circumstances;

(*c*) the probable cause of the situation;

(*d*) the adverse effects on the environment, the health and safety of persons and the maintenance of national and international security that have resulted or may result from the situation;

*f*) les mesures que le titulaire de permis a prises ou compte prendre relativement au fait.

(3) Le titulaire de permis n'est pas tenu, aux termes des paragraphes (1) et (2), de signaler un fait mentionné aux alinéas (1)*a*) à *j*) si le permis est assorti d'une condition exigeant qu'il signale le fait, ou tout fait de cette nature, à la Commission.

RAPPORT RELATIF AUX GARANTIES

**30.** (1) Le titulaire de permis qui a connaissance de l'un ou l'autre des faits suivants présente immédiatement à la Commission un rapport préliminaire faisant état du fait et des mesures qu'il a prises ou compte prendre à cet égard :

*a*) une ingérence ou une interruption affectant le fonctionnement de l'équipement de garanties, ou la modification, la dégradation ou le bris d'un sceau de garanties, sauf aux termes de l'accord relatif aux garanties, de la Loi, de ses règlements ou du permis;

*b*) le vol, la perte ou le sabotage de l'équipement de garanties ou des échantillons prélevés aux fins d'une inspection de garanties, leur endommagement ainsi que leur utilisation, leur possession ou leur enlèvement illégaux.

(2) Le titulaire de permis qui a connaissance d'un fait mentionné au paragraphe (1) dépose auprès de la Commission, dans les 21 jours après en avoir pris connaissance, sauf si le permis précise un autre délai, un rapport complet sur le fait qui comprend les renseignements suivants :

*a*) la date, l'heure et le lieu où il a eu connaissance du fait;

*b*) une description du fait et des circonstances;

*c*) la cause probable du fait;

*d*) les effets négatifs que le fait a entraînés ou est susceptible d'entraîner sur l'environnement, la santé et la sécurité des personnes ainsi que le maintien de la sécurité nationale et internationale;

*DORS/2000-202 — 29 août 2011*

(*e*) the effective dose and equivalent dose of radiation received by any person as a result of the situation; and

(*f*) the actions that the licensee has taken or proposes to take with respect to the situation.

### REPORT OF DEFICIENCY IN RECORD

**31.** (1) Every licensee who becomes aware of an inaccuracy or incompleteness in a record that the licensee is required to keep by the Act, the regulations made under the Act or the licence shall file a report of the inaccuracy or incompleteness with the Commission within 21 days after becoming aware of it, and the report shall contain the following information:

(*a*) the details of the inaccuracy or incompleteness; and

(*b*) any action that the licensee has taken or proposes to take with respect to the inaccuracy or incompleteness.

(2) Subsection (1) does not apply to a licensee if

(*a*) the licence contains a term or condition that requires the licensee to report inaccuracies or incompleteness in a record to the Commission; or

(*b*) the inaccuracy or incompleteness in the record could not reasonably be expected to lead to a situation in which the environment, the health and safety of persons or national security is adversely affected.

### FILING OF REPORTS

**32.** (1) Every report shall include the name and address of its sender and the date on which it was completed.

(2) The date of filing of a report is the date on which it is received by the Commission.

*e*) la dose efficace et la dose équivalente de rayonnement reçues par toute personne en raison du fait;

*f*) les mesures que le titulaire de permis a prises ou compte prendre relativement au fait.

### RENSEIGNEMENTS INEXACTS OU INCOMPLETS DANS LES DOCUMENTS

**31.** (1) Le titulaire de permis qui relève des renseignements inexacts ou incomplets dans un document qu'il est tenu de conserver aux termes de la Loi, de ses règlements ou du permis dépose auprès de la Commission, dans les 21 jours qui suivent, un rapport à cet égard qui :

*a*) indique de façon précise les renseignements qui sont inexacts ou incomplets;

*b*) identifie les mesures qu'il a prises ou compte prendre pour remédier à la situation.

(2) Le paragraphe (1) ne s'applique pas au titulaire de permis dans les cas suivants :

*a*) son permis est assorti d'une condition exigeant qu'il fasse rapport à la Commission des renseignements inexacts ou incomplets que contiennent les documents;

*b*) le fait que le document contient des renseignements inexacts ou incomplets ne risquerait pas, selon toute vraisemblance, de donner lieu à une situation qui entraîne des effets négatifs sur l'environnement, la santé et la sécurité des personnes ou la sécurité nationale.

### DÉPÔT DES RAPPORTS

**32.** (1) Le rapport comprend les nom et adresse de l'expéditeur ainsi que la date d'achèvement.

(2) La date de dépôt est la date de réception par la Commission.

*SOR/2000-202 — August 29, 2011*

## INSPECTORS AND DESIGNATED OFFICERS

### CERTIFICATE OF INSPECTOR

**33.** An inspector's certificate issued under section 29 of the Act shall be in the form set out in the schedule and shall include, in addition to the information required by subsection 29(2) of the Act,

(*a*) the name and signature of the inspector;

(*b*) a photograph showing the face of the inspector;

(*c*) the name of the employer of the inspector;

(*d*) a statement of designation;

(*e*) the name, position and signature of the person who issued the certificate; and

(*f*) the expiry date of the certificate.

### CERTIFICATE OF DESIGNATED OFFICER

**34.** A designated officer's certificate issued under section 37 of the Act shall include, in addition to the information required by subsection 37(1) of the Act,

(*a*) the name and position or title of the designated officer;

(*b*) the name of the employer of the designated officer;

(*c*) a statement of designation;

(*d*) the name, position and signature of the person who issued the certificate; and

(*e*) the expiry date of the certificate.

