# Exhibit E



CANADA

CONSOLIDATION

CODIFICATION

# Access to Information Act

# Loi sur l'accès à l'information

R.S.C., 1985, c. A-1

L.R.C., 1985, ch. A-1

Current to August 29, 2011

À jour au 29 août 2011

Last amended on August 4, 2011

Dernière modification le 4 août 2011

Published by the Minister of Justice at the following address:
http://laws-lois.justice.gc.ca

Publié par le ministre de la Justice à l'adresse suivante :
http://lois-laws.justice.gc.ca

OFFICIAL STATUS
OF CONSOLIDATIONS

Subsections 31(1) and (2) of the *Legislation Revision and Consolidation Act*, in force on June 1, 2009, provide as follows:

Published consolidation is evidence

**31.** (1) Every copy of a consolidated statute or consolidated regulation published by the Minister under this Act in either print or electronic form is evidence of that statute or regulation and of its contents and every copy purporting to be published by the Minister is deemed to be so published, unless the contrary is shown.

Inconsistencies in Acts

(2) In the event of an inconsistency between a consolidated statute published by the Minister under this Act and the original statute or a subsequent amendment as certified by the Clerk of the Parliaments under the *Publication of Statutes Act*, the original statute or amendment prevails to the extent of the inconsistency.

NOTE

This consolidation is current to August 29, 2011. The last amendments came into force on August 4, 2011. Any amendments that were not in force as of August 29, 2011 are set out at the end of this document under the heading "Amendments Not in Force".

CARACTÈRE OFFICIEL
DES CODIFICATIONS

Les paragraphes 31(1) et (2) de la *Loi sur la révision et la codification des textes législatifs*, en vigueur le 1$^{er}$ juin 2009, prévoient ce qui suit :

Codifications comme élément de preuve

**31.** (1) Tout exemplaire d'une loi codifiée ou d'un règlement codifié, publié par le ministre en vertu de la présente loi sur support papier ou sur support électronique, fait foi de cette loi ou de ce règlement et de son contenu. Tout exemplaire donné comme publié par le ministre est réputé avoir été ainsi publié, sauf preuve contraire.

Incompatibilité — lois

(2) Les dispositions de la loi d'origine avec ses modifications subséquentes par le greffier des Parlements en vertu de la *Loi sur la publication des lois* l'emportent sur les dispositions incompatibles de la loi codifiée publiée par le ministre en vertu de la présente loi.

NOTE

Cette codification est à jour au 29 août 2011. Les dernières modifications sont entrées en vigueur le 4 août 2011. Toutes modifications qui n'étaient pas en vigueur au 29 août 2011 sont énoncées à la fin de ce document sous le titre « Modifications non en vigueur ».

| TABLE OF PROVISIONS | | | TABLEAU ANALYTIQUE | | |
|---|---|---|---|---|---|
| Section | | Page | Article | | Page |
| | An Act to extend the present laws of Canada that provide access to information under the control of the Government of Canada | | | Loi visant à compléter la législation canadienne en matière d'accès à l'information relevant de l'administration fédérale | |
| | SHORT TITLE | 1 | | TITRE ABRÉGÉ | 1 |
| 1 | Short title | 1 | 1 | Titre abrégé | 1 |
| | PURPOSE OF ACT | 1 | | OBJET DE LA LOI | 1 |
| 2 | Purpose | 1 | 2 | Objet | 1 |
| | INTERPRETATION | 1 | | DÉFINITIONS | 1 |
| 3 | Definitions | 1 | 3 | Définitions | 1 |
| 3.01 | For greater certainty | 2 | 3.01 | Précision | 2 |
| 3.1 | For greater certainty | 3 | 3.1 | Précision | 3 |
| | DESIGNATION | 3 | | DÉSIGNATION | 3 |
| 3.2 | Power to designate Minister | 3 | 3.2 | Désignation d'un ministre | 3 |
| | ACCESS TO GOVERNMENT RECORDS | 3 | | ACCÈS AUX DOCUMENTS DE L'ADMINISTRATION FÉDÉRALE | 3 |
| | RIGHT OF ACCESS | 3 | | DROIT D'ACCÈS | 3 |
| 4 | Right to access to records | 3 | 4 | Droit d'accès | 3 |
| | INFORMATION ABOUT GOVERNMENT INSTITUTIONS | 4 | | RÉPERTOIRE DES INSTITUTIONS FÉDÉRALES | 4 |
| 5 | Publication on government institutions | 4 | 5 | Répertoire des institutions fédérales | 4 |
| | REQUESTS FOR ACCESS | 5 | | DEMANDES DE COMMUNICATION | 5 |
| 6 | Request for access to record | 5 | 6 | Demandes de communication | 5 |
| 7 | Notice where access requested | 5 | 7 | Notification | 5 |
| 8 | Transfer of request | 5 | 8 | Transmission de la demande | 5 |
| 9 | Extension of time limits | 6 | 9 | Prorogation du délai | 6 |
| 10 | Where access is refused | 7 | 10 | Refus de communication | 7 |
| 11 | Fees | 7 | 11 | Frais de communication | 7 |
| | ACCESS | 8 | | EXERCICE DE L'ACCÈS | 8 |
| 12 | Access to record | 8 | 12 | Communication | 8 |
| | EXEMPTIONS | 9 | | EXCEPTIONS | 9 |
| | RESPONSIBILITIES OF GOVERNMENT | 9 | | RESPONSABILITÉS DE L'ÉTAT | 9 |
| 13 | Information obtained in confidence | 9 | 13 | Renseignements obtenus à titre confidentiel | 9 |
| 14 | Federal-provincial affairs | 10 | 14 | Affaires fédéro-provinciales | 10 |
| 15 | International affairs and defence | 11 | 15 | Affaires internationales et défense | 11 |
| 16 | Law enforcement and investigations | 13 | 16 | Enquêtes | 13 |
| 16.1 | Records relating to investigations, examinations and audits | 15 | 16.1 | Documents se rapportant à des examens, enquêtes ou vérifications | 15 |
| 16.2 | Records relating to investigations | 15 | 16.2 | Documents se rapportant à des enquêtes | 15 |

*Access to Information — August 29, 2011*

| Section | | Page |
|---|---|---|
| 16.3 | Investigations, examinations and reviews under the Canada Elections Act | 15 |
| 16.4 | Public Sector Integrity Commissioner | 16 |
| 16.5 | Public Servants Disclosure Protection Act | 16 |
| 17 | Safety of individuals | 16 |
| 18 | Economic interests of Canada | 16 |
| 18.1 | Economic interests of certain government institutions | 17 |

PERSONAL INFORMATION — 18

| 19 | Personal information | 18 |

THIRD PARTY INFORMATION — 18

| 20 | Third party information | 18 |
| 20.1 | Public Sector Pension Investment Board | 20 |
| 20.2 | Canada Pension Plan Investment Board | 20 |
| 20.4 | National Arts Centre Corporation | 20 |

OPERATIONS OF GOVERNMENT — 20

| 21 | Advice, etc. | 20 |
| 22 | Testing procedures, tests and audits | 21 |
| 22.1 | Internal audits | 21 |
| 23 | Solicitor-client privilege | 22 |

STATUTORY PROHIBITIONS — 22

| 24 | Statutory prohibitions against disclosure | 22 |
| 25 | Severability | 22 |

REFUSAL OF ACCESS — 22

| 26 | Refusal of access where information to be published | 22 |

THIRD PARTY INTERVENTION — 23

| 27 | Notice to third parties | 23 |
| 28 | Representations of third party and decision | 24 |
| 29 | Where the Information Commissioner recommends disclosure | 25 |

COMPLAINTS — 25

| 30 | Receipt and investigation of complaints | 25 |
| 31 | Written complaint | 26 |

INVESTIGATIONS — 26

| 32 | Notice of intention to investigate | 26 |
| 33 | Notice to third parties | 27 |
| 34 | Regulation of procedure | 27 |
| 35 | Investigations in private | 27 |

| Article | | Page |
|---|---|---|
| 16.3 | Examens, enquêtes et révisions aux termes de la Loi électorale du Canada | 15 |
| 16.4 | Commissaire à l'intégrité du secteur public | 16 |
| 16.5 | Loi sur la protection des fonctionnaires divulgateurs d'actes répréhensibles | 16 |
| 17 | Sécurité des individus | 16 |
| 18 | Intérêts économiques du Canada | 16 |
| 18.1 | Intérêts économiques de certaines institutions fédérales | 17 |

RENSEIGNEMENTS PERSONNELS — 18

| 19 | Renseignements personnels | 18 |

RENSEIGNEMENTS DE TIERS — 18

| 20 | Renseignements de tiers | 18 |
| 20.1 | Office d'investissement des régimes de pensions du secteur public | 20 |
| 20.2 | Office d'investissement du régime de pensions du Canada | 20 |
| 20.4 | Corporation du Centre national des Arts | 20 |

ACTIVITÉS DU GOUVERNEMENT — 20

| 21 | Avis, etc. | 20 |
| 22 | Examens et vérifications | 21 |
| 22.1 | Vérifications internes | 21 |
| 23 | Secret professionnel des avocats | 22 |

INTERDICTIONS FONDÉES SUR D'AUTRES LOIS — 22

| 24 | Interdictions fondées sur d'autres lois | 22 |
| 25 | Prélèvements | 22 |

REFUS DE COMMUNICATION — 22

| 26 | Refus de communication en cas de publication | 22 |

INTERVENTION DE TIERS — 23

| 27 | Avis aux tiers | 23 |
| 28 | Observations des tiers et décision | 24 |
| 29 | Recommandation du Commissaire à l'information | 25 |

PLAINTES — 25

| 30 | Réception des plaintes et enquêtes | 25 |
| 31 | Plainte écrite | 26 |

ENQUÊTES — 26

| 32 | Avis d'enquête | 26 |
| 33 | Avis aux tiers | 27 |
| 34 | Procédure | 27 |
| 35 | Secret des enquêtes | 27 |

*Accès à l'information — 29 août 2011*

| Section | | Page |
|---|---|---|
| 36 | Powers of Information Commissioner in carrying out investigations | 28 |
| 37 | Findings and recommendations of Information Commissioner | 29 |
| | REPORTS TO PARLIAMENT | 30 |
| 38 | Annual report | 30 |
| 39 | Special reports | 31 |
| 40 | Transmission of reports | 31 |
| | REVIEW BY THE FEDERAL COURT | 31 |
| 41 | Review by Federal Court | 31 |
| 42 | Information Commissioner may apply or appear | 31 |
| 43 | Notice to third parties | 32 |
| 44 | Third party may apply for a review | 32 |
| 45 | Hearing in summary way | 33 |
| 46 | Access to records | 33 |
| 47 | Court to take precautions against disclosing | 33 |
| 48 | Burden of proof | 33 |
| 49 | Order of Court where no authorization to refuse disclosure found | 34 |
| 50 | Order of Court where reasonable grounds of injury not found | 34 |
| 51 | Order of Court not to disclose record | 34 |
| 52 | Applications relating to international affairs or defence | 34 |
| 53 | Costs | 35 |
| | OFFICE OF THE INFORMATION COMMISSIONER | 35 |
| | Information Commissioner | 35 |
| 54 | Appointment | 35 |
| 55 | Rank, powers and duties generally | 36 |
| | Assistant Information Commissioner | 37 |
| 56 | Appointment of Assistant Information Commissioner | 37 |
| 57 | Duties generally | 37 |
| | Staff | 38 |
| 58 | Staff of the Information Commissioner | 38 |
| | Delegation | 38 |
| 59 | Delegation by Information Commissioner | 38 |
| | General | 39 |
| 60 | Principal office | 39 |
| 61 | Security requirements | 39 |

| Article | | Page |
|---|---|---|
| 36 | Pouvoirs du Commissaire à l'information pour la tenue des enquêtes | 28 |
| 37 | Conclusions et recommandations du Commissaire à l'information | 29 |
| | RAPPORTS AU PARLEMENT | 30 |
| 38 | Rapport annuel | 30 |
| 39 | Rapports spéciaux | 31 |
| 40 | Remise des rapports | 31 |
| | RÉVISION PAR LA COUR FÉDÉRALE | 31 |
| 41 | Révision par la Cour fédérale | 31 |
| 42 | Exercice du recours par le Commissaire, etc. | 31 |
| 43 | Avis au tiers | 32 |
| 44 | Recours en révision du tiers | 32 |
| 45 | Procédure sommaire | 33 |
| 46 | Accès aux documents | 33 |
| 47 | Précautions à prendre contre la divulgation | 33 |
| 48 | Charge de la preuve | 33 |
| 49 | Ordonnance de la Cour dans les cas où le refus n'est pas autorisé | 34 |
| 50 | Ordonnance de la Cour dans les cas où le préjudice n'est pas démontré | 34 |
| 51 | Ordonnance de la Cour obligeant au refus | 34 |
| 52 | Affaires internationales et défense | 34 |
| 53 | Frais et dépens | 35 |
| | COMMISSARIAT À L'INFORMATION | 35 |
| | Commissaire à l'information | 35 |
| 54 | Nomination | 35 |
| 55 | Rang, pouvoirs et fonctions | 36 |
| | Commissaires adjoints à l'information | 37 |
| 56 | Nomination | 37 |
| 57 | Fonctions | 37 |
| | Personnel | 38 |
| 58 | Personnel | 38 |
| | Délégation | 38 |
| 59 | Pouvoir de délégation | 38 |
| | Dispositions générales | 39 |
| 60 | Siège | 39 |
| 61 | Normes de sécurité | 39 |

*Access to Information — August 29, 2011*

| Section | | Page | Article | | Page |
|---|---|---|---|---|---|
| 62 | Confidentiality | 39 | 62 | Secret | 39 |
| 63 | Disclosure authorized | 39 | 63 | Divulgation autorisée | 39 |
| 64 | Information not to be disclosed | 40 | 64 | Précautions à prendre | 40 |
| 65 | No summons | 40 | 65 | Non-assignation | 40 |
| 66 | Protection of Information Commissioner | 40 | 66 | Immunité du Commissaire à l'information | 40 |
| | OFFENCES | 41 | | INFRACTIONS | 41 |
| 67 | Obstruction | 41 | 67 | Entrave | 41 |
| 67.1 | Obstructing right of access | 41 | 67.1 | Entrave au droit d'accès | 41 |
| | EXCLUSIONS | 42 | | EXCLUSIONS | 42 |
| 68 | Act does not apply to certain materials | 42 | 68 | Non-application de la loi | 42 |
| 68.1 | Canadian Broadcasting Corporation | 42 | 68.1 | Société Radio-Canada | 42 |
| 68.2 | Atomic Energy of Canada Limited | 42 | 68.2 | Énergie atomique du Canada, Limitée | 42 |
| 69 | Confidences of the Queen's Privy Council for Canada | 43 | 69 | Documents confidentiels du Conseil privé de la Reine pour le Canada | 43 |
| 69.1 | Certificate under Canada Evidence Act | 44 | 69.1 | Certificat en vertu de la Loi sur la preuve au Canada | 44 |
| | GENERAL | 44 | | DISPOSITIONS GÉNÉRALES | 44 |
| 70 | Duties and functions of designated Minister | 44 | 70 | Responsabilités du ministre désigné | 44 |
| 71 | Manuals may be inspected by public | 45 | 71 | Consultation des manuels | 45 |
| 72 | Report to Parliament | 45 | 72 | Rapports au Parlement | 45 |
| 72.1 | Report of expenses | 46 | 72.1 | Rapport sur les dépenses | 46 |
| 73 | Delegation by the head of a government institution | 46 | 73 | Pouvoir de délégation du responsable d'une institution | 46 |
| 74 | Protection from civil proceeding or from prosecution | 46 | 74 | Immunité | 46 |
| 75 | Permanent review of Act by Parliamentary committee | 46 | 75 | Examen permanent par un comité parlementaire | 46 |
| 76 | Binding on Crown | 47 | 76 | La Couronne est liée | 47 |
| 77 | Regulations | 47 | 77 | Règlements | 47 |
| | SCHEDULE I | | | ANNEXE I | |
| | GOVERNMENT INSTITUTIONS | 49 | | INSTITUTIONS FÉDÉRALES | 49 |
| | SCHEDULE II | 56 | | ANNEXE II | 59 |
| | RELATED PROVISIONS | 62 | | DISPOSITIONS CONNEXES | 62 |
| | AMENDMENTS NOT IN FORCE | 64 | | MODIFICATIONS NON EN VIGUEUR | 64 |



**R.S.C., 1985, c. A-1**                    **L.R.C., 1985, ch. A-1**

An Act to extend the present laws of Canada that provide access to information under the control of the Government of Canada

Loi visant à compléter la législation canadienne en matière d'accès à l'information relevant de l'administration fédérale

## SHORT TITLE

Short title  **1.** This Act may be cited as the *Access to Information Act*.

1980-81-82-83, c. 111, Sch. I "1".

## PURPOSE OF ACT

Purpose  **2.** (1) The purpose of this Act is to extend the present laws of Canada to provide a right of access to information in records under the control of a government institution in accordance with the principles that government information should be available to the public, that necessary exceptions to the right of access should be limited and specific and that decisions on the disclosure of government information should be reviewed independently of government.

Complementary procedures  (2) This Act is intended to complement and not replace existing procedures for access to government information and is not intended to limit in any way access to the type of government information that is normally available to the general public.

1980-81-82-83, c. 111, Sch. I "2".

## INTERPRETATION

Definitions  **3.** In this Act,

"alternative format" « *support de substitution* »  "alternative format", with respect to a record, means a format that allows a person with a sensory disability to read or listen to that record;

"Court" « *Cour* »  "Court" means the Federal Court;

"designated Minister" « *ministre désigné* »  "designated Minister" means a person who is designated as the Minister under subsection 3.2(1);

## TITRE ABRÉGÉ

Titre abrégé  **1.** *Loi sur l'accès à l'information*.

1980-81-82-83, ch. 111, ann. I « 1 ».

## OBJET DE LA LOI

Objet  **2.** (1) La présente loi a pour objet d'élargir l'accès aux documents de l'administration fédérale en consacrant le principe du droit du public à leur communication, les exceptions indispensables à ce droit étant précises et limitées et les décisions quant à la communication étant susceptibles de recours indépendants du pouvoir exécutif.

Étoffement des modalités d'accès  (2) La présente loi vise à compléter les modalités d'accès aux documents de l'administration fédérale; elle ne vise pas à restreindre l'accès aux renseignements que les institutions fédérales mettent normalement à la disposition du grand public.

1980-81-82-83, ch. 111, ann. I « 2 »; 1984, ch. 40, art. 79.

## DÉFINITIONS

Définitions  **3.** Les définitions qui suivent s'appliquent à la présente loi.

« Commissaire à l'information » "*Information Commissioner*"  «Commissaire à l'information» Le commissaire nommé conformément à l'article 54.

« Cour » "*Court*"  «Cour» La Cour fédérale.

« déficience sensorielle » "*sensory disability*"  «déficience sensorielle» Toute déficience liée à la vue ou à l'ouïe.

1

"foreign state"
« *État étranger* »

"foreign state" means any state other than Canada;

"government institution"
« *institution fédérale* »

"government institution" means

(*a*) any department or ministry of state of the Government of Canada, or any body or office, listed in Schedule I, and

(*b*) any parent Crown corporation, and any wholly-owned subsidiary of such a corporation, within the meaning of section 83 of the *Financial Administration Act*;

"head"
« *responsable d'institution fédérale* »

"head", in respect of a government institution, means

(*a*) in the case of a department or ministry of state, the member of the Queen's Privy Council for Canada who presides over the department or ministry, or

(*b*) in any other case, either the person designated under subsection 3.2(2) to be the head of the institution for the purposes of this Act or, if no such person is designated, the chief executive officer of the institution, whatever their title;

"Information Commissioner"
« *Commissaire à l'information* »

"Information Commissioner" means the Commissioner appointed under section 54;

"record"
« *document* »

"record" means any documentary material, regardless of medium or form;

"sensory disability"
« *déficience sensorielle* »

"sensory disability" means a disability that relates to sight or hearing;

"third party"
« *tiers* »

"third party", in respect of a request for access to a record under this Act, means any person, group of persons or organization other than the person that made the request or a government institution.

R.S., 1985, c. A-1, s. 3; 1992, c. 21, s. 1; 2002, c. 8, s. 183; 2006, c. 9, s. 141.

For greater certainty

**3.01** (1) For greater certainty, any provision of this Act that applies to a government institution that is a parent Crown corporation applies to any of its wholly-owned subsidiaries within the meaning of section 83 of the *Financial Administration Act*.

For greater certainty

(2) For greater certainty, the Canadian Race Relations Foundation and the Public Sector Pension Investment Board are parent Crown corporations for the purposes of this Act.

2006, c. 9, s. 142.

« document » Éléments d'information, quel qu'en soit le support.

« document »
"record"

« État étranger » Tout État autre que le Canada.

« État étranger »
"foreign state"

« institution fédérale »

a) Tout ministère ou département d'État relevant du gouvernement du Canada, ou tout organisme, figurant à l'annexe I;

b) toute société d'État mère ou filiale à cent pour cent d'une telle société, au sens de l'article 83 de la *Loi sur la gestion des finances publiques*.

« institution fédérale »
"government institution"

« ministre désigné » Personne désignée à titre de ministre en vertu du paragraphe 3.2(1).

« ministre désigné »
"designated Minister"

« responsable d'institution fédérale »

a) Le membre du Conseil privé de la Reine pour le Canada sous l'autorité duquel est placé un ministère ou un département d'État;

b) la personne désignée en vertu du paragraphe 3.2(2) à titre de responsable, pour l'application de la présente loi, d'une institution fédérale autre que celles visées à l'alinéa a) ou, en l'absence d'une telle désignation, le premier dirigeant de l'institution, quel que soit son titre.

« responsable d'institution fédérale »
"head"

« support de substitution » Tout support permettant à une personne ayant une déficience sensorielle de lire ou d'écouter un document.

« support de substitution »
"alternative format"

« tiers » Dans le cas d'une demande de communication de document, personne, groupement ou organisation autres que l'auteur de la demande ou qu'une institution fédérale.

« tiers »
"third party"

L.R. (1985), ch. A-1, art. 3; 1992, ch. 21, art. 1; 2002, ch. 8, art. 183; 2006, ch. 9, art. 141.

Précision

**3.01** (1) Il est entendu que toute disposition de la présente loi qui s'applique à une institution fédérale qui est une société d'État mère s'applique également à ses filiales à cent pour cent au sens de l'article 83 de la *Loi sur la gestion des finances publiques*.

Précision

(2) Il est entendu que la Fondation canadienne des relations raciales et l'Office d'investissement des régimes de pensions du secteur

*Accès à l'information — 29 août 2011*

public sont des sociétés d'État mères pour l'application de la présente loi.

2006, ch. 9, art. 142.

For greater certainty

**3.1** For greater certainty, for the purposes of this Act, information that relates to the general administration of a government institution includes information that relates to expenses paid by the institution for travel, including lodging, and hospitality.

2006, c. 9, s. 142.

Précision

**3.1** Il est entendu que, pour l'application de la présente loi, les renseignements se rapportant à l'administration de l'institution fédérale comprennent ceux qui ont trait à ses dépenses en matière de déplacements, d'hébergement et d'accueil.

2006, ch. 9, art. 142.

## DESIGNATION

## DÉSIGNATION

Power to designate Minister

**3.2** (1) The Governor in Council may designate a member of the Queen's Privy Council for Canada to be the Minister for the purposes of any provision of this Act.

Désignation d'un ministre

**3.2** (1) Le gouverneur en conseil peut désigner tout membre du Conseil privé de la Reine pour le Canada à titre de ministre pour l'application de toute disposition de la présente loi.

Power to designate head

(2) The Governor in Council may, by order, designate a person to be the head of a government institution, other than a department or ministry of state, for the purposes of this Act.

2006, c. 9, s. 142.

Désignation du responsable d'une institution fédérale

(2) Il peut aussi désigner, par décret, toute personne à titre de responsable d'une institution fédérale — autre qu'un ministère ou un département d'État — pour l'application de la présente loi.

2006, ch. 9, art. 142.

## ACCESS TO GOVERNMENT RECORDS

## ACCÈS AUX DOCUMENTS DE L'ADMINISTRATION FÉDÉRALE

### RIGHT OF ACCESS

### DROIT D'ACCÈS

Right to access to records

**4.** (1) Subject to this Act, but notwithstanding any other Act of Parliament, every person who is

(*a*) a Canadian citizen, or

(*b*) a permanent resident within the meaning of subsection 2(1) of the *Immigration and Refugee Protection Act*,

has a right to and shall, on request, be given access to any record under the control of a government institution.

Droit d'accès

**4.** (1) Sous réserve des autres dispositions de la présente loi mais nonobstant toute autre loi fédérale, ont droit à l'accès aux documents relevant d'une institution fédérale et peuvent se les faire communiquer sur demande :

*a*) les citoyens canadiens;

*b*) les résidents permanents au sens du paragraphe 2(1) de la *Loi sur l'immigration et la protection des réfugiés.*

Extension of right by order

(2) The Governor in Council may, by order, extend the right to be given access to records under subsection (1) to include persons not referred to in that subsection and may set such conditions as the Governor in Council deems appropriate.

Extension par décret

(2) Le gouverneur en conseil peut, par décret, étendre, conditionnellement ou non, le droit d'accès visé au paragraphe (1) à des personnes autres que celles qui y sont mentionnées.

Responsibility of government institutions

(2.1) The head of a government institution shall, without regard to the identity of a person making a request for access to a record under the control of the institution, make every reasonable effort to assist the person in connection with the request, respond to the request accu-

Responsable de l'institution fédérale

(2.1) Le responsable de l'institution fédérale fait tous les efforts raisonnables, sans égard à l'identité de la personne qui fait ou s'apprête à faire une demande, pour lui prêter toute l'assistance indiquée, donner suite à sa demande de façon précise et complète et, sous réserve des

*Access to Information — August 29, 2011*

rately and completely and, subject to the regulations, provide timely access to the record in the format requested.

Records produced from machine readable records

(3) For the purposes of this Act, any record requested under this Act that does not exist but can, subject to such limitations as may be prescribed by regulation, be produced from a machine readable record under the control of a government institution using computer hardware and software and technical expertise normally used by the government institution shall be deemed to be a record under the control of the government institution.

R.S., 1985, c. A-1, s. 4; 1992, c. 1, s. 144(F); 2001, c. 27, s. 202; 2006, c. 9, s. 143.

(3) Pour l'application de la présente loi, les documents qu'il est possible de préparer à partir d'un document informatisé relevant d'une institution fédérale sont eux-mêmes considérés comme relevant de celle-ci, même s'ils n'existent pas en tant que tels au moment où ils font l'objet d'une demande de communication. La présente disposition ne vaut que sous réserve des restrictions réglementaires éventuellement applicables à la possibilité de préparer les documents et que si l'institution a normalement à sa disposition le matériel, le logiciel et les compétences techniques nécessaires à la préparation.

L.R. (1985), ch. A-1, art. 4; 1992, ch. 1, art. 144(F); 2001, ch. 27, art. 202; 2006, ch. 9, art. 143.

*Document issu d'un document informatisé*

INFORMATION ABOUT GOVERNMENT INSTITUTIONS

RÉPERTOIRE DES INSTITUTIONS FÉDÉRALES

*Publication on government institutions*

**5.** (1) The designated Minister shall cause to be published, on a periodic basis not less frequently than once each year, a publication containing

(*a*) a description of the organization and responsibilities of each government institution, including details on the programs and functions of each division or branch of each government institution;

(*b*) a description of all classes of records under the control of each government institution in sufficient detail to facilitate the exercise of the right of access under this Act;

(*c*) a description of all manuals used by employees of each government institution in administering or carrying out any of the programs or activities of the government institution; and

(*d*) the title and address of the appropriate officer for each government institution to whom requests for access to records under this Act should be sent.

**5.** (1) Le ministre désigné fait publier, selon une périodicité au moins annuelle, un répertoire des institutions fédérales donnant, pour chacune d'elles, les indications suivantes :

*a*) son organigramme et ses attributions, ainsi que les programmes et fonctions de ses différents services;

*b*) les catégories de documents qui en relèvent, avec suffisamment de précisions pour que l'exercice du droit à leur accès en soit facilité;

*c*) la désignation des manuels qu'utilisent ses services dans l'application de ses programmes ou l'exercice de ses activités;

*d*) les titre et adresse du fonctionnaire chargé de recevoir les demandes de communication.

*Répertoire des institutions fédérales*

*Bulletin*

(2) The designated Minister shall cause to be published, at least twice each year, a bulletin to bring the material contained in the publication published under subsection (1) up to date and to provide to the public other useful information relating to the operation of this Act.

(2) Le ministre désigné fait publier, au moins deux fois l'an, un bulletin destiné à mettre à jour l'information visée au paragraphe (1) et à fournir tous renseignements utiles concernant la mise en œuvre de la présente loi.

*Bulletin*

*Accès à l'information — 29 août 2011*

<div style="float:left; font-size:small;">Descriptions in publication and bulletins</div>

(3) Any description that is required to be included in the publication or bulletins published under subsection (1) or (2) may be formulated in such a manner that the description does not itself constitute information on the basis of which the head of a government institution would be authorized to refuse to disclose a part of a record requested under this Act.

(3) Les indications à insérer dans le répertoire ou le bulletin peuvent être formulées de manière à ne pas constituer des renseignements qui justifieraient de la part du responsable d'une institution fédérale un refus de communication partielle d'un document.

<div style="float:right; font-size:small;">Indications contenues dans le répertoire ou le bulletin</div>

<div style="float:left; font-size:small;">Publication and bulletin to be made available</div>

(4) The designated Minister shall cause the publication referred to in subsection (1) and the bulletin referred to in subsection (2) to be made available throughout Canada in conformity with the principle that every person is entitled to reasonable access thereto.

1980-81-82-83, c. 111, Sch. I "5".

(4) Le ministre désigné est responsable de la diffusion du répertoire et du bulletin dans tout le Canada, étant entendu que toute personne a le droit d'en prendre normalement connaissance.

1980-81-82-83, ch. 111, ann. I « 5 ».

<div style="float:right; font-size:small;">Diffusion</div>

## REQUESTS FOR ACCESS

## DEMANDES DE COMMUNICATION

<div style="float:left; font-size:small;">Request for access to record</div>

**6.** A request for access to a record under this Act shall be made in writing to the government institution that has control of the record and shall provide sufficient detail to enable an experienced employee of the institution with a reasonable effort to identify the record.

1980-81-82-83, c. 111, Sch. I "6".

**6.** La demande de communication d'un document se fait par écrit auprès de l'institution fédérale dont relève le document; elle doit être rédigée en des termes suffisamment précis pour permettre à un fonctionnaire expérimenté de l'institution de trouver le document sans problèmes sérieux.

