## CERTIFICATE OF SERVICE

I, Daniel M. Krainin, hereby declare that a true and correct copy of Amicus Curiae Atomic Energy of Canada Limited's Memorandum of Law in Response to Plaintiff's Motion for Issuance of Amended Letters Rogatory; the Declaration of Daniel M. Krainin in Support of AECL's Response to Plaintiff's Motion for Issuance of Amended Letters Rogatory and all exhibits thereto; and the Declaration of Ivan G. Whitehall and all exhibits thereto were served this 16th day of September, 2011, upon counsel of record for Plaintiff Lantheus Medical Imaging, Inc., and Defendant Zurich American Insurance Company via the Court's Electronic Case Filing system.

                                                                s/ Daniel M. Krainin