# EXHIBIT 4

 

Jean Boulais
Director, Access to Information and Privacy
Directeur, Accès à l'information et de la
protection des renseignements personnels

SEP 1 9 2011

**PROTECTED-Sensitive**

AECL File Number
A-2011-0001

September 16, 2011

Mr. Brett Harrison
McMillan LLP
Brookfield Place
181 Bay Street, Suite 4400
Toronto, ON
M5J 2T3

Dear Mr. Harrison:

This refers to your request made pursuant to the *Access to Information Act*, received by Atomic Energy of Canada Limited. You request is as follows:

**A-2011-0001**   *"We act as Canadian Counsel for Lantheus Medical Imaging, Inc. Lantheus recently filed a lawsuit in the United States against its insurance company, Zurich American Insurance Company, seeking payment of losses that it sustained as a result of the shutdown of the Chalk River National Research Universal (NRU) Reactor in May 2009. Please find attached a formal access request form, whereby Lantheus requests that AECL provide it with documents and information related to the May 2009 Shutdown of the Chalk River National Research Universal reactor identified in Exhibit 1."*

We wish to confirm receipt of your cheque to cover the search fee requested in our letter dated on August 9, 2011 in the amount of $1500 which was officially received by our office on September 6, 2011.

Our review of the documents retrieved in response to your request indicates that consultations with third parties and other government departments will be required. Therefore, under sections *9(1)(b)(c)* of the *Access to Information Act* (copy enclosed), an extension of 120 days of the due date will be required. Please be advised that our final statutory due date to respond to your request is now February 2, 2012. However, we will respond to you as soon as they are approved for disclosure.

Place de Ville, Tower B
112 Kent Street, Suite 501
Ottawa, Ontario
Canada  K1A 0S4
Direct: 613-782-2025
Fax: 613-782-2017
boulaisj@aecl.ca
www.aecl.ca

Place de Ville, Tour B
112 rye Kent, Bureau 501
Ottawa, (Ontario)
Canada  K1A 0S4
Ligne Directe: 613-782-2025
Fax: 613-782-2017
boulaisj@aecl.ca
www.aecl.ca

Please be advised that you are entitled to bring a complaint regarding the time extension to the Information Commissioner of Canada within 60 days of the date of this letter. Notice of complaint should be addressed to:

>The Information Commissioner of Canada
>Place de Ville, Tower B
>112 Kent Street, 7th Floor
>Ottawa, Ontario   K1A 1H3

Should you have any questions, please do not hesitate to contact me or Jacques Beaulne at (613) 782-2023 or by e-mail at beaulnej@aecl.ca.

Sincerely,

Jean Boulais
Director, Access to Information and Privacy

Cc: Information Commissioner of Canada

AECL EACL

## ACCESS TO GOVERNMENT RECORDS

Requests for Access

Extension of time limits

9. (1) The head of a government institution may extend the time limit set out in section 7 or subsection 8(1) in respect of a request under this Act for a reasonable period of time, having regard to the circumstances, if

(a) the request is for a large number of records or necessitates a search through a large number of records and meeting the original time limit would unreasonably interfere with the operations of the government institution,

(b) consultations are necessary to comply with the request that cannot reasonably be completed within the original time limit, or

(c) notice of the request is given pursuant to subsection 27(1)

by giving notice of the extension and, in the circumstances set out in paragraph (a) or (b), the length of the extension, to the person who made the request within thirty days after the request is received, which notice shall contain a statement that the person has a right to make a complaint to the Information Commissioner about the extension.

Notice of extension to Information Commissioner

(2) Where the head of a government institution extends a time limit under subsection (1) for more than thirty days, the head of the institution shall give notice of the extension to the Information Commissioner at the same time as notice is given under subs