# EXHIBIT 5

# (EXCERPTED DOCUMENT)

Litigation and Solicitor - Client Privileged and Confidential



## AECL NRU VESSEL LEAK EVENT (MAY 2009)

REVIEW OF DRAFT REPORTS AND
RECOMMENDATIONS FOR RESPONSE

s.19(1)

Draft Report: 1 September 2009.

EXECUTIVE SUMMARY

This report is the result of reflections from reading the draft Root Cause Analysis Report from the NRU Heavy Water Leak on 15 May 2009 (RCA-NRU-09-04289), the Life Assessment Study of the NRU Reactor Vessel (NRULF-31200-LA-001, March 2005) and the Interim Assessment of NRU Reactor Vessel Corrosion Mechanism (153-150200-ASD-001 Revision D1, July 2009). The cultural aspects of the review were assisted by points noted during three focus group sessions held at site on 25 August 2009, which illuminated some of the history and traits of the organization.

In this review our objective has been to gain insight about how best to respond to prevent a recurrence, and to recommend some rapid and focused improvements. The work therefore has its subjective side, but the resonance of our insights with perceived reality can easily be checked by asking people to look over the work and give feedback on whether "it sounds like what we need to do".

The chain of thought and the structure of our review are summarized here:

s.18(b)
s.18(d)

o   The event has an extremely long history of forty five years. The draft root cause analysis (RCA) does a good job of laying out this history on a time line.

o   Naturally implicit in the RCA is that the standard of judgement is largely current nuclear power industry best practices, and the analysis uses this sort of terminology.

o   To address all the gaps between NRU operation and nuclear power industry practices might broaden the initial effort too much in our view, and we suggest a narrower initial focus.  The reason for taking a narrower approach at first is that it can get people immediately and directly involved in change.

o   The essential question at the beginning is therefore "What should the objective (or focus) of the action plan be?" We recommend that management point initially at a few areas that the organization can be expected to improve very rapidly, and which will prevent a recurrence of this event as well as reduce the probability of other similar events. From this focused beginning other improvement programs can be grown.

o   To find these focus points and to provide a set of recommendations about how management should respond, we move to examine the NRU vessel leak event from

000009

LAN-AECL001142

Litigation and Solicitor - Client Privileged and Confidential

o  We first look at some history and its possible effects on cultural traits. This is to provide some background as to how patterns of thought and behaviour form in the organization. Understanding a bit of what people think does not alter "what has to be done", but can sometimes help managers to better understand "how to do it effectively". This part of the work is to a degree speculative and intuitive.

o  Finally a set of recommendations for the management response to the event are put forward, structured into five topic areas:

  1.  Respond with vigour and intensity

  2.  Focus the response on one particular area. This should be the technical support to NRU and the quality and use of condition assessments

  3.  Use the focal point to draw in all of the other changes, so that as the change effort grows it remains "pointy"

  4.  Establish a set of "observable behaviours" that are matched to the demands of the focal point, and which can be coached and monitored to embed culture change. These behaviours should be aimed at making the technical support effective, which involves everyone engaged with NRU.

  5.  Use every opportunity to "tell the story" and to make sense of what is going on. This involves managers being intrusive and questioning as well as just communicating.

s.18(b)
s.18(d)

Charles Packer                    September 1, 2009

LAN-AECL001143

**000010**

Litigation and Solicitor - Client Privileged and Confidential

## 1.0    INTRODUCTION

These notes are the result of reflections from reading the draft Root Cause Analysis Report from the NRU Heavy Water Leak on 15 May 2009 (RCA-NRU-09-04289), the Life Assessment Study of the NRU Reactor Vessel (NRULF-31200-LA-001, March 2005) and the Interim Assessment of NRU Reactor Vessel Corrosion Mechanism (153-150200-ASD-001 Revision D1, July 2009).

The review was assisted by points noted during three focus group sessions held at site on 25 August 2009. The focus groups involved a total of sixteen people, and were loosely structured. There was no intention to draw particular conclusions from such a small number of people, but instead to gain perspective on "the way things are", and to illuminate some of the cultural traits of the organization.

In focus groups, people typically talk at least as much about the views held by others and about what other people do, as they talk about themselves. On top of this we have deliberately brought our own interpretation to what we heard and what we did not hear. Consequently the discussions of the culture contain a significant fraction of our own perceptions which could be checked by asking people to look over the work and give feedback on whether "it sounds like us".

