# EXHIBIT 6

# (EXCERPTED DOCUMENT)

Litigation and Solicitor- Client Privileged and Confidential

## Root Cause Analysis (RCA)
4468-00-E Rev 3

| Event Title | Rev. | RCA No. |
|---|---|---|
| Heavy Water Leak | 0 | NRU - 09 - 04289 |
| | | Impact No. |
| | | NRU-09-04289 |

s.18(b)
s.18(d)

Appendix A ▓▓▓

000079

C:\DOCUME~1\henulmg\LOCALS~1\Temp\Temporary Directory 7 for udip request mu.zip\udip.requ

AECL 00063

Page(s)     000080 to / à 000085

is (are) exempted pursuant to section(s)
est(sont) exemptée(s) en vertu de(s)(l')article(s)

18(b), 18(d)

of the Access to Information Act
Loi de l'accès à l'information

AECL 00064

Litigation and Solicitor- Client Privileged and Confidential

## Root Cause Analysis (RCA)
4468-00-E Rev 3

**PROTECTED - SENSITIVE**

Page 37 of 48

| Event Title | Rev. | RCA No. |
|---|---|---|
| Heavy Water Leak | 0 | NRU - 09 - 04289 |
| | | Impact No. |
| | | NRU-09-04289 |

| Consequence(s) (What Happened?) (List one at a time, need not be in sequential order) | Barrier(s) that should have Precluded Event (List all physical and administrative barriers for each consequence.) | Barrier Failure Mechanism (How the barrier failed) | Barrier Assessment (Why the Barrier(s) Failed) (Identify if the barrier was missing, weak or ineffective: and why) |
|---|---|---|---|
| | | | |

RCA-NRU-09-04289R0.doc        C:\DOCUME~1\beaulne\LOCALS~1\Temp\Temporary Directory 7 for afip request nru.zip\afip request nru\RCA-NRU-09-04289R0.doc / 2010 Jan 26

000086

AECL 00065

Litigation and Solicitor- Client Privileged and Confidential

Root Cause Analysis (RCA)
4465-00-E Rev 3

PROTECTED - SENSITIVE
Page 38 of 46

| Event Title | Rev. | RCA No. |
|---|---|---|
| Heavy Water Leak | 0 | NRU - 09 - 04289 |
| | | Impact No. |
| | | NRU-09-04289 |

Appendix B

s.18(b)
s.18(d)

000087

AECL 00066

Page(s)   000088 to / à 000097

is (are) exempted pursuant to section(s)
est(sont) exemptée(s) en vertu de(s)(l')article(s)

18(b), 18(d)

of the Access to Information Act
Loi de l'accès à l'information

AECL 00067