# **EXHIBIT 8**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------X
LANTHEUS MEDICAL IMAGING, INC.,  :
                                 :
                Plaintiff,       :   No. 1:10-cv-09371 (LTS) (JLC)
                                 :
        vs.                      :   ECF CASE
                                 :
ZURICH AMERICAN INSURANCE COMPANY, :
                                 :
                Defendant.       :
------------------------------------X

### DECLARATION OF DANIEL M. KRAININ IN SUPPORT OF AECL'S RESPONSE TO PLAINTIFF'S MOTION FOR ISSUANCE OF AMENDED LETTERS ROGATORY

I, Daniel M. Krainin, an attorney duly admitted to practice law in the State of New York and in this Court, hereby declare as follows:

1. I am a principal with the law firm of Beveridge & Diamond, P.C., counsel for amicus curiae Atomic Energy of Canada Limited ("AECL"). I submit this Declaration in support of AECL's Memorandum of Law in Response to Plaintiff's Motion for Issuance of Amended Letters Rogatory.

2. Attached hereto as Exhibit A is a true and correct copy of the Answer and Counterclaims of AECL Technologies, Inc. and Atomic Energy of Canada Limited, *E-BEAM Services, Inc. v. AECL Technologies, Inc.*, No. 02-2256 (D.N.J. Sept. 19, 2002).

3. Attached hereto as Exhibit B is a true and correct copy of the Amended Complaint for Declaratory and Injunctive Relief and for Damages (With Jury Demand), *E-BEAM Services, Inc. v. AECL Technologies, Inc.*, No. 02-2256 (D.N.J. Aug. 21, 2002).

4. Attached hereto as Exhibit C is a true and correct copy of a letter from Andrew E. Toback (Milbank, Tweed, Hadley & McCloy LLP) to the Honorable Patti Shwartz (U.S. District Court

- 2 -

for the District of New Jersey), dated May 13, 2003.

5.  Attached hereto as Exhibit D is a true and correct copy of the Affidavit of Jean-Pierre Labrie (sworn July 15, 2011), submitted in *Lantheus Medical Imaging Inc. v. Atomic Energy of Canada Limited* (Ontario Superior Court of Justice).

6.  Attached hereto as Exhibit E is a true and correct copy of a letter from Brett Harrison (McMillan LLP) to Jean Boulais (AECL), dated August 30, 2011.

I declare under penalty of perjury that the foregoing is true and correct.

New York, New York
Executed on September 16, 2011

_____
Daniel M. Krainin