## CERTIFICATE OF SERVICE

I hereby certify that I caused copies of *Plaintiff Lantheus Medical Imaging Inc.'s Reply in Further Support of Motion for Issuance of Letters Rogatory*, and the Supplemental Declaration of Rukesh A. Korde with all exhibits attached thereto, to be served upon the attorneys of record for Defendant Zurich American Insurance Company and counsel for Atomic Energy of Canada Limited on September 23, 2011, as identified below. Service was effected by electronic mail to:

Phillip C. Silverberg, Esq.
MOUND COTTON WOLLAN & GREENGRASS
Attorney for Defendant
One Battery Park Plaza
New York, NY 10004
(212) 804-4200
psilverberg@moundcotton.com

William D. Wilson, Esq.
MOUND COTTON WOLLAN & GREENGRASS
Attorney for Defendant
60 Park Place
Newark, NJ 07102
(973) 494-0600
wwilson@moundcotton.com

Daniel M. Krainin, Esq.
Edward M. Grauman
BEVERAGE & DIAMOND PC
Attorney for AECL
477 Madison Avenue, 15th Floor
New York, NY 10022-5802
(212) 702-5417
dkrainin@bdlaw.com
egrauman@bdlaw.com

Don Jack
Ahab Abdel-Aziz
Bonnie Roberts Jones
HEENAN BLAIKIE LLP
Attorneys for AECL
Bay Adelaide Centre
P.O. Box 2900
333 Bay Street, Suite 2900
Toronto, ON M5H 2T4
(416) 643-6933
djack@heenan.ca
aabdelaziz@heenan.ca
brobertsjones@heenan.ca

_/s/ Anna St. John_
Anna St. John