UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LANTHEUS MEDICAL IMAGING, INC.,

          Plaintiff,

v.

ZURICH AMERICAN INSURANCE COMPANY,

          Defendant.

Case No. 10 Civ. 9371 (JPO) (JLC)

[PROPOSED] ORDER EXTENDING DEADLINES

ECF CASE

## [PROPOSED] ORDER EXTENDING DEADLINES

James L. Cott, United States Magistrate Judge:

Upon good cause shown and by consent of the parties, all pending deadlines set forth in the Court's Pre-trial Scheduling Order (Doc. No. 18), including the deadline for the filing of dispositive motions, are extended for ninety days to accommodate obtaining foreign discovery. As set forth in this Court's Order of September 16, 2011, thirty days after the Court rules on Plaintiff's Motion for Issuance of Amended Letters Rogatory (Docket No. 35), the parties will advise the Court as to a proposed deadline for mediation and any other proposed changes to the Pre-trial Scheduling Order.

Dated: New York, New York
       October 28, 2011

                                      James L. Cott, Magistrate Judge

DC: 4181554-1

USDC SDNY
DATE SCANNED 10/28/11