```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/1/11
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
LANTHEUS MEDICAL IMAGING, INC.

      Plaintiff,

  -v.-

ZURICH AMERICAN INSURANCE CO.,

      Defendant.
-----------------------------------------------------------X

ORDER

10 Civ. 9371 (JPO) (JLC)

**JAMES L. COTT, United States Magistrate Judge.**

  Counsel for Lantheus and <u>amicus curiae</u> Atomic Energy of Canada Limited are directed to appear on December 9, 2011 at 10:30 a.m. in Courtroom 9B for oral argument on the issues raised in Lantheus' Motion for Issuance of Amended Letters Rogatory.[1]

  **SO ORDERED.**

Dated: December 1, 2011
   New York, New York

               _____
               JAMES L. COTT
               United States Magistrate Judge

**Copies of this Order have been sent to counsel by ECF.**

---

[1]  Zurich has taken no position on the motion and is therefore not required to attend.