UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LANTHEUS MEDICAL IMAGING, INC.,

                    Plaintiff,

v.

ZURICH AMERICAN INSURANCE
COMPANY,

                    Defendant.

Case No. 10 Civ. 9371 (JPO) (JLC)

ECF CASE

## ORDER

        This matter is before the Court pursuant to Plaintiff Lantheus Medical Imaging, Inc.'s ("Lantheus") Motion for Issuance of Amended Letters Rogatory (Dkt. No. 35). Upon full and due consideration of the legal memoranda, reply and supporting papers filed by Lantheus, the response and supporting papers filed by *amicus curiae* Atomic Energy of Canada Limited ("AECL"), correspondence from counsel for AECL and from Lantheus referenced in the Court's Opinion and Order of January 11, 2012 (Dkt. No. 63), oral arguments by counsel for Lantheus and counsel for AECL, and the entire record in this matter, IT IS HEREBY ORDERED that:

        1.      Lantheus' Motion for Issuance of Amended Letters Rogatory is GRANTED; and

        2.      This Court shall issue the attached Amended Letters Rogatory requesting the assistance of the Canadian courts in obtaining the production of documents by AECL to Lantheus and Zurich American Insurance Company ("Zurich") and the taking of the deposition testimony upon oral examination of AECL by Lantheus and Zurich.

**SO ORDERED.**

Dated: January 19, 2012
New York, New York

JAMES L. COTT
United States Magistrate Judge

USDC SDNY
DATE SCANNED 1/19/12