Cott, Mag

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/10/12

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LANTHEUS MEDICAL IMAGING, INC.,

                         Plaintiff,

v.

ZURICH AMERICAN INSURANCE
COMPANY,

                         Defendant.

Case No. 10 Civ. 9371 (JPO) (JLC)

[PROPOSED] ORDER AMENDING PRE-TRIAL SCHEDULING ORDER

ECF CASE

## [PROPOSED] ORDER AMENDING PRE-TRIAL SCHEDULING ORDER

**James L. Cott, United States Magistrate Judge:**

Upon good cause shown, by consent of the parties, and to accommodate obtaining foreign discovery, the deadlines set forth in the Court's Pre-trial Scheduling Order dated April 4, 2011 (Dkt. No. 18) ("the Order") are amended as follows:

1. The date set forth in Paragraph 12 of the Order by which the parties must begin meeting with a third-party for settlement purposes is amended to: **August 1, 2012.**

2. The deadline for completion of non-expert witness discovery set forth in paragraph 2(a) of the Order is amended to: **October 15, 2012.**

3. The deadline for completion of expert witness discovery set forth in paragraph 2(c) of the Order is amended to: **October 15, 2012.**

4. The deadline for submission of dispositive motions set forth in paragraph 3 of the Order is amended to: **November 15, 2012.**

5. The date for a final pretrial conference set forth in paragraph 9 of the Order is amended to: **February 15, 2013.**

USDC SDNY
DATE SCANNED  2/10/12

6. All other provisions of the Pre-Trial Scheduling Order (Dkt. No. 18) remain in effect.

7. This Order supersedes this Court's Order Adjourning Mediation *Sine Die* (Dkt. No. 47) and Order Extending Deadlines (Dkt. No. 56).

**SO ORDERED.**

Dated: New York, New York
FEBRUARY 10, 2012

James L. Cott
JAMES L. COTT
United States Magistrate Judge

8. The Court will hold a status conference, by telephone, on June 18, 2012 at 11 a.m. to ascertain the status of Lantheus' Enforcement Application before the Ontario Court, to determine whether the parties are on track for an August, 2012 mediation, and to assess whether this schedule set forth herein should be further modified. The parties should call chambers for the telephone conference with both parties on the line.