UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------

Lantheus Medical Imaging, Inc.   Plaintiff,

Case No. 1:10-cv-09371-JPO-JLC

-against-

Zurich American Insurance Company   Defendant.
--------------------------------------------------------

### NOTICE OF CHANGE OF ADDRESS

TO:   ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending          [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for:

**Edward Maxwell Grauman**
FILL IN ATTORNEY NAME

My SDNY Bar Number is: EG9825          My State Bar Number is 4196390 (NY)

I am,

[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:   FIRM NAME: Beveridge & Diamond, P.C.
            FIRM ADDRESS: 477 Madison Ave., 15th Floor, New York, NY 10022
            FIRM TELEPHONE NUMBER: (212) 702-5400
            FIRM FAX NUMBER: (212) 702-5450

NEW FIRM:   FIRM NAME: Beveridge & Diamond, P.C.
            FIRM ADDRESS: 98 San Jacinto Blvd., Ste. 1420, Austin, TX 78701
            FIRM TELEPHONE NUMBER: (512) 391-8000
            FIRM FAX NUMBER: (512) 391-8099

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

Dated: June 27, 2012

_____
ATTORNEY'S SIGNATURE