

# COVINGTON

COVINGTON & BURLING LLP

BEIJING      SAN FRANCISCO
BRUSSELS  SEOUL
LONDON    SHANGHAI
NEW YORK  SILICON VALLEY
SAN DIEGO WASHINGTON

DANIELLE M. ESTRADA
1201 PENNSYLVANIA AVENUE, NW
WASHINGTON, DC 20004-2401
T 202.662.5331
F 202.778.5331
destrada@cov.com

April 30, 2013

BY FEDERAL EXPRESS

The Honorable James L. Cott
United States Magistrate Judge
United States District Court
500 Pearl Street
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/7/13
```

Re:  *Lantheus Medical Imaging, Inc. v. Zurich American Insurance Company*,
     No. 10 Civ 9371 (JPO) (JLC)

Dear Magistrate Judge Cott:

Please find enclosed the decision of the Ontario Court of Appeal in *Lantheus v. AECL*. Lantheus has been seeking to have the Ontario courts enforce Letters Rogatory issued by this Court in the above-captioned action as to AECL. The Ontario Superior Court, by a decision of June 2012, declined to enforce the Letters Rogatory. Yesterday, the Ontario Court of Appeal allowed Lantheus' appeal, reversed the Superior Court, and indicated that it would order the enforcement of the Letters Rogatory. Lantheus and AECL are considering the appropriate form of order, which we hope will be entered promptly. We understand, however, that AECL is considering seeking a stay of the Court of Appeal's decision pending a potential appeal to the Supreme Court of Canada.

Respectfully submitted,

Danielle M. Estrada
*Attorney for Lantheus Medical Imaging, Inc.*

Enclosure

cc:  Rukesh Korde (by e-mail)
     Philip C. Silverberg (by e-mail)
     William D. Wilson (by e-mail)
     Bernadette Kelly Kirwin (by e-mail)

*In light of the Ontario Court of Appeal's decision, the Court will hold a status conference, by telephone, on May 13 at 3 p.m. The parties shall call chambers at that time with both parties on the line.*

SO ORDERED.

James L. Cott
U.S.M.J.  5/7/13