UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
LANTHEUS MEDICAL IMAGING, INC.          :

                            Plaintiff,          :          ORDER

          -v.-                                  :          10 Civ. 9371 (JPO) (JLC)

ZURICH AMERICAN INSURANCE CO.,          :

                            Defendant.          :
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __5/13/13__

**JAMES L. COTT, United States Magistrate Judge.**

　　　As discussed at today's conference, the Court will hold a status conference by telephone

on July 9, 2013 at 2:30 p.m.

　　　**SO ORDERED.**

Dated: May 13, 2013
　　　　New York, New York

_____
JAMES L. COTT
United States Magistrate Judge