UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
LANTHEUS MEDICAL IMAGING, INC.

              Plaintiff,

    -v.-

ZURICH AMERICAN INSURANCE CO.,

             Defendant.
-----------------------------------------------------------------X

ORDER

10 Civ. 9371 (KPF) (JLC)

**JAMES L. COTT, United States Magistrate Judge.**

At a telephone conference today, the parties advised the court that the long-awaited discovery involving Atomic Energy of Canada Limited ("AECL") is finally proceeding, and that AECL produced documents to Lantheus yesterday. Based on the parties' representations, the Court anticipates that the parties will complete all discovery, as well as conduct their anticipated private mediation, by December 1, 2013. Accordingly, the parties are directed to submit a written status report directed to both Judge Failla and to me no later than December 1, addressing whether the case has been resolved in mediation, or alternatively whether the parties plan to pursue dispositive motion practice before Judge Failla.

As there appears to be no need for another case management conference at this time, no such conference will be scheduled, but the parties may, of course, seek the Court's assistance should the need arise between now and December.

**SO ORDERED.**

Dated: July 9, 2013
       New York, New York

JAMES L. COTT
United States Magistrate Judge