UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

LANTHEUS MEDICAL IMAGING, INC.                  :

                    Plaintiff,                  :

        -v.-                                     :

ZURICH AMERICAN INSURANCE CO.,                   :

                    Defendant.                   :
-------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY  FILED
DOC #: _____
DATE FILED: _12/3/13_

ORDER

10 Civ. 9371 (KPF) (JLC)

**JAMES L. COTT, United States Magistrate Judge.**

The Court is in receipt of the parties' letter dated December 2, 2013 outlining the status of foreign discovery ongoing in Ontario, Canada. In light of the delays described therein, the Court grants the parties' request that the discovery schedule be extended to January 20, 2014. The parties shall file a supplemental joint status report by that date to Judge Failla and the undersigned addressing the issues outlined in the Court's previous order of July 9, 2013 (Dkt. No. 83), and proposing a revised schedule as to the anticipated mediation and any potential dispositive motions.

        **SO ORDERED.**

Dated: December 3, 2013
       New York, New York

_____
JAMES L. COTT
United States Magistrate Judge

USDC SDNY
DATE SCANNED_12/3/13_