```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 02/07/2014
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
LANTHEUS MEDICAL IMAGING, INC,                              :
                                                            :
                              Plaintiff,      :    10 Civ. 9371 (KPF)
            v.                                              :
                                                            :    ORDER
ZURICH AMERICAN INS. CO.,                                   :
                                                            :
                              Defendant.      :
                                                            :
------------------------------------------------------------X

KATHERINE POLK FAILLA, District Judge:

As set forth at the February 7, 2014 conference, the parties shall adhere to the following deadlines:

- The deadline to complete fact discovery is extended to March 31, 2014;

- The deadline to complete expert discovery is extended to May 30, 2014;

- Plaintiff shall submit a status letter by no later than March 7, 2014, regarding the completeness of AECL's February 28, 2014 document production;

- Defendant shall submit a pre-motion letter by no later than March 14, 2014; and

- Plaintiff shall submit a letter in opposition by no later than March 19, 2014.

SO ORDERED.

Dated: February 7, 2014
       New York, New York

                                              _____
                                                KATHERINE POLK FAILLA
                                                United States District Judge