USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: March 28, 2014

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

LANTHEUS MEDICAL IMAGING, INC,

                             Plaintiff,

                v.

ZURICH AMERICAN INS. CO.,

                            Defendant.

------------------------------------------------------------X

10 Civ. 9371 (KPF)

ORDER

KATHERINE POLK FAILLA, District Judge:

As set forth at the March 28, 2014 conference, the parties shall adhere to the following deadlines:

- The deadline to complete fact discovery is extended to June 30, 2014;

- Defendant's motion for summary judgment shall be filed by June 30, 2014;

- Plaintiff's opposition papers shall be filed by August 4, 2014; and

- Defendant's reply papers shall be filed by August 25, 2014.

It is further ORDERED that the parties shall obtain a copy of the transcript of today's proceedings.

SO ORDERED.

Dated: March 28, 2014
       New York, New York

                                            KATHERINE POLK FAILLA
                                            United States District Judge