### NOTIFICATION AND SURRENDER OF CERTIFICATE

**35.** (1) An inspector and a designated officer shall notify the Commission of any of the following situations:

(*a*) the loss or theft of their certificate;

(*b*) any change in their employment that results in their no longer exercising a function that relates to the purpose of the certificate; and

## INSPECTEURS ET FONCTIONNAIRES DÉSIGNÉS

### CERTIFICAT DE L'INSPECTEUR

**33.** Le certificat de l'inspecteur, délivré en vertu de l'article 29 de la Loi, est en la forme établie dans l'annexe et comprend les renseignements suivants, outre ceux exigés au paragraphe 29(2) de la Loi :

*a*) les nom et signature de l'inspecteur;

*b*) une photographie montrant l'inspecteur de face;

*c*) le nom de l'employeur de l'inspecteur;

*d*) l'attestation de la qualité d'inspecteur;

*e*) les nom, poste et signature de la personne qui a délivré le certificat;

*f*) la date d'expiration du certificat.

### CERTIFICAT DU FONCTIONNAIRE DÉSIGNÉ

**34.** Le certificat du fonctionnaire désigné, délivré en vertu de l'article 37 de la Loi, comprend les renseignements suivants, outre ceux exigés au paragraphe 37(1) de la Loi :

*a*) les nom et poste ou titre du fonctionnaire désigné;

*b*) le nom de l'employeur du fonctionnaire désigné;

*c*) l'attestation de la qualité de fonctionnaire désigné;

*d*) les nom, poste et signature de la personne qui a délivré le certificat;

*e*) la date d'expiration du certificat.

### AVIS ET REMISE DU CERTIFICAT

**35.** (1) L'inspecteur et le fonctionnaire désigné avisent la Commission de l'un ou l'autre des faits suivants :

*a*) la perte ou le vol de leur certificat;

*b*) tout changement concernant leur emploi à la suite duquel ils n'exercent plus des fonctions liées à l'objet du certificat;

*DORS/2000-202 — 29 août 2011*

(*c*) the suspension or termination of their employment with the employer named in the certificate.

(2) An inspector and a designated officer shall surrender their certificate to the Commission

(*a*) if the information contained in the certificate is not accurate;

(*b*) when the certificate expires; or

(*c*) on termination by the Commission of their designation as an inspector or a designated officer, as the case may be.

### REPEAL

**36. The *Atomic Energy Control Regulations*[1] are repealed.**

**37. The *Transport Packaging of Radioactive Materials Regulations*[2] are repealed.**

**38. The *Uranium and Thorium Mining Regulations*[3] are repealed.**

**39. The *Physical Security Regulations*[4] are repealed.**

### COMING INTO FORCE

**40. These Regulations come into force on the day on which they are approved by the Governor in Council.**

*c*) la suspension ou la fin de leur emploi chez l'employeur nommé au certificat.

(2) L'inspecteur et le fonctionnaire désigné remettent leur certificat à la Commission dans les cas suivants :

*a*) les renseignements figurant sur le certificat ne sont plus exacts;

*b*) le certificat est expiré;

*c*) la Commission met un terme à leur désignation à titre d'inspecteur ou de fonctionnaire désigné.

### ABROGATIONS

**36. Le *Règlement sur le contrôle de l'énergie atomique*[1] est abrogé.**

**37. Le *Règlement sur l'emballage des matières radioactives destinées au transport*[2] est abrogé.**

**38. Le *Règlement sur les mines d'uranium et de thorium*[3] est abrogé.**

**39. Le *Règlement sur la sécurité matérielle*[4] est abrogé.**

### ENTRÉE EN VIGUEUR

**40. Le présent règlement entre en vigueur à la date de son agrément par le gouverneur en conseil.**

---

[1] C.R.C., c. 365
[2] SOR/83-740
[3] SOR/88-243
[4] SOR/83-77

[1] C.R.C., ch. 365
[2] DORS/83-740
[3] DORS/88-243
[4] DORS/83-77

*SOR/2000-202 — August 29, 2011*

SCHEDULE
*(Section 33)*

CERTIFICATE OF INSPECTOR

ANNEXE
*(article 33)*

CERTIFICAT DE L'INSPECTEUR

| | |
|---|---|
| This is to certify that<br>Le présent certificat atteste que<br><br>employed by<br>employé de<br><br>is designated as an inspector by the Canadian Nuclear Safety Commission pursuant to section 29 of the *Nuclear Safety and Control Act*.<br><br>est un inspecteur désigné par la Commission canadienne de sûreté nucléaire conformément à l'article 29 de la *Loi sur la sûreté et la réglementation nucléaires*.<br><br>This certificate expires on<br>Ce certificat expire le | The person identified on this certificate may exercise the powers granted to an inspector under the *Nuclear Safety and Control Act* in respect of the following places or vehicles:<br><br>La personne identifiée sur ce certificat peut exercer les pouvoirs d'un inspecteur prévus à la *Loi sur la sûreté et la réglementation nucléaires* dans les lieux ou véhicules suivants : |
| Inspector / Inspecteur          Secretary, CNSC / Secrétaire, CCSN<br><br>Canadian Nuclear Safety Commission   Commission canadienne de sûreté nucléaire   Canada | This certificate is not transferable and is to be surrendered on the termination of this designation.   Le certificat est incessible et doit être remis lorsque la désignation prend fin. |