1980-81-82-83, ch. 111, ann. I « 6 ».

<div style="float:right; font-size:small;">Demandes de communication</div>

<div style="float:left; font-size:small;">Notice where access requested</div>

**7.** Where access to a record is requested under this Act, the head of the government institution to which the request is made shall, subject to sections 8, 9 and 11, within thirty days after the request is received,

(*a*) give written notice to the person who made the request as to whether or not access to the record or a part thereof will be given; and

(*b*) if access is to be given, give the person who made the request access to the record or part thereof.

1980-81-82-83, c. 111, Sch. I "7".

**7.** Le responsable de l'institution fédérale à qui est faite une demande de communication de document est tenu, dans les trente jours suivant sa réception, sous réserve des articles 8, 9 et 11 :

*a*) d'aviser par écrit la personne qui a fait la demande de ce qu'il sera donné ou non communication totale ou partielle du document;

*b*) le cas échéant, de donner communication totale ou partielle du document.

1980-81-82-83, ch. 111, ann. I « 7 ».

<div style="float:right; font-size:small;">Notification</div>

<div style="float:left; font-size:small;">Transfer of request</div>

**8.** (1) Where a government institution receives a request for access to a record under this Act and the head of the institution considers that another government institution has a greater interest in the record, the head of the institution may, subject to such conditions as may be prescribed by regulation, within fifteen days after the request is received, transfer the request and, if necessary, the record to the other government institution, in which case the head of the institution transferring the request shall give

**8.** (1) S'il juge que le document objet de la demande dont a été saisie son institution concerne davantage une autre institution fédérale, le responsable de l'institution saisie peut, aux conditions réglementaires éventuellement applicables, transmettre la demande, et, au besoin, le document, au responsable de l'autre institution. Le cas échéant, il effectue la transmission dans les quinze jours suivant la réception de la demande et en avise par écrit la personne qui l'a faite.

<div style="float:right; font-size:small;">Transmission de la demande</div>

*Access to Information — August 29, 2011*

written notice of the transfer to the person who made the request.

Deeming provision
(2) For the purposes of section 7, where a request is transferred under subsection (1), the request shall be deemed to have been made to the government institution to which it was transferred on the day the government institution to which the request was originally made received it.

(2) Dans le cas prévu au paragraphe (1), c'est la date de réception par l'institution fédérale saisie de la demande qui est prise en considération comme point de départ du délai mentionné à l'article 7.
Départ du délai

Meaning of greater interest
(3) For the purpose of subsection (1), a government institution has a greater interest in a record if

(*a*) the record was originally produced in or for the institution; or

(*b*) in the case of a record not originally produced in or for a government institution, the institution was the first government institution to receive the record or a copy thereof.

1980-81-82-83, c. 111, Sch. I "8".

(3) La transmission visée au paragraphe (1) se justifie si l'autre institution :

*a*) est à l'origine du document, soit qu'elle l'ait préparé elle-même ou qu'il ait été d'abord préparé à son intention;

*b*) est la première institution fédérale à avoir reçu le document ou une copie de celui-ci, dans les cas où ce n'est pas une institution fédérale qui est à l'origine du document.

1980-81-82-83, ch. 111, ann. I « 8 ».
Justification de la transmission

Extension of time limits
**9.** (1) The head of a government institution may extend the time limit set out in section 7 or subsection 8(1) in respect of a request under this Act for a reasonable period of time, having regard to the circumstances, if

(*a*) the request is for a large number of records or necessitates a search through a large number of records and meeting the original time limit would unreasonably interfere with the operations of the government institution,

(*b*) consultations are necessary to comply with the request that cannot reasonably be completed within the original time limit, or

(*c*) notice of the request is given pursuant to subsection 27(1)

by giving notice of the extension and, in the circumstances set out in paragraph (*a*) or (*b*), the length of the extension, to the person who made the request within thirty days after the request is received, which notice shall contain a statement that the person has a right to make a complaint to the Information Commissioner about the extension.

**9.** (1) Le responsable d'une institution fédérale peut proroger le délai mentionné à l'article 7 ou au paragraphe 8(1) d'une période que justifient les circonstances dans les cas où :

*a*) l'observation du délai entraverait de façon sérieuse le fonctionnement de l'institution en raison soit du grand nombre de documents demandés, soit de l'ampleur des recherches à effectuer pour donner suite à la demande;

*b*) les consultations nécessaires pour donner suite à la demande rendraient pratiquement impossible l'observation du délai;

*c*) avis de la demande a été donné en vertu du paragraphe 27(1).

Dans l'un ou l'autre des cas prévus aux alinéas *a*), *b*) et *c*), le responsable de l'institution fédérale envoie à la personne qui a fait la demande, dans les trente jours suivant sa réception, un avis de prorogation de délai, en lui faisant part de son droit de déposer une plainte à ce propos auprès du Commissaire à l'information; dans les cas prévus aux alinéas *a*) et *b*), il lui fait aussi part du nouveau délai.
Prorogation du délai

Notice of extension to Information Commissioner
(2) Where the head of a government institution extends a time limit under subsection (1) for more than thirty days, the head of the institution shall give notice of the extension to the

(2) Dans les cas où la prorogation de délai visée au paragraphe (1) dépasse trente jours, le responsable de l'institution fédérale en avise en
Avis au Commissaire à l'information

*Accès à l'information — 29 août 2011*

Information Commissioner at the same time as notice is given under subsection (1).

1980-81-82-83, c. 111, Sch. I "9".

même temps le Commissaire à l'information et la personne qui a fait la demande.

1980-81-82-83, ch. 111, ann. I « 9 ».

**Where access is refused**

**10.** (1) Where the head of a government institution refuses to give access to a record requested under this Act or a part thereof, the head of the institution shall state in the notice given under paragraph 7(*a*)

(*a*) that the record does not exist, or

(*b*) the specific provision of this Act on which the refusal was based or, where the head of the institution does not indicate whether a record exists, the provision on which a refusal could reasonably be expected to be based if the record existed,

and shall state in the notice that the person who made the request has a right to make a complaint to the Information Commissioner about the refusal.

**Refus de communication**

**10.** (1) En cas de refus de communication totale ou partielle d'un document demandé en vertu de la présente loi, l'avis prévu à l'alinéa 7*a*) doit mentionner, d'une part, le droit de la personne qui a fait la demande de déposer une plainte auprès du Commissaire à l'information et, d'autre part :

*a*) soit le fait que le document n'existe pas;

*b*) soit la disposition précise de la présente loi sur laquelle se fonde le refus ou, s'il n'est pas fait état de l'existence du document, la disposition sur laquelle il pourrait vraisemblablement se fonder si le document existait.

**Existence of a record not required to be disclosed**

(2) The head of a government institution may but is not required to indicate under subsection (1) whether a record exists.

**Dispense de divulgation de l'existence d'un document**

(2) Le paragraphe (1) n'oblige pas le responsable de l'institution fédérale à faire état de l'existence du document demandé.

**Deemed refusal to give access**

(3) Where the head of a government institution fails to give access to a record requested under this Act or a part thereof within the time limits set out in this Act, the head of the institution shall, for the purposes of this Act, be deemed to have refused to give access.

1980-81-82-83, c. 111, Sch. I "10".

**Présomption de refus**

(3) Le défaut de communication totale ou partielle d'un document dans les délais prévus par la présente loi vaut décision de refus de communication.

1980-81-82-83, ch. 111, ann. I « 10 ».

**Fees**

**11.** (1) Subject to this section, a person who makes a request for access to a record under this Act may be required to pay

(*a*) at the time the request is made, such application fee, not exceeding twenty-five dollars, as may be prescribed by regulation;

(*b*) before any copies are made, such fee as may be prescribed by regulation reflecting the cost of reproduction calculated in the manner prescribed by regulation; and

(*c*) before the record is converted into an alternative format or any copies are made in that format, such fee as may be prescribed by regulation reflecting the cost of the medium in which the alternative format is produced.

**Frais de communication**

**11.** (1) Sous réserve des autres dispositions du présent article, il peut être exigé que la personne qui fait la demande acquitte les droits suivants :

*a*) un versement initial accompagnant la demande et dont le montant, d'un maximum de vingt-cinq dollars, peut être fixé par règlement;

*b*) un versement prévu par règlement et exigible avant la préparation de copies, correspondant aux frais de reproduction;

*c*) un versement prévu par règlement, exigible avant le transfert, ou la production de copies, du document sur support de substitution et correspondant au coût du support de substitution.

**Additional payment**

(2) The head of a government institution to which a request for access to a record is made under this Act may require, in addition to the

**Supplément**

(2) Le responsable de l'institution fédérale à qui la demande est faite peut en outre exiger, avant de donner communication ou par la suite,

*Access to Information — August 29, 2011*

fee payable under paragraph (1)(*a*), payment of an amount, calculated in the manner prescribed by regulation, for every hour in excess of five hours that is reasonably required to search for the record or prepare any part of it for disclosure, and may require that the payment be made before access to the record is given.

le versement d'un montant déterminé par règlement, s'il faut plus de cinq heures pour rechercher le document ou pour en prélever la partie communicable.

**Where a record is produced from a machine readable record**

(3) Where a record requested under this Act is produced as a result of the request from a machine readable record under the control of a government institution, the head of the institution may require payment of an amount calculated in the manner prescribed by regulation.

(3) Dans les cas où le document demandé ne peut être préparé qu'à partir d'un document informatisé qui relève d'une institution fédérale, le responsable de l'institution peut exiger le versement d'un montant déterminé par règlement.

**Document issu d'un document informatisé**

**Deposit**

(4) Where the head of a government institution requires payment of an amount under subsection (2) or (3) in respect of a request for a record, the head of the institution may require that a reasonable proportion of that amount be paid as a deposit before the search or production of the record is undertaken or the part of the record is prepared for disclosure.

(4) Dans les cas prévus au paragraphe (2) ou (3), le responsable d'une institution fédérale peut exiger une partie raisonnable du versement additionnel avant que ne soient effectuées la recherche ou la préparation du document ou que la partie communicable n'en soit prélevée.

**Acompte**

**Notice**

(5) Where the head of a government institution requires a person to pay an amount under this section, the head of the institution shall

(5) Dans les cas où sont exigés les versements prévus au présent article, le responsable de l'institution fédérale :

**Avis**

(*a*) give written notice to the person of the amount required; and

*a*) avise par écrit la personne qui a fait la demande du versement exigible;

(*b*) state in the notice that the person has a right to make a complaint to the Information Commissioner about the amount required.

*b*) l'informe, par le même avis, qu'elle a le droit de déposer une plainte à ce propos auprès du Commissaire à l'information.

**Waiver**

(6) The head of a government institution to which a request for access to a record is made under this Act may waive the requirement to pay a fee or other amount or a part thereof under this section or may refund a fee or other amount or a part thereof paid under this section.

(6) Le responsable de l'institution fédérale peut dispenser en tout ou en partie la personne qui fait la demande du versement des droits ou lui rembourser tout ou partie du montant déjà versé.

**Dispense**

R.S., 1985, c. A-1, s. 11; 1992, c. 21, s. 2.

L.R. (1985), ch. A-1, art. 11; 1992, ch. 21, art. 2.

ACCESS

EXERCICE DE L'ACCÈS

**Access to record**

**12.** (1) A person who is given access to a record or a part thereof under this Act shall, subject to the regulations, be given an opportunity to examine the record or part thereof or be given a copy thereof.

**12.** (1) L'accès aux documents s'exerce, sous réserve des règlements, par consultation totale ou partielle du document ou par délivrance de copies totales ou partielles.

**Communication**

**Language of access**

(2) Where access to a record or a part thereof is to be given under this Act and the person to whom access is to be given requests that access be given in a particular official language, a copy of the record or part thereof shall be given to the person in that language

(2) La personne à qui sera donnée communication totale ou partielle d'un document et qui a précisé la langue officielle dans laquelle elle le désirait se verra communiquer le document ou la partie en cause dans la version de son choix :

**Version de la communication**

8

*Accès à l'information — 29 août 2011*

(*a*) forthwith, if the record or part thereof already exists under the control of a government institution in that language; or

(*b*) within a reasonable period of time, if the head of the government institution that has control of the record considers it to be in the public interest to cause a translation to be prepared.

*a*) immédiatement, si le document ou la partie en cause existent dans cette langue et relèvent d'une institution fédérale;

*b*) dans un délai convenable, si le responsable de l'institution fédérale dont relève le document juge dans l'intérêt public de faire traduire ce document ou cette partie.

<span style="float:left">Access to record in alternative format</span>

(3) Where access to a record or a part thereof is to be given under this Act and the person to whom access is to be given has a sensory disability and requests that access be given in an alternative format, a copy of the record or part thereof shall be given to the person in an alternative format

(*a*) forthwith, if the record or part thereof already exists under the control of a government institution in an alternative format that is acceptable to that person; or

(*b*) within a reasonable period of time, if the head of the government institution that has control of the record considers the giving of access in an alternative format to be necessary to enable the person to exercise the person's right of access under this Act and considers it reasonable to cause that record or part thereof to be converted.

R.S., 1985, c. A-1, s. 12; R.S., 1985, c. 31 (4th Supp.), s. 100(E); 1992, c. 21, s. 3.

<span style="float:right">Communication sur support de substitution</span>

(3) La personne ayant une déficience sensorielle à qui est donnée communication totale ou partielle d'un document et qui a demandé qu'elle lui soit faite sur un support de substitution se fait communiquer copie du document ou de la partie en cause sur un tel support :

*a*) immédiatement, si le document ou la partie en cause existe déjà sur un support de substitution qui lui soit acceptable et relève d'une institution fédérale;

*b*) dans un délai convenable, si le responsable de l'institution fédérale dont relève le document estime que la communication sur un support de substitution est nécessaire pour que la personne puisse exercer ses droits et qu'il est raisonnable de transférer le document ou la partie en cause sur un tel support.

L.R. (1985), ch. A-1, art. 12; L.R. (1985), ch. 31 (4e suppl.), art. 100(A); 1992, ch. 21, art. 3.

## EXEMPTIONS

### RESPONSIBILITIES OF GOVERNMENT

<span style="float:left">Information obtained in confidence</span>

**13.** (1) Subject to subsection (2), the head of a government institution shall refuse to disclose any record requested under this Act that contains information that was obtained in confidence from

(*a*) the government of a foreign state or an institution thereof;

(*b*) an international organization of states or an institution thereof;

(*c*) the government of a province or an institution thereof;

(*d*) a municipal or regional government established by or pursuant to an Act of the legislature of a province or an institution of such a government; or

(*e*) an aboriginal government.

## EXCEPTIONS

### RESPONSABILITÉS DE L'ÉTAT

<span style="float:right">Renseignements obtenus à titre confidentiel</span>

**13.** (1) Sous réserve du paragraphe (2), le responsable d'une institution fédérale est tenu de refuser la communication de documents contenant des renseignements obtenus à titre confidentiel :

*a*) des gouvernements des États étrangers ou de leurs organismes;

*b*) des organisations internationales d'États ou de leurs organismes;

*c*) des gouvernements des provinces ou de leurs organismes;

*d*) des administrations municipales ou régionales constituées en vertu de lois provinciales ou de leurs organismes;

*e*) d'un gouvernement autochtone.

*Access to Information — August 29, 2011*

Where disclosure authorized

(2) The head of a government institution may disclose any record requested under this Act that contains information described in subsection (1) if the government, organization or institution from which the information was obtained

(a) consents to the disclosure; or

(b) makes the information public.

Definition of "aboriginal government"

(3) The expression "aboriginal government" in paragraph (1)(e) means

(a) Nisga'a Government, as defined in the Nisga'a Final Agreement given effect by the *Nisga'a Final Agreement Act*;

(b) the council, as defined in the Westbank First Nation Self-Government Agreement given effect by the *Westbank First Nation Self-Government Act*;

(c) the Tlicho Government, as defined in section 2 of the *Tlicho Land Claims and Self-Government Act*;

(d) the Nunatsiavut Government, as defined in section 2 of the *Labrador Inuit Land Claims Agreement Act*;

(e) the council of a participating First Nation as defined in subsection 2(1) of the *First Nations Jurisdiction over Education in British Columbia Act*;

(f) the Tsawwassen Government, as defined in subsection 2(2) of the *Tsawwassen First Nation Final Agreement Act*; or

(g) a Maanulth Government, within the meaning of subsection 2(2) of the *Maanulth First Nations Final Agreement Act*.

R.S., 1985, c. A-1, s. 13; 2000, c. 7, s. 21; 2004, c. 17, s. 16; 2005, c. 1, ss. 97, 107, c. 27, ss. 16, 22; 2006, c. 10, s. 32; 2008, c. 32, s. 26; 2009, c. 18, s. 20.

Federal-provincial affairs

**14.** The head of a government institution may refuse to disclose any record requested under this Act that contains information the disclosure of which could reasonably be expected to be injurious to the conduct by the Government of Canada of federal-provincial affairs,

---

Cas où la divulgation est autorisée

(2) Le responsable d'une institution fédérale peut donner communication de documents contenant des renseignements visés au paragraphe (1) si le gouvernement, l'organisation, l'administration ou l'organisme qui les a fournis :

a) consent à la communication;

b) rend les renseignements publics.

Définition de « gouvernement autochtone »

(3) L'expression « gouvernement autochtone » à l'alinéa (1)e) s'entend :

a) du gouvernement nisga'a, au sens de l'Accord définitif nisga'a mis en vigueur par la *Loi sur l'Accord définitif nisga'a*;

b) du conseil, au sens de l'Accord d'autonomie gouvernementale de la première nation de Westbank mis en vigueur par la *Loi sur l'autonomie gouvernementale de la première nation de Westbank*;

c) du gouvernement tlicho, au sens de l'article 2 de la *Loi sur les revendications territoriales et l'autonomie gouvernementale du peuple tlicho*;

d) du gouvernement nunatsiavut, au sens de l'article 2 de la *Loi sur l'Accord sur les revendications territoriales des Inuit du Labrador*;

e) du conseil de la première nation participante, au sens du paragraphe 2(1) de la *Loi sur la compétence des premières nations en matière d'éducation en Colombie-Britannique*;

f) du gouvernement tsawwassen, au sens du paragraphe 2(2) de la *Loi sur l'accord définitif concernant la Première Nation de Tsawwassen*;

g) de tout gouvernement maanulth, au sens du paragraphe 2(2) de la *Loi sur l'accord définitif concernant les premières nations maanulthes*.

L.R. (1985), ch. A-1, art. 13; 2000, ch. 7, art. 21; 2004, ch. 17, art. 16; 2005, ch. 1, art. 97 et 107, ch. 27, art. 16 et 22; 2006, ch. 10, art. 32; 2008, ch. 32, art. 26; 2009, ch. 18, art. 20.

Affaires fédéro-provinciales

**14.** Le responsable d'une institution fédérale peut refuser la communication de documents contenant des renseignements dont la divulgation risquerait vraisemblablement de porter préjudice à la conduite par le gouvernement du

*Accès à l'information — 29 août 2011*

including, without restricting the generality of the foregoing, any such information

(*a*) on federal-provincial consultations or deliberations; or

(*b*) on strategy or tactics adopted or to be adopted by the Government of Canada relating to the conduct of federal-provincial affairs.

1980-81-82-83, c. 111, Sch. I "14".

International affairs and defence

**15.** (1) The head of a government institution may refuse to disclose any record requested under this Act that contains information the disclosure of which could reasonably be expected to be injurious to the conduct of international affairs, the defence of Canada or any state allied or associated with Canada or the detection, prevention or suppression of subversive or hostile activities, including, without restricting the generality of the foregoing, any such information

(*a*) relating to military tactics or strategy, or relating to military exercises or operations undertaken in preparation for hostilities or in connection with the detection, prevention or suppression of subversive or hostile activities;

(*b*) relating to the quantity, characteristics, capabilities or deployment of weapons or other defence equipment or of anything being designed, developed, produced or considered for use as weapons or other defence equipment;

(*c*) relating to the characteristics, capabilities, performance, potential, deployment, functions or role of any defence establishment, of any military force, unit or personnel or of any organization or person responsible for the detection, prevention or suppression of subversive or hostile activities;

(*d*) obtained or prepared for the purpose of intelligence relating to

(i) the defence of Canada or any state allied or associated with Canada, or

(ii) the detection, prevention or suppression of subversive or hostile activities;

(*e*) obtained or prepared for the purpose of intelligence respecting foreign states, international organizations of states or citizens of

Canada des affaires fédéro-provinciales, notamment des renseignements sur :

*a*) des consultations ou délibérations fédéro-provinciales;

*b*) les orientations ou mesures adoptées ou à adopter par le gouvernement du Canada touchant la conduite des affaires fédéro-provinciales.

1980-81-82-83, ch. 111, ann. I « 14 ».

Affaires internationales et défense

**15.** (1) Le responsable d'une institution fédérale peut refuser la communication de documents contenant des renseignements dont la divulgation risquerait vraisemblablement de porter préjudice à la conduite des affaires internationales, à la défense du Canada ou d'États alliés ou associés avec le Canada ou à la détection, à la prévention ou à la répression d'activités hostiles ou subversives, notamment :

*a*) des renseignements d'ordre tactique ou stratégique ou des renseignements relatifs aux manœuvres et opérations destinées à la préparation d'hostilités ou entreprises dans le cadre de la détection, de la prévention ou de la répression d'activités hostiles ou subversives;

*b*) des renseignements concernant la quantité, les caractéristiques, les capacités ou le déploiement des armes ou des matériels de défense, ou de tout ce qui est conçu, mis au point, produit ou prévu à ces fins;

*c*) des renseignements concernant les caractéristiques, les capacités, le rendement, le potentiel, le déploiement, les fonctions ou le rôle des établissements de défense, des forces, unités ou personnels militaires ou des personnes ou organisations chargées de la détection, de la prévention ou de la répression d'activités hostiles ou subversives;

*d*) des éléments d'information recueillis ou préparés aux fins du renseignement relatif à :

(i) la défense du Canada ou d'États alliés ou associés avec le Canada,

(ii) la détection, la prévention ou la répression d'activités hostiles ou subversives;

*e*) des éléments d'information recueillis ou préparés aux fins du renseignement relatif aux États étrangers, aux organisations inter-

*Access to Information — August 29, 2011*

foreign states used by the Government of Canada in the process of deliberation and consultation or in the conduct of international affairs;

(*f*) on methods of, and scientific or technical equipment for, collecting, assessing or handling information referred to in paragraph (*d*) or (*e*) or on sources of such information;

(*g*) on the positions adopted or to be adopted by the Government of Canada, governments of foreign states or international organizations of states for the purpose of present or future international negotiations;

(*h*) that constitutes diplomatic correspondence exchanged with foreign states or international organizations of states or official correspondence exchanged with Canadian diplomatic missions or consular posts abroad; or

(*i*) relating to the communications or cryptographic systems of Canada or foreign states used

(i) for the conduct of international affairs,

(ii) for the defence of Canada or any state allied or associated with Canada, or

(iii) in relation to the detection, prevention or suppression of subversive or hostile activities.

(2) In this section,

"defence of Canada or any state allied or associated with Canada" includes the efforts of Canada and of foreign states toward the detection, prevention or suppression of activities of any foreign state directed toward actual or potential attack or other acts of aggression against Canada or any state allied or associated with Canada;

"subversive or hostile activities" means

(*a*) espionage against Canada or any state allied or associated with Canada,

(*b*) sabotage,

nationales d'États ou aux citoyens étrangers et utilisés par le gouvernement du Canada dans le cadre de délibérations ou consultations ou dans la conduite des affaires internationales;

*f*) des renseignements concernant les méthodes et le matériel technique ou scientifique de collecte, d'analyse ou de traitement des éléments d'information visés aux alinéas *d*) et *e*), ainsi que des renseignements concernant leurs sources;

*g*) des renseignements concernant les positions adoptées ou envisagées, dans le cadre de négociations internationales présentes ou futures, par le gouvernement du Canada, les gouvernements d'États étrangers ou les organisations internationales d'États;

*h*) des renseignements contenus dans la correspondance diplomatique échangée avec les États étrangers ou des organisations internationales d'États, ou dans la correspondance officielle échangée avec des missions diplomatiques ou des postes consulaires canadiens;

*i*) des renseignements relatifs à ceux des réseaux de communications et des procédés de cryptographie du Canada ou d'États étrangers qui sont utilisés dans les buts suivants :

(i) la conduite des affaires internationales,

(ii) la défense du Canada ou d'États alliés ou associés avec le Canada,

(iii) la détection, la prévention ou la répression d'activités hostiles ou subversives.

(2) Les définitions qui suivent s'appliquent au présent article.

«activités hostiles ou subversives»

*a*) L'espionnage dirigé contre le Canada ou des États alliés ou associés avec le Canada;

*b*) le sabotage;

*c*) les activités visant la perpétration d'actes de terrorisme, y compris les détournements de moyens de transport, contre le Canada ou un État étranger ou sur leur territoire;

*d*) les activités visant un changement de gouvernement au Canada ou sur le territoire d'États étrangers par l'emploi de moyens cri-

*Definitions*

"defence of Canada or any state allied or associated with Canada" « *défense du Canada ou d'États alliés ou associés avec le Canada* »

"subversive or hostile activities" « *activités hostiles ou subversives* »

*Définitions*

« *activités hostiles ou subversives* » "*subversive or hostile activities*"

*Accès à l'information — 29 août 2011*

(*c*) activities directed toward the commission of terrorist acts, including hijacking, in or against Canada or foreign states,

(*d*) activities directed toward accomplishing government change within Canada or foreign states by the use of or the encouragement of the use of force, violence or any criminal means,

(*e*) activities directed toward gathering information used for intelligence purposes that relates to Canada or any state allied or associated with Canada, and

(*f*) activities directed toward threatening the safety of Canadians, employees of the Government of Canada or property of the Government of Canada outside Canada.

1980-81-82-83, c. 111, Sch. I "15".

*e*) les activités visant à recueillir des éléments d'information aux fins du renseignement relatif au Canada ou aux États qui sont alliés ou associés avec lui;

*f*) les activités destinées à menacer, à l'étranger, la sécurité des citoyens ou des fonctionnaires fédéraux canadiens ou à mettre en danger des biens fédéraux situés à l'étranger.

minels, dont la force ou la violence, ou par l'incitation à l'emploi de ces moyens;

«défense du Canada ou d'États alliés ou associés avec le Canada» Sont assimilés à la défense du Canada ou d'États alliés ou associés avec le Canada les efforts déployés par le Canada et des États étrangers pour détecter, prévenir ou réprimer les activités entreprises par des États étrangers en vue d'une attaque réelle ou éventuelle ou de la perpétration d'autres actes d'agression contre le Canada ou des États alliés ou associés avec le Canada.

1980-81-82-83, ch. 111, ann. I « 15 ».

« défense du Canada ou d'États alliés ou associés avec le Canada » *"defence of Canada or any state allied or associated with Canada"*

**Law enforcement and investigations**

**16.** (1) The head of a government institution may refuse to disclose any record requested under this Act that contains

(*a*) information obtained or prepared by any government institution, or part of any government institution, that is an investigative body specified in the regulations in the course of lawful investigations pertaining to

(i) the detection, prevention or suppression of crime,

(ii) the enforcement of any law of Canada or a province, or

(iii) activities suspected of constituting threats to the security of Canada within the meaning of the *Canadian Security Intelligence Service Act*,

if the record came into existence less than twenty years prior to the request;

(*b*) information relating to investigative techniques or plans for specific lawful investigations;

(*c*) information the disclosure of which could reasonably be expected to be injurious to the enforcement of any law of Canada or a province or the conduct of lawful investigations, including, without restricting the gen-

**16.** (1) Le responsable d'une institution fédérale peut refuser la communication de documents :

*a*) datés de moins de vingt ans lors de la demande et contenant des renseignements obtenus ou préparés par une institution fédérale, ou par une subdivision d'une institution, qui constitue un organisme d'enquête déterminé par règlement, au cours d'enquêtes licites ayant trait :

(i) à la détection, la prévention et la répression du crime,

(ii) aux activités destinées à faire respecter les lois fédérales ou provinciales,

(iii) aux activités soupçonnées de constituer des menaces envers la sécurité du Canada au sens de la *Loi sur le Service canadien du renseignement de sécurité*;

*b*) contenant des renseignements relatifs à des techniques d'enquêtes ou à des projets d'enquêtes licites déterminées;

*c*) contenant des renseignements dont la divulgation risquerait vraisemblablement de nuire aux activités destinées à faire respecter les lois fédérales ou provinciales ou au déroulement d'enquêtes licites, notamment :

**Enquêtes**

*Access to Information — August 29, 2011*

erality of the foregoing, any such information

(i) relating to the existence or nature of a particular investigation,

(ii) that would reveal the identity of a confidential source of information, or

(iii) that was obtained or prepared in the course of an investigation; or

(*d*) information the disclosure of which could reasonably be expected to be injurious to the security of penal institutions.

Security

(2) The head of a government institution may refuse to disclose any record requested under this Act that contains information that could reasonably be expected to facilitate the commission of an offence, including, without restricting the generality of the foregoing, any such information

(*a*) on criminal methods or techniques;

(*b*) that is technical information relating to weapons or potential weapons; or

(*c*) on the vulnerability of particular buildings or other structures or systems, including computer or communication systems, or methods employed to protect such buildings or other structures or systems.

Policing services for provinces or municipalities

(3) The head of a government institution shall refuse to disclose any record requested under this Act that contains information that was obtained or prepared by the Royal Canadian Mounted Police while performing policing services for a province or municipality pursuant to an arrangement made under section 20 of the *Royal Canadian Mounted Police Act*, where the Government of Canada has, on the request of the province or municipality agreed not to disclose such information.

Definition of "investigation"

(4) For the purposes of paragraphs (1)(*b*) and (*c*), "investigation" means an investigation that

(*a*) pertains to the administration or enforcement of an Act of Parliament;

(*b*) is authorized by or pursuant to an Act of Parliament; or

(i) des renseignements relatifs à l'existence ou à la nature d'une enquête déterminée,

(ii) des renseignements qui permettraient de remonter à une source de renseignements confidentielle,

(iii) des renseignements obtenus ou préparés au cours d'une enquête;

*d*) contenant des renseignements dont la divulgation risquerait vraisemblablement de nuire à la sécurité des établissements pénitentiaires.

Méthodes de protection, etc.

(2) Le responsable d'une institution fédérale peut refuser la communication de documents contenant des renseignements dont la communication risquerait vraisemblablement de faciliter la perpétration d'infractions, notamment :

*a*) des renseignements sur les méthodes ou techniques utilisées par les criminels;

*b*) des renseignements techniques concernant des armes actuelles ou futures;

*c*) des renseignements portant sur la vulnérabilité de certains bâtiments ou ouvrages ou de réseaux ou systèmes divers, y compris des réseaux ou systèmes informatisés ou de communications, ou portant sur les méthodes employées pour leur protection.