Root Cause Analysis is a process which in simple terms keeps asking the question "why?" about an event, until the final "why?" reaches to a fundamental insight which itself explains the great majority of the symptoms and occurrences involved. To go deeper into the causes is therefore to find the best starting point for a solution. Put another way, the best "root cause analysis" is also the best "new seed" analysis, and it is this enquiry which we attempt in our report. Our work is built on the reference materials mentioned above and does not stand alone. It aims more at the beginnings of a solution than at elaboration of the problem.

**s.18(b)**
**s.18(d)**

## 2.0    CLARIFYING THE OBJECTIVE

Charles Packer                                    September 1, 2009

LAN-AECL001144

**000011**

Litigation and Solicitor - Client Privileged and Confidential

To help identify the best focal points we looked for failed barriers which should have been effective within the organization <u>as it actually exists</u> (as opposed to barriers that could only have existed based on not-yet-implemented industry best practices).

**s.18(b)**
**s.18(d)**

Charles Packer                    September 1, 2009

LAN-AECL001145

000012

Litigation and Solicitor - Client Privileged and Confidential

## 3.0    HISTORY, CULTURE AND TRAITS

This section airs some aspects of the history and the culture. The one important lesson from these reflections is that when senior managers make decisions they set in chain cultural effects which need to be steered through strong and open communications. If people are allowed to interpret organizational life for themselves, they often come to hold assumptions that either are not correct, or not healthy for the organization.

**s.18(b)**
**s.18(d)**

With this introduction, the chains of thought presented here collect together a few things that people think have influenced the current situation; "why things are as they are".

*Evolution of NRU into Production Mode*

In the 1990's the NRU budget and resources were put under intense strain from above. This period marked the beginning of a new era.

The same period saw the shift of NRU from being a research reactor to becoming a production reactor. As the role of NRU shifted, so did its relationship with R&D (a key source of technical support). In the early days NRU was a vital resource to R&D. Later, once NRU was in isotope production mode, R&D had much reduced access to NRU for its own purposes, and presumably slowly withdrew from the relationship that had previously existed.

Charles Packer                    September 1, 2009

LAN-AECL001146

000013

Litigation and Solicitor - Client Privileged and Confidential

**s.18(b)**
**s.18(d)**

*Technical Mindsets*

The first replacement vessel for NRU was made of a different material from the original vessel, and also had a number of detailed mechanical design changes. The changes were primarily made for corrosion reasons, and presumably carried with them a sense that the new vessel would have a longer life; possibly so long as not to be a concern.

Charles Packer                                September 1, 2009

LAN-AECL001147

000014

Litigation and Solicitor - Client Privileged and Confidential

Ever since NRU entered its new role of being primarily a production reactor, the time horizon for its operation has shifted outwards in increments. In other words, for ten or more years the reactor has always been within a few years of its designated end-of-life. This process continues today.

**s.18(b)**
**s.18(d)**

*Organizational Structures*

The organization at the site has evolved substantially over time, and serves customers both external and internal to AECL. It is very complex with many layers of management and many specialist skills.

7

LAN-AECL001148

000015

**Page(s)      000016 to / à 000024**


**is (are) exempted pursuant to section(s)**
**est(sont) exemptée(s) en vertu de(s)(l')article(s)**


**18(b), 18(d)**


**of the Access to Information Act**
**Loi de l'accès à l'information**

LAN-AECL001149

Litigation and Solicitor-Client Privileged and Confidential

<u>Attachment A:  Timeline</u>

| | |
|---|---|
| 1957 | NRU enters service, light water leaks from the reflector begin soon after start up |
| 1958 | Alloy resistant to sensitization specified for second vessel |
| 1960s | Leaks of light water in annulus and air ingress lead to corrosion of reactor vessel |
| 1961 | $CO_2$ addition rate increased to reduce corrosion |
| 1964 | Second vessel fabricated |
| 1971-2 | Heavy water leaks form at holes in vessel wall at lower expansion bellows, and are repaired |
| 1972-4 | Original vessel replaced, water reflector leaks form at faulty welds in water box penetrations |
| 1980s and 1990s | Various initiatives to define replacement reactor concepts for NRU. Evolves into NRC-led Canadian Neutron Facility initiative. |
| 1991 | Third vessel project cancelled |
| 1991 | AECL spins off radiochemical business to MDS Nordion |
| 1992 | NRX shutdown |
| 1996 | AECL informs AECB that NRU will not be operated past 2005 |
| 1996 | Contract signed with MDS Nordion for Dedicated Isotope Facility |
| 2003/4 | NRU mission changes, will need to operate past 2005, NRU Life Extension program initiated |
| 2004/05 | Vessel life assessment study conducted |
| 2008 | DIF project cancelled;  NRU isotope production mission continues |