Fonctions de police provinciale ou municipale

(3) Le responsable d'une institution fédérale est tenu de refuser la communication des documents contenant des renseignements obtenus ou préparés par la Gendarmerie royale du Canada, dans l'exercice de fonctions de police provinciale ou municipale qui lui sont conférées par une entente conclue sous le régime de l'article 20 de la *Loi sur la Gendarmerie royale du Canada*, si, à la demande de la province ou de la municipalité, le gouvernement du Canada a consenti à ne pas divulguer ces renseignements.

Définition de « enquête »

(4) Pour l'application des alinéas (1)*b*) et *c*), « enquête » s'entend de celle qui :

*a*) se rapporte à l'application d'une loi fédérale;

*b*) est autorisée sous le régime d'une loi fédérale;

*c*) fait partie d'une catégorie d'enquêtes précisée dans les règlements.

1980-81-82-83, ch. 111, ann. I « 16 »; 1984, ch. 21, art. 70.

*Accès à l'information — 29 août 2011*

(*c*) is within a class of investigations speci-fied in the regulations.

1980-81-82-83, c. 111, Sch. I "16"; 1984, c. 21, s. 70.

Records relating to investigations, examinations and audits

**16.1** (1) The following heads of govern-ment institutions shall refuse to disclose any record requested under this Act that contains information that was obtained or created by them or on their behalf in the course of an in-vestigation, examination or audit conducted by them or under their authority:

(*a*) the Auditor General of Canada;

(*b*) the Commissioner of Official Languages for Canada;

(*c*) the Information Commissioner; and

(*d*) the Privacy Commissioner.

Exception

(2) However, the head of a government in-stitution referred to in paragraph (1)(*c*) or (*d*) shall not refuse under subsection (1) to disclose any record that contains information that was created by or on behalf of the head of the gov-ernment institution in the course of an investi-gation or audit conducted by or under the au-thority of the head of the government institution once the investigation or audit and all related proceedings, if any, are finally con-cluded.

2006, c. 9, s. 144.

Records relating to investigations

**16.2** (1) The Commissioner of Lobbying shall refuse to disclose any record requested under this Act that contains information that was obtained or created by the Commissioner or on the Commissioner's behalf in the course of an investigation conducted by or under the authority of the Commissioner.

Exception

(2) However, the Commissioner shall not refuse under subsection (1) to disclose any record that contains information that was creat-ed by the Commissioner or on the Commission-er's behalf in the course of an investigation conducted by, or under the authority of, the Commissioner once the investigation and all re-lated proceedings, if any, are finally concluded.

2006, c. 9, s. 89.

Investigations, examinations and reviews under the *Canada Elections Act*

**16.3** Subject to section 541 of the *Canada Elections Act*, the Chief Electoral Officer may refuse to disclose any record requested under this Act that contains information that was ob-tained or created by or on behalf of a person who conducts an investigation, examination or

Documents se rapportant à des examens, enquêtes ou vérifications

**16.1** (1) Sont tenus de refuser de communi-quer les documents qui contiennent des rensei-gnements créés ou obtenus par eux ou pour leur compte dans le cadre de tout examen, enquête ou vérification fait par eux ou sous leur autorité :

*a*) le vérificateur général du Canada;

*b*) le commissaire aux langues officielles du Canada;

*c*) le Commissaire à l'information;

*d*) le Commissaire à la protection de la vie privée.

Exception

(2) Toutefois, aucun des commissaires men-tionnés aux alinéas (1)*c*) ou *d*) ne peut s'autori-ser du paragraphe (1) pour refuser de communi-quer les documents qui contiennent des renseignements créés par lui ou pour son compte dans le cadre de toute enquête ou véri-fication faite par lui ou sous son autorité une fois que l'enquête ou la vérification et toute instance afférente sont terminées.

2006, ch. 9, art. 144.

Documents se rapportant à des enquêtes

**16.2** (1) Le commissaire au lobbying est te-nu de refuser de communiquer les documents qui contiennent des renseignements créés ou obtenus par lui ou pour son compte dans le cadre de toute enquête faite par lui ou sous son autorité.

Exception

(2) Toutefois, il ne peut s'autoriser du para-graphe (1) pour refuser de communiquer les do-cuments qui contiennent des renseignements créés par lui ou pour son compte dans le cadre de toute enquête faite par lui ou sous son auto-rité une fois que l'enquête et toute instance af-férente sont terminées.

2006, ch. 9, art. 89.

Examens, enquêtes et révisions aux termes de la *Loi électorale du Canada*

**16.3** Sous réserve de l'article 541 de la *Loi électorale du Canada*, le directeur général des élections peut refuser de communiquer les do-cuments qui contiennent des renseignements créés ou obtenus par toute personne qui effec-tue un examen, une enquête ou une révision

*Access to Information — August 29, 2011*

review in the performance of their functions under the *Canada Elections Act*.

2006, c. 9, s. 145.

Public Sector Integrity Commissioner

**16.4** (1) The Public Sector Integrity Commissioner shall refuse to disclose any record requested under this Act that contains information

(*a*) obtained or created by him or her or on his or her behalf in the course of an investigation into a disclosure made under the *Public Servants Disclosure Protection Act* or an investigation commenced under section 33 of that Act; or

(*b*) received by a conciliator in the course of attempting to reach a settlement of a complaint filed under subsection 19.1(1) of that Act.

Exception

(2) Subsection (1) does not apply in respect of a record that contains information referred to in paragraph (1)(*b*) if the person who gave the information to the conciliator consents to the record being disclosed.

2005, c. 46, s. 55; 2006, c. 9, s. 221.

*Public Servants Disclosure Protection Act*

**16.5** The head of a government institution shall refuse to disclose any record requested under this Act that contains information created for the purpose of making a disclosure under the *Public Servants Disclosure Protection Act* or in the course of an investigation into a disclosure under that Act.

2005, c. 46, s. 55; 2006, c. 9, s. 221.

Safety of individuals

**17.** The head of a government institution may refuse to disclose any record requested under this Act that contains information the disclosure of which could reasonably be expected to threaten the safety of individuals.

1980-81-82-83, c. 111, Sch. I "17".

Economic interests of Canada

**18.** The head of a government institution may refuse to disclose any record requested under this Act that contains

(*a*) trade secrets or financial, commercial, scientific or technical information that belongs to the Government of Canada or a government institution and has substantial value or is reasonably likely to have substantial value;

dans l'exercice de ses fonctions sous le régime de cette loi, ou pour son compte.

2006, ch. 9, art. 145.

**16.4** (1) Le commissaire à l'intégrité du secteur public est tenu de refuser de communiquer les documents qui contiennent des renseignements :

*a*) soit créés ou obtenus par lui ou pour son compte dans le cadre de toute enquête menée sur une divulgation faite au titre de la *Loi sur la protection des fonctionnaires divulgateurs d'actes répréhensibles* ou de toute enquête commencée au titre de l'article 33 de cette loi;

*b*) soit recueillis par un conciliateur en vue d'en arriver à un règlement d'une plainte déposée au titre du paragraphe 19.1(1) de cette loi.

Commissaire à l'intégrité du secteur public

(2) Le paragraphe (1) ne s'applique pas au document qui contient des renseignements visés à l'alinéa (1)*b*) si la personne qui les a fournis au conciliateur consent à sa communication.

2005, ch. 46, art. 55; 2006, ch. 9, art. 221.

Exception

**16.5** Le responsable d'une institution fédérale est tenu de refuser de communiquer les documents qui contiennent des renseignements créés en vue de faire une divulgation au titre de la *Loi sur la protection des fonctionnaires divulgateurs d'actes répréhensibles* ou dans le cadre d'une enquête menée sur une divulgation en vertu de cette loi.

2005, ch. 46, art. 55; 2006, ch. 9, art. 221.

*Loi sur la protection des fonctionnaires divulgateurs d'actes répréhensibles*

**17.** Le responsable d'une institution fédérale peut refuser la communication de documents contenant des renseignements dont la divulgation risquerait vraisemblablement de nuire à la sécurité des individus.

1980-81-82-83, ch. 111, ann. I « 17 ».

Sécurité des individus

**18.** Le responsable d'une institution fédérale peut refuser la communication de documents contenant :

*a*) des secrets industriels ou des renseignements financiers, commerciaux, scientifiques ou techniques appartenant au gouvernement du Canada ou à une institution fédérale et ayant une valeur importante ou pouvant vraisemblablement en avoir une;

Intérêts économiques du Canada

*Accès à l'information — 29 août 2011*

(*b*) information the disclosure of which could reasonably be expected to prejudice the competitive position of a government institution or to interfere with contractual or other negotiations of a government institution;

(*c*) scientific or technical information obtained through research by an officer or employee of a government institution, the disclosure of which could reasonably be expected to deprive the officer or employee of priority of publication; or

(*d*) information the disclosure of which could reasonably be expected to be materially injurious to the financial interests of a government institution or to the ability of the Government of Canada to manage the economy of Canada or could reasonably be expected to result in an undue benefit to any person, including such information that relates to

(i) the currency, coinage or legal tender of Canada,

(ii) a contemplated change in the rate of bank interest or in government borrowing,

(iii) a contemplated change in tariff rates, taxes, duties or any other revenue source,

(iv) a contemplated change in the conditions of operation of financial institutions,

(v) a contemplated sale or purchase of securities or of foreign or Canadian currency, or

(vi) a contemplated sale or acquisition of land or property.

R.S., 1985, c. A-1, s. 18; 2006, c. 9, s. 146.

*b*) des renseignements dont la communication risquerait vraisemblablement de nuire à la compétitivité d'une institution fédérale ou d'entraver des négociations — contractuelles ou autres — menées par une institution fédérale;

*c*) des renseignements techniques ou scientifiques obtenus grâce à des recherches par un cadre ou employé d'une institution fédérale et dont la divulgation risquerait vraisemblablement de priver cette personne de sa priorité de publication;

*d*) des renseignements dont la communication risquerait vraisemblablement de porter un préjudice appréciable aux intérêts financiers d'une institution fédérale ou à la capacité du gouvernement du Canada de gérer l'économie du pays ou encore de causer des avantages injustifiés à une personne. Ces renseignements peuvent notamment porter sur :

(i) la monnaie canadienne, son monnayage ou son pouvoir libératoire,

(ii) les projets de changement du taux d'intérêt bancaire ou du taux d'emprunt du gouvernement,

(iii) les projets de changement des taux tarifaires, des taxes, impôts ou droits ou des autres sources de revenu,

(iv) les projets de changement dans le mode de fonctionnement des institutions financières,

(v) les projets de vente ou d'achat de valeurs mobilières ou de devises canadiennes ou étrangères,

(vi) les projets de vente ou d'acquisition de terrains ou autres biens.

L.R. (1985), ch. A-1, art. 18; 2006, ch. 9, art. 146.

| | | |
|---|---|---|
| Economic interests of certain government institutions | **18.1** (1) The head of a government institution may refuse to disclose a record requested under this Act that contains trade secrets or financial, commercial, scientific or technical information that belongs to, and has consistently been treated as confidential by, | |

(*a*) the Canada Post Corporation;

(*b*) Export Development Canada;

**18.1** (1) Le responsable d'une institution fédérale peut refuser de communiquer des documents qui contiennent des secrets industriels ou des renseignements financiers, commerciaux, scientifiques ou techniques qui appartiennent à l'une ou l'autre des institutions ci-après et qui sont traités par elle de façon constante comme étant de nature confidentielle : — Intérêts économiques de certaines institutions fédérales

*a*) la Société canadienne des postes;

*b*) Exportation et développement Canada;

*Access to Information — August 29, 2011*

(*c*) the Public Sector Pension Investment Board; or

(*d*) VIA Rail Canada Inc.

Exceptions

(2) However, the head of a government institution shall not refuse under subsection (1) to disclose a part of a record that contains information that relates to

(*a*) the general administration of an institution referred to in any of paragraphs (1)(*a*) to (*d*); or

(*b*) any activity of the Canada Post Corporation that is fully funded out of moneys appropriated by Parliament.

2006, c. 9, s. 147.

*c*) l'Office d'investissement des régimes de pensions du secteur public;

*d*) VIA Rail Canada Inc.

Exception

(2) Toutefois, il ne peut s'autoriser du paragraphe (1) pour refuser de communiquer toute partie d'un document qui contient des renseignements se rapportant :

*a*) soit à l'administration de l'institution visée à l'un ou l'autre des alinéas (1)*a*) à *d*);

*b*) soit à toute activité de la Société canadienne des postes entièrement financée sur des crédits votés par le Parlement.

2006, ch. 9, art. 147.

## PERSONAL INFORMATION

Personal information

**19.** (1) Subject to subsection (2), the head of a government institution shall refuse to disclose any record requested under this Act that contains personal information as defined in section 3 of the *Privacy Act*.

Where disclosure authorized

(2) The head of a government institution may disclose any record requested under this Act that contains personal information if

(*a*) the individual to whom it relates consents to the disclosure;

(*b*) the information is publicly available; or

(*c*) the disclosure is in accordance with section 8 of the *Privacy Act*.

1980-81-82-83, c. 111, Sch. I "19".

## RENSEIGNEMENTS PERSONNELS

Renseignements personnels

**19.** (1) Sous réserve du paragraphe (2), le responsable d'une institution fédérale est tenu de refuser la communication de documents contenant les renseignements personnels visés à l'article 3 de la *Loi sur la protection des renseignements personnels*.

Cas où la divulgation est autorisée

(2) Le responsable d'une institution fédérale peut donner communication de documents contenant des renseignements personnels dans les cas où :

*a*) l'individu qu'ils concernent y consent;

*b*) le public y a accès;

*c*) la communication est conforme à l'article 8 de la *Loi sur la protection des renseignements personnels*.

1980-81-82-83, ch. 111, ann. I « 19 ».

## THIRD PARTY INFORMATION

Third party information

**20.** (1) Subject to this section, the head of a government institution shall refuse to disclose any record requested under this Act that contains

(*a*) trade secrets of a third party;

(*b*) financial, commercial, scientific or technical information that is confidential information supplied to a government institution by a third party and is treated consistently in a confidential manner by the third party;

(*b.1*) information that is supplied in confidence to a government institution by a third party for the preparation, maintenance, test-

## RENSEIGNEMENTS DE TIERS

Renseignements de tiers

**20.** (1) Le responsable d'une institution fédérale est tenu, sous réserve des autres dispositions du présent article, de refuser la communication de documents contenant :

*a*) des secrets industriels de tiers;

*b*) des renseignements financiers, commerciaux, scientifiques ou techniques fournis à une institution fédérale par un tiers, qui sont de nature confidentielle et qui sont traités comme tels de façon constante par ce tiers;

*b.1*) des renseignements qui, d'une part, sont fournis à titre confidentiel à une institution fédérale par un tiers en vue de l'élaboration,

*Accès à l'information — 29 août 2011*

ing or implementation by the government institution of emergency management plans within the meaning of section 2 of the *Emergency Management Act* and that concerns the vulnerability of the third party's buildings or other structures, its networks or systems, including its computer or communications networks or systems, or the methods used to protect any of those buildings, structures, networks or systems;

(*c*) information the disclosure of which could reasonably be expected to result in material financial loss or gain to, or could reasonably be expected to prejudice the competitive position of, a third party; or

(*d*) information the disclosure of which could reasonably be expected to interfere with contractual or other negotiations of a third party.

**Product or environmental testing**

(2) The head of a government institution shall not, pursuant to subsection (1), refuse to disclose a part of a record if that part contains the results of product or environmental testing carried out by or on behalf of a government institution unless the testing was done as a service to a person, a group of persons or an organization other than a government institution and for a fee.

**Methods used in testing**

(3) Where the head of a government institution discloses a record requested under this Act, or a part thereof, that contains the results of product or environmental testing, the head of the institution shall at the same time as the record or part thereof is disclosed provide the person who requested the record with a written explanation of the methods used in conducting the tests.

**Preliminary testing**

(4) For the purposes of this section, the results of product or environmental testing do not include the results of preliminary testing conducted for the purpose of developing methods of testing.

**Disclosure if a supplier consents**

(5) The head of a government institution may disclose any record that contains information described in subsection (1) with the consent of the third party to whom the information relates.

**Disclosure authorized if in public interest**

(6) The head of a government institution may disclose all or part of a record requested

de la mise à jour, de la mise à l'essai ou de la mise en œuvre par celle-ci de plans de gestion des urgences au sens de l'article 2 de la *Loi sur la gestion des urgences* et, d'autre part, portent sur la vulnérabilité des bâtiments ou autres ouvrages de ce tiers, ou de ses réseaux ou systèmes, y compris ses réseaux ou systèmes informatiques ou de communication, ou sur les méthodes employées pour leur protection;

c) des renseignements dont la divulgation risquerait vraisemblablement de causer des pertes ou profits financiers appréciables à un tiers ou de nuire à sa compétitivité;

d) des renseignements dont la divulgation risquerait vraisemblablement d'entraver des négociations menées par un tiers en vue de contrats ou à d'autres fins.

(2) Le paragraphe (1) n'autorise pas le responsable d'une institution fédérale à refuser la communication de la partie d'un document qui donne les résultats d'essais de produits ou d'essais d'environnement effectués par une institution fédérale ou pour son compte, sauf si les essais constituent une prestation de services fournis à titre onéreux mais non destinés à une institution fédérale.

**Essais de produits ou essais d'environnement**

(3) Dans les cas où, à la suite d'une demande, il communique, en tout ou en partie, un document qui donne les résultats d'essais de produits ou d'essais d'environnement, le responsable d'une institution fédérale est tenu d'y joindre une note explicative des méthodes utilisées pour effectuer les essais.

**Méthodes utilisées pour les essais**

(4) Pour l'application du présent article, les résultats d'essais de produits ou d'essais d'environnement ne comprennent pas les résultats d'essais préliminaires qui ont pour objet la mise au point de méthodes d'essais.

**Essais préliminaires**

(5) Le responsable d'une institution fédérale peut communiquer tout document contenant les renseignements visés au paragraphe (1) si le tiers que les renseignements concernent y consent.

**Communication autorisée**

(6) Le responsable d'une institution fédérale peut communiquer, en tout ou en partie, tout document qui contient les renseignements visés

**Communication dans l'intérêt public**

under this Act that contains information described in any of paragraphs (1)(*b*) to (*d*) if

(*a*) the disclosure would be in the public interest as it relates to public health, public safety or protection of the environment; and

(*b*) the public interest in disclosure clearly outweighs in importance any financial loss or gain to a third party, any prejudice to the security of its structures, networks or systems, any prejudice to its competitive position or any interference with its contractual or other negotiations.

R.S., 1985, c. A-1, s. 20; 2007, c. 15, s. 8.

à l'un ou l'autre des alinéas (1)*b*) à *d*) pour des raisons d'intérêt public concernant la santé ou la sécurité publiques ou la protection de l'environnement; ces raisons doivent de plus justifier nettement les conséquences éventuelles de la communication pour un tiers : pertes ou profits financiers, atteintes à la sécurité de ses ouvrages, réseaux ou systèmes, atteintes à sa compétitivité ou entraves aux négociations — contractuelles ou autres — qu'il mène.

L.R. (1985), ch. A-1, art. 20; 2007, ch. 15, art. 8.

**Public Sector Pension Investment Board**

**20.1** The head of the Public Sector Pension Investment Board shall refuse to disclose a record requested under this Act that contains advice or information relating to investment that the Board has obtained in confidence from a third party if the Board has consistently treated the advice or information as confidential.

2006, c. 9, s. 148.

**20.1** Le responsable de l'Office d'investissement des régimes de pensions du secteur public est tenu de refuser de communiquer les documents qui contiennent des conseils ou des renseignements en matière d'investissement que l'Office a obtenus à titre confidentiel d'un tiers, si l'Office les a traités de façon constante comme étant de nature confidentielle.

2006, ch. 9, art. 148.

**Office d'investissement des régimes de pensions du secteur public**

**Canada Pension Plan Investment Board**

**20.2** The head of the Canada Pension Plan Investment Board shall refuse to disclose a record requested under this Act that contains advice or information relating to investment that the Board has obtained in confidence from a third party if the Board has consistently treated the advice or information as confidential.

2006, c. 9, s. 148.

**20.2** Le responsable de l'Office d'investissement du régime de pensions du Canada est tenu de refuser de communiquer les documents qui contiennent des conseils ou des renseignements en matière d'investissement que l'Office a obtenus à titre confidentiel d'un tiers, si l'Office les a traités de façon constante comme étant de nature confidentielle.

2006, ch. 9, art. 148.

**Office d'investissement du régime de pensions du Canada**

**National Arts Centre Corporation**

**20.4** The head of the National Arts Centre Corporation shall refuse to disclose a record requested under this Act if the disclosure would reveal the terms of a contract for the services of a performing artist or the identity of a donor who has made a donation in confidence and if the Corporation has consistently treated the information as confidential.

2006, c. 9, s. 148.

**20.4** Le responsable de la Corporation du Centre national des Arts est tenu de refuser de communiquer les documents dont la communication divulguerait les modalités d'un contrat de services d'un artiste de spectacle ou l'identité d'un donateur qui a fait un don à titre confidentiel, et si la corporation a traité ces renseignements de façon constante comme étant de nature confidentielle.

2006, ch. 9, art. 148.

**Corporation du Centre national des Arts**

OPERATIONS OF GOVERNMENT

ACTIVITÉS DU GOUVERNEMENT

**Advice, etc.**

**21.** (1) The head of a government institution may refuse to disclose any record requested under this Act that contains

(*a*) advice or recommendations developed by or for a government institution or a minister of the Crown,

**21.** (1) Le responsable d'une institution fédérale peut refuser la communication de documents datés de moins de vingt ans lors de la demande et contenant :

**Avis, etc.**

*Accès à l'information — 29 août 2011*

(*b*) an account of consultations or deliberations in which directors, officers or employees of a government institution, a minister of the Crown or the staff of a minister participate,

(*c*) positions or plans developed for the purpose of negotiations carried on or to be carried on by or on behalf of the Government of Canada and considerations relating thereto, or

(*d*) plans relating to the management of personnel or the administration of a government institution that have not yet been put into operation,

if the record came into existence less than twenty years prior to the request.

*a*) des avis ou recommandations élaborés par ou pour une institution fédérale ou un ministre;

*b*) des comptes rendus de consultations ou délibérations auxquelles ont participé des administrateurs, dirigeants ou employés d'une institution fédérale, un ministre ou son personnel;

*c*) des projets préparés ou des renseignements portant sur des positions envisagées dans le cadre de négociations menées ou à mener par le gouvernement du Canada ou en son nom, ainsi que des renseignements portant sur les considérations qui y sont liées;

*d*) des projets relatifs à la gestion du personnel ou à l'administration d'une institution fédérale et qui n'ont pas encore été mis en œuvre.

**Exercise of a discretionary power or an adjudicative function**

(2) Subsection (1) does not apply in respect of a record that contains

(*a*) an account of, or a statement of reasons for, a decision that is made in the exercise of a discretionary power or an adjudicative function and that affects the rights of a person; or

(*b*) a report prepared by a consultant or an adviser who was not a director, an officer or an employee of a government institution or a member of the staff of a minister of the Crown at the time the report was prepared.

R.S., 1985, c. A-1, s. 21; 2006, c. 9, s. 149.

**Décisions**

(2) Le paragraphe (1) ne s'applique pas aux documents contenant:

*a*) le compte rendu ou l'exposé des motifs d'une décision qui est prise dans l'exercice d'un pouvoir discrétionnaire ou rendue dans l'exercice d'une fonction judiciaire ou quasi judiciaire et qui touche les droits d'une personne;

*b*) le rapport établi par un consultant ou un conseiller qui, à l'époque où le rapport a été établi, n'était pas un administrateur, un dirigeant ou un employé d'une institution fédérale ou n'appartenait pas au personnel d'un ministre, selon le cas.

L.R. (1985), ch. A-1, art. 21; 2006, ch. 9, art. 149.

**Testing procedures, tests and audits**

**22.** The head of a government institution may refuse to disclose any record requested under this Act that contains information relating to testing or auditing procedures or techniques or details of specific tests to be given or audits to be conducted if the disclosure would prejudice the use or results of particular tests or audits.

1980-81-82-83, c. 111, Sch. I "22".

**Examens et vérifications**

**22.** Le responsable d'une institution fédérale peut refuser la communication de documents contenant des renseignements relatifs à certaines opérations — essais, épreuves, examens, vérifications —, ou aux méthodes et techniques employées pour les effectuer, et dont la divulgation nuirait à l'exploitation de ces opérations ou fausserait leurs résultats.

1980-81-82-83, ch. 111, ann. I « 22 ».

**Internal audits**

**22.1** (1) The head of a government institution may refuse to disclose any record requested under this Act that contains a draft report of an internal audit of a government institution or any related audit working paper if the record came into existence less than fifteen years before the request was made.

**Vérifications internes**

**22.1** (1) Le responsable d'une institution fédérale peut refuser de communiquer tout document qui a moins de quinze ans à la date de la demande et qui contient le rapport préliminaire d'une vérification interne d'une institution fédérale ou d'un document de travail se rapportant à la vérification.

*Access to Information — August 29, 2011*

Exception

(2) However, the head of a government institution shall not refuse under subsection (1) to disclose a draft report of an internal audit of a government institution if a final report of the audit has been published or if a final report of the audit is not delivered to the institution within two years after the day on which the audit was first commenced.

2006, c. 9, s. 150.

Solicitor-client privilege

**23.** The head of a government institution may refuse to disclose any record requested under this Act that contains information that is subject to solicitor-client privilege.

1980-81-82-83, c. 111, Sch. I "23".

STATUTORY PROHIBITIONS

Statutory prohibitions against disclosure

**24.** (1) The head of a government institution shall refuse to disclose any record requested under this Act that contains information the disclosure of which is restricted by or pursuant to any provision set out in Schedule II.

Review of statutory prohibitions by Parliamentary committee

(2) Such committee as may be designated or established under section 75 shall review every provision set out in Schedule II and shall, not later than July 1, 1986 or, if Parliament is not then sitting, on any of the first fifteen days next thereafter that Parliament is sitting, cause a report to be laid before Parliament on whether and to what extent the provisions are necessary.

1980-81-82-83, c. 111, Sch. I "24".

Severability

**25.** Notwithstanding any other provision of this Act, where a request is made to a government institution for access to a record that the head of the institution is authorized to refuse to disclose under this Act by reason of information or other material contained in the record, the head of the institution shall disclose any part of the record that does not contain, and can reasonably be severed from any part that contains, any such information or material.

1980-81-82-83, c. 111, Sch. I "25".

REFUSAL OF ACCESS

Refusal of access where information to be published

**26.** The head of a government institution may refuse to disclose any record requested under this Act or any part thereof if the head of the institution believes on reasonable grounds that the material in the record or part thereof will be published by a government institution,

Exception

(2) Toutefois, il ne peut s'autoriser du paragraphe (1) pour refuser de communiquer tout rapport préliminaire d'une vérification interne d'une institution fédérale si le rapport définitif a été publié ou si aucun rapport définitif n'a été remis à l'institution dans les deux ans qui suivent la date du début de la vérification.

2006, ch. 9, art. 150.

Secret professionnel des avocats

**23.** Le responsable d'une institution fédérale peut refuser la communication de documents contenant des renseignements protégés par le secret professionnel qui lie un avocat à son client.

1980-81-82-83, ch. 111, ann. I « 23 ».

INTERDICTIONS FONDÉES SUR D'AUTRES LOIS

Interdictions fondées sur d'autres lois

**24.** (1) Le responsable d'une institution fédérale est tenu de refuser la communication de documents contenant des renseignements dont la communication est restreinte en vertu d'une disposition figurant à l'annexe II.

Examen des dispositions interdisant la communication

(2) Le comité prévu à l'article 75 examine toutes les dispositions figurant à l'annexe II et dépose devant le Parlement un rapport portant sur la nécessité de ces dispositions, ou sur la mesure dans laquelle elles doivent être conservées, au plus tard le 1ᵉʳ juillet 1986, ou, si le Parlement ne siège pas, dans les quinze premiers jours de séance ultérieurs.

1980-81-82-83, ch. 111, ann. I « 24 ».

Prélèvements

**25.** Le responsable d'une institution fédérale, dans les cas où il pourrait, vu la nature des renseignements contenus dans le document demandé, s'autoriser de la présente loi pour refuser la communication du document, est cependant tenu, nonobstant les autres dispositions de la présente loi, d'en communiquer les parties dépourvues des renseignements en cause, à condition que le prélèvement de ces parties ne pose pas de problèmes sérieux.

1980-81-82-83, ch. 111, ann. I « 25 ».

REFUS DE COMMUNICATION

Refus de communication en cas de publication

**26.** Le responsable d'une institution fédérale peut refuser la communication totale ou partielle d'un document s'il a des motifs raisonnables de croire que le contenu du document sera publié en tout ou en partie par une institution fédérale, un mandataire du gouvernement

*Accès à l'information — 29 août 2011*

agent of the Government of Canada or minister of the Crown within ninety days after the request is made or within such further period of time as may be necessary for printing or translating the material for the purpose of printing it.

1980-81-82-83, c. 111, Sch. I "26".

du Canada ou un ministre dans les quatre-vingt-dix jours suivant la demande ou dans tel délai supérieur entraîné par les contraintes de l'impression ou de la traduction en vue de l'impression.

1980-81-82-83, ch. 111, ann. I « 26 ».

## THIRD PARTY INTERVENTION

Notice to third parties

**27.** (1) If the head of a government institution intends to disclose a record requested under this Act that contains or that the head has reason to believe might contain trade secrets of a third party, information described in paragraph 20(1)(*b*) or (*b.1*) that was supplied by a third party, or information the disclosure of which the head can reasonably foresee might effect a result described in paragraph 20(1)(*c*) or (*d*) in respect of a third party, the head shall make every reasonable effort to give the third party written notice of the request and of the head's intention to disclose within 30 days after the request is received.

Waiver of notice

(2) Any third party to whom a notice is required to be given under subsection (1) in respect of an intended disclosure may waive the requirement, and where the third party has consented to the disclosure the third party shall be deemed to have waived the requirement.

Contents of notice

(3) A notice given under subsection (1) shall include

(*a*) a statement that the head of the government institution giving the notice intends to release a record or a part thereof that might contain material or information described in subsection (1);

(*b*) a description of the contents of the record or part thereof that, as the case may be, belong to, were supplied by or relate to the third party to whom the notice is given; and

(*c*) a statement that the third party may, within twenty days after the notice is given, make representations to the head of the government institution that has control of the record as to why the record or part thereof should not be disclosed.