**Litigation and Solicitor- Client Privileged and Confidential**

A* · AECL  EACL

| Root Cause Analysis (RCA) | | | PROTECTED - SENSITIVE | |
|---|---|---|---|---|
| 4468-00-E Rev 3 | | | | Page 1 of 48 |

| Event Title | Rev. | RCA No. | |
|---|---|---|---|
| Heavy Water Leak | 0 | RCA-NRU - 09 - 04289 | |
| | | Impact No. | |
| | | NRU - 09 - 04289 | |

| Facility | Reportable to CNSC | Significance Level | Event Date |
|---|---|---|---|
| NRU | ☒ Yes   ☐ No   ☐ Other | 1 | 2009 May 15 |

## EXECUTIVE SUMMARY

On 2009 May 14 at 15:22 hrs, the National Research Universal (NRU) reactor tripped on Unit 39 due to a loss of Class 4 power, and a poison outage was conceded. After the power failure, sampling results indicated that a heavy water ($D_2O$) leak had developed during the second half of the night shift on 2009 May 14.

Immediately following indication of a heavy water leak, sampling frequency was increased and investigations began to determine location of the leak and take measures to reduce the leak rate. Subsequently, a leak from the reactor vessel was confirmed.

This event is reportable to the Canadian Nuclear Safety Commission (CNSC), as per the letter from AECL to the CNSC titled *CRL Voluntary Public Disclosure Criteria*, 2009 Mar 27, which states: "NRU protocol for heavy water losses: Greater than 10 kg/day heavy water loss." No injuries occurred as a result of the event. Due to the rate of heavy water leakage from the vessel, action levels for the release of tritium were exceeded.

A root cause analysis to determine the organizational Root Causes that contributed to the failure to recognize the magnitude and extent of NRU Reactor Vessel degradation was initiated on 2009 May 25.

Due to the nature of the repairs required, NRU will be offline and unable to produce medical isotopes for at least eight months. The reactor being offline will also affect fuel testing for the Advanced

| | Name and Title | Signature | Date |
|---|---|---|---|
| Prepared by: | T.A. Moir, Lead Investigator | | |
| Reviewed by: | B. Shorter, Facility Authority | | |
| Reviewed by: | A. White, GM PNO | | |
| Approved by: | B. Pilkington, VP and CNO | | |
| ImpAct Review Board (IRB) Acceptance: | J. McKenna, IRB Chair | | |

RCA-NRU-09-04289R0.doc    C:\DOCUME~1\beaulnej\LOCALS~1\Temp\Temporary Directory 7 for atip request nru.zip\atip request nru\RCA-NRU-09-04289R0.doc / 2010 Jan 26

LAN-AECL001167

000050

**Litigation and Solicitor- Client Privileged and Confidential**

CANDU Reactor (ACR) project and work performed by National Research Council (NRC) staff.

**s.18(b)**
**s.18(d)**

Six causal factors were found:

Causal Factor 1 (CF-1): Changing Future of NRU

Causal Factor 2 (CF-2): Focus on Short Term Isotope Production Goals

Causal Factor 3 (CF-3): Symptom Based Problem Solving

Causal Factor 4 (CF-4): Isolationism & Ineffective Use of Operating Experience (OPEX)

Causal Factor 5 (CF-5): Low Standards and Acceptance of Plant Operational Problems