Extension of time limit

(4) The head of a government institution may extend the time limit set out in subsection (1) in respect of a request under this Act where the time limit set out in section 7 is extended

## INTERVENTION DE TIERS

Avis aux tiers

**27.** (1) Le responsable d'une institution fédérale qui a l'intention de communiquer un document fait tous les efforts raisonnables pour donner au tiers intéressé, dans les trente jours suivant la réception de la demande, avis écrit de celle-ci ainsi que de son intention, si le document contient ou s'il est, selon lui, susceptible de contenir des secrets industriels du tiers, des renseignements visés aux alinéas 20(1)*b*) ou *b.1*) qui ont été fournis par le tiers ou des renseignements dont la communication risquerait vraisemblablement, selon lui, d'entraîner pour le tiers les conséquences visées aux alinéas 20(1)*c*) ou *d*).

Renonciation à l'avis

(2) Le tiers peut renoncer à l'avis prévu au paragraphe (1) et tout consentement à la communication du document vaut renonciation à l'avis.

Contenu de l'avis

(3) L'avis prévu au paragraphe (1) doit contenir les éléments suivants :

*a*) la mention de l'intention du responsable de l'institution fédérale de donner communication totale ou partielle du document susceptible de contenir les secrets ou les renseignements visés au paragraphe (1);

*b*) la désignation du contenu total ou partiel du document qui, selon le cas, appartient au tiers, a été fourni par lui ou le concerne;

*c*) la mention du droit du tiers de présenter au responsable de l'institution fédérale de qui relève le document ses observations quant aux raisons qui justifieraient un refus de communication totale ou partielle, dans les vingt jours suivant la transmission de l'avis.

Prorogation de délai

(4) Le responsable d'une institution fédérale peut proroger le délai visé au paragraphe (1) dans les cas où le délai de communication à la personne qui a fait la demande est prorogé en

*Access to Information — August 29, 2011*

under paragraph 9(1)(*a*) or (*b*) in respect of the same request, but any extension under this subsection shall be for a period no longer than the period of the extension under section 9.

R.S., 1985, c. A-1, s. 27; 2007, c. 15, s. 9.

**Representations of third party and decision**

**28.** (1) Where a notice is given by the head of a government institution under subsection 27(1) to a third party in respect of a record or a part thereof,

(*a*) the third party shall, within twenty days after the notice is given, be given the opportunity to make representations to the head of the institution as to why the record or the part thereof should not be disclosed; and

(*b*) the head of the institution shall, within thirty days after the notice is given, if the third party has been given an opportunity to make representations under paragraph (*a*), make a decision as to whether or not to disclose the record or the part thereof and give written notice of the decision to the third party.

**Representations to be made in writing**

(2) Representations made by a third party under paragraph (1)(*a*) shall be made in writing unless the head of the government institution concerned waives that requirement, in which case they may be made orally.

**Contents of notice of decision to disclose**

(3) A notice given under paragraph (1)(*b*) of a decision to disclose a record requested under this Act or a part thereof shall include

(*a*) a statement that the third party to whom the notice is given is entitled to request a review of the decision under section 44 within twenty days after the notice is given; and

(*b*) a statement that the person who requested access to the record will be given access thereto or to the part thereof unless, within twenty days after the notice is given, a review of the decision is requested under section 44.

**Disclosure of record**

(4) Where, pursuant to paragraph (1)(*b*), the head of a government institution decides to disclose a record requested under this Act or a part thereof, the head of the institution shall give the person who made the request access to the record or the part thereof forthwith on completion of twenty days after a notice is given under

vertu des alinéas 9(1)*a*) ou *b*), mais le délai ne peut dépasser celui qui a été prévu pour la demande en question.

L.R. (1985), ch. A-1, art. 27; 2007, ch. 15, art. 9.

**28.** (1) Dans les cas où il a donné avis au tiers conformément au paragraphe 27(1), le responsable d'une institution fédérale est tenu :

*a*) de donner au tiers la possibilité de lui présenter, dans les vingt jours suivant la transmission de l'avis, des observations sur les raisons qui justifieraient un refus de communication totale ou partielle du document;

*b*) de prendre dans les trente jours suivant la transmission de l'avis, pourvu qu'il ait donné au tiers la possibilité de présenter des observations conformément à l'alinéa *a*), une décision quant à la communication totale ou partielle du document et de donner avis de sa décision au tiers.

**Observations des tiers et décision**

(2) Les observations prévues à l'alinéa (1)*a*) se font par écrit, sauf autorisation du responsable de l'institution fédérale quant à une présentation orale.

**Observations écrites**

(3) L'avis d'une décision de donner communication totale ou partielle d'un document conformément à l'alinéa (1)*b*) doit contenir les éléments suivants :

*a*) la mention du droit du tiers d'exercer un recours en révision en vertu de l'article 44, dans les vingt jours suivant la transmission de l'avis;

*b*) la mention qu'à défaut de l'exercice du recours en révision dans ce délai, la personne qui a fait la demande recevra communication totale ou partielle du document.

**Contenu de l'avis de la décision de donner communication**

(4) Dans les cas où il décide, en vertu de l'alinéa (1)*b*), de donner communication totale ou partielle du document à la personne qui en a fait la demande, le responsable de l'institution fédérale donne suite à sa décision dès l'expiration des vingt jours suivant la transmission de l'avis prévu à cet alinéa, sauf si un recours en révision a été exercé en vertu de l'article 44.

1980-81-82-83, ch. 111, ann. I « 28 ».

**Communication du document**

*Accès à l'information — 29 août 2011*

that paragraph, unless a review of the decision is requested under section 44.

1980-81-82-83, c. 111, Sch. I "28".

Where the Information Commissioner recommends disclosure

**29.** (1) Where the head of a government institution decides, on the recommendation of the Information Commissioner made pursuant to subsection 37(1), to disclose a record requested under this Act or a part thereof, the head of the institution shall give written notice of the decision to

(*a*) the person who requested access to the record; and

(*b*) any third party that the head of the institution has notified under subsection 27(1) in respect of the request or would have notified under that subsection if head of the institution had at the time of the request intended to disclose the record or part thereof.

Contents of notice

(2) A notice given under subsection (1) shall include

(*a*) a statement that any third party referred to in paragraph (1)(*b*) is entitled to request a review of the decision under section 44 within twenty days after the notice is given; and

(*b*) a statement that the person who requested access to the record will be given access thereto, within twenty days after the notice is given, a review of the decision is requested under section 44.

1980-81-82-83, c. 111, Sch. I "29".

**29.** (1) Dans les cas où, sur la recommandation du Commissaire à l'information visée au paragraphe 37(1), il décide de donner communication totale ou partielle d'un document, le responsable de l'institution fédérale transmet un avis écrit de sa décision aux personnes suivantes :

*a*) la personne qui en a fait la demande;

*b*) le tiers à qui il a donné l'avis prévu au paragraphe 27(1) ou à qui il l'aurait donné s'il avait eu l'intention de donner communication totale ou partielle du document.

Recommandation du Commissaire à l'information

(2) L'avis prévu au paragraphe (1) doit contenir les éléments suivants :

*a*) la mention du droit du tiers d'exercer un recours en révision en vertu de l'article 44, dans les vingt jours suivant la transmission de l'avis;

*b*) la mention qu'à défaut de l'exercice du recours en révision dans ce délai, la personne qui a fait la demande recevra communication du document.

Contenu de l'avis

1980-81-82-83, ch. 111, ann. I « 29 ».

## COMPLAINTS

## PLAINTES

Receipt and investigation of complaints

**30.** (1) Subject to this Act, the Information Commissioner shall receive and investigate complaints

(*a*) from persons who have been refused access to a record requested under this Act or a part thereof;

(*b*) from persons who have been required to pay an amount under section 11 that they consider unreasonable;

(*c*) from persons who have requested access to records in respect of which time limits have been extended pursuant to section 9 where they consider the extension unreasonable;

(*d*) from persons who have not been given access to a record or a part thereof in the of-

**30.** (1) Sous réserve des autres dispositions de la présente loi, le Commissaire à l'information reçoit les plaintes et fait enquête sur les plaintes :

*a*) déposées par des personnes qui se sont vu refuser la communication totale ou partielle d'un document qu'elles ont demandé en vertu de la présente loi;

*b*) déposées par des personnes qui considèrent comme excessif le montant réclamé en vertu de l'article 11;

*c*) déposées par des personnes qui ont demandé des documents dont les délais de communication ont été prorogés en vertu de l'article 9 et qui considèrent la prorogation comme abusive;

Réception des plaintes et enquêtes

*Access to Information — August 29, 2011*

ficial language requested by the person under subsection 12(2), or have not been given access in that language within a period of time that they consider appropriate;

(*d.1*) from persons who have not been given access to a record or a part thereof in an alternative format pursuant to a request made under subsection 12(3), or have not been given such access within a period of time that they consider appropriate;

(*e*) in respect of any publication or bulletin referred to in section 5; or

(*f*) in respect of any other matter relating to requesting or obtaining access to records under this Act.

*d*) déposées par des personnes qui se sont vu refuser la traduction visée au paragraphe 12(2) ou qui considèrent comme contre-indiqué le délai de communication relatif à la traduction;

*d.1*) déposées par des personnes qui se sont vu refuser la communication des documents ou des parties en cause sur un support de substitution au titre du paragraphe 12(3) ou qui considèrent comme contre-indiqué le délai de communication relatif au transfert;

*e*) portant sur le répertoire ou le bulletin visés à l'article 5;

*f*) portant sur toute autre question relative à la demande ou à l'obtention de documents en vertu de la présente loi.

**Complaints submitted on behalf of complainants**

(2) Nothing in this Act precludes the Information Commissioner from receiving and investigating complaints of a nature described in subsection (1) that are submitted by a person authorized by the complainant to act on behalf of the complainant, and a reference to a complainant in any other section includes a reference to a person so authorized.

(2) Le Commissaire à l'information peut recevoir les plaintes visées au paragraphe (1) par l'intermédiaire d'un représentant du plaignant. Dans les autres articles de la présente loi, les dispositions qui concernent le plaignant concernent également son représentant.

**Entremise de représentants**

**Information Commissioner may initiate complaint**

(3) Where the Information Commissioner is satisfied that there are reasonable grounds to investigate a matter relating to requesting or obtaining access to records under this Act, the Commissioner may initiate a complaint in respect thereof.

(3) Le Commissaire à l'information peut lui-même prendre l'initiative d'une plainte s'il a des motifs raisonnables de croire qu'une enquête devrait être menée sur une question relative à la demande ou à l'obtention de documents en vertu de la présente loi.

**Plaintes émanant du Commissaire à l'information**

R.S., 1985, c. A-1, s. 30; 1992, c. 21, s. 4.

L.R. (1985), ch. A-1, art. 30; 1992, ch. 21, art. 4.

**Written complaint**

**31.** A complaint under this Act shall be made to the Information Commissioner in writing unless the Commissioner authorizes otherwise. If the complaint relates to a request by a person for access to a record, it shall be made within sixty days after the day on which the person receives a notice of a refusal under section 7, is given access to all or part of the record or, in any other case, becomes aware that grounds for the complaint exist.

**31.** Toute plainte est, sauf dispense accordée par le Commissaire à l'information, déposée devant lui par écrit; la plainte qui a trait à une demande de communication de document doit être faite dans les soixante jours suivant la date à laquelle le demandeur a reçu l'avis de refus prévu à l'article 7, a reçu communication de tout ou partie du document ou a pris connaissance des motifs sur lesquels sa plainte est fondée.

**Plainte écrite**

R.S., 1985, c. A-1, s. 31; 2006, c. 9, s. 151.

L.R. (1985), ch. A-1, art. 31; 2006, ch. 9, art. 151.

## INVESTIGATIONS

## ENQUÊTES

**Notice of intention to investigate**

**32.** Before commencing an investigation of a complaint under this Act, the Information Commissioner shall notify the head of the government institution concerned of the intention to carry out the investigation and shall inform

**32.** Le Commissaire à l'information, avant de procéder aux enquêtes prévues par la présente loi, avise le responsable de l'institution fédérale concernée de son intention d'enquêter et lui fait connaître l'objet de la plainte.

**Avis d'enquête**

1980-81-82-83, ch. 111, ann. I « 32 ».

*Accès à l'information — 29 août 2011*

the head of the institution of the substance of the complaint.

1980-81-82-83, c. 111, Sch. I "32".

Notice to third parties

**33.** Where the head of a government institution refuses to disclose a record requested under this Act or a part thereof and receives a notice under section 32 of a complaint in respect of the refusal, the head of the institution shall forthwith advise the Information Commissioner of any third party that the head of the institution has notified under subsection 27(1) in respect of the request or would have notified under that subsection if the head of the institution had intended to disclose the record or part thereof.

1980-81-82-83, c. 111, Sch. I "33".

Regulation of procedure

**34.** Subject to this Act, the Information Commissioner may determine the procedure to be followed in the performance of any duty or function of the Commissioner under this Act.

1980-81-82-83, c. 111, Sch. I "34".

Investigations in private

**35.** (1) Every investigation of a complaint under this Act by the Information Commissioner shall be conducted in private.

Right to make representations

(2) In the course of an investigation of a complaint under this Act by the Information Commissioner, a reasonable opportunity to make representations shall be given to

(*a*) the person who made the complaint,

(*b*) the head of the government institution concerned, and

(*c*) a third party if

(i) the Information Commissioner intends to recommend the disclosure under subsection 37(1) of all or part of a record that contains — or that the Information Commissioner has reason to believe might contain — trade secrets of the third party, information described in paragraph 20(1)(*b*) or (*b.1*) that was supplied by the third party or information the disclosure of which the Information Commissioner can reasonably foresee might effect a result described in paragraph 20(1)(*c*) or (*d*) in respect of the third party, and

(ii) the third party can reasonably be located.

However no one is entitled as of right to be present during, to have access to or to comment

Avis aux tiers

**33.** Dans les cas où il a refusé de donner communication totale ou partielle d'un document et qu'il reçoit à ce propos l'avis prévu à l'article 32, le responsable de l'institution fédérale mentionne sans retard au Commissaire à l'information le nom du tiers à qui il a donné l'avis prévu au paragraphe 27(1) ou à qui il l'aurait donné s'il avait eu l'intention de donner communication totale ou partielle du document.

1980-81-82-83, ch. 111, ann. I « 33 ».

Procédure

**34.** Sous réserve des autres dispositions de la présente loi, le Commissaire à l'information peut établir la procédure à suivre dans l'exercice de ses pouvoirs et fonctions.

1980-81-82-83, ch. 111, ann. I « 34 ».

Secret des enquêtes

**35.** (1) Les enquêtes menées sur les plaintes par le Commissaire à l'information sont secrètes.

Droit de présenter des observations

(2) Au cours de l'enquête, les personnes suivantes doivent avoir la possibilité de présenter leurs observations au Commissaire à l'information, nul n'ayant toutefois le droit absolu d'être présent lorsqu'une autre personne présente des observations au Commissaire à l'information, ni d'en recevoir communication ou de faire des commentaires à leur sujet :

*a*) la personne qui a déposé la plainte;

*b*) le responsable de l'institution fédérale concernée;

*c*) un tiers, s'il est possible de le joindre sans difficultés, dans le cas où le Commissaire à l'information a l'intention de recommander, aux termes du paragraphe 37(1), la communication de tout ou partie d'un document qui contient ou est, selon lui, susceptible de contenir des secrets industriels du tiers, des renseignements visés aux alinéas 20(1)*b*) ou *b.1*) qui ont été fournis par le tiers ou des renseignements dont la communication risquerait, selon lui, d'entraîner pour le tiers les conséquences visées aux alinéas 20(1)*c*) ou *d*).

L.R. (1985), ch. A-1, art. 35; 2006, ch. 9, art. 152(F); 2007, ch. 15, art. 10 et 12(F).

*Access to Information — August 29, 2011*

on representations made to the Information Commissioner by any other person.

R.S., 1985, c. A-1, s. 35; 2006, c. 9, s. 152(F); 2007, c. 15, ss. 10, 12(F).

Powers of Information Commissioner in carrying out investigations

**36.** (1) The Information Commissioner has, in relation to the carrying out of the investigation of any complaint under this Act, power

(*a*) to summon and enforce the appearance of persons before the Information Commissioner and compel them to give oral or written evidence on oath and to produce such documents and things as the Commissioner deems requisite to the full investigation and consideration of the complaint, in the same manner and to the same extent as a superior court of record;

(*b*) to administer oaths;

(*c*) to receive and accept such evidence and other information, whether on oath or by affidavit or otherwise, as the Information Commissioner sees fit, whether or not the evidence or information is or would be admissible in a court of law;

(*d*) to enter any premises occupied by any government institution on satisfying any security requirements of the institution relating to the premises;

(*e*) to converse in private with any person in any premises entered pursuant to paragraph (*d*) and otherwise carry out therein such inquiries within the authority of the Information Commissioner under this Act as the Commissioner sees fit; and

(*f*) to examine or obtain copies of or extracts from books or other records found in any premises entered pursuant to paragraph (*d*) containing any matter relevant to the investigation.

Access to records

(2) Notwithstanding any other Act of Parliament or any privilege under the law of evidence, the Information Commissioner may, during the investigation of any complaint under this Act, examine any record to which this Act applies that is under the control of a government institution, and no such record may be withheld from the Commissioner on any grounds.

Pouvoirs du Commissaire à l'information pour la tenue des enquêtes

**36.** (1) Le Commissaire à l'information a, pour l'instruction des plaintes déposées en vertu de la présente loi, le pouvoir :

*a*) d'assigner et de contraindre des témoins à comparaître devant lui, à déposer verbalement ou par écrit sous la foi du serment et à produire les pièces qu'il juge indispensables pour instruire et examiner à fond les plaintes dont il est saisi, de la même façon et dans la même mesure qu'une cour supérieure d'archives;

*b*) de faire prêter serment;

*c*) de recevoir des éléments de preuve ou des renseignements par déclaration verbale ou écrite sous serment ou par tout autre moyen qu'il estime indiqué, indépendamment de leur admissibilité devant les tribunaux;

*d*) de pénétrer dans les locaux occupés par une institution fédérale, à condition de satisfaire aux normes de sécurité établies par l'institution pour ces locaux;

*e*) de s'entretenir en privé avec toute personne se trouvant dans les locaux visés à l'alinéa *d*) et d'y mener, dans le cadre de la compétence que lui confère la présente loi, les enquêtes qu'il estime nécessaires;

*f*) d'examiner ou de se faire remettre des copies ou des extraits des livres ou autres documents contenant des éléments utiles à l'enquête et trouvés dans les locaux visés à l'alinéa *d*).

Accès aux documents

(2) Nonobstant toute autre loi fédérale et toute immunité reconnue par le droit de la preuve, le Commissaire à l'information a, pour les enquêtes qu'il mène en vertu de la présente loi, accès à tous les documents qui relèvent d'une institution fédérale et auxquels la présente loi s'applique; aucun de ces documents ne peut, pour quelque motif que ce soit, lui être refusé.

*Accès à l'information — 29 août 2011*

Evidence in other proceedings

(3) Except in a prosecution of a person for an offence under section 131 of the *Criminal Code* (perjury) in respect of a statement made under this Act, in a prosecution for an offence under section 67, in a review before the Court under this Act or in an appeal from such proceedings, evidence given by a person in proceedings under this Act and evidence of the existence of the proceedings is inadmissible against that person in a court or in any other proceedings.

Witness fees

(4) Any person summoned to appear before the Information Commissioner pursuant to this section is entitled in the discretion of the Commissioner to receive the like fees and allowances for so doing as if summoned to attend before the Federal Court.

Return of documents, etc.

(5) Any document or thing produced pursuant to this section by any person or government institution shall be returned by the Information Commissioner within ten days after a request is made to the Commissioner by that person or government institution, but nothing in this subsection precludes the Commissioner from again requiring its production in accordance with this section.

R.S., 1985, c. A-1, s. 36; R.S., 1985, c. 27 (1st Supp.), s. 187; 2006, c. 9, s. 153.

Findings and recommendations of Information Commissioner

**37.** (1) If, on investigating a complaint in respect of a record under this Act, the Information Commissioner finds that the complaint is well-founded, the Commissioner shall provide the head of the government institution that has control of the record with a report containing

(*a*) the findings of the investigation and any recommendations that the Commissioner considers appropriate; and

(*b*) where appropriate, a request that, within a time specified in the report, notice be given to the Commissioner of any action taken or proposed to be taken to implement the recommendations contained in the report or reasons why no such action has been or is proposed to be taken.

Report to complainant and third parties

(2) The Information Commissioner shall, after investigating a complaint under this Act, report to the complainant and any third party that was entitled under subsection 35(2) to make and that made representations to the Commis-

Inadmissibilité de la preuve dans d'autres procédures

(3) Sauf dans les cas de poursuites pour infraction à l'article 131 du *Code criminel* (parjure) se rapportant à une déclaration faite en vertu de la présente loi ou pour infraction à l'article 67, ou sauf dans les cas de recours en révision prévus par la présente loi devant la Cour ou les cas d'appel de la décision rendue par la Cour, les dépositions faites au cours de toute procédure prévue par la présente loi ou le fait de l'existence de telle procédure ne sont pas admissibles contre le déposant devant les tribunaux ni dans aucune autre procédure.

Frais des témoins

(4) Les témoins assignés à comparaître devant le Commissaire à l'information en vertu du présent article peuvent recevoir, si le Commissaire le juge indiqué, les frais et indemnités accordés aux témoins assignés devant la Cour fédérale.

Renvoi des documents, etc.

(5) Les personnes ou les institutions fédérales qui produisent des pièces demandées en vertu du présent article peuvent exiger que le Commissaire à l'information qu'il leur renvoie ces pièces dans les dix jours suivant la requête qu'elles lui présentent à cette fin, mais rien n'empêche le Commissaire d'en réclamer une nouvelle production.

L.R. (1985), ch. A-1, art. 36; L.R. (1985), ch. 27 (1ᵉʳ suppl.), art. 187; 2006, ch. 9, art. 153.

Conclusions et recommandations du Commissaire à l'information

**37.** (1) Dans les cas où il conclut au bien-fondé d'une plainte portant sur un document, le Commissaire à l'information adresse au responsable de l'institution fédérale de qui relève le document un rapport où :

*a*) il présente les conclusions de son enquête ainsi que les recommandations qu'il juge indiquées;

*b*) il demande, s'il le juge à propos, au responsable de lui donner avis, dans un délai déterminé, soit des mesures prises ou envisagées pour la mise en œuvre de ses recommandations, soit des motifs invoqués pour ne pas y donner suite.

Compte rendu au plaignant

(2) Le Commissaire à l'information rend compte des conclusions de son enquête au plaignant et aux tiers qui pouvaient, en vertu du paragraphe 35(2), lui présenter des observations et qui les ont présentées; toutefois, dans les cas

*Access to Information — August 29, 2011*

sioner in respect of the complaint the results of the investigation, but where a notice has been requested under paragraph (1)(*b*) no report shall be made under this subsection until the expiration of the time within which the notice is to be given to the Commissioner.

prévus à l'alinéa (1)*b*), le Commissaire à l'information ne peut faire son compte rendu qu'après l'expiration du délai imparti au responsable de l'institution fédérale.

Matter to be included in report to complainant

(3) Where a notice has been requested under paragraph (1)(*b*) but no such notice is received by the Commissioner within the time specified therefor or the action described in the notice is, in the opinion of the Commissioner, inadequate or inappropriate or will not be taken in a reasonable time, the Commissioner shall so advise the complainant in his report under subsection (2) and may include in the report such comments on the matter as he thinks fit.

(3) Le Commissaire à l'information mentionne également dans son compte rendu au plaignant, s'il y a lieu, le fait que, dans les cas prévus à l'alinéa (1)*b*), il n'a pas reçu d'avis dans le délai imparti ou que les mesures indiquées dans l'avis sont, selon lui, insuffisantes, inadaptées ou non susceptibles d'être prises en temps utile. Il peut en outre y inclure tous commentaires qu'il estime utiles.

Éléments à inclure dans le compte rendu

Access to be given

(4) Where, pursuant to a request under paragraph (1)(*b*), the head of a government institution gives notice to the Information Commissioner that access to a record or a part thereof will be given to a complainant, the head of the institution shall give the complainant access to the record or part thereof

(4) Dans les cas où il fait suite à la demande formulée par le Commissaire à l'information en vertu de l'alinéa (1)*b*) en avisant le Commissaire qu'il donnera communication totale ou partielle d'un document, le responsable d'une institution fédérale est tenu de donner cette communication au plaignant :

Communication accordée

(*a*) forthwith on giving the notice if no notice is given to a third party under paragraph 29(1)(*b*) in the matter; or

*a*) immédiatement, dans les cas où il n'y a pas de tiers à qui donner l'avis prévu à l'alinéa 29(1)*b*);

(*b*) forthwith on completion of twenty days after notice is given to a third party under paragraph 29(1)(*b*), if that notice is given, unless a review of the matter is requested under section 44.

*b*) dès l'expiration des vingt jours suivant l'avis prévu à l'alinéa 29(1)*b*), dans les autres cas, sauf si un recours en révision a été exercé en vertu de l'article 44.

Right of review

(5) Where, following the investigation of a complaint relating to a refusal to give access to a record requested under this Act or a part thereof, the head of a government institution does not give notice to the Information Commissioner that access to the record will be given, the Information Commissioner shall inform the complainant that the complainant has the right to apply to the Court for a review of the matter investigated.

(5) Dans les cas où, l'enquête terminée, le responsable de l'institution fédérale concernée n'avise pas le Commissaire à l'information que communication du document ou de la partie en cause sera donnée au plaignant, le Commissaire à l'information informe celui-ci de l'existence d'un droit de recours en révision devant la Cour.

Recours en révision

1980-81-82-83, c. 111, Sch. I "37".

1980-81-82-83, ch. 111, ann. I « 37 ».

## REPORTS TO PARLIAMENT

## RAPPORTS AU PARLEMENT

Annual report

**38.** The Information Commissioner shall, within three months after the termination of each financial year, submit an annual report to Parliament on the activities of the office during that financial year.

**38.** Dans les trois mois suivant la fin de chaque exercice, le Commissaire à l'information présente au Parlement le rapport des activités du commissariat au cours de l'exercice.

Rapport annuel

1980-81-82-83, c. 111, Sch. I "38".

1980-81-82-83, ch. 111, ann. I « 38 ».

*Accès à l'information — 29 août 2011*

Special reports

**39.** (1) The Information Commissioner may, at any time, make a special report to Parliament referring to and commenting on any matter within the scope of the powers, duties and functions of the Commissioner where, in the opinion of the Commissioner, the matter is of such urgency or importance that a report thereon should not be deferred until the time provided for transmission of the next annual report of the Commissioner under section 38.

Where investigation made

(2) Any report made pursuant to subsection (1) that relates to an investigation under this Act shall be made only after the procedures set out in section 37 have been followed in respect of the investigation.

1980-81-82-83, c. 111, Sch. I "39".

Transmission of reports

**40.** (1) Every report to Parliament made by the Information Commissioner under section 38 or 39 shall be made by being transmitted to the Speaker of the Senate and to the Speaker of the House of Commons for tabling in those Houses.

Reference to Parliamentary committee

(2) Every report referred to in subsection (1) shall, after it is transmitted for tabling pursuant to that subsection, be referred to the committee designated or established by Parliament for the purpose of subsection 75(1).

1980-81-82-83, c. 111, Sch. I "40".

## REVIEW BY THE FEDERAL COURT

Review by Federal Court

**41.** Any person who has been refused access to a record requested under this Act or a part thereof may, if a complaint has been made to the Information Commissioner in respect of the refusal, apply to the Court for a review of the matter within forty-five days after the time the results of an investigation of the complaint by the Information Commissioner are reported to the complainant under subsection 37(2) or within such further time as the Court may, either before or after the expiration of those forty-five days, fix or allow.

1980-81-82-83, c. 111, Sch. I "41".

Information Commissioner may apply or appear

**42.** (1) The Information Commissioner may

(*a*) apply to the Court, within the time limits prescribed by section 41, for a review of any refusal to disclose a record requested under this Act or a part thereof in respect of which an investigation has been carried out by the Information Commissioner, if the Commis-

**39.** (1) Le Commissaire à l'information peut, à toute époque de l'année, présenter au Parlement un rapport spécial sur toute question relevant de ses pouvoirs et fonctions et dont l'urgence ou l'importance sont telles, selon lui, qu'il serait contre-indiqué d'en différer le compte rendu jusqu'à l'époque du rapport annuel suivant.

Rapports spéciaux

(2) Le Commissaire à l'information ne peut présenter de rapport spécial sur des enquêtes qu'après observation des formalités prévues à leur sujet à l'article 37.

Cas des enquêtes

1980-81-82-83, ch. 111, ann. I « 39 ».

**40.** (1) La présentation des rapports du Commissaire au Parlement sous le régime des articles 38 ou 39 s'effectue par remise au président du Sénat et à celui de la Chambre des communes pour dépôt devant leurs chambres respectives.

Remise des rapports

(2) Les rapports visés au paragraphe (1) sont, après leur dépôt, renvoyés devant le comité désigné ou constitué par le Parlement en application du paragraphe 75(1).

Renvoi en comité

1980-81-82-83, ch. 111, ann. I « 40 ».

## RÉVISION PAR LA COUR FÉDÉRALE

**41.** La personne qui s'est vu refuser communication totale ou partielle d'un document demandé en vertu de la présente loi et qui a déposé ou fait déposer une plainte à ce sujet devant le Commissaire à l'information peut, dans un délai de quarante-cinq jours suivant le compte rendu du Commissaire prévu au paragraphe 37(2), exercer un recours en révision de la décision de refus devant la Cour. La Cour peut, avant ou après l'expiration du délai, le proroger ou en autoriser la prorogation.

Révision par la Cour fédérale

1980-81-82-83, ch. 111, ann. I « 41 ».

**42.** (1) Le Commissaire à l'information a qualité pour :

Exercice du recours par le Commissaire, etc.

*a*) exercer lui-même, à l'issue de son enquête et dans les délais prévus à l'article 41, le recours en révision pour refus de communication totale ou partielle d'un document,

*Access to Information — August 29, 2011*

sioner has the consent of the person who requested access to the record;

(*b*) appear before the Court on behalf of any person who has applied for a review under section 41; or

(*c*) with leave of the Court, appear as a party to any review applied for under section 41 or 44.

**Applicant may appear as party**

(2) Where the Information Commissioner makes an application under paragraph (1)(*a*) for a review of a refusal to disclose a record requested under this Act or a part thereof, the person who requested access to the record may appear as a party to the review.

1980-81-82-83, c. 111, Sch. I "42".