Causal Factor 6 (CF-6): Less Than Adequate Management Oversight

LAN-AECL001168

000051

**Litigation and Solicitor- Client Privileged and Confidential**

## TABLE OF CONTENTS

**SECTION**                                                                                          **PAGE**

1.          INVESTIGATION SCOPE / PROBLEM STATEMENT.....................................5

2.          DATE OF THE EVENT ...........................................................................5

3.          CONDITIONS PRIOR TO THE EVENT ...........................................................5

4.          DESCRIPTION OF THE EVENT ...................................................................5

5.          ACTIONS TAKEN ...................................................................................5

6.          CONSEQUENCES AND SIGNIFICANCE OF THE EVENT ............................6

7.          REASON FOR THE REPORT ..........................................................................6

8.          BACKGROUND ......................................................................................6

8.1         Management Oversight....................................................................6
8.2         Isotope Production ...........................................................................8
8.3         Evolving Lifetime of NRU.................................................................9
8.4         NRU Reactor Vessel Life Assessment .............................................10
8.5         Aging Management...........................................................................13          **s.18(b)**
8.6         Inspections of J-Rod Annulus .........................................................14          **s.18(d)**

9.

9.1
9.2
9.3

10.

11.

11.1

11.2

12.

12.1
12.2

13.

14.

15.

LAN-AECL001169

**000052**

## Litigation and Solicitor- Client Privileged and Confidential

16.        ANALYSIS TECHNIQUES ....................................................................... 19

17.        INVESTIGATION TEAM.......................................................................... 19

18.        REFERENCES ........................................................................................... 20

**FIGURES**

Figure 1 Diagram Indicating Leak Location ................................................................ 22
Figure 2 Diagram of Annulus As Constructed ........................................................... 23
Figure 3 Annulus Lip Integrity Compromised, 1984 ................................................. 24
Figure 4 Possible Corrosion Products on Annulus Floor, 1984 ................................. 25
Figure 5 Reflector Leaks at J-Rod Penetration, 1999 ................................................ 26
Figure 6 Corrosion Scab on Vessel Wall, 1999 ........................................................ 27
Figure 7 General Corrosion at Annulus Floor, 1999 ................................................. 28

**APPENDICES**

Appendix A –
Appendix B –

**s.18(b)**
**s.18(d)**

RCA-NRU-09-04289R0.doc          C:\DOCUME~1\beaulnej\LOCALS~1\Temp\Temporary Directory 7 for atip request nru.zip\atip request nru\RCA-NRU-09-04289R0.doc / 2010 Jan 26

LAN-AECL001170

**000053**

**Litigation and Solicitor- Client Privileged and Confidential**

**PROTECTED - SENSITIVE**

## Root Cause Analysis (RCA)

4468-00-E Rev 3                                                                                           Page 5 of 48

| Event Title | Rev. | RCA No. |
|---|---|---|
| **Heavy** Water Leak | 0 | NRU - 09 - 04289 |
| | | Impact No. |
| | | NRU-09-04289 |

### 1.       INVESTIGATION SCOPE / PROBLEM STATEMENT

The investigation into this event began on 2009 May 25, with the objective to determine the organizational Root Causes that contributed to the failure to recognize the magnitude and extent of NRU Reactor Vessel degradation [1].

The technical cause of the leak is not included in the scope of the Root Cause Analysis (RCA) investigation.  The technical cause will be described in the fitness-for-service case for the reactor.

### 2.       DATE OF THE EVENT

The NRU Reactor Vessel began leaking heavy water ($D_2O$) on 2009 May 15 [2].

### 3.       CONDITIONS PRIOR TO THE EVENT

On 2009 May 14 at 15:22 hrs, the reactor tripped on Unit 39 due to a loss of Class 4 power, and a poison outage was conceded.  Class 4 power was restored at 00:38 hrs on 2009 May 15 [2].

### 4.       DESCRIPTION OF THE EVENT

Sample results [2] during the second half of the night shift on 2009 May 14 and the beginning of the day shift on 2009 May 15 strongly suggested a heavy water leak, location unknown.  Sample results taken 2009 May 15 showed:



s.18(b)
s.18(d)

### 5.       ACTIONS TAKEN

Immediately following indication of a heavy water leak, sampling frequency was increased and investigations began to determine location of the leak and take measures to reduce the leak rate.  Through the use of camera inspection, a leak of ~ 6 kg/h was observed on the sidewall of the reactor vessel near J-Rod 41. The leak rate was reduced from ~ 6 kg/h to ~4 kg/h through lowering of the reactor vessel heavy water level.  Development of inspection equipment (Non Destructive Examination,

LAN-AECL001171

000054

**Litigation and Solicitor- Client Privileged and Confidential**

**PROTECTED - SENSITIVE**

## Root Cause Analysis (RCA)

4468-00-E Rev 3                                                                                      Page 6 of 48

| Event Title | | Rev. | RCA No. |
|---|---|---|---|
| **Heavy** Water Leak | **s.18(b)**<br>**s.18(d)** | 0 | NRU - 09 - 04289 |
| | | | Impact No. |
| | | | NRU-09-04289 |

NDE) to enable examination of extent of condition was initiated, in order to begin developing corrective action plans to stop the leak and address the conditions that lead to the leak.