**Notice to third parties**

**43.** (1) The head of a government institution who has refused to give access to a record requested under this Act or a part thereof shall forthwith on being given notice of any application made under section 41 or 42 give written notice of the application to any third party that the head of the institution has notified under subsection 27(1) in respect of the request or would have notified under that subsection if the head of the institution had intended to disclose the record or part thereof.

**Third party may appear as party**

(2) Any third party that has been given notice of an application for a review under subsection (1) may appear as a party to the review.

R.S., 1985, c. A-1, s. 43; 1992, c. 1, s. 144(F).

**Third party may apply for a review**

**44.** (1) Any third party to whom the head of a government institution is required under paragraph 28(1)(*b*) or subsection 29(1) to give a notice of a decision to disclose a record or a part thereof under this Act may, within twenty days after the notice is given, apply to the Court for a review of the matter.

**Notice to person who requested record**

(2) The head of a government institution who has given notice under paragraph 28(1)(*b*) or subsection 29(1) that a record requested under this Act or a part thereof will be disclosed shall forthwith on being given notice of an application made under subsection (1) in respect of the disclosure give written notice of the application to the person who requested access to the record.

avec le consentement de la personne qui avait demandé le document;

*b*) comparaître devant la Cour au nom de la personne qui a exercé un recours devant la Cour en vertu de l'article 41;

*c*) comparaître, avec l'autorisation de la Cour, comme partie à une instance engagée en vertu des articles 41 ou 44.

**Comparation de la personne qui a fait la demande**

(2) Dans le cas prévu à l'alinéa (1)*a*), la personne qui a demandé communication du document en cause peut comparaître comme partie à l'instance.

1980-81-82-83, ch. 111, ann. I « 42 ».

**Avis au tiers**

**43.** (1) Sur réception d'un avis de recours en révision exercé en vertu des articles 41 ou 42, le responsable d'une institution fédérale qui avait refusé communication totale ou partielle du document en litige donne à son tour avis du recours au tiers à qui il avait donné l'avis prévu au paragraphe 27(1) ou à qui il l'aurait donné s'il avait eu l'intention de donner communication totale ou partielle du document.

**Comparation du tiers**

(2) Le tiers qui est avisé conformément au paragraphe (1) peut comparaître comme partie à l'instance.

L.R. (1985), ch. A-1, art. 43; 1992, ch. 1, art. 144(F).

**Recours en révision du tiers**

**44.** (1) Le tiers que le responsable d'une institution fédérale est tenu, en vertu de l'alinéa 28(1)*b*) ou du paragraphe 29(1), d'aviser de la communication totale ou partielle d'un document peut, dans les vingt jours suivant la transmission de l'avis, exercer un recours en révision devant la Cour.

**Avis à la personne qui a fait la demande**

(2) Le responsable d'une institution fédérale qui a donné avis de communication totale ou partielle d'un document en vertu de l'alinéa 28(1)*b*) ou du paragraphe 29(1) est tenu, sur réception d'un avis de recours en révision de cette décision, d'en aviser par écrit la personne qui avait demandé communication du document.

*Accès à l'information — 29 août 2011*

Person who requested access may appear as party

**(3)** Any person who has been given notice of an application for a review under subsection (2) may appear as a party to the review.

R.S., 1985, c. A-1, s. 44; R.S., 1985, c. 1 (4th Supp.), s. 45(F).

Comparution

**(3)** La personne qui est avisée conformément au paragraphe (2) peut comparaître comme partie à l'instance.

L.R. (1985), ch. A-1, art. 44; L.R. (1985), ch. 1 (4ᵉ suppl.), art. 45(F).

Hearing in summary way

**45.** An application made under section 41, 42 or 44 shall be heard and determined in a summary way in accordance with any special rules made in respect of such applications pursuant to section 46 of the *Federal Courts Act*.

R.S., 1985, c. A-1, s. 45; 2002, c. 8, s. 182.

Procédure sommaire

**45.** Les recours prévus aux articles 41, 42 et 44 sont entendus et jugés en procédure sommaire, conformément aux règles de pratique spéciales adoptées à leur égard en vertu de l'article 46 de la *Loi sur les Cours fédérales*.

L.R. (1985), ch. A-1, art. 45; 2002, ch. 8, art. 182.

Access to records

**46.** Notwithstanding any other Act of Parliament or any privilege under the law of evidence, the Court may, in the course of any proceedings before the Court arising from an application under section 41, 42 or 44, examine any record to which this Act applies that is under the control of a government institution, and no such record may be withheld from the Court on any grounds.

1980-81-82-83, c. 111, Sch. I "46".

Accès aux documents

**46.** Nonobstant toute autre loi fédérale et toute immunité reconnue par le droit de la preuve, la Cour a, pour les recours prévus aux articles 41, 42 et 44, accès à tous les documents qui relèvent d'une institution fédérale et auxquels la présente loi s'applique; aucun de ces documents ne peut, pour quelque motif que ce soit, lui être refusé.

1980-81-82-83, ch. 111, ann. I « 46 ».

Court to take precautions against disclosing

**47.** (1) In any proceedings before the Court arising from an application under section 41, 42 or 44, the Court shall take every reasonable precaution, including, when appropriate, receiving representations *ex parte* and conducting hearings *in camera*, to avoid the disclosure by the Court or any person of

(*a*) any information or other material on the basis of which the head of a government institution would be authorized to refuse to disclose a part of a record requested under this Act; or

(*b*) any information as to whether a record exists where the head of a government institution, in refusing to disclose the record under this Act, does not indicate whether it exists.

Précautions à prendre contre la divulgation

**47.** (1) À l'occasion des procédures relatives aux recours prévus aux articles 41, 42 et 44, la Cour prend toutes les précautions possibles, notamment, si c'est indiqué, par la tenue d'audiences à huis clos et l'audition d'arguments en l'absence d'une partie, pour éviter que ne soient divulgués de par son propre fait ou celui de quiconque :

*a*) des renseignements qui, par leur nature, justifient, en vertu de la présente loi, un refus de communication totale ou partielle d'un document;

*b*) des renseignements faisant état de l'existence d'un document que le responsable d'une institution fédérale a refusé de communiquer sans indiquer s'il existait ou non.

Disclosure of offence authorized

**(2)** The Court may disclose to the appropriate authority information relating to the commission of an offence against a law of Canada or a province by a director, an officer or an employee of a government institution if, in the Court's opinion, there is evidence of such an offence.

R.S., 1985, c. A-1, s. 47; 2006, c. 9, s. 154.

Autorisation de dénoncer des infractions

**(2)** Si, à son avis, il existe des éléments de preuve touchant la perpétration d'une infraction fédérale ou provinciale par un administrateur, un dirigeant ou un employé d'une institution fédérale, la Cour peut faire part à l'autorité compétente des renseignements qu'elle détient à cet égard.

L.R. (1985), ch. A-1, art. 47; 2006, ch. 9, art. 154.

Burden of proof

**48.** In any proceedings before the Court arising from an application under section 41 or 42, the burden of establishing that the head of a

Charge de la preuve

**48.** Dans les procédures découlant des recours prévus aux articles 41 ou 42, la charge d'établir le bien-fondé du refus de communica-

*Access to Information — August 29, 2011*

government institution is authorized to refuse to disclose a record requested under this Act or a part thereof shall be on the government institution concerned.

1980-81-82-83, c. 111, Sch. I "48".

tion totale ou partielle d'un document incombe à l'institution fédérale concernée.

1980-81-82-83, ch. 111, ann. I « 48 ».

| | | |
|---|---|---|
| Order of Court where no authorization to refuse disclosure found | **49.** Where the head of a government institution refuses to disclose a record requested under this Act or a part thereof on the basis of a provision of this Act not referred to in section 50, the Court shall, if it determines that the head of the institution is not authorized to refuse to disclose the record or part thereof, order the head of the institution to disclose the record or part thereof, subject to such conditions as the Court deems appropriate, to the person who requested access to the record, or shall make such other order as the Court deems appropriate.<br><br>1980-81-82-83, c. 111, Sch. I "49". | **49.** La Cour, dans les cas où elle conclut au bon droit de la personne qui a exercé un recours en révision d'une décision de refus de communication totale ou partielle d'un document fondée sur des dispositions de la présente loi autres que celles mentionnées à l'article 50, ordonne, aux conditions qu'elle juge indiquées, au responsable de l'institution fédérale dont relève le document en litige d'en donner à cette personne communication totale ou partielle; la Cour rend une autre ordonnance si elle l'estime indiqué.<br><br>1980-81-82-83, ch. 111, ann. I « 49 ». | Ordonnance de la Cour dans les cas où le refus n'est pas autorisé |
| Order of Court where reasonable grounds of injury not found | **50.** Where the head of a government institution refuses to disclose a record requested under this Act or a part thereof on the basis of section 14 or 15 or paragraph 16(1)(*c*) or (*d*) or 18(*d*), the Court shall, if it determines that the head of the institution did not have reasonable grounds on which to refuse to disclose the record or part thereof, order the head of the institution to disclose the record or part thereof, subject to such conditions as the Court deems appropriate, to the person who requested access to the record, or shall make such other order as the Court deems appropriate.<br><br>1980-81-82-83, c. 111, Sch. I "50". | **50.** Dans les cas où le refus de communication totale ou partielle du document s'appuyait sur les articles 14 ou 15 ou sur les alinéas 16(1)*c*) ou *d*) ou 18*d*), la Cour, si elle conclut que le refus n'était pas fondé sur des motifs raisonnables, ordonne, aux conditions qu'elle juge indiquées, au responsable de l'institution fédérale dont relève le document en litige d'en donner communication totale ou partielle à la personne qui avait fait la demande; la Cour rend une autre ordonnance si elle l'estime indiqué.<br><br>1980-81-82-83, ch. 111, ann. I « 50 ». | Ordonnance de la Cour dans les cas où le préjudice n'est pas démontré |
| Order of Court not to disclose record | **51.** Where the Court determines, after considering an application under section 44, that the head of a government institution is required to refuse to disclose a record or part of a record, the Court shall order the head of the institution not to disclose the record or part thereof or shall make such other order as the Court deems appropriate.<br><br>1980-81-82-83, c. 111, Sch. I "51". | **51.** La Cour, dans les cas où elle conclut, lors d'un recours exercé en vertu de l'article 44, que le responsable d'une institution fédérale est tenu de refuser la communication totale ou partielle d'un document, lui ordonne de refuser cette communication; elle rend une autre ordonnance si elle l'estime indiqué.<br><br>1980-81-82-83, ch. 111, ann. I « 51 ». | Ordonnance de la Cour obligeant au refus |
| Applications relating to international affairs or defence | **52.** (1) An application under section 41 or 42 relating to a record or a part of a record that the head of a government institution has refused to disclose by reason of paragraph 13(1)(*a*) or (*b*) or section 15 shall be heard and determined by the Chief Justice of the Federal Court or by any other judge of that Court that the Chief Justice may designate to hear those applications. | **52.** (1) Les recours visés aux articles 41 ou 42 et portant sur les cas où le refus de donner communication totale ou partielle du document en litige s'appuyait sur les alinéas 13(1)*a*) ou *b*) ou sur l'article 15 sont exercés devant le juge en chef de la Cour fédérale ou tout autre juge de cette Cour qu'il charge de leur audition. | Affaires internationales et défense |

*Accès à l'information — 29 août 2011*

| | | |
|---|---|---|
| Special rules for hearings | **(2)** An application referred to in subsection (1) or an appeal brought in respect of such application shall | **(2)** Les recours visés au paragraphe (1) font, en premier ressort ou en appel, l'objet d'une audition à huis clos; celle-ci a lieu dans la région de la capitale nationale définie à l'annexe de la *Loi sur la capitale nationale* si le responsable de l'institution fédérale concernée le demande. |

> (*a*) be heard *in camera*; and
>
> (*b*) on the request of the head of the government institution concerned, be heard and determined in the National Capital Region described in the schedule to the *National Capital Act*.

| | | |
|---|---|---|
| *Ex parte* representations | **(3)** During the hearing of an application referred to in subsection (1) or an appeal brought in respect of such application, the head of the government institution concerned shall, on the request of the head of the institution, be given the opportunity to make representations *ex parte*. | **(3)** Le responsable de l'institution fédérale concernée a, au cours des auditions, en première instance ou en appel et sur demande, le droit de présenter des arguments en l'absence d'une autre partie.<br><br>L.R. (1985), ch. A-1, art. 52; 2002, ch. 8, art. 112. |

R.S., 1985, c. A-1, s. 52; 2002, c. 8, s. 112.

| | | |
|---|---|---|
| Costs | **53.** **(1)** Subject to subsection (2), the costs of and incidental to all proceedings in the Court under this Act shall be in the discretion of the Court and shall follow the event unless the Court orders otherwise. | **53.** **(1)** Sous réserve du paragraphe (2), les frais et dépens sont laissés à l'appréciation de la Cour et suivent, sauf ordonnance contraire de la Cour, le sort du principal. |
| Idem | **(2)** Where the Court is of the opinion that an application for review under section 41 or 42 has raised an important new principle in relation to this Act, the Court shall order that costs be awarded to the applicant even if the applicant has not been successful in the result.<br><br>1980-81-82-83, c. 111, Sch. I "53". | **(2)** Dans les cas où elle estime que l'objet des recours visés aux articles 41 et 42 a soulevé un principe important et nouveau quant à la présente loi, la Cour accorde les frais et dépens à la personne qui a exercé le recours devant elle, même si cette personne a été déboutée de son recours.<br><br>1980-81-82-83, ch. 111, ann. I « 53 ». |

## OFFICE OF THE INFORMATION COMMISSIONER

## COMMISSARIAT À L'INFORMATION

### Information Commissioner

### Commissaire à l'information

| | | |
|---|---|---|
| Appointment | **54.** **(1)** The Governor in Council shall, by commission under the Great Seal, appoint an Information Commissioner after consultation with the leader of every recognized party in the Senate and House of Commons and approval of the appointment by resolution of the Senate and House of Commons. | **54.** **(1)** Le gouverneur en conseil nomme le Commissaire à l'information par commission sous le grand sceau, après consultation du chef de chacun des partis reconnus au Sénat et à la Chambre des communes et approbation par résolution du Sénat et de la Chambre des communes. |
| Tenure | **(2)** Subject to this section, the Information Commissioner holds office during good behaviour for a term of seven years, but may be removed for cause by the Governor in Council at any time on address of the Senate and House of Commons. | **(2)** Sous réserve des autres dispositions du présent article, le Commissaire à l'information occupe sa charge à titre inamovible pour un mandat de sept ans, sauf révocation motivée par le gouverneur en conseil sur adresse du Sénat et de la Chambre des communes. |

Margin notes (French): Règles spéciales; Présentation d'arguments en l'absence d'une partie; Frais et dépens; Idem; Nomination; Durée du mandat et révocation

*Access to Information — August 29, 2011*

Further terms

(3) The Information Commissioner, on the expiration of a first or any subsequent term of office, is eligible to be re-appointed for a further term not exceeding seven years.

(3) Le mandat du Commissaire à l'information est renouvelable pour des périodes maximales de sept ans chacune.

Renouvellement du mandat

Interim appointment

(4) In the event of the absence or incapacity of the Information Commissioner, or if that office is vacant, the Governor in Council may appoint any qualified person to hold that office in the interim for a term not exceeding six months, and that person shall, while holding office, be paid the salary or other remuneration and expenses that may be fixed by the Governor in Council.

(4) En cas d'absence ou d'empêchement du Commissaire à l'information ou de vacance de son poste, le gouverneur en conseil peut confier l'intérim à toute personne compétente pour un mandat maximal de six mois et fixer la rémunération et les indemnités auxquelles cette personne aura droit.

Intérim

R.S., 1985, c. A-1, s. 54; 2006, c. 9, s. 109.

L.R. (1985), ch. A-1, art. 54; 2006, ch. 9, art. 109.

Rank, powers and duties generally

**55.** (1) The Information Commissioner shall rank as and have all the powers of a deputy head of a department, shall engage exclusively in the duties of the office of Information Commissioner under this or any other Act of Parliament and shall not hold any other office under Her Majesty for reward or engage in any other employment for reward.

**55.** (1) Le Commissaire à l'information a rang et pouvoirs d'administrateur général de ministère; il se consacre exclusivement à la charge que lui confère la présente loi ou une autre loi fédérale, à l'exclusion de toute autre charge rétribuée au service de Sa Majesté ou de tout autre emploi rétribué.

Rang, pouvoirs et fonctions

Salary and expenses

(2) The Information Commissioner shall be paid a salary equal to the salary of a judge of the Federal Court, other than the Chief Justice of that Court, and is entitled to be paid reasonable travel and living expenses incurred in the performance of duties under this or any other Act of Parliament.

(2) Le Commissaire à l'information reçoit le même traitement qu'un juge de la Cour fédérale autre que le juge en chef; il a droit aux frais de déplacement et de séjour entraînés par l'exercice des fonctions que lui confèrent la présente loi ou une autre loi fédérale.

Traitement et frais

Pension benefits

(3) The provisions of the *Public Service Superannuation Act*, other than those relating to tenure of office, apply to the Information Commissioner, except that a person appointed as Information Commissioner from outside the public service, as defined in the *Public Service Superannuation Act*, may, by notice in writing given to the President of the Treasury Board not more than sixty days after the date of appointment, elect to participate in the pension plan provided in the *Diplomatic Service (Special) Superannuation Act*, in which case the provisions of that Act, other than those relating to tenure of office, apply to the Information Commissioner from the date of appointment and the provisions of the *Public Service Superannuation Act* do not apply.

(3) Les dispositions de la *Loi sur la pension de la fonction publique* qui ne traitent pas d'occupation de poste s'appliquent au Commissaire à l'information; toutefois, s'il est choisi en dehors de la fonction publique, au sens de la loi mentionnée ci-dessus, il peut, par avis adressé au président du Conseil du Trésor dans les soixante jours suivant sa date de nomination, choisir de cotiser au régime de pension prévu par la *Loi sur la pension spéciale du service diplomatique*; dans ce cas, il est assujetti aux dispositions de cette loi qui ne traitent pas d'occupation de poste.

Régime de pension

Other benefits

(4) The Information Commissioner is deemed to be employed in the federal public administration for the purposes of the *Government Employees Compensation Act* and any

(4) Le Commissaire à l'information est réputé faire partie de l'administration publique fédérale pour l'application de la *Loi sur l'indemnisation des agents de l'État et des règle-*

Autres avantages

*Accès à l'information — 29 août 2011*

regulations made under section 9 of the *Aeronautics Act*.

R.S., 1985, c. A-1, s. 55; 2002, c. 8, s. 113; 2003, c. 22, ss. 224(E), 225(E).

ments pris en vertu de l'article 9 de la *Loi sur l'aéronautique*.

L.R. (1985), ch. A-1, art. 55; 2002, ch. 8, art. 113; 2003, ch. 22, art. 224(A) et 225(A).

ASSISTANT INFORMATION COMMISSIONER

COMMISSAIRES ADJOINTS À L'INFORMATION

Appointment of Assistant Information Commissioner

**56.** (1) The Governor in Council may, on the recommendation of the Information Commissioner, appoint one or more Assistant Information Commissioners.

**56.** (1) Le gouverneur en conseil peut, sur recommandation du Commissaire à l'information, nommer un ou plusieurs commissaires adjoints à l'information.

Nomination

Tenure of office and removal of Assistant Information Commissioner

(2) Subject to this section, an Assistant Information Commissioner holds office during good behaviour for a term not exceeding five years.

(2) Sous réserve des autres dispositions du présent article, l'adjoint occupe son poste à titre inamovible pour un mandat maximal de cinq ans.

Durée du mandat

Further terms

(3) An Assistant Information Commissioner, on the expiration of a first or any subsequent term of office, is eligible to be re-appointed for a further term not exceeding five years.

(3) Le mandat de l'adjoint est renouvelable pour des périodes maximales de cinq ans chacune.

Renouvellement du mandat

1980-81-82-83, c. 111, Sch. I "56".

1980-81-82-83, ch. 111, ann. I « 56 ».

Duties generally

**57.** (1) An Assistant Information Commissioner shall engage exclusively in such duties or functions of the office of the Information Commissioner under this or any other Act of Parliament as are delegated by the Information Commissioner to that Assistant Information Commissioner and shall not hold any other office under Her Majesty for reward or engage in any other employment for reward.

**57.** (1) L'adjoint se consacre exclusivement aux fonctions de la charge du Commissaire à l'information que celui-ci lui délègue, à l'exclusion de toutes autres fonctions rétribuées au service de Sa Majesté ou de tout autre emploi rétribué.

Fonctions

Salary and expenses

(2) An Assistant Information Commissioner is entitled to be paid a salary to be fixed by the Governor in Council and such travel and living expenses incurred in the performance of duties under this or any other Act of Parliament as the Information Commissioner considers reasonable.

(2) L'adjoint reçoit le traitement que fixe le gouverneur en conseil et il a droit aux frais de déplacement et de séjour que le Commissaire à l'information estime entraînés par l'exercice des fonctions que lui confèrent la présente loi ou une autre loi fédérale.

Traitement et frais

Pension benefits

(3) The provisions of the *Public Service Superannuation Act*, other than those relating to tenure of office, apply to an Assistant Information Commissioner.

(3) Les dispositions de la *Loi sur la pension de la fonction publique* qui ne traitent pas d'occupation de poste s'appliquent à l'adjoint.

Régime de pension

Other benefits

(4) An Assistant Information Commissioner is deemed to be employed in the federal public administration for the purposes of the *Government Employees Compensation Act* and any regulations made under section 9 of the *Aeronautics Act*.

(4) L'adjoint est réputé faire partie de l'administration publique fédérale pour l'application de la *Loi sur l'indemnisation des agents de l'État* et des règlements pris en vertu de l'article 9 de la *Loi sur l'aéronautique*.

Autres avantages

R.S., 1985, c. A-1, s. 57; 2003, c. 22, s. 224(E).

L.R. (1985), ch. A-1, art. 57; 2003, ch. 22, art. 224(A).

*Access to Information — August 29, 2011*

STAFF

Staff of the Information Commissioner

**58.** (1) Such officers and employees as are necessary to enable the Information Commissioner to perform the duties and functions of the Commissioner under this or any other Act of Parliament shall be appointed in accordance with the *Public Service Employment Act*.

Technical assistance

(2) The Information Commissioner may engage on a temporary basis the services of persons having technical or specialized knowledge of any matter relating to the work of the Commissioner to advise and assist the Commissioner in the performance of the duties and functions of the Commissioner under this or any other Act of Parliament and, with the approval of the Treasury Board, may fix and pay the remuneration and expenses of those persons.

R.S., 1985, c. A-1, s. 58; 2006, c. 9, s. 155(F).

DELEGATION

Delegation by Information Commissioner

**59.** (1) Subject to subsection (2), the Information Commissioner may authorize any person to exercise or perform, subject to such restrictions or limitations as the Commissioner may specify, any of the powers, duties or functions of the Commissioner under this or any other Act of Parliament except

(*a*) in any case other than a delegation to an Assistant Information Commissioner, the power to delegate under this section; and

(*b*) in any case, the powers, duties or functions set out in sections 38 and 39.

Investigations relating to international affairs and defence

(2) The Information Commissioner or an Assistant Information Commissioner may not delegate the investigation of a complaint resulting from a refusal by the head of a government institution to disclose all or part of a record under paragraph 13(1)(*a*) or (*b*) or section 15 except to one of eight officers or employees — or one of any greater number of officers or employees fixed by the designated Minister — specifically designated by the Commissioner for the purpose of conducting those investigations.

Delegation by Assistant Information Commissioner

(3) An Assistant Information Commissioner may authorize any person to exercise or perform, subject to such restrictions or limitations as the Assistant Information Commissioner may specify, any of the powers, duties or functions of the Information Commissioner under

PERSONNEL

Personnel

**58.** (1) La *Loi sur l'emploi dans la fonction publique* s'applique au personnel dont le Commissaire à l'information a besoin pour l'exercice des pouvoirs et fonctions que lui confèrent la présente loi ou une autre loi fédérale.

Assistance technique

(2) Le Commissaire à l'information peut retenir temporairement les services d'experts ou de spécialistes dont la compétence lui est utile dans l'exercice des fonctions que lui confèrent la présente loi ou une autre loi fédérale; il peut fixer et payer, avec l'approbation du Conseil du Trésor, leur rémunération et leurs frais.

L.R. (1985), ch. A-1, art. 58; 2006, ch. 9, art. 155(F).

DÉLÉGATION

Pouvoir de délégation

**59.** (1) Sous réserve du paragraphe (2), le Commissaire à l'information peut, dans les limites qu'il fixe, déléguer les pouvoirs et fonctions que lui confèrent la présente loi ou une autre loi fédérale, sauf :

*a*) le pouvoir même de délégation, qui ne peut être délégué qu'à un commissaire adjoint;

*b*) les pouvoirs et fonctions énoncés aux articles 38 et 39, qui ne peuvent être délégués à quiconque.

Affaires internationales et défense

(2) Le Commissaire à l'information ou le commissaire adjoint ne peut déléguer qu'à une seule personne choisie parmi un groupe de huit cadres ou employés — ou le nombre supérieur de telles personnes fixé par le ministre désigné, le cas échéant — que le Commissaire à l'information désigne à cette fin, la tenue d'une enquête sur le refus de communiquer, en tout ou en partie, un document en vertu des alinéas 13(1)*a*) ou *b*) ou de l'article 15.

Pouvoir de subdélégation de l'adjoint

(3) Un commissaire adjoint à l'information peut, dans les limites qu'il fixe, subdéléguer les pouvoirs et fonctions que lui délègue le Commissaire en vertu de la présente loi ou d'une autre loi fédérale.

L.R. (1985), ch. A-1, art. 59; 2006, ch. 9, art. 156.

*Accès à l'information — 29 août 2011*

this or any other Act of Parliament that the Assistant Information Commissioner is authorized by the Information Commissioner to exercise or perform.

R.S., 1985, c. A-1, s. 59; 2006, c. 9, s. 156.

<div style="display:flex">
<div>

## GENERAL

Principal office

**60.** The principal office of the Information Commissioner shall be in the National Capital Region described in the schedule to the *National Capital Act*.

1980-81-82-83, c. 111, Sch. I "60".

Security requirements

**61.** The Information Commissioner and every person acting on behalf or under the direction of the Commissioner who receives or obtains information relating to any investigation under this or any other Act of Parliament shall, with respect to access to and the use of that information, satisfy any security requirements applicable to, and take any oath of secrecy required to be taken by, persons who normally have access to and use of that information.

1980-81-82-83, c. 111, Sch. I "61".

Confidentiality

**62.** Subject to this Act, the Information Commissioner and every person acting on behalf or under the direction of the Commissioner shall not disclose any information that comes to their knowledge in the performance of their duties and functions under this Act.

1980-81-82-83, c. 111, Sch. I "62".

Disclosure authorized

**63.** (1) The Information Commissioner may disclose or may authorize any person acting on behalf or under the direction of the Commissioner to disclose information

(*a*) that, in the opinion of the Commissioner, is necessary to

(i) carry out an investigation under this Act, or

(ii) establish the grounds for findings and recommendations contained in any report under this Act; or

(*b*) in the course of a prosecution for an offence under this Act, a prosecution for an offence under section 131 of the *Criminal Code* (perjury) in respect of a statement made under this Act, a review before the Court under this Act or an appeal therefrom.

</div>
<div>

## DISPOSITIONS GÉNÉRALES

**60.** Le siège du Commissariat à l'information est fixé dans la région de la capitale nationale définie à l'annexe de la *Loi sur la capitale nationale*.

1980-81-82-83, ch. 111, ann. I « 60 ».

**61.** Le Commissaire à l'information et les personnes agissant en son nom ou sous son autorité qui reçoivent ou recueillent des renseignements dans le cadre des enquêtes prévues par la présente loi ou une autre loi fédérale sont tenus, quant à l'accès à ces renseignements et leur utilisation, de satisfaire aux normes applicables en matière de sécurité et de prêter les serments imposés à leurs usagers habituels.

1980-81-82-83, ch. 111, ann. I « 61 ».

**62.** Sous réserve des autres dispositions de la présente loi, le Commissaire à l'information et les personnes agissant en son nom ou sous son autorité sont tenus au secret en ce qui concerne les renseignements dont ils prennent connaissance dans l'exercice des pouvoirs et fonctions que leur confère la présente loi.

1980-81-82-83, ch. 111, ann. I « 62 ».

**63.** (1) Le Commissaire à l'information peut divulguer, ou autoriser les personnes agissant en son nom ou sous son autorité à divulguer, les renseignements :

*a*) qui, à son avis, sont nécessaires pour :

(i) mener une enquête prévue par la présente loi,

(ii) motiver les conclusions et recommandations contenues dans les rapports et comptes rendus prévus par la présente loi;

*b*) dont la divulgation est nécessaire, soit dans le cadre des procédures intentées pour infraction à la présente loi ou pour une infraction à l'article 131 du *Code criminel* (parjure) se rapportant à une déclaration faite en vertu de la présente loi, soit lors d'un recours en révision prévu par la présente loi

</div>
</div>

Siège

Normes de sécurité

Secret

Divulgation autorisée

*Access to Information — August 29, 2011*

Disclosure of offence authorized

(2) The Information Commissioner may disclose to the Attorney General of Canada information relating to the commission of an offence against a law of Canada or a province by a director, an officer or an employee of a government institution if, in the Commissioner's opinion, there is evidence of such an offence.

R.S., 1985, c. A-1, s. 63; R.S., 1985, c. 27 (1st Supp.), s. 187; 2006, c. 9, s. 157.

Information not to be disclosed

**64.** In carrying out an investigation under this Act and in any report made to Parliament under section 38 or 39, the Information Commissioner and any person acting on behalf or under the direction of the Information Commissioner shall take every reasonable precaution to avoid the disclosure of, and shall not disclose,

(*a*) any information or other material on the basis of which the head of a government institution would be authorized to refuse to disclose a part of a record requested under this Act; or

(*b*) any information as to whether a record exists where the head of a government institution, in refusing to give access to the record under this Act, does not indicate whether it exists.

1980-81-82-83, c. 111, Sch. I "64".

No summons

**65.** The Information Commissioner or any person acting on behalf or under the direction of the Commissioner is not a competent or compellable witness, in respect of any matter coming to the knowledge of the Commissioner or that person as a result of performing any duties or functions under this Act during an investigation, in any proceedings other than a prosecution for an offence under this Act, a prosecution for an offence under section 131 of the *Criminal Code* (perjury) in respect of a statement made under this Act, a review before the Court under this Act or an appeal therefrom.

R.S., 1985, c. A-1, s. 65; R.S., 1985, c. 27 (1st Supp.), s. 187.