The Vessel Leak Repair Project was initiated, lead by the Senior Director of Research and Technology Operations (RTO) Projects [1].

## 6.        CONSEQUENCES AND SIGNIFICANCE OF THE EVENT

Due to the rate of heavy water leakage from the NRU reactor vessel, action levels for the release of tritium from the NRU stack were exceeded.

Due to the location of the leak and the environment in which the leak occurred, repairs to the vessel will require input from several organizations.  Due to the nature of the repairs, NRU will be offline and unable to produce medical isotopes for at least eight months.  The reactor being offline will also affect fuel testing for the ACR project and work performed by NRC staff.

## 7.        REASON FOR THE REPORT

This event is reportable to the Canadian Nuclear Safety Commission (CNSC), as per the letter from AECL to the CNSC titled *CRL Voluntary Public Disclosure Criteria*, 2009 Mar 27, which states: "NRU protocol for heavy water losses: Greater than 10 kg/day heavy water loss."

The RCA scope was chosen by Operations management in order to understand why the condition of the vessel was not fully understood until after the event.

## 8.        BACKGROUND

When examining the history of NRU and how organizational factors led to management being unaware of the corrosion on the lower vessel wall, several recurring themes become evident.  The following sections provide insight into each of these themes.

## 8.1        Management Oversight

One of the roles of management at all levels is to provide oversight to ensure that programs and facilities operate to meet or exceed expectations, monitor trends and take corrective action when an adverse trend is detected.

LAN-AECL001172

000055

**Litigation and Solicitor- Client Privileged and Confidential**

**PROTECTED - SENSITIVE**

## Root Cause Analysis (RCA)

4468-00-E Rev 3                                                                                    Page 7 of 48

| Event Title | Rev. | RCA No. |
|---|---|---|
| **Heavy** Water Leak        s.18(b)   s.18(d) | 0 | NRU - 09 - 04289 |
| | | Impact No. |
| | | NRU-09-04289 |

- 
- 

- 

- 

LAN-AECL001173

**000056**

**Litigation and Solicitor- Client Privileged and Confidential**

**PROTECTED - SENSITIVE**

# Root Cause Analysis (RCA)

4468-00-E Rev 3                                                                                   Page 8 of 48

| Event Title | Rev. | RCA No. |
|---|---|---|
| **Heavy** Water Leak<br><br>s.18(b)<br>s.18(d) | 0 | NRU - 09 - 04289 |
| | | Impact No. |
| | | NRU-09-04289 |



## 8.2          Isotope Production

Over the past 17 years of NRU operation, one item has remained constant: the pressure to produce isotopes. In the earlier years when NRX was still operational and able to take over isotope production requirements for CRL, NRU had some flexibility. NRU had the ability to shutdown for lengthy repairs (as in the Line 1212 event of 1991) or experiments.

When the decision was made to shutdown NRX in 1992, NRU lost this flexibility. From this point on, planned outages were typically no more than five days in duration; longer outages were not scheduled due to the requirement to produce isotopes.

LAN-AECL001174

**000057**

**Litigation and Solicitor- Client Privileged and Confidential**

**PROTECTED - SENSITIVE**

**Root Cause Analysis (RCA)**

| Event Title | | Rev. | RCA No. |
|---|---|---|---|
| **Heavy** Water Leak | s.18(b)<br>s.18(d) | 0 | NRU - 09 - 04289 |
| | | | Impact No. |
| | | | NRU-09-04289 |

### 8.3          Evolving Lifetime of NRU

The NRX Reactor was permanently shutdown on January 29, 1992.  Following the shutdown, an assessment project for the refurbishment of NRU was completed in 1992, but the decision was made not to go ahead with the refurbishment; instead the plan was to implement 7 Safety Upgrades to enhance the safety of NRU.