Protection of Information Commissioner

**66.** (1) No criminal or civil proceedings lie against the Information Commissioner, or against any person acting on behalf or under the direction of the Commissioner, for anything

devant la Cour ou lors de l'appel de la décision rendue par celle-ci.

Dénonciation autorisée

(2) Si, à son avis, il existe des éléments de preuve touchant la perpétration d'une infraction fédérale ou provinciale par un administrateur, un dirigeant ou un employé d'une institution fédérale, le Commissaire à l'information peut faire part au procureur général du Canada des renseignements qu'il détient à cet égard.

L.R. (1985), ch. A-1, art. 63; L.R. (1985), ch. 27 (1ᵉʳ suppl.), art. 187; 2006, ch. 9, art. 157.

Précautions à prendre

**64.** Lors des enquêtes prévues par la présente loi et dans la préparation des rapports au Parlement prévus aux articles 38 ou 39, le Commissaire à l'information et les personnes agissant en son nom ou sous son autorité ne peuvent divulguer et prennent toutes les précautions pour éviter que ne soient divulgués :

*a*) des renseignements qui, par leur nature, justifient, en vertu de la présente loi, un refus de communication totale ou partielle d'un document;

*b*) des renseignements faisant état de l'existence d'un document que le responsable d'une institution fédérale a refusé de communiquer sans indiquer s'il existait ou non.

1980-81-82-83, ch. 111, ann. I « 64 ».

Non-assignation

**65.** En ce qui concerne les questions venues à leur connaissance dans l'exercice, au cours d'une enquête, des pouvoirs et fonctions qui leur sont conférés en vertu de la présente loi, le Commissaire à l'information et les personnes qui agissent en son nom ou sur son ordre n'ont qualité pour témoigner ou ne peuvent y être contraints que dans les procédures intentées pour infraction à la présente loi ou pour une infraction à l'article 131 du *Code criminel* (parjure) se rapportant à une déclaration faite en vertu de la présente loi, ou que lors d'un recours en révision prévu par la présente loi devant la Cour ou lors de l'appel de la décision rendue par celle-ci.

L.R. (1985), ch. A-1, art. 65; L.R. (1985), ch. 27 (1ᵉʳ suppl.), art. 187.

Immunité du Commissaire à l'information

**66.** (1) Le Commissaire à l'information et les personnes qui agissent en son nom ou sous son autorité bénéficient de l'immunité en matière civile ou pénale pour les actes accomplis,

*Accès à l'information — 29 août 2011*

done, reported or said in good faith in the course of the exercise or performance or purported exercise or performance of any power, duty or function of the Commissioner under this Act.

les rapports ou comptes rendus établis et les paroles prononcées de bonne foi dans l'exercice effectif ou censé tel des pouvoirs et fonctions qui lui sont conférés en vertu de la présente loi.

Libel or slander

(2) For the purposes of any law relating to libel or slander,

(*a*) anything said, any information supplied or any document or thing produced in good faith in the course of an investigation by or on behalf of the Information Commissioner under this Act is privileged; and

(*b*) any report made in good faith by the Information Commissioner under this Act and any fair and accurate account of the report made in good faith in a newspaper or any other periodical publication or in a broadcast is privileged.

1980-81-82-83, c. 111, Sch. I "66".

Diffamation

(2) Ne peuvent donner lieu à poursuites pour diffamation verbale ou écrite :

*a*) les paroles prononcées, les renseignements fournis ou les pièces produites de bonne foi au cours d'une enquête menée par le Commissaire à l'information ou en son nom dans le cadre de la présente loi;

*b*) les rapports ou comptes rendus établis de bonne foi par le Commissaire à l'information dans le cadre de la présente loi, ainsi que les relations qui en sont faites de bonne foi par la presse écrite ou audio-visuelle.

1980-81-82-83, ch. 111, ann. I « 66 ».

## OFFENCES

## INFRACTIONS

Obstruction

**67.** (1) No person shall obstruct the Information Commissioner or any person acting on behalf or under the direction of the Commissioner in the performance of the Commissioner's duties and functions under this Act.

Entrave

**67.** (1) Il est interdit d'entraver l'action du Commissaire à l'information ou des personnes qui agissent en son nom ou sous son autorité dans l'exercice des pouvoirs et fonctions qui lui sont conférés en vertu de la présente loi.

Offence and punishment

(2) Every person who contravenes this section is guilty of an offence and liable on summary conviction to a fine not exceeding one thousand dollars.

1980-81-82-83, c. 111, Sch. I "67".

Infraction et peine

(2) Quiconque contrevient au présent article est coupable d'une infraction et passible, sur déclaration de culpabilité par procédure sommaire, d'une amende maximale de mille dollars.

1980-81-82-83, ch. 111, ann. I « 67 ».

Obstructing right of access

**67.1** (1) No person shall, with intent to deny a right of access under this Act,

(*a*) destroy, mutilate or alter a record;

(*b*) falsify a record or make a false record;

(*c*) conceal a record; or

(*d*) direct, propose, counsel or cause any person in any manner to do anything mentioned in any of paragraphs (*a*) to (*c*).

Entrave au droit d'accès

**67.1** (1) Nul ne peut, dans l'intention d'entraver le droit d'accès prévu par la présente loi :

*a*) détruire, tronquer ou modifier un document;

*b*) falsifier un document ou faire un faux document;

*c*) cacher un document;

*d*) ordonner, proposer, conseiller ou amener de n'importe quelle façon une autre personne à commettre un acte visé à l'un des alinéas *a*) à *c*).

Offence and punishment

(2) Every person who contravenes subsection (1) is guilty of

(*a*) an indictable offence and liable to imprisonment for a term not exceeding two

Infraction et peine

(2) Quiconque contrevient au paragraphe (1) est coupable :

*a*) soit d'un acte criminel passible d'un emprisonnement maximal de deux ans et d'une

*Access to Information — August 29, 2011*

years or to a fine not exceeding $10,000, or to both; or

(*b*) an offence punishable on summary conviction and liable to imprisonment for a term not exceeding six months or to a fine not exceeding $5,000, or to both.

1999, c. 16, s. 1.

### EXCLUSIONS

Act does not apply to certain materials

**68.** This Act does not apply to

(*a*) published material or material available for purchase by the public;

(*b*) library or museum material preserved solely for public reference or exhibition purposes; or

(*c*) material placed in the Library and Archives of Canada, the National Gallery of Canada, the Canadian Museum of Civilization, the Canadian Museum of Nature, the National Museum of Science and Technology, the Canadian Museum for Human Rights or the Canadian Museum of Immigration at Pier 21 by or on behalf of persons or organizations other than government institutions.

R.S., 1985, c. A-1, s. 68; R.S., 1985, c. 1 (3rd Supp.), s. 12; 1990, c. 3, s. 32; 1992, c. 1, s. 143(E); 2004, c. 11, s. 22; 2008, c. 9, s. 5; 2010, c. 7, s. 5.

Canadian Broadcasting Corporation

**68.1** This Act does not apply to any information that is under the control of the Canadian Broadcasting Corporation that relates to its journalistic, creative or programming activities, other than information that relates to its general administration.

2006, c. 9, s. 159.

Atomic Energy of Canada Limited

**68.2** This Act does not apply to any information that is under the control of Atomic Energy of Canada Limited other than information that relates to

(*a*) its general administration; or

(*b*) its operation of any nuclear facility within the meaning of section 2 of the *Nuclear Safety and Control Act* that is subject to regulation by the Canadian Nuclear Safety Commission established under section 8 of that Act.

2006, c. 9, s. 159.

amende maximale de dix mille dollars, ou de l'une de ces peines;

*b*) soit d'une infraction punissable sur déclaration de culpabilité par procédure sommaire et passible d'un emprisonnement maximal de six mois et d'une amende maximale de cinq mille dollars, ou de l'une de ces peines.

1999, ch. 16, art. 1.

### EXCLUSIONS

**68.** La présente loi ne s'applique pas aux documents suivants:

Non-application de la loi

*a*) les documents publiés ou mis en vente dans le public;

*b*) les documents de bibliothèque ou de musée conservés uniquement à des fins de référence ou d'exposition pour le public;

*c*) les documents déposés à Bibliothèque et Archives du Canada, au Musée des beaux-arts du Canada, au Musée canadien des civilisations, au Musée canadien de la nature, au Musée national des sciences et de la technologie, au Musée canadien des droits de la personne ou au Musée canadien de l'immigration du Quai 21 par des personnes ou organisations extérieures aux institutions fédérales ou pour ces personnes ou organisations.

L.R. (1985), ch. A-1, art. 68; L.R. (1985), ch. 1 (3ᵉ suppl.), art. 12; 1990, ch. 3, art. 32; 1992, ch. 1, art. 143(A); 2004, ch. 11, art. 22; 2008, ch. 9, art. 5; 2010, ch. 7, art. 5.

**68.1** La présente loi ne s'applique pas aux renseignements qui relèvent de la Société Radio-Canada et qui se rapportent à ses activités de journalisme, de création ou de programmation, à l'exception des renseignements qui ont trait à son administration.

Société Radio-Canada

2006, ch. 9, art. 159.

**68.2** La présente loi ne s'applique pas aux renseignements qui relèvent d'Énergie atomique du Canada, Limitée, à l'exception de ceux qui ont trait:

Énergie atomique du Canada, Limitée

*a*) à son administration;

*b*) à l'exploitation de toute installation nucléaire, au sens de l'article 2 de la *Loi sur la sûreté et la réglementation nucléaires*, qui est assujettie à la réglementation de la Commission canadienne de sûreté nucléaire, constituée par l'article 8 de cette loi.

2006, ch. 9, art. 159.

*Accès à l'information — 29 août 2011*

Confidences of the Queen's Privy Council for Canada

**69.** (1) This Act does not apply to confidences of the Queen's Privy Council for Canada, including, without restricting the generality of the foregoing,

(*a*) memoranda the purpose of which is to present proposals or recommendations to Council;

(*b*) discussion papers the purpose of which is to present background explanations, analyses of problems or policy options to Council for consideration by Council in making decisions;

(*c*) agenda of Council or records recording deliberations or decisions of Council;

(*d*) records used for or reflecting communications or discussions between ministers of the Crown on matters relating to the making of government decisions or the formulation of government policy;

(*e*) records the purpose of which is to brief ministers of the Crown in relation to matters that are before, or are proposed to be brought before, Council or that are the subject of communications or discussions referred to in paragraph (*d*);

(*f*) draft legislation; and

(*g*) records that contain information about the contents of any record within a class of records referred to in paragraphs (*a*) to (*f*).

Definition of "Council"

(2) For the purposes of subsection (1), "Council" means the Queen's Privy Council for Canada, committees of the Queen's Privy Council for Canada, Cabinet and committees of Cabinet.

Exception

(3) Subsection (1) does not apply to

(*a*) confidences of the Queen's Privy Council for Canada that have been in existence for more than twenty years; or

(*b*) discussion papers described in paragraph (1)(*b*)

(i) if the decisions to which the discussion papers relate have been made public, or

(ii) where the decisions have not been made public, if four years have passed since the decisions were made.

R.S., 1985, c. A-1, s. 69; 1992, c. 1, s. 144(F).

Documents confidentiels du Conseil privé de la Reine pour le Canada

**69.** (1) La présente loi ne s'applique pas aux documents confidentiels du Conseil privé de la Reine pour le Canada, notamment aux :

*a*) notes destinées à soumettre des propositions ou recommandations au Conseil;

*b*) documents de travail destinés à présenter des problèmes, des analyses ou des options politiques à l'examen du Conseil;

*c*) ordres du jour du Conseil ou procès-verbaux de ses délibérations ou décisions;

*d*) documents employés en vue ou faisant état de communications ou de discussions entre ministres sur des questions liées à la prise des décisions du gouvernement ou à la formulation de sa politique;

*e*) documents d'information à l'usage des ministres sur des questions portées ou qu'il est prévu de porter devant le Conseil, ou sur des questions qui font l'objet des communications ou discussions visées à l'alinéa *d*);

*f*) avant-projets de loi ou projets de règlement;

*g*) documents contenant des renseignements relatifs à la teneur des documents visés aux alinéas *a*) à *f*).

Définition de « Conseil »

(2) Pour l'application du paragraphe (1), «Conseil» s'entend du Conseil privé de la Reine pour le Canada, du Cabinet et de leurs comités respectifs.

Exception

(3) Le paragraphe (1) ne s'applique pas :

*a*) aux documents confidentiels du Conseil privé de la Reine pour le Canada dont l'existence remonte à plus de vingt ans;

*b*) aux documents de travail visés à l'alinéa (1)*b*), dans les cas où les décisions auxquelles ils se rapportent ont été rendues publiques ou, à défaut de publicité, ont été rendues quatre ans auparavant.

L.R. (1985), ch. A-1, art. 69; 1992, ch. 1, art. 144(F).

*Access to Information — August 29, 2011*

Certificate under
*Canada Evidence Act*

**69.1** (1) Where a certificate under section 38.13 of the *Canada Evidence Act* prohibiting the disclosure of information contained in a record is issued before a complaint is filed under this Act in respect of a request for access to that information, this Act does not apply to that information.

Certificate
following filing
of complaint

(2) Notwithstanding any other provision of this Act, where a certificate under section 38.13 of the *Canada Evidence Act* prohibiting the disclosure of information contained in a record is issued after the filing of a complaint under this Act in relation to a request for access to that information,

(*a*) all proceedings under this Act in respect of the complaint, including an investigation, appeal or judicial review, are discontinued;

(*b*) the Information Commissioner shall not disclose the information and shall take all necessary precautions to prevent its disclosure; and

(*c*) the Information Commissioner shall, within 10 days after the certificate is published in the *Canada Gazette*, return the information to the head of the government institution that controls the information.

2001, c. 41, s. 87.

## GENERAL

Duties and
functions of
designated
Minister

**70.** (1) Subject to subsection (2), the designated Minister shall

(*a*) cause to be kept under review the manner in which records under the control of government institutions are maintained and managed to ensure compliance with the provisions of this Act and the regulations relating to access to records;

(*b*) prescribe such forms as may be required for the operation of this Act and the regulations;

(*c*) cause to be prepared and distributed to government institutions directives and guidelines concerning the operation of this Act and the regulations;

(*c*.1) cause statistics to be collected on an annual basis for the purpose of assessing the

Certificat en
vertu de la *Loi
sur la preuve au
Canada*

**69.1** (1) Dans le cas où a été délivré au titre de l'article 38.13 de la *Loi sur la preuve au Canada* un certificat interdisant la divulgation de renseignements contenus dans un document avant le dépôt d'une plainte au titre de la présente loi à l'égard d'une demande de communication de ces renseignements, la présente loi ne s'applique pas à ces renseignements.

Certificat
postérieur au
dépôt d'une
plainte

(2) Par dérogation aux autres dispositions de la présente loi, dans le cas où a été délivré au titre de l'article 38.13 de la *Loi sur la preuve au Canada* un certificat interdisant la divulgation de renseignements contenus dans un document après le dépôt d'une plainte au titre de la présente loi relativement à une demande de communication de ces renseignements :

*a*) toutes les procédures — notamment une enquête, un appel ou une révision judiciaire — prévues par la présente loi portant sur la plainte sont interrompues;

*b*) le Commissaire à l'information ne peut divulguer les renseignements et prend les précautions nécessaires pour empêcher leur divulgation;

*c*) le Commissaire à l'information renvoie les renseignements au responsable de l'institution fédérale dont relève le document dans les dix jours suivant la publication du certificat dans la *Gazette du Canada*.

2001, ch. 41, art. 87.

## DISPOSITIONS GÉNÉRALES

Responsabilités
du ministre
désigné

**70.** (1) Sous réserve du paragraphe (2), le ministre désigné est responsable :

*a*) du contrôle des modalités de tenue et de gestion des documents relevant des institutions fédérales dans le but d'en assurer la conformité avec la présente loi et ses règlements;

*b*) de l'établissement des formulaires nécessaires à la mise en œuvre de la présente loi et de ses règlements;

*c*) de la rédaction des instructions et directives nécessaires à la mise en œuvre de la présente loi et de ses règlements et de leur diffusion auprès des institutions fédérales;

*c*.1) de la collecte annuelle de données statistiques permettant de faire une évaluation

*Accès à l'information — 29 août 2011*

compliance of government institutions with the provisions of this Act and the regulations relating to access; and

(*d*) prescribe the form of, and what information is to be included in, reports made to Parliament under section 72.

du respect de la présente loi et de ses règlements par les institutions fédérales;

*d*) de la détermination de la forme et du fond des rapports au Parlement visés à l'article 72.

Duties and functions of designated Minister

(1.1) The designated Minister may fix the number of officers or employees of the Information Commissioner for the purposes of subsection 59(2).

(1.1) Le ministre désigné peut fixer le nombre de cadres ou d'employés du commissariat pour l'application du paragraphe 59(2).

Responsabilités du ministre désigné

Exception for Bank of Canada

(2) Anything that is required to be done by the designated Minister under paragraph (1)(*a*) or (*c*) shall be done in respect of the Bank of Canada by the Governor of the Bank of Canada.

R.S., 1985, c. A-1, s. 70; 2006, c. 9, s. 161.

(2) Les responsabilités du ministre désigné définies aux alinéas (1)*a*) et *c*) incombent, dans le cas de la Banque du Canada, au gouverneur de celle-ci.

L.R. (1985), ch. A-1, art. 70; 2006, ch. 9, art. 161.

Exception dans le cas de la Banque du Canada

Manuals may be inspected by public

**71.** (1) The head of every government institution shall, not later than July 1, 1985, provide facilities at the headquarters of the institution and at such offices of the institution as are reasonably practicable where the public may inspect any manuals used by employees of the institution in administering or carrying out programs or activities of the institution that affect the public.

**71.** (1) Chacun des responsables d'une institution fédérale est tenu, au plus tard le 1ᵉʳ juillet 1985, de fournir, au siège de l'institution et dans les autres bureaux de l'institution où il est possible sans problèmes sérieux de le faire, des installations de consultation par le public des manuels dont se servent les fonctionnaires pour les programmes et les activités de l'institution qui touchent le public.

Consultation des manuels

Exempt information may be excluded

(2) Any information on the basis of which the head of a government institution would be authorized to refuse to disclose a part of a record requested under this Act may be excluded from any manuals that may be inspected by the public pursuant to subsection (1).

1980-81-82-83, c. 111, Sch. I "71".

(2) Les renseignements qui justifient de la part du responsable d'une institution fédérale un refus de communication totale ou partielle d'un document peuvent être enlevés des manuels visés au paragraphe (1).

1980-81-82-83, ch. 111, ann. I « 71 ».

Exclusion des renseignements protégés

Report to Parliament

**72.** (1) The head of every government institution shall prepare for submission to Parliament an annual report on the administration of this Act within the institution during each financial year.

**72.** (1) À la fin de chaque exercice, chacun des responsables d'une institution fédérale établit pour présentation au Parlement le rapport d'application de la présente loi en ce qui concerne son institution.

Rapports au Parlement

Tabling of report

(2) Every report prepared under subsection (1) shall be laid before each House of Parliament within three months after the financial year in respect of which it is made or, if that House is not then sitting, on any of the first fifteen days next thereafter that it is sitting.

(2) Dans les trois mois suivant la fin de chaque exercice, les rapports visés au paragraphe (1) sont déposés devant chaque chambre du Parlement ou, si elle ne siège pas, dans les quinze premiers jours de séance ultérieurs.

Remise des rapports

Reference to Parliamentary committee

(3) Every report prepared under subsection (1) shall, after it is laid before the Senate and the House of Commons under subsection (2), be referred to the committee designated or es-

(3) Les rapports déposés conformément au paragraphe (2) sont renvoyés devant le comité désigné ou constitué par le Parlement en application du paragraphe 75(1).

1980-81-82-83, ch. 111, ann. I « 72 ».

Renvoi en comité

*Access to Information — August 29, 2011*

tablished by Parliament for the purpose of subsection 75(1).

1980-81-82-83, c. 111, Sch. I "72".

Report of expenses

**72.1** The head of a department or a ministry of state of the Government of Canada shall publish an annual report of all expenses incurred by his or her office and paid out of the Consolidated Revenue Fund.

2006, c. 9, s. 162.

Delegation by the head of a government institution

**73.** The head of a government institution may, by order, designate one or more officers or employees of that institution to exercise or perform any of the powers, duties or functions of the head of the institution under this Act that are specified in the order.

1980-81-82-83, c. 111, Sch. I "73".

Protection from civil proceeding or from prosecution

**74.** Notwithstanding any other Act of Parliament, no civil or criminal proceedings lie against the head of any government institution, or against any person acting on behalf or under the direction of the head of a government institution, and no proceedings lie against the Crown or any government institution, for the disclosure in good faith of any record or any part of a record pursuant to this Act, for any consequences that flow from that disclosure, or for the failure to give any notice required under this Act if reasonable care is taken to give the required notice.

1980-81-82-83, c. 111, Sch. I "74".

Permanent review of Act by Parliamentary committee

**75.** (1) The administration of this Act shall be reviewed on a permanent basis by such committee of the House of Commons, of the Senate or of both Houses of Parliament as may be designated or established by Parliament for that purpose.

Review and report to Parliament

(2) The committee designated or established by Parliament for the purpose of subsection (1) shall, not later than July 1, 1986, undertake a comprehensive review of the provisions and operation of this Act, and shall within a year after the review is undertaken or within such further time as the House of Commons may authorize, submit a report to Parliament thereon including a statement of any changes the committee would recommend.

1980-81-82-83, c. 111, Sch. I "75".

**72.1** Le responsable de tout ministère ou département d'État relevant du gouvernement du Canada publie chaque année un rapport sur toutes les dépenses engagées relativement à son bureau et payées sur le Trésor.

2006, ch. 9, art. 162.

Rapport sur les dépenses

**73.** Le responsable d'une institution fédérale peut, par arrêté, déléguer certaines de ses attributions à des cadres ou employés de l'institution.

1980-81-82-83, ch. 111, ann. I « 73 ».

Pouvoir de délégation du responsable d'une institution

**74.** Nonobstant toute autre loi fédérale, le responsable d'une institution fédérale et les personnes qui agissent en son nom ou sous son autorité bénéficient de l'immunité en matière civile ou pénale, et la Couronne ainsi que les institutions fédérales bénéficient de l'immunité devant toute juridiction, pour la communication totale ou partielle d'un document faite de bonne foi dans le cadre de la présente loi ainsi que pour les conséquences qui en découlent; ils bénéficient également de l'immunité dans les cas où, ayant fait preuve de la diligence nécessaire, ils n'ont pu donner les avis prévus par la présente loi.

1980-81-82-83, ch. 111, ann. I « 74 ».

Immunité

**75.** (1) Le Parlement désigne ou constitue un comité, soit de la Chambre des communes, soit du Sénat, soit mixte, chargé spécialement de l'examen permanent de l'application de la présente loi.

Examen permanent par un comité parlementaire

(2) Le comité prévu au paragraphe (1) entreprend, au plus tard le 1er juillet 1986, un examen approfondi des dispositions de la présente loi ainsi que des conséquences de son application en vue de la présentation, dans un délai d'un an à compter du début de l'examen ou tel délai plus long autorisé par la Chambre des communes, d'un rapport au Parlement où seront consignées ses conclusions ainsi que ses recommandations, s'il y a lieu, quant aux modifications qui seraient souhaitables.

1980-81-82-83, ch. 111, ann. I « 75 ».

Rapport au Parlement

*Accès à l'information — 29 août 2011*

Binding on Crown

**76.** This Act is binding on Her Majesty in right of Canada.

1980-81-82-83, c. 111, Sch. I "76".

Regulations

**77.** (1) The Governor in Council may make regulations

(*a*) prescribing limitations in respect of the format in which records are to be provided under subsection 4(2.1);

(*a.1*) prescribing limitations in respect of records that can be produced from machine readable records for the purpose of subsection 4(3);

(*b*) prescribing the procedure to be followed in making and responding to a request for access to a record under this Act;

(*c*) prescribing, for the purpose of subsection 8(1), the conditions under which a request may be transferred from one government institution to another;

(*d*) prescribing a fee for the purpose of paragraph 11(1)(*a*) and the manner of calculating fees or amounts payable for the purposes of paragraphs 11(1)(*b*) and (*c*) and subsections 11(2) and (3);

(*e*) prescribing, for the purpose of subsection 12(1), the manner or place in which access to a record or a part thereof shall be given;

(*f*) specifying investigative bodies for the purpose of paragraph 16(1)(*a*);

(*g*) specifying classes of investigations for the purpose of paragraph 16(4)(*c*);

(*h*) prescribing the procedures to be followed by the Information Commissioner and any person acting on behalf or under the direction of the Information Commissioner in examining or obtaining copies of records relevant to an investigation of a complaint in respect of a refusal to disclose a record or a part of a record under paragraph 13(1)(*a*) or (*b*) or section 15; and

(*i*) prescribing criteria for adding a body or office to Schedule I.

Additions to Schedule I

(2) The Governor in Council may, by order, amend Schedule I by adding thereto any depart-

**76.** La présente loi lie Sa Majesté du chef du Canada.

1980-81-82-83, ch. 111, ann. I « 76 ».

La Couronne est liée

**77.** (1) Le gouverneur en conseil peut, par règlement :

*a*) prévoir les restrictions applicables au support sur lequel le document peut être communiqué aux termes du paragraphe 4(2.1);

*a.1*) prévoir, pour l'application du paragraphe 4(3), les restrictions applicables à la préparation des documents issus de documents informatisés;

*b*) établir les formalités à suivre pour les demandes de communication de documents et les réponses à y apporter;

*c*) fixer, pour l'application du paragraphe 8(1), les conditions de transmission des demandes d'une institution fédérale à une autre;

*d*) fixer le montant des droits prévus à l'alinéa 11(1)*a*) et déterminer le mode de calcul du montant exigible en vertu des alinéas 11(1)*b*) et *c*) et des paragraphes 11(2) et (3);

*e*) déterminer, pour l'application du paragraphe 12(1), les modalités d'exercice de l'accès aux documents ou le lieu de leur consultation;

*f*) déterminer les organismes d'enquête prévus à l'alinéa 16(1)*a*);

*g*) préciser les catégories d'enquêtes pour l'application de l'alinéa 16(4)*c*);

*h*) fixer les règles à suivre par le Commissaire à l'information et les personnes agissant en son nom ou sous son autorité en ce qui a trait à l'examen ou à l'obtention de copies des documents dont ils ont à prendre connaissance au cours des enquêtes portant sur des refus de communication totale ou partielle fondés sur les alinéas 13(1)*a*) ou *b*) ou l'article 15.

*i*) fixer les critères à appliquer pour ajouter des organismes à l'annexe I.

Règlements

(2) Le gouverneur en conseil peut, par décret, ajouter à l'annexe I tout ministère, dépar-

Additions à l'ann. I

*Access to Information — August 29, 2011*

ment, ministry of state, body or office of the Government of Canada.

R.S., 1985, c. A-1, s. 77; 1992, c. 21, s. 5; 2006, c. 9, s. 163.

tement d'État ou organisme de l'administration fédérale.

L.R. (1985), ch. A-1, art. 77; 1992, ch. 21, art. 5; 2006, ch. 9, art. 163.