The forecast end of life date for NRU in the early 90's was the year 2000, however no firm decision was made.  In 1996, the President of AECL sent a letter to the President of the AECB stating that the NRU Reactor would not be operated beyond December 31, 2005.  Also in 1996, the MMIR contract was signed to have the DIF project in-service by 2001.  This contributed to the short-term focus for operation of NRU.

In the period from 2002-2003, delays to the completion of the DIF project resulted in the need to extend the operating life of NRU to 2011 to meet isotope requirements; again, this was a fairly short-term extension.

With the cancellation of the DIF project in May 2008, the mission life of NRU was changed to 2016 possibly to 2021.

This changing lifetime had several impacts that relate to the subject RCA:

- Further contributed to a short-term focus for the operation of NRU,

LAN-AECL001175

000058

**Litigation and Solicitor- Client Privileged and Confidential**
**PROTECTED - SENSITIVE**

## Root Cause Analysis (RCA)

4468-00-E Rev 3 Page 10 of 48

| Event Title | Rev. | RCA No. |
|---|---|---|
| **Heavy** Water Leak<br>**s.18(b)**<br>**s.18(d)** | 0 | NRU - 09 - 04289 |
| | | Impact No. |
| | | NRU-09-04289 |

- Focus on short term as long term is changing (indefinite, then firm, then indefinite), and

- Further contributed to the reactive culture.

With the change in end date from 2000 to 2005, it is not clear that management carried out detailed evaluations of the approach to operations.  The NRU planning assumption was that an extended outage would be taken within 6 months of DIF becoming operational.  Ongoing delays with the DIF project meant that this date was continuously moved 6-18 months into the future.

In 2003, the end date for NRU was changed from 2005 to 2011 to accommodate project delays with DIF.  The requirement to extend the license to 2011 resulted in the initiation of the NRU LE PLiM work (see Section 8.4).  This work did not lead to any appreciable change in the approach to managing the aging of the reactor vessel.

The 2008 decision to extend the life from 2011 to 2016, or possibly 2021, was based in part on the PLiM assessments.  As noted below (Section 8.4), the Life Assessment (LA) report on the vessel did not have all of the available inputs.

### 8.4        NRU Reactor Vessel Life Assessment

The goal of the NRU LE PLiM program was to determine the state of health of the important systems, structures and components in NRU and to provide a prognosis for continued operation beyond December 2005 [5] in support of a license extension.  The program used a comprehensive and integrated approach to address the underlying issues related to plant aging, understand the relevant aging degradation mechanisms and develop appropriate mitigation plans based on a thorough review of plant design, operational, maintenance, inspection and test records (see [8] for the LA report process).

The NRU LE project was approved in December 2003.  A PLiM manager was appointed in Sheridan Park, and NRU provided two points of contact (POCs) to facilitate gathering information required for the assessments.  Management of the NRU PLiM switched to NRU in mid-2004 in order to ensure an increased operations focus.

LAN-AECL001176

000059

# Litigation and Solicitor- Client Privileged and Confidential
## PROTECTED - SENSITIVE

## Root Cause Analysis (RCA)
4468-00-E Rev 3                                                                                    Page 11 of 48

| Event Title | | Rev. | RCA No. |
|---|---|---|---|
| **Heavy** Water Leak | **s.18(b)** **s.18(d)** | 0 | NRU - 09 - 04289 |
| | | | Impact No. |
| | | | NRU-09-04289 |

LAN-AECL001177

**000060**

**Litigation and Solicitor- Client Privileged and Confidential**

**PROTECTED - SENSITIVE**

## Root Cause Analysis (RCA)

4468-00-E Rev 3                                                                                   Page 12 of 48

| Event Title | | Rev. | RCA No. |
|---|---|---|---|
| **Heavy** Water Leak     s.18(b)  s.18(d) | | 0 | NRU - 09 - 04289 |
| | | | Impact No. |
| | | | NRU-09-04289 |

RCA-NRU-09-04289R0.doc            C:\DOCUME~1\beaulnej\LOCALS~1\Temp\Temporary Directory 7 for atip request nru.zip\atip request nru\RCA-NRU-09-04289R0.doc / 2010 Jan 26

LAN-AECL001178

**000061**

**Litigation and Solicitor- Client Privileged and Confidential**

**PROTECTED - SENSITIVE**

# Root Cause Analysis (RCA)

4468-00-E Rev 3                                                                                           Page 13 of 48

| Event Title | | Rev. | RCA No. |
|---|---|---|---|
| **Heavy** Water Leak | **s.18(b)** **s.18(d)** | 0 | NRU - 09 - 04289 |
| | | | Impact No. |
| | | | NRU-09-04289 |

## 8.5          Aging Management

CSA N286.5-95 [12] outlines requirements for plant performance monitoring (section 6.1) and chemistry control (section 7), which would be part of, in today's nomenclature, an aging management program.  These requirements are typically incorporated into the design basis of a plant.