*Accès à l'information — 29 août 2011*

| SCHEDULE I | ANNEXE I |
|---|---|
| *(Section 3)* | *(article 3)* |
| GOVERNMENT INSTITUTIONS | INSTITUTIONS FÉDÉRALES |

| DEPARTMENTS AND MINISTRIES OF STATE | MINISTÈRES ET DÉPARTEMENTS D'ÉTAT |
|---|---|

Department of Agriculture and Agri-Food
*Ministère de l'Agriculture et de l'Agroalimentaire*

Department of Canadian Heritage
*Ministère du Patrimoine canadien*

Department of Citizenship and Immigration
*Ministère de la Citoyenneté et de l'Immigration*

Department of the Environment
*Ministère de l'Environnement*

Department of Finance
*Ministère des Finances*

Department of Fisheries and Oceans
*Ministère des Pêches et des Océans*

Department of Foreign Affairs and International Trade
*Ministère des Affaires étrangères et du Commerce international*

Department of Health
*Ministère de la Santé*

Department of Human Resources and Skills Development
*Ministère des Ressources humaines et du Développement des compétences*

Department of Indian Affairs and Northern Development
*Ministère des Affaires indiennes et du Nord canadien*

Department of Industry
*Ministère de l'Industrie*

Department of Justice
*Ministère de la Justice*

Department of National Defence
*Ministère de la Défense nationale*

Department of Natural Resources
*Ministère des Ressources naturelles*

Department of Public Safety and Emergency Preparedness
*Ministère de la Sécurité publique et de la Protection civile*

Department of Public Works and Government Services
*Ministère des Travaux publics et des Services gouvernementaux*

Department of Transport
*Ministère des Transports*

Department of Veterans Affairs
*Ministère des Anciens Combattants*

Department of Western Economic Diversification
*Ministère de la Diversification de l'économie de l'Ouest canadien*

Ministère de la Citoyenneté et de l'Immigration
*Department of Citizenship and Immigration*

Ministère de la Défense nationale
*Department of National Defence*

Ministère de la Diversification de l'économie de l'Ouest canadien
*Department of Western Economic Diversification*

Ministère de l'Agriculture et de l'Agroalimentaire
*Department of Agriculture and Agri-Food*

Ministère de la Justice
*Department of Justice*

Ministère de la Santé
*Department of Health*

Ministère de la Sécurité publique et de la Protection civile
*Department of Public Safety and Emergency Preparedness*

Ministère de l'Environnement
*Department of the Environment*

Ministère de l'Industrie
*Department of Industry*

Ministère des Affaires étrangères et du Commerce international
*Department of Foreign Affairs and International Trade*

Ministère des Affaires indiennes et du Nord canadien
*Department of Indian Affairs and Northern Development*

Ministère des Anciens Combattants
*Department of Veterans Affairs*

Ministère des Finances
*Department of Finance*

Ministère des Pêches et des Océans
*Department of Fisheries and Oceans*

Ministère des Ressources humaines et du Développement des compétences
*Department of Human Resources and Skills Development*

Ministère des Ressources naturelles
*Department of Natural Resources*

Ministère des Transports
*Department of Transport*

Ministère des Travaux publics et des Services gouvernementaux
*Department of Public Works and Government Services*

Ministère du Patrimoine canadien
*Department of Canadian Heritage*

| OTHER GOVERNMENT INSTITUTIONS | AUTRES INSTITUTIONS FÉDÉRALES |
|---|---|

Asia-Pacific Foundation of Canada
*Fondation Asie-Pacifique du Canada*

Assisted Human Reproduction Agency of Canada
*Agence canadienne de contrôle de la procréation assistée*

Atlantic Canada Opportunities Agency
*Agence de promotion économique du Canada atlantique*

Belledune Port Authority
*Administration portuaire de Belledune*

British Columbia Treaty Commission
*Commission des traités de la Colombie-Britannique*

Administrateur de l'Office du transport du grain
*Grain Transportation Agency Administrator*

Administration du pipe-line du Nord
*Northern Pipeline Agency*

Administration du Régime de soins de santé de la fonction publique fédérale
*Federal Public Service Health Care Plan Administration Authority*

Administration du rétablissement agricole des Prairies
*Prairie Farm Rehabilitation Administration*

Administration portuaire de Belledune
*Belledune Port Authority*

*Access to Information — August 29, 2011*

Canada Border Services Agency
*Agence des services frontaliers du Canada*
Canada Emission Reduction Incentives Agency
*Agence canadienne pour l'incitation à la réduction des émissions*
Canada Employment Insurance Commission
*Commission de l'assurance-emploi du Canada*
Canada Foundation for Innovation
*Fondation canadienne pour l'innovation*
Canada Foundation for Sustainable Development Technology
*Fondation du Canada pour l'appui technologique au développement durable*
Canada Industrial Relations Board
*Conseil canadien des relations industrielles*
Canada-Newfoundland Offshore Petroleum Board
*Office Canada — Terre-Neuve des hydrocarbures extracôtiers*
Canada-Nova Scotia Offshore Petroleum Board
*Office Canada — Nouvelle-Écosse des hydrocarbures extracôtiers*
Canada Revenue Agency
*Agence du revenu du Canada*
Canada School of Public Service
*École de la fonction publique du Canada*
Canadian Advisory Council on the Status of Women
*Conseil consultatif canadien de la situation de la femme*
Canadian Artists and Producers Professional Relations Tribunal
*Tribunal canadien des relations professionnelles artistes-producteurs*
Canadian Centre for Occupational Health and Safety
*Centre canadien d'hygiène et de sécurité au travail*
Canadian Cultural Property Export Review Board
*Commission canadienne d'examen des exportations de biens culturels*
Canadian Environmental Assessment Agency
*Agence canadienne d'évaluation environnementale*
Canadian Food Inspection Agency
*Agence canadienne d'inspection des aliments*
Canadian Forces
*Forces canadiennes*
Canadian Forces Grievance Board
*Comité des griefs des Forces canadiennes*
Canadian Government Specifications Board
*Office des normes du gouvernement canadien*
Canadian Grain Commission
*Commission canadienne des grains*
Canadian Human Rights Commission
*Commission canadienne des droits de la personne*
Canadian Human Rights Tribunal
*Tribunal canadien des droits de la personne*
Canadian Institutes of Health Research
*Instituts de recherche en santé du Canada*
Canadian International Development Agency
*Agence canadienne de développement international*
Canadian International Trade Tribunal
*Tribunal canadien du commerce extérieur*
Canadian Museum for Human Rights
*Musée canadien des droits de la personne*
Canadian Museum of Immigration at Pier 21
*Musée canadien de l'immigration du Quai 21*

Administration portuaire de Halifax
*Halifax Port Authority*
Administration portuaire de Hamilton
*Hamilton Port Authority*
Administration portuaire de Montréal
*Montreal Port Authority*
Administration portuaire de Nanaïmo
*Nanaimo Port Authority*
Administration portuaire de Port-Alberni
*Port Alberni Port Authority*
Administration portuaire de Prince-Rupert
*Prince Rupert Port Authority*
Administration portuaire de Québec
*Quebec Port Authority*
Administration portuaire de Saint-Jean
*Saint John Port Authority*
Administration portuaire de Sept-Îles
*Sept-Îles Port Authority*
Administration portuaire de St. John's
*St. John's Port Authority*
Administration portuaire de Thunder Bay
*Thunder Bay Port Authority*
Administration portuaire de Toronto
*Toronto Port Authority*
Administration portuaire de Trois-Rivières
*Trois-Rivières Port Authority*
Administration portuaire de Vancouver
*Vancouver Port Authority*
Administration portuaire de Windsor
*Windsor Port Authority*
Administration portuaire du fleuve Fraser
*Fraser River Port Authority*
Administration portuaire du North-Fraser
*North Fraser Port Authority*
Administration portuaire du Saguenay
*Saguenay Port Authority*
Agence canadienne de contrôle de la procréation assistée
*Assisted Human Reproduction Agency of Canada*
Agence canadienne de développement économique du Nord
*Canadian Northern Economic Development Agency*
Agence canadienne de développement international
*Canadian International Development Agency*
Agence canadienne d'évaluation environnementale
*Canadian Environmental Assessment Agency*
Agence canadienne d'inspection des aliments
*Canadian Food Inspection Agency*
Agence canadienne pour l'incitation à la réduction des émissions
*Canada Emission Reduction Incentives Agency*
Agence de développement économique du Canada pour les régions du Québec
*Economic Development Agency of Canada for the Regions of Quebec*
Agence de gestion des ressources humaines de la fonction publique du Canada
*Public Service Human Resources Management Agency of Canada*
Agence de la consommation en matière financière du Canada
*Financial Consumer Agency of Canada*

*Accès à l'information — 29 août 2011*

Canadian Northern Economic Development Agency
*Agence canadienne de développement économique du Nord*

Canadian Nuclear Safety Commission
*Commission canadienne de sûreté nucléaire*

Canadian Polar Commission
*Commission canadienne des affaires polaires*

Canadian Radio-television and Telecommunications Commission
*Conseil de la radiodiffusion et des télécommunications canadiennes*

Canadian Security Intelligence Service
*Service canadien du renseignement de sécurité*

Canadian Space Agency
*Agence spatiale canadienne*

Canadian Transportation Accident Investigation and Safety Board
*Bureau canadien d'enquête sur les accidents de transport et de la sécurité des transports*

Canadian Transportation Agency
*Office des transports du Canada*

Canadian Wheat Board
*Commission canadienne du blé*

Copyright Board
*Commission du droit d'auteur*

Corporation for the Mitigation of Mackenzie Gas Project Impacts
*Société d'atténuation des répercussions du projet gazier Mackenzie*

Correctional Service of Canada
*Service correctionnel du Canada*

Director of Soldier Settlement
*Directeur de l'établissement de soldats*

The Director, The Veterans' Land Act
*Directeur des terres destinées aux anciens combattants*

Economic Development Agency of Canada for the Regions of Quebec
*Agence de développement économique du Canada pour les régions du Québec*

Energy Supplies Allocation Board
*Office de répartition des approvisionnements d'énergie*

Federal Economic Development Agency for Southern Ontario
*Agence fédérale de développement économique pour le Sud de l'Ontario*

Federal-Provincial Relations Office
*Secrétariat des relations fédérales-provinciales*

Federal Public Service Health Care Plan Administration Authority
*Administration du Régime de soins de santé de la fonction publique fédérale*

Financial Consumer Agency of Canada
*Agence de la consommation en matière financière du Canada*

Financial Transactions and Reports Analysis Centre of Canada
*Centre d'analyse des opérations et déclarations financières du Canada*

First Nations Financial Management Board
*Conseil de gestion financière des premières nations*

First Nations Statistical Institute
*Institut de la statistique des premières nations*

First Nations Tax Commission
*Commission de la fiscalité des premières nations*

Fraser River Port Authority
*Administration portuaire du fleuve Fraser*

Agence de la santé publique du Canada
*Public Health Agency of Canada*

Agence de promotion économique du Canada atlantique
*Atlantic Canada Opportunities Agency*

Agence des services frontaliers du Canada
*Canada Border Services Agency*

Agence du revenu du Canada
*Canada Revenue Agency*

Agence fédérale de développement économique pour le Sud de l'Ontario
*Federal Economic Development Agency for Southern Ontario*

Agence Parcs Canada
*Parks Canada Agency*

Agence spatiale canadienne
*Canadian Space Agency*

Bibliothèque et Archives du Canada
*Library and Archives of Canada*

Bureau canadien d'enquête sur les accidents de transport et de la sécurité des transports
*Canadian Transportation Accident Investigation and Safety Board*

Bureau de la coordonnatrice de la situation de la femme
*Office of the Co-ordinator, Status of Women*

Bureau de l'administrateur de la Caisse d'indemnisation des dommages dus à la pollution par les hydrocarbures causée par les navires
*Office of the Administrator of the Ship-source Oil Pollution Fund*

Bureau de l'enquêteur correctionnel du Canada
*Office of the Correctional Investigator of Canada*

Bureau de l'infrastructure du Canada
*Office of Infrastructure of Canada*

Bureau de l'Inspecteur général du service canadien du renseignement de sécurité
*Office of the Inspector General of the Canadian Security Intelligence Service*

Bureau de privatisation et des affaires réglementaires
*Office of Privatization and Regulatory Affairs*

Bureau du Conseil privé
*Privy Council Office*

Bureau du contrôleur général
*Office of the Comptroller General*

Bureau du directeur des poursuites pénales
*Office of the Director of Public Prosecutions*

Bureau du directeur général des élections
*Office of the Chief Electoral Officer*

Bureau du surintendant des institutions financières
*Office of the Superintendent of Financial Institutions*

Bureau du vérificateur général du Canada
*Office of the Auditor General of Canada*

Centre canadien d'hygiène et de sécurité au travail
*Canadian Centre for Occupational Health and Safety*

Centre d'analyse des opérations et déclarations financières du Canada
*Financial Transactions and Reports Analysis Centre of Canada*

Centre international des droits de la personne et du développement démocratique
*International Centre for Human Rights and Democratic Development*

Comité des griefs des Forces canadiennes
*Canadian Forces Grievance Board*

*Access to Information — August 29, 2011*

Grain Transportation Agency Administrator
*Administrateur de l'Office du transport du grain*

Gwich'in Land and Water Board
*Office gwich'in des terres et des eaux*

Gwich'in Land Use Planning Board
*Office gwich'in d'aménagement territorial*

Halifax Port Authority
*Administration portuaire de Halifax*

Hamilton Port Authority
*Administration portuaire de Hamilton*

Hazardous Materials Information Review Commission
*Conseil de contrôle des renseignements relatifs aux matières dangereuses*

Historic Sites and Monuments Board of Canada
*Commission des lieux et monuments historiques du Canada*

Immigration and Refugee Board
*Commission de l'immigration et du statut de réfugié*

Indian Residential Schools Truth and Reconciliation Commission
*Commission de vérité et de réconciliation relative aux pensionnats indiens*

Indian Residential Schools Truth and Reconciliation Commission Secretariat
*Secrétariat de la Commission de vérité et de réconciliation relative aux pensionnats indiens*

International Centre for Human Rights and Democratic Development
*Centre international des droits de la personne et du développement démocratique*

Law Commission of Canada
*Commission du droit du Canada*

Library and Archives of Canada
*Bibliothèque et Archives du Canada*

Mackenzie Valley Environmental Impact Review Board
*Office d'examen des répercussions environnementales de la vallée du Mackenzie*

Mackenzie Valley Land and Water Board
*Office des terres et des eaux de la vallée du Mackenzie*

Merchant Seamen Compensation Board
*Commission d'indemnisation des marins marchands*

Military Police Complaints Commission
*Commission d'examen des plaintes concernant la police militaire*

Montreal Port Authority
*Administration portuaire de Montréal*

Nanaimo Port Authority
*Administration portuaire de Nanaïmo*

The National Battlefields Commission
*Commission des champs de bataille nationaux*

National Energy Board
*Office national de l'énergie*

National Farm Products Council
*Conseil national des produits agricoles*

National Film Board
*Office national du film*

National Parole Board
*Commission nationale des libérations conditionnelles*

National Research Council of Canada
*Conseil national de recherches du Canada*

National Round Table on the Environment and the Economy
*Table ronde nationale sur l'environnement et l'économie*

Comité de surveillance des activités de renseignement de sécurité
*Security Intelligence Review Committee*

Comité externe d'examen de la Gendarmerie royale du Canada
*Royal Canadian Mounted Police External Review Committee*

Commissariat à la protection de la vie privée
*Office of the Privacy Commissioner*

Commissariat à l'information
*Office of the Information Commissioner*

Commissariat à l'intégrité du secteur public
*Office of the Public Sector Integrity Commissioner*

Commissariat au lobbying
*Office of the Commissioner of Lobbying*

Commissariat aux langues officielles
*Office of the Commissioner of Official Languages*

Commission canadienne des affaires polaires
*Canadian Polar Commission*

Commission canadienne des droits de la personne
*Canadian Human Rights Commission*

Commission canadienne des grains
*Canadian Grain Commission*

Commission canadienne de sûreté nucléaire
*Canadian Nuclear Safety Commission*

Commission canadienne d'examen des exportations de biens culturels
*Canadian Cultural Property Export Review Board*

Commission canadienne du blé
*Canadian Wheat Board*

Commission d'appel des pensions
*Pension Appeals Board*

Commission de la fiscalité des premières nations
*First Nations Tax Commission*

Commission de la fonction publique
*Public Service Commission*

Commission de l'assurance-emploi du Canada
*Canada Employment Insurance Commission*

Commission de l'immigration et du statut de réfugié
*Immigration and Refugee Board*

Commission de révision des lois
*Statute Revision Commission*

Commission des champs de bataille nationaux
*The National Battlefields Commission*

Commission des lieux et monuments historiques du Canada
*Historic Sites and Monuments Board of Canada*

Commission des plaintes du public contre la Gendarmerie royale du Canada
*Royal Canadian Mounted Police Public Complaints Commission*

Commission des relations de travail dans la fonction publique
*Public Service Labour Relations Board*

Commission des traités de la Colombie-Britannique
*British Columbia Treaty Commission*

Commission de vérité et de réconciliation relative aux pensionnats indiens
*Indian Residential Schools Truth and Reconciliation Commission*

Commission d'examen des plaintes concernant la police militaire
*Military Police Complaints Commission*

Commission d'indemnisation des marins marchands
*Merchant Seamen Compensation Board*

*Accès à l'information — 29 août 2011*

Natural Sciences and Engineering Research Council
*Conseil de recherches en sciences naturelles et en génie*

Northern Pipeline Agency
*Administration du pipe-line du Nord*

North Fraser Port Authority
*Administration portuaire du North-Fraser*

Northwest Territories Water Board
*Office des eaux des Territoires du Nord-Ouest*

Nunavut Surface Rights Tribunal
*Tribunal des droits de surface du Nunavut*

Nunavut Water Board
*Office des eaux du Nunavut*

Office of Infrastructure of Canada
*Bureau de l'infrastructure du Canada*

Office of Privatization and Regulatory Affairs
*Bureau de privatisation et des affaires réglementaires*

Office of the Administrator of the Ship-source Oil Pollution Fund
*Bureau de l'administrateur de la Caisse d'indemnisation des dommages dus à la pollution par les hydrocarbures causée par les navires*

Office of the Auditor General of Canada
*Bureau du vérificateur général du Canada*

Office of the Chief Electoral Officer
*Bureau du directeur général des élections*

Office of the Commissioner of Lobbying
*Commissariat au lobbying*

Office of the Commissioner of Official Languages
*Commissariat aux langues officielles*

Office of the Comptroller General
*Bureau du contrôleur général*

Office of the Co-ordinator, Status of Women
*Bureau de la coordonnatrice de la situation de la femme*

Office of the Correctional Investigator of Canada
*Bureau de l'enquêteur correctionnel du Canada*

Office of the Director of Public Prosecutions
*Bureau du directeur des poursuites pénales*

Office of the Information Commissioner
*Commissariat à l'information*

Office of the Inspector General of the Canadian Security Intelligence Service
*Bureau de l'Inspecteur général du service canadien du renseignement de sécurité*

Office of the Privacy Commissioner
*Commissariat à la protection de la vie privée*

Office of the Public Sector Integrity Commissioner
*Commissariat à l'intégrité du secteur public*

Office of the Superintendent of Financial Institutions
*Bureau du surintendant des institutions financières*

Parks Canada Agency
*Agence Parcs Canada*

Patented Medicine Prices Review Board
*Conseil d'examen du prix des médicaments brevetés*

Pension Appeals Board
*Commission d'appel des pensions*

Petroleum Compensation Board
*Office des indemnisations pétrolières*

The Pierre Elliott Trudeau Foundation
*La Fondation Pierre-Elliott-Trudeau*

Commission du droit d'auteur
*Copyright Board*

Commission du droit du Canada
*Law Commission of Canada*

Commission nationale des libérations conditionnelles
*National Parole Board*

Conseil canadien des relations industrielles
*Canada Industrial Relations Board*

Conseil consultatif canadien de la situation de la femme
*Canadian Advisory Council on the Status of Women*

Conseil de contrôle des renseignements relatifs aux matières dangereuses
*Hazardous Materials Information Review Commission*

Conseil de gestion financière des premières nations
*First Nations Financial Management Board*

Conseil de la radiodiffusion et des télécommunications canadiennes
*Canadian Radio-television and Telecommunications Commission*

Conseil de recherches en sciences humaines
*Social Sciences and Humanities Research Council*

Conseil de recherches en sciences naturelles et en génie
*Natural Sciences and Engineering Research Council*

Conseil des subventions au développement régional
*Regional Development Incentives Board*

Conseil d'examen du prix des médicaments brevetés
*Patented Medicine Prices Review Board*

Conseil national de recherches du Canada
*National Research Council of Canada*

Conseil national des produits agricoles
*National Farm Products Council*

Directeur de l'établissement de soldats
*Director of Soldier Settlement*

Directeur des terres destinées aux anciens combattants
*The Director, The Veterans' Land Act*

École de la fonction publique du Canada
*Canada School of Public Service*

Fondation Asie-Pacifique du Canada
*Asia-Pacific Foundation of Canada*

Fondation canadienne pour l'innovation
*Canada Foundation for Innovation*

Fondation du Canada pour l'appui technologique au développement durable
*Canada Foundation for Sustainable Development Technology*

Forces canadiennes
*Canadian Forces*

Gendarmerie royale du Canada
*Royal Canadian Mounted Police*

Greffe du Tribunal de la protection des fonctionnaires divulgateurs d'actes répréhensibles
*Registry of the Public Servants Disclosure Protection Tribunal*

Institut de la statistique des premières nations
*First Nations Statistical Institute*

Instituts de recherche en santé du Canada
*Canadian Institutes of Health Research*

La Fondation Pierre-Elliott-Trudeau
*The Pierre Elliott Trudeau Foundation*

Musée canadien de l'immigration du Quai 21
*Canadian Museum of Immigration at Pier 21*

*Access to Information — August 29, 2011*

Port Alberni Port Authority
*Administration portuaire de Port-Alberni*

Prairie Farm Rehabilitation Administration
*Administration du rétablissement agricole des Prairies*

Prince Rupert Port Authority
*Administration portuaire de Prince-Rupert*

Privy Council Office
*Bureau du Conseil privé*

Public Appointments Commission Secretariat
*Secrétariat de la Commission des nominations publiques*

Public Health Agency of Canada
*Agence de la santé publique du Canada*

Public Service Commission
*Commission de la fonction publique*

Public Service Human Resources Management Agency of Canada
*Agence de gestion des ressources humaines de la fonction publique du Canada*

Public Service Labour Relations Board
*Commission des relations de travail dans la fonction publique*

Public Service Staffing Tribunal
*Tribunal de la dotation de la fonction publique*

Quebec Port Authority
*Administration portuaire de Québec*

Regional Development Incentives Board
*Conseil des subventions au développement régional*

Registry of the Public Servants Disclosure Protection Tribunal
*Greffe du Tribunal de la protection des fonctionnaires divulgateurs d'actes répréhensibles*

Royal Canadian Mounted Police
*Gendarmerie royale du Canada*

Royal Canadian Mounted Police External Review Committee
*Comité externe d'examen de la Gendarmerie royale du Canada*

Royal Canadian Mounted Police Public Complaints Commission
*Commission des plaintes du public contre la Gendarmerie royale du Canada*

Saguenay Port Authority
*Administration portuaire du Saguenay*

Sahtu Land and Water Board
*Office des terres et des eaux du Sahtu*

Sahtu Land Use Planning Board
*Office d'aménagement territorial du Sahtu*

Saint John Port Authority
*Administration portuaire de Saint-Jean*

Security Intelligence Review Committee
*Comité de surveillance des activités de renseignement de sécurité*

Sept-Îles Port Authority
*Administration portuaire de Sept-Îles*

Shared Services Canada
*Services partagés Canada*

Social Sciences and Humanities Research Council
*Conseil de recherches en sciences humaines*

Specific Claims Tribunal
*Tribunal des revendications particulières*

Statistics Canada
*Statistique Canada*

Statute Revision Commission
*Commission de révision des lois*

Musée canadien des droits de la personne
*Canadian Museum for Human Rights*

Office Canada — Nouvelle-Écosse des hydrocarbures extracôtiers
*Canada-Nova Scotia Offshore Petroleum Board*

Office Canada — Terre-Neuve des hydrocarbures extracôtiers
*Canada-Newfoundland Offshore Petroleum Board*

Office d'aménagement territorial du Sahtu
*Sahtu Land Use Planning Board*

Office de répartition des approvisionnements d'énergie
*Energy Supplies Allocation Board*

Office des droits de surface du Yukon
*Yukon Surface Rights Board*

Office des eaux des Territoires du Nord-Ouest
*Northwest Territories Water Board*

Office des eaux du Nunavut
*Nunavut Water Board*

Office des indemnisations pétrolières
*Petroleum Compensation Board*

Office des normes du gouvernement canadien
*Canadian Government Specifications Board*

Office des terres et des eaux de la vallée du Mackenzie
*Mackenzie Valley Land and Water Board*

Office des terres et des eaux du Sahtu
*Sahtu Land and Water Board*

Office des transports du Canada
*Canadian Transportation Agency*

Office d'évaluation environnementale et socioéconomique du Yukon
*Yukon Environmental and Socio-economic Assessment Board*

Office d'examen des répercussions environnementales de la vallée du Mackenzie
*Mackenzie Valley Environmental Impact Review Board*

Office gwich'in d'aménagement territorial
*Gwich'in Land Use Planning Board*

Office gwich'in des terres et des eaux
*Gwich'in Land and Water Board*

Office national de l'énergie
*National Energy Board*

Office national du film
*National Film Board*

Secrétariat de la Commission des nominations publiques
*Public Appointments Commission Secretariat*

Secrétariat de la Commission de vérité et de réconciliation relative aux pensionnats indiens
*Indian Residential Schools Truth and Reconciliation Commission Secretariat*

Secrétariat des relations fédérales-provinciales
*Federal-Provincial Relations Office*

Secrétariat du Conseil du Trésor
*Treasury Board Secretariat*

Service canadien du renseignement de sécurité
*Canadian Security Intelligence Service*

Service correctionnel du Canada
*Correctional Service of Canada*

Services partagés Canada
*Shared Services Canada*

Société d'atténuation des répercussions du projet gazier Mackenzie
*Corporation for the Mitigation of Mackenzie Gas Project Impacts*

*Accès à l'information — 29 août 2011*

St. John's Port Authority
    *Administration portuaire de St. John's*

Thunder Bay Port Authority
    *Administration portuaire de Thunder Bay*

Toronto Port Authority
    *Administration portuaire de Toronto*

Treasury Board Secretariat
    *Secrétariat du Conseil du Trésor*

Trois-Rivières Port Authority
    *Administration portuaire de Trois-Rivières*

Vancouver Port Authority
    *Administration portuaire de Vancouver*

Veterans Review and Appeal Board
    *Tribunal des anciens combattants (révision et appel)*

Windsor Port Authority
    *Administration portuaire de Windsor*

Yukon Environmental and Socio-economic Assessment Board
    *Office d'évaluation environnementale et socioéconomique du Yukon*

Yukon Surface Rights Board
    *Office des droits de surface du Yukon*

R.S., 1985, c. A-1, Sch. I; R.S., 1985, c. 22 (1st Supp.), s. 11, c. 44 (1st Supp.), s. 1, c. 46 (1st Supp.), s. 6; SOR/85-613; R.S., 1985, c. 8 (2nd Supp.), s. 26, c. 19 (2nd Supp.), s. 46; SOR/86-137; R.S., 1985, c. 1 (3rd Supp.), s. 12, c. 3 (3rd Supp.), s. 1, c. 18 (3rd Supp.), s. 27, c. 20 (3rd Supp.), s. 39, c. 24 (3rd Supp.), s. 52, c. 28 (3rd Supp.), s. 274, c. 1 (4th Supp.), s. 46, c. 7 (4th Supp.), s. 2, c. 10 (4th Supp.), s. 19, c. 11 (4th Supp.), s. 13, c. 21 (4th Supp.), s. 1, c. 28 (4th Supp.), s. 36, c. 41 (4th Supp.), s. 45, c. 47 (4th Supp.), s. 52; SOR/88-115; 1989, c. 3, s. 37, c. 27, s. 19; 1990, c. 1, s. 24, c. 3, s. 32, c. 13, s. 24; SOR/90-325, 344; 1991, c. 3, s. 10, c. 6, s. 22, c. 16, s. 21, c. 38, s. 25; SOR/91-591; 1992, c. 1, ss. 2, 145(F), 147, c. 33, s. 68, c. 37, s. 75; SOR/92-96, 98; 1993, c. 1, ss. 8, 17, 31, 39, c. 3, ss. 15, 16, c. 28, s. 78, c. 31, s. 24, c. 34, ss. 2, 140; 1994, c. 26, ss. 2, c. 31, s. 9, c. 38, ss. 11, 12, c. 41, ss. 11, 12, c. 43, s. 80; 1995, c. 1, ss. 26 à 28, ch. 5, art. 13 et 14, ch. 11, art. 16 et 17, ch. 12, art. 8, ch. 18, art. 77 et 78, ch. 28, art. 44 et 45, ch. 29, art. 13, 29, 34, 74 et 80, ch. 45, art. 23; 1996, ch. 8, art. 16 et 17, ch. 9, art. 26, ch. 10, art. 202 et 203, ch. 11, art. 43 à 46, ch. 16, art. 29 à 31; SOR/96-356, 538; 1997, ch. 6, art. 37, ch. 9, art. 83 et 84, ch. 20, art. 53; 1998, ch. 9, art. 35 et 36, ch. 10, art. 159 à 162, ch. 25, art. 160, ch. 26, art. 70 et 71, ch. 31, art. 46, ch. 35, art. 106; DORS/98-120, 149; DORS/98-320, art. 1; DORS/98-566; 1999, ch. 17, art. 106 et 107, ch. 31, art. 2 et 3; 2000, ch. 6, art. 41 et 42, ch. 17, art. 84, ch. 28, art. 47, ch. 34, art. 94(F); DORS/2000-175; 2001, ch. 9, art. 584, ch. 22, art. 10 et 11, ch. 34, ss. 2, 16; SOR/2001-143, s. 1; SOR/2001-200, 329; 2002, c. 7, s. 78, c. 10, s. 176, c. 17, ss. 1, 14; SOR/2002-43, 71, 174, 291, 343; 2003, c. 7, s. 127, c. 22, ss. 88, 246, 251, 252; SOR/2003-148, 423, 428, 435, 440; 2004, c. 2, s. 72, c. 7, s. 5, c. 11, ss. 23, 24; SOR/2004-24, 207; 2005, c. 9, s. 147, c. 10, ss. 9, 10, c. 30, s. 88, c. 34, ss. 58 to 60, c. 35, s. 42, c. 38, s. 138, c. 46, s. 55.1; SOR/2005-251; 2006, c. 4, s. 210, c. 9, ss. 90, 91, 129, 164 to 171, 221; SOR/2006-24, 28, 34, 70, 99, 217; SOR/2007-215; 2008, c. 9, s. 6, c. 22, s. 44, c. 28, s. 98; SOR/2008-130, 135; SOR/2009-174, 243, 248; 2010, c. 7, s. 6; SOR/2011-162.

Statistique Canada
    *Statistics Canada*

Table ronde nationale sur l'environnement et l'économie
    *National Round Table on the Environment and the Economy*

Tribunal canadien des droits de la personne
    *Canadian Human Rights Tribunal*

Tribunal canadien des relations professionnelles artistes-producteurs
    *Canadian Artists and Producers Professional Relations Tribunal*

Tribunal canadien du commerce extérieur
    *Canadian International Trade Tribunal*

Tribunal de la dotation de la fonction publique
    *Public Service Staffing Tribunal*

Tribunal des anciens combattants (révision et appel)
    *Veterans Review and Appeal Board*

Tribunal des droits de surface du Nunavut
    *Nunavut Surface Rights Tribunal*

Tribunal des revendications particulières
    *Specific Claims Tribunal*

L.R. (1985), ch. A-1, ann. I; L.R. (1985), ch. 22 (1er suppl.), art. 11, ch. 44 (1er suppl.), art. 1, ch. 46 (1er suppl.), art. 6; DORS/85-613; L.R. (1985), ch. 8 (2e suppl.), art. 26, ch. 19 (2e suppl.), art. 46; DORS/86-137; L.R. (1985), ch. 1 (3e suppl.), art. 12, ch. 3 (3e suppl.), art. 1, ch. 18 (3e suppl.), art. 27, ch. 20 (3e suppl.), art. 39, ch. 24 (3e suppl.), art. 52, ch. 28 (3e suppl.), art. 274, ch. 1 (4e suppl.), art. 46, ch. 7 (4e suppl.), art. 2, ch. 10 (4e suppl.), art. 19, ch. 11 (4e suppl.), art. 13, ch. 21 (4e suppl.), art. 1, ch. 28 (4e suppl.), art. 36, ch. 41 (4e suppl.), art. 45, ch. 47 (4e suppl.), art. 52; DORS/88-115; 1989, ch. 3, art. 37, ch. 27, art. 19; 1990, ch. 1, art. 24, ch. 3, art. 32, ch. 13, art. 24; DORS/90-325, 344; 1991, ch. 3, art. 10, ch. 6, art. 22, ch. 16, art. 21, ch. 38, art. 25; DORS/91-591; 1992, ch. 1, art. 2, 145(F) et 147, ch. 33, art. 68, ch. 37, art. 75; DORS/92-96, 98; 1993, ch. 1, art. 8, 17, 31 et 39, ch. 3, art. 15 et 16, ch. 28, art. 78, ch. 31, art. 24, ch. 34, art. 2 et 140; 1994, ch. 26, art. 2 et 3, ch. 31, art. 9, ch. 38, art. 11 et 12, ch. 41, art. 11 et 12, ch. 43, art. 80; 1995, ch. 1, art. 26 à 28, ch. 5, art. 13 et 14, ch. 11, art. 16 et 17, ch. 12, art. 8, ch. 18, art. 77 et 78, ch. 28, art. 44 et 45, ch. 29, art. 13, 29, 34, 74 et 80, ch. 45, art. 23; 1996, ch. 8, art. 16 et 17, ch. 9, art. 26, ch. 10, art. 202 et 203, ch. 11, art. 43 à 46, ch. 16, art. 29 à 31; DORS/96-356, 538; 1997, ch. 6, art. 37, ch. 9, art. 83 et 84, ch. 20, art. 53; 1998, ch. 9, art. 35 et 36, ch. 10, art. 159 à 162, ch. 25, art. 160, ch. 26, art. 70 et 71, ch. 31, art. 46, ch. 35, art. 106; DORS/98-120, 149; DORS/98-320, art. 1; DORS/98-566; 1999, ch. 17, art. 106 et 107, ch. 31, art. 2 et 3; 2000, ch. 6, art. 41 et 42, ch. 17, art. 84, ch. 28, art. 47, ch. 34, art. 94(F); DORS/2000-175; 2001, ch. 9, art. 584, ch. 22, art. 10 et 11, ch. 34, art. 2 et 16; DORS/2001-143, art. 1; DORS/2001-200, 329; 2002, ch. 7, art. 78, ch. 10, art. 176, ch. 17, art. 1 et 14; DORS/2002-43, 71, 174, 291, 343; 2003, ch. 7, art. 127, ch. 22, art. 88, 246, 251 et 252; DORS/2003-148, 423, 428, 435, 440; 2004, ch. 2, art. 72, ch. 7, art. 5, ch. 11, art. 23 et 24; DORS/2004-24, 207; 2005, ch. 9, art. 147, ch. 10, art. 9 et 10, ch. 30, art. 88, ch. 34, art. 58 à 60, ch. 35, art. 42, ch. 38, art. 138, ch. 46, art. 55.1; DORS/2005-251; 2006, ch. 4, art. 210, ch. 9, art. 90, 91, 129, 164 à 171 et 221; DORS/2006-24, 28, 34, 70, 99, 217; DORS/2007-215; 2008, ch. 9, art. 6, ch. 22, art. 44, ch. 28, art. 98; DORS/2008-130, 135; DORS/2009-174, 243, 248; 2010, ch. 7, art. 6; DORS/2011-162.