RCA-NRU-09-04289R0.doc          C:\DOCUME~1\beaulnej\LOCALS~1\Temp\Temporary Directory 7 for atip request nru.zip\atip request nru\RCA-NRU-09-04289R0.doc / 2010 Jan 26

LAN-AECL001179

000062

**Litigation and Solicitor- Client Privileged and Confidential**

**PROTECTED - SENSITIVE**

# Root Cause Analysis (RCA)

4468-00-E Rev 3                                                                                                    Page 14 of 48

| Event Title | Rev. | RCA No. |
|---|---|---|
| **Heavy** Water Leak | 0 | NRU - 09 - 04289 |
| s.18(b) | | Impact No. |
| s.18(d) | | NRU-09-04289 |



## 8.6        Inspections of J-Rod Annulus

Since approximately 1975, shortly after Vessel #2 was put into service,

LAN-AECL001180

000063

## Litigation and Solicitor- Client Privileged and Confidential

### PROTECTED - SENSITIVE

## Root Cause Analysis (RCA)

4468-00-E Rev 3

| Event Title | Rev. | RCA No. |
|---|---|---|
| **Heavy** Water Leak    **s.18(b)**   **s.18(d)** | 0 | NRU - 09 - 04289 |
| | | Impact No. |
| | | NRU-09-04289 |

LAN-AECL001181

**000064**

**Litigation and Solicitor- Client Privileged and Confidential**

**PROTECTED - SENSITIVE**

## Root Cause Analysis (RCA)

4468-00-E Rev 3                                                                                  Page 16 of 48

| Event Title | | Rev. | RCA No. |
|---|---|---|---|
| **Heavy** Water Leak | s.18(c)<br>s.20(1)(c) | 0 | NRU - 09 - 04289 |
| | | | Impact No. |
| | | | NRU-09-04289 |

RCA-NRU-09-04289R0.doc      C:\DOCUME~1\beaulnej\LOCALS~1\Temp\Temporary Directory 7 for atip request nru.zip\atip request nru\RCA-NRU-09-04289R0.doc / 2010 Jan 26

LAN-AECL001182

000065

**Litigation and Solicitor- Client Privileged and Confidential**

**PROTECTED - SENSITIVE**

## Root Cause Analysis (RCA)

4468-00-E Rev 3

| Event Title | Rev. | RCA No. |
|---|---|---|
| **Heavy** Water Leak | 0 | NRU - 09 - 04289 |
|  |  | Impact No. |
|  |  | NRU-09-04289 |

## 12.  CAUSE ANALYSIS AND CORRECTIVE ACTIONS

### 12.1  Causal Factors:

**Causal Factor 1 (CF-1): Changing Future of NRU**

**Causal Factor 2 (CF-2): Focus on Short Term Isotope Production Goals**

s.18(b)

s.18(d)

**Causal Factor 3 (CF-3): Symptom Based Problem Solving**

**Causal Factor 4 (CF-4):** Ineffective Use of OPEX

**Causal Factor 5 (CF-5): Low Standards and Acceptance of Plant Operational Problems**

LAN-AECL001183

000066

**Litigation and Solicitor- Client Privileged and Confidential**

**PROTECTED - SENSITIVE**

**Root Cause Analysis (RCA)**

4468-00-E Rev 3                                                                                                          Page 18 of 48

| Event Title | Rev. | RCA No. |
|---|---|---|
| **Heavy** Water Leak | 0 | NRU - 09 - 04289 |
| | | Impact No. |
| | | NRU-09-04289 |

s.18(b)
s.18(d)

**Causal Factor 6 (CF-6): Less Than Adequate Management Oversight**

**13.         CORRECTIVE ACTION PLAN**

The corrective action plan for this event will be developed based on the analysis contained in NRU-508760-REPT-002, NRU Vessel Leak Repair Commission Member Document for Canadian Nuclear Safety Commission Meeting, 2009 November.