*Access to Information — August 29, 2011*

SCHEDULE II
*(Section 24)*

| Act | Provision |
|---|---|
| Aeronautics Act<br>*Loi sur l'aéronautique* | subsections 4.79(1) and 6.5(5) |
| Anti-Inflation Act, S.C. 1974-75-76, c. 75<br>*Loi anti-inflation, S.C. 1974-75-76, ch. 75* | section 14 |
| Assisted Human Reproduction Act<br>*Loi sur la procréation assistée* | subsection 18(2) |
| Business Development Bank of Canada Act<br>*Loi sur la Banque de développement du Canada* | section 37 |
| Canada Deposit Insurance Corporation Act<br>*Loi sur la Société d'assurance-dépôts du Canada* | subsection 45.3(1) |
| Canada Elections Act<br>*Loi électorale du Canada* | section 540 |
| Canada-Newfoundland Atlantic Accord Implementation Act, S.C. 1987, c. 3<br>*Loi de mise en œuvre de l'Accord atlantique Canada — Terre-Neuve, S.C. 1987, ch. 3* | section 119 |
| Canada-Nova Scotia Offshore Petroleum Resources Accord Implementation Act, S.C. 1988, c. 28<br>*Loi de mise en œuvre de l'Accord Canada — Nouvelle-Écosse sur les hydrocarbures extracôtiers, L.C. 1988, ch. 28* | sections 19 and 122 |
| Canada-Nova Scotia Oil and Gas Agreement Act, S.C. 1984, c. 29<br>*Loi sur l'Accord entre le Canada et la Nouvelle-Écosse sur la gestion des ressources pétrolières et gazières, S.C. 1984, ch. 29* | section 53 |
| Canada Pension Plan<br>*Régime de pensions du Canada* | subsection 104.01(1) |
| Canada Petroleum Resources Act<br>*Loi fédérale sur les hydrocarbures* | section 101 |
| Canada Transportation Act<br>*Loi sur les transports au Canada* | subsection 51(1) and section 167 |
| Canadian Environmental Assessment Act<br>*Loi canadienne sur l'évaluation environnementale* | subsection 35(4) |
| Canadian International Trade Tribunal Act<br>*Loi sur le Tribunal canadien du commerce extérieur* | sections 45 and 49 |
| Canadian Ownership and Control Determination Act<br>*Loi sur la détermination de la participation et du contrôle canadiens* | section 17 |
| Canadian Security Intelligence Service Act<br>*Loi sur le Service canadien du renseignement de sécurité* | section 18 |
| Canadian Transportation Accident Investigation and Safety Board Act<br>*Loi sur le Bureau canadien d'enquête sur les accidents de transport et de la sécurité des transports* | subsections 28(2) and 31(4) |
| Competition Act<br>*Loi sur la concurrence* | subsections 29(1), 29.1(5) and 29.2(5) |
| Corporations and Labour Unions Returns Act<br>*Loi sur les déclarations des personnes morales et des syndicats* | section 18 |
| Criminal Code<br>*Code criminel* | sections 187, 193 and 487.3 |
| Criminal Records Act<br>*Loi sur le casier judiciaire* | subsection 6(2) and section 9 |

*Accès à l'information — 29 août 2011*

| Act | Provision |
| --- | --- |
| Customs Act<br>*Loi sur les douanes* | sections 107 and 107.1 |
| Defence Production Act<br>*Loi sur la production de défense* | section 30 |
| Department of Industry Act<br>*Loi sur le ministère de l'Industrie* | subsection 16(2) |
| DNA Identification Act<br>*Loi sur l'identification par les empreintes génétiques* | subsection 6(7) |
| Energy Administration Act<br>*Loi sur l'administration de l'énergie* | section 98 |
| Energy Efficiency Act<br>*Loi sur l'efficacité énergétique* | section 23 |
| Energy Monitoring Act<br>*Loi sur la surveillance du secteur énergétique* | section 33 |
| Energy Supplies Emergency Act<br>*Loi d'urgence sur les approvisionnements d'énergie* | section 40.1 |
| Excise Act, 2001<br>*Loi de 2001 sur l'accise* | section 211 |
| Excise Tax Act<br>*Loi sur la taxe d'accise* | section 295 |
| Export Development Act<br>*Loi sur le développement des exportations* | section 24.3 |
| Family Allowances Act<br>*Loi sur les allocations familiales* | section 18 |
| First Nations Fiscal and Statistical Management Act<br>*Loi sur la gestion financière et statistique des premières nations* | section 108 |
| Hazardous Products Act<br>*Loi sur les produits dangereux* | section 12 |
| Canadian Human Rights Act<br>*Loi canadienne sur les droits de la personne* | subsection 47(3) |
| Income Tax Act<br>*Loi de l'impôt sur le revenu* | section 241 |
| Industrial Research and Development Incentives Act, R.S.C. 1970, c. I-10<br>*Loi stimulant la recherche et le développement scientifiques, S.R.C. 1970, ch. I-10* | section 13 |
| Investment Canada Act<br>*Loi sur Investissement Canada* | section 36 |
| Canada Labour Code<br>*Code canadien du travail* | subsection 144(3) |
| Mackenzie Valley Resource Management Act<br>*Loi sur la gestion des ressources de la vallée du Mackenzie* | paragraph 30(1)(b) |
| Marine Transportation Security Act<br>*Loi sur la sûreté du transport maritime* | subsection 13(1) |
| Motor Vehicle Fuel Consumption Standards Act<br>*Loi sur les normes de consommation de carburant des véhicules automobiles* | subsection 27(1) |
| Nuclear Safety and Control Act<br>*Loi sur la sûreté et la réglementation nucléaires* | paragraphs 44(1)(*d*) and 48(*b*) |

*Access to Information — August 29, 2011*

| Act | Provision |
|---|---|
| Old Age Security Act<br>*Loi sur la sécurité de la vieillesse* | subsection 33.01(1) |
| Patent Act<br>*Loi sur les brevets* | section 10, subsection 20(7), and sections 87 and 88 |
| Petroleum Incentives Program Act<br>*Loi sur le programme d'encouragement du secteur pétrolier* | section 17 |
| Proceeds of Crime (Money Laundering) and Terrorist Financing Act<br>*Loi sur le recyclage des produits de la criminalité et le financement des activités terroristes* | paragraphs 55(1)(*a*), (*d*) and (*e*) |
| Railway Safety Act<br>*Loi sur la sécurité ferroviaire* | subsection 39.2(1) |
| Sex Offender Information Registration Act<br>*Loi sur l'enregistrement de renseignements sur les délinquants sexuels* | subsections 9(3) and 16(4) |
| Shipping Conferences Exemption Act, 1987<br>*Loi dérogatoire de 1987 sur les conférences maritimes* | section 11 |
| Softwood Lumber Products Export Charge Act, 2006<br>*Loi de 2006 sur les droits d'exportation de produits de bois d'œuvre* | section 84 |
| Special Import Measures Act<br>*Loi sur les mesures spéciales d'importation* | section 84 |
| Specific Claims Tribunal Act<br>*Loi sur le Tribunal des revendications particulières* | subsections 27(2) and 38(2) |
| Statistics Act<br>*Loi sur la statistique* | section 17 |
| Telecommunications Act<br>*Loi sur les télécommunications* | subsections 39(2) and 70(4) |
| Trade-marks Act<br>*Loi sur les marques de commerce* | subsection 50(6) |
| Transportation of Dangerous Goods Act, 1992<br>*Loi de 1992 sur le transport des marchandises dangereuses* | subsection 24(4) |
| Yukon Environmental and Socio-economic Assessment Act<br>*Loi sur l'évaluation environnementale et socioéconomique au Yukon* | paragraph 121(*a*) |
| Yukon Quartz Mining Act<br>*Loi sur l'extraction du quartz dans le Yukon* | subsection 100(16) |

R.S., 1985, c. A-1, Sch. II; R.S., 1985, c. 28 (1st Supp.), s. 46, c. 33 (1st Supp.), s. 6, c. 1 (2nd Supp.), s. 213, c. 19 (2nd Supp.), s. 46, c. 36 (2nd Supp.), s. 129, c. 3 (3rd Supp.), s. 1, c. 12 (3rd Supp.), s. 25, c. 17 (3rd Supp.), s. 26, c. 18 (3rd Supp.), s. 28, c. 28 (3rd Supp.), s. 275, c. 33 (3rd Supp.), s. 27, c. 1 (4th Supp.), s. 2, c. 16 (4th Supp.), s. 140, c. 21 (4th Supp.), s. 2, c. 32 (4th Supp.), s. 52, c. 47 (4th Supp.), s. 52; 1989, c. 3, s. 38; 1990, c. 1, s. 25, c. 2, s. 9; 1992, c. 34, ss. 43, 44, c. 36, s. 37, c. 37, s. 76; 1993, c. 2, s. 8, c. 27, s. 211, c. 38, s. 77; 1994, c. 10, ss. 27, 28, c. 40, s. 32; 1995, c. 1, ss. 29, 30, c. 28, s. 46, c. 41, ss. 107, 108; 1996, c. 10, ss. 203.1 to 203.3; 1997, c. 9, ss. 85, 86, c. 23, s. 21; 1998, c. 21, s. 73, c. 25, s. 161, c. 37, s. 14; 1999, c. 9, s. 38, c. 33, s. 344; 2000, c. 15, s. 20, c. 17, s. 85, c. 20, s. 25; 2001, c. 9, s. 585, c. 25, s. 86, c. 41, s. 76; 2003, c. 7, s. 128; 2004, c. 2, s. 73, c. 10, s. 22, c. 15, s. 107, c. 26, ss. 15, 16; 2005, c. 9, s. 148, c. 34, s. 83, c. 35, ss. 43, 44; 2006, c. 9, ss. 172, 172.01, c. 13, ss. 118, 119; 2007, c. 18, s. 134; 2008, c. 22, s. 45; 2009, c. 2, s. 255.

*Accès à l'information — 29 août 2011*

ANNEXE II
*(article 24)*

| Loi | Disposition |
|---|---|
| Code canadien du travail<br>*Canada Labour Code* | paragraphe 144(3) |
| Code criminel<br>*Criminal Code* | articles 187, 193 et 487.3 |
| Loi anti-inflation, S.C. 1974-75-76, ch. 75<br>*Anti-Inflation Act, S.C. 1974-75-76, c. 75* | article 14 |
| Loi canadienne sur les droits de la personne<br>*Canadian Human Rights Act* | paragraphe 47(3) |
| Loi canadienne sur l'évaluation environnementale<br>*Canadian Environmental Assessment Act* | paragraphe 35(4) |
| Loi de 2001 sur l'accise<br>*Excise Act, 2001* | article 211 |
| Loi de 2006 sur les droits d'exportation de produits de bois d'œuvre<br>*Softwood Lumber Products Export Charge Act, 2006* | article 84 |
| Loi de l'impôt sur le revenu<br>*Income Tax Act* | article 241 |
| Loi de 1992 sur le transport des marchandises dangereuses<br>*Transportation of Dangerous Goods Act, 1992* | paragraphe 24(4) |
| Loi de mise en œuvre de l'Accord atlantique Canada — Terre-Neuve, S.C. 1987, ch. 3<br>*Canada-Newfoundland Atlantic Accord Implementation Act, S.C. 1987, c. 3* | article 119 |
| Loi de mise en œuvre de l'Accord Canada — Nouvelle-Écosse sur les hydrocarbures extracôtiers, L.C. 1988, ch. 28<br>*Canada-Nova Scotia Offshore Petroleum Resources Accord Implementation Act, S.C. 1988, c. 28* | articles 19 et 122 |
| Loi dérogatoire de 1987 sur les conférences maritimes<br>*Shipping Conferences Exemption Act, 1987* | article 11 |
| Loi d'urgence sur les approvisionnements d'énergie<br>*Energy Supplies Emergency Act* | article 40.1 |
| Loi électorale du Canada<br>*Canada Elections Act* | article 540 |
| Loi fédérale sur les hydrocarbures<br>*Canada Petroleum Resources Act* | article 101 |
| Loi stimulant la recherche et le développement scientifiques, S.R.C. 1970, ch. I-10<br>*Industrial Research and Development Incentives Act, R.S.C. 1970, c. I-10* | article 13 |
| Loi sur Investissement Canada<br>*Investment Canada Act* | article 36 |
| Loi sur la Banque de développement du Canada<br>*Business Development Bank of Canada Act* | article 37 |
| Loi sur l'Accord entre le Canada et la Nouvelle-Écosse sur la gestion des ressources pétrolières et gazières, S.C. 1984, ch. 29<br>*Canada-Nova Scotia Oil and Gas Agreement Act, S.C. 1984, c. 29* | article 53 |
| Loi sur la concurrence<br>*Competition Act* | paragraphes 29(1), 29.1(5) et 29.2(5) |
| Loi sur la détermination de la participation et du contrôle canadiens<br>*Canadian Ownership and Control Determination Act* | article 17 |

*Access to Information — August 29, 2011*

| Loi | Disposition |
|---|---|
| Loi sur l'administration de l'énergie<br>*Energy Administration Act* | article 98 |
| Loi sur l'aéronautique<br>*Aeronautics Act* | paragraphes 4.79(1) et 6.5(5) |
| Loi sur la gestion des ressources de la vallée du Mackenzie<br>*Mackenzie Valley Resource Management Act* | alinéa 30(1)b) |
| Loi sur la gestion financière et statistique des premières nations<br>*First Nations Fiscal and Statistical Management Act* | article 108 |
| Loi sur la procréation assistée<br>*Assisted Human Reproduction Act* | paragraphe 18(2) |
| Loi sur la production de défense<br>*Defence Production Act* | article 30 |
| Loi sur la sécurité de la vieillesse<br>*Old Age Security Act* | paragraphe 33.01(1) |
| Loi sur la sécurité ferroviaire<br>*Railway Safety Act* | paragraphe 39.2(1) |
| Loi sur la Société d'assurance-dépôts du Canada<br>*Canada Deposit Insurance Corporation Act* | paragraphe 45.3(1) |
| Loi sur la statistique<br>*Statistics Act* | article 17 |
| Loi sur la sûreté du transport maritime<br>*Marine Transportation Security Act* | paragraphe 13(1) |
| Loi sur la sûreté et la réglementation nucléaires<br>*Nuclear Safety and Control Act* | alinéas 44(1)d) et 48b) |
| Loi sur la surveillance du secteur énergétique<br>*Energy Monitoring Act* | article 33 |
| Loi sur la taxe d'accise<br>*Excise Tax Act* | article 295 |
| Loi sur le Bureau canadien d'enquête sur les accidents de transport et de la sécurité des transports<br>*Canadian Transportation Accident Investigation and Safety Board Act* | paragraphes 28(2) et 31(4) |
| Loi sur le casier judiciaire<br>*Criminal Records Act* | paragraphe 6(2) et article 9 |
| Loi sur le développement des exportations<br>*Export Development Act* | article 24.3 |
| Loi sur l'efficacité énergétique<br>*Energy Efficiency Act* | article 23 |
| Loi sur le ministère de l'Industrie<br>*Department of Industry Act* | paragraphe 16(2) |
| Loi sur l'enregistrement de renseignements sur les délinquants sexuels<br>*Sex Offender Information Registration Act* | paragraphes 9(3) et 16(4) |
| Loi sur le programme d'encouragement du secteur pétrolier<br>*Petroleum Incentives Program Act* | article 17 |
| Loi sur le recyclage des produits de la criminalité et le financement des activités terroristes<br>*Proceeds of Crime (Money Laundering) and Terrorist Financing Act* | alinéas 55(1)a), d) et e) |
| Loi sur les allocations familiales<br>*Family Allowances Act* | article 18 |
| Loi sur les brevets<br>*Patent Act* | article 10, paragraphe 20(7) et articles 87 et 88 |

*Accès à l'information — 29 août 2011*

| Loi | Disposition |
| --- | --- |
| Loi sur les déclarations des personnes morales et des syndicats<br>*Corporations and Labour Unions Returns Act* | article 18 |
| Loi sur les douanes<br>*Customs Act* | articles 107 et 107.1 |
| Loi sur le Service canadien du renseignement de sécurité<br>*Canadian Security Intelligence Service Act* | article 18 |
| Loi sur les marques de commerce<br>*Trade-marks Act* | paragraphe 50(6) |
| Loi sur les mesures spéciales d'importation<br>*Special Import Measures Act* | article 84 |
| Loi sur les normes de consommation de carburant des véhicules automobiles<br>*Motor Vehicle Fuel Consumption Standards Act* | paragraphe 27(1) |
| Loi sur les produits dangereux<br>*Hazardous Products Act* | article 12 |
| Loi sur les télécommunications<br>*Telecommunications Act* | paragraphes 39(2) et 70(4) |
| Loi sur les transports au Canada<br>*Canada Transportation Act* | paragraphe 51(1) et article 167 |
| Loi sur le Tribunal canadien du commerce extérieur<br>*Canadian International Trade Tribunal Act* | articles 45 et 49 |
| Loi sur le Tribunal des revendications particulières<br>*Specific Claims Tribunal Act* | paragraphes 27(2) et 38(2) |
| Loi sur l'évaluation environnementale et socioéconomique au Yukon<br>*Yukon Environmental and Socio-economic Assessment Act* | alinéa 121*a* |
| Loi sur l'extraction du quartz dans le Yukon<br>*Yukon Quartz Mining Act* | paragraphe 100(16) |
| Loi sur l'identification par les empreintes génétiques<br>*DNA Identification Act* | paragraphe 6(7) |
| Régime de pensions du Canada<br>*Canada Pension Plan* | paragraphe 104.01(1) |

L.R. (1985), ch. A-1, ann. II; L.R. (1985), ch. 28 (1ᵉʳ suppl.), art. 46, ch. 33 (1ᵉʳ suppl.), art. 6, ch. 1 (2ᵉ suppl.), art. 213, ch. 19 (2ᵉ suppl.), art. 46, ch. 36 (2ᵉ suppl.), art. 129, ch. 3 (3ᵉ suppl.), art. 1, ch. 12 (3ᵉ suppl.), art. 25, ch. 17 (3ᵉ suppl.), art. 26, ch. 18 (3ᵉ suppl.), art. 28, ch. 28 (3ᵉ suppl.), art. 275, ch. 33 (3ᵉ suppl.), art. 27, ch. 1 (4ᵉ suppl.), art. 2, ch. 16 (4ᵉ suppl.), art. 140, ch. 21 (4ᵉ suppl.), art. 2, ch. 32 (4ᵉ suppl.), art. 52, ch. 47 (4ᵉ suppl.), art. 52; 1989, ch. 3, art. 38; 1990, ch. 1, art. 25, ch. 2, art. 9; 1992, ch. 34, art. 43 et 44, ch. 36, art. 37, ch. 37, art. 76; 1993, ch. 2, art. 8, ch. 27, art. 211, ch. 38, art. 77; 1994, ch. 10, art. 27 et 28, ch. 40, art. 32; 1995, ch. 1, art. 29 et 30, ch. 28, art. 46, ch. 41, art. 107 et 108; 1996, ch. 10, art. 203.1 à 203.3; 1997, ch. 9, art. 85 et 86, ch. 23, art. 21; 1998, ch. 21, art. 73, ch. 25, art. 161, ch. 37, art. 14; 1999, ch. 9, art. 38, ch. 33, art. 344; 2000, ch. 15, art. 20, ch. 17, art. 85, ch. 20, art. 25; 2001, ch. 9, art. 585, ch. 25, art. 86, ch. 41, art. 76; 2003, ch. 7, art. 128; 2004, ch. 2, art. 73, ch. 10, art. 22, ch. 15, art. 107, ch. 26, art. 15 et 16; 2005, ch. 9, art. 148, ch. 34, art. 83, ch. 35, art. 43 et 44; 2006, ch. 9, art. 172 et 172.01, ch. 13, art. 118 et 119; 2007, ch. 18, art. 134; 2008, ch. 22, art. 45; 2009, ch. 2, art. 255.

*Access to Information — August 29, 2011*

<div style="display:flex">

**RELATED PROVISIONS**

— 2005, c. 26, s. 18(1), as amended by 2005, c. 26, par. 27(2)(a)(E)

Definitions

**18.** (1) The following definitions apply in this section.

"former agency"
« *ancienne agence* »

"former agency" means the portion of the public service of Canada known as the Economic Development Agency of Canada for the Regions of Quebec.

"new agency"
« *nouvelle agence* »

"new agency" means the Economic Development Agency of Canada for the Regions of Quebec established by section 8.

— 2005, c. 26, par. 18(7)(*a*)

References

(7) A reference to the former agency in any of the following is deemed to be a reference to the new agency:

(*a*) Schedule I to the *Access to Information Act*, under the heading "*Other Government Institutions*";

— 2005, c. 38, s. 16, as amended by 2005, c. 38, par. 144(8)(*a*)(E)

Definitions

**16.** The following definitions apply in sections 17 to 19 and 21 to 28.

"former agency"
« *ancienne agence* »

"former agency" means the portion of the federal public administration known as the Canada Border Services Agency.

"new agency"
« *nouvelle agence* »

"new agency" means the Canada Border Services Agency established under subsection 3(1).

"order P.C. 2003-2064"
« *décret C.P. 2003-2064* »

"order P.C. 2003-2064" means Order in Council P.C. 2003-2064 of December 12, 2003, registered as SI/2003-216.

— 2005, c. 38, par. 19(1)(*a*), (*d*)

References

**19.** (1) A reference to the former agency in any of the following is deemed to be a reference to the new agency:

(*a*) Schedule I to the *Access to Information Act* under the heading "*Other Government Institutions*";

(*d*) any order of the Governor in Council made under paragraph (*b*) of the definition "head" in section 3 of the *Access to Information Act*;

— 2006, c. 5, s. 16

Definitions

**16.** The following definitions apply in sections 17 to 19.

"former agency"
« *ancienne agence* »

"former agency" means the portion of the federal public administration known as the Public Health Agency of Canada.

"new agency"
« *nouvelle agence* »

"new agency" means the Public Health Agency of Canada established under section 3.

**DISPOSITIONS CONNEXES**

— 2005, ch. 26, par. 18(1), modifié par 2005, ch. 26, al. 27(2)a)(A)

Définitions

**18.** (1) Les définitions qui suivent s'appliquent au présent article.

« ancienne agence » Le secteur de l'administration publique fédérale appelé Agence de développement économique du Canada pour les régions du Québec.

« ancienne agence »
"*former agency*"

« nouvelle agence » L'Agence de développement économique du Canada pour les régions du Québec constituée par l'article 8.

« nouvelle agence »
"*new agency*"

— 2005, ch. 26, al. 18(7)a)

(7) La mention de l'ancienne agence dans les dispositions ci-après vaut mention de la nouvelle agence :

Mentions

a) l'annexe I de la *Loi sur l'accès à l'information*, sous l'intertitre « *Autres institutions fédérales* » ;

— 2005, ch. 38, art. 16, modifié par 2005, ch. 38, al. 144(8)a)(A)

Définitions

**16.** Les définitions qui suivent s'appliquent aux articles 17 à 19 et 21 à 28.

« ancienne agence » Le secteur de l'administration publique fédérale appelé Agence des services frontaliers du Canada.

« ancienne agence »
"*former agency*"

« décret C.P. 2003-2064 » Le décret C.P. 2003-2064 du 12 décembre 2003 portant le numéro d'enregistrement TR/2003-216.

« décret C.P. 2003-2064 »
"*order P.C. 2003-2064*"

« nouvelle agence » L'Agence des services frontaliers du Canada constituée par le paragraphe 3(1).

« nouvelle agence »
"*new agency*"

— 2005, ch. 38, al. 19(1)a) et d)

**19.** (1) La mention de l'ancienne agence dans les textes ci-après vaut mention de la nouvelle agence :

Mentions

a) l'annexe I de la *Loi sur l'accès à l'information*, sous l'intertitre « *Autres institutions fédérales* » ;

d) tout décret pris en vertu de l'alinéa *b*) de la définition de « responsable d'institution fédérale » à l'article 3 de la *Loi sur l'accès à l'information* ;

— 2006, ch. 5, art. 16

**16.** Les définitions qui suivent s'appliquent aux articles 17 à 19.

Définitions

« ancienne agence » Le secteur de l'administration publique fédérale appelé l'Agence de la santé publique du Canada.

« ancienne agence »
"*former agency*"

« nouvelle agence » L'Agence de la santé publique du Canada constituée par l'article 3.

« nouvelle agence »
"*new agency*"

</div>

*Accès à l'information — 29 août 2011*

— 2006, c. 5, s. 19

— 2006, ch. 5, art. 19

References

**19.** (1) A reference to the former agency in any of the following schedules and orders is deemed to be a reference to the new agency:

(*a*) Schedule I to the *Access to Information Act*, under the heading "OTHER GOVERNMENT INSTITUTIONS";

**19.** (1) La mention de l'ancienne agence dans les dispositions ci-après vaut mention de la nouvelle agence :

*a*) l'annexe I de la *Loi sur l'accès à l'information*, sous l'intertitre « AUTRES INSTITUTIONS FÉDÉRALES »;

Mentions

Deputy head

(2) The designation of a person as deputy head of the former agency in any order of the Governor in Council made pursuant to paragraph 29(*e*) of the *Canadian Security Intelligence Service Act* or to the definition "deputy head" in subsection 2(1) of the *Public Service Employment Act* is deemed to be a designation of the Chief Public Health Officer as deputy head of the new agency.

(2) La désignation de toute personne à titre d'administrateur général de l'ancienne agence dans tout décret pris en vertu de l'alinéa 29*e*) de la *Loi sur le Service canadien du renseignement de sécurité* ou de la définition de « administrateur général » au paragraphe 2(1) de la *Loi sur l'emploi dans la fonction publique* vaut désignation de l'administrateur en chef à titre d'administrateur général de la nouvelle agence.

Administrateur général

— 2006, c. 9, par. 120(*a*)

— 2006, ch. 9, al. 120*a*)

Transitional — continuation in office

**120.** A person who holds office under one of the following provisions immediately before the day on which this section comes into force continues in office and is deemed to have been appointed under that provision, as amended by sections 109 to 111, 118 and 119, to hold office for the remainder of the term for which he or she had been appointed:

(*a*) the Information Commissioner under section 54 of the *Access to Information Act*;

**120.** L'entrée en vigueur des articles 109 à 111, 118 et 119 est sans effet sur le mandat des titulaires des charges ci-après, qui demeurent en fonctions et sont réputés avoir été nommés en vertu de la disposition mentionnée ci-après pour chacune, dans sa version modifiée par l'un ou l'autre de ces articles, selon le cas :

*a*) le commissaire à l'information nommé en vertu de l'article 54 de la *Loi sur l'accès à l'information*;

Maintien en fonction

*Access to Information — August 29, 2011*

| AMENDMENTS NOT IN FORCE | MODIFICATIONS NON EN VIGUEUR |
|---|---|

— 2002, c. 7, s. 77

**77. Schedule I to the *Access to Information Act* is amended by striking out the following under the heading "*Other Government Institutions*":**

<span style="float:left">1994, c. 43, s. 80</span>

Yukon Surface Rights Board
  *Office des droits de surface du Yukon*

— 2010, c. 12, s. 1674

<span style="float:left">SOR/2003-440</span>

**1674. Schedule I to the *Access to Information Act* is amended by striking out the following under the heading "OTHER GOVERNMENT INSTITUTIONS":**

Public Service Human Resources Management Agency of Canada
  *Agence de gestion des ressources humaines de la fonction publique du Canada*

— SOR/2008-130, s. 2

**2. Schedule I to the Act is amended by deleting the following under the heading "OTHER GOVERNMENT INSTITUTIONS":**

Indian Residential Schools Truth and Reconciliation Commission Secretariat
  *Secrétariat de la Commission de vérité et de réconciliation relative aux pensionnats indiens*

— 2002, ch. 7, art. 77

**77. L'annexe I de la *Loi sur l'accès à l'information* est modifiée par suppression, sous l'intertitre « *Autres institutions fédérales* », de ce qui suit :**

<span style="float:right">1994, ch. 43, art. 80</span>

Office des droits de surface du Yukon
  *Yukon Surface Rights Board*

— 2010, ch. 12, art. 1674

<span style="float:right">DORS/2003-440</span>

**1674. L'annexe I de la *Loi sur l'accès à l'information* est modifiée par suppression, sous l'intertitre « AUTRES INSTITUTIONS FÉDÉRALES », de ce qui suit :**

Agence de gestion des ressources humaines de la fonction publique du Canada
  *Public Service Human Resources Management Agency of Canada*

— DORS/2008-130, art. 2

**2. L'annexe I de la même loi est modifiée par suppression, sous l'intertitre « AUTRES INSTITUTIONS FÉDÉRALES », de ce qui suit :**

Secrétariat de la Commission de vérité et de réconciliation relative aux pensionnats indiens
  *Indian Residential Schools Truth and Reconciliation Commission Secretariat*