RCA-NRU-09-04289R0.doc          C:\DOCUME~1\beaulnej\LOCALS~1\Temp\Temporary Directory 7 for atip request nru.zip\atip request nru\RCA-NRU-09-04289R0.doc / 2010 Jan 26

000067

LAN-AECL001184

# Litigation and Solicitor- Client Privileged and Confidential
## PROTECTED - SENSITIVE

## Root Cause Analysis (RCA)

4468-00-E Rev 3                                                                                    Page 19 of 48

| Event Title | Rev. | RCA No. |
|---|---|---|
| **Heavy** Water Leak | 0 | NRU - 09 - 04289 |
| | | Impact No. |
| | | NRU-09-04289 |

## 16.        ANALYSIS TECHNIQUES

Event and Causal Factor Charting                                    **s.16(2)**

Barrier Analysis                                                   **s.18(b)**

                                                                  **s.18(d)**

## 17.        INVESTIGATION TEAM

T.A. Moir – RCA Lead Investigator

C. Bromley – RCA Team Mentor

G. Arsenault – RCA Team Member, RCA SME

K. Sedman – RCA Team Member, Bruce Power RCA & Engineering SME

L. Lupton – RCA Team Member, Management Process SME

G Mark - RCA Team Member, Ops SME

C.W. Turner - RCA Team Member, Chemistry/Corrosion SME

LAN-AECL001185

**000068**

**Litigation and Solicitor- Client Privileged and Confidential**

**PROTECTED - SENSITIVE**

# Root Cause Analysis (RCA)

4468-00-E Rev 3                                                                                                          Page 20 of 48

| Event Title | Rev. | RCA No. |
|---|---|---|
| **Heavy** Water Leak | 0 | NRU - 09 - 04289 |
| | | Impact No. |
| | | NRU-09-04289 |

## 18.        REFERENCES

All documents referenced in this report.

[1] Heavy Water Leak Root Cause Analysis Charter, 2009 Jun 04.

[2] NRU-09-04289, ImpAct Report, Heavy Water Leak, 2009 May 15.

[3] UER2-NRU-06-330 Revision 1, Sequence of Events Recorder Replacement, 2007 November.

[4] NRU-514000-PLA-001, Rev 0, Aging Management Implementation Plan, 2008 Feb.

[5] NRULE-01540-PLA-001 Rev 0, NRU LE Plant Life Management (PLiM) Program Plan – Phase 2, 2004 November.

[6] G. Lamarre to B.E. McGee, Licensing Strategy for AECL's NRU Licensability Extension Project, 2006 February 28.

[7] WANO SOER 2003-2, Rev 1, Reactor Pressure Vessel Head Degradation at Davis-Besse Nuclear Power Station, October 2006.

[8] NRULE-755.1, Procedure for Performing Life Assessment Studies for Critical Structures and System Components", 2004 October.

[9] "NRU Life Extension Project: Review of Operating Chemistry to Aid the Condition Assessment of the Reactor Vessel, Reflector and Thermal Shield Systems". Memorandum from C.R. Stuart to P. Angell, NRULE-31200-410-000, 2004 August.

[10]    "NRU Corrosion Test Rod Samples". Memorandum from D.J. Disney to J.L. Nicks, 1990 April 17.

[11] NRULE-31200-LA-001, Rev 0, Life Assessment Study of the NRU Reactor Vessel, 2005 Mar.

[12] CSA Standard N286.5-95, Operations Quality Assurance for Nuclear Power Plants.

[13] 145-514000-PLA-002, NRU Aging Management Plan, (draft in R&C).

[14] NRULE-31200-401-003-0002, NRU Water Reflector Vessel Wall Thickness Measurements, 2005 July.

[15] SCR P-2007-12897, Pickering A Inter Station Transfer Bus Root Cause Investigation, 2007 Jun.

LAN-AECL001186

000069

**Litigation and Solicitor- Client Privileged and Confidential**

**PROTECTED - SENSITIVE**

## Root Cause Analysis (RCA)

4468-00-E Rev 3                                                                                    Page 21 of 48

| Event Title | Rev. | RCA No. |
|---|---|---|
| **Heavy** Water Leak | 0 | NRU - 09 - 04289 |
| | | Impact No. |
| | | NRU-09-04289 |

LAN-AECL001187

**000070**